FILED:  July 10, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1719
(8:21-cv-01736-TDC)

_____

MARYLAND SHALL ISSUE, INC.; ENGAGE ARMAMENT LLC; ANDREW
RAYMOND; CARLOS RABANALES; BRANDON FERRELL; DERYCK
WEAVER; JOSHUA EDGAR; I.C.E. FIREARMS & DEFENSIVE TRAINING,
LLC; RONALD DAVID; NANCY DAVID; ELIYAHU SHEMONY

          Plaintiffs - Appellants

v.

MONTGOMERY COUNTY, MARYLAND

          Defendant - Appellee

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:21-cv-01736-TDC |
| Date notice of appeal filed in originating court: | 07/07/2023 |
| Appellants | Maryland Shall Issue, Inc.; Engage Armament LLC; Andrew Raymond; Carlos Rabanales; Brandon Ferrell; Deryck Weaver; Joshua Edgar; I.C.E. Firearms & Defensive Training, LLC; Ronald David; Nancy David; Eliyahu Shemony |

| Appellate Case Number | 23-1719 |
|---|---|
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |