DISTRICT COURT ORDER DENYING PRELIMINARY INJUNCTION

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., <br> ENGAGE ARMAMENT, LLC, <br> ANDREW RAYMOND, <br> CARLOS RABANALES, <br> BRANDON FERRELL, <br> DERYCK WEAVER, <br> JOSHUA EDGAR, <br> I.C.E. FIREARMS & DEFENSIVE <br> TRAINING, LLC, <br> RONALD DAVID, <br> NANCY DAVID and <br> ELIYAHU SHEMONY, <br><br>　　　Plaintiffs, <br><br>　　v. <br><br> MONTGOMERY COUNTY, MARYLAND, <br><br>　　　Defendant. | Civil Action No. TDC-21-1736 |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Plaintiffs' Motion for a Temporary Restraining Order and a Preliminary Injunction, ECF No. 54, is DENIED.

Date: July 6, 2023



THEODORE D. CHUANG
United States District Judge