BILL 4-21

|  |  |
|---|---|
| | Bill No.  __4-21__ |
| | Concerning: __Weapons - Protection of Minors and Public Places - Restrictions Against Ghost Guns and Undetectable Guns__ |
| | Revised: __04/06/2021__  Draft No. __5__ |
| | Introduced: __January 19, 2021__ |
| | Enacted: __April 6, 2021__ |
| | Executive: __April 16, 2021__ |
| | Effective: __July 16, 2021__ |
| | Sunset Date: __None__ |
| | Ch. __7__, Laws of Mont. Co. __2021__ |

# COUNTY COUNCIL
# FOR MONTGOMERY COUNTY, MARYLAND

Lead Sponsor: Council Vice-President Albornoz
Co-Sponsors: Council President Hucker, Councilmembers Katz, Jawando, Navarro, Friedson, Rice, Riemer and Glass

**AN ACT** to:
(1) define terms related to firearm laws;
(2) restrict the **[[**manufacture,**]]** possession, use, sale, and transfer of ghost guns, undetectable guns, and certain other firearms with respect to minors;
(3) restrict the **[[**manufacture,**]]** possession, use, sale, and transfer of ghost guns, undetectable guns, and certain other firearms within 100 yards of places of public assembly; and
(4) generally amend the law regarding firearms and other weapons.

By amending
   Montgomery County Code
   Chapter 57, Weapons
   Sections 57-1, 57-7, and 57-11

By adding
   Montgomery County Code
   Chapter 57, Weapons
   Section 57-16

| | |
|---|---|
| **Boldface** | *Heading or defined term.* |
| Underlining | *Added to existing law by original bill.* |
| **[**Single boldface brackets**]** | *Deleted from existing law by original bill.* |
| Double underlining | *Added by amendment.* |
| **[[**Double boldface brackets**]]** | *Deleted from existing law or the bill by amendment.* |
| * * * | *Existing law unaffected by bill.* |

*The County Council for Montgomery County, Maryland approves the following Act:*

**EXHIBIT A**

1  **Sec. 1. Sections 57-1, 57-7, and 57-11 are amended, and Section 57-16 is**
2  **added, as follows:**
3  **57-1. Definitions.**
4      In this Chapter, the following words and phrases have the following meanings:
5          *3D printing process*: a process of making a three-dimensional, solid
6          object using a computer code or program, including any process in
7          which material is joined or solidified under computer control to create a
8          three-dimensional object.
9                  \*     \*     \*
10         *Gun* or *firearm*: Any rifle, shotgun, revolver, pistol, ghost gun,
11         undetectable gun, air gun, air rifle or any similar mechanism by
12         whatever name known which is designed to expel a projectile through a
13         gun barrel by the action of any explosive, gas, compressed air, spring or
14         elastic.
15     (1)    The term "antique firearm" means (a) any firearm (including any
16         firearm with a matchlock, flintlock, percussion cap, or similar
17         type of ignition system) manufactured in or before 1898; and (b)
18         any replica of any firearm described in subparagraph (a) if such
19         replica (i) is not designed or redesigned or using rimfire or
20         conventional centerfire fixed ammunition, or (ii) uses rimfire or
21         conventional centerfire fixed ammunition which is no longer
22         manufactured in the United States and which is not readily
23         available in the ordinary channels of commercial trade.
24     (2)    "Ghost gun" means a firearm, including an unfinished frame or
25         receiver, that lacks a unique serial number engraved or cased in
26         metal alloy on the frame or receiver by a licensed manufacturer,
27         maker or importer under federal law or markings in accordance

|    |    |    |
|---|---|---|
| 28 |  | with <u>27 C.F.R. § 479.102. It does not include a firearm that has</u> |
| 29 |  | <u>been rendered permanently inoperable, or a firearm that is not</u> |
| 30 |  | <u>required to have a serial number in accordance with the Federal</u> |
| 31 |  | <u>Gun Control Act of 1968.</u> |
| 32 | <u>(3)</u> | "Handgun" means any pistol, revolver or other firearm capable of being concealed on the person, including a short-barreled shotgun and a short-barreled rifle as these terms are defined below. "Handgun" does not include a shotgun, rifle, or antique firearm. |
| 36 | [(3)] <u>(4)</u> | "Rifle" means a weapon designed or redesigned, made or remade, and intended to be fired from the shoulder and designed or redesigned and made or remade to use the energy of the explosive in a fixed metallic cartridge to fire only a single projectile through a rifled bore for each single pull of the trigger. |
| 41 | [(4)] <u>(5)</u> | The term "short-barreled rifle" means a rifle having one (1) or more barrels less than sixteen (16) inches in length and any weapon made from a rifle (whether by alternation, modification or otherwise) if such weapon, as modified, has an overall length of less than twenty-six (26) inches. |
| 46 | [(5)] <u>(6)</u> | The term "short-barreled shotgun" means a shotgun having one (1) or more barrels less than eighteen (18) inches in length and any weapon made from a shotgun (whether by alteration, modification or otherwise) if such weapon as modified has an overall length of less than twenty-six (26) inches. |
| 51 | [(6)] <u>(7)</u> | "Shotgun" means a weapon designed or redesigned, made or remade, and intended to be fired from the shoulder and designed or redesigned and made or remade to use the energy of the explosive in a fixed shotgun shell to fire through a smooth |

| | | |
|---|---|---|
| 55 | | bore either a number of ball shot or a single projectile for each |
| 56 | | single pull of the trigger. |
| 57 | (8) | "Undetectable gun" means: |
| 58 | (A) | a firearm that, after the removal of all its parts other than a |
| 59 | | major component, is not detectable by walk-through metal |
| 60 | | detectors commonly used at airports or other public |
| 61 | | buildings; |
| 62 | (B) | a major component that, if subjected to inspection by the |
| 63 | | types of detection devices commonly used at airports or |
| 64 | | other public buildings for security screening, would not |
| 65 | | generate an image that accurately depicts the shape of the |
| 66 | | component; or |
| 67 | (C) | a firearm manufactured wholly of plastic, fiberglass, or |
| 68 | | through a 3D printing process. |
| 69 | | *   *   * |
| 70 | *Major component* means, with respect to a firearm: | |
| 71 | (1) | the slide or cylinder or the frame or receiver; and |
| 72 | (2) | in the case of a rifle or shotgun, the barrel. |
| 73 | *Minor*: An individual younger than 18 years old. | |
| 74 | | *   *   * |
| 75 | *Place of public assembly*: A "place of public assembly" is a place where | |
| 76 | the public may assemble, whether the place is publicly or privately | |
| 77 | owned, including a [government owned] park [identified by the | |
| 78 | Maryland-National Capital Park and Planning Commission]; place of | |
| 79 | worship; [elementary or secondary] school; [public] library; | |
| 80 | [government-owned or -operated] recreational facility; hospital; | |
| 81 | community health center; long-term facility; or multipurpose exhibition | |

| | | |
|---|---|---|
| 82 | | facility, such as fairgrounds or a conference center. A place of public |
| 83 | | assembly includes all property associated with the place, such as a |
| 84 | | parking lot or grounds of a building. |
| 85 | | * * * |

**57-7. Access to guns by minors.**

| | | |
|---|---|---|
| 87 | (a) | A person must not give, sell, rent, lend, or otherwise transfer any rifle or |
| 88 | | shotgun or any ammunition or major component for these guns in the |
| 89 | | County to a minor. This subsection does not apply when the transferor |
| 90 | | is at least 18 years old and is the parent, guardian, or instructor of the |
| 91 | | minor, or in connection with a regularly conducted or supervised |
| 92 | | program of marksmanship or marksmanship training. |
| 93 | (b) | An owner, employee, or agent of a gun shop must not allow a minor to, |
| 94 | | and a minor must not, enter the gun shop unless the minor is |
| 95 | | accompanied by a parent or other legal guardian at all times when the |
| 96 | | minor is in the gun shop. |
| 97 | (c) | A person must not give, sell, rent, lend, or otherwise transfer to a minor: |
| 98 | | (1) a ghost gun or major component of a ghost gun; |
| 99 | | (2) an undetectable gun or major component of an undetectable gun; |
| 100 | | or |
| 101 | | (3) a computer code or program to make a gun through a 3D printing |
| 102 | | process. |
| 103 | (d) | A person must not [[manufacture or assemble]] purchase, sell, transfer, |
| 104 | | possess, or transfer a ghost gun, including [[making]] a gun created |
| 105 | | through a 3D printing process, in the presence of a minor. |
| 106 | (e) | A person must not store or leave a ghost gun, an undetectable gun, or a |
| 107 | | major component of a ghost gun or an undetectable gun, in a location |
| 108 | | that the person knows or should know is accessible to a minor. |

| | | |
|---|---|---|
| 109 | [(c)] (f) | This section must be construed as broadly as possible within the |
| 110 | | limits of State law to protect minors. |

**57-11. Firearms in or near places of public assembly.**

(a)  [A] In or within 100 yards of a place of public assembly, a person must not:

    (1) sell, transfer, [[manufacture, assemble,]] possess, or transport a ghost gun, undetectable gun, handgun, rifle, or shotgun, or ammunition or major component for these firearms[, in or within 100 yards of a place of public assembly]; or

    (2) sell, transfer, possess, or transport[[, or use a computer code to create,]] a firearm created through a 3D printing process.

(b) This section does not:

    (1) prohibit the teaching of firearms safety or other educational or sporting use in the areas described in subsection (a);

    (2) apply to a law enforcement officer, or a security guard licensed to carry the firearm;

    (3) apply to the possession of a firearm or ammunition, other than a ghost gun or an undetectable gun, in the person's own home;

    (4) apply to the possession of one firearm, and ammunition for the firearm, at a business by either the owner who has a permit to carry the firearm, or one authorized employee of the business who has a permit to carry the firearm;

    (5) apply to the possession of a handgun by a person who has received a permit to carry the handgun under State law; or

    ((6) apply to separate ammunition or an unloaded firearm:

BILL NO. 4-21

| | | | |
|---|---|---|---|
| 134 | | (A) | transported in an enclosed case or in a locked firearms rack on a motor vehicle, unless the firearm is a ghost gun or an undetectable gun; or |
| 137 | | (B) | being surrendered in connection with a gun turn-in or similar program approved by a law enforcement agency. |

139                                         *     *     *

**57-15. Penalty.**

Any violation of this Chapter or a condition of an approval certificate issued under this Chapter is a Class A violation to which the maximum penalties for a Class A violation apply. Any violation of Section 57-8 is a Class A civil violation.

**57-16. Reporting requirement.**

(a) The County Police Department must submit a report annually to the County Executive and the County Council regarding the availability and use of ghost guns and undetectable guns in the County.

(b) The report must include the number of ghost guns and undetectable guns recovered by the Department during the prior year.

(c) Each report must be available to the public on the Police Department's website.

BILL NO. 4-21

*Approved*:

_____  4/7/2021
Tom Hucker, President, County Council         Date

*Approved*:

_____  4/16/2021
Marc Elrich, County Executive                  Date

*This is a correct copy of Council action.*

_____  4/16/2021
Selena Mendy Singleton, Esq., Clerk of the Council   Date

- 8 -