# INDEX TO ATTACHMENTS AND EXHIBITS

1. District Court Docket Sheet

2. Order of the district court denying Motion for a Preliminary Injunction

3. Opinion of the district court denying Motion for a Preliminary Injunction

4. Transcript of the Hearing of February 6, 2023

5. Verified Second Amended Complaint, corrected, ("SAC")

6. Declaration of Daniel Carlin-Weber, Rule 8 Motion

7. Chapter 57 of Montgomery County Code, as amended

8. Bill 4-21, Exhibit A to SAC

9. Bill 21-22E, Exhibit B to SAC

10. MSI Testimony on Bill 4-21, Exhibit C to SAC

11. County Staff Report for Bill 21-22E, Exhibit D to SAC,

12. Declaration of Allan Barall, Exhibit O, Motion for a Preliminary Injunction

13. Supplemental Declaration of Allan Barall, Exhibit B to the Reply

14. Second Supplemental Declaration of Allan Barall, Rule 8 Motion

15. Declaration of David Sussman, Exhibit N, Motion for a Preliminary Injunction

16. Supplemental Declaration of Eliyahu Shemony, Exhibit A to the Reply

17. Anon. Supplemental Declaration of "John Smith No.1," Exhibit C to the Reply

18. Anon. Declaration of "John Doe 1," Exhibit P to Motion for a Preliminary Injunction

19. Anon. Declaration of "John Doe 2" Exhibit Q to Motion for a Preliminary Injunction

20. Anon. Declaration of "Thomas Paine," Exhibit R to Motion for a Preliminary Injunction

21. Anon. Declaration of "John Smith," Exhibit S to Motion for a Preliminary Injunction

22. 2023 Maryland Session Laws Ch. 680