# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 17, 2023

_____

RESPONSE REQUESTED

_____

No.  23-1719,  <u>Maryland Shall Issue, Inc. v. Montgomery County, Maryland</u>
8:21-cv-01736-TDC

TO:  Montgomery County, Maryland

RESPONSE DUE: 07/24/2023

Response is required to the motion for injunctive relief pending appeal on or before 07/24/2023.

Jeffrey S. Neal, Deputy Clerk
804-916-2702