# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 24, 2023

_____

RESPONSE REQUESTED

_____

No.    23-1719,      <u>Maryland Shall Issue, Inc. v. Montgomery County, Maryland</u>
                             8:21-cv-01736-TDC

TO:    Brandon Ferrell
        Carlos Rabanales
        Eliyahu Shemony
        Maryland Shall Issue, Incorporated
        Nancy David
        Joshua Edgar
        Engage Armament LLC
        Ronald David
        Andrew Raymond
        I.C.E. Firearms & Defensive Training, LLC
        Deryck Weaver

RESPONSE DUE: 07/27/2023

Response is required to the motion to strike on or before 07/27/2023.

Tony Webb, Deputy Clerk
804-916-2702