FILED: August 3, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1719
(8:21-cv-01736-TDC)
_____

MARYLAND SHALL ISSUE, INC.; ENGAGE ARMAMENT LLC; ANDREW RAYMOND; CARLOS RABANALES; BRANDON FERRELL; DERYCK WEAVER; JOSHUA EDGAR; I.C.E. FIREARMS & DEFENSIVE TRAINING, LLC; RONALD DAVID; NANCY DAVID; ELIYAHU SHEMONY

  Plaintiffs - Appellants

v.

MONTGOMERY COUNTY, MARYLAND

  Defendant - Appellee

_____

O R D E R
_____

Upon consideration of submissions relative to appellants' emergency motion for injunctive relief pending appeal, the court denies the motion without prejudice to consideration of a future, timely motion.

The court denies appellee's motion to strike as moot.

      For the Court

      /s/ Patricia S. Connor, Clerk