# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 8, 2023

_____

RESPONSE REQUESTED

_____

No. 23-1719,   <u>Maryland Shall Issue, Inc. v. Montgomery County, Maryland</u>
              8:21-cv-01736-TDC

TO:   Montgomery County, Maryland

RESPONSE DUE: 08/11/2023

Response is required to the motion to clarify and for an injunction pending appeal on or before 08/11/2023.

Jeffrey S. Neal, Deputy Clerk
804-916-2702