# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * |
| | * |
| Plaintiffs-Appellants, | * |
| | *    No. 23-1719 |
| v. | * |
| | * |
| MONTGOMERY COUNTY, MARYLAND, | * |
| | * |
| | * |
| Defendant-Appellee. | * |

## DEFENDANT'S RESPONSE TO PLAINTIFFS-APPELLANTS' MOTION FOR CLARIFICATION AND ALTERNATIVE MOTION RENEWING PLAINTIFFS' MOTION FOR AN INJUNCTION PENDING APPEAL

Defendant-Appellee Montgomery County, Maryland ("the County"), by and through its undersigned counsel, and pursuant to Rule 27(a)(3) of the Federal Rules of Appellate Procedure and this Court's August 8, 2023, Order (Doc. 23),[1] files its Response to Plaintiffs-Appellants' Motion for Clarification and Alternative Motion Renewing Plaintiffs' Motion for an Injunction Pending Appeal (the "Plaintiffs' Motion").

1. The County incorporates by reference herein its Response (Doc. 15) to Plaintiffs' initial Emergency Motion for a Rule 8 Injunction Pending Appeal.

2. To the extent applicable, the County renews its Motion to Strike Plaintiffs'

---

[1] The County will refer to docket entries in the U.S. District Court (Case No. 8:21-CV-01736-TDC) as "ECF," and will use "Doc." to reference docket entries in the instant interlocutory appeal before this Court, No. 23-1719.

Supplemental Factual Allegations and Exhibits Contained in Plaintiffs' Emergency Motion for a Rule 8 Injunction Pending Appeal (Doc. 14).

3. As noted by Plaintiffs' Motion (Doc. 22 at 2), the District Court has not entered any order staying proceedings.

WHEREFORE, the County respectfully submits Plaintiffs' Motion should be denied.

        Respectfully submitted,

        JOHN P. MARKOVS
        COUNTY ATTORNEY

        _____/s/_____
        Edward B. Lattner, Deputy County Attorney
        edward.lattner@montgomerycountymd.gov
        Bar No. 03871

        _____/s/_____
        Erin J. Ashbarry
        Assistant County Attorney
        erin.ashbarry@montgomerycountymd.gov
        Bar No. 26298

        _____/s/_____
        Matthew H. Johnson
        Assistant County Attorney
        matthew.johnson3@montgomerycountymd.gov
        Bar No. 17678

        Attorneys for Defendant Montgomery County, Maryland
        101 Monroe Street, Third Floor
        Rockville, Maryland 20850-2540
        (240) 777-6700, (240) 777-6705 Fax

## CERTIFICATE OF COMPLIANCE WITH RULE 32(g)
Certificate of Compliance with Length Limitation,
Typeface Requirements, and Type Style Requirements

1. This Response complies with the length limitation of Fed. R. App. P. 27(d)(2)(A) because this brief contains 175 words, excluding the parts exempted by Fed. R. App. P. 32(f).

2. This Response complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14 point font.

/s/
Erin J. Ashbarry
Attorney for Appellee
Dated: August 11, 2023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2023, a copy of the foregoing was filed to be transmitted via this Court's CM/ECF Electronic Document Filing System to:

> Mark W. Pennak
> Maryland Shall Issue, Inc.
> 9613 Harford Rd., Ste C #1015
> Baltimore, Maryland 21234-21502
> mpennak@marylandshallissue.org

/s/
Erin J. Ashbarry
Counsel for Appellee
Montgomery County, Maryland