FILED: August 31, 2023

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 23-1719
(8:21-cv-01736-TDC)

_____

MARYLAND SHALL ISSUE, INC.; ENGAGE ARMAMENT LLC; ANDREW RAYMOND; CARLOS RABANALES; BRANDON FERRELL; DERYCK WEAVER; JOSHUA EDGAR; I.C.E. FIREARMS & DEFENSIVE TRAINING, LLC; RONALD DAVID; NANCY DAVID; ELIYAHU SHEMONY

       Plaintiffs - Appellants

v.

MONTGOMERY COUNTY, MARYLAND

       Defendant - Appellee

---------------------------------------------

STATE OF MONTANA; STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF IOWA; STATE OF KANSAS; STATE OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF MISSOURI; STATE OF NEBRASKA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TEXAS; STATE OF WEST VIRGINIA; STATE OF WYOMING; SECOND AMENDMENT LAW CENTER; CALIFORNIA RIFLE AND PISTOL ASSOCIATION; CITIZENS' COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; SECOND AMENDMENT DEFENSE AND EDUCATION COALITION; GUNS SAVE LIFE; FEDERAL FIREARMS LICENSEES OF ILLINOIS; GUN OWNERS OF AMERICA; GUN OWNERS OF CALIFORNIA; GUN OWNERS FOUNDATION

       Amici Supporting Appellant

_____

O R D E R

_____

The State of Montana, the State of Alabama, the State of Alaska, the State of Arkansas, the State of Georgia, the State of Idaho, the State of Indiana, the State of Iowa, the State of Kansas, the State of Kentucky, the State of Louisiana, the State of Mississippi, the State of Missouri, the State of Nebraska, the State of South Carolina, the State of South Dakota, the State of Texas, the State of West Virginia, and the State of Wyoming have filed an amicus curiae brief.

    The court accepts the brief for filing.

                                         For the Court--By Direction

                                         /s/ Patricia S. Connor, Clerk