FILED: August 31, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1719
(8:21-cv-01736-TDC)

_____

MARYLAND SHALL ISSUE, INC.; ENGAGE ARMAMENT LLC; ANDREW RAYMOND; CARLOS RABANALES; BRANDON FERRELL; DERYCK WEAVER; JOSHUA EDGAR; I.C.E. FIREARMS & DEFENSIVE TRAINING, LLC; RONALD DAVID; NANCY DAVID; ELIYAHU SHEMONY

  Plaintiffs - Appellants

v.

MONTGOMERY COUNTY, MARYLAND

  Defendant - Appellee

------------------------------------------

STATE OF MONTANA; STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF IOWA; STATE OF KANSAS; STATE OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF MISSOURI; STATE OF NEBRASKA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TEXAS; STATE OF WEST VIRGINIA; STATE OF WYOMING; SECOND AMENDMENT LAW CENTER; CALIFORNIA RIFLE AND PISTOL ASSOCIATION; CITIZENS' COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; SECOND AMENDMENT DEFENSE AND EDUCATION COALITION; GUNS SAVE LIFE; FEDERAL FIREARMS LICENSEES OF ILLINOIS; GUN OWNERS OF AMERICA; GUN OWNERS OF CALIFORNIA; GUN OWNERS FOUNDATION

  Amici Supporting Appellant

_____

O R D E R

_____

Second Amendment Law Center, California Rifle & Pistol Association, Citizens' Committee for the Right to Keep and Bear Arms, Second Amendment Defense and Education Coalition, Guns Save Life, Federal Firearms Licensees of Illinois, Gun Owners of America, Gun Owners of California, and Gun Owners Foundation have filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk