# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 31, 2023

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No.   23-1719,        Maryland Shall Issue, Inc. v. Montgomery County, Maryland
                      8:21-cv-01736-TDC

TO:    Second Amendment Law Center
       California Rifle and Pistol Association
       Gun Owners Foundation
       Gun Owners of California
       Citizens' Committee for the Right to Keep and Bear Arms
       Gun Owners of America, Inc.
       Second Amendment Defense and Education Coalition
       Federal Firearms Licensees of Illinois
       Guns Save Life

REQUESTED FORM DUE:  September 5, 2023

The form identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

[ X] Appearance of counsel  [eFiler status required]

Jeffrey S. Neal, Deputy Clerk
804-916-2702