UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 23-1719 as

[✔] Retained  [ ] Court-appointed(CJA)  [ ] CJA associate  [ ] Court-assigned(non-CJA)  [ ] Federal Defender

[ ] Pro Bono  [ ] Government

COUNSEL FOR: Second Amendment Law Center, California Rifle & Pistol Association, Citizens Committee for the Right to Keep and Bear Arms, Second Amendment Defense and Education Coalition, Guns Save Life, Federal Firearms Licensees of Illinois, Gun Owners of America, Gun Owners of California, Gun Owners Foundation as the
(party name)

[ ] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [✔] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

/s/ C.D. Michel
(signature)

Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage My Account.

| | |
|---|---|
| Carl D. Michel | (562) 216-4444 |
| Name (printed or typed) | Voice Phone |
| Michel & Associates, P.C. | (562) 216-4445 |
| Firm Name (if applicable) | Fax Number |
| 180 East Ocean Blvd., Suite 200 | |
| Long Beach, CA 90802 | cmichel@michellawyers.com |
| Address | E-mail address (print or type) |

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by [ ] personal delivery; [ ] mail; [ ] third-party commercial carrier; or [ ] email (with written consent) on the following persons at the addresses or email addresses shown:

_____                          _____
Signature                                                                            Date

1/28/2020 SCC