UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC.,
ENGAGE ARMAMENT, LLC,
ANDREW RAYMOND,
CARLOS RABANALES,
BRANDON FERRELL,
DERYCK WEAVER,
JOSHUA EDGAR,
I.C.E. FIREARMS & DEFENSIVE
TRAINING, LLC,
RONALD DAVID,
NANCY DAVID and
ELIYAHU SHEMONY,

    Plaintiffs,

v.

MONTGOMERY COUNTY, MARYLAND,

    Defendant.

Civil Action No. TDC-21-1736

## ORDER

Plaintiffs have filed a "Notice of Intent to Submit a Rule 8, FRAP, Motion For An Injunction Pending Appeal," ECF No. 87. Plaintiffs have also filed a Request for Clarification as Directed by the Court of Appeals, ECF No. 91. It is hereby ORDERED that:

1. Plaintiffs are GRANTED leave to file the proposed Motion to Stay Order Pending Appeal. *See* Fed. R. App. P. 8(a).

    a. The Motion will be deemed timely if filed within **7 days** of the filing of this Order.

    b. Defendant's Opposition to the Motion is due within **7 days** of the filing of Plaintiffs' proposed Motion.

    c. Any reply brief is due within **7 days** of Defendant's Opposition.

    d. All briefs must be docketed in the present case in the United States District Court, must directly address the relief sought by Plaintiffs from this Court, as opposed to the relief sought from the United States Court of Appeals, and must conform to the current Local Rules for the United States District Court for the District of Maryland and this Court's Case Management Order, ECF No. 11.

2. The Court's stay of Count 4 of the original Complaint, ECF No. 23, was superseded by Plaintiffs' filing of the Second Amended Complaint, ECF No. 49, and by this Court's denial of the Motion to Stay Counts IV through VIII of the Second Amended Complaint, ECF Nos. 76, 77. Therefore, this case is not presently stayed, and the Clerk is directed to amend the docket accordingly.

Date: August 29, 2023

THEODORE D. CHUANG
United States District Judge