APPEAL,LEAD

# U.S. District Court
## District of Maryland (Greenbelt)
### CIVIL DOCKET FOR CASE #: 8:21-cv-01736-TDC

| | |
|---|---|
| Maryland Shall Issue, Inc. et al v. Montgomery County, Maryland | Date Filed: 07/12/2021 |
| Assigned to: Judge Theodore D. Chuang | Jury Demand: Plaintiff |
| Case in other court:  USCA, 23-01719 | Nature of Suit: 440 Civil Rights: Other |
|                 Circuit Court for Montgomery County, Maryland, 485899V | Jurisdiction: Federal Question |
| Cause: 28:1441 Notice of Removal | |

**Plaintiff**

**Maryland Shall Issue, Inc.**            represented by   **Mark William Pennak**
Law Offices of Mark W. Pennak
7416 Ridgewood Ave
Chevy Chase, MD 20815
301 873 3671
Fax: 301 718 9315
Email: m.pennak@me.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Engage Armament LLC**            represented by   **Mark William Pennak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Raymond**            represented by   **Mark William Pennak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlos Rabanales**            represented by   **Mark William Pennak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brandon Ferrell**            represented by   **Mark William Pennak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deryck Weaver**            represented by   **Mark William Pennak**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joshua Edgar**   represented by   **Mark William Pennak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**I.C.E. Firearms & Defensive Training, LLC**   represented by   **Mark William Pennak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald David**   represented by   **Mark William Pennak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy David**   represented by   **Mark William Pennak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eliyahu Shemony**   represented by   **Mark William Pennak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Montgomery County, Maryland**   represented by   **Edward Barry Lattner**
Office of the County Attorney for Montgomery County MD
101 Monroe St Third Fl
Rockville, MD 20850-2580
12407776735
Fax: 12407776705
Email: Edward.Lattner@MontgomeryCountyMD.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia Lisehora Kane**
Office of the Montgomery County Attorney
101 Monroe St 3rd Fl
Rockville, MD 20850
12407776743

Fax: 12407776706
Email: patricia.kane@montgomerycountymd.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Jeanne Ashbarry**
Office of the County Attorney Montgomery County Maryland
101 Monroe St Third Fl
Rockville, MD 20850
12407776700
Fax: 12407776705
Email: erin.ashbarry@montgomerycountymd.gov
*ATTORNEY TO BE NOTICED*

**Matthew Hoyt Johnson**
Office of the County Attorney
101 Monroe Street, Third Floor
Rockville, MD 20850
2407776709
Fax: 2407776705
Email: matthew.johnson3@montgomerycountymd.gov
*ATTORNEY TO BE NOTICED*

**Sean Charles O Hara**
Office of the County Attorney
101 Monroe Street, Third Floor
Rockville, MD 20850
240-777-6700
Fax: 240-777-6705
Email: sean.ohara@montgomerycountymd.gov
*TERMINATED: 09/26/2022*

**<u>Amicus</u>**

| | | |
|---|---|---|
| **Everytown for Gun Safety** | represented by | **Barry Joel Pollack**<br>Harris St. Laurent & Wechsler LLP<br>1775 Pennsylvania Ave., NW<br>Suite 650<br>Washington, DC 20006<br>202-617-5971<br>Email: bpollack@hs-law.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/12/2021 | 1 | NOTICE OF REMOVAL from Circuit Court for Montgomery County, Maryland, case number 485899V. ( Filing fee $ 402 receipt number 0416-9373391), filed by Montgomery County, Maryland. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet & Attachment, # 2 Attachment DE 1-State Court Complaint, # 3 Attachment DE 2-State Court Information Sheet, # 4 Attachment DE 3-State Court Scheduling Order, # 5 Attachment DE |

|  |  |  |
|---|---|---|
|  |  | 4-State Court Notice of New Case Number, # 6 Attachment DE 5-State Court Summons, # 7 Attachment DE 6-State Court Notice of Pending Events, # 8 Attachment DE 7-State Court Plts' Emergency Motion for Ptl. Summary Judgment, # 9 Attachment DE 8-State Court Aff of Svc on Brian Frosh, # 10 Attachment DE 9-State Court Aff of Svc on Montgomery County, # 11 Attachment DE 10-State Court Notice of Hrg Date)(O Hara, Sean) (Entered: 07/12/2021) |
| 07/12/2021 | 2 | NOTICE of Appearance by Patricia Lisehora Kane on behalf of Montgomery County, Maryland (Kane, Patricia) (Entered: 07/12/2021) |
| 07/12/2021 | 3 | NOTICE of Appearance by Edward Barry Lattner on behalf of Montgomery County, Maryland (Lattner, Edward) (Entered: 07/12/2021) |
| 07/12/2021 | 4 | NOTICE of Appearance by Sean Charles O Hara on behalf of Montgomery County, Maryland (O Hara, Sean) (Entered: 07/12/2021) |
| 07/12/2021 | 5 | Local Rule 103.3 Disclosure Statement by Montgomery County, Maryland (O Hara, Sean) (Entered: 07/12/2021) |
| 07/12/2021 | 6 | Local Rule 103.5 Compliance (Attachments: # 1 Attachment Certified Copy of State Court Record)(O Hara, Sean) (Entered: 07/12/2021) |
| 07/12/2021 | 7 | STATE COURT COMPLAINT against Montgomery County, Maryland, filed by Deryck Weaver, Engage Armament LLC, Carlos Rabanales, Brandon Ferrell, Ronald David, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc., Nancy David, Joshua Edgar, Andrew Raymond.(heps, Deputy Clerk) (Entered: 07/13/2021) |
| 07/12/2021 | 8 | STATE COURT Plaintiff's Motion for Partial Summary Judgment by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc., Carlos Rabanales, Andrew Raymond, Deryck Weaver(heps, Deputy Clerk) (Entered: 07/13/2021) |
| 07/12/2021 |  | THE ABOVE DOCUMENTS (7-8) ARE COPIES OF ORIGINAL PAPERS FILED IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY. (heps, Deputy Clerk) (Entered: 07/13/2021) |
| 07/13/2021 | 9 | Standing Order Concerning Removal re 1 Notice of Removal,,, filed by Montgomery County, Maryland. Signed by Judge Theodore D. Chuang on 7/13/2021. (heps, Deputy Clerk) (Entered: 07/13/2021) |
| 07/13/2021 | 10 | RESPONSE re 9 Standing Order Concerning Removal filed by Montgomery County, Maryland.(O Hara, Sean) (Entered: 07/13/2021) |
| 07/19/2021 | 11 | CASE MANAGEMENT ORDER. Signed by Judge Theodore D. Chuang on 7/19/2021. (heps, Deputy Clerk) (Entered: 07/19/2021) |
| 07/19/2021 | 12 | PAPERLESS ORDER denying without prejudice 8 State Court Emergency Motion for Partial Summary Judgment. The Case Management Order states that "[n]o motions may be filed without first seeking a pre-motion conference with the Court." Case Management Order § II.A.1, ECF No. 11. Plaintiffs have not sought a pre-motion conference with the Court. Plaintiffs are directed to file a Notice of Intent to File a Motion pursuant to section II.A.2 of the Case Management Order by July 28, 2021. Parties are reminded that responses to the Notice of Intent are not permitted. A pre-motion conference is scheduled for August 2, 2021 at 2:00 p.m. To join the call at the scheduled time (1) Dial 1-888-557-8511. (2) Enter access code 3008173, followed by the # key. You will then be placed on hold until Chambers dials into the call, at which point you will be prompted to enter a security code. (3) When prompted, enter security code 08020200 followed by the # key. The call will be recorded, so please do not use speakerphones as they compromise sound quality. Also, we ask that parties not remain on the conference line after the Judge has left |

| | | |
|---|---|---|
| | | the call, to ensure that the line is free for other calls that may be on the Judges calendar. In addition to the proposed motion, the parties should be prepared to address whether they consent, pursuant to 28 U.S.C. § 636(c), to have all further proceedings before a Magistrate Judge and whether they wish to participate in a mediation session with a Magistrate Judge, whether before, during, or after discovery. Parties are expected to consult with their clients and confer with each other on these issues in advance of the Pre-Motion Conference and, if possible, present joint views to the Court. Signed by Judge Theodore D. Chuang on 7/19/2021. (egms, Chambers) (Entered: 07/19/2021) |
| 07/19/2021 | 13 | Correspondence re: Notice of Intent to File Cross Motion for Summary Judgment and Motion to Dismiss (Lattner, Edward) (Entered: 07/19/2021) |
| 07/21/2021 | 14 | Request for Conference (Pennak, Mark) (Entered: 07/21/2021) |
| 07/23/2021 | 15 | Second Request for Conference (Pennak, Mark) (Entered: 07/23/2021) |
| 08/02/2021 | 16 | Case Management Conference held on 8/2/2021 before Judge Theodore D. Chuang.(Court Reporter: FTR Recording\2B) (ds2s, Deputy Clerk) (Entered: 08/02/2021) |
| 08/02/2021 | 17 | ORDER granting Plaintiffs leave to file proposed Motion to Sever and Remand. Signed by Judge Theodore D. Chuang on 8/2/2021. (jf3s, Deputy Clerk) (Entered: 08/03/2021) |
| 08/04/2021 | 18 | MOTION to Remand to State Court by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc.(Pennak, Mark) (Entered: 08/04/2021) |
| 08/18/2021 | 19 | RESPONSE in Opposition re 18 MOTION to Remand to State Court *Opposition to Motion to Sever and Remand* filed by Montgomery County, Maryland. (Attachments: # 1 Text of Proposed Order Proposed Order Denying Motion to Sever and Remand)(O Hara, Sean) (Entered: 08/18/2021) |
| 08/22/2021 | 20 | REPLY to Response to Motion re 18 MOTION to Remand to State Court filed by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc., Carlos Rabanales, Andrew Raymond, Deryck Weaver.(Pennak, Mark) (Entered: 08/22/2021) |
| 08/22/2021 | 21 | REPLY to Response to Motion re 18 MOTION to Remand to State Court *CORRECTED* filed by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc., Carlos Rabanales, Andrew Raymond, Deryck Weaver.(Pennak, Mark) (Entered: 08/22/2021) |
| 02/07/2022 | 22 | MEMORANDUM OPINION. Signed by Judge Theodore D. Chuang on 2/7/2022. (mg3s, Deputy Clerk) (Entered: 02/08/2022) |
| 02/07/2022 | 23 | ORDER granting in part and denying in part 18 Motion to Remand to State Court; directing parties to file a Joint Status Report every 90 days to report on the progress of the state court proceeding; within 14 days of the resolution of Counts 1, 2, and 3 in the state court proceeding, the parties shall file a Joint Status Report. Signed by Judge Theodore D. Chuang on 2/7/2022. (mg3s, Deputy Clerk) Modified on 2/15/2022 (c/m 2/15/2022 - mg3s, Deputy Clerk) (Entered: 02/08/2022) |
| 05/09/2022 | 24 | STATUS REPORT by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc., Carlos Rabanales, Andrew Raymond, Deryck Weaver, STIPULATION re 23 Order on Motion to Remand to State Court, by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc., Carlos Rabanales, Andrew Raymond, Deryck Weaver(Pennak, Mark) (Entered: 05/09/2022) |

| | | |
|---|---|---|
| 08/08/2022 | 25 | MOTION to Consolidate Cases *Defendants Partial Consent Motion to Consolidate and Remand Counts I, II, and III* by Montgomery County, Maryland (Attachments: # 1 Text of Proposed Order Proposed Order)(O Hara, Sean) (Entered: 08/08/2022) |
| 08/08/2022 | 26 | Supplement to *Motion to Consolidate and Remand* (O Hara, Sean) (Entered: 08/08/2022) |
| 08/08/2022 | 27 | STATUS REPORT *Joint Status Report 2* by Montgomery County, Maryland(Lattner, Edward) (Entered: 08/08/2022) |
| 08/09/2022 | 28 | RESPONSE in Opposition re (8 in 8:22-cv-01967-DLB) MOTION to Consolidate Cases *Defendants Partial Consent Motion to Consolidate and Remand Counts I, II, and III*, (25 in 8:21-cv-01736-TDC) MOTION to Consolidate Cases *Defendants Partial Consent Motion to Consolidate and Remand Counts I, II, and III* filed by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training LLC, Maryland Shall Issue, Inc.. (Attachments: # 1 Exhibit Exhibit A Order of Feb. 7, 2022, # 2 Exhibit Exhibit B Supp. Mem. in State court, # 3 Text of Proposed Order Proposed Order)Associated Cases: 8:21-cv-01736-TDC, 8:22-cv-01967-DLB(Pennak, Mark) (Entered: 08/09/2022) |
| 08/11/2022 | 29 | RESPONSE in Opposition re (8 in 8:22-cv-01967-DLB) MOTION to Consolidate Cases *Defendants Partial Consent Motion to Consolidate and Remand Counts I, II, and III*, (25 in 8:21-cv-01736-TDC) MOTION to Consolidate Cases *Defendants Partial Consent Motion to Consolidate and Remand Counts I, II, and III Corrected Opposition* filed by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training LLC, Maryland Shall Issue, Inc.. (Attachments: # 1 Exhibit Feb. 7, 2022 Opinion of the Court, # 2 Exhibit Supp. Memo. filed in State Court, # 3 Text of Proposed Order Proposed Order)Associated Cases: 8:21-cv-01736-TDC, 8:22-cv-01967-DLB(Pennak, Mark) (Entered: 08/11/2022) |
| 08/11/2022 | 30 | ORDER denying without prejudice 25 Partial Consent Motion to Consolidate and to Remand; directing that if Defendant seeks to file a Motion, they must file a Notice of Intent to File a Motion. Signed by Judge Theodore D. Chuang on 8/11/2022. (dg3s, Deputy Clerk) (Entered: 08/11/2022) |
| 08/12/2022 | 31 | NOTICE by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training LLC, Maryland Shall Issue, Inc *Of Intent to File A Motion For Partial Summary Judgment* Associated Cases: 8:21-cv-01736-TDC, 8:22-cv-01967-DLB(Pennak, Mark) (Entered: 08/12/2022) |
| 08/15/2022 | 32 | Correspondence re: Notice of Intent to File Motion to Consolidate and Remand (O Hara, Sean) (Entered: 08/15/2022) |
| 08/16/2022 | 33 | RESPONSE in Opposition re (17 in 8:22-cv-01967-DLB) MOTION for Extension of Time to File Answer re (11) Amended Complaint, , (25 in 8:21-cv-01736-TDC) MOTION to Consolidate Cases *Defendants Partial Consent Motion to Consolidate and Remand Counts I, II, and III*, (8 in 8:22-cv-01967-DLB) MOTION to Consolidate Cases *Defendants Partial Consent Motion to Consolidate and Remand Counts I, II, and III* filed by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training LLC, Maryland Shall Issue, Inc..Associated Cases: 8:21-cv-01736-TDC, 8:22-cv-01967-DLB(Pennak, Mark) (Entered: 08/16/2022) |
| 08/24/2022 | 34 | PAPERLESS NOTICE. A CASE MANAGEMENT CONFERENCE is scheduled for August 26, 2022 at 10:00 a.m. to discuss 31 NOTICE OF INTENT TO FILE A MOTION FOR PARTIAL SUMMARY JUDGMENT AND 32 NOTICE OF INTENT TO FILE A MOTION TO CONSOLIDATE AND REMAND. To join the call at the scheduled time: (1) Dial 1-888-557-8511. (2) Enter access code 3008173, followed by the # key. You will then be placed on hold until Chambers dials into the call, at which point you will be prompted |

| | | |
|---|---|---|
| | | to enter a security code. (3) When prompted, enter security code 08261000 followed by the # key. The call will be recorded, so please do not use speakerphones as they compromise sound quality. Also, we ask that parties not remain on the conference line after the Judge has left the call, to ensure that the line is free for other calls that may be on the Judge's calendar. The parties should also be prepared to address whether they consent to have all further proceedings before a Magistrate Judge and whether they wish to participate in a mediation session with a Magistrate Judge, whether before, during, or after discovery. Parties are expected to consult with their clients and confer with each other on these issues in advance of the Case Management Conference and, if possible, present joint views to the Court. (ds2s, Deputy Clerk) (Entered: 08/24/2022) |
| 08/26/2022 | 35 | Case Management Conference held on 8/26/2022 before Judge Theodore D. Chuang. (Court Reporter: FTR Recording\2B) (ds2s, Deputy Clerk) (Entered: 08/26/2022) |
| 08/26/2022 | 36 | Consent MOTION to Consolidate Cases *8:21-cv-01736-TDC & 8:22-cv-01967-DLB* by Montgomery County, Maryland (Attachments: # 1 Text of Proposed Order Proposed Order-Consent Motion to Consolidate)(O Hara, Sean) (Entered: 08/26/2022) |
| 08/29/2022 | 37 | ORDER directing the parties to file a Consent Motion to Consolidate by 8/29/2022; granting Defendant leave to file the Proposed Motion to Remand by 9/9/2022 and setting a briefing schedule for the Motion; extending the deadline to file an Answer in both consolidated cases. Signed by Judge Theodore D. Chuang on 8/29/2022. (dg3s, Deputy Clerk) (Entered: 08/29/2022) |
| 09/01/2022 | 38 | ORDER Granting 36 Motion to Consolidate Cases; ORDERED that civil actions 8:21-cv-01736-TDC and 8:22-cv-01967-DLB be and hereby are CONSOLIDATED and that all future pleadings shall be filed under lead case 8:21-cv-01736-TDC. Signed by Judge Theodore D. Chuang on 9/1/2022. (heps, Deputy Clerk) (Entered: 09/01/2022) |
| 09/09/2022 | 39 | MOTION to Remand to State Court *Counts I, II and III and Stay Counts IV and V* by Montgomery County, Maryland (Attachments: # 1 Text of Proposed Order Proposed Order)(Lattner, Edward) (Entered: 09/09/2022) |
| 09/23/2022 | 40 | RESPONSE to Motion re 39 MOTION to Remand to State Court *Counts I, II and III and Stay Counts IV and V* filed by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc.. (Attachments: # 1 Exhibit Transcript Excerpt of July 19 State Court Hearing)(Pennak, Mark) (Entered: 09/23/2022) |
| 09/23/2022 | 41 | NOTICE to Substitute Attorney *Withdrawal of Appearance* (O Hara, Sean) (Entered: 09/23/2022) |
| 09/30/2022 | 42 | NOTICE to Substitute Attorney (Ashbarry, Erin) (Entered: 09/30/2022) |
| 09/30/2022 | 43 | NOTICE of Appearance by Matthew Hoyt Johnson on behalf of Montgomery County, Maryland (Johnson, Matthew) (Entered: 09/30/2022) |
| 09/30/2022 | 44 | REPLY to Response to Motion re 39 MOTION to Remand to State Court *Counts I, II and III and Stay Counts IV and V* filed by Montgomery County, Maryland.(Lattner, Edward) (Entered: 09/30/2022) |
| 11/29/2022 | 45 | (FILED IN ERROR - INCORRECT EVENT) UNREDACTED DOCUMENT (Attachments: # 1 Exhibit Bill 4-21, # 2 Exhibit Bill 21-22E, # 3 Exhibit MSI test. on Bill 4-21, # 4 Exhibit Staff Rep. on Bill 21-22E, # 5 Exhibit Decl. of Daniel Carlin-Weber, # 6 Exhibit Decl. of Andrew Raymond, # 7 Exhibit Decl. of Carlos Rabanales, # 8 Exhibit Decl. of Brandon Ferrell, # 9 Exhibit Decl. of Deryck Weaver, # 10 Exhibit Decl. of Joshua Edgar, # 11 Exhibit Decl. of Ronald David, # 12 Exhibit Decl. of Nancy David, # |

| | | |
|---|---|---|
| | | 13 Exhibit Decl. of Eliyahu Shemony, # 14 Attachment certificate of service)(Pennak, Mark) Modified on 11/30/2022 (hmls, Deputy Clerk). (Entered: 11/29/2022) |
| 11/29/2022 | 46 | STIPULATION re 49 Amended Complaint by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc. (Attachments: # 1 Attachment cert. of service)(Pennak, Mark) Modified on 11/30/2022 (hmls, Deputy Clerk). (Entered: 11/29/2022) |
| 11/29/2022 | 47 | Emergency Request for Conference (Pennak, Mark) (Entered: 11/29/2022) |
| 11/29/2022 | 48 | (FILED IN ERROR) UNREDACTED DOCUMENT (Pennak, Mark) Modified on 11/30/2022 (hmls, Deputy Clerk). (Entered: 11/29/2022) |
| 11/30/2022 | 49 | AMENDED COMPLAINT against Deryck Weaver, Engage Armament LLC, Carlos Rabanales, Brandon Ferrell, Ronald David, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc., Nancy David, Joshua Edgar, Andrew Raymond, filed by Deryck Weaver, Engage Armament LLC, Carlos Rabanales, Brandon Ferrell, Ronald David, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc., Nancy David, Joshua Edgar, Andrew Raymond. (Attachments: # 1 Exhibit Bill 4-21, # 2 Exhibit Bill 21-22E, # 3 Exhibit MSI Test. on Bill 4-21, # 4 Exhibit Bill 21-22E Staff Report, # 5 Exhibit Decl. of Daniel Carlin-Weber, # 6 Exhibit Decl. of Andrew Raymond, # 7 Exhibit Decl. of Carlos Rabanales, # 8 Exhibit Decl. of Brandon Ferrell, # 9 Exhibit Decl. of Deryck Weaver, # 10 Exhibit Decl. of Joshua Edgar, # 11 Exhibit Decl. of Ronald David, # 12 Exhibit Decl. of Nancy David, # 13 Exhibit Decl. of Eliyahu Shemony, # 14 Attachment Cert. of Service, # 15 Attachment Red Line Compare Doc.)(Pennak, Mark) (Entered: 11/30/2022) |
| 12/01/2022 | 50 | PAPERLESS NOTICE. A CASE MANAGEMENT CONFERENCE is scheduled for December 6, 2022 at 2:30 p.m. to discuss 47 NOTICE OF INTENT TO FILE A MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION. To join the call at the scheduled time: (1) Dial 1-888-557-8511. (2) Enter access code 3008173, followed by the # key. You will then be placed on hold until Chambers dials into the call, at which point you will be prompted to enter a security code. (3) When prompted, enter security code 12060230 followed by the # key. The call will be recorded, so please do not use speakerphones as they compromise sound quality. Also, we ask that parties not remain on the conference line after the Judge has left the call, to ensure that the line is free for other calls that may be on the Judge's calendar. The parties should also be prepared to address whether they consent to have all further proceedings before a Magistrate Judge and whether they wish to participate in a mediation session with a Magistrate Judge, whether before, during, or after discovery. Parties are expected to consult with their clients and confer with each other on these issues in advance of the Case Management Conference and, if possible, present joint views to the Court. (ds2s, Deputy Clerk) (Entered: 12/01/2022) |
| 12/06/2022 | 51 | Case Management Conference held on 12/6/2022 before Judge Theodore D. Chuang. (Court Reporter: FTR Recording\2B) (ds2s, Deputy Clerk) (Entered: 12/06/2022) |
| 12/06/2022 | 52 | Emergency MOTION for Preliminary Injunction *and Temporary Restraining Order* by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc., Carlos Rabanales, Andrew Raymond, Eliyahu Shemony, Deryck Weaver (Attachments: # 1 Exhibit Decl. of David Sussman Exh. N, # 2 Exhibit Decl. of Allan Barall Exh. O, # 3 Exhibit Decl. of John Doe 1 Exh. P, # 4 Exhibit Decl. of John Doe 2 Exh. Q, # 5 Exhibit Decl. of Thomas Paine 1 Exh. R, # 6 Exhibit Decl. of John Smith 1 Exh. S, # 7 Text of Proposed Order Proposed Order, # 8 Text of Proposed Order Alternative Proposed Order, # 9 Attachment Cert. of Service)(Pennak, Mark) (Entered: 12/06/2022) |

| | | |
|---|---|---|
| 12/06/2022 | 53 | MOTION for Preliminary Injunction *memorandum in support* by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc., Carlos Rabanales, Andrew Raymond, Eliyahu Shemony, Deryck Weaver(Pennak, Mark) (Entered: 12/06/2022) |
| 12/06/2022 | 54 | Corrected MOTION for Preliminary Injunction and Temporary Restraining Order *Corrected Supporting Memorandum* by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc., Carlos Rabanales, Andrew Raymond, Eliyahu Shemony, Deryck Weaver (Attachments: # 1 Memorandum in Support Corrected, # 2 Affidavit Decl. of David Sussman Exh. N, # 3 Affidavit Decl. of Allan Barall Exh. O, # 4 Affidavit Decl. of John Doe No. 1 Exh. P, # 5 Affidavit Decl. of John Doe No. 2 Exh. Q, # 6 Affidavit Decl. of Thomas Paine No. 1 Exh. R, # 7 Affidavit Decl. of John Smith No. 1 Exh. S, # 8 Text of Proposed Order Proposed Order, # 9 Text of Proposed Order Alternative Proposed Order, # 10 Attachment Certificate of Service)(Pennak, Mark) Modified on 12/7/2022 (hmls, Deputy Clerk). (Entered: 12/06/2022) |
| 12/06/2022 | 55 | ORDER DENYING AS MOOT 39 Motion to Remand; GRANTING plaintiffs leave to file motion for temporary restraining order and a preliminary injunction. Signed by Judge Theodore D. Chuang on 12/6/2022. (hmls, Deputy Clerk) (Entered: 12/07/2022) |
| 12/07/2022 | 56 | NOTICE by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc., Carlos Rabanales, Andrew Raymond, Eliyahu Shemony, Deryck Weaver *Notice of Supplemental Authorities* (Attachments: # 1 Attachment Second Circuit Order, # 2 Attachment District Court Decision, # 3 Attachment Cert. of Service)(Pennak, Mark) (Entered: 12/07/2022) |
| 12/09/2022 | 57 | MOTION to Remand to State Court *Renewed Motion to Remand Counts I, II, and III and Stay Counts IV Through VIII* by Montgomery County, Maryland (Attachments: # 1 Text of Proposed Order)(Lattner, Edward) (Entered: 12/09/2022) |
| 12/23/2022 | 58 | RESPONSE in Opposition re 57 MOTION to Remand to State Court *Renewed Motion to Remand Counts I, II, and III and Stay Counts IV Through VIII* filed by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc., Carlos Rabanales, Andrew Raymond, Eliyahu Shemony, Deryck Weaver. (Attachments: # 1 Exhibit Transcript Excerpts from 7.19.22 Hearing, # 2 Text of Proposed Order Proposed Order, # 3 Attachment certificate of service)(Pennak, Mark) (Entered: 12/23/2022) |
| 12/30/2022 | 59 | RESPONSE in Opposition re 54 Corrected MOTION for Preliminary Injunction *Corrected Supporting Memorandum* filed by Montgomery County, Maryland. (Attachments: # 1 Attachment Table of Contents for Memorandum, # 2 Memorandum in Support, # 3 Text of Proposed Order, # 4 Attachment Defendant's Exhibit List, # 5 Exhibit 1 2761_1_22629_Bill_21-22E_Signed_20221128, # 6 Exhibit 2 2761_1_22588_Bill_21-22E_Action_20221115, # 7 Exhibit 3 Childcare stats, # 8 Exhibit 4 Council passes legislation prohibiting firearm use, carrying within 100 yards of some public places _ Bethesda Magazine & Bethesda Beat, # 9 Exhibit 5 Montgomery County gun violence has risen sharply, chief says - The Washington Post, # 10 Exhibit 6 NY Times Article, # 11 Exhibit 7 1831 or 1816 J. Bayon, General Digest of the Ordinances and Resolutions of the Corporation of New Orleans 371 (1831), # 12 Exhibit 8 1837 Me Public Laws, # 13 Exhibit 9 1837 Md. Laws 108, ch. 100, # 14 Exhibit 10 1837 Massachusetts, # 15 Exhibit 11 1843 Rhode Island, # 16 Exhibit 12 1852 N.M. Laws 67, § 3, # 17 Exhibit 13 1857 First Annual Report of the Board of Commissioners of the Central Park 106, # 18 Exhibit 14 1859 Conn. Acts 62, An Act in Addition to and in Alteration of An Act For Forming And Conducting The Military Force, chap. 82, § 5, # 19 Exhibit 15 1861 New York Central Park Commissioners Fourth Annual Report, # 20 Exhibit 16 1867 Pennsylvania General |

| | | | |
|---|---|---|---|
| | | | Assembly, Omitted Laws, PL 1083 No. 1020, A Supp to An Act approp-ing ground in the city of Philadelphia, # 21 Exhibit 17 1869 Tenn. Pub. Acts 23-24, # 22 Exhibit 18 1870 Ga. Laws 421, # 23 Exhibit 19 1870 La. Acts 159-160, no. 100, # 24 Exhibit 20 1870 Acts of Assembly Relating to Fairmount Park Sect. 21 (1870), # 25 Exhibit 21 1870 Tex. Gen. Laws 63, ch. 46, # 26 Exhibit 22 1874 Md. Laws 366, ch. 250, # 27 Exhibit 23 1875 Mo. Laws 50-51, § 1, # 28 Exhibit 24 1877 Va. Acts 305, # 29 Exhibit 25 1879 J. Hockaday, Revised Statutes of the State of Missouri 1879, # 30 Exhibit 26 1879 Tex. Crim. Stat. tit. IX, Ch. 4, # 31 Exhibit 27 1881 The Revised Ordinance of the City of St. Louis, 635 (1881), # 32 Exhibit 28 1882 R. Clark, The Code of the State of Georgia 818 (1873), # 33 Exhibit 29 1883 Mo. Laws 76, # 34 Exhibit 30 1886 Md. Laws 315, ch. 189, # 35 Exhibit 31 1887 N.M. Laws 56, An Act to Prohibit the Unlawful Carrying and Use of Deadly Weapons, ch. 30, § 4, # 36 Exhibit 32 1888 Annual Reports of the City Officers and City Boards of the City of Saint Paul, # 37 Exhibit 33 1888 J. Prentiss, 1888 Md. Code Pub. Local Law, Vol. I, # 38 Exhibit 34 1889 Ariz. Sess. Laws 16-17, # 39 Exhibit 35 1890 GENERAL ORDINANCES OF THE TOWN OF COLUMBIA, IN BOONE COUNTY, MISSOURI 34, 35 (Lewis M. Switzler ed., 1890), # 40 Exhibit 36 1890 Okla. Laws 495, art. 47, § 7, # 41 Exhibit 37 1891 Laws and Ordinances for the Government of the Municipal Corporation of the City of Williamsport, Pennsylvania 141 (1891), # 42 Exhibit 38 1892 The Annotated Code of the General Statute Laws of the State of Mississippi 327, § 1030, # 43 Exhibit 39 1893 The Charter of the City of Wilmington (1893) (Part VII, § 7), # 44 Exhibit 40 1893 W. McCartney, Statutes of Oklahoma (1893), # 45 Exhibit 41 1893 A Digest of the Acts of Assembly Relating to and the General Ordinances of the City of Pittsburgh (1893), # 46 Exhibit 42 1894 The Revised Ordinances of the City of Huntsville, Missouri, of 1894, # 47 Exhibit 43 1895 Mich. Local Acts 596, § 44, # 48 Exhibit 44 1897 A Digest of the Laws and Ordinances for the Government of the Municipal Corporation of the City of Reading, Penn, # 49 Exhibit 45 1899 parks-boulder-co-1899, # 50 Exhibit 46 1901 Revised Statutes of Arizona Territory 1252 (1901), # 51 Exhibit 47 1903 Mont. Laws 49, § 3, # 52 Exhibit 48 1903 City of Trenton, New Jersey, Charter and Ordinances 390 (1903), # 53 Exhibit 49 1905 Amendments to the Revised Municipal Code of Chicago of 1905 and New General Ordinances 40 (1905), # 54 Exhibit 50 1905 Minn. Laws 620, ch. 344, § 53, # 55 Exhibit 51 1906 Ordinances, Rules and Regulations of the Department of Parks of the City of New York 7 (1916), # 56 Exhibit 52 1906 A Digest of the Ordinances of Town Council of the Borough of Phoenixville 135 (1906), # 57 Exhibit 53 1909 General Municipal Ordinances of the City of Oakland, Cal., Addendum at 15 (1909), # 58 Exhibit 54 1910 The Code of the City of Staunton, Virginia 115 (1910), # 59 Exhibit 55 1917 The Code of City of Birmingham, Alabama 662 (1917), # 60 Exhibit 56 1917 Wis. Sess. Laws 1243-44, ch. 668, 29.57(4), # 61 Exhibit 57 1921 N.C. Sess. Laws 54, Pub. Laws Extra Sess., ch. 6, § 3, # 62 Exhibit 58 Ch. 57 incl. 21-22)(Ashbarry, Erin) (Entered: 12/30/2022) |
| 01/06/2023 | 60 | | MOTION for Leave to File *Amicus Brief In Support Of Defendant's Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction* by Everytown for Gun Safety (Attachments: # 1 Exhibit A - Amicus Brief)(Pollack, Barry) (Entered: 01/06/2023) |
| 01/06/2023 | 61 | | Local Rule 103.3 Disclosure Statement by Everytown for Gun Safety identifying Other Affiliate Everytown for Gun Safety Victory Fund, Other Affiliate Everytown for Gun Safety Victory Fund State Committee LLC for Everytown for Gun Safety.(Pollack, Barry) (Entered: 01/06/2023) |
| 01/09/2023 | 62 | | REPLY to Response to Motion re 53 MOTION for Preliminary Injunction *memorandum in support*, 54 Corrected MOTION for Preliminary Injunction *Corrected Supporting Memorandum* filed by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Everytown for Gun Safety, Brandon Ferrell, Maryland Shall Issue, Inc., Carlos Rabanales, Andrew Raymond, Eliyahu Shemony, Deryck Weaver. (Attachments: # 1 Exhibit Exh. A Supp. Decl. of Plaintiff Shemony, # 2 Exhibit Exh. B Supp. Decl. of Barall, |

| | | |
|---|---|---|
| | | # 3 Exhibit Exh. C Supp. Decl. of John Smith 01, # 4 Attachment Koons v. Reynolds slip op., # 5 Attachment certificate of service)(Pennak, Mark) (Entered: 01/09/2023) |
| 01/09/2023 | 63 | RESPONSE in Opposition re 60 MOTION for Leave to File *Amicus Brief In Support Of Defendant's Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction* filed by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc., Carlos Rabanales, Andrew Raymond, Eliyahu Shemony, Deryck Weaver. (Attachments: # 1 Attachment certificate of service)(Pennak, Mark) (Entered: 01/09/2023) |
| 01/10/2023 | 64 | REPLY to Response to Motion re 60 MOTION for Leave to File *Amicus Brief In Support Of Defendant's Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction* filed by Everytown for Gun Safety. (Attachments: # 1 Exhibit A - Correspondence)(Pollack, Barry) (Entered: 01/10/2023) |
| 01/30/2023 | 65 | ORDER GRANTING 60 Motion for Leave to File Amicus Brief. Signed by Judge Theodore D. Chuang on 1/29/2023. (hmls, Deputy Clerk) (Entered: 01/30/2023) |
| 01/30/2023 | 66 | Amicus Brief in support of 59 Response in Opposition to Motion re 54 Corrected MOTION for Preliminary Injunction and Temporary Restraining Order filed by Everytown for Gun Safety. (hmls, Deputy Clerk) (Entered: 01/30/2023) |
| 01/30/2023 | 67 | PAPERLESS NOTICE that a HEARING on 54 Plaintiffs Emergency Motion for a Temporary Restraining Order and Emergency Motion for a Preliminary Injunction and 57 Defendants Renewed Motion to Remand Counts I, II and III and Stay Counts IV through VIII is scheduled for February 6, 2023 at 3:00 p.m. before Judge Theodore D. Chuang at the United States Courthouse located at 6500 Cherrywood Lane in Greenbelt, Maryland. The specific courtroom for the motions hearing will be available the week of the proceeding on the Court's website. (ds2s, Deputy Clerk) (Entered: 01/30/2023) |
| 01/30/2023 | 68 | NOTICE by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc., Carlos Rabanales, Andrew Raymond, Eliyahu Shemony, Deryck Weaver re 54 Corrected MOTION for Preliminary Injunction *Corrected Supporting Memorandum* (Attachments: # 1 Attachment certificate of service)(Pennak, Mark) (Entered: 01/30/2023) |
| 01/30/2023 | 69 | NOTICE by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc., Carlos Rabanales, Andrew Raymond, Eliyahu Shemony, Deryck Weaver re 54 Corrected MOTION for Preliminary Injunction *Corrected Supporting Memorandum Corrected for omission* (Attachments: # 1 Attachment slip opinion, # 2 Attachment certificate of service) (Pennak, Mark) (Entered: 01/30/2023) |
| 02/02/2023 | 70 | RESPONSE re 66 Response filed by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Everytown for Gun Safety, Brandon Ferrell, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc., Carlos Rabanales, Andrew Raymond, Eliyahu Shemony, Deryck Weaver. (Attachments: # 1 Attachment cert. of service)(Pennak, Mark) (Entered: 02/02/2023) |
| 02/06/2023 | 71 | Motion Hearing held on 2/6/2023 before Judge Theodore D. Chuang re 57 MOTION to Remand to State Court *Renewed Motion to Remand Counts I, II, and III and Stay Counts IV Through VIII* filed by Montgomery County, Maryland, and 54 Corrected MOTION for Preliminary Injunction *Corrected Supporting Memorandum* filed by Andrew Raymond, I.C.E. Firearms & Defensive Training, LLC, Joshua Edgar, Carlos Rabanales, Deryck Weaver, Nancy David, Brandon Ferrell, Maryland Shall Issue, Inc., Engage Armament LLC, Eliyahu Shemony, Ronald David.(Court Reporter: Patricia Klepp\2B) (ds2s, Deputy Clerk) (Entered: 02/06/2023) |

| | | |
|---|---|---|
| 02/24/2023 | 72 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings, Motions Hearing held on 2/6/23, before Judge Theodore D. Chuang. Court Reporter/Transcriber Patricia Klepp, Telephone number 3013443228. Total number of pages filed: 88. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained from the Court Reporter or through PACER. Redaction Request due 3/17/2023. Redacted Transcript Deadline set for 3/27/2023. Release of Transcript Restriction set for 5/25/2023. (pk4, Court Reporter) (Entered: 02/24/2023) |
| 03/28/2023 | 73 | NOTICE by Montgomery County, Maryland *of Supplemental Authorities* Associated Cases: 8:21-cv-01736-TDC, 8:22-cv-01967-TDC(Ashbarry, Erin) (Entered: 03/28/2023) |
| 03/28/2023 | 74 | RESPONSE re 73 Notice (Other) filed by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc., Carlos Rabanales, Andrew Raymond, Eliyahu Shemony, Deryck Weaver. (Attachments: # 1 Exhibit Order in Bondi, # 2 Attachment Certificate of Service)(Pennak, Mark) (Entered: 03/28/2023) |
| 03/31/2023 | 75 | NOTICE by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc., Carlos Rabanales, Andrew Raymond, Eliyahu Shemony, Deryck Weaver (Attachments: # 1 Attachment Slip op. of Worth v. Harrington, # 2 Attachment Transcript excerpts, # 3 Attachment Certificate of Service)(Pennak, Mark) (Entered: 03/31/2023) |
| 05/05/2023 | 76 | MEMORANDUM OPINION. Signed by Judge Theodore D. Chuang on 5/5/2023. (hmls, Deputy Clerk) (Entered: 05/05/2023) |
| 05/05/2023 | 77 | ORDER GRANTING IN PART and DENYING IN PART 57 Motion to Remand Counts I, II, and III and Stay Counts IV Through VIII. REMANDING Counts I, II, and III to the Circuit Court for Montgomery County. Signed by Judge Theodore D. Chuang on 5/5/2023. (hmls, Deputy Clerk) (Entered: 05/05/2023) |
| 05/05/2023 | 78 | Correspondence from Clerk to Circuit Court for Montgomery County re: Remand. (hmls, Deputy Clerk) (Additional attachment(s) added on 5/12/2023: # 1 Receipt Certified Mail) (hmls, Deputy Clerk). (Additional attachment(s) added on 5/15/2023: # 2 Return Correspondence) (hmls, Deputy Clerk). (Entered: 05/05/2023) |
| 05/18/2023 | 79 | NOTICE by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, Maryland Shall Issue, Inc., Carlos Rabanales, Andrew Raymond, Eliyahu Shemony, Deryck Weaver *Notice of Supplemental Authorities* (Pennak, Mark) (Entered: 05/18/2023) |
| 06/19/2023 | 80 | NOTICE by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc., Carlos Rabanales, Andrew Raymond, Eliyahu Shemony, Deryck Weaver *Supplemental Authority Re SB1* (Attachments: # 1 Attachment SB 1 As Enacted, # 2 Attachment Certificate of Service)(Pennak, Mark) (Entered: 06/19/2023) |
| 07/03/2023 | 81 | Request for Conference (Lattner, Edward) (Entered: 07/03/2023) |
| 07/06/2023 | 82 | MEMORANDUM OPINION. Signed by Judge Theodore D. Chuang on 7/6/2023. (hmls, Deputy Clerk) (Entered: 07/06/2023) |
| 07/06/2023 | 83 | ORDER DENYING 54 Motion for a Temporary Restraining Order and a Preliminary Injunction. Signed by Judge Theodore D. Chuang on 7/6/2023. (hmls, Deputy Clerk) (Entered: 07/06/2023) |

| | | |
|---|---|---|
| 07/07/2023 | 84 | INTERLOCUTORY NOTICE OF APPEAL by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc., Carlos Rabanales, Andrew Raymond, Eliyahu Shemony, Deryck Weaver. Filing fee $ 505, receipt number AMDDC-10694075. (Attachments: # 1 Certificate of Service)(Pennak, Mark) Modified on 7/7/2023 (slss, Deputy Clerk). (Entered: 07/07/2023) |
| 07/07/2023 | 85 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 84 Notice of Appeal. IMPORTANT NOTICE: To access forms which you are required to file with the United States Court of Appeals for the Fourth Circuit please go to http://www.ca4.uscourts.gov and click on Forms & Notices.(slss, Deputy Clerk) (Entered: 07/07/2023) |
| 07/07/2023 | 86 | QC NOTICE: 84 Notice of Appeal, filed by Andrew Raymond, I.C.E. Firearms & Defensive Training, LLC, Joshua Edgar, Carlos Rabanales, Deryck Weaver, Nancy David, Brandon Ferrell, Maryland Shall Issue, Inc., Engage Armament LLC, Eliyahu Shemony, Ronald David was filed incorrectly. Wrong entry used when filing Notice of Appeal. If you are filing a Notice of Appeal in an open case use Interlocutory Appeal Entry. Correction has been made. (slss, Deputy Clerk) (Entered: 07/07/2023) |
| 07/08/2023 | 87 | Request for Conference (Pennak, Mark) (Entered: 07/08/2023) |
| 07/10/2023 | 88 | USCA Case Number 23-1719 for 84 Notice of Appeal, filed by Andrew Raymond, I.C.E. Firearms & Defensive Training, LLC, Joshua Edgar, Carlos Rabanales, Deryck Weaver, Nancy David, Brandon Ferrell, Maryland Shall Issue, Inc., Engage Armament LLC, Eliyahu Shemony, Ronald David. Case Manager - Jeffrey Neal (av4s, Deputy Clerk) (Entered: 07/10/2023) |
| 08/03/2023 | 89 | ORDER of USCA "Denying" without prejudice to consideration of a future timely motion appellants'Emergency motion for injunctive relief pending appeal and "Striking" as moot appellee's motion as to 84 Notice of Appeal, filed by Andrew Raymond, I.C.E. Firearms & Defensive Training, LLC, Joshua Edgar, Carlos Rabanales, Deryck Weaver, Nancy David, Brandon Ferrell, Maryland Shall Issue, Inc., Engage Armament LLC, Eliyahu Shemony, Ronald David. (slss, Deputy Clerk) (Entered: 08/03/2023) |
| 08/25/2023 | 90 | ORDER of USCA DEFERS consideration of the instant motion in order to permit Appellants to seek clarification from the district court regarding the status of the proceedings as to 84 Notice of Appeal, filed by Andrew Raymond, I.C.E. Firearms & Defensive Training, LLC, Joshua Edgar, Carlos Rabanales, Deryck Weaver, Nancy David, Brandon Ferrell, Maryland Shall Issue, Inc., Engage Armament LLC, Eliyahu Shemony, Ronald David (slss, Deputy Clerk) (Entered: 08/25/2023) |
| 08/26/2023 | 91 | Substantive legal issues - addressing (Attachments: # 1 Attachment Order of 4th Circuit, # 2 Attachment certificate of service)(Pennak, Mark) (Entered: 08/26/2023) |
| 08/29/2023 | 92 | ORDER GRANTING plaintiffs leave to file the proposed motion to stay order pending appeal as therein set forth. Signed by Judge Theodore D. Chuang on 8/29/2023. (hmls, Deputy Clerk) (Entered: 08/29/2023) |
| 08/30/2023 | 93 | MOTION Injunction Pending Appeal by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc., Carlos Rabanales, Andrew Raymond, Eliyahu Shemony, Deryck Weaver (Attachments: # 1 Exhibit Supp. Decl. of Daniel Carlin-Weber, # 2 Exhibit 2d Supp. Decl. of Allan Barall, # 3 Text of Proposed Order Proposed order)(Pennak, Mark) (Entered: 08/30/2023) |
| 09/01/2023 | 94 | Consent MOTION for Extension of Time to File Response/Reply as to 93 MOTION Injunction Pending Appeal by Montgomery County, Maryland (Attachments: # 1 Text of |

| | | |
|---|---|---|
| | | Proposed Order)(Lattner, Edward) (Entered: 09/01/2023) |
| 09/06/2023 | 95 | RESPONSE in Opposition re 93 MOTION Injunction Pending Appeal filed by Montgomery County, Maryland. (Attachments: # 1 Attachment Table of Contents for Opp to MSI Mot for Rule 8 Inj (MSI), # 2 Text of Proposed Order Proposed Order, # 3 Attachment Exhibit list for Opp'n to Ps Mot for Inj Pending Appeal USDC, # 4 Exhibit 1 - 014 2023-07-24 Montgomery County MD Motion to Strike, # 5 Exhibit 2 - Doc 17 - Pls Opp'n to Cnty Mot to Strike 4th Cir, # 6 Exhibit 3 - Doc 20 - Ds Reply to Ps Opp to Mot to Strike 4th Circ, # 7 Exhibit 4 - 1886 Md. Laws 315 ch. 189, # 8 Exhibit 5 - 1888 J. Prentiss 1888 Md. Code Pub. Local Law Vol. I, # 9 Exhibit 6 - 1874 Md. Laws 366 ch. 250, # 10 Exhibit 7 - 1870 La. Acts 159-160 no. 100, # 11 Exhibit 8 - 1837 Md. Laws 108 ch. 100, # 12 Exhibit 9 - 1868 Pennsylvania General Assembly Omitted Laws No. 1020 A Supp to An Act re ground in the city of Philadelphia, # 13 Exhibit 10 - 1870 Acts of Assembly Relating to Fairmount Park Sect. 21 (1870), # 14 Exhibit 11 - 1888 Annual Reports of the City Officers and City Boards of the City of Saint Paul, # 15 Exhibit 12 - 1893 A Digest of the Acts of Assembly Relating to and the General Ordinances of the City of Pittsburgh (1893), # 16 Exhibit 13 - 1897 A Digest of the Laws and Ordinances for the Government of the Municipal Corporation of the City of Reading Penn, # 17 Exhibit 14 - 1903 City of Trenton New Jersey Charter and Ordinances 390 (1903)_, # 18 Exhibit 15 - 1887 N.M. Laws 56 An Act to Prohibit the Unlawful Carrying and Use of Deadly Weapons ch. 30 § 4, # 19 Exhibit 16 - 1892 The Annotated Code of the General Statute Laws of the State of Mississippi 327 § 1030, # 20 Exhibit 17 - 1859 Conn. Acts 62, # 21 Exhibit 18 - 1870 Ga. Laws at 421 - Title XVI No 285 Sect 1, # 22 Exhibit 19 - 1882 R. Clark The Code of the State of Georgia 818 (1873), # 23 Exhibit 20 - 1870 Tex. Gen. Laws 63 ch. 46, # 24 Exhibit 21 - 1879 Tex. Crim. Stat. tit. IX Ch. 4, # 25 Exhibit 22 - 1875 Mo. Laws 50-51 § 1, # 26 Exhibit 23 - 1879 J. Hockaday Revised Statutes of the State of Missouri 1879, # 27 Exhibit 24 - 1883 Mo. Laws at 76, # 28 Exhibit 25 - 1877 Va. Acts at 305, # 29 Exhibit 26 - 1889 Ariz. Sess. Laws 16-17, # 30 Exhibit 27 - 1890 GENERAL ORDINANCES OF THE TOWN OF COLUMBIA IN BOONE COUNTY MISSOURI 34 35 (Lewis M. Switzler ed. 1890), # 31 Exhibit 28 - 1890 Okla. Laws 495 art. 47 § 7, # 32 Exhibit 29 - 1893 W. McCartney Statutes of Oklahoma (1893), # 33 Exhibit 30 - 1894 The Revised Ordinances of the City of Huntsville Missouri of 1894)(Ashbarry, Erin) (Entered: 09/06/2023) |
| 09/08/2023 | 96 | REPLY to Response to Motion re 93 MOTION Injunction Pending Appeal filed by Nancy David, Ronald David, Joshua Edgar, Engage Armament LLC, Brandon Ferrell, I.C.E. Firearms & Defensive Training, LLC, Maryland Shall Issue, Inc., Carlos Rabanales, Andrew Raymond, Eliyahu Shemony, Deryck Weaver. (Attachments: # 1 Attachment Order of 4th Circuit)(Pennak, Mark) (Entered: 09/08/2023) |
| 09/12/2023 | 97 | ORDER DENYING 93 Emergency Motion for a Rule 8 Injunction Pending Appeal; DENYING AS MOOT 94 Motion for Extension of Time to File Response/Reply re 93 Emergency Motion for a Rule 8 Injunction Pending Appeal. Signed by Judge Theodore D. Chuang on 9/12/2023. (hmls, Deputy Clerk) (Entered: 09/12/2023) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 09/12/2023 18:43:59 | | |
| **PACER Login:** | mwpennak7416 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** | 8:21-cv-01736-TDC |
| **Billable Pages:** | 14 | **Cost:** | 1.40 |