**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 13, 2023

_____

RESPONSE REQUESTED

_____

No.    23-1719,        Maryland Shall Issue, Inc. v. Montgomery County, Maryland

8:21-cv-01736-TDC

TO:    Montgomery County, Maryland

RESPONSE DUE: 09/20/2023

Response is required to the motion for injunction pending appeal on or before 09/20/2023.

Jeffrey S. Neal, Deputy Clerk
804-916-2702