No. 23-1719

IN THE

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

———————————

MARYLAND SHALL ISSUE, INC., ET AL.,

*Plaintiffs-Appellants*,

v.

MONTGOMERY COUNTY, MARYLAND,

*Defendant-Appellee*.

———————————

On Appeal from the United States District Court
for the District of Maryland
(Theodore D. Chuang, Judge)

———————————

**ADDENDUM FOR
BRIEF OF APPELLEE MONTGOMERY COUNTY, MARYLAND**

———————————

John P. Markovs, County Attorney
Edward B. Lattner , Deputy County
    Attorney
Erin J. Ashbarry, Assistant County
    Attorney
Matthew H. Johnson, Assistant County
    Attorney

Executive Office Building
101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700

**Montgomery County, Maryland Brief Addendum**
**No. 23-1799**
**Table of Contents**

An Act Forbidding and Punishing Affrays, Ch. 49 (Virginia 1786) ...............Add. 1

An Ordinance Respecting Public Balls, Art. 1 (1817), *General Digest
of the Ordinances and Resolutions of the Corporation of
New Orleans* 371 (1831) .......................................................................Add. 2

1837 Md. Acts Ch. 101, §§ 1-2 ...................................................................Add. 6

An Act Prohibiting the Carrying [of] a Certain Class of Arms, Within the
Settlements and in Balls § 3, *Laws of the Territory of
New Mexico* (1852) ...............................................................................Add. 8

*First Annual Report of the Board of Commissioners of the Central Park,
New York* (1857) ...................................................................................Add. 11

*Minutes and Proceedings of the Board of Commissioners of the
Central Park, New York* (1858) ...........................................................Add. 13

Ch. 82, An Act in addition to an in alteration of "An Act for Forming and
Conducting the Military Force," § 5, *Public Acts Passed by the
General Assembly of the State of Connecticut, May Session, 1859*
61 (1859) ...............................................................................................Add. 18

*Fourth Annual Report of the Board of Commissioners of the Central Park,*
New York (1861) ...................................................................................Add. 22

*Eighth Annual Report of the Board of Commissioners of Prospect Park,
Brooklyn,* Rules and Regulations for the Government of the
Public Parks of Brooklyn (1868) ..........................................................Add. 24

A Supplement to an Act, entitled, 'An Act Appropriating Ground for Public
Purposes in the City of Philadelphia", No. 1020 § 21 *Laws of the
General Assembly of the State of Pennsylvania,
1868 Session,* 1088 (1868) ...................................................................Add. 27

i

*First Annual Report of the Commissioners of Fairmount Park,*
    *Philadelphia, Pennsylvania* § 21 (1869) ................................................Add. 36

An Act to Amend the Criminal Laws of the State, Ch. 22 § 2,
    (December 1, 1869) *Acts of the State of Tennessee* 23 (1870).............Add. 38

An Act to Preserve the Peace and Harmony of the People of this State,
    and for Other Purposes, Penal Code, Title 16, No. 285, *Acts and*
    *Resolutions of the General Assembly of the State of Georgia*
    421 (1870).................................................................................................Add. 41

An Act to … Empower the Governor to Preserver Peace and Order,
    No. 100, § 73, *Acts Passed by the General Assembly of the*
    *State of Louisiana* 159-160 (1870) ........................................................Add. 44

An Act appropriating ground for public purposes, in the City of
    Philadelphia, § 21 (II), *Acts of Assembly Relating to*
    *Fairmount Park* (1870).............................................................................Add. 48

An Act Regulating the Right to Keep and Bear Arms, Ch. 46, § 1,
    *General Laws of the Twelfth Legislature, of the State of Texas* 63
    (1870)...........................................................................................................Add. 54

Park Ordinance No. 1, Article I. § 4, *Annual Reports of the Brooklyn*
    *Park Commissioners* (1863) ....................................................................Add. 57

Chicago Ordinances, Ch. 31 Parks and Public Grounds, § 6 Firearms and
    Missiles Prohibited–Protection of Shrubbery, *Laws and Ordinances*
    *Governing the City*
    *of Chicago* 88 (1873) ...............................................................................Add. 59

1874 Md. Laws 366, Ch. 250, § 1................................................................Add. 64

An Act Regulating the Right to Keep and Bear Arms, Art. 6511 (1870);
    An Act to Regulate the Keeping and Bearing of Deadly Weapons,
    Crim. Code Art. 6514(1871), *A Digest of the Laws of Texas* 1322,
    1323 (1875)................................................................................................Add. 66

An Act to Prevent the Carrying of Weapons in Public Assemblies of the
People, § 1, *Laws of Missouri, General and Local Laws Passed at
the Regular Session of the Twenty-Eighth General
Assembly* 50-51 (1875) .........................................................................Add. 73

San Francisco Park Commissioners Ordinances, Ordinance No. 2 § 2,
*San Francisco Municipal Reports* 887 (1875) .....................................Add. 76

Hyde Park, South Park Ordinances, § 6 *Laws and Ordinances
Governing the Village of Hyde Park (Illinois)* 310 (1876) ..................Add. 81

Acts of Virginia Assembly, Ch. 7, of Offences [sic] Against Morality
and Decency –Protection of Religious Meetings § 21,
*Acts and Joint Resolutions of the General Assembly of the
State of Virginia* 305 (1878) ................................................................Add. 87

Missouri Code, Crimes and Criminal Procedure § 1274, Carrying of Deadly
Weapons, *Revised Statutes of the State of Missouri,
Vol. I*, 224 (1879).................................................................................Add. 94

Texas Code, Tit. 9, Ch. 4, Art. 320, Carrying Arms in Church or
Other Assembly, *The Revised Statutes of Texas* 43 (1879)..................Add. 97

Chicago Code, Art. 43 § 1690, *Municipal Code of Chicago* 391 (1881).....Add. 100

St. Louis, Missouri, Ordinance, Art. XI § 3, *The Revised Ordinance of
the City of St. Louis*, 635 (1881)..........................................................Add. 103

Danville, Illinois, Ordinances, Ch. 19, § 4, *The Revised Ordinances of
the City of Danville* 83 (1883)..............................................................Add. 105

An Act to Amend Section 1274, Article 2, Chapter 24 of the Revised
Statutes of Missouri, Entitled "Of Crimes and Criminal Procedure,"
§ 1, *Laws of Missouri Passed at the Session of the Thirty-Second
General Assembly* 76 (1883) ................................................................Add. 109

Rules and Regulations of Tower Grove Park, St. Louis, Missouri,
*Tower Grove Park of the City of St. Louis Review of its Origin
and History, Plan of Improvement, Ornamental Features, etc.*
117 (1883)......................................................................................Add. 111

An Act to Prevent the carrying of Guns, Pistols . . . by Any Person in
Calvert County, on the Days of Election in Said County, Within
One Mile of the Polls, § 1, 315 Laws of Maryland,
Ch. 189 (1886) .................................................................................Add. 115

Boston, Massachusetts Park Ordinance No.3, *City of Boston,
Department of Parks, Thirteenth Annual Report of the Board of
Commissioners for the Year 1887* 86 (1888).......................................Add. 117

An Act to Prohibit the Unlawful Carrying and Use of Deadly Weapons,
Ch. 30, § 4, *Acts of the Legislative Assembly of the Territory of
New Mexico, Twenty-Seventh Session* 55, 58 (1887) .........................Add. 119

Maryland Code, Election Districts, § 71 *The Maryland Code,
Public Local Laws, Vol. I* 604 (1888)..................................................Add. 123

City of Rochester, New York, Park Commissioners Penal Ordinances § 4,
*Report of the Board of Park Commissioners of the City of
Rochester, NY* 97 (1896)....................................................................Add. 125

Rules and Regulations of the Public Parks and Grounds of the City of
Saint Paul, *Annual Reports of the City Officers and City Boards
of the City of Saint Paul, Minn. for the Fiscal Year Ending
December 31, 1888* 689 (1888) ............................................................Add. 129

Salt Lake City, Utah, Ordinances Ch. 27, § 6, *The Revised Ordinances
of Salt Lake City* 248 (1888)................................................................Add. 131

An Act Defining and Punishing Certain Offenses Against Public
Peace, § 3, *Session Laws of the Fifteenth Legislative Assembly of
the Territory of Arizona* 17 (1889) ......................................................Add. 135

Harrisburg, Pennsylvania, Ordinances, Park Commission and Parks,
Park Rules § 4(4) (1905), *A Digest of the Laws and Ordinances for the
Government of the Municipal Corporation of the City of
Harrisburg, Pennsylvania* 468 (1906)................................................Add. 139

Columbia, Missouri, General Ordinances, Ch. 17, § 163, *General
Ordinances of the Town of Columbia in Boone County,
Missouri*, 35 (1890) ...........................................................................Add. 145

Territory of Oklahoma Statutes, Crimes and Punishment, Art. 47, § 7,
*The Statutes of Oklahoma 1890, Laws Passed by the First
Legislative Assembly of the Territory* 496 (1890) ..............................Add. 147

An Ordinance providing for the government and Protection of Public
Parks and Squares in the City of Trenton (June 26, 1890),
*City of Trenton, New Jersey, Charter and Ordinances* 390 (1903) ...Add. 150

Ordinance of the City of Lynn, Massachusetts, Park Commissioners,
*Third Annual Report of the Park Commissioners of the City of
Lynn* 23 (1892)....................................................................................Add. 153

Grand Rapids, Michigan, Ordinance § 556(2)(e) (April 30, 1914,
*Compiled Ordinances of the City of Grand Rapids* (1915)................Add. 156

An Ordinance Prescribing the Rules and Regulations for the Government
and Protection of Brandon Park, Imposing Penalties for the
Violation of the Same, and Closing Part of Packer Street, § 1 (21)
*Laws and Ordinances for the Government of the Municipal
Corporation of the City of Williamsport, Pennsylvania*
141 (1891)...........................................................................................Add. 164

Mississippi Code, Crimes and Misdemeanors § 1030, *The Annotated
Code of the General Statute Laws of the State of
Mississippi* 327 (1892).......................................................................Add. 167

Peoria, Illinois, Ordinance Art. 35, § 1724, *Laws and Ordinances of the
City of Peoria, Illinois* 667 (1892) ....................................................Add. 170

Spokane, Washington, Municipal Code, Ord. No. A170 § 4,
    *Municipal Code of the City of Spokane, Washington* 123 (1903)......Add. 174

Oklahoma Territory Statutes, Art. 45, § 7,
    *Statutes of Territory of Oklahoma, 1893* 504 (1893) .........................Add. 179

Pittsburgh, Pennsylvania, Ordinance, Bureau of Parks § 5 (July 1, 1893),
    *A Digest of the Acts of the Assembly Relating to and the General
    Ordinances of the City of Pittsburgh* 496 (1897) ...............................Add. 182

Wilmington, Delaware, Rules and Regulations of the Board of Park
    Commissioners, *The Charter of the City of Wilmington* (1893) ........Add. 188

Huntsville, Missouri, Ordinance in Relation to Carrying Deadly
    Weapons, § 1 *The Revised Ordinances of the City of Huntsville,
    Missouri of 1894* 58 (1894) ................................................................Add. 191

St. Paul, Minnesota, Ordinance § 680, *General Ordinances and Private
    Ordinances of a Public Nature of the City of St. Paul* 208 (1895) ....Add. 196

Canton, Illinois, Ordinance § 26, *Revised Ordinances of the City of
    Canton, Illinois* 204 (1895) ................................................................Add. 201

An Act to amend an act Entitled "An Act Supplemental to the Charter of
    the City of Detroit, and Relating to Parks, Boulevards and Other
    Public Grounds…", No. 436 § 44, *Local Acts of the Legislature of
    the State of Michigan* 596 (1895) .......................................................Add. 206

Indianapolis, Indiana, Ordinance § 1971 (June 30, 1896)
    *General Ordinances of the City of Indianapolis* 648 (1904)..............Add. 217

Reading, Pennsylvania, Park Ordinance No. 20 (8), *A Digest of the
    Laws and Ordinances for the Government of the Municipal
    Corporation of the City of Reading, Pennsylvania, in Force
    April 1, 1897* 240 (1897) ....................................................................Add. 225

Springfield, Massachusetts Park Ordinances (May 2, 1891),
    *Park Commissioners' Report, Springfield, Massachusetts* (1897) ....Add. 229

Kansas City Ordinance No. 9637, § 11, *Charter and Revised Ordinances
    of Kansas City* 657 (1898) ..................................................................Add. 234

Boulder, Colorado (October 4, 1898), Ordinance No. 511, § 1, *Revised
    Ordinances of the City of Boulder* 157 (1899) ..................................Add. 241

Arizona Territory Statutes, Crimes and Punishments § 387, *The Revised
    Statutes of the Arizona Territory* 1252 (1901) ..................................Add. 245

Hartford, Connecticut, Park Rules and Regulations, *Municipal
    Register of the City of Hartford* 493 (1907) .......................................Add. 247

New Bedford, Massachusetts, Park Ordinances, *Ninth Annual Report of
    the Department of Parks of the City of New Bedford,
    Massachusetts* 74 (1902) ..................................................................Add. 253

New York City Park Ordinance XXIV, *Proceedings of the Board of
    Alderman of the City of New York, Vol. IV* 600 (1903)......................Add. 255

Rules and Regulations Governing the Public Parks Within the City of
    Lowell, *First Annual Report of the Board of Park Commissioners
    of the City of Lowell, [Massachusetts]* 58 (1903) ..............................Add. 259

An Ordinance in Relation to the Public Parks of the City of Troy and the
    Maintenance of Good Order Therein, § 2 *Municipal Ordinances of
    the City of Troy* 375 (1905) ...............................................................Add. 262

Houston, Texas, Ordinance, Ch. 39, Art. 918, *Charter and Revised Code of
    Ordinances of the City of Houston* (1904) .........................................Add. 267

Neligh, Nebraska, Ordinance No. 61, Firearms in the Park, *The
    Ordinances of the City of Neligh, Nebraska* 37 (1906)......................Add. 271

Pueblo, Colorado, Ordinance 678 (Ch. 27, § 656, No. 20), *Ordinances
    of the City of Pueblo [Colorado]* (1904)............................................Add. 276

Chicago, Illinois, Revised Municipal Code, Chapter Ch. 45, Art. I, § 1562, *Amendments to "The Revised Municipal Code of Chicago of 1905" and New General Ordinances* 40 (1906) ...............................Add. 284

Haverhill, Massachusetts, Public Park Rules and Regulations, *Annual Report of the Park Commissioners of the City of Haverhill, Massachusetts* 12 (1905) ....................................................................Add. 288

Saginaw, Michigan, Charter Title 20, § 22, *Charter of the City of Saginaw, Michigan* 173 (1905) ..........................................................Add. 291

Minnesota General Laws Ch. 344, An Act for the Preservation, Propagation, Protection, Taking, Use and Transportation of Game and Fish, and Certain Harmless Birds and Animals, § 53 (1905)..........................................................................................Add. 299

Denver, Colorado, Municipal Code Ch. 34 § 1367, *The Municipal Code of the City and County of Denver* 479 (1906)...........................Add. 301

Grand Rapids, Michigan, An Ordinance to Regulate the Use of the Public Parks of the City of Grand Rapids, and to Provide for the Preservation of the Public Property Therein (Passed May 4, 1891, Amended June 20, 1892, and October 11, 1897) § 432 (3), *Compiled Ordinances of the City of Grand Rapids* 163 (1906).........Add. 307

New York City Park Regulation, Ch. 17, Art. 1 § 17(8), *Ordinances, Rules and Regulations of the Department of Parks of the City of New York* 7 (1906)..............................................................................Add. 311

Los Angeles, California, Penal Ordinance No. 13,182 § 2 (2) (Approved August 13, 1906), *Penal Ordinances of the City of Los Angeles* 317 (1921) ....................................................................Add. 315

Phoenixville, Pennsylvania, Park Ordinance § 1 (4) (July 2, 1878), *A Digest of the Ordinances of Town Council of the Borough of Phoenixville* 135 (1906).......................................................................Add. 320

Olean, New York, Park Ordinance § 4 (November 6, 1907),
  *Ordinances of the City of Olean* 26 (1922) .........................................Add. 325

Seattle, Washington Ordinance No. 16081 § 100 (May 3, 1907), *The*
  *Charter of the City of Seattle and the Ordinances of the City*
  *of Seattle* 221 (1908)..............................................................................Add. 331

Memphis, Tennessee, Ordinances Art. 67 § Art. 68 § 1131 (Rule 13)
  (March 4, 1909), *A Digest of the Ordinances and Contracts of*
  *the City of Memphis* 659 (1909) ...........................................................Add. 343

Oakland, California, Ordinances § 9, *General Municipal Ordinances of*
  *the City of Oakland, California* 15 (1909) ..........................................Add. 351

Paducah, Kentucky, § 20, An Ordinance Providing for the Regulations
  and Orderly Government of Parks…, § 20 (September 2, 1909),
  *Constitution, Charter and Revision of the Ordinances and Municipal Laws*
  *of the City of Paducah, Kentucky* 489 (1910).....................................Add. 353

Staunton, Virginia, Code Ch. 2 § 135, *The Code of the City of*
  *Staunton, Virginia* 115 (1910).............................................................Add. 362

Colorado Springs, Colorado, Code § 1068, *The Code of Colorado*
  *Springs* 450 (1922) ...............................................................................Add. 365

New York City Ordinance, Ch. 17 Art. 1 § 17 (8) *New Code of Ordinances*
  *of the City of New York Including the Sanitary Code, the*
  *Building Code, and Park Regulations Adopted*
  *June 20, 1916* 389 (1926)....................................................................Add. 370

Rules and Regulations of the New Haven Commission of Public Parks,
  Rule 3, *Charter and Ordinances of the City of New Haven,*
  *Connecticut and Special Acts* 438 (1914) ...........................................Add. 376

Birmingham, Alabama, Code Ch. 44 § 1544, *Code of the City of*
  *Birmingham, Alabama* 662 (1917).......................................................Add. 380

Joplin, Missouri, Code Art. 68 § 1214, *The Joplin Code*
  *of 1917* 552 (1917)...............................................................................Add. 383

1243 Laws of Wisconsin Ch. 668, Chapter 29 § 29.57(4) (1917)................Add. 389

Oakland, California, Ordinance No. 129 N.S. § 9 *City of Oakland General Municipal Ordinances* 118 (1918) .......................................Add. 392

Salt Lake City, Utah, Ordinances Ch. 42, §1494, *Revised Ordinances of Salt Lake City, Utah* 474 (1920)........................................Add. 398

Burlington, Vermont, Rules and Regulations for the Use of Parks and Cemeteries, Rule 3, *Revised Ordinances of 1921, City of Burlington, Vermont* 1(1921) ...........................................................Add. 407

1921 N.C. Sess. Laws 54, Pub. Laws Extra Sess., Ch. 6, § 3.......................Add. 411

Chattanooga, Tennessee, Ordinances Ch. 2, Art. I § 516 *Digest of the Charter and Ordinances of the City of Chattanooga* 145 (1922) ......Add. 413

Maryland Register, April 30, 1975 ...............................................Add. 420

Georgia Code, Part IV, Title I, Division IX, § 4528, *The Code of the State of Georgia* (1882) ....................................................................Add. 425

[ 35 ]

fame offenders come not as afore is faid, and the proclamation made and returned, they fhall be convict and attainted of the riot, affembly, or rout aforefaid : And moreover the Juftices of Peace in every county or corporation, where fuch riot, affembly, or rout of people fhall be made, in cafe the fame be made in their prefence, or if none be prefent, then the juftices having notice thereof, together with the fheriff, under fheriff, or ferjeant, of the fame county or corporation, fhall do execution of this act, every one upon pain of twenty pounds, to be paid to the Commonwealth; as often as they fhall be found in default of the execution of the faid act ; and on fuch default of the juftices and fheriff, under fheriff, or ferjeant, a commiffion fhall go from the General Court at the inftance of the party grieved, to enquire as well of the truth of the cafe, and of the original matter for the party complainant, as of the default or defaults of the faid juftices, fheriff, under fheriff, or ferjeant, in this behalf fuppofed, to be directed to fufficient and indifferent perfons at the nomination of the Judges ; and the faid commiffioners prefently fhall return into the General Court the inquefts and matters before them in this behalf taken and found : But no perfons convicted of a riot, rout, and unlawful affembly, fhall be imprifoned for fuch offence by a longer fpace of time than one year. Perfons legally convicted of a riot, rout, or unlawful affembly, otherwife than in the manner directed by this act, fhall be punifhed by imprifonment and amercement, at the difcretion of a jury, under the like limitation.

## CHAP. XLIX.

### An ACT forbidding and punifhing AFFRAYS.

BE it enacted by the General Affembly, That no man, great nor fmall, of what condition fover he be, except the Minifters of Juftice in executing the precepts of the courts of juftice, or in executing of their office, and fuch as be in their company affifting them, be fo hardy to come before the juftices of any court, or either of their Minifters of Juftice, doing their office, with force and arms, on pain, to forfeit their armour to the Commonwealth, and their bodies to prifon, at the pleafure of a court; nor go nor ride armed by night nor by day, in fairs or markets, or in other places, in terror of the county, upon pain of being arrefted and committed to prifon by any Juftice on his own view, or proof by others, there to abide for fo long a time as a jury, to be fworn for that purpofe by the faid Juftice, fhall direct, and in like manner to forfeit his armour to the Commonwealth; but no perfon fhall be imprifoned for fuch offence by a longer fpace of time than one month.

## CHAP. L.

### An ACT againft CONSPIRATORS.

BE it declared and enacted by the General Affembly, That confpirators be they that do confederate and bind themfelves by oath, covenant, or other alliance, that every of them fhall aid and bear the other falfely and malicioufly, to move or caufe to be moved any enticement or information againft another on the part of the Commonwealth, and thofe who are convicted thereof at the fuit of the Commonwealth, fhall be punifhed by imprifonment and amercement, at the difcretion of a jury.

## CHAP. LI.

### An ACT againft conveying or taking PRETENSED TITLES.

BE it enacted by the General Affembly, That no perfon fhall convey or take, or bargain to convey or take, any pretenfed title to any lands or tenements, unlefs the perfon conveying or bargaining to convey, or thofe under whom he claims fhall have been in poffeffion of the fame, or of the reverfion or remainder thereof one whole year next before ; and he who offendeth herein knowingly, fhall forfeit the whole value of the lands or tenements, the one moiety to the Commonwealth, and the other to him who will fue as well for himfelf as for the Commonwealth : But any perfon lawfully poffeffed of lands or tenements, or of the reverfion or remainder thereof, may neverthelefs take or bargain to take the pretenfed title of any other perfon, fo far and fo far only as it may confirm his former eftate.

## CHAP. LII.

### An ACT to punifh BRIBERY and EXTORTION.

BE it enacted by the General Affembly, That no Treafurer, Keeper of any Public Seal, Councillor of State, Counfel for the Commonwealth, Judge, or Attornies at law, practifing either in the General Court, High Court of Chancery, Court of Appeals, Court of Admiralty, or Inferior Courts, Clerk of the Peace, Sheriff, Coroner, Efcheator, nor any officer of the Commonwealth, fhall, in time to come, take, in any form, any manner of gift, brokage, or reward for doing his office, other than is, or fhall be allowed by fome act of General Affembly, paffed after the inftitution of the Commonwealth, that is to fay, after the fixteenth day of May, in the year of our Lord, one thoufand feven hundred and feventy fix ; and he that doth, fhall pay unto the party grieved, the treble value of that he hath received, fhall be amerced and imprifoned at the difcretion of a jury, and fhall be difcharged from his office forever; and he who will fue in the faid matter, fhall have fuit as well for the Commonwealth as for himfelf, and the third part of the amercement.

. CHAP.

USCA4 Appeal: 23-1719     Doc: 41     Filed: 09/19/2023     Pg: 13 of

296

MAY 1906

# GENERAL DIGEST

### OF THE

# ORDINANCES AND RESOLUTIONS

### OF THE

## Corporation of New-Orleans.

---

**MADE BY ORDER OF THE CITY COUNCIL,**

BY THEIR SECRETARY,

D. AUGUSTIN, ESQ. COUNSELLOR AT LAW.

---

PRINTED BY JEROME BAYON,

CORNER OF CHARTRES AND ST. LOUIS STREETS.

---

**1831.**

(New Orle

* SYA

**Add. 2**

Generated on 2022-12-28 18:37 GMT / https://hdl.handle.net/2027/nyp.33433014832483
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    P

record book, kept for that purpose, all ordinances, bye-laws and resolutions which shall be passed henceforward by the City Council; the same shall be signed by the Recorder and by the Mayor, if by him approved in said record book which shall make a part of the archives of the Council and be regularly signed after each sitting. It shall also be the duty of the Secretary to keep in the French and English languages, an index of the proceedings, bye-laws, ordinances and resolutions passed by the City Council. In consideration of this increase of his duties, resolved that the resolution of the twenty-ninth of May eighteen hundred and twenty-four, reducing the Secretary's salary be and the same is hereby repealed, and his said salary reinstated and fixed at the sum of eighteen hundred dollars per annum, payable monthly from the first instant.

*Approved, March* 11, 1831.

## THEATRES AND BALLS.

*An Ordinance concerning the public exhibition and theatres of New-Orleans.*

### THE CITY COUNCIL ORDAINS AS FOLLOWS:

Art. 1. No person shall exhibit, or cause to be exhibited any dramatic composition, ballad, pantomime, or other performance of that kind, in any theatre in the city of New-Orleans, where all persons are admitted for their money; nor shall any person entertain the public with any display of fire-works, rope-dancing, or any performance of what kind soever it be, without having previously obtained from the Mayor of New-Orleans a license of permission for that purpose, on penalty of a fine of not less than twenty dollars nor exceeding one hundred dollars for every such offence; and the said license shall express the object and the length of time for which it is granted.

Art. 2. The day and hour of every public spectacle shall be appointed by the Mayor, and it shall be the duty of every manager, acting manager, or other person having the management or direction of any theatre or public exhibition, to apply to the Mayor for his orders on that subject, and strictly to conform thereto, announcing to the public the hour which shall have thus been appointed for the performances to commence. On the said days of performance, the stage, pit, boxes, galleries, lobbies and corridors must be carefully swept and cleansed, and as soon as the house is opened it must be lighted up, as also the lobbies, corridors and galleries: the outward doors shall be opened half an hour before the performance begins, and shall constantly remain open during its continuance; nor shall they be shut, neither shall the lights be extinguished until all the spectators have retired. And every manager, acting manager or other person having the management or direction of a theatre or public spectable, offending against any provision of this article, or neglecting to conform to the orders of the Mayor or other com-

Generated on 2022-12-28 18:43:43 GMT / https://hdl.handle.net/2027/nyp.33433014832483
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google        Original from
NEW YORK PUBLIC LIBRARY

USCA4 Appeal: 23-1719  Doc: 41  Filed: 09/19/2023  Pg

trate invited by the Mayor to replace him thereto in case of his absence. Provided that the place so reserved for the Mayor or other persons sent in his place shall be furnished without said managers being entitled to any compensation, and they shall adhere to this condition before obtaining a license to open their theatres.

ART. 14. The Mayor, as often as he may deem it necessary, shall examine whether the theatres, places of public resort be constructed with the requisite solidity, and carefully kept in repair, so that the public may assemble there without danger ; and he shall take suitable measures to prevent the accidents that might result from any negligence in that respect on the part of the proprietors, tenants or other persons having the management or direction of the said theatres, places of public spectacles, or other places of public resort.

ART. 15. The manager, acting manager or other person having the management or direction of a theatre, shall place and constantly keep, within the play-house, several large tubs, and at least one fire-engine in good repair, which must be filled on days of performance ; and on failure of complying with this requisite, and until the manager shall have complied with it, the Mayor shall order the theatre to be and remain shut up.

ART. 16. By virtue of the powers granted by law to the Mayor and City Council, the Mayor shall cause to be shut up any place of public resort, whenever the maintenance of order, the public safety or tranquillity may require it.

*Approved, June* 8, 1816.

*An Ordinance respecting public Balls.*

THE CITY COUNCIL ORDAINS AS FOLLOWS :

ART. 1. It shall not be lawful for any person to enter into a public ball-room with any cane, stick, sword or any other weapon, and every person having either a cane, stick, sword or any other weapon, shall, before he enter the ball-room, deposite the same at the office which shall be at the door of the entrance of said ball-room, where there will be a person appointed to receive and take care of such articles which he shall carefully keep, affixing to each article a number, a check of which he shall give to the owner ; and said articles shall not be returned to the persons respectively depositing them, until said persons are quitting the balls and produce their checks.

ART. 2. Every person entering in any public ball-room, in contravention to the above provision, shall pay a fine of five dollars ; and every person giving a public ball without having previously established an office at the door of the entrance of said ball-room, and without appointing a person to receive and take care, in the manner aforesaid, of the articles before mentioned shall pay a fine of twenty-five dollars, and if the offence is repeated, the offender shall forfeit the right to hold any further permission to give such public balls.

Generated on 2022-12-28 18:35 GMT / https://hdl.handle.net/2027/nyp.33433014832483
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

**Add. 4**

Digitized by Google    Original from
NEW YORK PUBLIC LIBRARY

USCA4 Appeal: 23-1719      Doc: 41      Filed: 09/19/2023      Pg

ART. 3. Every person who shall commit any disorder, tumult, violence, insult, indecency, or shall commit an assault or battery in a public ball-room shall be taken before the Mayor, or any other justice of the peace, to be dealt with according to law.

ART. 4. Any person giving a public ball, who shall prolong the duration of the same beyond the hour fixed by the license or permit which he must obtain, for this purpose, of the Mayor of this city, shall pay a fine of twenty-five dollars, for each and every offence.

*Approved October* 27, 1817.

*An Ordinance to authorize the Mayor to appoint constables for the police of the theatres, public exhibitions and balls.*

THE CITY COUNCIL ORDAINS AS FOLLWS :

ART. 1. The Mayor shall nominate and appoint a sufficient number of men to be constables, and to form, under that denomination, a guard for the theatres, public exhibitions and balls, in order there to receive and execute the orders and directions of the Mayor, or of the commissaries of police, as to what concerns the maintenance of good order in the aforesaid premises : provided always, that the said constables shall be employed as a guard only at authorised theatres, spectacles and balls, and that their number shall not exceed five men for each of said theatres, exhibitions and balls.

ART. 2. The constables on guard at said theatres or exhibitions, shall be paid by the managers, acting-managers or other persons having the direction of the exhibition, at the rate of one dollar for each constable, every time of performance ; and every constable on duty at a ball, shall be entitled to require from the person keeping such balls, the said compensation of one dollar, when the ball ends at midnight, and that of two dollars in case of any ball authorised for a later hour of the night.

ART. 3. In no case shall the above mentioned service be at the expense of the city, nor shall any of the men composing the city guard, be employed on that duty, unless in case of any disturbance breaking out in any of the aforesaid places, and then only till tranquillity be restored.

ART. 4. All persons are forbidden to oppose or obstruct any of the aforesaid constables in the legal execution of his office, or to utter against them invectives or opprobrious language in the discharge of their duty ; and every person herein offending, shall pay a fine of from ten to fifty dollars for every such offence.

*Approved, November* 5, 1817.

*An Ordinance laying a tax on public balls and public exhibitions.*

THE CITY COUNCIL ORDAINS AS FOLLOWS :

ART. 1. It shall not be lawful for any person to give any public ball, either to white persons or free persons of colour, at any place within the extent of the city, or to exhibit any inferior spectacle where the public are admitted for money, such as a circus, for equestrian exhibitions, panoramas,

Generated on 2022-12-28 18:36 GMT / https://hdl.handle.net/2027/nyp.33430148232483
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google          Original from
NEW YORK PUBLIC LIBRARY

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023

CHAP. 100. this State, and that a hearing was had at March term, eighteen hundred and thirty-four, when allegations preferred by his creditors were sustained; that an appeal was taken from the decision, bond with security filed, which bond was lost or mislaid; that said Schleigh is in fact actually insolvent:—Therefore,

Insolvent

*Be it enacted by the General Assembly of Maryland,* That Daniel H. Schleigh, of Washington county, is hereby empowered to apply for and obtain the benefit of the insolvent laws of this State, as if allegations never had been sustained against him, by his complying with all the provisions of the insolvent laws of this State.

---

## CHAPTER 100.

Passed Feb. 28, 1838.

*An act for the preservation of Wild Fowl in the waters of Smith's Island and its vicinity, in Somerset county.*

Prohibition in the limits

SECTION 1. *Be it enacted by the General Assembly of Maryland,* That from and after the first day of May next, it shall not be lawful for any person or persons, by day or night, to navigate or paddle any open skiff, canoe or open boat of any description, on board of which open skiff, canoe or open boat aforesaid may be any offensive weapon, gun, musket, fowling piece or pistol, within the region usually known as included from Hearn's Straits, in Somerset county, to the upper side of Holland's Straits, within fifty yards of any blind for shooting fowl, with intent to shoot or molest any wild fowl or fowls within the region aforesaid.

Penalty for violating

SEC. 2. *And be it enacted,* That the discovering or finding of any offensive weapon, gun, musket, fowling piece or pistol in any open skiff, canoe or open boat as aforesaid, within fifty yards of any blind for shooting fowl, shall, in all cases within the region aforesaid, be deemed prima facie evidence of intent to shoot or molest said wild fowls, and shall subject the offender in each and every case, to a penalty of ten dollars, to be recovered before the district court of Somerset county, by action of debt, in the name of the State, or

Add. 6

THOMAS W. VEAZEY, ESQUIRE, GOVERNOR.                    1837.

qui tam action, one-half of which penalty shall be for CHAP. 101.
the benefit of the informer, and the remaining half
shall be paid over to the commissioners of Somerset
county, for the benefit of said county.

SEC. 3. *And be it enacted*, That the informer shall Witness
be deemed a competent witness in each and every pro-
secution under this act.

---

## CHAPTER 101.

*An act entitled, an act to Incorporate the Carroll Acade-* Passed Feb. 26,
*my and House of Public Worship.*                        1838

SECTION 1. *Be it enacted by the General Assembly of* Persons incor-
*Maryland*, That William Shriver, Peter E. Myers, porated
James Hierd, William Burgoon and Joseph Keefer,
be appointed trustees for a school erected in Carroll
county, district number three, called "the Carroll
Academy and House of Public Worship," and their
successors to be appointed, as hereinafter directed,
shall forever hereafter be, and they are hereby erected
and established, and declared to be one body politic
and corporate, with perpetual succession, in deed and
in law, by the name, and style and title of the Trus- Style
tees of "The Carroll Academy and House of Public
Worship;" by which name and style the said trustees
and their successors shall be capable in law and in Corporate pow-
equity to hold property, the value of which shall, at ers
no time, exceed the sum of one thousand dollars for
the said Academy and House of Public Worship.

SEC. 2. *And be it enacted*, That the said house shall House of Wor-
be open and free for all Christian denominations to ship
worship in; *provided*, no meeting for public worship
shall interfere with school hours, unless by consent of
a majority of the trustees.

SEC. 3. *And be it enacted*, That if a vacancy occur Case of vacan-
in the board of trustees, the same shall be filled by cy
the remaining trustees, until the next annual election
of the same,

SEC. 4. *And be it enacted*, That on the first day of Annual elec-
January in every year, an election shall be held by the tion
qualified voters at the academy; and said election

# LAWS

OF THE

TERRITORY OF NEW MEXICO,

PASSED BY THE SECOND

# LEGISLATIVE ASSEMBLY

IN THE CITY OF SANTA FÉ,

AT A SESSION BEGUN ON THE SIXTH DAY OF DECEMBER,
1852.

SANTA FÉ:
JAMES L. COLLINS & CO., PRINTERS.
MDCCCLIII.

## Add. 8

Digitized from Best Copy Available

the Justices of the Peace or Court in which the suit may be brought, with imprisonment for a time demanded by the gravity of the offence.

SEC. 4.   All acts and parts of acts repugnant to this act shall be and are by these presents repealed.

SEC. 5.   This act shall take effect, from and after its approval.

Translation.

## AN ACT

### *Prohibiting the carrying a certain class of Arms, within the Settlements and in Balls.*

Sec. 1.   Kind of arms prohibited.
Sec. 2.   Duties of sheriffs and constables.
Sec. 3.   Licenses for dances, obligations required from judge of probate.
Sec. 4.   Punishment for violation of this law.
Sec. 5.   Disposition of fines.

*Be it enacted by the Legislative Assembly of the Territory of New Mexico :*

SEC. 1.   That each and every person is prohibited from carrying short arms, such as pistols, daggers, knives, and other deadly weapons, about their persons concealed, within the settlements, and any person who violates the provisions of this act, shall be fined in a sum not exceeding ten dollars, nor less than two dollars, or shall be imprisoned for a term not exceeding fifteen days nor less than five days.

SEC. 2.   That the Sheriffs of the different counties, and Constables of the different precincts, are hereby required to enforce the observance and compliance of the provisions of the preceding section, having power to take with them, two or more armed persons, when they are on patrol at night, in order to make themselves respected while on such duty, and it is hereby made the duty of the Probate Judges and Justices of the Peace to aid and assist said officers in the prompt discharge of their duties.

SEC. 3.   Any person desiring to give a Ball or Fandango, they shall apply to the Probate Judge or a Justice of the Peace

**Add. 9**

Digitized from Best Copy Available

for a License for the same—who, after having granted such license, shall inform the applicant, that he must maintain good order, and for this purpose he shall swear him to faithfully discharge his duties as police officer and perform said duties during such Ball or Fandango, possessing the powers of a Sheriff, and that he will not permit any person to enter said Ball or room adjoining said ball where Liquors are sold, or to remain in said balls or Fandangos with fire arms or other deadly weapons, whether they be shown or concealed upon their persons and if any person or persons shall enter said Balls or Fandangos or ante-chamber, with deadly weapons upon their person, upon conviction for such offence before any Probate Judge or Justice of the Peace, they shall suffer the punishment prescribed in the first section of this Law.

*Provided*, that, in case any person desires a license for a ball or fandango, who shall not be competent, the Probate Judge or Justice of the Peace as the case may be, shall require him to present a competent person, who shall discharge the duties of a Police Officer, and shall swear him as prescribed in the foregoing section.

SEC. 4.   That any person or persons giving Balls or Fandangos shall be liable to the punishments prescribed in the foregoing sections of this Law—if they permit any person or persons armed to remain in said Balls or Fandangos, they shall also be subject to the same penalties of the Police Officers who fail to discharge their duties or violate the provisions of this Law.

SEC. 5.   That all fines collected by the provisions of this Law shall be applied to the use of the respective counties.

Translation.

# AN ACT

*Providing for the payment of the Salaries of Territorial Officers, not otherwise provided for by Law.*

Sec. 1.   Payment of officers under the Kearney code.
Sec. 2.   How audited and paid.

**Add. 10**

Digitized from Best Copy Available

\#

# FIRST

# ANNUAL REPORT

ON THE

## IMPROVEMENT

OF

# THE CENTRAL PARK,

NEW YORK.—

JANUARY 1, 1857.

**NEW YORK:**

CHAS. W. BAKER, PRINTER, 29 BEEKMAN STREET.

1857.

**Add. 11**

Generated on 2022-12-29 13:57 GMT / https://hdl.handle.net/2027/hvd.32044106439805
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

# APPENDIX.

---

## A.

### ORDINANCES OF THE CENTRAL PARK.

The Board of Commissioners of the Central Park do ordain as follows:

All persons are forbidden—

To enter or leave the Park except by the gateways.

To climb or walk upon the wall.

To turn cattle, horses, goats, or swine into the Park.

To carry firearms or to throw stones **or** other missiles within it.

To cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, or other constructions upon the Park ;

Or to converse with, or in any way to hinder those engaged in its construction.

Two pounds are hereby established within the Central Park, for the impounding of horses, cattle, sheep, goats, dogs, swine, and geese found trespassing upon said Park. All such animals found at large upon the Park may be taken by any person or persons, and driven or carried to one of the said pounds, and may be kept enclosed therein during five days, at the end of which time, if not previously claimed, they may be sold at public auction; provided that within two days after they shall have been impounded, notice of the sale shall have been conspicuously posted in the pound.

Any person claiming property in such impounded animals before the day of sale, may recover the same after suitable proof of his or her right thereto, upon payment for each animal

**Add. 12**

Generated on 2022-12-29 13:56 GMT / https://hdl.handle.net/2027/hvd.32044106439805
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google
Original from
HARVARD UNIVERSITY

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg

# MINUTES OF PROCEEDINGS

OF THE

# BOARD OF COMMISSIONERS

OF THE

# CENTRAL PARK,

FOR THE

## YEAR ENDING APRIL 30, 1858.

NEW YORK:

WM. C. BRYANT & CO., PRINTERS, 41 NASSAU ST., COR. LIBERTY.

1858.

**Add. 13**

Digitized by Google

## TUESDAY, MARCH 16, 1858.

REGULAR MEETING—3 P. M.

PRESENT:

| Commissioner Gray, | | Commissioner Fields, |
|---|---|---|
| " | Dillon, | " Green, |
| " | Russell, | " Strong, |
| " | Butterworth, | " Hogg. |
| " | Hutchins, | |

On motion, the reading of the minutes of the previous meeting was dispensed with.

On motion of Mr. BUTTERWORTH, it was

*Resolved*, That the Annual Report of this Board to the Common Council, dated January 30, 1858, be printed as one of the documents of this Board.

As follows:

*Ayes*—Messrs Dillon, Butterworth, Gray, Fields, Green, Strong, Hogg—7.

On motion of Mr. DILLON, the ordinances recommended by the Superintendent were adopted, as follows:

"Be it ordained by the Commissioners of the Central Park:

All persons are forbidden

To enter or leave the Park except by the gateways.

To climb or walk upon the wall.

To turn cattle, horses, goats or swine into the Park.

To carry fire-arms or to throw stones or other missiles within it.

To cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other constructions upon the Park;

Or to converse with, or in any way hinder those engaged in its construction.

**Add. 14**

Digitized by Google

All persons offending against these ordinances shall be deemed guilty of misdemeanor, and be punished, on conviction before the Mayor, Recorder, or any magistrate of the city of New York. by a fine not exceeding fifty dollars; and, in default of payment, by imprisonment not exceeding thirty days."

Visitors may obtain all necessary information and directions from the police.

The business offices and the police station of the Park are on Fifth avenue at Seventy-ninth street."

Mr. DILLON also moved the adoption of the following:

*Ordered*, That the Superintendent cause these ordinances to be posted on the Park, in such number and manner as he may deem advisable.

*Ordered*, That it be published for ten days in the Daily Times, Tribune, Sun, and Staats Zeitung.

Which was carried, as follows:

*Ayes*—Messrs. Dillon, Butterworth, Gray, Fields, Green, Strong, Hogg—7.

A communication from the Chief Engineer, submitting a report on " A Comprehensive Plan of Drainage " of the Park, accompanied by a map of the same, was received.

Mr. DILLON moved that the report be printed and referred to the Committee on Draining and Sewerage.

Which was carried, as follows:

*Ayes*—Messrs. Dillon, Butterworth, Gray, Fields, Green, Strong, Hogg—7.

A report from the Chief Engineer, announcing the completion of the sectional and drainage maps of the Park, and the discharge of all persons directly employed by him, was referred to the Executive Committee.

A communication from the same, as to a plan for receiving within the limits of the Park the waste water from the present and new reservoirs, was also referred to the Executive Committee.

A communication from Thomas F. Webb, as to furnishing blasting powder for the Park, was also referred to the same committee.

**Add. 15**

Digitized by Google

The following communication was received from A. W. Craven, Esq., of the Croton Aqueduct Board, and on motion of Mr. Dillon ordered to be engrossed in the minutes of the Board :

CROTON AQUEDUCT DEPARTMENT,

Engineer's Office, March 2d, 1858.

Gentlemen,—I beg leave to acknowledge the receipt of a note from your Board, through Mr. Hart, dated February 16th, and to apologise for not replying to it more promptly.

The questions asked, and the answers thereto, are as follows :

" 1st. What is the height of the Reservoir on the line of Fifth avenue at 41st street, excluding the railing ?"

The top of the wall, exclusive of the railing, and also exclusive of the projections at the corners and over the gateway, is 119 feet above mean tide and 39 feet above the curb of Forty-first street. The height of water when the Reservoir is full is four feet below this level, or 115 feet above mean tide.

" 2d. Will the top of the wall of the new Reservoir be on a level with the top of that now built in Seventy-ninth street ? "

These heights are intended to be precisely the same.

" 3d. Could not the height of the wall be reduced in the Reservoir now built and in the new one, and if so, how much, and yet answer all the purposes of the Reservoir ? "

The height of water in these Reservoirs could not be reduced without greatly impairing the efficiency of our water distribution throughout the city, and the height of the wall could not be reduced with safety without a corresponding reduction in the high-water level.

I have the honor to be, very respectfully,

Your obedient servant,

A. W. CRAVEN,

Chief Engineer.

To the Commissioners of the Central Park, New York.

The monthly report of the Superintendent was read and ordered on file.

A petition of Norman Ewen, late Surveyor and Engineer of the third division Central Park Survey, to be allowed his pay,

**Add. 16**

Digitized by Google

at the rate of $150 per annum, from May 1st to November 13th, 1857, was read and referred to the Auditing Committee.

Mr. FIELDS moved to take up the special order, being the election to fill the vacancy caused by the resignation of Mr. Cooley, in pursuance of the notice given by Mr. Strong, at the meeting of February 16, 1858.

The ayes and nays being called for upon the motion, it was carried, as follows :

*Ayes*—Messrs. Dillon, Russell, Gray, Hutchins, Fields, Green, Strong, Hogg—8.

*Nay*—Mr. Butterworth—1.

Mr. RUSSELL offered the following :

*Resolved,* That it is inexpedient at the present meeting to go into an election, to fill the vacancy in the Board occasioned by the resignation of Mr. Cooley.

Lost.

Mr. FIELDS moved that the Board now go into ballot.

Carried, as follows :

*Ayes*—Messrs. Dillon, Gray, Hutchins, Fields, Green, Strong, Hogg—7.

*Nays*—Messrs. Russell, Butterworth—2.

The Chair appointed as tellers Messrs. Green and Butterworth.

The Board then proceeded to ballot, with the following result :

```
For August Belmont................... 7
 "   George Bancroft..... ............. 1
     Blank ........................... 1
```

On motion of Mr. RUSSELL, the election of Mr. Belmont was declared unanimous.

On motion of Mr. HUTCHINS, the Vice-President was requested to communicate to Mr. Belmont his election to the Board.

Mr. STRONG moved that when the Board adjourn it be to Tuesday next at 1 o'clock.—Carried.

On motion of Mr. RUSSELL, the Clerk was directed to prepare a calendar of unfinished business for the use of the Board, at each stated meeting.

The Board then adjourned.

**Add. 17**

Digitized by Google

# PUBLIC ACTS,

## PASSED BY THE GENERAL ASSEMBLY

OF THE

## State of Connecticut,

**MAY SESSION, 1859.**



STATE OF CONNECTICUT,

OFFICE OF THE SECRETARY OF STATE, JUNE, 1859.

HARTFORD:

DAY & CLARK, STATE PRINTERS.

1859.

**Add. 18**

shall be forever precluded from claiming and showing that said taxes have not been paid, but it shall be taken as conclusively proved that said taxes have been paid. *Provided, however*, that in all cases where the select- Omission of sig-men of any town in this state have heretofore returned natures of select-men not to inval-to the town clerk a list of the names of persons whose idate lists of abatements state or town taxes have been by them abated, and have heretofore made. neglected to subscribe their names thereto, the same shall not, by reason of such neglect, be thereby invalidated, and may be proved by any other proper evidence.

SEC. 4.  Any collector of taxes knowingly and de- Penalty for mak-signedly making a false certificate, and any selectman ing false certifi-cate or list. of any town knowingly and designedly making a false list of persons whose taxes shall be abated under this act, shall pay a fine not exceeding two hundred dollars ; said offence to be a crime, and to be prosecuted and pro-ceeded with like other criminal offences.

SEC. 5.  The fifth section of the act to which this is an addition, and all acts and parts of acts inconsistent herewith, are hereby repealed.

Approved, June 24th, 1859.

---

### CHAPTER LXXXII.

An Act in addition to and in alteration of "An Act for forming and conducting the Military Force."

*Be it enacted by the Senate and House of Representatives in General Assembly convened:*

SEC. 1.  There shall be one parade annually, some- Parades. time in the month of May, for one day only, by company ; also one parade annually, for one day only, by regiment or brigade, in the month of August or September, as the commanding officer of the division shall direct, with the approval of the commander-in-chief.

SEC. 2.  Chaplains, surgeons, paymasters, engineers What officers and sergeant-majors, may appear on horseback only on may appear on horseback, on days of general review ; on all other occasions, they days of general review, only. shall appear on foot.

SEC. 3.  Every company that shall comply with the Allowance for provisions of the military laws, shall be allowed, out of rent of armory and drill-room.

**Add. 19**

62                              MILITARY.

the state treasury, the sum of seventy-five dollars per annum, as rent for armory and drill-room, upon a certificate from the adjutant-general that such company is justly entitled to receive the same.

**Allowance to governor's guards.** SEC. 4.  Any company of governor's guards which shall do duty in accordance with the provisions of law, shall be allowed seventy-five dollars per annum for armory rent.

**Temporary erections for sale of liquors or gaming, near parade ground, may be abated as nuisances.** SEC. 5.  If any booth, shed, tent, or other temporary erection, within one mile of any military parade-ground, muster-field or encampment, shall be used and occupied for the sale of spirituous or intoxicating liquor, or for the purpose of gambling, the officer commanding said parade-ground, muster-field or encampment, the sheriff or deputy-sheriff of the county, or any justice of the peace, selectman, or constable of the town in which such booth, shed, tent, or other temporary erection is situated, upon having notice or knowledge that the same is so used or occupied, shall notify the owner or occupant thereof to vacate and close the same immediately; and, if said owner or occupant shall refuse or neglect so to do, said commanding officer, sheriff, deputy-sheriff, justice of the peace, selectman or constable, may forthwith abate such booth, shed, tent, or other such temporary erection, as a nuisance, and may pull down or otherwise destroy the same, with the assistance of any force, civil or military.

**Board of officers may be appointed to prepare system of regulations.** SEC. 6.  The commander-in-chief is hereby authorized to appoint a board of officers to prepare a system of general regulations for the government of the militia, for which services no compensation shall be claimed or allowed.

**Quarter-master-general to inspect armories, gun houses, &c., annually.** SEC. 7.  It shall be the duty of the quarter-master-general, annually, to inspect the armories and gun-houses of the several companies, and also the rooms occupied by the regimental bands; and, on or before the first day of November, to make to the adjutant-general a full report of the condition of the same, and what companies are entitled to the allowance for armory rent; for **Compensation.** which services he shall be allowed the sum of nine cents for every mile of necessary travel.

**Companies may adopt and enforce regulations and by laws.** SEC. 8.  Each company may adopt, by a vote of two-thirds of its members, rules, regulations and by-laws for the government of its members, not inconsistent with the militia laws; and such rules, regulations and by-laws

**Add. 20**

shall be binding, and may be enforced by process of law; and any member who shall violate any such rule, regulation or by-law, may be expelled from his company by a major vote of the same, provided that such vote is approved by the commander of the regiment.

SEC. 9.   Assessors of persons liable to pay the commutation tax, as provided in section nine of the act approved June 28, 1856, shall be allowed the sum of one cent for each person so assessed ; and each collector of commutation taxes shall be allowed the sum of two cents for each tax actually collected and paid into the town treasury by him ; and, if any assessor or collector shall refuse or neglect to perform the duty required by said act, he shall forfeit to the state not less than fifty nor more than one hundred dollars. *Compensation of assessors and collectors of commutation tax. Penalty for neglect.*

SEC. 10.   Second lieutenants of companies are hereby required to attend the officers' drill, established by act approved June 29, 1855, and to comply with all laws relative thereto. *Second lieutenants required to attend officers' drill.*

SEC. 11.   This act shall take effect from and after its passage ; and section twenty-eight, of the act approved July 1, 1854,—section one, of the act approved June 28, 1856,—section one, section nine, of the act approved June 25, 1857,—and all other acts or parts of acts, inconsistent herewith, are hereby repealed.   Section three, of the act approved June 29th, 1855, is hereby re-enacted. *To take effect from passage. Repeal. Re-enactment of provision of 1855, for officers' drill.*

Approved, June 24th, 1859.

———

CHAPTER LXXXIII.

An Act concerning Communities and Corporations.

*Be it enacted by the Senate and House of Representatives in General Assembly convened :*

The secretaries or clerks of all stock fire and fire and marine insurance companies who are by law required to make returns to the comptroller, in the month of January of each year, shall, at the time of making said return, pay the expense of making the record of the same. *Insurance companies to pay expense of recording returns to comptroller.*

Approved, June 24th, 1859.

# FOURTH ANNUAL REPORT

OF THE

# BOARD OF COMMISSIONERS

OF THE

## CENTRAL PARK.

**JANUARY, 1861.**

NEW YORK:
WM. C. BRYANT & CO., PRINTERS, 41 NASSAU STREET, CORNER LIBERTY.

1861.

**Add. 22**

Generated on 2022-08-01 21:57 GMT / https://hdl.handle.net/2027/hvd.32044106439805
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

# APPENDIX.

---

## A.

### ORDINANCES OF THE CENTRAL PARK.

The Board of Commissioners of the Central Park do ordain as follows:

All persons are forbidden—

To enter or leave the Park except by the gateways.

To climb or walk upon the wall.

To turn cattle, horses, goats, or swine into the Park.

To carry firearms or to throw stones or other missiles within it.

To cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, or other constructions upon the Park ;

Or to converse with, or in any way to hinder those engaged in its construction.

Two pounds are hereby established within the Central Park, for the impounding of horses, cattle, sheep, goats, dogs, swine, and geese found trespassing upon said Park. All such animals found at large upon the Park may be taken by any person or persons, and driven or carried to one of the said pounds, and may be kept enclosed therein during five days, at the end of which time, if not previously claimed, they may be sold at public auction; provided that within two days after they shall have been impounded, notice of the sale shall have been conspicuously posted in the pound.

Any person claiming property in such impounded animals before the day of sale, may recover the same after suitable proof of his or her right thereto, upon payment for each animal

**Add. 23**

Generated on 2022-08-01 21:55 GMT / https://hdl.handle.net/2027/hvd.32044106439805
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

# EIGHTH ANNUAL REPORT

#### OF THE

## BOARD OF COMMISSIONERS

###### OF

# PROSPECT PARK,

### BROOKLYN.

### JANUARY, 1868.

BROOKLYN:

J. VAN ANDEN'S PRINT, EAGLE BUILDINGS, 30 & 32 FULTON STREET.

1868.

**Add. 24**

24

# RULES AND REGULATIONS

### FOR THE GOVERNMENT OF THE PUBLIC PARKS OF BROOKLYN.

The Commissioners of Prospect Park, in the City of Brooklyn, do make and publish the following Rules and Regulations to be observed by all persons who visit the Public Parks in said city:

1. The Parks will be open to the public daily, except when special occasion may require either of them to be closed, and will continue open from sunrise to 10 o'clock in the evening during the months of June, July, August, and September, and from sunrise to 9 o'clock in the evening during the other months of the year. The City Hall Park will remain open at all times.

2. No person, unless he is employed by the Board of Commissioners, will be permitted to enter or remain in or upon any of the Parks except when they are open, as above provided. Nor shall any person enter or leave any of said Parks except by the usual gateways, nor climb upon, or in any manner cut, injure, or deface any tree, shrub, plant, grass, or turf, or any fence or other erection thereon.

3. No person shall make use of any loud, threatning, abusive, or indecent language; nor throw stones or other missiles; nor play upon any musical instrument; nor post any bill, notice, or other device upon any tree or structure; nor do any obscene or indecent act whatever upon or within any of said Parks.

4. No cattle, horses, goats, swine, or poultry of any description will be allowed within said Parks; nor any dog, unless led by a suitable chain or cord not exceeding six feet in length; nor shall any person expose anything for sale thereon, unless by special permission from the Commissioners.

5. No person shall fire or discharge any gun, pistol, squib, torpedo rocket, or other fireworks whatever in or upon any of said Parks; nor shall any military or target company or any civic or other procession march or parade thereon, unless by special permission from said Commissioners.

6. The above Rules and Regulations apply to all Parks under the control of the Commissioners, and extend to the sidewalks adjacent to said Parks.

7. The drives of Prospect Park will be open to the use of the public, solely for pleasure riding or driving. Animals to be used upon them, must be well broken, and constantly held in such control, that they may be easily and quickly turned or stopped. They will not be allowed to move at a rate of speed, which shall cause danger or reasonable anxiety to others; nor

**Add. 25**

25

under any circumstances at more than eight miles an hour. The park keepers will be held responsible, for such regulation of the speed of animals passing under their observation, as the general safety and convenience of those using the drives may require. And when in the judgment of a keeper, any animal is moving too rapidly, and the keeper shall intimate this by a gesture, it shall be the duty of the rider or driver of such animal, immediately to moderate its speed. And no animal or vehicle, will at any time be allowed to stand upon the rides or drives, to the inconvenience of travel thereon.

8. No horse or vehicle of any description, will be allowed upon any part of said Park, except upon the rides, drives, concourses, or other places appropriated for horses and carriages; nor will any vehicle, drawn by any animal, be allowed upon any foot-walk or ride in said Park.

9. No hackney coach, carriage, or other vehicle for hire, shall stand anywhere within said Park, for the purpose of taking up passengers other than those which shall have been carried by it to said Park; nor shall any person upon said Park solicit or invite passengers.

10. No omnibus or express-wagon, either with or without passengers, nor any cart, dray, wagon, or other vehicle carrying goods, merchandise, manure or other articles, or which shall be ordinarily used for such purposes, shall be allowed upon any part of said Park, except upon such roads as may be specially provided for the purpose.

11. No person shall bathe, or take fish, or send or throw any animal or thing, in or upon any of the waters of said Park, or in any manner disturb or annoy any water-fowl, singing or other bird, deer, or other animal appertaining to said Park: nor shall any boat or vessel be placed upon said waters, except by special permission from the said Commissioners. And no skating or sledding will be allowed thereon, unless the officer in charge shall consider the ice to be in a suitable condition for that purpose.

12. For any violation of these rules and regulations, the offender will be liable to be summarily ejected from the premises, and to such punishment as the law directs.

# L A W S

OF THE

# GENERAL ASSEMBLY

OF THE

# STATE OF PENNSYLVANIA,

PASSED AT THE

# SESSION OF 1868,

In the Ninety-second Year of Independence.

# WITH AN APPENDIX.

## BY AUTHORITY.

HARRISBURG:
SINGERLY & MYERS, STATE PRINTERS.
1868.

No. 1019.

# A Supplement

To an act, entitled "An Act to Incorporate the Farmers' Coal and Iron Company," approved the seventeenth day of April, Anno Domini one thousand eight hundred and sixty-six.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the Commonwealth of Pennsylvania in General Assembly met, and it is hereby enacted by the authority of the same,* That said company shall have the power and authority to build a bridge across the Susquehanna river, so that the same may be a toll and railroad bridge, and charge and receive tolls for crossing the same. *Authorized to construct bridge.*

SECTION 2. That it shall be lawful for any other chartered company to subscribe to the capital stock of this company or to loan the said company money. *Other corporations may subscribe to capital stock.*

SECTION 3. That said company shall have the right to extend their railroad and branches, and cross at grade the tracks of any railroads now made or hereafter to be made, in such manner as to connect with any other railroads or to any landings on any canal or slack-water navigation. *May extend railroad, &c.*

ELISHA W. DAVIS,
Speaker of the House of Representatives.

JAMES L. GRAHAM,
Speaker of the Senate.

APPROVED—The fourteenth day of April, Anno Domini one thousand eight hundred and sixty-eight.

JNO. W. GEARY.

No. 1020.

# A Supplement

To an act, entitled "An Act appropriating ground for public purposes in the city of Philadelphia," approved the twenty-sixth day of March, Anno Domini one thousand eight hundred and sixty-seven.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the Commonwealth of Pennsylvania in General Assembly met, and it is hereby enacted by the authority of the same,* That the boundaries of the Fairmount park, in the city of Philadelphia, shall be the following, to wit: Beginning at a point in the north-easterly line of property, owned and occu- *Boundaries of Fairmount park defined.*

pied by the Reading Railroad Company, near the city bridge over the river Schuylkill at the falls, where said north-easterly line is intersected by the line dividing property of H. Duhring from that of F. Stoever and T. Johnson; extending from thence in a south-westerly direction upon said dividing line and its prolongation to the middle of the Ford road; from thence by a line passing through the south-east corner of Forty-ninth and Lebanon streets to George's run; thence along the several courses of said run to a point fourteen hundred and eighty-seven and a half feet from the middle of the Pennsylvania railroad, measured at right angles thereto; thence by a straight line through the north-east corner of Forty-third and Hancock streets to the northerly side of Girard avenue, near Fortieth street; thence by the said northerly side of Girard avenue to the easterly side of the Junction railroad, as now used; thence by the said easterly side of the Junction railroad and the Pennsylvania railroad to the north side of Haverford street; thence by the northerly side of said Haverford street to the westerly side of Bridgewater street; thence by said Bridgewater street to the north line of Bridge street; thence by said Bridge street to the west abutment of the Suspension bridge; thence by the north-westerly side of the Suspension bridge and Callowhill street to the angle in said street, on the south-westerly side of Fairmount basin; thence by the northerly side of Callowhill and Biddle streets to the westerly side of Twenty-fifth street; thence by the said Twenty-fifth street to the south-westerly side of Pennsylvania avenue; thence by the south-westerly side of Pennsylvania avenue to the west side of Thirty-third street; thence along the westerly side of Thirty-third street to the south-westerly line of Ridge avenue; thence along said Ridge avenue to the south-westerly line of South Laurel Hill cemetery, (north of Huntingdon street;) thence by and along said property line to such a distance from the shore line of the river Schuylkill as will permit the location of a carriage road one hundred feet wide upon its margin; thence along said river shore and its several courses, as may be most practicable, at the same distance as above specified, (provided said distance shall not exceed one hundred and fifty feet,) to a point opposite the intersection of the Ridge turnpike and School lane; thence northwardly to a point on the south-westerly side of said turnpike road, opposite to the south-easterly side of School lane; thence by the south-westerly side of the Ridge turnpike road and to its several courses to the south-easterly side of the Wissahickon creek; thence by the several courses of the said south-easterly side of Wissahickon creek to the Schuylkill river; thence across the water-course of said river to the north-easterly line of the Reading Railroad Company's property, as now occupied and in use at the city boundary line; thence along said north-easterly line as now occupied and used by said railroad company, to the place of beginning, excepting nevertheless thereout the several water works and their appurtenances which are included within these boundaries, and such uses of the premises immediately adjacent to the same, and such other portions of

the ground as are described in the plan, as the city of Philadelphia may from time to time require for the purposes of its water department.

SECTION 2. That there shall be laid out and constructed a road of easy and practicable grades extending from the intersection of the northerly line of the park by Belmont avenue, on the westerly side of the river Schuylkill, to the head of Roberts hollow, and thence along said hollow and the river Schuylkill to the foot of City avenue, laid out, with the ground contiguous thereto for ornamentation, of such width, and so constructed as the commissioners of Fairmount park, appointed under authority of the act of the general assembly of the commonwealth, may determine: and such road and its contiguous ground are hereby declared to be a part of the aforesaid park; and said park commissioners are hereby authorized and required to ascertain, by a proper survey, the limits thereof, which survey they shall file in the survey department of the city of Philadelphia; and it shall also be the duty of said park commissioners to appropriate the shores of the Wissahickon creek, on both sides of the same, from its mouth to the Paul's Mill road, and of such width as may embrace the road now passing along the same; and may also protect the purity of the water of said creek, and by passing along the crest of the heights which are on either side of said creek, may preserve the beauty of its scenery; the said park commissioners are hereby authorized and required to cause a proper survey to be made of said grounds upon the Wissahickon, and to file said survey in the survey department of the city of Philadelphia; and the grounds and creek hereby appropriated, are declared to be a part of Fairmount park.

SECTION 3. That the title to and ownership of the ground within said boundaries shall be vested in the city of Philadelphia, excepting therefrom so much as shall be required by the Schuylkill Navigation Company, the Philadelphia and Reading, the Junction and Connecting Railroad Companies, for the execution of their franchises as now provided by law.

SECTION 4. So much of the ground as was embraced in the act to which this is a supplement, approved the twenty-sixth day of March, one thousand eight hundred and sixty-seven, and is not included in the above boundaries, is hereby released from all claim of title by the said city, with the same effect as if it had never been included.

SECTION 5. That all the grounds taken within the boundaries of the Fairmount park, by the first section of this act, shall be subject to all the powers and control given by the act to which this is a supplement to the city of Philadelphia; and the park commissioners, designated by or appointed under said act, and the owners of all ground taken for the park, and others interested therein, shall be compensated as in said act is directed and provided.

SECTION 6. The said commissioners shall have power and authority, from time to time, to vacate any street or road within the boundaries of the park, (excepting Girard avenue,) and to open for public use such other roads, avenues and streets therein as they may deem necessary.

*Marginal notes:*
Road to be laid out.

Road and contiguous ground declared part of park.

Park commissioners to appropriate shores of Wissahickon creek.

To cause surveys of grounds to be made out and filed.

Title to ground within aforesaid boundaries, vested in city.

Claim of city to portion of ground embraced in former act, released.

Grounds subject to control of park commissioners.

Owners to be compensated.

Commissioners may vacate streets, &c.

**Councils to cause alteration of plans of survey of certain wards, &c.**

SECTION 7. The councils of the city of Philadelphia shall cause, under the supervision of the department of surveys, such alterations of the plan of survey of the Twenty-fourth ward as lies between Fairmount park, as by this act established, the Pennsylvania railroad and the City avenue, and of the contiguous parts of the Twentieth and Twenty-eighth wards as may become necessary or expedient by reason of the extension as aforesaid of the limits of the Fairmount park, and cause the same to be established in manner as now provided by law for revising or laying out plans of survey in and for the city of Philadelphia; and shall lay out an avenue as

**Avenue to be laid out as a boundary of park,**

one of the streets of the city, of the width of not less than one hundred feet, as a boundary of the park, on the southwest, west and north-west sides thereof, extending from Girard avenue to the river Schuylkill, at or near the Falls bridge, and also upon the eastern side of the river from the intersection of Pennsylvania avenue and Thirty-third street northward along the boundary of said park to the river Schuylkill.

**Jurisdiction of commissioners, how far to extend.**

SECTION 8. The jurisdiction of the commissioners of the park shall extend to the breadth of the footway next the park, in all avenues or streets which shall bound upon the park, and they shall direct the manner in which such footways shall be laid out, curbed, paved, planted and ornamented, which footways shall not be less than twenty feet in width on any avenue or street of the width of one hundred feet, and of like proportion upon any street or avenue of a greater or less width, unless otherwise directed by the commissioners.

**Compensation for buildings.**

SECTION 9. The said park commissioners or jury, who shall assess the compensation to the owners for the ground taken, shall ascertain and make compensation for buildings as well as the ground taken; but all buildings and machinery and fixtures not required by the park commission shall be removed by the owners thereof whenever payment of the compensation awarded them shall be made or tendered to them, and upon such payment or tender the park commissioners shall

**Proceedings where owners or lessees of ground taken cannot be found**

forthwith take possession of the premises; if any owner or lessee of ground taken cannot be found, notice of the taking and valuation of his land shall be given by advertisement in two daily papers published in Philadelphia six times, and in the Legal Intelligencer twice, and the amount awarded in such case to the owner or lessee shall remain in the city treasury until such owner shall produce the decree of the court having jurisdiction in the premises, ordering the said moneys to be paid to him or his legal representatives.

**Commissioners and jury may make partial or special reports.**

SECTION 10. The said commissioners and jury may make partial or special reports from time to time to the court as they may be ready to do so, and the court may act upon such reports separately, and the powers of the jury shall continue, unless limited by the court or they be required by the court to make report, until they shall have reported on all the cases on which they have been appointed, although a term or terms of the courts shall have intervened; and jurors, not to exceed six in number, may be appointed upon one or more cases according to the order of the court made; and whenever any report of the said commissioners or of the jury shall have been

confirmed by the court, the valuation made shall be forthwith payable by the city of Philadelphia.

SECTION 11. The city of Philadelphia shall be authorized and required to raise; by loans from time to time, such sums of money as shall be necessary to make compensation for all grounds heretofore taken or to be taken for said Fairmount park, and for the laying out and construction thereof for public use, for the permanent care and improvement thereof, and for all culverts and other means for preserving the Schuylkill water pure for the use of the citizens of said city, and shall annually assess taxes for keeping in repair and good order the said park, and shall also provide for the payment of the interest on all said loans and the usual sinking fund for the redemption thereof. *City to effect compensation for grounds taken, &c.*

SECTION 12. The said park commissioners shall from time to time appoint such officers, agents and subordinates as they may deem necessary for the purposes of this act and the act to which this is a supplement, and they shall prescribe the duties and the compensation to be paid them; and so much of the second section of the act to which this is a supplement, as requires that the secretary shall be chosen from the commissioners, be and the same is hereby repealed. *Commissioners to appoint officers, agents, &c.*

SECTION 13. It shall be lawful for said park commissioners to acquire title to the whole or any tract of land, part of which shall fall within the boundaries mentioned in the first section of this act, and to take conveyance thereof in the name of the city of Philadelphia; and such part thereof as shall lie beyond or within the said park limits again to sell and convey in absolute fee simple to any purchaser or purchasers thereof by deeds, to be signed by the mayor under the seal of the city, to be affixed by direction of councils, either for cash or part cash, and part to be secured by bond and mortgage to the city, paying all cash into the city treasury: *Provided,* That the proceeds of such sales shall be paid into the sinking fund for the redemption of the loan created under the provisions of this act: *Provided also,* That no commissioner nor any officer under the park commission shall in any wise be directly or indirectly interested in any such sale of lands by the commissioners as aforesaid; and if any commissioner or officer aforesaid shall act in violation of this proviso, he shall, if a commissioner, be subject to expulsion, if an officer, to be discharged by a majority of votes of the board of park commissioners, after an opportunity afforded of explanation and defence. *May acquire and sell lands situate in part within boundaries mentioned.* *Proviso.* *Proviso.*

SECTION 14. The said board of commissioners shall annually hereafter, in the month of December, make to the mayor of the city of Philadelphia a report of their proceedings and a statement of their expenditures for the preceding year. *To make report to mayor annually.*

SECTION 15. The said park commissioners shall have exclusive power to lease from year to year all houses and buildings within the park limits, which may be let without prejudice to the interests and purposes of the park by leases, to be signed by their president and secretary, and to collect the rents and pay them into the city treasury. *May lease houses, &c., within park limits.*

Add. 32

1088                           LAWS OF PENNSYLVANIA,

Buildings erec-    SECTION 16. All houses and buildings now built or to be
ted on grounds  built on any part of the park grounds, by or for boat or
by boat clubs,  skating clubs, or zoological or other purposes, shall be taken
&c., relative to.  to have rights subordinate to the public purposes intended
to be subserved by acquiring and laying out the park, and
shall be subject to the regulations of said park commissioners
under licenses, which shall be approved by the commission
and signed by the president and secretary, and will subject
them to their supervision and to removal or surrender to the
city whensoever the said commissioners may require.

Commissioners     SECTION 17. The said park commissioners shall have power
may accept pro-  to accept in the name and behalf of the city of Philadelphia
perty upon      devises, bequests and donations of lands, moneys, objects of
trusts.          art and natural history, maps and books, or other things,
upon such trusts as may be prescribed by the testator or
Proviso.         donor: *Provided*, Such trusts be satisfactory to the commis-
sion and compatible with the purposes of said park.

Debts to bind     SECTION 18. None of the park commissioners nor any per-
commissioners,  son employed by them shall have power to create any debt or
how created.     obligation to bind said board of commissioners, except by the
express authority of the said commissioners at a meeting duly
convened.

Management,       SECTION 19. The said park commissioners shall have the
&c., of park     power to govern, manage, lay out, plant and ornament the
said Fairmount park, and to maintain the same in good order
and repair, and to construct all proper bridges, buildings,
railways and other improvements therein, and to repress all
disorders therein under the provisions hereinafter contained.

May license       SECTION 20. That the said park commissioners shall have
laying down of  authority to license the laying down and the use for a term
passenger rail-  of years from time to time of such passenger railways as they
ways.            may think will comport with the use and enjoyment of the
said park by the public, upon such terms as said commission-
ers may agree, all emoluments from which shall be paid into
the city treasury.

Rules and regu-   SECTION 21. The said park shall be under the following
lations.         rules and regulations, and such others as the park commis-
sioners may from time to time ordain:

I. No person shall turn cattle, goats, swine, horses or other
animals loose into the park.

II. No person shall carry fire arms or shoot birds in the
park or within fifty yards thereof, or throw stons or other
missiles therein.

III. No one shall cut, break, or in anywise injure or deface
the trees, shrubs, plants, turf, or any of the buildings, fences,
structures or statuary, or foul any fountains or springs within
the park.

IV. No person shall drive or ride therein at a rate exceed-
ing seven miles an hour.

V. No one shall ride or drive therein upon any other than
upon the avenues and roads.

VI. No coach or vehicle used for hire shall stand upon any
part of the park for the purpose of hire, nor except in wait-
ing for persons taken by it into the park, unless, in either
case, at points designated by the commission.

Add. 33

VII. No wagon or vehicle of burden or traffic shall pass through the park, except upon such road or avenue as shall be designated by the park commissioners for burden transportation.

VIII. No street railroad car shall come within the lines of the park without the license of the park commission.

IX. No person shall expose any article for sale within the park without the previous license of the park commission.

X. No person shall take ice from the Schuylkill within the park without the license of the said commission first had, upon such terms as they may think proper.

XI. No threatening, abusive, insulting or indecent language shall be allowed in the park.

XII. No gaming shall be allowed therein, nor any obscene or indecent act therein.

XIII. No person shall go in to bathe within the park.

XIV. No person shall fish or disturb the water-fowl in the pool or any pond, or birds in any part of the park, nor discharge any fire-works therein, nor affix any bills or notices therein.

XV. No person shall have any musical, theatrical or other entertainment therein without the license of the park commissioners.

XVI. No person shall enter or leave the park except by such gates or avenues as may be for such purpose arranged.

XVII. No gathering or meeting of any kind assembled through advertisement shall be permitted in the park without the previous permission of the commission, nor shall any gathering or meeting for political purposes in the park be permitted under any circumstances.

XVIII. That no intoxicating liquors shall be allowed to be sold within said park.

SECTION 22. Any person who shall violate any of said rules and regulations, and any others which shall be ordained by the said park commissioners for the government of said park, not inconsistent with this act or the laws and constitutions of this state and United States, the power to ordain which rules and regulations is hereby expressly given to said commissioners, shall be guilty of a misdemeanor, and shall pay such fine as may be prescribed by said park commissioners, not to exceed five dollars for each and every violation thereof, to be recovered before any alderman of said city, as debts of that amount are recoverable; which fines shall be paid into the city treasury: *Provided*, That if said park commissioners should license the taking of ice in said park, or the entry of any street railroad car therein, or articles for sale, or musical entertainments, it may be with such compensation as they may think proper, to be paid into city treasury: *And provided*, That any person violating any of said rules and regulations shall be further liable to the full extent of any damage by him or her committed, in trespass or other action; and any tenant or licensed party who shall violate the said rules, or any of them, or consent to or permit the same to be violated on his or her or their premises, shall forfeit his or her or their lease or license, and shall be liable to

*Penalty for violating rules and regulations.*

*Proviso.*

*Proviso.*

69

he forthwith removed by a vote of the park commission; and every lease and license shall contain a clause making it cause of forfeiture thereof for the lessee or party licensed to violate or permit or suffer any violation of said rules and regulations, or any of them; it shall be the duty of the police appointed to duty in the park, without warrant, forthwith to arrest any offender against the preceding rules and regulations whom they may detect in the commission of such offence, and to take the person or persons so arrested forthwith before a magistrate having competent jurisdiction.

**Profits realized, to be paid into city treasury.** SECTION 23. All rents, license, charges and fees, all fines, proceeds of all sales, except of lands purchased, and profits of whatsoever kind, to be collected, received or howsoever realized, shall be paid into the city treasury as a fund to be exclusively appropriated by councils for park purposes, under the direction of said commission: *Provided*, That moneys or property given or bequeathed to the park commissioners upon specified trusts shall be received and receipted for by their treasurer, and held and applied according to the trusts specified.

**Proviso.**

**Councils may approve approaches to park.** SECTION 24. That the councils of the city of Philadelphia be and they are hereby authorized to widen and straighten any street laid upon the public plans of said city, as they may think requisite to improve the approaches to Fairmount park.

**Act not to affect proceedings pending in court.** SECTION 25. That nothing in this act contained shall suspend or affect any proceeding pending in court under any existing law, but the same shall be proceeded in as if this act had not been passed

**Damages, how ascertained, &c.** SECTION 26. The damages for ground and property taken for the purpose of this act shall be ascertained, adjusted and assessed in like manner as is prescribed by the act to which this is a supplement.

**Commissioners to employ park force to maintain order.** SECTION 27. The said park commissioners shall employ, equip and pay a park force adequate to maintain good order therein and in all houses thereupon; which force shall be subject to the orders of the mayor upon any emergency, and so far as said force shall consist of others than the hands employed to labor in the park, it shall be appointed and controlled as the other police of the city.

**City solicitor to appoint additional assistant.** SECTION 28. There shall be an additional assistant appointed by the city solicitor, whose duty it shall be, under the direction of the city solicitor, to attend to the assessments of damages, and to such other business of a legal nature connected with the park as said commissioners may require.

<div align="right">

GEO. T. THORN,
Speaker of the House of Representatives pro tem.

JAMES L. GRAHAM,
Speaker of the Senate.

</div>

APPROVED—The fourteenth day of April, Anno Domini one thousand eight hundred and sixty-eight.

<div align="right">

JNO. W. GEARY.

</div>

# FIRST

# ANNUAL REPORT

OF THE

# Commissioners of Fairmount Park.

---

PHILADELPHIA:

KING & BAIRD, PRINTERS, No. 607 SANSOM STREET.

1869.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Generated on 2023-03-27 17:30 GMT / https://hdl.handle.net/2027/ndp.39015067213663
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

18

Sect. 19. The said Park Commissioners shall have the power to govern, manage, lay out, plant and ornament the said Fairmount Park, and to maintain the same in good order and repair; and to construct all proper bridges, buildings, railways, and other improvements therein, and to repress all disorders therein under the provisions hereinafter contained.

Sect. 20. That the said Park Commissioners shall have authority to license the laying down, and the use for a term of years, from time to time, of such passenger railways as they may think will comport with the use and enjoyment of the said Park by the public, upon such terms as said Commissioners may agree; all emoluments from which shall be paid into the City Treasury.

Sect. 21. The said Park shall be under the following rules and regulations, and such others as the Park Commissioners may from time to time ordain:

I. No persons shall turn cattle, goats, swine or horses or other animals loose into the Park.

II. No persons shall carry fire-arms, or shoot birds in the Park, or within fifty yards thereof, or throw stones or other missiles therein.

III. No one shall cut, break, or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, structures or statuary, or foul any fountains or springs within the Park.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# A C T S

OF THE

# STATE OF TENNESSEE,

PASSED BY THE FIRST SESSION OF

# THE THIRTY-SIXTH GENERAL ASSEMBLY

FOR THE YEARS 1869-70.

---

PUBLISHED BY AUTHORITY.

---

NASHVILLE, TENN.:

JONES, PURVIS & CO., PRINTERS TO THE STATE.

1870.

**Add. 38**

23

## CHAPTER XXI.

AN ACT to Amend An Act, passed on the 13th of March, 1868, entitled "An Act to amend the revenue laws of the State."

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That An Act to amend the revenue laws of the State, passed on the 13th day of March, 1868, be so amended as to impose a tax of fifty cents on each room except two in a hotel or tavern, and a tax of fifty cents on each stall in a livery stable, or stable kept by hotel or tavern keepers, instead of one dollar, as now imposed by law.

Hotels and Livery Stable

SEC. 2. *Be it further enacted,* That this Act take effect from and after its passage.

W. O'N. PERKINS,
*Speaker of the House of Representives.*
D. B. THOMAS,
*Speaker of the Senate.*

Passed November 27, 1869.

------

## CHAPTER XXII.

AN ACT to Amend the Criminal Laws of the State.

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That all voters in this State shall be required to vote in the civil district or ward in which they may reside. Any person violating this Act shall be guilty of a misdemeanor, and upon conviction thereof shall not be fined less than twenty nor more than fifty dollars; *Provided,* that sheriffs and other officers holding elections shall be permitted to vote at any ward or precinct in which they may hold an election.

To vote in Civil District or Ward.

SEC. 2. *Be it further enacted,* That it shall not be lawful for any qualified voter or other person attending any election in this State, or for any person attending any fair, race course, or other public assembly of the people, to carry about his person, concealed or otherwise, any pistol, dirk, bowie-knife, Arkansas tooth-pick, or weapon in form, shape

Deadly Weapons.

**Add. 39**

24

or size, resembling a bowie-knife, or Arkansas tooth-pick, or other deadly or dangerous weapon.

SEC. 3.   *Be it further enacted,* That all persons convicted under the second section of this Act shall be punished by fine of not less than fifty dollars, and by imprisonment, or both, at the discretion of the Court.

*Penalty.*

SEC. 4.   *Be it further enacted,* That no liquor shop in this State, shall be kept open on election days, nor shall any person, on said days, give or sell intoxicating liquors to any person for any purpose at or near an election ground.

*Liquor Shops.*

SEC. 5.   *Be it further enacted,* That the grand juries of this State shall have inquisitorial powers concerning the commission of the offenses created by these Acts, and may send for witnesses, as in cases of gaming, illegal voting, tippling and offenses now prescribed by law.

*Grand Juries.*

SEC. 6.   *Be it further enacted,* That it shall be the duty of the Circuit and Criminal Judges of this State to give the above in special charge to the several grand juries of the courts.

*Judges.*

SEC. 7.   *Be it further enacted,* That there shall be no property exempt from execution for fines and costs for this offense; *Provided,* That, if from any cause, there should be a failure to hold an election in any civil district or ward, then nothing in this Act shall be so construed as to prevent any voter from voting in any other civil district or ward in his county or town, for State or county officers, at the time prescribed by law.

*Proviso.*

SEC. 8.   *Be it further enacted,* That this Act shall take effect from and after its passage.

W. O'N. PERKINS.
*Speaker of the House of Representatives.*
D. B. THOMAS,
*Speaker of the Senate.*

Passed December 1, 1869.

**Add. 40**

# ACTS AND RESOLUTIONS

OF THE

# GENERAL ASSEMBLY

OF THE

# STATE OF GEORGIA,

PASSED IN ATLANTA, GEORGIA,

AT THE

# SESSION OF 1870.

---

## COMPILED AND PUBLISHED BY AUTHORITY.

---

ATLANTA, GEORGIA:
PRINTED BY THE PUBLIC PRINTER.
1870.

**Add. 41**

To preserve the peace and harmony of the people of this State, etc.

# TITLE XVI.

## PENAL CODE—AMENDMENTS TO.

SECTIONS.
1. Carrying deadly weapons to certain places prohibited.
2. Violation—misdemeanor—penalty.
3. Chain-gang punishment prohibited.
4. Punishment in lieu of chain-gang.

SECTIONS.
5. Section 415 of the Code changed—*nolle prosequi.*
6. All indictments, etc., submitted to a jury.

(No. 285.)

*An Act to preserve the peace and harmony of the people of this State, and for other purposes.*

SECTION 1. *Be it enacted, etc.,* That, from and immediately after the passage of this act, no person in said State of Georgia be permitted or allowed to carry about his or her person any dirk, bowie-knife, pistol or revolver, or any kind of deadly weapon, to any court of justice, or any election ground or precinct, or any place of public worship, or any other public gathering in this State, except militia muster-grounds. *[margin: Carrying deadly weapons to certain places prohibited. Exception.]*

SEC. 2. *Be it further enacted,* That if any person or persons shall violate any portion of the above recited section of this act, he, she or they shall be guilty of a misdemeanor, and upon conviction shall be punished by a fine of not less than twenty nor more than fifty dollars for each and every such offense, or imprisonment in the common jail of the county not less than ten nor more than twenty days, or both, at the discretion of the court. *[margin: Violation a misdemeanor—penalty]*

SEC. 3. All laws and parts of laws militating against this act are hereby repealed.

Approved October 18, 1870.

------

(No. 286.)

*An Act to alter and amend section 4245 of Irwin's Revised Code, by striking out of said section the words " to work in a chain-gang on the public works," and for other purposes.*

SECTION 1. *Be it enacted, etc.,* That the words "to work in a chain-gang on the public works," which occur in fourth and fifth lines of section 4245 of Irwin's Code, be, and the same are hereby, *[margin: Chain-gang punishment prohibited.]*

stricken from said section, and chain-gangs shall no longer exist, or be tolerated in the State of Georgia, for persons convicted of misdemeanors.

SEC. 2. *Be it further enacted*, That said section be further amend-
**Punishment in lieu of chain-gang.** ed, by substituting for the words herein stricken out, the words " to work on the city or town streets, or county roads, not longer than six months; but in no case shall such prisoners be chained or otherwise confined in a gang, but shall be guarded."

SEC. 3. *Be it further enacted*, That all laws and parts of laws in conflict with this act be, and they are hereby, repealed.

Approved October 27, 1870.

————

(No. 287.)

*An Act to repeal section four hundred and fifteen (415) of Irwin's Revised Code, in relation to entering nolle prosequis, and to prescribe the mode of settlement in criminal cases.*

SECTION 1. *Be it enacted, etc.*, That section four hundred and
**Section 415 of Code, as to nolle prosequi, repealed.** fifteen (415) of Irwin's Revised Code of Georgia, which said section authorizes Solicitors-General in this State to enter a *nolle prosequi* on indictments, be, and the same is hereby repealed, and no *nolle prosequi* shall be allowed, except it be in open court, for some fatal defect in the bill of indictment, to be judged of by the court,
**Judge shall order second bill.** in which case the presiding Judge shall order another bill of indictment to be forthwith submitted to the grand jury.

SEC. 2. *And be it further enacted by the authority aforesaid*, That
**All indictments submitted to jury.** all cases of indictments, or special presentments, shall be submitted to and passed upon by the jury, under the direction of the presiding Judge, unless there is a settlement thereof between the
**Settlement—when good.** prosecutor and defendant, which settlement shall be good and valid only by the approval and order of the court on examination into the merits of the case.

SEC. 3. *And be it further enacted, etc.*, That all laws and parts of laws conflicting with this act be, and the same are hereby, repealed.

Approved October 28, 1870.

**Add. 43**

# ACTS

PASSED BY THE GENERAL ASSEMBLY

OF THE

# STATE OF LOUISIANA

AT THE

THIRD SESSION OF THE FIRST LEGISLATURE,

BEGUN AND HELD IN NEW ORLEANS, JANUARY 3, 1870,

AND AT THE

## EXTRA SESSION,

BEGUN AND HELD IN THE CITY OF NEW ORLEANS, MARCH 7, 1870.

*PUBLISHED BY AUTHORITY.*

NEW ORLEANS:
A. L. LEE, STATE PRINTER
1870.

145

No. 100.]             AN ACT

To regulate the conduct and to maintain the freedom and purity of elections; to prescribe the mode of making, and designate the officers who shall make the returns thereof; to prevent fraud, violence, intimidation, riot, tumult, bribery or corruption at elections or at any registration or revision of registration; to limit the powers and duties of the sheriffs of the parishes of Orleans and Jefferson; to prescribe the powers and duties of the Board and officers of the Metropolitan Police in reference to elections; to prescribe the mode of entering on the rolls of the Senate and House of Representatives the names of members; to empower the Governor to preserve peace and order, to enforce the laws; to limit the powers and duties of the Mayors of the cities of New Orleans and Jefferson with regard to elections; to prohibit District or Parish Judges from issuing certain writs to Commissioners of Election; to make an appropriation for the expenses of the next revision of the registration and of the next election; and to enforce article one hundred and three of the constitution.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened,* That all elections for State, parish, and judicial officers, members of the General Assembly, and for members of Congress shall be held on the first Monday in November, and said elections shall be styled the general elections. *Time of holding elections.*

They shall be held in the manner and form, and subject to the regulations hereinafter prescribed, and no other.

SEC. 2. *Be it further enacted, etc.,* That elections for Representatives in the General Assembly shall be held on the first Monday of November, one thousand eight hundred and seventy, and every two (2) years thereafter; and all elections to supply the place of Senators in the General Assembly, whose terms of service shall have expired, shall be held at the same time as herein provided for the election of Representatives. *Elections for representatives in the General Assembly. Elections for State senators.*

SEC. 3. *Be it further enacted, etc.,* That all elections shall be held in each parish at the several election polls or voting places to be established as is hereinafter prescribed. *When held.*

SEC. 4. *Be it further enacted, etc.,* That all elections shall be completed in one day, and the polls shall be kept open at each poll or voting place, from the hour of six in the morning until six o'clock in the afternoon. *When completed--polls open.*

SEC. 5. *Be it further enacted, etc.,* That each parish in this State, except the parishes of Orleans and Jefferson, is hereby fixed as an election precinct, and the supervisor of registration in each of said parishes shall direct what number of polls or voting places shall be established in each precinct, fix the places of holding the election, and appoint commissioners of election for each poll or voting place. In the city of New Orleans, each ward shall constitute a precinct, and in the remaining part of the parish of Orleans, the supervisor of registration for the said parish shall fix both the precincts and voting places in each precinct, and in the parish of Jefferson, the supervisor of registration shall fix both the precincts and the voting places in each precinct; in the parishes of Orleans and Jefferson the supervisor of registration of each parish shall appoint commissioners of election therefor, as in the other parishes. Any duly registered voter may vote at any poll or voting place within his precinct. *Election precincts. Voting places.*

SEC. 6. *Be it further enacted, etc.,* That the elections at each poll or voting place shall be presided over by three commissioners of election, residents of the parish, who shall be able to read and write, to be appointed by the supervisor of registration for the parish, *Commissioners of election.*

19

159

mechanic any part of the wages due to such laborer, employe, tenant or mechanic, on account of any vote which such laborer, employe, tenant or mechanic has given or purposes to give, shall be deemed guilty of a misdemeanor, and on conviction thereof shall be punished by a fine of not less than five hundred dollars, one half of which shall go to the school fund of the parish in which the offense was committed, and by imprisonment in the parish prison for not less than three months.

Sec. 69. *Be it further enacted, etc.,* That any person who shall molest, disturb, interfere with, or threaten with violence, any commissioner of election or person in charge of the ballot boxes, while in charge of the same, between the time of the close of the polls and the time that said ballot boxes are delivered to the supervisor of registration, shall be deemed guilty of a felony, and upon conviction thereof shall be punished by a fine of not less than five hundred dollars, or by imprisonment in the penitentiary not less than one year, or both, at the discretion of the court. *(Interference with commissioners, etc.)*

Sec. 70. *Be it further enacted, etc.,* That any person not authorized by this law to receive or count the ballots at an election, who shall, during or after any election, and before the votes have been counted by the supervisors of registration, disturb, displace, conceal, destroy, handle or touch any ballot, after the same has been received from the voter by a commissioner of election, shall be deemed guilty of a misdemeanor, and shall, upon conviction thereof, be punished by a fine of not less than one hundred dollars, or by imprisonment for not less than six months, or both, at the discretion of the court. *(Disturbing the counting of ballots.)*

Sec. 71. *Be it further enacted, etc.,* That any person not authorized by this law to take charge of the ballot boxes at the close of the election who shall take, receive, conceal, displace or [in] any manner handle or disturb any ballot box at any time between the hour of the closing of the polls and the transmission of the ballot box to the supervisor of registration, or during such transmission, or at any time prior to the counting of the votes by the supervisor of registration, shall be deemed guilty of a felony, and upon conviction thereof shall be punished by a fine of not less than five hundred dollars, or by imprisonment in the penitentiary not less than one year, or both, at the discretion of the court. *(Interference with ballot boxes.)*

Sec. 72. *Be it further enacted, etc.,* That if any person shall by bribery, menace, willful falsehood, or other corrupt means, directly or indirectly attempt to influence any elector of this State in the giving his vote or ballot, or to induce him to withhold the same, or disturb or hinder him in the free exercise of the right of suffrage at any election in this State, he shall, on conviction thereof, be deemed guilty of a misdemeanor, and be fined not more than five hundred dollars, and be imprisoned in the parish prison for a term not exceeding six months, and shall also be ineligible to any office in the State for the term of two years. *(Interference with free exercise of right of suffrage.)*

Sec. 73. *Be it further enacted, etc.,* That it shall be unlawful for any person to carry any gun, pistol, bowie knife or other dangerous weapon, concealed or unconcealed, on any day of election during the hours the polls are open, or on any day of registration or revision of registration, within a distance of one-half mile of any place of registration or revision of registration; any person violating the provisions of this section shall be deemed guilty of a misdemeanor, and on conviction shall be punished by a fine of not less than one hundred dol- *(Weapons.)*

160

lars, and by imprisonment in the parish jail for not less than one month; provided, that the provisions of this section shall not apply to any commissioner or officer of the election or supervisor or assistant supervisor of registration, police officer or other person authorized to preserve the peace on days of registration or election.

Liquors.

Sec. 74. *Be it further enacted, etc.,* That no person shall give, sell or barter any spirituous or intoxicating liquors to any person on the day of election, and any person found guilty of violating the provisions of this section shall be fined in a sum of not less than one hundred dollars, nor more than three hundred dollars, which shall go to the school fund.

Corruptly voting.

Sec. 75. *Be it further enacted, etc.,* That whoever, knowing that he is not a qualified elector, shall vote or attempt to vote at any election, shall be fined in a sum not to exceed one hundred dollars, to be recovered by prosecution before any court of competent jurisdiction.

Double vote.

Sec. 76. *Be it further enacted, etc.,* That whoever shall knowingly give or vote two or more ballots folded as one at any election, shall be fined in a sum not to exceed one hundred dollars, to be recovered by prosecution before any court of competent jurisdiction.

Bribery to influence voters.

Sec. 77. *Be it further enacted, etc.,* That whoever, by bribery or by a promise to give employment or higher wages to any person, attempts to influence any voter at any election, shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall be punished by a fine of not less than one hundred dollars, and by imprisonment in the parish prison for not less than three months.

Obtaining illegal voting.

Sec. 78. *Be it further enacted, etc.,* That whoever willfully aids or abets any one, not legally qualified, to vote or attempt to vote at any election, shall be fined in a sum of not less than fifty dollars, to be recovered by prosecution before any court of competent jurisdiction.

Disorderly houses.

Sec. 79. *Be it further enacted, etc.,* That whoever is disorderly at any poll or voting place during an election, shall be fined in a sum not less than twenty dollars, to be recovered by prosecution before any court of competent jurisdiction.

Meetings of citizens.

Sec. 80. *Be it further enacted, etc.,* That whoever shall molest, interrupt or disturb any meeting of citizens assembled to transact or discuss political matters, shall be fined in a sum not less than fifty dollars, to be recovered by prosecution before any court of competent jurisdiction.

Any sheriff, constable or police officer present at the violation of this section shall forthwith arrest the offender or offenders, and convey him or them, as soon as practicable, before the proper court.

Imprisonment.

Sec. 81. *Be it further enacted, etc.,* That the court imposing any fine, as directed in sections seventy-four, seventy-five, seventy-six, seventy-seven, seventy-eight, seventy-nine and eighty of this act, shall commit the person so fined to the parish prison until the fine is paid; *Provided,* That said imprisonment shall not exceed six months.

Perjury.

Sec. 82. *Be it further enacted, etc.,* That in cases where any oath or affirmation shall be administered by any supervisor of registration, assistant supervisor of registration or commissioner of election, in the performance of his duty as prescribed by law, any person swearing or affirming falsely in the premises shall be deemed guilty of perjury, and subjected to the penalties provided by the law for perjury.

Duty of Governor to insure peace.

Sec. 83. *Be it further enacted, etc.,* That the Governor shall take all necessary steps to secure a fair, free and peaceable election; and shall, on the days of election, have paramount charge and con-

**Add. 47**

# ACTS OF ASSEMBLY

**RELATING TO**

# FAIRMOUNT PARK.

———◄•●•►———

PHILADELPHIA:

KING & BAIRD, PRINTERS, No. 607 SANSOM STREET.

1870.

**Add. 48**

Generated on 2022-12-27 18:16 GMT / https://hdl.handle.net/2027/mdp.39015067213663
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google        Original from
UNIVERSITY OF MICHIGAN

# A SUPPLEMENT

To an Act, entitled "An Act appropriating ground for public purposes, in the City of Philadelphia," approved the twenty-sixth day of March, Anno Domini one thousand eight hundred and sixty-seven.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the Commonwealth of Pennsylvania in General Assembly met, and it is hereby enacted by the authority of the same,* That the boundaries of the Fairmount Park in the City of Philadelphia shall be the following, to wit: Beginning at a point in the northeasterly line of property owned and occupied by the Reading Railroad Company, near the City bridge over the river Schuylkill at the Falls, where said northeasterly line * [is intersected by the line dividing property of H. Duhring from that of F. Stoever and T. Johnson; extending] from thence in a southwesterly direction upon said dividing line and its prolongation to the middle of the Ford road; from thence by a line passing through the southeast corner of Forty-ninth and Lebanon streets to George's run; thence along the several courses of said run to a point fourteen hundred and eighty-seven and a half feet from the middle of the Pennsylvania Railroad, measured at right angles thereto; thence by a straight line through the northeast corner of Forty-third and Hancock

---

* Amended by Act of April 21, 1869, Sec. 8, page 27.

**Add. 49**

Digitized by Google     Original from UNIVERSITY OF MICHIGAN

18

SECT. 19. The said Park Commissioners shall have the power to govern, manage, lay out, plant and ornament the said Fairmount Park, and to maintain the same in good order and repair; and to construct all proper bridges, buildings, railways, and other improvements therein, and to repress all disorders therein under the provisions hereinafter contained.

SECT. 20. That the said Park Commissioners shall have authority to license the laying down, and the use for a term of years, from time to time, of such passenger railways as they may think will comport with the use and enjoyment of the said Park by the public, upon such terms as said Commissioners may agree; all emoluments from which shall be paid into the City Treasury.

SECT. 21. The said Park shall be under the following rules and regulations, and such others as the Park Commissioners may from time to time ordain:

I. No persons shall turn cattle, goats, swine or horses or other animals loose into the Park.

II. No persons shall carry fire-arms, or shoot birds in the Park, or within fifty yards thereof, or throw stones or other missiles therein.

III. No one shall cut, break, or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, structures or statuary, or foul any fountains or springs within the Park.

**Add. 50**

Generated on 2022-12-27 18:09 GMT / https://hdl.handle.net/2027/mdp.39015067213663
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google    Original from
UNIVERSITY OF MICHIGAN

19

IV. No person shall drive or ride therein at a rate exceeding seven miles an hour.

V. No one shall ride or drive therein, upon any other than upon the avenues and roads.

VI. No coach or vehicle used for hire, shall stand upon any part of the Park for the purpose of hire, nor except in waiting for persons taken by it into the Park, unless in either case at points designated by the Commission.

VII. No wagon or vehicle of burden or traffic shall pass through the Park, except upon such road or avenue as shall be designated by the Park Commissioners for burden transportation.

VIII. No street railroad car shall come within the lines of the Park without the license of the Park Commission.

IX. No person shall expose any article for sale within the Park without the previous license of the Park Commission.

X. No person shall take ice from the Schuylkill within the Park without the license of the said Commission first had, upon such terms as they may think proper.

XI. No threatening, abusive, insulting, or indecent language shall be allowed in the Park.

XII. No gaming shall be allowed therein, nor any obscene or indecent act therein.

Digitized by Google    Original from UNIVERSITY OF MICHIGAN

Generated on 2022-12-27 18:09 GMT / https://hdl.handle.net/2027/mdp.39015067213663
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

20

XIII. No person shall go in to bathe within the Park.

XIV. No person shall fish or disturb the water-fowl in the pool, or any pond, or birds in any part of the Park, nor discharge any fire-works therein, nor affix any bills or notices therein.

XV. No person shall have any musical, theatrical, or other entertainment therein, without the license of the Park Commissioners.

XVI. No person shall enter or leave the Park except by such gates or avenues as may be for such purpose arranged.

XVII. No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the Park without the previous permission of the Commission; nor shall any gathering or meeting for political purposes in the Park be permitted under any circumstances.

XVIII. That no intoxicating liquors shall be allowed to be sold within said Park.

SECT. 22. Any person who shall violate any of said rules and regulations, and any others which shall be ordained by the said Park Commissioners, for the government of said Park, not inconsistent with this act, or the laws and constitutions of this State and United States—the power to ordain which rules and regulations is hereby expressly given to said Commissioners

Generated on 2022-12-27 18:10 GMT / https://hdl.handle.net/2027/mdp.39015067213663
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

23

force shall be subject to the orders of the Mayor upon any emergency; and so far as said force shall consist of others than the hands employed to labor in the Park, it shall be appointed and controlled as the other police of the City.

SECT. 28. [There shall be an additional assistant appointed by the City Solicitor, whose duty it shall be, under the direction of the City Solicitor, to attend to the assessments of damages, and to such other business of a legal nature connected with the Park as said Commissioners may require.]*

Approved April 14, 1868.

---

* Repealed by the 5th section of the Act of January 27, 1870, page 30.

Add. 53

Generated on 2022-12-27 18:12 GMT / https://hdl.handle.net/2027/mdp.39015067213663
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# GENERAL LAWS

OF THE

# TWELFTH LEGISLATURE,

OF THE

# STATE OF TEXAS.

---

## CALLED SESSION.

---

BY AUTHORITY,



AUSTIN:

PRINTED BY TRACY, SIEMERING & CO.

1870.

**Add. 54**

GENERAL LAWS.                    63

## CHAPTER XLVI.

### AN ACT REGULATING THE RIGHT TO KEEP AND BEAR ARMS.

SECTION 1. *Be it enacted by the Legislature of the State of Texas,* That if any person shall go into any church or religious assembly, any school room or other place where persons are assembled for educational, literary or scientific purposes, or into a ball room, social party or other social gathering composed of ladies and gentlemen, or to any election precinct on the day or days of any election, where any portion of the people of this State are collected to vote at any election, or to any other place where people may be assembled to muster or to perform any other public duty, or any other public assembly, and shall have about his person a bowie-knife, dirk or butcher-knife, or fire-arms, whether known as a six shooter, gun or pistol of any kind, such person so offending shall be deemed guilty of a misdemeanor, and on conviction thereof shall be fined in a sum not less than fifty or more than five hundred dollars, at the discretion of the court or jury trying the same; provided, that nothing contained in this section shall apply to locations subject to Indian depredations; and provided further, that this act shall not apply to any person or persons whose duty it is to bear arms on such occasions in discharge of duties imposed by law.

SEC. 2. That this act take effect and be in force in sixty days from the passage thereof.

Approved August 12, 1870.

——————

## CHAPTER XLVII.

### AN ACT AUTHORIZING THE GOVERNOR TO ORDER AN ELECTION TO BE HELD IN HILL COUNTY FOR THE PERMANENT LOCATION OF THEIR COUNTY SEAT.

SECTION 1. *Be it enacted by the Legislature of the State of Texas,* That the Governor of the State of Texas be, and is hereby authorized to order an election to be held in the county of Hill, on the second Monday in September, A. D. 1870, (or as soon thereafter as possible), for the permanent location of the county seat of the

64                         GENERAL LAWS.

county of Hill; said election shall be held at such places and under
such rules and regulations as the Governor may prescribe.

SEC. 2. That the returns of said election shall be made to the Sec-
retary of State, within twenty days after said election shall have
been held, and the town receiving two-thirds of the votes cast shall
be the permanent county seat of the county of Hill, but should no
place receive two-thirds of the votes cast, the present county seat
shall remain the permanent one.

SEC. 3. That the Governor shall, within twenty days after the
returns of said election shall have been received, notify the Police
Court of the county of Hill of the result of said election.

SEC. 4. That this act be in force from and after passage.

Approved August 12, 1870.

---

## CHAPTER XLVIII.

AN ACT MAKING APPROPRIATIONS FOR THE PAYMENT OF THE
EXPENSES OF MAINTAINING RANGING COMPANIES ON THE FRON-
TIER.

SECTION 1. *Be it enacted by the Legislature of the State of
Texas,* That the sum of seven hundred and fifty thousand dollars,
or so much thereof as may be necessary, be and the same is hereby
appropriated, out of any moneys in the State Treasury (derived
from the sale or hypothecation of the bonds of the State issued for
frontier protection), for the purpose of paying all expenses con-
nected with the organization, arming and maintenance of the ranging
companies on the frontier, called into service under the provisions
of the act approved June 13, 1870.

SEC. 2. That this appropriation shall be expended under the
direction of the Governor; and the Comptroller of Public Accounts
shall, under the special direction of the Governor, audit all claims
and accounts incurred for the purposes hereinbefore mentioned, and
shall draw his warrant on the Treasurer for the payment of the
same.

SEC. 3. That this act shall take effect from and after its passage.

Approved August 12, 1870.

**Add. 56**

# ANNUAL REPORTS

OF THE

## BROOKLYN

# PARK COMMISSIONERS.

## 1861—1873.

————•♦•———

REPRINTED
BY ORDER OF THE BOARD,
WITH SUCH ACTS OF THE LEGISLATURE
IN THEIR AMENDED FORM,
AS RELATE TO THE
BROOKLYN PARKS, AND THEIR MANAGEMENT.

————•♦•———

JANUARY,
1873.

**Add. 57**

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

Generated on 2023-07-07 18:02 GMT / https://hdl.handle.net/2027/ucl.c070473596
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

## PARK ORDINANCE, No. 1.

The Commissioners of Prospect Park, in the city of Brooklyn, do ordain as follows :

ARTICLE I.—All persons are forbidden,

1. To take or carry away any sod, clay, turf, stone, sand, gravel, leaves, muck, peat, wood, or anything whatever belonging to the park, from any part of the land embraced within the boundaries of the park ;

2. To climb upon, or in any way cut, injure, or deface any tree, shrub, building, fence, or other erection within the park ;

3. To turn cattle, horses, goats, swine, or poultry of any description upon the park ;

4. To carry firearms, or to throw stones or other missiles within the park ;

5. To hinder or in any manner delay or interfere with men employed upon the park ;

6. To expose any article or thing for sale, or engage in any picnic or game upon the park, except by permission derived from the Board of Commissioners ;

7. To post or otherwise display any bill, notice, advertisement, or other paper or device upon any tree, structure, or other erection within the park, or upon any of its inclosures.

ARTICLE II.—Any person who shall violate or offend against any of the provisions of the foregoing article, shall be deemed guilty of a misdemeanor, and shall be punished on conviction, before any court of competent jurisdiction in the county of Kings, by a fine not exceeding fifty dollars, and in default of payment, by imprisonment not exceeding thirty days.

**Add. 58**



Digitized by Google     Original from UNIVERSITY OF CALIFORNIA

Generated on 2023-07-06 17:32 GMT / https://hdl.handle.net/2027/uc1.c076473596
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

# LAWS

AND

# ORDINANCES

GOVERNING THE

# CITY OF CHICAGO.

[PUBLISHED BY AUTHORITY OF THE COMMON COUNCIL OF THE CITY.]

COMPILED AND ARRANGED BY

MURRAY F. TULEY,

Counsel to the Corporation.

CHICAGO:
PUBLISHED BY THE BULLETIN PRINTING COMPANY.
132, 134 & 136 MONROE STREET.

1873.

**Add. 59**

Digitized by Google

88                        REVISED ORDINANCES.                        [CH.

# CHAPTER 31.

## PARKS AND PUBLIC GROUNDS.

SECTION.
1.  Names established.
2.  What games are prohibited in—Penalty.
3.  Duty of board of public works to superintend
4.  Ingress and egress regulated.
5.  Animals to be excluded.
6.  Firearms, etc., prohibited in — Injury to shrubbery.
7.  Hindering employes prohibited.
8.  Speed in driving regulated.
9.  Animals, etc., to keep on drives.
10. Obstruction of ways prohibited.
11. Hacks, etc., not to ply for hire.
12. Peddling in, prohibited.
13. Certain vehicles prohibited.
14. Fortune telling, gaming, indecency, etc., prohibited.
15. Power to close part of parks.

SECTION.
16. When parks to be open.
17. Right to open and close parks.
18. Conduct of visitors regulated.
19. Bathing, fishing, etc. in forbidden.
20. Fireworks prohibited.
21. Perambulators on walks.
22. Posting bills forbidden.
23. Processions, fire apparatus, etc. prohibited, when.
24. Funeral processions prohibited.
25. Fires prohibited.
26. To keep off grass, except when.
27. Power of police in.
28. Chapter applies to public squares.
29. Penal clause.
30. Use of grass grown.

**1.** NAMES ESTABLISHED.] *Rev. Ord.* 1866. The several public parks, squares and grounds in the city of Chicago, shall be known and designated by the names applied thereto respectively on the map of the city of Chicago published by Mr. J. Van Vechten in the year 1872.

**2.** GAMES IN PROHIBITED—PENALTY.] No person shall play at ball, cricket, or at any other game or play whatever, in any of the inclosed public parks or grounds in this city, under the penalty of five dollars for every offense.

**3.** BOARD OF PUBLIC WORKS—DUTY OF.] It shall be the duty of the board of public works to superintend all inclosed public grounds and keep the fences thereof in repair, the walks in order and the trees properly trimmed, and improve the same according to plans approved by the common council. They shall likewise cause printed or written copies of the prohibitions of this chapter to be posted in the said grounds or parks.

**4.** WALLS AND FENCES.] *Ord. Jan.* 11, 1869. No person shall enter or leave any of the public parks of the city of Chicago, except by their gateways; no person shall climb or walk upon their walls or fences.

**5.** ANIMALS TO BE EXCLUDED.] Neither cattle, horses, goats, swine or other animals, except as herein provided, shall be turned into any one of the said parks by any person.

**6.** FIREARMS AND MISSILES PROHIBITED—PROTECTION OF SHRUBBERY.] All persons are forbidden to carry firearms or to throw stones or other missiles within any one of the public parks. All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf or any of

**Add. 60**

the buildings, fences, bridges, or other construction or property, within or upon any of the said parks.

**7.** HINDERING EMPLOYES.] No person shall converse with, or in any way hinder those engaged in their construction.

**8.** SPEED OF DRIVING.] No animal shall travel on any part of either of the said parks at a rate exceeding six miles per hour.

**9.** VEHICLES AND ANIMALS ON DRIVES.] No vehicle, or horse, or other animal shall be permitted on the foot walks, the same being devoted exclusively to pedestrians ; nor shall any vehicle, horse or animal of burden go upon any part of either of the parks, except upon the carriage drives and upon such places as are appropriated for carriages at rest.

**10.** OBSTRUCTION OF WAYS.] No animal or vehicle shall be permitted to stand upon the drives or carriage roads of any of the public parks of the city, or any part thereof, to the obstruction of the way, or to the inconvenience of travel, nor shall any person solicit passengers within either of said parks.

**11.** HACKS, ETC., NOT TO PLY FOR HIRE.] No hackney coach, carriage' or other vehicle for hire, shall stand upon either of the parks of the city of Chicago for the purpose of taking in any other passengers, or persons, than those carried to the park by said coach, carriage or vehicle.

**12.** PEDDLING IS NOT ALLOWED.] No person shall expose any article or thing for sale upon any of said parks, except such person shall have been previously licensed by the board of public works, nor shall any hawking or peddling be allowed therein.

**13.** PROHIBITED VEHICLES.] No omnibus or wagon with or without passengers, nor any cart, dray, wagon, truck or other vehicle carrying goods, merchandise, manure, soil or other article, or solely used for the carriage of goods, merchandise, manure or other articles, shall be allowed to enter any part of either of the said parks. This, however, does not apply to vehicles engaged in the construction of such parks, nor private family wagons.

**14.** BOISTEROUS LANGUAGE—FORTUNE TELLING—GAMING—INDECENCY.] No threatening, abusive, insulting or indecent language shall be allowed therein whereby a breach of the peace may be occasioned. No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

**15.** POWER TO CLOSE PART OF PARKS.] In case of any emergency, where life or property is endangered, all persons, if required so to do by the superintendent or any of his assistants, shall remove from the portion of either of said parks specified by the superintendent or his assistants, and remain off the same until permission is given to return.

**16.** PARKS—WHEN OPEN.] Lincoln park and Union park shall be open daily to the public during the months of December, January and February from seven o'clock in the morning until eleven o'clock in the evening ; during the months of March, April, May, October and November from six o'clock in the morning until ten o'clock in the evening, and during the months of June, July, August and September, from five o'clock in the morning until eleven o'clock in the evening.

**17.** POWER TO OPEN AND CLOSE PARKS.] The superintendent may, for

Digitized by Google

USCA4 Appeal: 23-1719     Doc: 41     Filed: 09/19/2023     Pg: 73 o

cause, direct that any of the entrances to either of the said parks be closed at any time, and may, on special occasions, also direct that any of the said parks or any portion thereof, remain open at other times than those above specified.

**18.** DUTY OF VISITORS.] No person other than employes in the park shall enter or remain in it except when it is open as above specified. No person other than employes shall bring upon any of the public parks any tree, shrub or plant, nor any newly plucked branch or portion of a tree, shrub or plant.

**19.** BATHING, FISHING, ETC.] No person shall bathe or fish in, or go, or send, or ride any animal in any of the waters of either of the said public parks, or waters of Lake Michigan in front of any of said parks, nor disturb any of the fish, water fowl or other birds in any of said parks, or any deer, sheep or other animal belonging to and preserved therein, nor throw, or place any article or thing in the waters within either of said parks.

**20.** FIREWORKS PROHIBITED.] No person shall fire, discharge or set off in any of said public parks any rocket, cracker, torpedo, squib, balloon, snake, chaser or double-header, nor any fireworks or thing under any other name, composed of the same or similar material, or of the same or similar character as the fireworks above specified.

**21.** PERAMBULATORS.] No person shall place or propel any invalid's chairs or perambulators upon any portion of said parks except upon the walks.

**22.** POSTING BILLS.] No person shall post or otherwise affix any bills, notice or other paper, upon any structure or thing within either of said parks, nor upon any of the gates or inclosures thereof.

**23.** MUSIC—FLAGS, ETC.—PROCESSIONS—FIRE APPARATUS.] No person shall, without the consent of the board of public works, play upon any musical instrument, nor shall any person take into, or carry or display in the said public parks, any flag, banner, target or transparency. No military or target company, civic or other, shall be permitted to parade, drill or perform therein any military or other evolutions or movements. No fire engine, hook and ladder truck, hose cart or other machine on wheels commonly used for the extinguishing of fires, shall be allowed on any part of said parks, without the previous consent of the board of public works.

**24.** FUNERAL PROCESSIONS PROHIBITED.] No funeral procession or hearse or other vehicle carrying the body of a deceased person shall be allowed upon any part of a public park.

**25.** FIRES PROHIBITED.] No person other than employes shall light, make or use any fire thereon.

**26.** TO KEEP OFF GRASS.] No person on foot shall go upon the grass, lawn or turf of the parks, except when and where the word "common" is posted, by order of the board of public works, indicating that persons are at liberty at that time and place to go on the grass.

**27.** POLICE, POWER OF.] *Rev. Ord.* 1866. Any member of the city police shall have power to arrest any person who shall not desist from any violation hereof, when directed, and cause him to be committed for examination.

**28.** APPLICATION TO SQUARES.] *Ord. Jan.* 11, 1869. The foregoing sections of this chapter, so far as applicable, shall apply to all the public squares of the city of Chicago.

**29.** PENALTY.] Any person who shall violate any or either of the provisions of this chapter, or any section, or clause, or any provision of any section thereof, or who shall neglect, or fail, or refuse to comply with any, or either of the requirements thereof, shall, on conviction, pay a fine of not less than five dollars, nor more than one hundred dollars.

**30.** USE OF GRASS.] *Rev. Ord.* 1866. The fire marshal may cause any grass fit for hay, growing or grown upon any of the public parks or grounds, to be cut and cured, under the direction of the board of public works and appropriated for the use of the teams used by the fire department.

# CHAPTER 32.

## PAWNBROKERS.

SECTION.
1. To be licensed—Penalty.
2. Definition of the word pawnbroker.
3. How license obtained—Fee—Bond.
4. When license to expire.

SECTION.
5. Registration of licenses.
6. Pawnbroker's record—Penalty for not keeping.
7. Inspection of record—Penalty for refusing.
8. Dealing with minors prohibited—Penalty.

**1.** TO BE LICENSED—PENALTY.] *Rev. Ord.* 1866. No person or persons shall carry on or conduct the business or calling of a pawnbroker, within the city of Chicago, without having first obtained a license so to do, under a penalty of not less than twenty dollars nor more than one hundred dollars for each offense.

**2.** PAWNBROKER DEFINED.] Any person who loans money on deposit, or pledge of personal property, bonds, notes or other securities, or who deals in the purchasing of personal property or choses in action, on condition of selling the same back again at a stipulated price, is hereby defined and declared to be a pawnbroker.

**3.** LICENSE—HOW OBTAINED—FEE—BOND.] The mayor is hereby authorized to grant a pawnbroker's license to any person of good character who may apply therefor, on the following conditions : The person so applying shall first pay to the collector a sum of money in proportion to the sum of one hundred dollars per annum for the time such license shall be granted, and shall execute a bond to the city of Chicago in the sum of five hundred dollars conditioned that the said applicant will in every particular conform to the requirements of this chapter, and with the requirements or provisions of any ordinance hereafter to be passed concerning pawnbrokers, and thereupon the clerk shall issue a license in due form, under the corporate seal,

366                     LAWS OF MARYLAND.

dred and forty-five, chapter three hundred and ten, the Maryland Tract Society was incorporated with a provision that the said act should inure for thirty years from the date of its passage, and it is therefore necessary that the corporate franchises, granted by the said act, should be renewed and extended in order to promote and continue the beneficent purposes of said corporation; therefore—

Renewed and extended

SECTION 1. *Be it enacted by the General Assembly of Maryland,* That the corporate franchises granted by the said act of Assembly, entitled " an act to incorporate the Maryland Tract Society," passed at December session, eighteen hundred and forty-five, chapter three hundred and ten, be and the same are hereby renewed and extended without any limitation as to the duration of said corporation; provided, however, that the said General Assembly reserves to itself the right at any time to amend, alter or repeal this act.

In force

SEC. 2 *And be it enacted,* That this act shall take effect from the date of its passage.

Approved April 11th, 1874.

———————

CHAPTER 250.

AN ACT to prevent the carrying of guns, pistols, dirks, dirk-knives, razors, billies or bludgeons, by any person in Kent, Queen Anne's or Montgomery counties, on the day of election in said counties.

Not lawful to carry

SECTION 1 *Be it enacted by the General Assembly of Maryland,* That from and after the passage of this act, it shall not be lawful for any person in Kent, Queen Anne's or Montgomery counties, to carry, on the days of election, secretly or otherwise, any gun, pistol, dirk, dirk-knife, razor, billy or bludgeon; and any person violating the provisions of this act shall be deemed guilty of a misdemeanor, and on conviction thereof, before any justice of the peace in either

of said counties, shall be fined not less than five nor more than twenty dollars, and on refusal to pay said fine shall be committed by such justice of the peace to the jail of the county, until the same is paid.

Sec. 2. *And be it enacted,* That the fines collected Fines under this act shall be paid by the officer collecting the same, to the school commissioners of the county where such offence shall have been committed, for school purposes.

Sec. 3. *And be it enacted,* That any constable of either of said counties, or the sheriff thereof, who shall refuse to arrest any person violating any provision Discharged. of this act, upon information of such offence, shall be deemed guilty of a misdemeanor, and on conviction thereof, before the Circuit Court for such county, shall be fined not less than twenty nor more than fifty dollars, and shall forthwith be discharged from office.

Approved, April 6th, 1874.

---

## CHAPTER 251.

AN ACT for the relief of the Cambridge and Chesapeake Railroad Company.

Section 1. *Be it enacted by the General Assembly of Maryland,* That the Cambridge and Chespeake Railroad Company, be and it is hereby authorized and To demand empowered, to demand and receive for the trans- and receive portation of passengers, goods, produce, merchandise or property of any description, upon said railroad, such sum or sums of money, as the President and Directors of said Company shall from time to time deem reasonable and proper.

Sec. 2. *And be it enacted,* That upon every sub- scription to the capital stock of said company there Subscriptions shall be paid, at the time of making the subscription, to capital stock the sum of one dollar on every share subscribed, and

# A DIGEST

OF THE

# LAWS OF TEXAS:

CONTAINING THE LAWS IN FORCE,

AND

# THE REPEALED LAWS

ON WHICH RIGHTS REST,

FROM 1754 TO 1874,

CAREFULLY ANNOTATED.

BY GEORGE W. PASCHAL,

OF AUSTIN, TEXAS,

LATE REPORTER OF THE SUPREME COURT OF TEXAS, AUTHOR OF PASCHAL'S ANNOTATED
CONSTITUTION, PASCHAL'S DIGEST OF DECISIONS, ETC., ETC.

Fourth Edition—Volume II

WASHINGTON, D. C.:

W. H. & O. H. MORRISON,

HOUSTON, TEXAS: E. H. CUSHING.

NEW YORK: BAKER, VOORHIS & CO.

1874.

Entered according to Act of Congress, in the year 1874, by

GEORGE W. PASCHAL,

In the Office of the Librarian of Congress, at Washington, D. C.

STEREOTYPED AND PRINTED BY
M'GILL & WITHEROW,
WASHINGTON, D. C.

CRIMINAL CODE.                    1317

ceeding one thousand dollars, and imprisoned in the penitentiary for a period not exceeding three years.

[Arts. 6485–6500 repealed by art. 6809A, p. 1363c.]

CHAPTER IV.—RIOTS AND UNLAWFUL ASSEMBLIES AT ELECTIONS, VIOLENCE USED TOWARDS ELECTORS.

11 July, 1870. Art. 6476 for caption.

ART. 6485. [28] Any person who may, by threats, intimidation, or violence, resist or impede a registrar, or board of appeals or revision, in the discharge of their duties, shall be deemed guilty of a misdemeanor, and, on conviction, shall be punished by fine of not less than fifty, nor more than one hundred dollars, and by imprisonment of not less than sixty days, or more than six months, in the county jail.

Punishment of threats and intimidation impeding registration. Art. 6684. Repealed, 6809A.

ART. 6486. [28] Any registrar who, by violence or threats, is impeded in the discharge of his duty, shall report the same to the sheriff, who shall furnish a sufficient force to enable him to proceed in the discharge of his duty.

Registrars to report violence.

ART. 6487. [38] Any person or persons who shall disturb the registrars or boards of revision in the full and fair discharge of their duties, by acts of intimidation, by inciting or encouraging a tumult or mob, or who shall cause such disturbance, or encourage, or abet any tumult, mob, or violence in the vicinity of any place of registry, shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding five hundred dollars, or by imprisonment in the penitentiary for a period not exceeding two years, nor less than six months.

Disturbers of registrars punished.

Fine or imprisonment.

ART. 6488. [46] (cl. 1) Any person who shall, by threats of discharge from employment, of withholding wages, or of proscription in business, influence, or attempt to influence, any voter in the casting of his vote at any election, shall be deemed guilty of a misdemeanor, and, upon conviction thereof, shall be punished by a fine of not less than five hundred dollars, one-half of which shall go to the informer, and the other half to the school fund of the state, and by imprisonment in the county prison for not less than three months.

Intimidation of voter by threats punished as misdemeanor. Art. 1893.

Fine not less than $500,

and 3 months imprisonment.

ART. 6489. [43] (cl. 2) Any person who shall discharge from his employment any laborer, employé, tenant, or mechanic, who shall have been working for such person under contract, written or oral, for a specified time, before such time shall have expired, or who shall withhold from any laborer, employé, tenant, or mechanic, any part of the wages due to such laborer, employé, tenant, or mechanic, on account of any vote which such laborer, employé, tenant, or mechanic has given, or purposes to give, shall be deemed guilty of a misdemeanor, and, on conviction thereof, shall be punished by a fine of not less than five hundred dollars, one-half of which shall go to the informer, and the other half to the school fund of the state, and by imprisonment in the county jail for not less than three months.

Punishment for discharging laborer on account of his vote; made a misdemeanor, and punished by

fine not less than $500

and 3 months' imprisonment.

ART. 6490. [55] (1) It shall be unlawful for any person to carry any gun, pistol, bowie-knife, or other dangerous weapon, concealed or unconcealed, on any day of election, during the hours the polls are open, within a distance of one half mile of any place of election.  (2) Any person violating the provisions of this section shall be deemed guilty of a misdemeanor, and on conviction shall be punished by a fine of not less than one hundred dollars, and by imprisonment in the county jail for not less

Carrying weapons at election punished. Art. 1891.

Penalty for violating this section.

Add. 68

1318                          CRIMINAL CODE

**Officers of election and police exempted.**

than one month: *Provided,* That the provisions of this section shall not apply to any officer of the election, police officer, or other person authorized to preserve the peace on the days of election.

**Selling liquor on days of election.**

ART. 6491. [56] No person shall give, sell, or barter any spirituous or intoxicating liquor to any person on the days of election ; and any person found guilty of violating the provisions of this section shall be fined in a of sum not less than one hundred dollars, nor more than three hundred dollars, which shall

**School fund.**

go to the school fund.

**15 Aug., 1870; art. 6481 for caption. Disturbing election by mob punished. Arts. 1891-1894.**

ART. 6492. [49] Any person or persons who shall disturb an election, by inciting or encouraging a tumult or mob, or shall cause such disturbance in the vicinity of any poll or voting place, shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by a fine not exceeding five hundred dollars, nor less than two hundred dollars, and by imprisonment in the penitentiary for a period not exceeding two years, nor less than six months.

**11 July, 1870. Art. 6476 for caption.**

CHAPTER V.—MISCELLANEOUS OFFENSES AFFECTING THE RIGHT OF SUFFRAGE.

**Alterations, changes, and mutiliations of registration books punished by fine or imprisonment. Art. 1900. [Arts. 6493-6500 repealed by art. 6550ᵃ, p. 15.3c.]**

ART. 6493. [26] If any person shall alter, change, mutilate, or in any manner deface any book of registration, or shall take and carry away the same from the office of the clerk of the district court, registrar, or judge of election, or other place where the same may be lawfully deposited, or from the lawful possession of any person whomsoever, with intent to destroy, suppress, alter, or conceal, or in any wise mutilate or destroy the same, so as to prevent the lawful use of such book or books of registration, such person shall be deemed guilty of felony, and, upon conviction thereof, shall be punished as prescribed in section twenty-five of this act.

**Art. 6480.**

**Punishment for false registration and illegal voting. Perjury. Art. 1898.**

ART. 6494. [32] (cl. 1) Any person who shall take and subscribe the registration oath falsely shall, upon conviction thereof, be punished as provided by law for the crime of perjury, and any person who shall knowingly and willfully vote, or attempt to vote, upon the registration certificate of another, or of one who may be dead, shall, upon conviction thereof, forfeit and pay a fine of five hundred dollars, and in default thereof shall be imprisoned in the county jail for a term not exceeding one year.

**Penalty.**

**Giving false name punished by fine or imprisonment.**

ART. 6495. [32] (cl. 2) Any person giving a false name, with intent to deceive a registrar, shall, upon conviction thereof, be deemed guilty of a misdemeanor, and fined in a sum not to exceed one hundred dollars, or be punished by imprisonment in the county jail for a term not to exceed one year.

**15 Aug., 1870. Art. 6481 for caption. Disturbing ballots punished by fine or imprisonment.**

ART. 6496. [47] Any person not authorized by this law to receive or count ballots at an election, who shall, during or after any election, and before the votes have been counted by the judges of election, disturb, displace, conceal, destroy, handle, or touch any ballot, after the same has been received from the voter by the judge of election, shall be deemed guilty of a misdemeanor,

**At discretion.**

and shall, upon conviction thereof, be punished by a fine of not less than one hundred dollars, or by imprisonment for not less than six months, or both, at the discretion of the court.

**Repeaters punished by fine and imprisonment. Art. 1897.**

ART. 6497. [48] Any person who shall vote, or attempt to vote, more than once at the same election, shall be deemed guilty of a felony, and, upon conviction thereof, shall be pun-

1322         CRIMINAL CODE.

jail nor less than one day nor more than ten days, or both, in the discretion of the court or jury before whom the trial is had.

### AN ACT REGULATING THE RIGHT TO KEEP AND BEAR ARMS.

ART. 6511. [1] If any person shall go into any church or religious assembly, any school-room or other place where persons are assembled for educational, literary, or scientific purposes, or into a ball-room, social party, or other social gathering, composed of ladies and gentlemen, or to any election precinct on the day or days of any election, where any portion of the people of this state are collected to vote at any election, or to any other place where people may be assembled to muster or to perform any other public duty, or any other public assembly, and shall have about his person a bowie-knife, dirk, or butcher-knife, or fire-arms, whether known as a six-shooter, gun, or pistol of any kind, such person so offending shall be deemed guilty of a misdemeanor, and on conviction thereof shall be fined in a sum not less than fifty or more than five hundred dollars, at the discretion of the court or jury trying the same: *Provided*, That nothing contained in this section shall apply to locations subject to Indian depredations: *And provided further*, That this act shall not apply to any person or persons whose duty it is to bear arms on such occasions in discharge of duties imposed by law.

### AN ACT TO REGULATE THE KEEPING AND BEARING OF DEADLY WEAPONS.

ART. 6512. [1] Any person carrying on or about his person, saddle, or in his saddle-bags, any pistol, dirk, dagger, slung-shot, sword-cane, spear, brass-knuckles, bowie-knife, or any other kind of knife manufactured or sold for the purpose of offense or defense, unless he has reasonable grounds for fearing an unlawful attack on his person, and that such ground of attack shall be immediate and pressing; or unless having or carrying the same on or about his person for the lawful defense the state, as a militiaman in actual service, or as a peace officer or policeman, shall be guilty of a misdemeanor, and, on conviction thereof, shall, for the first offense, be punished by fine of not less than twenty-five nor more than one hundred dollars, and shall forfeit to the county the weapon or weapons so found on or about his person; and for every subsequent offense may, in addition to such fine and forfeiture, be imprisoned in the county jail for a term not exceeding sixty days; and in every case of fine under this section the fines imposed and collected shall go into the treasury of the county in which they may have been imposed: *Provided*, That this section shall not be so construed as to prohibit any person from keeping or bearing arms on his or her own premises, or at his or her own place of business, nor to prohibit sheriffs or other revenue officers, and other civil officers, from keeping or bearing arms while engaged in the discharge of their official duties, nor to prohibit persons traveling in the state from keeping or carrying arms with their baggage: *Provided further*, That members of the legislature shall not be included under the term "civil officers" as used in this act.

ART. 6513. [2] Any person charged under the first section of this act, who may offer to prove, by way of defense, that he was

days' imprisonment.

12 Aug., 1870; took effect 12 Oct., 1870. Vol. 21, part 1, p. 63. Persons not to bear arms at public assemblies. Social intercourse and elections not to be made dangerous.

Art. 6512.

Kinds of weapons prohibited.

Fine $50 to $500. Notes, 111, 167.

Scalp-lifting country excepted.

Armed officials.

12 April, 1871; took effect 12 June, 1871. Vol. 21, part 2, p. 25. Carrying arms a misdemeanor, punishable by fine and forfeiture, unless, &c. Patriots and militiamen excepted. Art. 6511. [This section is constitutional. *English v. The State*, 35 Tex., 474.]

Fine $25 to $100 for first offense.

Imprisonment for second offense. Notes 111, 167.

People at home and officials excepted. [Carrying weapons to and from market is within the proviso. *Waddell v. The State*, 37 Tex., 356. But carrying a pistol hog hunting in the woods is not within the exception. *Baird v. The State*, 39 Tex., 609.] Art. 6512. Justification must be immedi-

CRIMINAL CODE.                1323

in danger of an attack on his person, or unlawful interference *ate and pressing danger;* with his property, shall be required to show that such danger was immediate and pressing, and was of such a nature as to alarm a person of ordinary courage; and that the weapon so *and weapon not concealed.* carried was borne openly and not concealed beneath the clothing; and if it shall appear that this danger had its origin in a diffi- *Impending danger.* culty first commenced by the accused, it shall not be considered as a legal defense.

ART. 6514. [3] If any person shall go into any church or relig- *Attending public meetings armed an offense to be punished in like manner. Society protected and attempted civilization.* ious assembly, any school-room, or other place where persons are assembled for amusement, or for educational or scientific purposes, or into any circus, show, or public exhibition of any kind, or into a ball-room, social party, or social gathering, or to any election precinct on the day or days of any election, where any portion of the people of this state are collected to vote at any election, or to any other place where people may be assem- bled to muster, or to perform any other public duty, (except as may be required or permitted by law,) or to any other public assembly, and shall have or carry about his person a pistol, *Character of arms prohibited.* or other firearm, dirk, dagger, slung-shot, sword-cane, spear, brass-knuckles, bowie-knife, or any other kind of knife manu- factured and sold for the purposes of offense and defense, unless an officer of the peace, he shall be guilty of a misdemeanor, and, on conviction thereof, shall, for the first offense, be punished by a fine of not less than fifty, nor more than five hundred dollars, *Fine $50 to $100 for first offense, and imprison- ment for perse- verance.* and shall forfeit to the county the weapon or weapons so found on his person; and for every subsequent offense may, in addition to such fine and forfeiture, be imprisoned in the county jail for a term of not more than ninety days.

ART. 6515. [4] This act shall not apply to nor be enforced in *Governor may exempt frontier counties by proc- lamation.* any county of the state which may be designated in a proclama- tion of the governor as a frontier county, and liable to incursions of hostile Indians.

ART. 6516. [5] All fines collected under the provisions of this *Art. 6517. All fines under this act must be paid into county treasury.* act shall be paid into the treasury of the county, and appropriated exclusively to the keeping in repair and maintenance of public roads, and all weapons forfeited to the county under the provis- ions of this act shall be sold as may be prescribed by the county court, and the proceeds appropriated to the same purpose.

ART. 6517. [6] It shall be the duty of all sheriffs, constables, *Peace officers to arrest offenders, &c. 1330a. Justices have jurisdiction of this offense. Hilliard v. The State, 37 Tex., 359.* marshals, and their deputies, and all policemen and other peace officers, to arrest any person violating the first or third sections of this act, and to take such person immediately before a justice of the peace of the county where the offense is committed, or be- fore a mayor or recorder of the town or city in which the offense is committed, who shall investigate and try the case without de- lay. On all such trials the accused shall have the right of a trial *Jury trial and ap- peal allowed. Appeal bond.* by jury, and of appeal to the district court; but, in case of appeal, the accused shall be required to give bond, with two or more good and sufficient sureties, in a sum of not less than one hundred, nor more than two hundred dollars, if convicted under the first section, and in a sum of not less than two hundred, nor more than one thousand dollars, if convicted under the third section of this act; said bond to be payable to the state of Texas, and *Payable to State.* approved by the magistrate, and conditioned that the defendant will abide the judgment of the district court that may be rendered

1324                                    CRIMINAL CODE.

Forfeiture.

in the case; and in case of forfeiture the proceedings thereon shall be as is or may be prescribed by law in similar cases; and all moneys collected on any bond or judgment upon the same, shall be paid over and appropriated as provided in the fifth section of this act.

Art. 6516.

Art. 6517.
Officer failing to arrest to be discharged.
Arts. 6512, 6514.

ART. 6518. [7] Any officer named in the sixth section of this act who shall refuse or fail to arrest any person whom he is required to arrest by said section on his own information, or where knowledge is conveyed to him of any violation of the first or third sections of this act, shall be dismissed from his office on conviction in the district court, on indictment or information, or by such other proceedings or tribunal as may be provided by law, and, in addition, shall be fined in any sum not exceeding five hundred dollars, at the discretion of the court or jury.

And fined not more than $500.

District courts to have concurrent jurisdiction.

ART. 6519. [8] The district courts shall have concurrent jurisdiction under this act, and it is hereby made the duty of the several judges of the district courts of this state to give this act especially in charge to the grand juries of their respective counties.

Governor to publish the act.

ART. 6520. [9] It is hereby made the duty of the governor to publish this act throughout the state; and this act shall take effect and be in force from and after the expiration of sixty days after its passage.

TITLE XIII.—OF OFFENSES AGAINST PUBLIC POLICY AND ECONOMY.

Arts. 2035-2038.

CHAPTER I.—ILLEGAL BANKING AND PASSING SPURIOUS MONEY.

AN ACT CONCERNING PRIVATE CORPORATIONS.

2 Dec., 1871; took effect from passage. Vol. 21, part 3, p 82.
Officers to publish semi-annual returns; punishment for failure.
Arts. 5932-6011.

ART. 6521. [79] Every such corporation shall semi-annually, in the months of July and January, publish in one or more newspapers in the county where such corporation shall have its place of business, a statement, verified by the oath of its president or secretary, setting forth its actual financial condition, and the amount of its property and liabilities, under a penalty of five hundred dollars to the state, to be recovered by indictment against the president, cashier, or directors, and shall also deposit a copy of said statement, verified as aforesaid, in the office of the secretary of state.

How recovered.

Arts. 2043.

CHAPTER III.—OF SELLING TO INDIANS.

31 Aug., 1866.
Art. 6347 for caption.
Selling liquor to Indians.

ART. 6522. [408] If any person shall give or barter, or cause to be sold, given, or bartered, any ardent spirits, or any spirituous or intoxicating liquors, or firearms, or ammunition, to any Indian of the wild or unfriendly tribes, he shall be fined not less than ten nor more than one hundred dollars. Justices of the peace and mayors shall have jurisdiction under this article.

Who may punish.

CHAPTER IV.—GAMING.

9 April, 1873; took effect from passage. Vol. 22, p. 3.

[AN ACT TO AMEND ARTICLES FOUR HUNDRED AND TWELVE AND FOUR HUNDRED AND EIGHTEEN OF THE PENAL CODE, AS AMENDED BY ACT PASSED 11 MAY, 1871.

Keeping gaming tables in every ratification.

ART. 6523. [412] If any person shall keep or exhibit, for the purpose of gaming, any gaming table or bank of any name or description whatever, or any table or bank used for gaming which has no name, or pigeon hole table, or Jenny Lind table, or nine or ten pin alley, used for gaming; and such pigeon hole

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg:

# LAWS OF MISSOURI.

## GENERAL AND LOCAL LAWS

PASSED AT THE

### REGULAR SESSION

OF THE

## TWENTY-EIGHTH GENERAL ASSEMBLY,

BEGUN AND HELD AT

## THE CITY OF JEFFERSON, WEDNESDAY, JANUARY 6, 1875.

*BY AUTHORITY.*





**JEFFERSON CITY:**
REGAN & CARTER, STATE PRINTERS AND BINDERS.
1875.

**Add. 73**

Generated on 2022-12-28 18:18:18 GMT / https://hdl.handle.net/2027/ucl.a0001940006
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

same is hereby amended so as to read as follows: Section 56. Every person who shall willfully and maliciously break, destroy or injure the door or window of any dwelling house, shop, store, or other house or building, or sever therefrom, or from the gate, fence or inclosure, or any part thereof, any material of which it is formed, or sever from the freehold any produce thereof, or anything attached thereto, or pull down, injure or destroy any gate, post, railing or fence, or any part thereof, or cut down, lap, girdle, or otherwise injure or destroy any fruit or ornamental or shade tree, being the property of another, or who shall cut down, lap, girdle, or otherwise injure or destroy any ornamental or shade tree standing or growing on any common or public ground, or any street, alley, sidewalk or promenade, or who shall, without the consent of the owner, cut down, destroy or carry any timber or trees whatsoever, being on any land not his own, and not the property of the United States, or who shall buy or in any way receive any timber, wood or trees that shall have been cut down upon or carried away from the lands of another, without the consent of the owner thereof, knowing the same to have been so cut down or taken away as aforesaid, or who shall willfully break, destroy or injure any goods, wares, merchandise or other personal property of another, shall, upon conviction, be adjudged guilty of a misdemeanor.

SEC. 2.   This act to take effect and be in force from and after its passage.

Approved March 18, 1875.

---

## CRIMES AND PUNISHMENTS: CARRYING CONCEALED WEAPONS.

AN ACT to prevent the carrying of weapons in public assemblies of the people. and to repeal "An act to prevent the carrying concealed weapons," approved March 26, 1874.

SECTION
1. General provisions; penalty.
2. Inconsistent act repealed.

SECTION
3. Act to take effect.

*Be it enacted by the General Assembly of the State of Missouri, as follows:*

SECTION 1.   Whoever shall, in this state, go into any church or place where people have assembled for religious worship, or into any school room, or into any place where people be assembled for educational, literary or social purposes, or to any election precinct on any election day, or into any court room during the sitting of court, or into any other public assemblage of persons met for other than militia drill, or meetings called under the militia law of this state, having upon or about his person any kind of fire arms, bowie knife, dirk, dagger, slung shot, or other deadly weapon, shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall be punished by imprisonment in the county jail not to exceed six months, or by a fine

Digitized by Google        Original from
UNIVERSITY OF CALIFORNIA

Generated on 2022-12-28 18:17 GMT / https://hdl.handle.net/2027/uc1.a000194006
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

not less than ten nor more than one hundred dollars, or by both such fine and imprisonment: *Provided*, That this act shall not apply to any person whose duty it is to bear arms in the discharge of duties imposed by law.

SEC. 2. All acts and parts of acts inconsistent with this act are hereby repealed.

SEC. 3. This act shall take effect and be in force from and after its passage.

This bill having remained with the Governor ten days (Sundays excepted), and the General Assembly being in session, it has become a law this thirtieth day of March, A. D. eighteen hundred and seventy-five.

<div align="center">MICH'L K. McGRATH, <em>Secretary of State.</em></div>

---

## ELECTIONS: Regulating Ballots, Poll-Books, etc.

AN ACT to amend sections 14 and 17 of chapter 2 of the General Statutes of Missouri, relating to elections, the same being sections 14 and 17 of chapter 51 of Wagner's Statutes.

| SECTION | SECTION |
|---|---|
| 1. Ballots, how prepared. | 3. Inconsistent acts repealed. |
| 2. Ballots, how to be counted. | 4. Act to take effect. |

*Be it enacted by the General Assembly of the State of Missouri, as follows:*

SECTION 1. That section fourteen of the above recited act be amended so as to read as follows: Section 14. Each voter at any election shall, in full view, deliver to one of the judges of election a single ballot, which shall be a piece of white paper, on which shall be written or printed the names of the persons voted for, with a designation of the office which he or they may be intended to fill: *Provided*, That in counties having a population of one hundred thousand and over, said ballot shall not bear upon it any device whatever, nor shall there be any writing or printing thereon, except the names of persons, and the designations of the office to be filled, leaving a margin on either side of the printed matter for substituting names. Each ballot may bear a plain written or printed caption thereon, composed of not more than three words, expressing its political character, but on all such ballots the said caption or headlines shall not, in any manner, be designed to mislead the voter as to the name or names thereunder. Any ballot not conforming to the provisions of this act shall be considered fraudulent, and the same shall not be counted.

SEC. 2. That section seventeen of the above recited act be amended so as to read as follows: Section 17. After the poll-books are signed in the manner hereinafter provided in the form of the poll-books, the ballot boxes shall be opened and the tickets shall be taken

<div align="center">Add. 75</div>

Generated on 2022-12-28 18:17 GMT / https://hdl.handle.net/2027/uc1.a0001940006
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

LI 1E2C P

SAN FRANCISCO, *Cal.* —

# MUNICIPAL REPORTS

FOR THE

## FISCAL YEAR 1874-5, ENDING JUNE 30, 1875.

PUBLISHED BY ORDER OF THE

## BOARD OF SUPERVISORS.



SAN FRANCISCO:

SPAULDING & BARTO, PRINTERS, "SCIENTIFIC PRESS" JOB PRINTING OFFICE,
414 CLAY STREET.
1875.

Digitized by Google

886                    ORDINANCES OF THE

four months, nor more than six months, or by both such fine or imprisonment; and one-half of any fine that may be collected for a violation of any of the provisions of this order, shall be paid to the persons making the complaint.

## ORDER NO. 1,226.

### PROHIBITING THE CARRYING OF CONCEALED DEADLY WEAPONS.

[Approved July 9, 1875.]

*The People of the City and County of San Francisco do ordain as follows :*

Section 1.  It shall be unlawful for any person, not being a public officer or traveler, or not having a permit from the Police Commissioners of this City and County, to wear or carry, concealed, in this City and County, any pistol, dirk or other dangerous or deadly weapon.

Every person violating any of the provisions of this order shall be deemed guilty of a misdemeanor and punished accordingly.  Such persons, and no others, shall be termed " travellers" within the meaning of this order, as may be actually engaged in making a journey at the time.

The Police Commissioners may grant written permission to any peaceable person, whose profession or occupation may require him to be out at late hours of the night, to carry concealed deadly weapons for his own protection.

Note.—General Orders, as amended, to November 1st, 1875.

## PARK COMMISSIONERS' ORDINANCES.

### ORDINANCE No. 1.

[Adopted October 27th, 1870.]

*The Park Commissioners do ordain as follows:*

No person shall trespass on the grounds within the limits of the Avenue, Golden Gate and Buena Vista Parks.

No person shall cut or remove from said Avenue and Parks, any trees, shrubs, stakes, wood, turf, grass or soil.

It shall be the duty of the custodian of the Park to arrest all trespassers, and all parties violating this Ordinance.

**Add. 77**

Digitized by Google

## ORDINANCE No. 2.

### [Adopted September 24th, 1872.]

AN ORDINANCE TO PROVIDE FOR THE REGULATION AND GOVERNMENT OF THE AVENUE AND PUBLIC PARKS IN THE CITY AND COUNTY OF SAN FRANCISCO, IN CHARGE OF THE PARK COMMISSIONERS.

SECTION 1. The objects of this Ordinance are those grounds which are known as Golden Gate and Buena Vista Parks, and the Avenue leading to said Golden Gate Park, all particularly described in the first section of an Act of the Legislature of the State of California, entitled "An Act to provide for the improvement of Public Parks in the City of San Francisco," approved April 4th, 1870.

SEC. 2. Within the said grounds all persons are hereby forbidden:

1. To turn in or let loose any cattle, horses, goats, sheep, or swine.

2. To carry and especially to discharge firearms.

3. To cut, break, or in any way injure or deface any trees, shrubs, plants, buildings, fences, or structures of any kind.

4. To bathe in, or otherwise pollute the water of any pond, lake, or pool.

5. To chase, set snares for, catch, or destroy any rabbits, quails, or other wild quadrupeds or birds.

6. To make or kindle a fire of any kind.

7. To camp, lodge, or tarry over night.

8. To ride or drive any horse or other animal, with vehicle or without, elsewhere than on the roads or drives for such purposes provided.

9. To indulge in riotous, boisterous, or indecent conduct, or language.

10. To drive or ride at a furious speed.

SEC. 3. No dray, truck, wagon, cart, or other vehicle carrying, or if not carrying, employed regularly in carrying goods, merchandise, manure, soil, or other articles, shall be allowed to travel upon the drive of said avenue for any other purpose than to cross immediately at the regular street intersections, nor upon the drives of said parks. For the present the road now and heretofore commonly traveled to and from "The Central Macadamized Toll Road," is excepted from this rule. But all such vehicles shall be driven over the least worked portion of such excepted road as directed by the Superintendent or any of the Park police officers hereinafter mentioned, unless compelled to turn out in obedience to the "rule of the road," as hereinafter laid down.

The provisions of this subdivision shall also apply to light vehicles regularly driven for business purposes between the country beyond the parks and the city.

SEC. 4. The rule of the road for equestrians or vehicles meeting upon the avenue or park drives shall be: PASS TO THE RIGHT.

Digitized by Google

Sec. 5. There is hereby established a Pound, to be located within the Park limits, for the impounding of the animals mentioned in the first subdivision of section two of this ordinance, and of all strays found trespassing upon said grounds. All such animals shall be driven or carried to the Pound and there kept enclosed at a charge to their owners at the rate of one dollar per day or fraction of a day, for each animal so impounded. No animal thus in custody shall be released except on proof of property and on production of a receipt signed by the Secretary of the Board of Park Commissioners, countersigned by the Park Superintendent.

If unclaimed for three days, all such animals shall be impounded in the City Pound. [This Section amended by Ordinance No. 5.]

Sec. 6. All moneys accruing from the Pound charges aforesaid, and also from fines collected from offenders against any of the provisions of this ordinance, shall be placed in the "Park Improvement Fund," and duly accounted for. [This Section amended by Ordinance No. 5.]

Sec. 7. 1. When the number of participants in any picnic or other organized party, about to enter these grounds will exceed ten persons, they, or one of them, shall communicate their intention to the keeper of the gateway at which they enter, or to the keeper of the Stanyan street entrance, pending the appointment of keepers for the other gates.

2. Any company, society or organization of any kind, being desirous of resorting to these grounds in a body, the number of individuals in which will exceed twenty-five, for the purpose of picnicing; any military or other organized company desirous of parading within the same; any base ball, cricket, or sporting club desirous of using the grounds set aside for their peculiar purposes, shall at least one day prior to the proposed date of the excursion, report, or cause to be reported, such intention to the Secretary of the Park Commissioners, or to the Superintendent of the Parks and Avenues.

3. All waste material, scraps, litter or rubbish of any kind brought upon these grounds by such picnic or other parties, shall be promptly collected and removed by them or their employees. In the event of the non-observance of this regulation, the actual cost of thoroughly performing the necessary duty by the Park force shall be charged, and a bill for the same be presented to the representatives of the organization so offending.

4. The representatives of any such organized party which shall have resorted to these grounds will be held responsible for the damage done through any transgression of these ordinances by any member of the same, when the offending individual in person cannot be identified.

Sec. 8. The Superintendent of the Parks and Avenue is hereby instructed to enforce and cause to be enforced the provisions of this Ordinance.

Sec. 9. Power and authority are hereby given to the Park-Keeper, the Head Gardener, the Foreman and the Foreman Teamster, to arrest and detain and deliver to the proper authorities, or in their discretion eject from the

grounds, all persons wilfully or knowingly offending against the provisions of this Ordinance, or any other Ordinance hereafter to be passed by said Board for the regulation, use and government of said Parks and Avenue.

SEC. 10.  The Superintendent is herby clothed with the powers enumerated in Section 9 of this Ordinance.

SEC. 11.  Whenever it may be necessary to appoint assistant keepers, there shall be delivered to each of them a certificate of appointment, signed by a majority of said Board, sealed and attested by the Secretary. Said assistant keepers shall possess all the powers enumerated in Section 9 of this Ordinance, but shall exercise the same under the direction of the Superintendent, and report to him forthwith any action which they may take under the same.

SEC. 12.  The Park Keeper, the Head Gardener, the Foreman Teamster, and such assistant keepers as may be appointed as aforesaid, shall constitute the Park Police, and shall provide themselves with a badge of office consisting of a metallic star, inscribed with the words "Park Police," and the initials of the words indicating their particular office.  A roll number shall be added to the initials on the badges of the assistant keepers.

SEC. 13.  The Secretary of said Board shall, within five days after the passage of this ordinance, make and certify an accurate copy of the same, and cause the same to be published, as required by law, for ten days, Sundays excepted, and this ordinance shall take effect fifteen days after its passage.

----

### ORDINANCE No. 3.

[Adopted May 23, 1873.]

SECTION 1.  The object of this ordinance, is that ground known as the Golden Gate Park, as described in the first section of an Act of the Legislature of the State of California, entitled "An Act to provide for the improvement of Public Parks in the City of San Francisco," approved April 4th, 1870.

SEC. 2.  All vehicles used regularly for business purposes in hauling material or produce over the roads in the said Park, shall rest upon tires at least three and one-half ($3\frac{1}{2}$) inches wide.

SEC. 3.  All trucks or wagons, other than those fitted with steel springs, used regularly in transporting heavy loads of material of any description over the said roads, shall rest upon tires at least five (5) inches wide.

SEC. 4.  The Secretary of said Board shall, within five days after the passage of this ordinance, make and certify an accurate copy of the same, and

**Add. 80**

Digitized by Google

# LAWS AND ORDINANCES

GOVERNING THE

# VILLAGE OF HYDE PARK

TOGETHER WITH ITS

## CHARTER AND GENERAL LAWS

AFFECTING MUNICIPAL CORPORATIONS; SPECIAL ORDINANCES AND
CHARTERS UNDER WHICH CORPORATIONS HAVE VESTED RIGHTS
IN THE VILLAGE. ALSO, SUMMARY OF DECISIONS OF THE
SUPREME COURT RELATING TO MUNICIPAL CORPO-
RATIONS, TAXATION AND ASSESSMENTS.

———————

PRINTED AND PUBLISHED BY
AUTHORITY OF THE PRESIDENT AND BOARD OF TRUSTEES
OF THE VILLAGE OF HYDE PARK.

———————

REVISED AND ARRANGED
BY CONSIDER H. WILLETT,
VILLAGE ATTORNEY.



HYDE PARK:
1876.

SOUTH PARK.

§ 2. The bonds authorized to be issued by the act of which this is amendatory and supplemental, may be issued, sold, and the proceeds applied for acquiring said lands, and for any and all purposes in the said act mentioned. Said bonds shall be retired and canceled as fast as the money for that purpose can be obtained, by the collection of the money due upon the special assessment provided for in section seven of the act hereinbefore mentioned, and a sufficient amount of any bonds that may be issued by the city of Chicago under any law now in force or hereinafter enacted, and received by said commissioners, shall be applied to the purpose of retiring the bonds authorized by said act.

§ 3. The ninth section of said act is hereby so amended that the words "during the current year," shall read "during the next succeeding year."

§ 4. That the twelfth section of said act be and the same is hereby amended so as to read as follows: The said commissioners, or either of them, may be removed from office by the judge of the circuit court of Cook county, upon the petition presented to him in term time, or in vacation, by one hundred freeholders of said towns of South Chicago, Hyde Park and Lake, if it shall appear after hearing proof before said judge, that the said commissioners, or either of them, have been guilty of misdemeanor or malfeasance in office under this act; and if the said judge shall remove any one or more of said commissioners from office for any cause before the expiration of their term of office, he is hereby authorized and empowered to fill the vacancy or vacancies thus created by appointing other commissioners in their place, who shall serve during the unexpired terms of the commissioners so removed.

§ 5. The commissioners to be appointed under said act are hereby vested with the same powers and duties as are conferred by said act in relation to lands designated for parks, over all streets running longitudinally along and adjoining any and all of the proposed parks, or strips of land designated in said original act, as are conferred by said act in relation to such parks and strips of land, as may be necessary to improve and keep in repair the same, in connection with the said parks or strips of land without obstructing the fences or other structures, free access to the said streets from existing roads and streets, and by owners of land abutting on the same.

§ 6. The elections held in the towns of South Chicago, Hyde Park and Lake, on the twenty-third day of March, A. D. 1869, under and by virtue of the eighteenth section of the act to which this is an amendment, are hereby legalized and confirmed, and said act shall be held and deemed to have been regularly and legally adopted by the legal voters of said towns, and shall remain in full force and effect, and shall be liberally construed in all courts, with a view to carry out and enforce the intent and meaning of the same.

§ 7. This act is hereby declared a public act, and shall take effect and be in force from and after its passage.


SOUTH PARK ORDINANCES.

Whereas, by an act of the general assembly of the State of Illinois, entitled an act to provide for the location and maintenance of a park for the towns of South Chicago, Hyde Park and Lake, it is provided as follows, to-wit:

310                    SOUTH PARK ORDINANCES.

"The said board shall have full and exclusive powers to govern, manage and direct said park ; to lay out and regulate the same ; to pass, ordinances for the regulation and government thereof ; to appoint such engineers, surveyors, clerks, and other officers, including a police force, as may be necessary ; to define and prescribe their respective duties and authority ; to fix the amount of their compensation ; and, generally, in regard to said park, they shall possess all the powers and authority now by law conferred upon or possessed by the common council of the city of Chicago, in respect to public squares and places in said city."

*Therefore, be it ordained by the South Park Commissioners as follows:*

§ 1. The said park, which is under the management and direction of the South Park Commissioners, shall be, and the same is hereby designated, as the South Park.

§ 2. No person shall, without the consent of the superintendent, play at ball, cricket, or any other game or play whatever, in said park.

§ 3. No person shall climb or walk upon any wall or fence of said park.

§ 4. Cattle, horses, goats, swine, or other animals, or domestic fowls, shall not be turned into said park, or allowed to run at large therein.

§ 5. No dog or bitch, or domestic fowl, belonging to any officer or employee of said commissioners residing within the limits of said park, shall be permitted to run at large.

§ 6. All persons are forbidden to carry fire arms, or to throw stones or other missiles within said park. All persons are forbidden to cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other construction or property within or upon said park.

§ 7. No person shall converse with, or in any manner hinder those engaged in constructing or repairing said park.

§ 8. No animal shall be driven or ridden in said park, at a rate of speed exceeding eight miles per hour.

§ 9. No vehicle, or horse, or other animal, shall be permitted on the foot walks, the same being assigned exclusively to pedestrians ; nor shall any vehicle, or horse or other animal of burden, go or be taken upon any part of said park, except upon the carriage drives and upon such places as are appropriated for carriages at rest.

§ 10. No vehicles or animals shall be permitted to stand upon the drive or carriage roads of said park, or of any part thereof, to the obstruction of the way, or the inconvenience of travel ; nor shall any person solicit passengers within said park without consent of the board.

§ 11. No person shall, within said park, expose for sale any article or thing, nor shall any hawking or peddling be allowed therein.

§ 12. No omnibus, wagon, cart, dray, truck, or other vehicle for carrying goods, merchandise, manure, or other articles, except such as are engaged in repairing or constructing said park, shall be allowed to enter the same.

§ 13. No language, abusive, insulting, obscene, or calculated to occasion a breach of the peace, shall be permitted in said park, nor shall persons tell fortunes, play at any game of chance, at any table or instrument, be drunk, or do any indecent acts therein.

**Add. 83**

§ 14. No person shall bathe or fish, or go or send, or ride any animals into the waters of said park, nor shall any person disturb any fish, fowl or other animals kept therein, or throw or place any article or thing into the waters or upon the grounds thereof.

§ 15. No person shall discharge, or set, or touch off, or enkindle, or operate any manner of fire, or fireworks in the said park.

§ 16. No person shall, in the said park, post or fix any notice or bill; nor shall such be posted or fixed on any tree, fence, or any place therein.

§ 17. No person shall, in the said park, play any musical instrument, nor carry or display any flags, banners, transparencies, or target.

§ 18. No band or company shall be permitted to parade, drill, or perform any movements, evolutions or ceremony in said park without the consent of the park commissioners.

§ 19. No funeral procession, or hearse carrying a deceased body, shall be in the said park permitted.

§ 20. No horse or other animal shall be permitted to go upon any grass or lawn, nor shall any person be permitted to go thereon except where the word "common" shall be posted to indicate the permission so to do.

§ 21. Any member of the South Park police shall have power to arrest, and commit for examination, any person who shall not, when directed, desist from any violation thereof.

§ 22. Any person who shall disobey, or neglect, fail, or refuse to comply with this ordinance, or any section thereof, except when otherwise herein provided, shall, on conviction thereof, pay a fine of not less than *five*, or more than one hundred dollars.

§ 23. The police force of said South Park Commissioners, shall consist of one captain, three sergeants, and such number of policemen as shall from time to time be appointed, and they shall hold their respective offices during the pleasure of the park commissioners. The captain of police shall have the general charge of the police force, subject to such rules and regulations as shall from time to time be established, and it shall be his duty to report to the commissioners, in writing, the delinquency of any member of the police force, and may suspend any such member, until such delinquency shall be acted upon by the commissioners.

§ 24. The several members of the police force, when on duty, shall devote their time and attention to discharge of the duties of their station according to the ordinance, rules, and regulations and directions of the superintendent, and it shall be their duty, to the best of their ability, to preserve order, peace, and quiet, and to enforce the laws and the ordinances of said commissioners, and they shall not engage in conversation with an employée of the park during working hours, except in the line of duty; they shall have power to arrest any persons in the park found in the act of violating any law or ordinance, or abetting and aiding in any such violation, and shall take all such persons so arrested, as follows, to-wit: when the offense is committed in that portion of the park situated in the town of Hyde Park, to some justice or magistrate in Hyde Park; when the offense is committed in that portion of the park situated in the town of Lake, to some justice or magistrate in said town of Lake; and when the offense

312                SOUTH PARK ORDINANCES.

is committed in that portion of the park situated in the town of South Chicago, to some justice of the peace in said town of South Chicago.

§ 25.   Whoever, in said park, shall resist any member of the police force in the discharge of his duty, or shall in any way interfere with, or hinder or prevent him from discharging his duty, as such member, or shall offer or endeavor to do so; and whoever shall in any manner assist any person in custody of any member of the police force to escape, or attempt to escape, from such custody, or shall rescue, or attempt to rescue, any person in custody, shall be fined not less than five dollars, or more than one hundred dollars.

§ 26.   The superintendent, in cases of emergency, is hereby authorized and empowered to appoint special policemen, and such special policemen shall have the same power and authority of regular policemen, provided the appointment of such special policeman shall in no case continue for a period exceeding twenty-four hours.

§ 27.   The sergeant of police shall perform the duties of the captain when the latter shall be absent from duty.

§ 28.   The police force shall be uniformed as follows: Gray frock coat, pants and vest, and cap with brass buttons, and black cord on leg of the pants.

§ 29.   Any person who shall falsely represent or personate any of the members of the police force, or who shall maliciously, with intent to deceive, use or imitate any of the signs, signals, or devices adopted and used by the police department, or shall wear in public the uniform adopted as the police uniform, after having been removed or suspended, shall be subject to a fine of not less than five dollars nor more than one hundred.

§ 30.   These ordinances shall take effect and be in force from and after the 19th day of November, 1875.

**Add. 85**

Source Citation

Willett, Consider H., and Ordinances, Etc. Hyde Park . Board of Trustees. Laws and Ordinances Governing the Village of Hyde Park Together with Its Charter and General Laws Affecting Municipal Corporations; Special Ordinances and Charters under Which Corporations Have Vested Rights in the Village. Also, Summary of Decisions of the Supreme Court Relating to Municipal Corporations, Taxation and Assessments. Hazlitt & Reed, 1876. The Making of Modern Law: Primary Sources, link.gale.com/apps/doc/DT0106130236/MMLP?u=efgssf&sid=bookmark-MMLP&pg=309. Accessed 6 July 2023.

**Gale Document Number:**GALE|DT0106130236

# ACTS

### AND

## JOINT RESOLUTIONS

PASSED BY

# THE GENERAL ASSEMBLY

OF THE

## STATE OF VIRGINIA

DURING THE

### SESSION OF 1877-78.

RICHMOND:

R. F. WALKER, SUPERINTENDENT PUBLIC PRINTING.

1878.

*Justices, and persons acting under their orders, guiltless, if a person be killed, &c.; if either of them killed, all engaged in the assembly guilty.*

5. If, by any means taken under authority of this chapter to disperse any such assembly, or arrest and secure those engaged in it, any person present, as spectator or otherwise, be killed or wounded, any judge or justice exercising such authority, and every one acting under his order, shall be held guiltless; and if the judge or justice, or any person acting under the order of either of them, be killed or wounded in taking such means, or by the rioters, all persons engaged in such assembly shall be deemed guilty of such killing or wounding. *Persons acting under authority by killing of another engaged in a riot, or spectator, held guiltless*

*If persons engaged in suppressing a riot be killed, &c., rioters deemed guilty of killing, &c*

*Punishment of rioter, when dwelling-house injured, and when not.*

6. If any rioter pull down or destroy, in whole or in part, any dwelling-house, or assist therein, he shall be confined in the penitentiary not less than two nor more than five years; and though no such house be so injured, every rioter, and every person unlawfully or tumultuously assembled, shall be confined in jail not more than one year, and fined not exceeding one hundred dollars. *Where dwelling-house is destroyed in whole or part*

*Penalty*

*Where house is not injured*

*Penalty*

*Carrying concealed weapons.*

7. If a person habitually carry about his person, hid from common observation, any pistol, dirk, bowie-knife, or any weapon of the like kind, he shall be fined not more than fifty dollars. *Habitual carrying of concealed weapons*

*Penalty*

---

## CHAPTER VII.

### OF OFFENCES AGAINST MORALITY AND DECENCY—PROTECTION OF RELIGIOUS MEETINGS.

*Persons marrying when former husband or wife is living; proviso.*

1. Any person who, being married, shall, during the life of the former husband or wife, marry another person in this state, or, if the marriage with such other person take place out of the state, shall thereafter cohabit with such other person in this state, shall be confined in the penitentiary not less than three, nor more than eight years. *Marrying when former husband or wife is living*

*Penalty*

2. The preceding section shall not extend to a person whose former husband or wife shall have been continually absent from such person for seven years next before marriage of such person to another, and shall not have been known by such person to be living within that time; nor to a person who shall, at the time of the subsequent marriage, *Proviso*

have been divorced from the bond of the former marriage, or whose former marriage shall at that time have been declared void by the sentence of a court of competent jurisdiction.

### Marriage within prohibited degrees punished.

Marriage in violation of §§ 9, 10, ch. 104, Code of 1873

3. If any person marry in violation of the ninth or tenth section of chapter one hundred and four of the Code of eighteen hundred and seventy-three, he shall be confined in jail not more than six months, or fined not exceeding five hundred dollars, at the discretion of the jury. And if any person, resident in this state, and within the degrees of relationship mentioned in those sections, or any white person and negro, shall go out of this state for the purpose of being married, and with the intention of returning, and be married out of it, and afterwards return to and reside in it, cohabiting as man and wife, they shall be as guilty, and be punished as if the marriage had been in this state. The fact of their cohabitation here as man and wife shall be evidence of their marriage.

Penalty

Residents of state, within prohibited degrees, or white person or negro, going out of state to be married, and afterwards returning

Penalty
Cohabitation evidence of marriage

### Issuing license or celebrating marriage contrary to law.

Issuing marriage license contrary to law
Penalty

4. If any clerk of a court knowingly issue a marriage license contrary to law, he shall be confined in jail not more than one year, and fined not exceeding five hundred dollars.

Performing marriage ceremony without license, or without authority
Penalty

5. If any person knowingly perform the ceremony of marriage without lawful license, or affiliate in celebrating the rites of marriage without being authorized by law to do so, he shall be confined in jail not more than one year, and fined not exceeding five hundred dollars.

### Adultery and lewdness.

Adultery and fornication
Penalty

6. If a person commit adultery or fornication, he shall be fined not less than twenty dollars.

Lewdness

7. If any persons, not married to each other, lewdly and lasciviously associate and cohabit together, or, whether married or not, be guilty of open and gross lewdness and lasciviousness, they shall be fined not less than fifty nor more than five hundred dollars; and upon a repetition of the offence,

Penalty

Penalty for second offence

and conviction thereof, they shall also be imprisoned in the county or corporation jail, at the discretion of the court or justice, for not less than six nor more than twelve months.

### White person marrying a negro, or celebrating such marriage.

Marriage of a white person with a negro
Penalty

8. Any white person who shall intermarry with a negro, or any negro who shall intermarry with a white person, shall be confined in the penitentiary not less than two nor more than five years.

9. Any person who shall perform the ceremony of marriage between a white person and a negro, shall forfeit two hundred dollars, of which the informer shall have one-half. *Penalty for performing marriage service*

### *Keeping house of ill-fame; obscene books, prints, &c.*

10. If a person keep a house of ill-fame, resorted to for the purpose of prostitution or lewdness, he shall be confined in jail not more than one year, and fined not exceeding two hundred dollars; and in a prosecution for this offence, the general character of such house may be proved. *Keeping house of ill-fame* *Penalty* *General character of house may be proved*

11. If a person import, print, publish, sell or distribute, any book or other thing containing obscene language, or any print, picture, figure or description, manifestly tending to corrupt the morals of youth; or introduce into any family or place of education, or buy, or have in his possession any such thing for the purpose of sale, exhibition or circulation, or with intent to introduce it into any family or place of education, he shall be confined in jail not more than one year, and fined not exceeding two hundred dollars. · *Obscene books, &c.* *Penalty*

### *Crime against nature.*

12. If any person shall commit the crime of buggery either with mankind or with any brute animal, he shall be confined in the penitentiary not less than two nor more than five years. *Buggery* *Penalty*

### *Violation of sepulture; injuries to burial-grounds.*

13. If a person, unlawfully, disinter or displace a dead human body, or any part of a dead human body, which shall have been deposited in any vault or other burial place, he shall be confined in jail not more than one year, and fined not exceeding five hundred dollars. *Violation of sepulture* *Penalty*

14. Every person who shall willfully and maliciously destroy, mutilate, deface, injure, or remove any tomb, monument, grave-stone, or other structure placed within any cemetery, grave-yard, or place of burial, or within any lot belonging to any memorial or monumental association, or any fences, railing, or other works for the protection or ornament of any tomb, monument, grave-stone, or other structure aforesaid; or of any cemetery lot within any cemetery; or shall willfully or maliciously destroy, remove, cut, break, or injure any tree, shrub, or plant within any cemetery or lot of any memorial or monumental association; or who shall willfully or maliciously destroy, mutilate, injure, or remove and carry away any flowers, wreaths, vases, or other ornaments placed upon or around any grave, tomb, monument, or lot in any cemetery, grave-yard, or other place of burial; or who shall willfully obstruct proper ingress and egress to and from any cemetery or lot belonging to any memorial association, shall be guilty of a misdemeanor, and be pun- *Willful and malicious injury to tombs, &c., in a cemetery, &c* *Obstruction of way to cemeteries, &c*

### **Add. 90**

Penalty

ished by a fine not exceeding one hundred dollars, or by imprisonment in jail not exceeding six months.

### Cruelty to animals; profanity and drunkenness.

Cruelty to animals

15. If a person cruelly beat or torture any horse, animal or other beast, whether his own or that of another, he shall be fined not exceeding fifty dollars.

Penalty

Profanity and drunkenness

16. If any person, arrived at the age of discretion, profanely curse or swear, or get drunk, he shall be fined by a justice one dollar for each offence.

Penalty

### Violation of the Sabbath.

Violation of Sabbath

17. If a person, on a Sabbath day, be found laboring at any trade or calling, or employ his apprentices or servants in labor or other business, except in household or other work of necessity or charity, he shall forfeit two dollars for each offence; every day any servant or apprentice is so employed constituting a distinct offence.

Penalty

### Exceptions as to the mail, and as to certain persons.

Transportation of mail excepted

18. No forfeiture shall be incurred under the preceding section for the transportation on Sunday of the mail, or of passengers and their baggage. And the said forfeiture shall not be incurred by any person who conscientiously believes that the seventh day of the week ought to be observed as a Sabbath, and actually refrains from all secular business and labor on that day: provided he does not compel an apprentice or servant, not of his belief, to do secular work or business on Sunday, and does not on that day disturb any other person.

Exception as to certain religionists

Proviso

Sale of intoxicating liquors prohibited between certain hours

19. No bar-room, saloon, or other place for the sale of intoxicating liquors, shall be opened, and no intoxicating bitters or other drink shall be sold in any bar-room, restaurant, saloon, store, or other place, from twelve o'clock on each and every Saturday night of the week, until sunrise of the succeeding Monday morning; and any person violating the provisions of this section, shall be deemed guilty of a misdemeanor, and, if convicted, shall be punished by fine not less than ten nor more than five hundred dollars; and shall, moreover, at the discretion of the court, forfeit his license: provided that this law shall not apply to any city having police regulations on this subject, and an ordinance inflicting a penalty equal to the penalty inflicted by this section.

Penalty

Proviso

Disturbance of religious worship

20. If a person willfully interrupt or disturb any assembly met for the worship of God, or being intoxicated, if he disturb the same, whether willfully or not, he shall be confined in jail not more than six months, and fined not exceeding one hundred dollars, and a justice may put him under restraint during religious worship, and bind him for not more than one year to be of good behavior.

Penalty

21. If any person carrying any gun, pistol, bowie-knife, *Carrying dangerous weapons at a place of worship or on Sunday* dagger, or other dangerous weapon, to any place of worship while a meeting for religious purposes is being held at such place, or without good and sufficient cause therefor, shall carry any such weapon on Sunday at any place other than his own premises, shall be fined not less than twenty dollars. *Penalty*
If any offence under this section be committed at a place of *Offenders subject to arrest without warrant* religious worship, the offender may be arrested on the order of a conservator of the peace, without warrant, and held until warrant can be obtained, but not exceeding three hours.
It shall be the duty of justices of the peace, upon their own *Duty of justice where he knows of offence under this section* knowledge, or upon the affidavit of any person, that an offence under this section has been committed, to issue a warrant for the arrest of the offender.

### *Protection of religious assemblies; prohibition against sale of liquors or other things near such meetings; proviso.*

22. If any person shall erect, place, or have any booth, *Sale of liquors, &c., prohibited* stall, tent, carriage, boat, vessel, vehicle, or other contrivance whatever, for the purpose or use of selling, giving, or otherwise disposing of any kind of spirituous and fermented liquors, or any other articles of traffic; or shall sell, give, barter, or otherwise dispose of any spirituous or fermented liquors, or any other articles of traffic within three miles of any camp-meeting, or other place of religious worship, during the time of holding any meeting for religious worship at such place, such person, on conviction before a justice of the peace, for the first offence, shall be fined not less than ten *Penalty* dollars, nor more than twenty dollars, and stand committed to jail until the fine and costs are paid; and for the second *Penalty for second offence* offence, shall be fined as aforesaid, and be imprisoned not less than ten nor more than thirty days.

23. If any person shall commit any offence against the *Additional penalty* provisions of the preceding section, he shall, in addition to the penalties therein mentioned, forfeit all such spirituous or fermented liquors, and other articles of traffic, and all the chests and other things containing the same, belonging to and in the possession of the person so offending, together with such booth, stall, tent, carriage, boat, vessel, vehicle, or other contrivance or thing prepared and used in violation of said section; and it shall be the duty of any sheriff, deputy sheriff, *Duty of sheriffs, &c., to arrest offender and seize the property* or constable, if he sees any person violating the preceding section, to arrest the offender and carry him before a justice of the peace. The sheriff, deputy sheriff, or constable, when he arrests the offender, shall seize the property hereby declared to be forfeited, or shall seize the same on a warrant against the offender, if such offender cannot be found; and the justice of the peace before whom such offender is convicted, or before whom the warrant is returned that the offender cannot be found, shall enter judgment of condemna- *Judgment of condemnation* tion against such property, and issue a fieri facias for the

39

306                          ACTS OF ASSEMBLY.

Fi. fa. to issue  sale thereof: provided the person who has been returned not
Proviso           found, and whose property has been condemned in his ab-
                  sence, may appear at any time before the sale of the property
                  and have the case tried as if he had appeared at the return
                  of the warrant.

To whom pro-      24. The provisions of the two preceding sections shall not
visions not to    apply to any licensed tavern-keeper, merchant, shop-keeper,
apply             farmer, or other person in the usual and lawful transaction
                  of his ordinary business, in the usual place of transacting
                  such business, or to any person having permission, in writing
                  from the superintendent of such meeting, to sell such articles
Proviso           as may be named in such permission: provided this permis-
                  sion shall not extend to the sale of any spirituous or fer-
                  mented liquors.

### Right of appeal.

Right of appeal   25. Nothing in this chapter shall prevent the courts of
preserved         record from exercising their common law or statutory juris-
                  diction in all cases for disturbing public worship: provided
Proviso           that the party convicted under the twenty-second or twenty-
                  third sections of this chapter shall have the right to appeal
                  to the next county court for the county where the convic-
                  tion is had, upon giving bail for his appearance at court, and
                  upon such appeal shall be entitled to a trial by jury: and
Persons pro-      provided further, that when any person or persons are pro-
ceeded against    ceeded against under the twenty-second or twenty-third sec-
not subject to    tions of this chapter, he or they shall not be held to answer
answer before     for the same offence before any grand jury or court of record,
grand jury        except as herein provided.

### Temporary police force for religious meetings.

Temporary po-     26. The supervisor, or any justice of the magisterial dis-
lice authorized   trict where the meeting is held, shall have power to appoint
                  a temporary police to enforce the provisions of this chapter.

---

## CHAPTER VIII.

### OF OFFENCES AGAINST PUBLIC HEALTH.

### Selling unsound provisions.

Sale of unsound   1. If a person knowingly sell any diseased, corrupted, or
provisions        unwholesome provisions, whether meat or drink, without
                  making the same known to the buyer, he shall be confined
Penalty           in jail not more than six months, and fined not exceeding
                  one hundred dollars.

Add. 93

# THE

# REVISED STATUTES

#### OF THE

## STATE OF MISSOURI.

# 1879.

TO WHICH ARE PREFIXED THE DECLARATION OF INDEPENDENCE, WASHINGTON'S
FAREWELL ADDRESS, ARTICLES OF CONFEDERATION, CONSTITUTION OF THE
UNITED STATES, ACT OF CONGRESS FOR THE FORMATION OF A STATE
GOVERNMENT, ORDINANCE OF THE CONVENTION ASSENTING THERETO,
AND CONSTITUTION OF MISSOURI: WITH AN APPENDIX CONTAIN-
ING CERTAIN ACTS OF CONGRESS, AND PRACTICAL FORMS,
REQUIRED TO BE PUBLISHED THEREIN.

REVISED AND PROMULGATED BY THE XXXTH GENERAL ASSEMBLY.

----

## VOLUME ONE.

----

COLLATED AND ANNOTATED BY JOHN A. HOCKADAY, THOMAS H. PARRISH,
BENJAMIN F. McDANIEL AND DANIEL H. McINTYRE, COMMITTEE
APPOINTED FOR THAT PURPOSE.

----

PUBLISHED BY AUTHORITY OF CHAPTER 46, ARTICLE V, OF THE REVISED STATUTES OF THE STATE OF MISSOURI.

----

CITY OF JEFFERSON:
CARTER & REGAN, STATE PRINTERS AND BINDERS.
1879.

**Add. 94**

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 106 o

# CHAPTER 24.

## OF CRIMES AND CRIMINAL PROCEDURE.

ARTICLE I—Offenses against the government and the supremacy of the law.

II—Offenses against the lives and persons of individuals.

III—Offenses against public and private property.

IV—Offenses affecting records, currency, instruments or securities.

V—Offenses affecting the administration of justice.

VI—Offenses by persons in office or affecting public trusts and rights.

VII—Offenses against public order and public peace.

VIII—Offenses against public morals and decency or the public police, and miscellaneous offenses.

IX—Miscellaneous provisions and matters of practice.

X—Local jurisdiction of public offenses.

XI—Limitations of criminal actions and prosecutions.

XII—Surety to keep the peace.

XIII—Arrest and preliminary examination.

XIV—Jurisdiction and mode of procedure.

XV—Of grand juries and their proceedings.

XVI—Indictments and process thereon.

XVII—Proceedings before trial.

XVIII—Trials and incidental proceedings.

XIX—Verdict and judgment and proceedings thereon.

XX—New trial and arrest of judgment.

XXI—Appeals and writs of error.

XXII—Miscellaneous proceedings.

XXIII—Procedure before justices in misdemeanors.

XXIV—Relief of insolvents confined on criminal process.

XXV—Costs in criminal cases.

## ARTICLE I.

### OFFENSES AGAINST THE GOVERNMENT AND THE SUPREMACY OF THE LAW.

SECTION
1227. Treason, punishment of.
1228. Misprision of treason, how punished.
1229. Giving aid to enemies of state—punishment.

SECTION
1230. Combinations to overturn state government.
1231. Levying war against people of state.

SEC. 1227. *Treason, punishment of.*—Every person who shall commit treason against the state, by levying war against the same, or by adhering to the enemies thereof, by giving them aid and comfort, shall, upon conviction, suffer death, or be sentenced to imprisonment in the penitentiary for a period of not less than ten years. (G. S. 776, § 1.)

SEC. 1228. *Misprision of treason, how punished.*—Every person who shall have knowledge that any other person has committed, or is about to commit, treason against this state, and who shall conceal the same, shall be deemed guilty of misprision of treason, and, on conviction, shall be punished by imprisonment in the penitentiary for a period not exceeding seven years, or by imprisonment in the county jail not less than four months, and by fine not less than one thousand dollars. (G. S. 776, § 2.)

SEC. 1229. *Giving aid to enemies of state—punishment.*—Any person who, while this state shall be engaged in war, in cases authorized by the constitution of the United States, shall attempt or endeavor to join, or give aid or comfort to, the enemies of the state, or shall counsel, advise, persuade or induce any other person to join, give aid or comfort to them, in this state or elsewhere, shall, upon conviction, be punished by imprisonment in the penitentiary for a period not exceeding ten years, or by fine not less than one thousand nor exceeding five thousand dollars. (G. S. 777, § 3.)

**Add. 95**

Digitized by Google      Original from NEW YORK PUBLIC LIBRARY

Generated on 2022-12-28 15:31 GMT / https://hdl.handle.net/2027/nyp.33433009055322 / http://www.hathitrust.org/access_use#pd-google
Public Domain, Google-digitized

SEC. 1271.  *Abandonment of children.*—If any father or mother of any child under the age of six years, or any other person to whom such child shall have been confided, shall expose such child in a street, field or other place, with intent wholly to abandon it, he or she shall, upon conviction, be punished by imprisonment in the penitentiary not exceeding five years, or in the county jail not less than six months.   (G. S. 781, § 39.)

SEC. 1272.  *Mistreatment of apprentices.*—If any master or mistress of an apprentice or other person having the legal care and control of any infant, shall, without lawful excuse, refuse or neglect to provide for such apprentice or infant, necessary food, clothing or lodging, or shall unlawfully and purposely assault such apprentice or infant, whereby his life shall be endangered, or his health shall have been or shall be likely to be permanently injured, the person so offending shall, upon conviction, be punished by imprisonment in the penitentiary not exceeding three years, or by imprisonment in the county jail not exceeding one year, or by a fine of not more than one thousand dollars, or by both such fine and imprisonment. (New section.)

SEC. 1273.  *Abandonment of wife or child.*—If any man shall, without good cause, abandon or desert his wife, or abandon his child or children under the age of twelve years born in lawful wedlock, and shall fail, neglect or refuse to maintain and provide for such wife, child or children, he shall, upon conviction, be punished by imprisonment in the county jail not more than one year, or by a fine of not less than fifty, nor more than one thousand dollars, or by both such fine and imprisonment.   No other evidence shall be required to prove that such husband was married to such wife, or is the father of such child or children, than would be necessary to prove such fact or facts in a civil action.  (Laws 1867, p. 112, amended—*m.*)

SEC. 1274.  *Carrying deadly weapons, etc.*—If any person shall carry concealed, upon or about his person, any deadly or dangerous weapon, or shall go into any church or place where people have assembled for religious worship, or into any school room or place where people are assembled for educational, literary or social purposes, or to any election precinct, on any election day, or into any court room during the sitting of court, or into any other public assemblage of persons met for any lawful purpose, other than for militia drill or meetings called under the militia law of this state, having upon or about his person any kind of firearms, bowie-knife, dirk, dagger, slung-shot, or other deadly weapon, or shall, in the presence of one or more persons, exhibit any such weapon in a rude, angry or threatening manner, or shall have or carry any such weapon upon or about his person when intoxicated or under the influence of intoxicating drinks, or shall, directly or indirectly, sell or deliver, loan or barter to any minor, any such weapon, without the consent of the parent or guardian of such minor, he shall, upon conviction, be punished by a fine of not less than five nor more than one hundred dollars, or by imprisonment in the county jail not exceeding three months, or by both such fine and imprisonment.  (Laws 1874, p. 43; laws 1875, p. 50, and laws 1877, p. 240, amended.)

SEC. 1275.  *Above section not to apply to certain officers.*—The next preceding section shall not apply to police officers, nor to any officer or person whose duty it is to execute process or warrants, or to suppress breaches of the peace, or make arrests, nor to persons moving or traveling peaceably through this state, and it shall a good defense to the charge of carrying such weapon, if the defendant shall show that he has been threatened with great bodily harm, or had good reason to carry the same in the necessary defense of his person, home or property.   (New section.)

SEC. 1276.  *Fire arms not to be discharged near court house.*—Hereafter it shall be unlawful for any person in this state, except he be a sheriff or other officer in the discharge of official duty, to discharge or fire off any

----

(*m*)  Wife held to be a competent witness to prove fact of abandonment.  43 Mo. 429.   The fact that the defendant has brought suit for divorce is no defense.  52 Mo. 172.

**Add. 96**

Generated on 2022-12-28 15:29 GMT  /  https://hdl.handle.net/2027/nyp.33433009055322
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google    Original from NEW YORK PUBLIC LIBRARY

# THE

# REVISED STATUTES

OF

# TEXAS:

ADOPTED

# BY THE REGULAR SESSION

OF THE

# SIXTEENTH LEGISLATURE,

## A. D. 1879.

PUBLISHED BY AUTHORITY OF THE STATE OF TEXAS.

(PURSUANT TO CHAPTER 151, ACTS 1879.)

GALVESTON:
A. H. BELO & CO., STATE PRINTERS.
1879.

42          Title ix.—OFFENSES AGAINST PUBLIC PEACE.—Ch. 3, 4.

who continue so unlawfully assembled, or engaged in a riot, after being warned to disperse, shall be punished by the addition of one-half the penalty to which they would otherwise be liable, if no such warning had been given.

---

# CHAPTER THREE.

## AFFRAYS AND DISTURBANCES OF THE PEACE.

|  | Article |  | Article |
| --- | --- | --- | --- |
| "Affray" defined | 313 | Shooting in public place | 316 |
| Disturbance of the peace | 314 | Horse-racing on public road or street | 317 |
| "Public place" defined | 315 |  |  |

**"Affray" defined.**
**P.C. 381.**

ARTICLE. 313.   If any two or more persons shall fight together in a public place, they shall be punished by fine not exceeding one hundred dollars.

**Disturbance of the peace.**
**(Act June 20, 1876, p. 24.)**
**P.C. 382.**

ART. 314.   If any person shall go into any public place, or into or near any private house, or along any public street or highway near any private house, and shall use loud and vociferous or obscene, vulgar or indecent language, or swear, or curse, or expose his person, or rudely display any pistol or other deadly weapon in such public place, or upon such public street or highway, or near such private house, in a manner calculated to disturb the inhabitants thereof, he shall be fined in a sum not exceeding one hundred dollars.

**"Public place" defined.**
**P.C. 383.**

ART. 315.   A public place within the meaning of the two preceding articles, is any public road, street or alley, of a town or city, inn, tavern, store, grocery, work-shop, or any place to which people commonly resort for purposes of business, recreation or amusement.

**Shooting in public place.**
**(Act Nov. 12, 1866, p. 210.)**

ART. 316.   If any person shall discharge any gun, pistol, or fire-arms of any description, on or across any public square, street or alley in any city, town or village in this state, he shall be fined in a sum not exceeding one hundred dollars.

**Horse-racing on public road or street.**
**(Act May 19, 1873, pp. 83-4.)**

ART. 317.   Any person who shall run, or be in any way concerned in running any horse race in, along, or across any public square, street or alley in any city, town or village, or in, along or across any public road within this state, shall be fined in a sum not less than twenty-five nor more than one hundred dollars.

---

# CHAPTER FOUR.

## UNLAWFULLY CARRYING ARMS.

|  | Article |  | Article |
| --- | --- | --- | --- |
| Unlawfully carrying arms | 318 | Arrest without warrant | 322 |
| Not applicable, when and to whom | 319 | Officer failing to arrest, punishable | 323 |
| Carrying arms in church or other assembly | 320 | Not applicable to frontier counties | 323 |
| Not applicable, to whom | 321 |  |  |

**Unlawfully carrying arms.**
**(Act April 12, 1871, p. 25.)**

ARTICLE 318.   If any person in this state shall carry on or about his person, saddle, or in his saddle-bags, any pistol, dirk, dagger, slung-shot, sword-cane, spear, brass-knuckles, bowie-knife, or any other kind of knife manufactured or sold for purposes of offense or defense, he shall be punished by fine of not less than twenty-five nor more than one hundred dollars; and, in addition thereto, shall forfeit to the county in which he is convicted, the weapon or weapons so carried.

**Not applicable when and to whom.**
**(Act April 12, 1871, p. 25.)**

ART. 319.   The preceding article shall not apply to a person in actual service as a militiaman, nor to a peace officer or policeman, or person summoned to his aid, nor to a revenue or other civil officer engaged in the discharge of official duty, nor to the carrying of arms on one's own prem-

ises or place of business, nor to persons traveling, nor to one who has reasonable ground for fearing an unlawful attack upon his person, and the danger is so imminent and threatening as not to admit of the arrest of the party about to make such attack, upon legal process.

ART. 320. If any person shall go into any church or religious assembly, any school room, or other place where persons are assembled for amusement or for educational or scientific purposes, or into any circus, show, or public exhibition of any kind, or into a ball-room, social party, or social gathering, or to any election precinct on the day or days of any election, where any portion of the people of this state are collected to vote at any election, or to any other place where people may be assembled to muster, or to perform any other public duty, or to any other public assembly, and shall have or carry about his person a pistol or other fire-arm, dirk, dagger, slung-shot, sword-cane, spear, brass-knuckles, bowie-knife, or any other kind of a knife manufactured and sold for the purposes of offense and defense, he shall be punished by fine not less than fifty nor more than five hundred dollars, and shall forfeit to the county the weapon or weapons so found on his person. <span style="font-size:smaller">Carrying arms in church or other assembly (Act April 12, 1871, p. 25.)</span>

ART. 321. The preceding article shall not apply to peace officers, or other persons authorized or permitted by law to carry arms at the places therein designated. <span style="font-size:smaller">Not applicable to whom. (Act April 12, 1871, p. 25.)</span>

ART. 322. Any person violating any of the provisions of articles 318 and 320, may be arrested without warrant by any peace officer, and carried before the nearest justice of the peace for trial; and any peace officer who shall fail or refuse to arrest such person on his own knowledge, or upon information from some credible person, shall be punished by fine not exceeding five hundred dollars. <span style="font-size:smaller">Arrest without warrant. Officer failing punished. (Act April 12, 1871, p. 26.)</span>

ART. 323. The provisions of this chapter shall not apply to or be enforced in any county which the governor may designate, by proclamation, as a frontier county and liable to incursions by hostile Indians. <span style="font-size:smaller">Not applicable to frontier counties. (Act April 12, 1871, p. 26.)</span>

THE

# MUNICIPAL CODE

OF

# CHICAGO:

COMPRISING THE

LAWS OF ILLINOIS RELATING TO THE CITY OF CHICAGO,

AND THE

ORDINANCES OF THE CITY COUNCIL;

CODIFIED AND REVISED

BY

EGBERT JAMIESON AND FRANCIS ADAMS.

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.

CHICAGO:
BEACH, BARNARD & CO., LEGAL PRINTERS,
1881.

**Add. 100**

person who shall be convicted of any such breach shall be adjudged
to pay a fine of not less than three dollars nor more than one hundred
dollars.

1683.   In every prosecution brought for a violation of any ordi-
nance of the city of Chicago, where the offense charged is one
punishable under the laws of the State of Illinois as a misdemeanor,
the court or magistrate trying the cause may upon conviction in
lieu of the fine imposed by the ordinance or in addition thereto,
cause the offender to be imprisoned in the house of correction for a
period not exceeding three months.

1684.   All the printed books containing the revised ordinances
shall be deposited with the city comptroller.   He shall deliver one
copy thereof to each officer of the city, and to such other persons as
the city council may direct.

1685.   The mayor shall have power to extend to or reciprocate
courtesies of other cities, by presenting to them a copy of the revised
ordinances bound at the expense of the city in such manner as to
him may seem suitable.

## Article XLIII.

### Parks and Public Grounds.

1686.   The several public parks, squares and grounds in the
city of Chicago, shall be known and designated by the names applied
thereto respectively on the map of the city of Chicago published by
J. Van Vechten and Snyder in the year 1877.

1687.   It shall be the duty of the commissioner of public works
to superintend all inclosed public grounds and keep the fences there-
of in repair, the walks in order and the trees properly trimmed and
improve the same according to plans approved by the city council.
He shall likewise cause printed or written copies of prohibitions
of this article to be posted in the said grounds or parks.

1688.   No person shall enter or leave any of the public parks of
the city of Chicago except by their gateways; no person shall climb
or walk upon their walls or fences.

1689.   Neither cattle, horses, goats, swine or other animals, ex-
cept as herein provided, shall be turned into any one of the said parks
by any person.

1690.   All persons are forbidden to carry firearms or to throw
stones or other missiles within any one of the public parks.   All
persons are forbidden to cut, break or in any way injure or deface

392                    ORDINANCES OF THE

the trees, shrubs, plants, turf or any of the buildings, fences, bridges or other construction or property within or upon any of the said parks.

1691.   No person shall converse with or in any way hinder those engaged in their construction.

1692.   No person shall expose any article or thing for sale upon any of said parks, except such person shall have been previously licensed by the commissioner of public works, nor shall any hawking or peddling be allowed therein.

1693.   No threatening, abusive, insulting or indecent language shall be allowed in any part of either of the said parks whereby a breach of the peace may be occasioned.   No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

1694.   In case of any emergency where life or property is endangered, all persons if required so to do by the superintendent or any of his assistants, shall remove from the portion of either of said parks specified by the superintendent or his assistants and remain off the same until permission is given to return.

1695.   The commissioner of public works may direct that any of the entrances to the public parks be closed at any time.

1696.   No person shall bathe or fish in, or go or send or ride any animal in any of the waters of either of the said public parks, nor disturb any of the fish, water fowl or other birds in any of said parks, or any deer, sheep or other animal belonging to and preserved therein, nor throw or place any article or thing in the waters within either of said parks.

1697.   No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within either of said parks nor upon any of the gates or inclosures thereof.

1698.   No person shall without the consent of the commissioner of public works, play upon any musical instrument nor shall any person take into or carry or display in the said public parks any flag, banner, target or transparency.   No military or target company civic or other shall be permitted to parade, drill or perform therein any military or other evolutions or movements.   Nor shall any fire engine, hook and ladder truck, hose cart or other machine on wheels commonly used for the extinguishing of fires be allowed on any part of said parks without the previous consent of the commissioner of public works.

**Add. 102**

# THE

# REVISED ORDINANCE

### OF THE

## CITY OF ST. LOUIS,

#### TOGETHER WITH

THE CONSTITUTION OF THE UNITED STATES, CONSTITUTION
OF THE STATE OF MISSOURI, THE SCHEME FOR THE
SEPARATION OF THE GOVERNMENTS OF THE
CITY AND COUNTY OF ST. LOUIS, THE
CHARTER OF THE CITY, AND A
DIGEST OF THE LAWS AP-
PLICABLE TO THE
CITY.

---

M. J. SULLIVAN, Reviser.

---

ST. LOUIS:
TIMES PRINTING HOUSE, FIFTH AND CHESTNUT.
1881.

**Add. 103**

Generated on 2022-12-29 14:46 GMT / https://hdl.handle.net/2027/nyp.33433014085702
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google          Original from
NEW YORK PUBLIC LIBRARY

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 115

# ARTICLE XI.

### PROTECTION OF BIRDS.

| SECTION | SECTION |
|---|---|
| 1. Disturbance of birds or nests prohibited. | 4. Penalty for throwing same. |
| 2. Penalty for disturbing same. | 5. Protection of all birds, except hawks, &c., intended. |
| 3. Throwing stones, wood, &c., prohibited. | 6. Duty of police. |

SECTION 1.   All persons are forbidden to molest, injure or disturb in any way, any small bird in the city of St. Louis, or the nest, young or brood of any small bird in said city. *Birds, or nests not to be disturbed. Ord. 8436, sec. 1.*

SEC. 2.   If any person shall willfully injure, molest, take or disturb in any way, any small bird in the city of St. Louis, or the nest, eggs, young or brood of any such small bird, he shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall forfeit and pay to said city not less than five dollars for each bird so by him injured, molested, taken or disturbed, and not less than twenty dollars for each nest of eggs or brood of young of any such small bird in the city of St. Louis, so by him injured, molested taken or disturbed. *Penalty for disturbing birds or nests. Ibid. sec. 2.*

SEC. 3.   No person shall throw from his hand any fragment of stone, wood, metal or other missile capable of inflicting injury, in any street, alley, walk or park of the city of St. Louis, or use or have in his possession ready for use in any street, alley, walk or park of the city of St. Louis, any sling, cross bow and arrow, air gun or other contrivance for ejecting, discharging or throwing any fragment, bolt, arrow, pellet, or other missile of stone, metal, wood or other substance capable of inflicting injury or annoyance. *Throwing stones, wood, &c., prohibited. Ibid. sec. 3.*

SEC. 4.   If any person shall throw from his hand, in any alley, street, walk or park of the city of St. Louis, any missile of wood, stone, metal or other substance, or sub- *Penalty. Ibid. sec. 4.*

Add. 104

Digitized by Google    Original from NEW YORK PUBLIC LIBRARY

# THE REVISED

# ORDINANCES

### OF THE

# CITY OF DANVILLE.



PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.



REVISED AND ARRANGED BY

## MANN, CALHOUN & FRAZIER.

DANVILLE, ILL.:

BOWMAN & FREESE, BOOK AND JOB PRINTERS.

1883.

**Add. 105**



# GENERAL INCORPORATION LAW

## OF

# CITIES AND VILLAGES.

OCT 13 1915

# CHAPTER XIX.

## PARKS.

SECTION.

1. Committee on public grounds, etc. to have charge.
2. Entering Parks, etc.—Climbing on fences.
3. Turning animals into park, etc.
4. Firearms—Shooting—fire works prohibited.
5. Injury to trees, grass, buildings.
6. Selling, hawking, peddling, etc. forbidden.
7. Bathing, fishing, etc. prohibited.

SECTION.

8. Abusive, profane language, etc. prohibited.
9. Gaming, etc. prohibited.
10. Intoxicated persons, indecent or unlawful acts.
11. Fires in parks forbidden.
12. Carriages on turf, etc.— hitching horses to trees, etc.
13. Throwing stones, rubbish, etc. in parks.
14. Posting bills, etc. forbidden.

COMMITTEE ON PUBLIC GROUNDS, ETC., TO HAVE CHARGE OF PARKS.] § 1. It shall be the duty of the committee on Public Grounds and Buildings to superintend all inclosed public grounds or parks in said city, and keep the fences thereof in repair, the walks in order, the trees properly trimmed, and to improve the same according to plans approved by the city council.

PENALTY FOR LEAVING PARK EXCEPT AT GATEWAYS—CLIMBING ON FENCE, ETC.] § 2. Whoever shall enter or leave any of the public parks of this city except by their gateways, or shall walk or climb upon any of the fences inclosing, or in the same, shall be fined not less than one dollar nor more than ten dollars for each offense.

TURNING ANIMALS INTO PARK PROHIBITED.] § 3. Whoever shall turn any cattle, horses, goats, swine or other animals into any park of said city, or permit the same, or any of them, to run therein, shall be fined not less than three dollars, nor more than fifty dollars, for each offense.

FIRE-ARMS AND FIRE-WORKS FORBIDDEN.] § 4. Whoever shall carry any fire-arms into said parks, or shall fire off or discharge the same in, or into said parks, or any of them; or whoever shall shoot, fire or discharge any kind of fire-works therein, shall be fined not less than one dollar nor more than one hundred dollars, for each offense.

INJURY TO TREES, GRASS, BUILDINGS, ETC.] § 5. Whoever shall cut, break or injure in any way any tree, shrub or plant, in any such park; or shall cut, tramp, or injure in any way the turf or grass therein, or shall walk or lie upon the grass at any place where placards are posted directing persons to keep off, or not to walk upon the same; or shall cut, mark, deface or in any way injure any of the buildings, fences, bridges, or other constructions, or property of any kind, in any such park, shall be fined not less than one dollar, nor more than one hundred dollars for each offense.

SELLING, HAWKING OR PEDDLING FORBIDDEN.]  § 6.  Whoever shall sell, or offer to sell, any article or thing, in any such park, or shall hawk or peddle any article or thing therein, or attempt so to do, shall be fined not less than three dollars, nor more than one hundred dollars.

BATHING—FISHING, ETC., PROHIBITED.]  § 7.  Whoever shall bathe, fish in, or ride or drive any animal in the waters of any such park, or throw any rubbish or garbage or other thing into any stream or waters of such park, shall be fined not less than three dollars, nor more than ten dollars.

ABUSIVE LANGUAGE, ETC.]  § 8.  Whoever shall use any threatening, abusive, insulting, profane, or indecent language in any part of any such park, shall be fined not less than three dollars, nor more than one hundred dollars.

GAMING, ETC., PROHIBITED.]  § 9.  Whoever shall gamble for money or other valuable thing, or anything representing or intended to represent money, or other thing of value, or shall play at any game of chance, or at or with any table, instrument or device of gaming, in any part of any such park, shall be fined not less than five dollars, nor more than two hundred dollars for each offense.

INTOXICATED PERSONS—INDECENT OR UNLAWFUL ACTS.] § 10.  Whoever shall be found in any such park in an intoxicated condition, or shall resort to such park for any indecent, or unlawful purpose; or shall be guilty of any indecent, obscene, vulgar, improper or unlawful act while there, shall be fined not less than five dollars, nor more than two hundred dollars.

FIRES IN PARK PROHIBITED.]  § 11.  Whoever, except employees, or laborers in such park, shall light or make any fire in said parks, shall be fined not less than three dollars, nor more than one hundred dollars.

DRIVING CARRIAGES, ETC., ON TURF—HITCHING HORSES TO TREES.]  § 12.  Whoever shall drive any carriage or vehicle of any kind, or any horse or other animal upon the grass, lawn or turf, of any such park, or shall hitch a horse to any of the shrubs or trees therein, shall be fined not less than one dollar, nor more than fifty dollars for each offense.

THROWING STONES, RUBBISH, ETC., IN PARKS.] § 13.  Whoever shall throw any stones into, or in such parks, or shall throw or place any rubbish or garbage of any kind therein, or shall leave or place any bottle, cans, paper, or scraps of any kind therein, shall be fined not less one dollar, nor more than twenty-five dollars for each offense.

POSTING BILLS, ETC., FORBIDDEN.]  § 14.  Whoever shall post, or otherwise affix any bills, notice or other paper, upon any fence, tree, bridge, building or other structure therein, shall be fined not less than three dollars.

**Add. 108**

# LAWS OF MISSOURI,

PASSED AT THE SESSION OF THE

# THIRTY-SECOND GENERAL ASSEMBLY,

BEGUN AND HELD AT THE CITY OF JEFFERSON,

# WEDNESDAY, JANUARY 3, 1883.

(REGULAR SESSION.)

*BY AUTHORITY.*



JEFFERSON CITY:
STATE JOURNAL COMPANY, STATE PRINTERS.
1883.

**Add. 109**

*Be it enacted by the General Assembly of the State of Missouri, as follows:*

SECTION 1.   Any person or persons doing a commission business in this state who shall receive cattle, hogs, sheep, grain, cotton or other commodities consigned or shipped to him or them for sale on commission, and who shall wilfully make a false return to his or their consignor or shipper, in an account of sale or sales of any such cattle, hogs, sheep, grain, cotton or other commodities made and rendered by such person or persons for and to such consignor or shipper, either as to weights or prices, shall be guilty of a misdemeanor and shall, on conviction, be punished by imprisonment in the county jail not exceeding one year, or by a fine not exceeding five hundred dollars nor less than two hundred dollars, or by fine not less than one hundred dollars and imprisonment in the county jail not less than three months.

Approved April 2, 1883.

––––––––

## CRIMES AND CRIMINAL PROCEDURE: Concealed Weapons.

AN ACT to amend section 1274, article 2, chapter 24 of the Revised Statutes of Missouri, entitled "Of Crimes and Criminal Procedure."

SECTION 1.   Carrying concealed weapon, etc., penalty for increased.

*Be it enacted by the General Assembly of the State of Missouri, as follows:*

SECTION 1.   That section 1274 of the Revised Statutes of Missouri be and the same is hereby amended by inserting the word "twenty" before the word "five" in the sixteenth line of said section, and by striking out the word "one" in the same line and inserting in lieu thereof the word "two," and by striking out the word "three" in the seventeenth line of said section and inserting in lieu thereof the word "six," so that said section, as amended, shall read as follows: Section 1274.  If any person shall carry concealed, upon or about his person, any deadly or dangerous weapon, or shall go into any church or place where people have assembled for religious worship, or into any school room or place where people are assembled for educational, literary or social purposes, or to any election precinct on any election day, or into any court room during the sitting of court, or into any other public assemblage of persons met for any lawful purpose other than for militia drill or meetings called under the militia law of this state, having upon or about his person any kind of fire arms, bowie knife, dirk, dagger, slung-shot or other deadly weapon, or shall in the presence of one or more persons exhibit any such weapon in a rude, angry or threatening manner, or shall have or carry any such weapon upon or about his person when intoxicated or under the influence of intoxicating drinks, or shall directly or indirectly sell or deliver, loan or barter to any minor any such weapon, without the consent of the parent or guardian of such minor, he shall, upon conviction, be punished by a fine of not less than twenty-five nor more than two hundred dollars, or by imprisonment in the county jail not exceeding six months, or by both such fine and imprisonment.

Approved March 5, 1883.

**Add. 110**

*From Henry Shaw to
Doct. Asa Gray.
Cambridge
April 1884*

# TOWER GROVE PARK

— OF THE —

## CITY OF ST. LOUIS.

Review of its Origin and History, Plan of Improvement, Ornamental Features, Etc.

WITH ILLUSTRATIONS.

Prepared by Order of the Board of Commissioners.

By David H. MacAdam.

1883:
R. P. STUDLEY & CO., PRINTERS.
ST. LOUIS, MO.

Digitized by Google

## RULES AND REGULATIONS.

In accordance with the authority conferred by the Act creating Tower Grove Park, the Board of Commissioners have adopted the following rules and regulations:

All persons are forbidden—

1. To enter or leave the park except by the gateways.

2. To climb the fences.

3. To turn cattle, horses, goats or swine into the park or the avenues surrounding the park.

4. To carry firearms or to throw stones or other missiles within it.

5. To cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other constructions upon the park;

6. Or to converse with, or in any way hinder, those engaged on the work of the park.

7. A pound is hereby established within the Tower Grove Park for the impounding of horses, cattle, sheep, goats, dogs and swine found trespassing upon said park or the adjacent avenues. All such animals found at large may be taken by any person or persons and driven or carried to the pound, and may be kept enclosed therein during five days, at the end of which time, if not previously claimed, they may be sold at public auction; provided, that, within two days after they shall have been impounded, notice of the sale shall have been conspicuously posted in the pound or vicinity.

Any person claiming property in such impounded animals before the day of sale, may recover the same, after suitable proof of his or her right thereto, upon payment for each animal of the sum of two dollars and the expenses of keeping; the expenses of keeping to be reckoned as follows:

For each horse, dog, or head of neat stock, sixty cents per day;

For each goat, swine, or sheep, twenty-five cents per day. These charges shall be paid to the chief park keeper of Tower Grove Park, and the money thus collected shall by him be handed over within one week to the comptroller of the board.

If within one month after the sale of any impounded animals their former owner shall appear and claim the same, the treasurer shall, after deducting the full amount of the charges provided for above, pay over to him the proceeds of their sale; otherwise the amount shall be added to the funds of the board.

8. No animal shall travel on any part of the Tower Grove Park, except upon the drive or carriage road, at a rate exceeding six miles per hour. Persons on horseback shall not travel on the drive or equestrian road at a rate exceeding seven miles per hour.

9. No vehicle or riding shall be permitted on the walks, the same being devoted exclusively to pedestrians; nor shall any vehicle, horse, or burden, go

Digitized by Google

**Add. 112**

118                    TOWER GROVE PARK.

upon any part of the park except upon the "drive,"and upon such places as are appropriated for carriages at rest.

10.  No animal or vehicle shall be permitted to stand upon the "drive" or carriage roads of the park, or any part thereof, to the obstruction of the way or to the inconvenience of travel, nor shall any person upon the park solicit or invite passengers.

11.  No hackney coach, carriage, or other vehicle for hire, shall stand upon any part of the park for the purpose of taking in any other passengers or persons than those carried to the park by said coach, carriage, or vehicle, unless invited by the persons having said vehicle.

12.  No person shall expose any article or thing for sale upon the park except previously licensed by the Board of Commissioners of Tower Grove Park, nor shall any hawking or peddling be allowed on the park.

13.  No omnibus or express wagon, with or without passengers, nor any cart, dray, wagon, truck, or other vehicle carrying goods, merchandise, manure, soil or other article, or solely used for the carriage of goods, merchandise, manure, or other articles, shall be allowed to enter any part of Tower Grove Park, or any vehicle carrying more than six persons.

14.  No threatening, abusive, insulting or indecent language shall be allowed on the park whereby a breach of the peace may be occasioned.

15.  No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do any obscene or indecent act whatever in Tower Grove Park.

16.  Tower Grove Park shall be open daily to the public during the months of December, January and February from seven o'clock in the morning until half an hour after sunset in the evening ; during the months of March, April, May, June, October, and November, from six in the morning until half an hour after sunset , and during the months of July, August, and September, from five in the morning until half an hour after sunset in the evening.

17.  The comptroller or superintendent may direct that the park or any of the entrances to the park be closed at any time, and may, on special occasions, also direct that the park or any portion thereof remain open at other times than those specified.

18.  No person other than employees of the Board of Commissioners of Tower Grove Park shall enter or remain in the park except when it is open as above provided.

19.  No person, except in the employ of the Board of Commissioners of the Tower Grove Park, shall bring upon the Tower Grove Park any tree, shrub, plant, or flower, nor any newly plucked branch or portion of a tree, shrub, plant, or flower.

20.  No person shall fire, discharge or set off in Tower Grove Park any rocket, cracker, torpedo, squib, balloon, snake, chaser, or double-header, nor any fireworks or thing under any other name composed of the same or similar material, or of the same or similar character, as the fireworks above specified, except with consent of Board of Commissioners or comptroller.

21.  No person shall place or propel any invalid chairs, perambulators,



Digitized by Google

**Add. 113**

bicycles or velocipedes upon any portion of the Tower Grove Park except upon the walks.

22.  No person shall post or otherwise affix any bill or notice, in paper or paint, upon any structure or thing within the park, nor upon any of the gates or surrounding avenues.

23.  No person shall without the consent of the comptroller of the park play upon any musical instrument within Tower Grove Park, nor shall any person take into or carry or display in the park any flag, banner, target, or transparency.

24.  No military or target company, or civic or other procession, shall be permitted to parade, drill or perform upon the park any military or other evolutions or movements without the written consent of the comptroller.

25.  No fire-engine, hook or ladder, cart, hose, truck, or other machine on wheels commonly used for the extinguishing of fire, shall be allowed on any part of Tower Grove Park without the previous consent of the comptroller of the park.

26.  No funeral procession or hearse, or other vehicle or person carrying the body of a deceased person, shall be allowed on any part of Tower Grove Park.

27.  No person, except in the employ of the Board of Commissioners of Tower Grove Park, shall light, make or use any fire upon the Tower Grove Park.

Digitized by Google

Add. 114

HENRY LLOYD, Esquire, Governor.    315

G. L. Copeland; and also to issue his warrant upon the Treasurer for the sum of sixty dollars, payable to the order of Abram Zarks; and also to issue his warrant upon the Treasurer for the sum of sixty dollars, payable to the order of C. E. Gordon; the said sums of money having been paid for State license erroneously issued to said persons by the Clerk of the Circuit Court of Anne Arundel county.

Sec. 2. *And be it enacted,* That this act shall take effect from the date of its passage.    Effective.

Approved April 7, 1886.

---

CHAPTER 189.

AN ACT to prevent the carrying of guns, pistols, dirk-knives, razors, billies or bludgeons by any person in Calvert county, on the days of election in said county, within one mile of the polls.

Section 1. *Be it enacted by the General Assembly of Maryland,* That from and after the passage of this act, it shall not be lawful for any person in Calvert county to carry, on the days of election and primary election, within three hundred yards of the polls, secretly, or otherwise, any gun, pistol, dirk, dirk-knife, razor, billy or bludgeon, and any person violating the provisions of this act, shall be deemed guilty of a misdemeanor, and on conviction thereof by the Circuit Court of Calvert county having criminal jurisdiction thereof, or before any Justice of the Peace in said county, shall be fined not less than ten nor more than fifty dollars for each offence, and on refusal or failure to pay said fine, shall be committed to the Jail of the county until the same is paid.    Unlawful to carry weapons to the polls.

Sec. 2. *And be it enacted,* That the fines collected under this act shall be paid by the offi-

**Add. 115**

316                    LAWS OF MARYLAND.

Fines go to
schools.

cer collecting the same, to the School Com-
missioners of the county in which the offence
was committed, for School purposes.

SEC. 3. *And be it enacted,* That any Constable
of said county, or the Sheriff thereof, who shall
refuse to arrest any person violating any pro-
vision of this act, upon information of such
offence, shall be deemed guilty of a misde-
meanor, and on conviction thereof before the
Circuit Court for Calvert county, as the case
may be, shall be fined not less than fifty nor
more than one hundred dollars, and shall, in
the discretion of the Court, be discharged
from office.

Misdemeanor.

Penalty.

SEC. 4. *And be it enacted,* That this act shall
take effect from the date of its passage.

Effective.

Approved April 7, 1886.

---

CHAPTER 190.

AN ACT to repeal section three of the acts of
eighteen hundred and eighty-four, chapter
sixteen, entitled an act for the protection of
birds in Prince George's and Anne Arundel
counties, and to re-enact the same with amend-
ments, and to add new sections thereto.

SECTION 1. *Be it enacted by the General As-
sembly of Maryland,* That section three of
chapter sixteen of the acts of eighteen hundred
and eighty-four, entitled an act for the protec-
tion of birds in Prince George's and Anne
Arundel counties, be and the same is hereby
repealed and re-enacted so as to read as fol-
lows, and that new sections be added thereto.

Repealed and
re-enacted.

SEC. 3. *And be it enacted,* That it shall not be
lawful for any person or persons in said coun-
ties to shoot, kill or catch or in any way to

**Add. 116**

# City of Boston.

## DEPARTMENT OF PARKS.

### THIRTEENTH ANNUAL REPORT

OF THE

# BOARD OF COMMISSIONERS

FOR THE

## YEAR 1887.



PRINTED FOR THE DEPARTMENT.
1888.

Google

**Add. 117**

86

## PARK ORDINANCES.

IN BOARD OF PARK COMMISSIONERS, Aug. 20, 1886.

*Voted*, That the following rules, under the title of Ordinances, be adopted for the use and government of the Public Parks. *Provided, however*, that said rules shall not invalidate any pending prosecution or procedure, or any liability of any person for breach of any previous rule.

The Board of Park Commissioners of the City of Boston, by virtue of its authority to make rules for the use and government of the Public Parks of said city, and for breaches of such rules to affix penalties, hereby ordains that within the Public Parks, except with the prior consent of the Board, it is forbidden : —

1. To cut, break, injure, deface, defile or ill use any building, fence, or other construction, or any tree, bush, plant or turf, or any other thing or property.

2. To have possession of any freshly-plucked tree, bush or plant, or portion thereof.

3. To throw stones or other missiles ; to discharge or carry fire-arms, except by members of the Police Force in the discharge of their duties ; to discharge or carry fire-crackers, torpedoes, or fire-works ; to make fires ; to play musical instruments ; to have any intoxicating beverages ; to sell, offer or expose for sale, any goods or wares ; to post or display signs, placards, flags, or advertising devices ; to solicit subscriptions or contributions ; to play games of chance, or have possession of instruments of gambling ; to make orations, harangues or loud outcries ; to enter into political canvassing of any kind ; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act ; to bathe or fish ; to solicit the acquaintance of, or follow, or otherwise annoy other visitors.

4. To allow cattle, horses, or other animals, to pass over or stray upon the Park lands ; provided that this shall not apply to

Google

**Add. 118**

in the third degree shall be punished by imprisonment for
not less than three nor more than twenty-one years, in the
territorial penitentiary.

SEC. 5. It is the true intent of this act to repeal said *Intent of repeal.*
sections 687, 688, 689, 695, 699, 700, 702 and 703, referred
to in the first section of this act, only so far as the same
apply to offenses committed after the passage of this act, but
the said sections are to be held and remain in force and ap-
ply to all acts done and offenses committed prior to the pas-
sage of this act, and all pending prosecutions and those here-
after instituted for acts done prior to the passage of this
act shall be commenced and carried on and punishment
be had under the said sections 687, 688, 689, 695, 699,
700, 702 and 703, which said sections are hereby continued
in force only for that purpose.

SEC. 6. This act shall be in force from and after its
passage.

Approved February 24, 1887.

---

## CHAPTER XXX.

### CRIMES-WEAPONS.

AN ACT to prohibit the unlawful carrying and use of deadly
weapons.

*Be it enacted by the Legislative Assembly of the Territory of
New Mexico:*

SECTION 1. That any person who shall hereafter carry a *Carrying any deadly weapon.*
deadly weapon, either concealed or otherwise, on or about
the settlements of this territory, except it be in his or her
residence, or on his or her landed estate, and in the lawful
defense of his or her person, family or property, the same
being then and there threatened with danger, or except
such carrying be done by legal authority, upon conviction
thereof shall be punished by a fine of not less than fifty dol-
lars, nor more than three hundred, or by imprisonment not
less than sixty days, nor more than six months, or by both
such fine and imprisonment, in the discretion of the court or
jury trying the same.

56                      CRIMES—WEAPONS.                      [CH. 30.

**Threatening any person.**

SEC. 2. Any person who shall draw a deadly weapon on another, or who shall handle a deadly weapon in a threatening manner, at or towards another, in any part of this territory, except it be in the lawful defense of himself, his family or his property, or under legal authority, upon conviction thereof, shall be fined in any sum not less than one hundred dollars, nor more than five hundred dollars, or by imprisonment at hard labor in the county jail or territorial penitentiary not less than three months nor more than eighteen months, or by both such fine and imprisonment, in the discretion of the court or jury trying the same.

**Assault with deadly weapon.**

SEC. 3. Any person who shall unlawfully assault or strike at another with a deadly weapon, upon conviction thereof shall be punished by a fine not exceeding one thousand dollars, or by imprisonment at hard labor in the county jail or territorial penitentiary, not exceeding three years, in the discretion of the court or jury trying the same.

**Flourishing deadly weapon.**

SEC. 4. Any person who shall unlawfully draw, flourish or discharge a rifle, gun or pistol within the limits of any settlement in this territory, or within any saloon, store, public hall, dance hall or hotel, in this territory, except the same be done by lawful authority, or in the lawful defense of himself, his family or his property, upon conviction thereof shall be punished by a fine of not more than one thousand dollars, or by imprisonment for a term of not more than three years, or by both such fine and imprisonment, in the discretion of the court or jury trying the same. The word "settlement," as used in this act, shall be construed to mean any point within three hundred yards of any inhabited house, in the territory of New Mexico.

**Insulting person while armed.**

SEC. 5. Any person being armed with a deadly weapon, who shall, by words, or in any other manner, insult or assault another, upon conviction thereof, shall be punished by a fine of not less than one hundred dollars, nor more than three hundred dollars, or by imprisonment at hard labor in the county jail or territorial penitentiary for not less than three months, nor more than one year, or by both such fine and imprisonment, in the discretion of the court or jury trying the same.

**Jurisdiction of offenses.**

SEC. 6. Justices of the peace, as well as the district courts shall have concurrent jurisdiction of all offenses committed under the first section of this act; but of offenses committed under the remaining sections hereof, justices of the peace shall not have jurisdiction except as committing magistrates, and it is made the duty of the justices of the peace of the several counties of the territory before whom any person is brought or arraigned for the violation of any

**Add. 120**

of the above sections, other than section one of this act, if reasonable grounds exist to believe such person guilty, to bind such person over in a good and sufficient bond to the district court of such county, and in default of such bond to commit to jail as in other felonies.

SEC. 7. It shall not be necessary, in the trial of any cause arising under the provisions of this act to prove that the person charged was not, at the time of violating the said provisions, in the lawful defense of himself, his family or property, or acting by lawful authority, but the accused must prove that he was, at such time, within the exception claimed. *What accused must prove.*

SEC. 8. Deadly weapons, within the meaning of this act, shall be construed to mean all kinds and classes of pistols, whether the same be a revolver, repeater, derringer, or any kind or class of pistol or gun; any and all kinds of daggers, bowie knives, poniards, butcher knives, dirk knives, and all such weapons with which dangerous cuts can be given, or with which dangerous thrusts can be inflicted, including sword canes, and any kind of sharp pointed canes: as also slung shots, bludgeons or any other deadly weapons with which dangerous wounds can be inflicted. *Deadly weapon, definition of.*

SEC. 9. Persons traveling may carry arms for their own protection while actually prosecuting their journey and may pass through settlements on their road without disarming; but if such travelers shall stop at any settlement for a longer time than fifteen minutes they shall remove all arms from their person or persons, and not resume the same until upon eve of departure. *Travelers may carry arms.*

SEC. 10. Sheriffs and constables of the various counties, and marshals and police of cities and towns, in this territory, and their lawfully appointed deputies, may carry weapons, in the legal discharge of the duties of their respective offices, when the same may be necessary, but it shall be for the court or the jury to decide from the evidence whether such carrying of weapons was necessary or not, and for an improper carrying or using deadly weapons by an officer, he shall be punished as other persons are punished, for the violation of the preceding sections of this act. *Officers may carry arms when.*

SEC. 11. Every keeper of hotel, boarding house, bar room, drinking saloon or place where liquor is sold, or dance hall, in this territory, shall keep conspicuously posted up a copy of this act, in both the English and Spanish languages, and it is hereby made the duty of every such keeper of a hotel, boarding house, bar room, drinking saloon or place where liquor is sold, or dance hall, or the person in charge of the same, who shall become cognizant of any violations *Duty of hotel and saloon keepers, &c.*

of the provisions of this act, in, upon or about their premises, to immediately and at once direct the attention of such violator to the provisions of this act, and upon a failure of such keeper of a hotel, boarding house, bar room, drinking saloon, or place where liquor is sold, or dance hall, or the person in charge thereof, to so do, he or they shall be liable to pay a fine of not less than $5, nor more than $50.

**Duty of judges.**

SEC. 12. It shall be the duty of the judges of the several district courts of this territory, at the charging of the grand jury of the several counties, to direct the attention of the said grand juries to the provisions of this act, and require that they make diligent inquiry as to any violation of the same.

**Duty of county commissioners.**

SEC. 13. The boards of county commissioners of the several counties of this territory are hereby directed and required to have printed in both English and Spanish a sufficient number of copies of this act for the use of and to be furnished to all persons applying for the same; and it is made the duty of the several sheriffs and collectors of said counties to furnish to each person with a license a copy of this act, in both English and Spanish.

SEC. 14. All fines and penalties accruing from the violation of the provisions of this act shall be paid into the county treasury of the county in which such violation occurs to the credit and for the benefit of the school fund of said county.

SEC. 15. This act shall have full force and effect from and after the first day of March, 1887.

Approved February 18, 1887.

HALL OF RECORDS

ANNAPOLIS, MARYLAND

# THE MARYLAND CODE.

# Public Local Laws,

### CODIFIED BY

## JOHN PRENTISS POE.

**ADOPTED BY THE GENERAL ASSEMBLY OF MARYLAND
MARCH 14, 1888.**

*Including also the Public Local Acts of the Session of 1888
incorporated therein.*



BY AUTHORITY OF THE     STATE OF MARYLAND.

## VOLUME I,

CONTAINING ARTICLE 1, ALLEGANY COUNTY, TO ARTICLE 10,
DORCHESTER COUNTY.

1409

BALTIMORE:
KING BROS., PRINTERS AND PUBLISHERS.
1888.

Allegany, Worcester and Kent counties, and Baltimore city, and all cities, towns or burroughs in which dogs are taxed by municipal ordinance, are exempted from the operation of sections 157 to 162 of article 81 of the public general laws, title "Revenue and Taxes."

## ELECTION DISTRICTS.

P. L. L., (1860,) art. 4, sec. 30.

**69.** Calvert county is divided into three election districts, according to their present bounds and limits, in each of which districts all elections for public officers shall be held, at the place now established by law.

1872, ch. 77.

**70.** The county commissioners are authorized to redistrict or increase the number of election precincts in said county if in their judgment it may seem needful and necessary.

1886, ch. 189.

**71.** It shall not be lawful for any person in Calvert county to carry, on the days of election and primary election, within three hundred yards of the polls, secretly or otherwise, any gun, pistol, dirk, dirk-knife, razor, billy or bludgeon; and any person violating the provisions of this section shall be deemed guilty of a misdemeahor, and on conviction thereof by the circuit court for Calvert county, or before any justice of the peace in said county, shall be fined not less than ten nor more than fifty dollars for each offence, and on refusal or failure to pay said fine, shall be committed to the jail of the county until the same is paid.

Ibid.

**72.** The fines collected under the preceding section shall be paid by the officer collecting the same to the school commissioners of the county for school purposes.

Ibid.

**73.** Any constable of said county, or the sheriff thereof, who shall refuse to arrest any person violating section 71, upon information of such offence, shall be deemed guilty of a misdemeanor, and on conviction thereof before the circuit court for Calvert

# REPORT

OF THE

# BOARD OF
# PARK COMMISSIONERS

OF THE

# CITY OF ROCHESTER, N. Y.

1888 to 1898.



WARREN · H · MANNING

Digitized by Google

# PENAL ORDINANCES

Relating to the Use and Government of the Public Parks and Parkways of the City of Rochester.

———————

*Passed August 26, 1896.*

The Board of Park Commissioners of the city of Rochester do enact as follows :

#### DEFINITIONS.

SECTION 1.  The terms "parks" used herein shall be construed to include all lands and waters under the control of the Board of Park Commissioners of the city of Rochester, except parkways, and the term "said Board" shall be construed to mean the Board of Park Commissioners of said city.

#### GENERAL RULES AS TO USE OF PARKS.

SECTION 2.  The parks of the city of Rochester are for the benefit and pleasure of the public, and every person shall use said parks subject to the ordinances of said Board.

The roadways in the parks shall not be used by any vehicles except those employed for the purposes of pleasure ; the rides and bridle paths shall be used only by persons on horseback or bicycles, and the walks shall be used exclusively by pedestrians, except that baby carriages and invalid chairs and children's carts and tricycles may be propelled thereon

This section shall not apply to vehicles used by order of said Board.

The parks shall be closed from 11 o'clock P. M., until 5 o'clock A. M., during the summer season, and from 10 o'clock P. M., until 7 o'clock A. M., during the winter season ; and no persons except employes of said Board on duty, or members of said Board, shall go into, or remain in said parks, while closed.   The summer season shall be from April 1st until November 15th, and the winter season shall be from November 15th until April 1st.

#### ACTS PROHIBITED

SECTION 3.  No person shall commit any of the following acts within said parks :

1.  Commit any disorderly or immoral acts.
2.  Be intoxicated.
3  Throw stones or missiles



4   Utter loud or indecent language.
5.  Play any game of cards or chance.
6.  Tell fortunes.
7.  Beg.
8.  Publicly solicit subscriptions.
9   Drive or lead a horse not well broken.
10.  Allow any dog to run at large.
11   Throw or drain offensive substances into any park waters.
12.  Bathe in park waters without having the body concealed by suitable covering extending from the knees to the shoulders.

### ACTS PROHIBITED WITHOUT PERMISSION.

SECTION 4.   No person shall commit any of the following acts within said parks without the consent of said Board, or some duly authorized person.

1.  In any manner injure any tree, plant, grass, flower, fruit, turf or structure.
2.  Keep or offer anything for sale.
3.  Play any music.
4.  Post or display any sign, banner or advertisement.
5.  Deliver any public speech.
6.  Solicit passengers for any boat or vehicle for hire.
7.  Obstruct in any way a roadway or path
8.  Discharge any firearm or fireworks or send up any balloon.
9.  Permit any animal, except horses and dogs, to enter said parks.
10.  Ride or drive any animal or vehicle at a speed exceeding eight miles per hour.   This shall not apply to the vehicles of the fire or police departments, ambulances, nor vehicles used by physicians when actually engaged in responding to emergency calls or to driving on the " speedway " in Genesee Valley Park.
11.  Hold any picnic at a place not designated by said Board for that purpose.
12.  Hold any public meeting or engage in any marching or driving as members of a military, political or other organization.
13.  Conduct any funeral procession nor vehicle containing the body of a deceased person.
14.  Build any fire.
15.  Write, paint or carve on any tree, bench or structure.
16.  Climb any tree, nor tie any horse to a tree.
17.  Enter any place upon which the words "No Admittance" shall be displayed.
18.  Play baseball, tennis, nor any other game at a place not designated by said Board for that purpose.
19.  Take ice from any park waters.
20.  Fish in any park waters.
21.  Bathe in any place not designated by said Board for that purpose.

Digitized by Google

Add. 127

22. Enter nor leave said parks except at the established ways of entrance and exit.

23. Place or propel any boat or other craft upon park waters.

24. Land from any boat at a place not designated by said Board for that purpose.

25. Carry any flowers or shrubs, firearm, sling-shot, axe, saw, shovel or spade within the following parks, viz.: Genesee Valley Park, Highland Park, Seneca Park east and Seneca Park west.

26. Occupy in any way the slopes of the river banks.

27. Violate the regulations of said Board relating to any building or place.

28. Injure or unnecessarily disturb any fish, water fowl, birds or animals.

29. Injure any notice posted by order of said Board.

### DISPOSITION OF VAGRANT ANIMALS.

SECTION 5. Pounds for temporarily restraining animals found running at large within said parks shall be established at such places as the Superintendent of Parks may designate

All animals found running at large within said parks contrary to the ordinances of said Board, may be seized by any person and conducted to any one of such pounds. Upon the impounding of any animal within a park pound, it shall be the duty of the Superintendent of Parks forthwith to notify the keeper of the city pound, who shall at once take and dispose of such animal in the manner provided by the penal ordinance of the city of Rochester relating to the disposition of vagrant animals.

### PENALTY FOR VIOLATION OF PARK ORDINANCES.

SECTION 6. Any violation of these ordinances shall be deemed a misdemeanor, and shall be punishable by a fine of not less than five dollars nor more than one hundred dollars, and in default of the payment of such fine, any person so convicted may be imprisoned in the Monroe County Penitentiary for a period not exceeding thirty days, or by both such fine and imprisonment.

### FORMER ORDINANCES REPEALED.

SECTION 7. The ordinances of said Board, passed January 26, 1891, and all ordinances inconsistent herewith, are hereby repealed.

Digitized by Google

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg

# ANNUAL REPORTS

OF THE

# CITY OFFICERS AND CITY BOARDS

OF THE

# CITY OF SAINT PAUL,

FOR THE FISCAL YEAR ENDING DECEMBER 31, 1888.

GLOBE JOB OFFICE.
D. RAMALEY & SON, PRINTERS,
1889.

**Add. 129**

Digitized by Google

## RULES AND REGULATIONS OF THE PUBLIC PARKS AND GROUNDS
## OF THE CITY OF SAINT PAUL.

1.   No person shall drive or ride in any Park in the City of Saint Paul at a rate exceeding seven (7) miles per hour.

2.   No person shall ride or drive upon any other part of any Park than the avenues and roads.

3.   No coach or vehicle used for hire shall stand upon any part of any Park for the purpose of hire, unless licensed by the Board of Park Commissioners.

4.   No person shall indulge in any threatening or abusive, insulting or indecent language in any Park.

5.   No person shall engage in any gaming nor commit any obscene or indecent act in any Park.

6.   No person shall carry firearms or shoot birds in any Park or within fifty yards thereof, or throw stones or other missiles therein.

7.   No person shall disturb the fish or water fowl in any pool or pond or birds in any part of any Park, or annoy, strike, injure, maim or kill any animal kept by direction of the Board of Park Commissioners, either running at large or confined in a close; nor discharge any fireworks, nor affix any bills or notices therein.

8.   No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, structures or statuary, or foul any fountain, well or spring within any Park.

9.   No person shall throw any dead animal or offensive matter, or substance of any kind into any lake, stream or pool, within the limits of any Park.

10.   No person shall go in to bathe within the limits of any Park.

11.   No person shall turn cattle, goats, swine, horses, dogs or other animals loose in any Park, nor shall any animals be permitted to run at large therein.

12.   No person shall injure, deface or destroy any notices, rules or regulations for the government of any Park, posted or in any other way fixed by order or permission of the Board of Park Commissioners within the limits of any Park.

13.   Complaints against any employe of any Park may be made at the office of the Superintendent of Parks.

14   No person shall use any Park drive for business purposes, or for the transportation of farm products, dirt or any like material, or for the passage of teams employed for such purposes.

Any person who shall violate any of the foregoing rules and regulations shall be guilty of a misdemeanor, and for each and every offense shall be fined not less than the sum of Five Dollars ($5), nor more than Fifty Dollars ($50), which sum shall be paid into the city treasury for park purposes.

JOHN D. ESTABROOK,

Superintendent.

Digitized by Google

USCA4 Appeal: 23-1719   Doc: 41   Filed: 09/19/2023   Pg: 142 of 439

[Published by Authority.]

# THE

# REVISED ORDINANCES

OF

# Salt Lake City,

*Ordinances, etc.*

WITH THE

# CITY CHARTER AND AMENDMENTS THERETO.

---

## FEBRUARY 14, 1888.

---

SALT LAKE CITY, UTAH:
PRINTED BY THE STAR PRINTING COMPANY.
1888.

**Add. 131**

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 143 of 439

CC
Salt Lake City
3
1888

**Add. 132**

44-158
Judah P. Benjamin

USCA4 Appeal: 23-1719   Doc: 41   Filed: 08/19/2023   Pg: 144 of 439

# CHAPTER XXVII.

### OF LIBERTY PARK.

1.  May or to control Park and appoint Keepers.   Keepers given police powers.
2.  When gates to be closed.
3.  Drays, trucks, etc., not to travel upon drives.
4.  Rate of speed.  Racing prohibited.
5.  Vending in Park prohibited.
6.  Injuring property.   Disturbance.   Animals trespassing, etc. Firearms.
7.  Rule in meeting vehicles.
8.  Associations, etc., to get permit.
9.  Penalty.

SECTION 1.  The Mayor shall have the control and charge of Liberty Park, and shall have power to appoint one or more Park Keepers, whose duties shall be to have charge of the Park ,under the Mayor's direction, and to see that the provisions of this chapter are carried into effect; and for that purpose they are hereby given police powers and authorized to arrest any person violating any of the provisions of this chapter.

*Mayor to control Park and appoint Keepers.*

*Keepers given police powers.*

SEC. 2.  All the gates of Liberty Park shall be closed at nine o'clock each evening; and all travel on the roads of said Park, or other use of the grounds between nine o'clock P. M. and five o'clock A. M., shall be unlawful except by permission of the Mayor.

*When gates to be closed.*

SEC. 3.  No dray, truck, wagon, cart or other vehicle carrying, or if not carrying, employed regularly in carrying goods, merchandise, manure, soil or other article of commerce or trade, shall be allowed to travel upon the drives of said Park.

*Drays, trucks, etc., not to travel upon drives.*

SEC. 4  All persons are hereby prohibited from riding or driving upon the roads within said

*Rate of speed.*

**Add. 133**

USCA4 Appeal: 23-1719   Doc: 41   Filed: 09/19/2023   Pg: 145 of 439

Park at a rate of speed exceeding eight miles per hour, and it shall be unlawful for two or more persons to engage in racing with animals in said Park except by consent of the Keeper thereof.

*Racing prohibited.*

SEC. 5.   No person shall vend or sell, or offer to vend or sell any article or thing whatever within said Park without the consent of the City Council.

*Vending in Park prohibited.*

SEC. 6.   No person shall, within Liberty Park, cut, break, or in any way injure or deface any trees, shrubs, plants, buildings, fences or property of any kind; or indulge in noisy, boisterous, riotous, or indecent behavior, or use any boisterous or offensive language; or, except authorized by the Mayor:   1—Let loose any cattle, horses, goats, sheep or swine.   2—Drive a herd of said animals through the grounds.   3—Carry or discharge firearms.   4—Camp, lodge or tarry over night. 5—Ride or drive any horse or other animal, with or without vehicle, elsewhere than on the roads or drives for such purposes provided.   6—Catch or kill any birds or fish of any kind.

*Injuring property.*

*Disturbance.*

*Animals trespassing, etc.*

*Firearms.*

SEC. 7.   All persons in riding or driving in said Park, when meeting other animals or vehicles, shall pass to the right.

*Rule in meeting vehicles.*

SEC. 8.   When any company or association of persons exceeding fifty in number desire to resort to the Park for any lawful purpose, they, or one representing them, shall first get the permission of the Mayor.

*Associations, etc., to get permit.*

SEC. 9.   Any person violating any of the provisions of this chapter shall, upon conviction, be liable to a fine of not to exceed fifty dollars.

*Penalty.*

**Add. 134**

# SESSION LAWS

OF THE

## FIFTEENTH

# LEGISLATIVE ASSEMBLY

OF THE

## TERRITORY OF ARIZONA.

———

SESSION BEGUN ON THE TWENTY-FIRST DAY
OF JANUARY, A. D. 1889.

**Add. 135**

16                         LAWS OF ARIZONA.

SEC. 3.    This Act shall take effect from and after its passage.

Approved March 18, 1889.

———

No. 12.                     AN ACT

Concerning the Transaction of Judicial Business on Legal Holidays.

*Be it enacted by the Legislative Assembly of the Territory of Arizona:*

SECTION 1.    No Court of Justice shall be open, nor shall any Judicial business be transacted on any Legal Holiday, except for the following purposes :

1.    To give, upon their request, instructions to a Jury when deliberating on their verdict.

2.    To receive a verdict or discharge a Jury.

3.    For the exercise of the powers of a magistrate in a criminal action, or in a proceeding of a criminal nature; provided, that the Supreme Court shall always be open for the transaction of business; and provided further, that injunctions, attachments, claim and delivery and writs of prohibition may be issued and served on any day.

SEC. 2.    All Acts and parts of Acts in conflict with this Act are hereby repealed.

SEC. 3.    This Act shall be in force and effect from and after its passage.

Approved March 18, 1889.

———

No. 13.                     AN ACT

Defining and Punishing Certain Offenses Against the Public Peace.

*Be it Enacted by the Legislative Assembly of the Territory of Arizona:*

SECTION 1.    If any person within any settlement, town, village or city within this Territory shall carry on or about his person, saddle, or in his saddlebags, any pistol, dirk, dagger, slung shot, sword cane, spear, brass knuckles, bowie knife, or any other kind of knife manufactured or sold for purposes of offense or defense, he shall be punished by a fine of not less than twenty-five nor more than one hundred dollars; and in addition thereto, shall forfeit to the County in which he is convicted, the weapon or weapons so carried.

SEC. 2.    The preceding article shall not apply to a person in actual service as a militiaman, nor as a peace officer

**Add. 136**

or policeman, or person summoned to his aid, nor to a revenue or other civil officer engaged in the discharge of official duty, nor to the carrying of arms on one's own premises or place of business, nor to persons traveling, nor to one who has reasonable ground for fearing an unlawful attack upon his person, and the danger is so imminent and threatening as not to admit of the arrest of the party about to make such attack upon legal process.

SEC. 3.   If any person shall go into any church or religious assembly, any school room, or other place where persons are assembled for amusement or for educational or scientific purposes, or into any circus, show or public exhibition of any kind, or into a ball room, social party or social gathering, or to any election precinct on the day or days of any election, where any portion of the people of this Territory are collected to vote at any election, or to any other place where people may be assembled to minister or to perform any other public duty, or to any other public assembly, and shall have or carry about his person a pistol or other firearm, dirk, dagger, slung shot, sword cane, spear, brass knuckles, bowie knife, or any other kind of a knife manufactured and sold for the purposes of offense or defense, he shall be punished by a fine not less than fifty nor more than five hundred dollars, and shall forfeit to the County the weapon or weapons so found on his person.

SEC. 4.   The preceding article shall not apply to peace officers, or other persons authorized or permitted by law to carry arms at the places therein designated.

SEC. 5.   Any person violating any of the provisions of Articles 1 and 3, may be arrested without warrant by any peace officer and carried before the nearest Justice of the Peace for trial; and any peace officer who shall fail or refuse to arrest such person on his own knowledge, or upon information from some credible person, shall be punished by a fine not exceeding three hundred dollars.

SEC. 6.   Persons traveling may be permitted to carry arms within settlements or towns of the Territory for one-half hour after arriving in such settlements or town, and while going out of such towns or settlements; and Sheriffs and Constables of the various Counties of this Territory and their lawfully appointed deputies may carry weapons in the legal discharge of the duties of their respective offices.

SEC. 7.   It shall be the duty of the keeper of each and every hotel, boarding house and drinking saloon, to keep posted up in a conspicuous place in his bar room, or reception room if there be no bar in the house, a plain notice to travelers to divest themselves of their weapons in accordance with Section 9 of this Act, and the Sheriffs of the various Counties

18                    LAWS OF ARIZONA.

shall notify the keepers of hotels, boarding houses and drinking saloons in their respective Counties of their duties under this law, and if after such notification any keeper of a hotel, boarding house or drinking saloon, shall fail to keep notices posted as required by this Act, he shall, on conviction thereof before a Justice of the Peace, be fined in the sum of five dollars to go to the County Treasury.

SEC. 8.    All Acts or parts of Acts in conflict with this Act are hereby repealed.

SEC. 9.    This Act shall take effect upon the first day of Apr 1, 1889.

Approved March 18, 1889.

––––––––

No. 14.                    AN ACT

To Amend Paragraph 492, Revised Statutes.

*Be it Enacted by the Legislative Assembly of the Terrritory of Arizona:*

SECTION 1.    That Paragraph 492, Chapter 5, Title 13, of the R vised Statutes, be amended so as to read as follows: "If he fail to attend in person or by deputy any term of the District Court, the Court may designate some other person to perform the duties of District Attorney during his absence from Court, who shall receive a reasonable compensation to be certified by the Court, and paid out of the County Treasury, which the Court shall by order direct to be deducted from the salary of the District Attorney, if the absence of such Attorney is not excused by such Court."

SEC. 2.    That all Acts and parts of Acts in conflict with this Act be, and the same are, hereby repealed.

SEC. 3.    That this Act shall take effect and be in force from and after its passage.

Approved March 19, 1889.

––––––––

No. 15.                    AN ACT

To Provide for the Payment of Boards of Supervisors of the Counties within the Territory of Arizona.

*Be it Enacted by the Legislative Assembly of the Territory of Arizona:*

SECTION 1.    Each member of the Board of Supervisors within this Territory shall be allowed as compensation for their services Five Dollars per day for each day's actual attendance at the sitting of said Board, at which sitting any County business is transacted; and twenty cents per mile actually traveled

**Add. 138**

# A DIGEST

OF THE

# Laws and Ordinances

FOR THE GOVERNMENT OF THE MUNICIPAL
CORPORATION OF THE

## CITY OF HARRISBURG *Pa. Ordinances, etc.*

### PENNSYLVANIA

IN FORCE AUGUST 1, A. D. 1906



PUBLISHED BY AUTHORITY OF CITY COUNCILS

---

### PART I.

By LOUIS RICHARDS, ESQUIRE
of the Berks County Bar

### PART II.

By JAMES M. LAMBERTON, ESQUIRE
of the Dauphin County Bar

---

NEWARK, N. J.
SONEY & SAGE
1906

1698
APR 15 1908
YALE LAW LIBRARY.

**Add. 139**

# DIGEST OF THE ORDINANCES

OF THE

# CITY OF HARRISBURG

## AND SPECIAL ACTS OF ASSEMBLY RELATING THERETO.

COMPILED BY

### JAMES M. LAMBERTON, Esquire.

(317)

*of the same,* That permission be and the same is hereby granted to the Keystone Chapter of the Pennsylvania Society of the Daughters of 1812 to place in Lincoln Park a large boulder, appropriately inscribed, to perpetuate the memory of Ferdinand Durang. 1 April, 1902. C, 231.

**Grass plots.**

9. That the Harrisburg park commission be and it is hereby directed to construct, take charge and maintain all grass plots duly authorized, and which may hereafter be authorized to be constructed within the curb lines of city streets, and exercise jurisdiction over said grass plots in the same manner as if they were parts of the public park system of the city. 23 July, 1904. D, 106, §1.

**Property for park purposes may be acquired; Unused ducts in city's conduit may be leased.**

10. That the Harrisburg park commission be, and the same is hereby authorized to procure, by lease, real property for public park purposes, subject to the approval of councils by joint resolution as to the terms and conditions thereof; and also to lease or let the unused ducts in the city's conduit, along Front and Market streets, upon such terms and conditions as may likewise be approved by councils. 19 June, 1906. D, 481, §1.

**Repeal.**

10a. That all ordinances, or parts of ordinances, in conflict herewith be, and the same are hereby repealed. Id., §2.

**Park Rules.**

11. The following sections are published in pursuance of Article VI, Section 8, of the Act of Assembly, approved the 23d day of May, A. D. 1889, entitled "An act providing for the incorporation and government of cities of the third class."

Section 1. The term "parks" used herein shall be construed to include all lands and waters under the control of the Harrisburg park commission, or that may come under its control while these regulations are in force.

The term "commission" shall refer to the Harrisburg park commission.

Section 2. The parks of the City of Harrisburg are for the benefit and pleasure of the whole public, and all persons who use said parks shall be subject to the rules of the park commission.

The roadways in the parks shall not be used by any vehicles except those employed for purposes of pleasure or recreation and by pleasure-seekers on horseback.

The walks and foot-bridges shall be used exclusively by pedestrians, except that baby carriages, invalid chairs and childrens' carts may pass thereon, but loafing or prolonged standing shall not be allowed on the same.

This section shall not apply to vehicles used by order of the commission.

Automobiles may be forbidden to run in all or part of any park

468        PARK COMMISSION AND PARKS.

or parkway at the option of the commission, which shall in that case post legible notices at the entrances of said park or parkway.

The parks shall be closed from twelve o'clock midnight, till sunrise, and all persons found lounging between these hours may be arrested for trespass.

Section 3. No person shall commit any of the following acts within the parks or parkways:

1. Commit any disorderly or immoral acts.
2. Be intoxicated.
3. Throw stones or missiles.
4. Utter loud, profane, offensive or indecent language.
5. Play any game of cards or chance.
6. Tell fortunes.
7. Beg.
8. Publicly solicit subscriptions.
9. Drive or lead a horse not well broken.
10. Allow any dog or horse to run at large.
11. Throw, deposit or drain any offensive substance of any kind on or into any park, parkway, fountain, spring or other park water-way, or deposit waste paper, fruit, refuse, lunch baskets or other refuse in any place save the receptacles therefor.
12. Sell any intoxicating liquors in any park or along any parkway.
13. Bathe in park waters, without having the body concealed by suitable covering, extending from the knees to the shoulders.

Section 4. No person shall commit any of the following acts within said park or parkways, without the previously obtained consent of the commission:

1. In any manner pull, injure or break any flower, fruit, plant, tree, grass, turf, pump or water fixtures, or other structure.
2. Write, paint or carve on any tree, bench or structure.
3. Climb any tree, or tie any horse to a tree.
4. Carry or discharge any firearms or fireworks or send up any balloon.
5. Ride or drive any animal or vehicle at a speed exceeding eight miles per hour. This shall not apply to the vehicles of the fire or police departments, ambulances or vehicles used by physicians when actually engaged in responding to emergency calls.
6. Permit any animal except horses and led dogs to enter said parks.
7. Obstruct in any way a roadway or path.
8. Carry any flowers or shrubs, firearms, sling-shot, ax, saw, shovel or spade within reservoir park.
9. Keep or offer anything for sale.
10. Post or display any sign, banner or advertisement.
11. Play any music.
12. Deliver any public speech.
13. Hold any public meeting or engage in any marching or driving, as members of a military, political or other organization.
14. Conduct any funeral procession or vehicles containing the body of a deceased person.

**Add. 142**

15. Solicit or invite passengers for hire for any boat or vehicle.

16. Build any fire.

17. Take any ice from any park waters.

18. Fish in any park waters.

19. Enter any place where the words "No Admittance" or "Keep Off" shall be displayed.

20. Enter or leave except at the established ways of entrance and exit.

21. Place or propel any boat or other craft upon park waters.

22. Land from any boat at a place not designated by said commission for that purpose.

23. Injure or unnecessarily disturb any fish, water fowl, birds or animals.

24. Occupy in any way the slopes of the river park, except as a landing place.

25. Hold any picnic at a place not designated for that purpose.

26. Play baseball, tennis nor any other game or sport at a place not designated for that purpose.

27. Bathe in any place not designated by the commission.

28. Violate the regulations relating to the use of any building or place.

29. Injure any notice posted by order of said commission.

Section 5. Any person violating any of the foregoing rules and regulations shall, upon conviction thereof before the mayor or any alderman of the city, be sentenced to pay a fine of not more than fifty dollars ($50) and the costs of prosecution, and in default of the payment thereof be imprisoned in the jail of Dauphin county for a period not exceeding thirty (30) days.  14 Sept., 1905. D, 421.

## Passenger Railways.

### [See STREETS—SUBWAYS.]

Acceptance of ordinance, &c., 16.
Consent of city, certificate, 11.
Consent of city, how given, 12.
Construction regulated, 13, 14.
Dirt, snow, &c., not to be piled on streets, 1.
Highways to be put in good condition, promptly, 9.
Operations regulated, 15.
Penalty for failing to clear and sweep highways, 6.

Penalty for piling dirt, snow, &c., on streets, 2.
Penalty for violating ordinance as to construction, &c., 13, 14, 15.
Penalty for violating ordinance as to rails, &c., 10.
Repeal, 4, 17.
Solid grooved rail to be used, 7, 8.
Snow, dirt, &c., on streets, 1.
Snow to be removed, 5.
Supervisors to enforce ordinance, 3.

**Railway companies forbidden to place piles of snow, &c., on streets.**

1. That from and after the passage of this ordinance it shall be unlawful for any passenger or other railway company to place, or cause to be placed, any heap or heaps, or piles of ice, snow or dirt or other rubbish, upon any street or avenue in the City of Harrisburg traversed by said railways. 5 Feb., 1887.  4, 133, §1.

**Penalty.**

2. Any officer or employe of any of said railway companies, whose duty it shall be to superintend the tracks of said companies, who, on notice from either of the supervisors, shall refuse or

*olumbia, Mo.*

# GENERAL ORDINANCES, etc.

OF THE

# TOWN OF COLUMBIA,

IN

## BOONE COUNTY, MISSOURI,

REVISED, PUBLISHED AND PROMULGATED BY
AUTHORITY OF THE BOARD OF TRUS-
TEES OF SAID TOWN, IN
THE YEAR 1890.

———————

TO WHICH ARE APPENDED

THE PROVISIONS OF THE STATE CONSTITUTION RE-
SPECTING MUNICIPAL CORPORATIONS; ALSO THE
GENERAL AND SPECIAL CHARTERS
OF SAID TOWN.

———————

REVISED BY LEWIS M. SWITZLER.

———————

COLUMBIA, MO.:
STATESMAN BOOK AND JOB OFFICE PRINT.
1890.

**Add. 144**

Digitized by Google

or spirituous liquors, or any composition of which fermented, vinous or spiritous liquors form a part. *Provided,* that this section shall not be so construed as to prevent any druggist from selling or giving away, in good faith, wine for sacramental purposes, or alcohol for art, mechanical or scientific purposes on the applicant therefor, and seller thereof, complying with the laws of this state in such case made and provided; nor to prevent the selling or giving away by druggists of alcohol, or intoxicating liquors, on a written prescription, dated and signed, first had and obtained from some regularly registered and practising physician, and then only when such physician shall state in such prescription the name of the person for whom the same is prescribed and that such intoxicating liquor is prescribed as a necessary remedy in such case.

Sec. 159.  Any person who shall sell or give away, to any person already intoxicated, any intoxicating liquor shall be deemed guilty of a misdemeanor and be fined if a druggist selling or giving away on prescription, not less than twenty-five dollars; if any other person, not less than forty dollars.

Passed May 22, 1890.

## CHAPTER XVII.

### CARRYING CONCEALED WEAPONS—FIRING GUNS, PISTOLS, FIRE CRACKERS, ETC.

*Be it ordained by the Board of Trustees of the Town of Columbia as follows:*

Sec. 160.  Any person who shall fire or discharge, or who shall cause the same to be done by any person under his authority or control, any gun, pistol, cannon, anvil, or any device or contrivance, charged with any explosive, shall be deemed guilty of a misdemeanor and on conviction be fined not less than ten dollars for each offense.

Sec. 161.  Any person who shall ignite or explode any explosive compound, or suffer the same to be done by any person under his control, or who shall fire, or cause to be fired or exploded, or suffer the same to be done by any person under his control, any fire cracker, or crackers, Roman candles, rockets, torpedoes, squibs, or any other kind of fireworks whatever, shall be deemed guilty of a misdemeanor and on conviction be fined not less than five dollars for each offense.

Digitized by Google

Sec. 162.   Any person who shall be guilty of carrying concealed upon or about his person any pistol, bowie knife, dirk, dagger, slung shot, or other deadly or dangerous weapon, shall be deemed guilty of a misdemeanor, and upon conviction shall be fined not less than twenty-five nor more than one hundred dollars for every such offense.

Sec. 163.   Any person who shall go into any church, or place where people have assembled for religious worship; or into any school room, or place where people are assembled for educational, literary or social purposes; or into any court room, during the sitting of court, or to any election precinct on any election day; or into any other public assemblage of persons met for any lawful purpose, other than for military drill, or meetings, called under the militia laws of this state, carrying concealed or in sight upon or about his person, any fire arms or other deadly or dangerous weapon, shall be deemed guilty of a misdemeanor, and upon conviction shall be fined not less than one hundred nor more than one hundred and fifty dollars for ever such offense.

Sec. 164.   Any person who shall be guilty of exhibiting any fire arms, or other deadly or dangerous weapon in a rude, angry, or threatening manner; or who shall carry any such weapon upon or about his person when intoxicated or under the influence of intoxicating drinks, shall be deemed guilty of a misdemeanor, and shall upon conviction be fined not less than fifty dollars for every such offense.

*Provided,* that the three last preceding sections shall not apply to police officers, nor to any officer whose duty it is to execute process or warrants, or to suppress breaches of the peace, or make arrests, nor to any posse when lawfully summoned and on duty; nor shall section 162 apply to persons moving or traveling peaceably through the state.

Passed May 22, 1890.

Digitized by Google

# THE

# STATUTES OF OKLAHOMA

## 1890.

Compiled under the supervision and direction of Robert Martin,
Secretary of the Territory,

—BY—

WILL T. LITTLE,  L. G. PITMAN and R. J. BARKER,

—FROM—

The Laws Passed by the First Legislative Assembly of the Territory.

GUTHRIE, OKLAHOMA:
THE STATE CAPITAL PRINTING CO.,
PUBLISHERS.
1891.

Add. 147

CRIMES AND PUNISHMENT. 495

(2430) § **6.** Every person who, with intent to extort any money or other property from another, sends to any person any letter or other writing, whether subscribed or not, expressing or implying, or adapted to imply, any threat, such as is specified in the second section of this article, is punishable in the same manner as if such money or property were actually obtained by means of such threat.

Chap. 25.
Sending threatening letter.

(2431) § **7.** Every person who unsuccessfully attempts by means of any verbal threat such as is specified in the second section of this article, to extort money or other property from another is guilty of a misdemeanor.

Attempting to export money.

ARTICLE 47.—CONCEALED WEAPONS.

SECTION.
1. Prohibited weapons enumerated.
2. Same.
3. Minors.
4. Public officials, when privileged.
5. Arms, when lawful to carry.

SECTION.
6. Degree of punishment.
7. Public buildings and gatherings.
8. Intent of persons carrying weapons.
9. Pointing weapon at another.
10. Violation of certain sections.

(2432) § **1.** It shall be unlawful for any person in the Territory of Oklahoma to carry concealed on or about his person, saddle, or saddle bags, any pistol, revolver, bowie knife, dirk, dagger, slung-shot, sword cane, spear, metal knuckles, or any other kind of knife or instrument manufactured or sold for the purpose of defense except as in this article provided.

Prohibited weapons enumerated.

(2433) § **2.** It shall be unlawful for any person in the Territory of Oklahoma, to carry upon or about his person any pistol, revolver, bowie knife, dirk knife, loaded cane, billy, metal knuckles, or any other offensive or defensive weapon, except as in this article provided.

Same.

(2434) § **3.** It shall be unlawful for any person within this Territory, to sell or give to any minor any of the arms or weapons designated in sections one and two of this article.

Minors.

(2435) § **4.** Public officers while in the discharge of their duties or while going from their homes to their place of duty, or returning therefrom, shall be permitted to carry arms, but at no other time and under no other circumstances: *Provided, however,* That if any public officer be found carrying such arms while under the influence of intoxicating drinks, he shall be deemed guilty of a violation of this article as though he were a private person.

Public officials, when privileged.

(2436) § **5.** Persons shall be permitted to carry shot-guns or rifles for the purpose of hunting, having them repaired, or for killing animals, or for the purpose of using the same in public muster or military drills, or while travelling or removing from one place to another, and not otherwise.

Arms, when lawful to carry.

(2437) § **6.** Any person violating the provisions of any one of the foregoing sections, shall on the first conviction be adjudged guilty of a misdemeanor and be punished by a fine of not less than twenty-five dollars nor more than fifty dollars, or by imprisonment in the county jail not to exceed thirty days or both at the discretion of the court. On the second and every subsequent con-

Degree of punishment.

**Chap. 25.** viction, the party offending shall on conviction be fined not less than fifty dollars nor more than two hundred and fifty dollars or be imprisoned in the county jail not less than thirty days nor more than three months or both, at the discretion of the court.

**Public buildings and gatherings.** (2438) § **7.** It shall be unlawful for any person, except a peace officer, to carry into any church or religious assembly, any school room or other place where persons are assembled for public worship, for amusement, or for educational or scientific purposes, or into any circus, show or public exhibition of any kind, or into any ball room, or to any social party or social gathering, or to any election, or to any place where intoxicating liquors are sold, or to any political convention, or to any other public assembly, any of the weapons designated in sections one and two of this article.

**Intent of persons carrying weapons.** (2439) § **8.** It shall be unlawful for any person in this Territory to carry or wear any deadly weapons or dangerous instrument whatsoever, openly or secretly, with the intent or for the avowed purpose of injuring his fellow man.

**Pointing weapons at another.** (2440) § **9.** It shall be unlawful for any person to point any pistol or any other deadly weapon whether loaded or not, at any other person or persons either in anger or otherwise.

**Violation of section seven.** (2441) § **10.** Any person violating the provisions of section seven, eight or nine of this article; shall on conviction, be punished by a fine of not less than fifty dollars, nor more than five hundred and shall be imprisoned in the county jail for not less than three not more than twelve months.

## ARTICLE 48.—FALSE PERSONATION AND CHEATS.

SECTION.
1.  False impersonation, punishment for.
2.  False impersonation and receiving money.
3.  Personating officers and others.
4.  Unlawful wearing of grand army badge.
5.  Fines, how paid.
6.  Obtaining property under false pretenses.

SECTION.
7.  False representation of charitable purposes.
8.  Falsely representing banking corporations.
9.  Using false check.
10.  Holding mock auction.

**Punishment for false impersonation.** (2442) § **1.** Every person who falsely personates another, and in such assumed character, either:

First.   Marries or pretends to marry, or to sustain the marriage relation toward another, with or without the connivance of such other person; or,

Second.   Becomes bail or surety for any party, in any proceeding whatever, before any court or officer authorized to take such bail or surety; or,

Third.   Subscribes, verifies, publishes, acknowledges or proves, in the name of another person, any written instrument, with intent that the same may be delivered or used as true; or,

Fourth.   Does any other act whereby, if it were done by the person falsely personated, he might in any event become liable to any suit or prosecution, or to pay any sum of money, or to incur any charge, forfeiture or penalty, or whereby any benefit might accrue to the party personating, or to any other person.

# CITY OF TRENTON,

## NEW JERSEY.

———————

# CHARTER AND ORDINANCES;

ALSO CERTAIN

## ACTS OF THE LEGISLATURE RELATING

## TO MUNICIPAL DEPARTMENTS,

AND

## A TABLE OF CASES CITED IN THE FOOT NOTES.

———————

**Revised, Compiled and Published**

**BY ORDER OF THE COMMON COUNCIL.**

———————

TRENTON, N. J.:
THE JOHN L. MURPHY PUBLISHING CO., PRINTERS.
1903.

**Add. 150**

to the amount to be raised by taxes in said city; and said portion of the principal so raised shall be paid yearly to the sinking fund commission of the city of Trenton, to be used exclusively for the liquidation of said bonds; *provided, however,* that whenever the amount of moneys in the hands of said commission shall be sufficient for the redemption of said bonds, no further sums shall be raised by taxation.

**When to take effect.**

9. That this ordinance shall take effect immediately.

**An Ordinance providing for the government and protection of public parks and squares of the city of Trenton.**

**Vol. 6, p. 181.**

Approved June 26th, 1890.

*The Inhabitants of the City of Trenton do ordain:*

**Rate of speed for driving or riding.**

1. No one shall drive or ride in Cadwalader park at a rate exceeding seven miles an hour.

**Driving, where allowed.**

2. No one shall ride or drive in or upon any of the public squares of this city or upon any other part of said park than upon its avenues and roads.

**What vehicles not allowed in park.**

3. No vehicle of burden or traffic shall pass through said park.

**How persons shall enter.**

4. No person shall enter or leave said park or squares except by such gates or avenues as may be for such purpose arranged.

**Wagons not to stand in park for hire.**

5. No coach or vehicle used for hire shall stand upon any part of said park for the purpose of hire.

**No threatening language to be used.**

6. No person shall indulge in any threatening, abusive, insulting or indecent language in said park or squares.

**No obscene act to be permitted.**

7. No person shall engage in any gaming nor commit any obscene or indecent act in the said park or squares.

**No person to carry firearms.**

8. No person shall carry firearms or shoot birds in said park or squares, or within fifty yards thereof, or throw stones or other missiles therein.

**No person to annoy any of the animals.**

9. No person shall disturb the fish or water fowl in the pools, ponds or other waters, or birds in any part of said park or squares, or annoy, strike, injure, maim or kill any animal kept by direction of common council or the park committee thereof, either running at large or confined in a close, nor discharge any fireworks nor affix any bills therein.

**Not to deface trees or buildings.**

10. No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, turf, or any of the

**Add. 151**

Digitized by Google

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg

outbuildings, fences, bridges, structures or statuary, or foul any fountains or springs within said park or squares.

11. No person shall throw any dead animal or offensive matter or substance of any kind into any pool, pond or other waters within the boundaries of said park or squares. *(Not to throw any offensive matter in water.)*

12. No person shall go into bathe within said park. *(Bathing prohibited.)*

13. No person shall turn cattle, goats, swine, horses, dogs or other animals loose in said park or squares. *(No animals to go loose in park.)*

14. No person shall injure, deface or destroy any notices, rules or regulations for the government of the said park or squares, posted or in any other way permanently fixed by order or permission of the common council or the park committtee thereof, within the limits of the same. *(Notices not to be defaced.)*

15. That for each and every violation of any of the foregoing provisions of this ordinance the person or persons so violating shall forfeit and pay a fine of ten dollars, to be enforced and collected according to law. *(Penalty.)*

**An Ordinance to name the Five Points "Monument Park."**

*The Inhabitants of the City of Trenton do ordain:*

1. That, the locality commonly known as the Five Points, being that portion of the city bounded and described by Pennington avenue on the north, Broad street on the east, the southerly line of the lands recently purchased by the city of Trenton for a public park, by an ordinance passed common council February twenty-first, one thousand eight hundred and ninety-three, entitled "An ordinance to authorize the purchase of lands for the purposes of a public park," on the south, and the line of North Warren street, on the west, shall be hereby designated and known as "Monument Park." *(Ordinance of June 28th, 1898, Sec. 1, Vol. 6, p. 411.)*

2. That all ordinances or parts of ordinances inconsistent herewith, be and the same are hereby repealed. *(Ib., ¿ 2.)*

Digitized by Google

*Parks. U.S:Lynn.*

# THIRD ANNUAL REPORT

OF THE

# PARK COMMISSIONERS

OF THE

# CITY OF LYNN

For the Year Ending December 20, 1891.



LYNN, MASS. :
WHITTEN & CASS, PRINTERS,
1892.

N. C.

Digitized by Google

**Add. 153**

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 165 of 439

## ORDINANCES.

The Board of Park Commissioners of the City of Lynn, by virtue of its authority to make rules for the use and government of the Public Parks of said City, and for breaches of such rules to affix penalties, hereby ordains that within the limits of Lynn Woods, except with the prior consent of the Board, it is forbidden :

1. To cut, break, injure, deface, defile or ill use any building, fence, or other construction, or any tree, bush or turf, or any other thing or property.

2. To have possession of any freshly-plucked tree or bush.

3. To throw stones or other missiles ; to discharge or carry firearms, except by members of the Police Force in the discharge of their duties ; to discharge or carry firecrackers, torpedoes or fireworks ; to make fires ; to have any intoxicating beverages ; to sell, to offer or expose for sale, any goods or wares ; to post or display signs, placards, flags, or advertising devices ; to solicit subscriptions or contributions ; to play games of chance, or have possession of instruments of gambling ; to utter profane, threatening, abusive or indecent language, or to do any obscene or indecent act ; to bathe or fish ; to solicit the acquaintance of, or follow, or otherwise annoy other visitors.

4. To allow cattle, horses, or other animals to pass over or stray upon the Park lands, provided that this shall not apply to those used for pleasure travel when on the ways or places provided and open for the purpose.

5. To drive a horse or horses at a rate faster than eight miles an hour.

6. To ride a horse at a rate faster than ten miles an hour.

7. To drive or ride any animal not well broken and under perfect control of the driver.

8. To play ball or other games or sports, except on grounds provided therefor.

9. To engage in conversation with men at work, or to obstruct, hinder or embarrass their movements.

Digitized by Google

10.  To refuse to obey the orders or requests of either of the
Commissioners, or of the Park Police, or other agents of the
Commissioners, and to refuse to assist them when required.

Any person wilfully doing either of the things above forbid-
den shall be punished by fine not exceeding twenty dollars.

Compliance with the foregoing regulations is a condition of the
use of these premises.

Digitized by Google

**Add. 155**

*Grand Rapids, Mich. Ordinances, etc.*

# Compiled Ordinances

### OF THE

# City of Grand Rapids,

Containing all Ordinances passed by the
Common Council of the City of Grand Rapids
in force June 1, 1915.

Compiled and Indexed
Under Authority of the Common Council
by

RAYMOND M. FERGUSON, City Attorney
Assisted by
FRANK E. SHAW, Assistant City Attorney

Add. 156

PUBLISHED BY AUTHORITY OF THE
COMMON COUNCIL

**DEC** 6   1923

**Add. 157**

Parks and Places in the City of Grand Rapids," passed March 8, 1873;

Also an ordinance entitled, "An Ordinance Relative to the Protection, Preservation and Use of Bridges Across Grand River in the City of Grand Rapids, belong to said city," passed June 21, 1873;

Also an ordinance entitled, "An Ordinance Relative to the Preservation of Public Property of the City of Grand Rapids," passed March 1, 1873;

Also other ordinances and parts of ordinances in anywise contravening the provisions of this ordinance.

**An Ordinance to Regulate the use of the Public Parks, Playgrounds and Boulevards of the City of Grand Rapids; and to Provide for the Preservation of Public Property Therein. Passed April 30, 1914.**

The Common Council of the City of Grand Rapids doth ordain:

### Destroying or Removing Public Property.

Sec. 555.(1). No person shall cut, mutilate, injure, overturn, remove or carry away any personal or real property of whatsoever nature, in, upon or belonging to any parks, playground, boulevard or public place in the City of Grand Rapids, or under its control, or in any street, avenue or highway, in or adjacent to, or around the same.

### Dogs in Parks.

Sec. 556 (2). No person shall permit any domestic animal to go, be, or run at large within such public place; and no dogs shall be permitted in any City Park or Playground. Owners of dogs shall be held responsible for the presence of their dogs in any of the City Parks and Playgrounds. Any person owning or harboring a dog which is permitted to be at large in any City Park or Playground in said City of Grand Rapids or under its control, and which shall disturb any birds or animals within said public places shall be deemed guilty of a violation of this ordinance and subject to a penalty herein imposed, and further any dog so disturbing any bird or animals in any such public places shall be liable to be immediately shot or put to death by any park officer.

## Disorderly Persons.

(b)  No person shall use any threatening, obscene, profane or indecent language in any such public place; or be guilty of any disorderly or indecent conduct; nor shall any intoxicated person be allowed in any such public place.

## Games.

(c)  No person shall indulge in any games, acts or demeanor calculating or tending to disturb the people attending any such public places; nor shall any person bring any beer, liquor or intoxicants into any such public place; and no person shall engage in any games of chance or cards, or shall drink any wines, beer, liquors or malts in any such public place.

## Rubbish.

(d)  No person or persons shall deposit any rubbish or refuse in or upon any such public places except the same be deposited in waste baskets provided for the purpose by the Board of Park and Cemetery Commissioners.

## Fire Arms.

(e)  No person shall carry any rifle, gun, or other fire-arm of any kind within the parks and playgrounds of the City of Grand Rapids; nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks, or things containing any substance of an explosive nature.

## Begging.

(f)  No person shall publicly beg, or solicit any subscriptions, or take up collections for any purpose whatsoever in any of the public parks or playgrounds.

## Advertising.

(g)  No person shall post, exhibit or distribute any advertisement, circular or handbill therein; nor shall any peddler or petty dealer sell, or in any manner dispose of any article in public park or playground unless he shall first obtain express permission so to do from the Board of Park and Cemetery Commissioners.

## Driving and Hitching.

(h)  No person shall fasten or hitch any animal to any tree,

USCA4 Appeal: 23-1719   Doc: 41   Filed: 09/19/2023   Pg: 171 of 439

fence or structure in the parks unless the same shall be designated and set aside for that purpose; nor shall any person ride or drive any animal or vehicle therein except upon the proper roadways, avenues and drives, and shall not drive therein at a speed exceeding ten miles an hour.

No person shall be permitted to drive any vehicle used for the transportation of merchandise or refuse, such as farm products, wood, coal, manure, lumber, dirt gravel, stone, building material, and others of like nature (except wagons carrying material for building and improvement within such parks, playgrounds, boulevards or places) in or through said parks, places or squares; and no cattle, sheep or other animals excepting horses, shall be led or driven through the parks; and no funeral procession shall be permitted in any such public places.

### Destroying Birds.

(i)   No person shall kill, disturb or molest any birds or bird's nest, or any fish or animal within, belonging to, or being in the parks.

### Picnics.

(j)   Picnics and social parties may be allowed by notifying the Superintendent, in such portions of said parks as shall be designated and set apart by the Board of Park and Cemetery Commissioners from time to time.

### Lecturing, Etc.

(k)   No person shall deliver any oration, address, speech, sermon or lecture therein unless he shall first have received permission from the Board of Park and Cemetery Commissioners; nor shall any public meeting or concert be held therein unless such leave is first obtained.

### Building or Place Marked "No Admission."

(l)   No person shall enter any building, enclosure or place upon which the words "No Admittance" or similar sign is posted.

### Pools, Lakes, Etc.

(m)   No basin, pool, lake or fountain shall be fouled by stone, wood, or any other substance; nor shall they be bathed in or waded in unless specially set apart for that purpose; and any body of water

which is set aside and designated as a wading pool, tank or swim-
ming pool within the aforesaid limits shall not be fouled by any
person; and it shall be unlawful for any person to expectorate in
such water or spit tobacco juice in the same, or blow his nose
therein, or commit any nuisance therein, or within the bathhouse
enclosures; and before any person shall bathe in any of the places
within the limits aforesaid, the officers or attendants having charge
of such swimming place are hereby empowered to cause said person
or persons to thoroughly cleanse their bodies by the use of shower
baths or such other methods as may be provided at such bathing
places. The Park Commissioners shall regulate the hours of bath-
ing, and make all rules and regulations necessary for the protection
of the public.

### Fires.

(n)   No person except employes under instruction shall build,
kindle or start any fires in any of the parks.

### Open From Sunrise to 9:00 P. M.

Sec. 557. (3)   The Public Parks and Playgrounds belonging to
said city shall be open to the public only between the hours of sun-
rise and 9 o'clock p. m. of each and every day, and it shall not be
lawful for any person or persons, except the persons or employes
in charge of such park to enter therein before the hour above named
for the opening of said park, or remain therein after the hour above
fixed for the closing thereof. Provided, however, That the Board
of Park and Cemetery Commissioners of said city shall have power
in their discretion, whenever the occasion may require it, to es-
pecially provide for all or any of said parks, playgrounds or swim-
ming pools being opened between the hours of 5 and 9 o'clock a.
m. and closed between the hours of 6 and 11 p. m.

### Penalty.

Sec. 558 (4)   Any person or persons who shall violate any of
the provisions or requirements of this ordinance, on conviction
thereof shall be punished by a fine of not less than one dollar or
more than one hundred dollars and the cost of prosecution, or by
imprisonment at hard labor in the common jail of Kent County,
in the discretion of the court or magistrate before whom the con-
viction may be had, for a period of not less than one day nor more
than thirty days; and in case such court or magistrate shall impose

USCA6 Appeal: 23-1719 Doc: 41 Filed: 09/19/2023 Pg: 173 of 439

only a fine and costs of prosecution, the offender may be imprisoned in the common jail of Kent County until the payment of such fine and costs, or for a period of not more than thirty days.

## Repealing Clause.

Sec. 559 **(5)**. An Ordinance (230) entitled "An Ordinance to regulate the use of the Public Parks of the City of Grand Rapids and to provide for the preservation of public property therein," passed and approved by the Common Council of the City of Grand Rapids, Michigan, in regular session held August 24, 1908, is hereby repealed.

## An Ordinance Relative to Cemeteries and the Protection Thereof and the Burial of the Dead in the City of Grand Rapids. Passed January 26, 1914.

The Common Council of the City of Grand Rapids doth ordain as follows:

## What Are Public Burial Grounds.

Sec. 560 **(1)**. All Cemeteries now owned or which may hereafter be acquired by the City of Grand Rapids, wherever situated, and all Cemeteries within the limits of said city, whether owned by said city or not, are hereby declared to be public burial grounds, and no person or persons, corporation, society or congregation shall locate or establish any other Cemetery within the limits of said city.

## No Interment in Any Place Other Than Cemetery.

Sec. 561 **(2)**. No interment of the body of any person shall be made in any other place than within a Cemetery devoted to that purpose.

## Trees, Shrubbery, Etc.

Sec. 562 **(3)**. No person nor persons shall cut, injure or remove any trees, shrubbery, gate, fence, post or steps, standing, growing or being in and upon any Cemetery or Cemetery grounds belonging to said city.

## Flowers, Etc.

Sec. 563 **(4)**. No person shall cut, remove, injure or carry away any flowers, trees, shrubs, plants or vines being or growing in and upon any Cemetery lot, or grounds used for Cemetery pur-

# PARK ORDINANCES.

SPRINGFIELD, MASS., May 2, 1891.

The Board of Park Commissioners of the City of Springfield, by virtue of its authority to make Rules for the use and government of the Public Parks of said city, and for breaches of such rules to affix penalties, hereby ordains that within the Public Parks, except with prior consent of the Board, it is forbidden: —

1. To cut, break, injure, deface, defile, or ill-use any building, fence, or other construction, or any tree, bush, plant, or turf, or any other thing or property of said city, or to have possession of any freshly plucked tree, bush, or plant, or part thereof.

2. To allow animals of any kind to pass over or stray upon the Park lands, provided this shall not apply to dogs when closely led by a cord or chain not more than six feet long.

3. To throw stones, balls, or other missiles; to discharge or carry firearms, fire-crackers, torpedoes, or fireworks; to make fires; to play musical instruments; to have any intoxicating beverages; to sell, offer, or expose for sale any goods or wares; to post or display signs, placards, flags or advertising devices; to solicit subscriptions or contributions; to play games of chance, or to have possession of instruments of gambling; to make orations, harangues, or loud outcries; to enter into political canvassing of any kind; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy other visitors.

4. To take birds, fish, or any live animal or birds' nest, or in any way interfere with cages, boxes, places, or inclosures for their protection.

5. To play ball or any other games in any Public Park except such portions thereof as may be set apart for that purpose.

6. To drive any carriage, cycle, cart, wheelbarrow, hand cart or horse, upon any Park except upon regular carriage roads, and no heavy teaming will be allowed whatsoever.

7. To drive or ride a horse or horses at a rate faster than eight miles an hour.

8. To drive or ride any horse or animal not well broken and under perfect control of the driver.

9. To ride a cycle at a rate faster than eight miles an hour.

10. To refuse to obey the orders or requests of either of the Commissioners, or of the Park Police or other agents of the Commissioners, and to refuse to assist them when required.   Any person willfully doing either of the things above forbidden, shall be punished by fine not exceeding twenty dollars.

*Compliance with foregoing regulations is a condition of the use of these premises.*

DANIEL J. MARSH, *President,*
ORICK H. GREENLEAF,
JOHN E. TAYLOR,                         *Park*
EVERETT H. BARNEY,                 *Commissioners.*
WILLIAM F. CALLENDER, *Secretary,*

**Add. 163**

Digitized by Google

# LAWS

—AND—

# ORDINANCES,

FOR THE GOVERNMENT OF THE MUNICIPAL CORPORATION OF THE

## CITY OF WILLIAMSPORT, PENNSYLVANIA,

IN FORCE APRIL 1st, 1891.



PUBLISHED BY AUTHORITY OF THE CITY COUNCILS.

## IN FOUR PARTS.

WILLIAMSPORT, PA.:

PENNSYLVANIA GRIT BOOK AND JOB PRINTING HOUSE.

1891.



REFORM CLUB,
Committee on
MUNICIPAL ADMINISTRATION.

Add. 164

140 ORDINANCES.

## AN ORDINANCE

Brandon Park *Prescribing the rules and regulations for the government and protection of Brandon Park, imposing penalties for the violation of the same, and closing part of Packer street.*

Regulations.　SECTION 1. *Be it ordained by the select and common councils of the city of Williamsport,* That the following rules and regulations be and are hereby established as the rules and regulations for the government and protection of Brandon Park, viz.:

Driving.　1. No person shall drive or ride in Brandon Park at a rate exceeding seven miles an hour.

Upon roads.　2. No person shall ride or drive upon any part of the park, except on the avenues and roads.

Vehicles prohibited.　3. No vehicle of burden or traffic shall be permitted within said park, except when employed in the business of the park.

Regulating speed.　4. No bicycles, tricycles or other vehicles of a similar nature, shall be driven at a greater speed than seven miles per hour in the park.

Law of road.　5. When carriages, bicycles, tricycles or equestrians meet, the parties respectively shall keep to the right as the law of the road.

Entrance and exit.　6. No person shall enter or leave the park except by such gates or avenues as may be for such purposes arranged.

Led horses.　7. No person shall bring or lead a horse or horses within the limits of the park not harnessed and attached to a vehicle, or mounted by an equestrian.

Animals at large.　8. No person shall turn cattle, goats, swine, horses, dogs or other animals loose into the park.

Shrubbery.　9. No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, flowers, fruit, turf, or any of the buildings, fences, bridges, structures or statuary, or foul any fountains or springs within the park, nor throw stones or rubbish of any kind into any lake or pond of the park, or bathe in the same.

Nuisances.　10. No person shall throw any dead animal or offensive matter or substance of any kind within the boundaries of the park.

Fish, etc.　11. No person shall disturb the fish or water fowl in the pool or pond, or birds in any part of the park, or annoy, strike, injure, maim or kill any animal kept by direction of the commissioners, either running at large or confined.

Trees.　12. No person shall attach a swing to, fasten a horse to, nor climb a tree in said park.

Bills and notices.　13. No person shall injure, deface or destroy any notices, rules or regulations for the government of the park posted or in any other manner permanently fixed by order or permission of the commissioners of the park, nor affix any bills or notices within the limits of the same.

Trade prohibited.　14. No person shall expose any article for sale within the park.

**Add. 165**



15.  No person shall have any musical or other entertain- Parades, etc., ment in the park, nor shall any parade or procession take prohibited. place in or pass through the park, nor shall any picnic, gathering or public meeting of any kind be permitted therein without the previous permission of the commissioners.

16.  No person shall engage in any play at base ball, Games prohibited. cricket, shinny, foot-ball, croquet, or at any other athletic games within the limits of the park, except on such grounds only as shall be specially designated for such purposes by the park commissioners.

17.  No person shall introduce any spirituous, malt or Liquors prohibited. brewed liquors into said park, either for his own use, to sell, or to give away, nor shall any intoxicated person enter or remain in said park.

18.  No person shall curse or swear or use threatening or Swearing. abusive language, or fight or throw stones, or behave in a riotous or disorderly manner in said park.

19.  No person shall indulge in any insulting or indecent Nuisances. language, or commit a nuisance in the park.

20.  No person shall engage in playing cards or gambling Gambling. in said park.

21.  No person shall carry fire-arms, or shoot in the park, Firearms. or discharge any fire-works, or throw stones or missiles therein.

SEC. 2.  Any person who shall violate any of said rules and Penalty. regulations shall be liable to a fine of not less than five dollars nor more than fifty dollars, to be recovered before any alderman of the city of Williamsport, with costs, together with judgment of imprisonment not exceeding thirty days, if the amount of said judgment and costs shall not be paid, which fines shall be paid into the city treasury for park purposes.

SEC. 3.  Packer street, where it passes through the park, is Street vacated. hereby abandoned as a public highway and declared to be a part of the park, subject to the rules and regulations adopted for its government and protection.

APPROVED—June 18th, 1890.

F. H. KELLER,
*Mayor.*

Digitized by Google

# THE ANNOTATED CODE

—OF THE—

## GENERAL STATUTE LAWS

—OF—

# THE STATE OF MISSISSIPPI,

——PREPARED BY——

R. H. THOMPSON, GEORGE G. DILLARD,
and R. B. CAMPBELL,

——AND——

Reported to and amended and adopted by the Legislature at its Regular
Session in 1892.

———————

PUBLISHED BY AUTHORITY OF THE LEGISLATURE.

———————

NASHVILLE, TENN.:
MARSHALL & BRUCE, LAW PUBLISHERS.
1892.

**Add. 167**

**1025** (2766). **The same; opening graves for certain purposes.**—Every person who shall open a grave or other place of interment with intent to move the dead body of any human being for the purpose of selling the same, or for the purpose of dissection, or to steal the coffin or any part thereof, or the vestments or other articles interred with the dead body, or any of them, shall, upon conviction, be punished by imprisonment in the penitentiary not exceeding two years, or in the county jail not more than six months, or by fine of not more than three hundred dollars, or both.

**1026** (2985). **Deadly weapons; carrying of concealed.** (Laws 1888, p. 89).—Any person who carries concealed, in whole or in part any bowie-knife, dirk-knife, butcher-knife, pistol, brass or metallic knuckles, slung-shot, sword, or other deadly weapon of like kind or description, shall be guilty of a misdemeanor, and, on conviction, shall be punished by a fine of not less than twenty-five dollars nor more than one hundred dollars, or be imprisoned in the county jail not less than one month nor more than three months, or both.

**1027. The same; not applicable to certain persons.**—Any person indicted or charged for a violation of the last section may show as a defense—

(*a*) That he was threatened, and had good and sufficient reason to apprehend a serious attack from an enemy, and that he did so apprehend; or

(*b*) That he was traveling and was not a tramp, or was setting out on a journey, and was not a tramp; or

(*c*) That he was a peace officer or deputy in the discharge of his duties; or

(*d*) That he was at the time in the discharge of his duties as a mail carrier; or

(*e*) That he was at the time engaged in transporting valuables for an express company or bank; or

(*f*) That he was in lawful pursuit of a felon.

And the burden of proving either of said defenses shall be on the accused.

The "traveling or setting out on a journey" in the statute means a travel of such distance as to take one beyond the circle of his friends and acquaintances. McGuirk v. State, 64 Miss., 209.

The pursuit of a fugitive daughter, begun without knowing where it will lead, is "traveling on a journey." Haywood v. State, 66 Miss., 402.

"Threatened with an attack" does not contemplate mere denunciation, but menace such as to cause a reasonable apprehension of an attack that might properly be resisted with the deadly weapon. Tipler v. State, 57 Miss., 685.

Even if the accused be "threatened" and entertain the "apprehension," it will be no defense if he carried the weapon for some other reason, and for some other purpose. McGuirk v. State, 64 Miss., 209.

The threats must not be too remote. McGuirk v. State, 64 Miss., 210.

The act of 1888, amendatory of the Code, 1880, on the subject of carrying weapons concealed, was ex post facto in its application to offenses previously committed. (1) It cut off a defense, and (2) it changed, but did not mitigate, the penalty. Lindsey v. State, 65 Miss., 542; Hodnett v. State, 66 Miss., 26.

The statute makes the fact of carrying a weapon concealed criminal, regardless of intent. Strahan v. State, 68 Miss., 347.

**1028** (2986). **The same; and cartridges not sold to infant or drunk person.**—It shall not be lawful for any person to sell, give, or lend to any minor or person intoxicated, knowing him to be a minor or in a state of intoxication, any deadly weapon, or other weapon the carrying of which concealed is prohibited, or pistol cartridge; and, on conviction thereof, he shall be punished by a fine not less than twenty-five dollars nor more than two hundred dollars, or imprisoned in the county jail not exceeding three months, or both.

**1029** (2987). **The same; father not to suffer infant son to have or carry.**—Any father who shall knowingly suffer or permit any son under the age of sixteen

years to have or to own, or to carry concealed, in whole or in part, any weapon the carrying of which concealed is prohibited, shall be guilty of a misdemeanor, and, on conviction, shall be fined not less than twenty dollars nor more than two hundred dollars, or may be imprisoned not more than sixty days in the county jail, or both.

**1030** (2988). **The same; college students not to have, etc.**—A student of any university, college, or school, who shall carry, bring, receive, own, or have on the campus, college or school grounds, or within two miles thereof, any weapon the carrying of which concealed is prohibited, or a teacher, instructor, or professor who shall knowingly suffer or permit any such weapon to be carried, or so brought, received, owned, or had by a student or pupil, shall be guilty of a misdemeanor, and, on conviction, be fined not exceeding three hundred dollars or imprisoned in the county jail not exceeding three months, or both.

**1031** (2804). **The same; exhibiting in rude, angry, or threatening manner, etc.**—If any person, having or carrying any dirk, dirk-knife, sword, sword-cane, or any deadly weapon, or other weapon the carrying of which concealed is prohibited, shall, in the presence of three or more persons, exhibit the same in a rude, angry, or threatening manner, not in necessary self-defense, or shall in any manner unlawfully use the same in any fight or quarrel, the person so offending, upon conviction thereof, shall be fined in a sum not exceeding five hundred dollars or be imprisoned in the county jail not exceeding three months, or both. In prosecutions under this section it shall not be necessary for the affidavit or indictment to aver, nor for the state to prove on the trial, that any gun, pistol, or other fire-arm was charged, loaded, or in condition to be discharged.

The omission of the word "manner," after the words "rude, angry, and threatening," in an indictment, is a formal defect, and may be amended as such. In such indictment it is unnecessary to aver that the defendant was "carrying" the weapon. Gamblin v. State, 45 Miss., 658.

**1032** (2769). **Disturbance of family; noises and offensive conduct.**—A person who willfully disturbs the peace of any family or person by an explosion of gunpowder or other explosive substance, or by loud or unusual noise, or by any tumultuous or offensive conduct, shall be punished by fine and imprisonment, or either; the fine not to exceed one hundred dollars, and the imprisonment not to exceed six months in the county jail.

What constitutes the offensive conduct, or the nature or character of the offensive conduct, should be stated in the affidavit or indictment. Finch v. State, 64 Miss., 461.

This section and the next one are intended to protect the peace of families. An affidavit or indictment averring the disturbance merely of an individual, charges no offense under either section. Brooks v. State, 67 Miss., 577.

**1033** (2770). **The same; using abusive, etc., language, etc.**—Any person who enters the dwelling-house of another, or the yard or curtilage thereof, or upon the public highway, or any other place near such premises, and in the presence or hearing of the family of the possessor or occupant thereof, or of any member thereof, or of any female, makes use of abusive, profane, vulgar, or indecent language, or is guilty of any indecent exposure of his person at such place, shall be punished for a misdemeanor.

Place is material. An indictment charging the use of abusive language in a yard, is not sustained by proof of its use near the yard. Quin v. State, 65 Miss., 479.

**1034** (2767). **Disturbance of worship; proceedings and penalty.**—If any person shall willfully disturb any congregation of persons lawfully assembled for reli-

USCA4 Appeal: 23-1719      Doc: 41      Filed: 09/19/2023      Pg: 181 of 439

# LAWS AND ORDINANCES

OF THE

# CITY OF PEORIA

## ILLINOIS



REVISED AND EDITED BY

## WILBERT I. SLEMMONS, ISRAEL C. PINKNEY

AND

## DANIEL F. RAUM

AND

# PUBLISHED BY AUTHORITY OF THE

# CITY COUNCIL

PEORIA
J. W. FRANKS & SONS, PRINTERS AND BINDERS
1892

SEP 1 3 1927

mitigated by any provision of this ordinance, such provision may, by the consent of the party affected, be applied to any judgment pronounced after this ordinance takes effect.

## ARTICLE 35.

### PARKS AND PUBLIC GROUNDS.

Section.
1721. Parks and Public Grounds—Superintendence of.
1722. Entrance and Egress.
1723. Animals Prohibited.
1724. Fire-arms, Missiles, etc.--Injury to Property.
1725. Sales--Peddling and Hawking—Prohibited.

Section.
1726. Indecent Words or Act—Fortune Telling—Gaming.
1727. Bill Posting Forbidden.
1728. Grass Not to be Trodden—Except.
1729. Police- Arrest of Offenders.
1730. Penalty.

---

**1721. Parks and Public Grounds—Superintendence of.]** § 1. The commissioner of public works of the city of Peoria, shall have supervision and control of all public parks, public squares, and public grounds, in the city of Peoria, and shall appoint such park janitors as the city council may authorize, and shall keep the fences thereof in repair, the walks in order, and the trees properly trimmed, and improve the same according to the plans approved by the city council.

**1722. Entrance and Egress.]** § 2. No person shall enter or leave any of the public parks, public squares, or public grounds of the city of Peoria, except by their gateways; and no person shall climb, or walk upon their walls or fences.

**1723. Animals Prohibited.]** § 3. Neither cattle, horses, goats, swine, or other animals, shall be turned into, or allowed in any of the parks, public squares, or public grounds, of the city of Peoria, by any person.

**1724. Fire Arms, Missiles, Etc.—Injury to Property.]** § 4. All persons are forbidden to carry fire arms, or to throw stones, or other missiles, within any of the public parks, public squares, or public grounds, within said city. All persons

are forbidden to cut, break, or in any way injure, or deface, the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other property, within or upon any of the public grounds heretofore mentioned.

**1725.  Sales, Peddling and Hawking Prohibited.]** § 5. No person shall expose any article or thing for sale upon any of said public parks, public squares or public grounds; nor shall any hawking, or peddling be allowed therein.

**1726.  Indecent Words or Acts—Fortune Telling— Gaming.]** § 6. No threatening, abusive, insulting, or indecent language shall be allowed in any part of said public grounds, whereby a breach of the peace may be occasioned. No person shall be allowed to tell fortunes, or play at any game of chance, or with any table or instrument of gaming, nor to do therein, any obscene or indecent act.

**1727.  Bill Posting Forbidden.]** § 7. No person shall post, or otherwise affix, any bills, notice, or other paper upon any structure or thing, within any of the said public grounds, nor upon any of the gates or enclosures thereof.

**1728.  Grass Not to be Trodden—Except.]** § 8. No person shall go upon the grass, lawn, or turf of the parks, except when and where the word " common" is posted; indicating that persons are at liberty, at that time and place, to go on the grass.

**1729.  Police—Arrest of Offender.]** § 9. Any member of the city police shall have power to arrest any person who shall not desist from any violation hereof, when directed, and cause him to be committed for examination.

**1730.  Penalty.]** § 10. Any person who shall violate any or either of the provisions, of any section, or clause of this chapter or article, or who shall neglect, or fail, or refuse, to comply with any or either of the requirements thereof, shall, on conviction, pay a fine of not less than five dollars, nor more than one hundred dollars.

# MUNICIPAL CODE

OF THE

# CITY OF SPOKANE

## WASHINGTON

TOGETHER WITH THE

# CITY CHARTER

AND AMENDMENTS, RULES OF THE CITY COUNCIL, AND LIST
OF FRANCHISE ORDINANCES

———————

REVISED, COMPILED AND CODIFIED BY

## E. O. CONNOR

OF THE SPOKANE BAR

———————

*PUBLISHED BY AUTHORITY OF CITY COUNCIL.*

———————

SPOKANE, WASH.:
THE INLAND PRINTING COMPANY
1903

**Add. 174**

THE INLAND PRINTING COMPANY
*Inland Press*
SPOKANE, WASHINGTON

FEB 18 1913

wise injure or destroy the turf thereof, or who shall willfully cut down, lap, girdle, break, destroy, injure, or carry away any timber or tree whatsoever, being on land not owned or controlled by such person or persons, or who shall cut, break, destroy or in any manner injure any goods, wares, merchandise, or other personal property of another, or who shall wilfully or carelessly break, injure, deface or destroy, any house or building, or any part thereof, or fence, railing, or any part thereof, or any sign, tree-box, lamp, lamp-post, hydrant, or fire-plug, or any chain or lock attached thereto, or in or about the same, or any other property of the City of Spokane, or who shall daub, or cause to be daubed, any such property with paint or other substances; and any person or persons, who shall hitch, fasten, or cause or suffer to be hitched or fastened, any animal, under the control or in the service of such person or persons, to any ornamental, shade tree, plant or shrub, in or upon any street, avenue, alley, sidewalk, park, public square, or other public place in the City of Spokane, or to any case or tree-box around any such tree, plant or shrub, or suffers or permits any such animal to remain so hitched or fastened after knowing that such animal is so hitched or fastened, or who shall stop, hitch or fasten, or suffer or cause to be stopped, hitched or fastened, any such animal so near any such tree, plant, shrub, case or box, or any hydrant or fire-plug, that such animal can ordure, bite or injure, such tree, plant, shrub, case, box, hydrant, or fire-plug, or any person or persons who shall cause or suffer any animal under such person or persons control, to bite, or in any manner injure, any such tree, plant, shrub, case, box, hydrant or fire-plug, shall upon conviction for any such offense, be fined not more than fifty dollars nor less than ten dollars and pay the costs of prosecution, and be confined in the city jail until such fine and costs are paid; *provided*, nothing herein shall be so construed as to prevent the owner or owners, or agent, of the property along side thereof, from trimming any such tree, plant or shrub in a proper manner and at the proper time of the year for such trimming, or from repairing such case or tree-box whenever the same needs such repairs.

SEC. 2.  This ordinance shall take effect and be in force ten days after its passage.

Passed the City Council March 5, 1895.

---

### ORDINANCE NO. A170.

AN ORDINANCE RELATING TO PARKS AND PUBLIC SQUARES OF THE CITY OF SPOKANE.

*The City of Spokane does ordain as follows:*

SECTION 1.  The management and control of all public parks and public squares of the city is vested in the Park Commission.

SEC. 2.  It shall be the duty of the Park Commission to keep the fences of all enclosed public grounds in repair, and also all sidewalks around said public grounds.

**Add. 176**

SEC. 3.  No person shall enter or leave any of the public parks or other enclosed public grounds of the City of Spokane except by their gateway.  No person shall climb or walk upon their walls or fences.

SEC. 4.  Neither cattle, horses, goats, swine or other animals, except as herein provided, shall be turned into any one of said parks, public squares or public grounds by any person.  All persons are forbidden to carry firearms or to throw stone or other missles within any one of the public parks or other public grounds of the city.  All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, or other constructions or property within or upon any of the said parks or public grounds.

SEC. 5.  No person shall expose any article or thing for sale upon any of said parks or other public grounds, except such person shall have been previously licensed by the Park Commission, nor shall any peddling or hawking be allowed therein.

SEC. 6.  No threatening, abusive, insulting or indecent language shall be allowed in any parks or public grounds of the city whereby a breach of the peace may be occasioned.  No person shall be allowed to tell fortunes or to play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

SEC. 7.  The Park Commission may direct that any of the entrances to the public park be closed at any time.

SEC. 8.  No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within any park or other public grounds of the city nor upon any of the gates or enclosures thereof.

SEC. 9.  No person shall, without the consent of the Park Commission, play upon any musical instrument, nor shall any person take into or carry or display in said public parks any banner, target or transparency.  No military or target company, civic or other, shall be permitted to parade, drill or perform therein any military or other evolution or movement.  Nor shall any fire engine, hose cart or other machine on wheels, commonly used for the extinguishing of fire, be allowed on any part of said parks or other public grounds without the previous consent of the Park Commission, except in case of fire.

SEC. 10.  No person other than employes shall light, make or use any fire in said parks or other public grounds.

SEC. 11.  No person shall go upon any grass, lawn or turf of the parks or other public grounds, except when and where the word "Common" is posted; indicating that persons are at liberty at that time and place to go on the grass.  The Park Commission shall cause printed or written copies of prohibitions of this ordinance to be posted in said parks or grounds.

SEC. 12.  Any member of the city police shall have power to arrest any person who shall not desist from any violations of this ordinance when directed, and cause him to be committed for examination.

SEC. 13.  Any person who shall violate any provisions of this ordi-

nance, or who shall neglect or fail or refuse to comply with any or either of the requirements thereof, shall, on conviction, pay a fine of not less than five dollars nor more than one hundred dollars, and the costs of prosecution.

SEC. 14.  All ordinances and parts of ordinances in conflict herewith are hereby repealed.

SEC. 15.  This ordinance shall take effect ten days after its passage. Passed by the City Council March 11, 1892.

--------

### ORDINANCE NO. 99.

AN ORDINANCE TO REGULATE SOLICITORS FOR HOTELS, BOARDING HOUSES, HACKS, OMNIBUSES AND OTHER VEHICLES.

*The City of Spokane Falls does ordain as follows:*

SECTION 1.  No person shall solicit for a hotel, boarding house, hack, omnibus or other vehicle or for any other purpose whatever inside the depot of any railroad company within the City of Spokane Falls, nor upon the platform thereof, excepting three feet of said platform next to and abutting on the street, which space shall be designated by a line being placed upon said platform or painted by said railroad company thereon.

As amended by Ordinance No. 117, passed March 8, 1888.

SEC. 2.  Any person acting as solicitor for a hotel, boarding house, hack, omnibus, or other vehicle, whether for himself or as agent for another, shall conduct his business in a quiet, orderly manner, and in an ordinary tone of voice, and shall not molest or intrude himself upon any passenger or other person or individual with him or his baggage, except as requested by the owner thereof.

SEC. 3.  No person shall habitually lounge or stay in a railroad depot in the city without having and making known, when so requested by any policeman or civil magistrate, his business thereat, nor without having legitimate business or errand at such railroad depot.

SEC. 4.  No person shall hitch his horse, mule or team to any truck, platform or lamp-post at said depot, or on the platform thereof.

SEC. 5.  Any person violating any of the provisions of this ordinance shall, upon conviction thereof, be punished by a fine of not less than five dollars nor more than fifty dollars.

SEC. 6.  This ordinance shall take effect and be in force from and after five days after its passage and publication.

Passed the City Council December 28, 1887.

# THE STATUTES

OF

# OKLAHOMA,

## 1893.



Being a Compilation of all the Laws now in force in the
Territory of Oklahoma.

Compiled Under the Direction and Supervision of Robert Martin, Secretary
of the Territory

BY

W. A. McCARTNEY, JOHN H. BEATTY and J. MALCOLM JOHNSTON,

a Committee Elected by the Legislative Assembly.

GUTHRIE, OKLAHOMA,
STATE CAPITAL PRINTING CO.,
1893.

Digitized by Google

CRIMES AND PUNISHMENT. 503

(2402) § **6.** Every person who, with intent to extort any money or other property from another, sends to any person any letter or other writing, whether subscribed or not, expressing or implying, or adapted to imply, any threat, such as is specified in the second section of this article, is punishable in the same manner as if such money or property were actually obtained by means of such threat.

(2403) § **7.** Every person who unsuccessfully attempts by means of any verbal threat such as is specified in the second section of this article, to extort money or other property from another is guilty of a misdemeanor.

ARTICLE 45.—CONCEALED WEAPONS.

SECTION.
1. Prohibited weapons enumerated.
2. Same.
3. Minors.
4. Public officials, when privileged.
5. Arms, when lawful to carry.

SECTION.
6. Degree of punishment.
7. Public buildings and gatherings.
8. Intent of persons carrying weapons.
9. Pointing weapon at another.
10. Violation of certain sections.

(2404) § **1.** It shall be unlawful for any person in the Territory of Oklahoma to carry concealed on or about his person, saddle, or saddle bags, any pistol, revolver, bowie knife, dirk, dagger, slung-shot, sword cane, spear, metal knuckles, or any other kind of knife or instrument manufactured or sold for the purpose of defense except as in this article provided.

(2405) § **2.** It shall be unlawful for any person in the Territory of Oklahoma, to carry upon or about his person any pistol, revolver, bowie knife, dirk knife, loaded cane, billy, metal knuckles, or any other offensive or defensive weapon, except as in this article provided.

(2406) § **3.** It shall be unlawful for any person within this Territory, to sell or give to any minor any of the arms or weapons designated in sections one and two of this article.

(2407) § **4.** Public officers while in the discharge of their duties or while going from their homes to their place of duty, or returning therefrom, shall be permitted to carry arms, but at no other time and under no other circumstances: *Provided, however,* That if any public officer be found carrying such arms while under the influence of intoxicating drinks, he shall be deemed guilty of a violation of this article as though he were a private person.

(2408) § **5.** Persons shall be permitted to carry shot-guns or rifles for the purpose of hunting, having them repaired, or for killing animals, or for the purpose of using the same in public muster or military drills, or while travelling or removing from one place to another, and not otherwise.

(2409) § **6.** Any person violating the provisions of any one of the foregoing sections, shall on the first conviction be adjudged guilty of a misdemeanor and be punished by a fine of not less than twenty-five dollars nor more than fifty dollars, or by imprisonment in the county jail not to exceed thirty days or be at the discretion of the court. On the second and every subsequent con-

**Add. 180**

504                          CRIMES AND PUNISHMENT.

Chap. 25.   viction, the party offending shall on conviction be fined not less
than fifty dollars nor more than two hundred and fifty dolla.s o.
be imprisoned in the county jail not less than thirty days nor
more than three months or both, at the discretion of the court.

Public buildings and gatherings.   (2410) § 7. It shall be unlawful for any person, except a peace
officer, to carry into any church or religious assembly, any school
room or other place where persons are assembled for public wor-
ship, for amusement, or for educational or scientific purposes, or
into any circus, show or public exhibition of any kind, or into any
ball room, or to any social party or social gathering, or to any elec-
tion, or to any place where intoxicating liquors are sold, or to any
political convention, or to any other public assembly, any of the
weapons designated in sections one and two of this article.

Intent of pers as carrying weapons.   (2411) § 8. It shall be unlawful for any person in this Terri-
tory to carry or wear any deadly weapons or dangerous in-
strument whatsoever, openly or secretly, with the intent or for the
avowed purpose of injuring his fellow man.

Pointing weapons at another.   (2412) § 9. It shall be unlawful for any person to point any
pistol or any other deadly weapon whether loaded or not, at
any other person or persons either in anger or otherwise.

Violation of section seven.   (2413) § 10. Any person violating the provisions of section
seven, eight or nine of this article; shall on conviction, be punish-
ed by a fine of not less than fifty dollars, nor more than five hun-
dred and shall be imprisoned in the county jail for not less than
three not more than twelve months.


### ARTICLE 46.—FALSE PERSONATION AND CHEATS.

SECTION.
1. False impersonation, punishment for.
2. False impersonation and receiving money.
3. Personating officers and others.
4. Unlawful wearing of grand army badge.
5. Fines, how paid.
6. Obtaining property under false pre-
tenses.

SECTION.
7. False representation of charitable pur-
poses.
8. Falsely representing banking cor-
porations.
9. Using false check.
10. Holding mock auction.

Punishment for false im- personation.   (2414) § 1. Every person who falsely personates another, and
in such assumed character, either:

First. Marries or pretends to marry, or to sustain the mar-
riage relation toward another, with or without the connivance of
such other person; or,

Second. Becomes bail or surety for any party, in any proceed-
ing whatever, before any court or officer authorized to take such
bail or surety; or,

Third. Subscribes, verifies, publishes, acknowledges or proves,
in the name of another person, any written instrument, with in-
tent that the same may be delivered or used as true; or,

Fourth. Does any other act whereby, if it were done by the
person falsely personated, he might in any event become liable to
any suit or prosecution, or to pay any sum of money, or to incur
any charge, forfeiture or penalty, or whereby any benefit might
accrue to the party personating, or to any other person.

Digitized by Google

# A DIGEST

OF THE

# ACTS OF ASSEMBLY

RELATING TO,

AND THE

## GENERAL ORDINANCES,

OF THE

## CITY OF PITTSBURGH

*From 1804 to Jan. 1, 1897,*

WITH REFERENCES TO DECISIONS THEREON.

SECOND EDITION.

PREPARED UNDER RESOLUTION OF COUNCILS

BY

### W. W. THOMSON

OF THE PITTSBURGH BAR.

PITTSBURGH, PA.:
W. T. NICHOLSON SONS, PRINTERS AND BINDERS.
1897.

Digitized by Google

496        ORDINANCES—EXECUTIVE DEPARTMENTS.

## BUREAU OF PARKS.

**July 31, 1883, § 1.**
**O. B. 9, 262.**
**Bureau of parks created.**

**Officers and employees.**

1. There shall be and is hereby created a bureau to be known as the "bureau of parks," which bureau shall consist of one superintendent whose compensation shall be two hundred dollars per month, one superintendent, whose compensation shall be one hundred and fifty dollars per month, and one assistant superintendent whose compensation shall be one hundred and twenty-five dollars per month, one clerk whose compensation shall be eighty-three dollars and thirty-three cents per month, and such foremen and laborers as may be required from time to time, at the same pay as like labor in other departments of the city (*a*).

**July 6, 1896.**
**O. B. 11, 139.**
**Preamble.**

2. WHEREAS, The control, maintenance, supervision and preservation of the public parks is by law vested in the department of public works ; and

**Preamble.**

WHEREAS, It is essential to proper exercise of these powers that persons should be employed as watchmen in the public parks for the protection of the public property therein.

**Ibid § 1.**
**Watchmen compensation.**

3. *Be it ordained, &c.*, That the director of the department of public works shall, and he is hereby authorized to employ such watchmen as may be necessary for the properly caring for, maintaining and protecting the public property in the public parks of this city at the daily compensation of two dollars and fifty cents each.

**Ibid. § 2.**

4. The compensation of such watchmen shall be paid out of appropriation No. 36, public parks.

**July 27, 1883, § 1.**
**O. B. 9, 260.**
**Rules adopted.**

5. Upon the passage and approval of this ordinance the following rules and regulations shall be and are hereby established for the management and protection of the parks and public grounds of the city of Pittsburgh, to wit :

*First.* No person shall injure, deface or destroy any notices, rules or regulations for the government of the parks, posted or in any other manner permanently fixed by order of the chief of department of public works.

*Second.* No person shall be allowed to turn any chickens, ducks, geese or other fowls, or any cattle, goats, swine, horses or other animals loose within the parks or to bring led horses or a horse that is not harnessed and attached to a vehicle or mounted by an equestrian.

*Third.* No person shall be allowed to carry firearms, or to shoot or throw stones at or to set snares for birds, rabbits, squirrels or fish, within the limits of the parks or within one hundred yards thereof.

*Fourth.* No person shall cut, break, pluck or in anywise injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, structures or statuary, or place or throw anything whatever in any springs or streams within the parks, or fasten a horse to a tree, bush or shrub.

(*a*) As amended by ordinance of Nov. 23, 1883, O. B. 9, p. 320, and ordinance of March 31, 1896. O. B. 11, p. 40.

Digitized by Google

Add. 183

*Fifth.*   No military or other parade or procession, or funeral shall take place in or pass through the limits of the parks without permission from the chief of department of public works.

*Sixth.*   No one shall ride or drive therein except on the avenues or roads, or at a rate of speed exceeding eight miles per hour.

*Seventh.*   No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the parks without previous permission of the chief of the department of public works, nor shall any gathering or meeting for political purposes in the park be permitted under any circumstances.

*Eighth.*   No wagon or vehicle of burden or traffic shall pass through the park, except on such road or avenue as shall be designated by the chief of the department of public works for burden transportation.

*Ninth.*   No coach or vehicle used for hire, shall stand upon any part of the parks for the purpose of hire, nor except in waiting for persons taken by it into the park, unless at points designated by the chief of the department of public works.

*Tenth.*   No profane, indecent, abusive or insulting language, gambling or drunkenness shall be allowed within the parks, nor shall any one be allowed to introduce any spirituous liquors within the limits of the same, either for his own use or for sale.

*Eleventh.*   No person shall climb any tree or attach any swing thereto, without the consent of the superintendent.

*Twelfth.*   No picnic shall take place in the parks without a written permission for the purpose being obtained from the superintendent, in which shall be designated the spot where it shall be held, and parties holding picnics shall clean up the ground that has been occupied by them on quitting it, and not leave paper and other refuse on the ground.

*Thirteenth.*   No person shall disturb any picnic in the parks, or intrude himself or herself on it without the consent of those composing it.

*Fourteenth.*   No person shall stand, walk or sit on any fence, wall or embankment, or stand, slide, sit or roll upon any slope of the parks.

*Fifteenth.*   No person shall set up any booth, table or stand for the sale of any article whatever, without the consent of the chief of the department of public works, previously obtained in writing.

*Sixteenth.*   When carriages or equestrians meet, the parties respectively shall keep to the right as the law of the road.

*Seventeenth.*   No person shall drive any vehicle displaying any placard or advertisement of any kind along any road or avenue in the parks, nor shall any person display any placards or advertisements of any kind, or post or fix any notice or bill or other writing or printing of any kind on any tree, lamp-post, hydrant, curbstone, coping, flagstone, fence, wall, building or other place within the parks.

*Eighteenth.*   No benches or seats shall at any time be removed

July 27, 1883.
Park rules.

33

Digitized by Google

**Add. 184**

498          ORDINANCES—EXECUTIVE DEPARTMENTS.

July 27, 1893

or changed from their places in the parks, except by the order first obtained of the superintendent.

*Nineteenth.* Bicycles and tricycles shall be restricted to the use of the roadways, and be controlled by the same law which governs horses, vehicles and equestrians, and must pass to the right, when meeting the same or each other. When passing a carriage or equestrian from the rear to the front, it must be done to the left side and at a moderate rate of speed. Bicycles and tricycles must not travel more than two abreast.

*Twentieth.* All racing with horses, vehicles, tricycles and bicycles is prohibited at any time, and bicycles and tricycles must not be driven or propelled at greater speed than eight miles per hour.

Ibid. § 2.
Penalty.

6. Any violation of any of the foregoing rules shall subject the party so offending to a fine of twenty-five dollars, to be collected by summary process.

Aug. 28, 1871, § 1.
O. B. 3, 122.

Improvement of part of Bluff street as a park authorized.

7. The citizens of the Sixth and Fourteenth wards of the city of Pittsburgh, residing in the vicinity of Bluff street, shall be and are hereby authorized to enclose with a good substantial fence a portion of Bluff street, from Gist to Magee street, as follows, viz: Commencing at Gist street thirty feet south of the northern curb line, and thence running by a line preserving the same width to Magee street, said fence to be constructed with openings at the street crossings, and at such other points as may be deemed proper openings for the convenient access of foot passengers. Said citizens shall be further authorized to lay off the grounds south of said fence to the line of said street with walks, and within said enclosure, and on the outside thereof, to plant trees and shrubbery, erect fountains and make other improvements thereon suitable for a public promenade: *Provided,* That no trees or other improvements shall be placed upon said street within a distance of twenty feet from the north curb line of said street.

Ibid. § 2.
City not liable for expense.

8. Said improvements shall be made and maintained at the expense of the parties making the same, and the city shall not be liable for any expense contracted for or on account of the same.

Ibid. § 3.
City may grade and pave.

9. Said city reserves the right to direct the grading and paving of said street at any time hereafter, without compensation for the improvement which may be made thereon as fully as if this ordinance had not been adopted.

Ibid. § 4.

10. Said improvements and the maintenance and care of the same shall be under the charge of such persons as may be selected by subscribers to the fund for making the same.

Ibid. § 5.
Penalty for injuring improvements.

11. It shall be unlawful for any person to injure or destroy any fence, trees, shrubbery or other improvement upon said ground; and if any person shall wilfully injure or destroy the same, or any part thereof, he or she shall forfeit and pay the sum of ten dollars, in addition to a sum sufficient to repair or replace the damage, to be recovered by action in the name of the city of Pittsburgh, or by summary conviction before the mayor

Digitized by Google

Add. 185

## PUBLIC WORKS—PARKS. 499

or any alderman of said city, and the sum so recovered shall be paid to the person having charge of said improvements, to be expended upon the same. <span style="float:right">Aug. 29, 1871.</span>

12. The superintendent of the water works shall be authorized to direct a supply of water, free of charge, for not more than two fountains upon said ground at all reasonable times and to reasonable amounts, from the first day of April to the fifteenth day of October in each year: *Provided,* That said superintendent shall be authorized to prevent the unnecessary waste of water, and to prohibit its use during times of short supply. <span style="float:right">Ibid. ¶ 6.<br>Supply of water for two fountains authorized.</span>

13. WHEREAS, The public market-house on Second street is of no benefit to the city ; <span style="float:right">Sept. 27, 1858.<br>O. B. 2, 125.</span>

*And whereas,* The heirs and legal representatives of the estate of James O'Hara have, by deed dated the seventeenth day of May, one thousand eight hundred and twenty, and on the ninth of August, one thousand eight hundred and fifty-eight, consented that the ground dedicated by the late James O'Hara, on Second between Ross and Grant streets, may be used as a public square or area ; therefore, <span style="float:right">Preamble.</span>

14. *Be it ordained, &c.,* That all that portion of Second street extending from Grant to Ross street, and used for the purpose of a market house, be and the same is hereby devoted to the purpose of a public park, to be ornamented in such manner as shall be directed by the mayor of the city and members of councils for the time being of the Second ward, who are hereby authorized to adopt such rules for the same as may, in their judgment, be proper, and to keep the same posted on the gate-posts thereof : *Provided,* The whole expense of removing the market-house and of constructing said public park and keeping the same in repair, shall be provided by voluntary subscription, and shall in no case be a charge on the city treasury. <span style="float:right">Ibid. § 1.<br>Second street market to be made a park.<br><br>Rules.<br><br>Proviso.</span>

15. Any person that shall injure or destroy any tree, shrub or any other thing within said park, or the wall or fence that may surround it, shall, upon conviction before the mayor, be fined a sum not exceeding five dollars, in addition to the amount necessary to repair any injury so done, to be recovered as like penalties are by law recoverable. <span style="float:right">Ibid. § 2.<br>Penalty for injuries.</span>

16. It shall be lawful to erect within the said area or park one or more fountains, to be supplied from the public water pipes without any charge for the use of the water. <span style="float:right">Ibid. § 3.<br>Fountains.</span>

17. Before the work necessary for said improvement shall be commenced, the mayor and members of councils from the Second ward shall meet at the mayor's office and choose from among themselves one president, one secretary, and one treasurer, and shall proceed to agree upon a plan of the work, &c. <span style="float:right">Ibid. § 4.</span>

18. For the purpose of constructing and maintaining a public park, there shall be and is hereby set aside, dedicated and appropriated so much of the ground belonging to said city as is not indispensably necessary for the safe and proper use of the reservoir known as the Herron Hill Reservoir. <span style="float:right">Sept. 14, 1889 § 1.<br>O. B. 7, 134.<br>Dedication of Herron Hill Park.</span>

Digitized by Google

Add. 186

500          ORDINANCES—EXECUTIVE DEPARTMENTS.

Sept. 14, 1889, ¿ 2.     19.   The chief of the department of public works of said city
Improvement.     be and he is hereby authorized and directed to improve all said
ground lying around, adjacent to and connected with said reservoir, and which shall not be found actually necessary for the operation of said reservoir, to be used and enjoyed as a public park, to be known as and by the name of the "Herron Hill Park."

Sept. 16, 1889, ¿ 1.     20.   For the purpose of constructing and maintaining a public
Dedication of     park, there shall be and is hereby set aside, dedicated and appro-
Highland Park.     priated so much of the ground belonging to said city as is not indispensably necessary for the safe and proper use of the reservoirs known as the Highland Reservoirs.

Ibid. § 2.     21.   The chief of the department of public works of said city
Improvements.     be and he is hereby authorized and directed to improve all said ground lying around, adjacent to and connected with said reservoirs or which may be added thereto, and which shall not be found actually necessary for the operation of said reservoirs, to be used and enjoyed as a public park, to be known as and by the name of "Highland Park."


### BUREAU OF CITY PROPERTY.

Dec. 17, 1887, ¿ 18.     1.   There shall be and is hereby created a bureau to be known
O. B. 6, 227.     as the bureau of city property, the head of which shall be known
Bureau created.     as superintendent of city property, and who shall receive the sum
Title of head.     of one hundred and fifty dollars per month as his compensation.
Salary.     The duties of this bureau shall be to take charge of all public
Duties.     property belonging to said city not otherwise conferred upon some other department, including markets, city buildings, wharves, and such other property of the city as is not specially
Clerk.     conferred elsewhere: *Provided*, That the chief clerk of this bureau shall act as clerk of the Diamond markets without extra compensation.

Feb. 26 1890, ¿ 1.     2.   From and after the date of the passage of this ordinance,
O. B. 7, 221.     the salary of the clerk to the bureau of city property (who also
Salary of clerk of     acts as clerk of markets) shall be and is hereby fixed at fifteen
bureau of city     hundred dollars per annum, and the said clerk to the bureau of
property.     city property shall receive compensation for his services at the rate of fifteen hundred dollars per annum from and after the date of the approval or passage of this ordinance.

City Code. 234, ¿ 1.     3.   If any person shall destroy or injure in any way whatso-
Penalty for in-     ever any public property within this city, he shall forfeit and
juring.     pay for every such offense a fine of not less than ten dollars and not exceeding fifty dollars, besides the amount of the costs and
Proviso.     expenses of repairing the same: *Provided*, That when the injury is accidental no further fine shall be imposed than the amount of the cost and expense of repairing.

Ibid. ¿ 2.     4.   It shall be the duty of every city officer to report to the
City officers to     controller any damage or injury which may be done to any
report to con-     public property in his possession, that the same may be laid
troller.

Digitized by Google

Add. 187

*WILLIAM __ HALL, PORTER,*
ATTORNEY-AT-LAW,
JAN 15 1894
WILMINGTON, DEL

# THE CHARTER

OF THE

# TY OF WILMINGTON

As Amended to May 6th, 1893;

## ts of the General Assembly

RELATING TO THE CITY,

INCLUDING THE SESSION OF 1893;

*( being vol. 19. Laws of Del.)*

—AND—

## INANCES, AND RULES AND REGULATIONS

Of Departments of the City Government,

AMENDED AND IN FORCE, SEPTEMBER 1ST, 1893;

—ALSO—

## E ORIGINAL BOROUGH CHARTER.

PUBLISHED BY ORDER OF THE COUNCIL.

WILMINGTON, DEL.:
DIAMOND PRINTING COMPANY,
1893.

Add. 188



Digitized by Google

# PART VII.

# RULES AND REGULATIONS

OF THE

BOARD OF PARK COMMISSIONERS.

**Add. 189**

Digitized by Google

# RULES AND REGULATIONS OF THE BOARD OF PARK COMMISSIONERS,

### As Amended and in Force September 1st, 1893.

1.   No person shall ride or drive upon any other part of the Park than upon such roads as may be designated for such purposes. . . . . . . . . . . . . . . . . . Penalty, $5 00

2.   No person shall be permitted to bring led horses within the limits of the Park, or to turn any horses, cattle, goats, swine, dogs, or other animals loose in the Park. . . . . Penalty. $5 00

3.   No person shall indulge in any threatening, abusive, insulting, or indecent language in the Park. . . . . Penalty, $5 00

4   No person shall engage in gaming, or commit any obscene or indecent act in the Park. . . . . . . Penalty, $10 00

5.   No person shall go into bathe in any of the waters within the Park. . . . . . . . . . . . . . . . . . Penalty, $5 00

6.   No person shall throw any dead animal or offensive matter or substance of any kind into the Brandywine, or into any spring, brook, or other water, or in any way foul any of the same, which may be within the boundaries of the Park  Penalty, $5 00

7.   No person  shall carry fire-arms or shoot birds or other animals within the Park, or throw stones or other missiles therein.
Penalty, $5 00

8.   No person shall disturb birds, or annoy, strike, injure or kill any animal, whether wild or domesticated, within the Park.
Penalty, $5 00

9.   No person shall cut, break, or in anywise injure or deface any trees, shrubs, plants, turf or rocks, or any buildings, fences, bridges, or other structures within the Park.
Penalty, $10 00

10   No person shall injure, deface, or destroy any notices, rules or regulations for the government of the Park posted or in any other manner permanently fixed, by order or permission of the Board of Park Commissioners or their officers or employes.
Penalty, $10 00

*Adopted October* 12, 1887.

**Add. 190**

Digitized by Google

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 202 of 439

# THE REVISED ORDINANCES, *etc.*

## —OF THE—

# CITY OF HUNTSVILLE, MISSOURI,

## OF 1894.

————————

COLLATED, REVISED, PRINTED AND PUBLISHED BY
AUTHORITY OF THE MAYOR AND BOARD OF
ALDERMEN OF THE CITY OF HUNTSVILLE,
MISSOURI, UNDER AN ORDINANCE OF
THE SAID CITY, ENTITLED:

————————

"AN ORDINANCE IN RELATION TO ORDINANCES, AND
THE PUBLICATION THEREOF." APPROVED ON
THE 11TH DAY OF JUNE, 1894.

————————

HERALD PRINT.
HUNTSVILLE, MISSOURI:
1894.

**Add. 191**

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 203 of 439

CC
Huntsville M
3
1894

**Add. 192**

43-612

## AN ORDINANCE IN RELATION TO BUTCHERS.

*Be it ordained by the Board of Aldermen of the City of Huntsville,
Missouri, as follows:*

SECTION 1.  No person shall carry on the business of a butcher
within the city without taking out license therefor, and no person
shall be permitted, under such license, to sell or dispose of meats at
more than one place or stand within the city.

SECTION 2.  For the purposes of this ordinance a butcher is defin-
ed to be any person engaged in selling or disposing of fresh meats for
food in quantities less than one quarter

SECTION 3.  Nothing herein contained shall be so construed as to
prevent any grocer, at his place of business, from selling game, poult-
ry or cured meats.

SECTION 4.  This ordinance shall take effect and be in force from
and after its passage, approval and publication, and any person
violating any provision of said ordinance shall be deemed guilty of a
misdemeanor and upon conviction shall be punished by a fine in any
sum not exceeding one hundred dollars.

<div style="text-align:right">

S. G. RICHESON,
Pres. of the Board of Aldermen.
</div>

Approved July 17, 1894.

Attest:                                    S. G. RICHESON, Mayor.
J. A. HEETHER, Clerk.

———o———

## AN ORDINANCE IN RELATION TO CARRYING DEADLY WEAPONS.

*Be it ordained by the Board of Aldermen of the City of Huntsville.
Missouri, as follows:*

SECTION 1.  If within the city any person shall carry concealed
upon or about his person any deadly or dangerous weapon, or shall go
into any church or place where people have assembled for religious
worship, or into any school room or place where people are assembled
for educational, literary or social purposes, or to any election precinct
on any election day, or into any court room during the sitting of
court, or into any other public assemblage of persons met for any law-
ful purpose other than for militia drill or meetings called under
militia law of the state, having upon or about his person any kind of
fire-arms, bowie-knife, dirk, dagger, sling-shot, or other deadly weap-

<div style="text-align:center">

**Add. 193**
</div>

USCA4 Appeal 23-1719   Doc: 41   Filed: 09/19/2023   Pg: 205 of 439

on, or shall, in the presence of one or more persons, exhibit any such weapon in a rude, angry or threatening manner, or shall have or carry any such weapon upon or about his person when intoxicated or under the influence of intoxicating drinks, he shall be deemed guilty of a misdemeanor, and, upon conviction thereof, shall be punished by a fine of not less than five nor more than one hundred dollars, or by imprisonment in the city prison not exceeding thirty days nor less than five days or by both such fine and imprisonment; provided, the Mayor may grant permisson to any person to discharge gun, pistol or other fire-arms under proper circumstances shown to him.

SECTION 2. The next preceding section shall not apply to police officers, nor to any officer or person whose duty it is to execute process or warrants, or to suppress breaches of the peace, or to make arrests, nor to persons moving or traveling peaceably through this state; and it shall be good defense to the charge of carrying such weapon, if the defendant shall show that he has been threatened with great bodily harm, or had good reason to carry the same in the necessary defense of his home, person or property.

SECTION 3. This ordinance shall take effect and be in force from and after its passage, approval and publication.

S. G. RICHESON,
Pres. of the Board of Aldermen.

Approved July 17, 1894.

Attest:                                              S. G. RICHESON, Mayor.
J. A. HEETHER. Clerk.

————o————

AN ORDINANCE IN RELATION TO THE USE OF FIRE-ARMS.

*Be it ordained by the Board of Aldermen of the City of Huntsville, Missouri, as follows:*

SECTION 1. It shall be unlawful for any person to discharge or fire off any gun, pistol or other fire-arm or other explosive within the city limits, unless by written permission of the Mayor.

SECTION 2. Nothing in the preceding section shall be construed as applying to officers in the discharge of their duties, licensed shooting galleries, or military funerals.

SECTION 3. Any person violating the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction shall be punished by a fine in any sum not exceeding one hundred dollars.

**Add. 194**

SECTION 4.   This ordinance shall take effect and be in force from and after its passage, approval and publication.

S. G. RICHESON,
Pres. of the Board of Aldermen.

Approved July 17, 1894.

Attest:                                    S. G. RICHESON, Mayor.
J. A. HEETHER, Clerk.

———o———

## AN ORDINANCE IN RELATION TO DISTURBANCES OF THE PEACE.

*Be it ordained by the Board of Aldermen of the City of Huntsville, Missouri, as follows:*

SECTION 1.   If any person or persons within the city shall wilfully disturb the peace of any neighborhood, or any family or of any person by loud and offensive or indecent conversation, or by threatening, quarreling, challenging or fighting, every person so offending shall upon conviction, be adjudged guilty of a misdemeanor and punished by a fine in any sum not exceeding one hundred dollars, or by imprisonment in the city prison not exceeding thirty days.

SECTION 2.   This ordinance shall take effect and be in force from and after its passage, approval and publication.

S. G. RICHESON,
Pres. of the Board of Aldermen

Approved July 17, 1894

Attest:                                    S. G. RICHESON, Mayor.
J. A. HEETHER, Clerk.

———o———

## AN ORDINANCE IN RELATION TO ASSAULTS AND BATTERIES.

*Be it ordained by the Board of Aldermen of the City of Huntsville, Missouri, as follows:*

SECTION 1.   Any person who shall within the city assault or beat or wound another, under such circumstances as not to constitute any felonious assault, shall upon conviction be deemed guilty of a misde-

**Add. 195**

USCA4 Appeal: 23-1719   Doc: 41   Filed: 08/18/2023   Pg: 207 of 439

# GENERAL

# ORDINANCES

AND

PRIVATE ORDINANCES OF A
PUBLIC NATURE

OF

# THE CITY OF ST. PAUL

RAMSEY COUNTY, MINNESOTA.

UP TO AND INCLUDING DECEMBER 31ST, 1895.

———————

COMPILED BY

JOHN A. GILTINAN, ESQ.,

MEMBER OF THE ST. PAUL BAR

UNDER THE SUPERVISION OF

EDWARD J. DARRAGH, ESQ., CORPORATION ATTORNEY.

———————

PUBLISHED BY AUTHORITY OF

THE COMMON COUNCIL.

**Add. 196**

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 208 of 439

| PIONEER PRESS CO. | NO. 50381 | ST PAUL, MINN. |

Life Website Scheduled 1899

Ovd 83
S 6d
+896

**Add. 197**

# PREFACE.

This compilation of ordinances of the City of St. Paul, Minnesota, has been made pursuant to the provisions of Ordinance No. 1834, approved Sept. 4, 1895, and Ordinance No. 1861, approved Jan. 10, 1896. (See following page.)

The compiling, indexing and preparing for publication have been done by John A. Giltinan, Esq., under the supervision of the Law Department; and, although this work has been done with very great care, a more generous limit of time than the three months allowed by Ordinance 1834 would have given the opportunity for improvement.

In the citation of ordinances at the end of the consecutive sections, the date refers to the passage of the ordinance unless the word "approved" appears. In referring to ordinances passed since the dual council began to act in May, 1891, the date refers to the final passage.

In the part of the book containing "Private Ordinances of a Public Nature," it was, as a rule, thought best to make each ordinance a consecutive section.

E. J. DARRAGH,
Corporation Attorney.

**Add. 198**

USCA4 Appeal: 23-1719   Doc: 41   Filed: 09/19/2023   Pg: 210 of 439

# ARTICLE LII.

## PARKS.

### § 680. Rules and regulations for management and protection of parks.

The board of park commissioners of the City of St. Paul having adopted certain rules and regulations for the management and protection of the parks of the City of St. Paul, as provided by the charter, for the purpose of fixing a penalty for the violation of said rules, the common council of the City of St. Paul do ordain as follows:

First—No person shall drive or ride in any public park or grounds in the City of St. Paul at a rate of speed exceeding seven (7) miles per hour.

Second—No person shall ride or drive upon any other part of any park than the avenues and roads.

Third—No coach or vehicle used for hire shall stand upon any part of any park, for the purpose of hire, unless specially licensed by the board of park commissioners.

Fourth—No person shall engage in any threatening, abusive, insulting, indecent language in any park.

Fifth—No person or persons shall engage in any gaming, nor commit any indecent or obscene act in any park.

Sixth—No person shall carry firearms or shoot birds in any park, or within fifty (50) yards thereof, or throw stones or other missiles therein.

Seventh—No person shall throw any dead animal or offensive matter or substance of any kind into any park or into any lake, stream, pool or pond within the limits of any park.

Eighth—No person shall disturb the fish or water fowl in any lake, stream, pool or pond in any part of any park, or annoy, strike, injure, maim, or kill any birds or other animals kept by or under the direction of the board of park commissioners, either running at large or confined in any close or cage, nor discharge any fireworks within any park.

Ninth—No person shall affix any bills or notices in any park.

Tenth—No person shall bathe in any lake, stream, pool or pond within the limits of any park.

Eleventh—No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, flowers, turf, or any of the buildings, structures, fences, seats, benches, or statuary, or in any way foul or pollute any fountain, lake, stream, pool, pond, well, or spring within any park.

Twelfth—No person shall turn cattle, goats, swine, horses, dogs or any other animal loose in any park, nor shall any animals be permitted to run at large therein, unless by authority of the board of park commissioners.

Thirteenth—No person shall ride or drive any bicycle or other vehicle in or on any of the walks, paths, or grass plots, except in the avenues or road-ways of any park.

(208)

**Add. 199**

USCA4 Appeal 23-1719  Doc 41  Filed 09/15/2023  Pg 211 of 439

Fourteenth—No person shall walk on or over flower beds in any park, or on or over any grass plot which may be designated by any fence or sign as not open to the public.

Fifteenth—No person shall use any park for business purposes, or for any transportation of farm or other products, dirt or any like material, or for the passage of any teams employed for such purposes, except by permission of the board of park commissioners.

Sixteenth—No person shall injure, deface or destroy any notices, rules or regulations for the government of any park which are posted or affixed by order or permission of the board of park commissioners within the limits of any park.

<div align="right">(Ord. 1767, June 19, 1894, § 1.)</div>

## § 681.  Penalty.

Any person or persons violating any of the provisions of this ordinance or any of the rules established by the board of park commissioners of the City of St. Paul for the orderly management and protection of the parks of the City of St. Paul shall be fined for each offense not less than five (5) nor more than one hundred dollars ($100), or shall be punished by imprisonment for not less than five (5) nor more than eight-five (85) days.

<div align="right">(Id. § 2.)</div>

**Add. 200**

# REVISED ORDINANCES

OF THE

# CITY OF CANTON

## ILLINOIS.

REVISED 1894-1895

BY

B. M. CHIPERFIELD, *City Attorney.*

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.

CANTON, ILL.:
DAILY REGISTER PRESS:
1895.

**Add. 201**

DEC 31 1908

USCA4 Appeal: 23-1719     Doc: 41     Filed: 09/19/2023     Pg: 214 of 439

advertise, by outcry or by the ringing of any bell or the blowing of any horn or the beating of any drum, his, her or their business, or any sale or sales at auction or otherwise. Any person violating any of the provisions of this section shall be fined not less than ten dollars nor more than one hundred dollars for each offense.

SEC. 20 *Sales on streets prohibited.* No person shall be allowed to sell at auction or public outcry, nor to erect or occupy a stand of any kind for the purpose of making sales, upon any of the streets, alleys, avenues, sidewalks, crossings or other public places in said city, nor shall any person be permitted to sell from any carriage, buggy or other vehicle, upon any of the streets, alleys, avenues, sidewalks, crossing, or other public place in said city, except as hereinafter provided, under a penalty of ten dollars for each offense.

SEC. 21. *Construction of foregoing section.* The foregoing section shall not be so construed as to apply to any person or persons coming into the city from the country with teams or otherwise with any produce for market raised by themselves, or to any person selling vegetables, berries, fruit, milk or other farm produce of their own production ; nor shall the same be so construed as to make it a penal offense to peddle newspapers, nor to apply to judicial sales ; Provided, that farmers or others selling under the provisions of this section shall not occupy a stand upon any sidewalk, alley or crossing, nor within a space of ten feet of any such sidewalk or crossing upon any street or public square, nor shall they allow their stand, wagon or other vehicle from which they may be selling to remain in front of any person's place of business without the consent of the occupant of such place of business, nor so as to obstruct the convenient travel of the street.

SEC. 22. *Telephone and telegraph poles.* No person or corporation shall set or cause to be set any telegraph, telephone or other poles upon any street or alley within the City of Canton, or string or hang any wire along or across any street or alley, unless authorized so to do by the City Council, under a penalty of ten dollars for each offense.

SEC. 23. *Public Parks shall be known by their respective names.* The several Public Parks, Squares and grounds in the City of Canton shall be known and designated by the names applied thereto respectively on the map of the City of Canton, that may be designated by ordinance.

SEC. 24. *Care of parks.* It shall be the duty of the Committee on Parks and Public Buildings of the City Council to superintend all public grounds and keep the fences thereof in repair, the walks in order, and the trees properly trimmed, and improve the same according to plans approved by the City Council. The said committee shall likewise cause printed or written copies of prohibitions of this article to be posted in the said Parks or Grounds.

SEC. 25. *Regulations of Parks.* No person shall enter or leave any of Public Parks of the City of Canton except by their gateways; no person shall climb or walk, sit or stand upon the walls or fences thereof.

SEC. 26. *Depredations not to be committed in Parks.* Neither cattle, horses, goats, swine or animals, except as herein specified shall be turned into any one of the said Parks by any person. All persons are forbidden to carry firearms or to throw stones or other missiles within any one of these Public Parks. All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences or other structure, or property within or upon any of the said Parks.

SEC. 27. *Bills are not to be posted in Parks.* No person shall post or otherwise use or affix any bills, notice or other paper upon any structure or thing within either of said Parks nor upon any of the gates nor enclosures thereof.

SEC. 28. *Persons in Parks must keep off the grass.* No person shall go upon the grass, lawn or turf of the Parks except when and where the word ''common'' is posted, indicating that persons are at liberty at that time and place to go on the grass. Any member of the city police shall have the power to arrest any person who shall not desist from any vio-

lation hereof when directed, and cause him to be committed for examination or be taken before the proper officer for trial.

SEC 29. *Penalty.* Any person who shall violate any or either of Sections 25, 26, 27 or 28, of this Chapter, or whoever shall neglect or fail or refuse to comply with any or either of the requirements thereof, shall upon conviction pay a fine of not less than five dollars nor more than two hundred dollars.

SEC. 30. *Sidewalks shall be constructed by special taxation.* All new sidewalks and condemned sidewalks shall be constructed by special taxation, levied upon abutting land owners, and it shall be the duty of said land owners, whenever the same becomes defective or needs repairs, to repair the same without notice and keep the same in repair, using the same kind of material of which the walk is constructed.

SEC. 31. *Abutting property owners shall repair sidewalks.* Whenever any sidewalk in said City shall need repairs, the abutting land owner shall make the needed repairs; and if any owner shall fail to repair the same, the Street Superintendent shall give such owner three days notice to repair, and shall file a copy of the said notice with the City Clerk; and upon such owner failing or refusing to repair the same, an ordinance shall be passed to repair, renew or condemn the same and shall require the same to be constructed by special taxation; which ordinance shall be passed according to law, for such purpose.

SEC. 32. *Defective sidewalks.* Whenever any sidewalk shall not be repairable, an ordinance shall be passed condemning such defective sidewalk and requiring the same to be rebuilt by special taxation ; and new sidewalks shall be built by like taxation.

SEC. 33. *What ordinances shall specify.* All ordinances shall provide and specify the material which shall be used in such construction or repair, and the width and location of the same, and that the owners of abutting lands shall have the time allowed by law to build and construct the same, and in all other respects said ordinance shall conform to law.

16

# LOCAL ACTS

OF

# THE LEGISLATURE

OF THE

## STATE OF MICHIGAN

PASSED AT THE

## REGULAR SESSION OF 1895

WITH AN APPENDIX



## BY AUTHORITY

LANSING
ROBERT SMITH & CO., STATE PRINTERS AND BINDERS
1895

**Add. 206**

tion (so called), and also all that part of said city lying and being east of the east bank of the Au Sable river, be and the same is hereby detached from the city of Au Sable, in said county of Iosco, State of Michigan, and the same shall be, and is hereby attached to the township of Au Sable in said county and State aforesaid.    But the territory hereby detached shall *Territory detached shall not be relieved of its share of legal bonded indebtedness.* not be relieved in any manner from its just share and proportion of the present legal bonded indebtedness of said city of Au Sable, together with interest thereon, and said indebtedness shall be apportioned in accordance with the provisions of act number thirty-eight of the session laws of eighteen hundred and eighty-three, approved April twenty-first, eighteen hundred and eighty-three, entitled "An act to provide for the adjustment of rights and liabilities on division of territory of cities and townships," and acts amendatory thereof.

SEC. 2.    This act shall not be construed as nullifying or *This act not to repeal the act incorporating the board of education.* repealing an act entitled "An act to incorporate the board of education of the city of Au Sable," being act number two hundred and eighty.five of the local acts of eighteen hundred and ninety-one, and the persons elected as members of such board of education under the provisions thereof shall continue to have and exercise all the duties, powers and jurisdictions conferred upon them by the provisions thereof, within the territory and district in which their jurisdiction now extends.

SEC. 3.    The matter of procedure in the matter of appor- *Procedure in the matter of taxes.* tioning, levying and collecting taxes for the support of the schools within said district, and for altering the boundaries thereof, shall be the same as near as may be as is provided by law in the case of fractional school districts.

Approved May 24, 1895.

---

[ No. 436. ]

AN ACT to amend an act entitled "An act supplemental to the charter of the city of Detroit, and relating to parks, boulevards and other public grounds in said city, and to repeal act number three hundred and seventy.four of the local acts of eighteen hundred and seventy-nine, entitled 'An act to provide for the establishment and maintenance of a broad street or boulevard about the limits of the city of Detroit and through portions of the townships of Hamtramck, Greenfield and Springwells, in the county of Wayne,' approved May twenty.one, eighteen hundred and seventy-nine," as amended by act number four hundred and fifteen of the local acts of eighteen hundred and ninety-three, approved May twenty-ninth, eighteen hundred and ninety-three, by amending sections six, seven and fourteen thereof, and to add to said act twenty new sections to stand as sections thirty-two, thirty-three, thirty-four, thirty-five, thirty-

**Add. 207**

six, thirty-seven, thirty-eight, thirty-nine, forty, forty-one, forty-two, forty-three, forty-four, forty-five, forty-six, forty-seven, forty-eight, forty-nine, fifty and fifty-one of said act.

**Act amended and sections added.**

SECTION 1.   *The People of the State of Michigan enact,* That an act entitled "An act supplemental to the charter of the city of Detroit, and relating to parks, boulevards and public grounds in said city, and to repeal act number three hundred and seventy-four of the local acts of eighteen hundred and seventy-nine, entitled 'An act to provide for the establishment and maintenance of a broad street or boulevard about the limits of the city of Detroit and through portions of the townships of Hamtramck, Greenfield and Springwells, in the county of Wayne,' approved May twenty-one, eighteen hundred and seventy-nine," as amended by act number four hundred and fifteen of the local acts of eighteen hundred and ninety-three, approved May twenty-nine, eighteen hundred and ninety-three, be amended by amending sections six, seven and fourteen thereof, and by adding twenty new sections to stand as sections thirty-two, thirty-three, thirty-four, thirty-five, thirty-six, thirty-seven, thirty-eight, thirty-nine, forty, forty-one, forty-two, forty-three, forty-four, forty-five, forty-six, forty-seven, forty-eight, forty-nine, fifty and fifty-one, to read as follows:

**Commissioners to have control, management, and charge of improvements of all parks and public grounds.**

SEC. 6.    The commissioners shall have the control and management, and shall have charge of the improvement of all the parks and public grounds of said city, including the island park (known as "Belle Isle park"), and of such parks or public grounds as may hereafter be acquired, laid out, purchased or dedicated for public use in said city.   And they shall likewise have control, management and charge of the improvement and maintenace of the boulevard, which was laid out and established as provided by the (said) act creating said board of boulevard commissioners, and of any other boulevard which may at any time be hereafter acquired, laid out, established or located by said city.   The authority hereby conferred shall not be construed as giving charge or control to said commissioners over and to the improvement of any ordinary public street or alley.    When the estimated cost of any work or improvement ordered by said commissioners shall exceed the sum of one thousand dollars, the same shall be done by contract, after advertisements for bids in at least two daily papers, printed in said city, for at least seven days.

**When improvements to be done by contract.**

**May make rules and regulations for maintenance and care of.**

SEC. 7.    The said commissioners may make all needful rules and regulations for the management, maintenance and care of the said parks, public grounds and boulevard or boulevards, and for the regulation thereof, and the common council of said city may provide by ordinance for the observance of the same, and may also in like manner provide for the observance and enforcement of any other rules and regulations duly made by said commissioners under any of the provisions of this act. And said common council may by ordinance further provide for the preservation and protection of the parks, public grounds

**Protection of.**

and boulevards, and any of the property in charge of said commissioners against any destruction or injury, and prevent the destruction or injury to or the taking of any trees, shrubs, plants, flowers or other things set out, planted or used by said commissioners in beautifying, improving or ornamenting said parks, public grounds or boulevards, and to prevent any disorder or disturbance on or about said parks, public grounds or boulevards, or any encroachment thereon or interference with the quiet and peaceable use and enjoyment of the same for the purpose for which the same are established and maintained. Said ordinances may provide for the punishment for any breach or violation of any of their provisions by like penalties provided for violation of ordinances of said city. The commissioners of metropolitan police for the city of Detroit, upon the request of said commissioners of parks and boulevards, shall detail for service in any of the grounds under the charge of said park and boulevard commissioners, so many of the police force as may be necessary to maintain order and protect the property thereon, and any policeman on duty on said grounds may remove therefrom any person who may violate any of the rules and regulations of said commissioners, or any of the ordinances of said city, adopted as aforesaid, relating to said parks, public grounds or boulevards: *Provided,* That said commissioners of parks and boulevards, may in lieu of such detail by said commissioners of metropolitan police, appoint as many persons as may be necessary to maintain order and protect the property on any of the grounds, under the charge of the said park and boulevard commissioners, and such persons so appointed shall have all the powers of regularly appointed policemen of said city in and upon said grounds, but not elsewhere. *[margin note: Police commissioner to detail police to maintain order and protect property on request.]* *[margin note: Proviso.]*

SEC. 14. The grounds of which 'said commissioners may have control shall be used and enjoyed solely for the purposes for which they were established: *Provided,* That privileges for the hiring of boats and vehicles and other like purposes such as are usual in public parks may be let by the commissioners for a period not exceeding three years, but the same shall be exercised and permitted only upon the same being subject to their supervision and direction, and to such orders, rules and regulations as the said commissioners may make at any time: *Provided further,* That said commissioners may prohibit the construction, use and maintenance of any and all railway or tramway cars, tracks, engines or motors on Belle Isle park, or other city park or boulevard. *[margin note: To be used for purpose for which they were established.]* *[margin note: Proviso.]* *[margin note: Further proviso.]*

SEC. 32. No person shall bring, drive or lead any swine, goat, cattle or any other animal other than horses or other beasts of burden in, on or along the boulevard, Belle Isle or any other parks or public grounds in charge of the commissioners of parks and boulevards; and no person shall lead any horse, mule or other animal on said boulevard or the driveways of either of said parks, or draw a second carriage, wagon or other vehicle with any horse or other motive power, nor drive thereon any *[margin note: Driving or leading any swine, goat or cattle on or along boulevard or parks prohibited.]*

75

horse, before any sleigh or sled, unless there shall be a sufficient number of bells attached to harness of such horse, or to such sleigh or sled to warn persons of their approach.

**Driving or speeding.**

SEC. 33.   No person shall ride or drive in said park or along said boulevard at a rate of speed exceeding eight miles per hour, excepting that horses may be speeded on such parts of said boulevard or Belle Isle park as may be set apart by said commissioners for that purpose, and then only under such regulations as the commissioners may prescribe.

**Riding, driving, or drawing any velocipede, bicycle, hand-cart, horse or animal on the walks, etc., prohibited.**

SEC. 34.   No person shall ride, drive or draw any velocipede, bicycle, tricycle, wheelbarrow, handcart or any other vehicle, or any horse or other animal on the footwalks or sidewalk, grass plots or planting places of said parks or boulevard, or upon any other part or portion thereof, excepting upon the carriage drives; and no person shall permit any vehicle or animal to stand upon such roadways or carriage drives to the obstruction of the way or inconvenience of travel, and no person shall solicit passengers for hire on either of said park or boulevard, excepting by direction or permission of said commissioners.

**Not to tie any animal to any trees, shrubs, electric light tower or lamp post.**

SEC. 35.   No person shall tie any animal to any tree or shrub, electric light tower, lamp post, fire hydrant, or dock or building in said park or boulevard, nor pluck, break, trample upon or interfere with any grass, flower, plant or shrub in any of said parks or boulevards, or climb, peel, cut, deface, remove, injure or destroy any tree or shrub in any public park or boulevard, or pasture any animal on the grass in any of said parks or boulevards, and no person shall stand, walk or lie upon any part of any public park or boulevard laid out and appropriated for shrubbery or for grass when there shall have been placed thereon a sign having the words, "Keep off the grass," or other similar words thereon.

**No heavy traffic permitted.**

SEC. 36.   No heavy traffic shall be permitted on said boulevard or any of said parks, and no person shall drive any wagon, cart, dray, truck or other vehicle for the carrying of or laden with merchandise, manure, coal, wood or building material of

**Proviso.**

any kind: *Provided,* That where there is no alley or side street by which premises fronting on the boulevard can be reached, trucks and such heavy vehicles carrying goods, merchandise or other articles to or from any house or premises abutting on the boulevard shall be permitted to enter thereon at the cross street nearest said house or premises in a direction in which the same are moving, and deliver or receive such goods, merchandise or articles, but shall not proceed thereon

**Further proviso.**

further than the nearest cross street thereafter: *Provided further,* That nothing in this section shall prevent the driving of milk wagons and ordinary light grocery or meat delivery wagons, along the boulevard for the accommodation of residents thereon.

**Not to cut, break or injure any property, or post notices.**

SEC. 37.   No person shall cut, break or in any way injure any electric light tower, lamp post, fence, bridge, dock, building, fountain or other structure or property in or upon any of said parks or boulevards, and no person shall post or fix any

**Add. 210**

notice or bill or other writing or printing on any tree, tower, lamp post, hydrant, curbstone, coping, flagstone, fence, dock, bridge, wall, building or other place under the charge or control of said commissioners.

SEC. 38.  No person shall drive any vehicle displaying any placard or advertisement of any kind along said boulevard or on or along the driveway of any of said parks, nor shall any person display any placard or any advertisement of any kind on or upon or along the said boulevard or any of the said parks for advertising only. *Not to drive any display advertisement or placards along the parks or boulevards.*

SEC. 39.  No person shall dig, remove or carry away any sward, sand, turf or earth in or from any public park, or boulevard, and no person shall open or dig up or tunnel under any part or portion of the boulevard without a permit from the commissioners of parks and boulevards, and before granting any such permit the applicant therefor shall be required to deposit with the secretary of said commissioners such sum of money as the superintendent of the boulevard or such other officer as the commissioners may designate for that purpose, shall estimate, will fully cover any expense to be incurred by the commissioners in connection with such opening or tunneling, and the commissioners may make suitable regulations and conditions with respect to issuing said permits.  And said commissioners may retain the actual expense, which shall be certified by the superintendent, which may be incurred by the commissioners in connection with any work done by them, for the purpose of restoring any roadway, sidewalk, planting place or other portion of said boulevard, and the secretary shall refund to the person to whom said permit shall be issued the difference, if any, between the amount deposited and the amount so certified by the superintendent.  Carriage or driveways and footwalks connecting with any premises adjoining the boulevard, or hitching posts thereon, shall be allowed only on a permit issued under this section, and the material used in making such ways, walks or posts shall be determined by the said commissioners. *Not to dig, remove or carry away any sward, sand or turf from parks.*

SEC. 40.  No person shall place or deposit any dead carcass, ordure, filth, dirt, stone, ashes, garbage or rubbish of any kind, or other matter or substance on the said boulevard, or of any of said public parks, and no person shall wade into or throw any wood, sand, stone, or other substance into any basin, pool, lake or fountain in any public park, or bathe or fish in any of the waters thereon, except on Belle Isle park, where persons may bathe and swim, but only under such restrictions and conditions as may be prescribed by the commissioners of parks and boulevards; and no person shall send or ride any animal into same, nor shall any person kill, molest or disturb any fish, fowl or animals kept thereon. *Not to deposit dead carcasses, filth, dirt, stones, etc., on the boulevard or parks.*

SEC. 41.  No person shall build or place any fence, or other barrier around any grass plot or planting place on said boulevard or public park, or place any building or obstruction of any kind thereon. *Not to build any fence or barrier around grass plots or planting place.*

SEC. 42.  No person shall play at any game whatever in or upon said boulevard, or on any of the said parks, under the *Not to play certain games.*

596          LOCAL ACTS, 1895.—No. 436.

**Proviso.** charge of the said commissioners: *Provided, however,* That ball, cricket, lawn tennis and other like games of recreation may be played upon such portions of said parks as may be designated from time to time by the commissioners and under such rules and regulations as may be prescribed by them.

**Not to engage in sport liable to frighten horses.** SEC. 43.   No person shall engage in any sport or exercise upon said boulevard or park as shall be liable to frighten horses, injure travelers, or embarrass the passage of vehicles thereon.

**Not to discharge firearms or fireworks.** SEC. 44.   No person shall fire or discharge any gun or pistol or carry firearms, or throw stones or other missiles within said park or boulevard, nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of any explosive character on said park or boulevard, without the permission of said commissioners, and then only under such regulations as they shall prescribe.

**No person shall expose or offer any article or thing for sale, play any musical instrument, etc., without permission of commissioners.** SEC. 45.   No person shall expose any article or thing for sale or do any hawking or peddling in or upon said parks or boulevard, and no person, without the consent of said commissioners, shall play upon any musical instrument, or carry or display any flag, banner, target or transparency, nor shall any military or target company, or band or procession parade, march, drill or perform any evolution, movement or ceremony within any of said parks, or upon or along said boulevard, without the permission of said commissioners, and no person shall do or perform any act tending to the congregating of persons on said boulevard or in said parks.

**Gambling and disorderly conduct.** SEC. 46.   No person shall gamble, nor make any indecent exposure of himself or herself, nor use any obscene language, or be guilty of disorderly conduct, or make, aid, countenance or assist in making any disorderly noise, riot, or breach of the peace, within the limits of the said parks or boulevards; and **Intoxicating liquors.** no person shall sell or dispose of any intoxicating liquors in or upon any public park without the consent of the said commissioners.

**All boats, carriages, railroad cars, and vehicles running for hire to be licensed.** SEC. 47.   All boats and vessels, carriages, railroad cars and other vehicles running for hire to and from said Belle Isle park, or any other park, shall be duly licensed and shall be subject to all the rules and regulations that may be established by said commissioners or by the common council from time to time, and no person shall carry on the business of carrying passengers to and from either of said parks unless their vehicles shall be so licensed.   And no person commanding or having charge of any boat, carrying passengers for hire shall land or permit any passengers thereform to land at any dock on Belle Isle park, excepting such as may be designated for that purpose by the commissioners, and no person having charge of any vessel shall fasten or tie the same at any wharf or dock in Belle Isle park, excepting for the purpose of receiving or discharging passengers as permitted by this section.

SEC. 48.   No person shall place or deposit or allow to be placed or keep or deposit on any part of said boulevard any

**Add. 212**

building material without the written permission of said commissioners, which permit shall state the space to be occupied and the length of time during which said permit shall be in force, and every person having use of any portion of said boulevard for the purpose of erecting or repairing any building or for placing or keeping any building material or any other article or thing thereon which shall cause any obstruction to travel thereon or render the same in any respect dangerous to travelers thereon, shall cause two red lights to be placed in conspicuous places, one at the end of said obstruction, from sunset until sunrise in the morning of each day during the time such obstruction shall remain, and shall also construct and maintain proper safeguards, and a good and safe plank sidewalk around such obstruction, which sidewalk shall be at least two feet wide, and no such permit shall be granted under this section unless in the application therefor the party applying shall agree to indemnify the city against all liability from injury to any person or property arising from such obstruction. *[margin note: Not to deposit building material on any part of boulevard without written permission of commissioners.]* *[margin note: Red lights to be placed in conspicuous places.]*

SEC. 49.  No person shall conduct or permit any funeral procession or hearse to be driven upon the boulevard: *Provided,* That nothing herein contained shall be construed to prevent the removal of any corpse from any house abutting upon said boulevard, and the forming of the funeral procession thereon, but the hearse or procession shall not proceed further thereon than the nearest paved cross street in the direction in which said hearse shall move. *[margin note: Funeral processions not to drive on boulevard.]* *[margin note: Proviso.]*

SEC. 50.  No person shall remove any house or building on, along or across the boulevard, except on the written permission of said commissioners, which shall be issued only upon such terms and conditions, and under such regulations as they may prescribe, and upon a deposit with the secretary of said commissioners of such sum as may be fixed by said commissioners, and as they shall estimate will fully cover all damages to walks, roadways, grass plots, trees and other property and improvements of said boulevard, and said permit shall be issued only upon the express condition that said moving shall be commenced and completed between the hours of one and six o'clock in the forenoon, and the occupancy of the said boulevard shall continue only between said hours and after said moving shall have been completed, the roadway, grass plot, walks and other property and improvements shall be restored to their former condition by the said commissioners or under the supervision of their superintendent, and their superintendent shall thereupon certify to the secretary the actual expense incurred in such restoration, and the secretary shall refund to the person to whom said permit shall be issued the difference, if any, between the amount deposited and the amount so certified by the superintendent. *[margin note: Not to remove any house or building on or along the boulevard without written permission of commissioner.]*

SEC. 51.  Any violation of the provisions of this act shall be punished in the recorder's court by a fine not to exceed one hundred dollars and costs, and, in the imposition of any fine and costs, the court may make a further sentence, that the offender be imprisoned in the Detroit House of Correction *[margin note: Penalty for violation.]*

Add. 213

until the payment of such fine, for any period of time not exceeding six months.

This act is ordered to take immediate effect.

Approved May 24, 1895.

---

[ No. 437. ]

AN ACT to amend sections two, five, seven and eleven of act number three hundred eighty-three of the local acts of eighteen hundred ninety-three, entitled "An act to provide for the election of two justices of the peace and for the appointment of a justice clerk in and for the city of Saginaw, and to define their jurisdiction and to fix their compensation; and to abolish and discontinue the five offices of justice of the peace of said city, upon the expiration of the terms of the present incumbents thereof; and to provide for the filing of the files, records and dockets belonging to or appertaining to the offices abolished and discontinued, and for the issuance of executions upon judgments appearing on said dockets and to repeal all provisions of the charter of the city of Saginaw and of all other acts or parts of acts in any wise contravening the provisions of this act," approved May thirteenth, eighteen hundred ninety-three.

**Sections amended.** SECTION 1. *The People of the State of Michigan enact,* That sections two, five, seven and eleven of act number three hundred eighty-three of the local acts of eighteen hundred ninety-three, entitled "An act to provide for the election of two justices of the peace, and for the appointment of a justice clerk in and for the city of Saginaw, and to define their jurisdiction and to fix their compensation, and to abolish and discontinue the five offices of justices of the peace of said city, upon the expiration of the terms of the present incumbents thereof, and to provide for the filing of the files, records and dockets belonging to or appertaining to the offices abolished and discontinued, and for the issuance of executions upon judgments on said dockets, and to repeal all provisions of the charter of the city of Saginaw and of all other acts or parts of acts in any wise contravening the provisions of this act," approved May thirteenth, eighteen hundred ninety-three, be amended so as to read as follows:

**Justices to have same jurisdiction as justices of townships.** SEC. 2. The said justices of the peace for the city of Saginaw shall have the same jurisdiction and powers and perform the same duties as are now exercised and performed, or may at any time hereafter be conferred by law upon justices of the **Jurisdiction of civil cases.** peace for townships, together with jurisdiction in civil cases, where either of the parties to any such action reside in the county of Saginaw, and such further jurisdiction as may be provided by statute. In cases of examination of offenders by either of said justices, for offenses committed against the crim-

Add. 214

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 226 of 439

# REVISION OF 1904

## THE

# GENERAL ORDINANCES

OF THE

## CITY OF INDIANAPOLIS

CONTAINING, ALSO

## ACTS OF THE INDIANA GENERAL ASSEMBLY

SO FAR AS THEY CONTROL SAID CITY

TO WHICH IS PREFIXED

A CHRONOLOGICAL ROSTER OF OFFICERS

FROM 1832 TO 1904

AND RULES GOVERNING THE COMMON COUNCIL

———

Collated and Annotated by Edgar A. Brown and William W. Thornton, Commissioners.

———

*PUBLISHED BY AUTHORITY OF THE CITY OF INDIANAPOLIS.*

———

## Add. 215

INDIANAPOLIS

WM. B. BURFORD, PRINTER AND BINDER

1904

CC
Indianapolis
3
1904

Gift of
Joseph R. Morgan

**Add. 216**

AN ORDINANCE regulating the use and enjoyment of parks, park grounds and parkways of the City of Indianapolis, providing penalties for the violation of the same, repealing all conflicting ordinances, providing for the publication thereof, and fixing the time when the same shall take effect.

[Approved June 30, 1896.]

**1968. When Open for Public—Entrance.** 1. *Be it ordained by the Common Council of the City of Indianapolis, Indiana,* That the parks shall be open to the public from 5:00 a. m. until 11:00 p. m., and no person other than employes shall be permitted to remain therein, except when open as herein specified, and no person at any time shall enter or leave any park except by the established entrances, walks or drives.

**1969. Writing on Park Buildings, etc.** 2. No person shall write, cut, mutilate or deface in any manner any building, fence, bench, masonry, statue, ornament, or tree in any public park.

**1970. Injury to Flowers or Trees.** 3. No person shall pull, pluck, break or touch any flowers or fruit, whether wild or cultivated; cut down, girdle or break down any sapling, tree, shrub or plant; break or bend limbs or branches of trees or bark trees; or bend, pluck, handle or injure any trees, flowers, shrubs or plants whatever, or limbs, twigs or leaves thereof, or climb any tree in any public park.

**1971. Discharging Fire-Arms.** 4. No person shall discharge any fire-arm, or have possession of any fire-arm within the limits of any public park.

**1972. Use of Profane or Abusive Language.** 5. No person shall use profane, obscene, threatening or abusive language, or fight or throw any stone or missile, or behave in a disorderly or improper manner, or commit any offense against decency or good morals in any public park.

**1973. Starting Fire in Park—Molesting Animals.** 6. No person not an employe shall make a fire for any purpose within the bounds of any park; and no person shall chase, catch, injure, molest or disturb any animal, bird or fish kept within any public park for the use, instruction or entertainment of the public, nor shall any person give or offer to give any such animal tobacco or other noxious article.

**1974. Animals or Fowls Trespassing on Parks.** 7. No person being the owner or having control of the same shall suffer or permit any chickens, ducks, geese, hogs, cattle, horses, sheep, or goats, or other animals or fowls to stray into, run at large or trespass upon any public park land.

**1975. Fastening Horse to Tree.** 8. No person shall fasten a horse to a tree, or bush, or building, or leave the same unattended, or be permitted to bring or lead horses within the limits of any public park, or a horse that is not harnessed and attached to a vehicle or mounted by a rider.

**Add. 217**

USCA4 Appeal: 23-1719   Doc: 41      Filed: 09/19/2023   Pg: 229 of 439

**1976. Wagons in Forbidden—Standing on Driveways.** 9. All vehicles other than pleasure carriages, as distinguished from wagons, carts and drays, are prohibited within any public park, except when employed in the business of said parks; and no vehicle or horse shall be permitted to stand upon the drives or any part thereof to the obstruction of the way.

**1977. Bicyclers.** 10. Bicyclers and tricyclers shall be strictly confined to the roadways of the public parks, and be controlled by the same rules which govern horsed vehicles and equestrians, and must keep and pass to the right when meeting the same. When passing a carriage or equestrian from the rear to the front it must be done on the left side, and at a speed not to exceed four miles per hour. Bicyclers and tricyclers must not travel more than two abreast, nor without displaying a light in front if it be one-half hour after sunset, and carrying regular bicycle or tricycle bells at all times.

**1978. Carriages Passing Each Other.** 11. When carriages, equestrians or cyclers meet, the shall respectively keep to the right.

**1979. Riding or Driving on Grass.** 12. No person shall ride or drive upon the grass, footways or elsewhere than on the roads for the use of carriages, equestrians and cyclers.

**1980. Speed for Driving.** 13. No person shall ride or drive a horse or cycle faster than at the rate of six miles an hour.

**1981. Picnics—Permits—Cleaning Up Debris.** 14. No picnic shall take place in any public park without a written permit of the Superintendent, in which shall be designated the place where it is to be held. Picnics permitted for Sunday and secular schools must always be accompanied by their respective teachers and masters, who will be held personally responsible for all infringements by the scholars of these rules and regulations. No person shall intrude him or herself upon a picnic without consent of those in charge of it, nor disturb any picnic within said parks. Parties holding picnics in the said parks must clean up the ground that has been occupied by them, on quitting it, and remove all paper and litter.

**1982. Sleeping in Parks—Begging—Games.** 15. No person shall be allowed to sleep on the benches or grass of any public park, nor to beg, to tell fortunes, to play at any game of chance, or with any instrument of gaming therein, and gambling in any form and playing cards is prohibited in the public parks.

**1983. Use of Liquors Prohibited.** 16. No person shall introduce spirituous, malt or fermented liquors into any public park, either for his own use or for sale, nor use, sell or give away the same.

**1984. Dogs.** 17. No person shall bring a dog into any public park.

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 230 of 439

**1985. Parades—Drills—Meetings.** 18. No military, civic or other company shall be permitted to parade, drill or perform within any park any military evolutions or movements without the consent of the Park Commissioners, and no public meetings or public discussions of any subject, religious, social, political, or of any other kind, shall be held within the limits of any park without the consent of the Park Commissioners.

**1986. Funeral Procession.** 19. No funeral procession, or hearse, nor any vehicle carrying the body of a deceased person, shall be allowed within any park.

**1987. Bringing Trees Into Park—Advertisement.** 20. No person other than employes shall bring upon any park any tree, shrub or plant, nor any newly plucked branch or portion of tree, shrub or plant; and no person shall paint, post or otherwise affix any bill, notice, sign, or other paper or sign upon any structure or thing within the parks nor upon any of the gates in the enclosures thereof.

**1988. Walking on Grass.** 21. No person shall go upon the grass, lawn or turf of any parks where the sign inscribed "Keep Off the Grass" has been posted by the Superintendent.

**1989. Watermelons.** 22. All persons are forbidden to carry watermelons into any park.

**1990. Bathing—Fishing—Disturbing Animals.** 23. No person shall bathe, wash or fish in, or go or send or ride any animal into any waters of any park, nor feed or disturb any of the fish, water fowls or other birds or animals preserved therein; or throw stones or rubbish of any kind into any lake, pond, stream or fountain, or any roadway of any public park.

**1991. Playgrounds.** 24. Portions of the parks may be set aside by the Superintendent for ball, croquet, golf or other games, and where any such portion of any park is set apart for any games, as aforesaid, no game of baseball shall take place without the written consent of the Superintendent, and no person shall practice ball or intrude himself upon the players on the space so set apart while a game is in progress. (As amended June 24, 1904.)

**1992. Hammocks.** 25. Hammocks, except for the use of babies, shall not be permitted within the parks. In such cases permission must be obtained from the Custodian, who will designate the trees to which the hammock may be attached.

**1993. Removal of Benches.** 26. No benches or seats shall at any time be removed or changed from their place in the said parks without permit shall be obtained from the Superintendent.

**1994. Swings.** 27. No person shall attach a swing to any tree within any public park without the consent of the Superintendent.

**1995. Sales Within Park.** 28. No person shall sell or offer for sale any article whatever within any public park without first having obtained written consent of the Board of Park Commissioners.

**1996. Intoxication.** 29. No intoxicated person shall be permitted in any public park.

**1997. Entering Water Closet of Opposite Sex.** 30. No person of opposite sex shall enter any water closet set apart for ladies, nor use in any improper way any water closet.

**1998. Penalty.** 31. Any person violating any of the provisions of this ordinance shall, upon conviction thereof, be fined not less than five ($5.00) dollars, nor more than one hundred ($100.00) dollars

**1999. Officers Given Police Powers.** 32. Officers or employes of the various parks are in power [empowered] to enforce the rules and regulations as herein set forth, and summary [summarily] to arrest and judge violators thereof.

**2000. Repeals.** 33. All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

**2001. Publication.** 34. This ordinance shall take effect and be in force from and after its passage and publication one day each week for two consecutive weeks in the Sun, a daily newspaper of general circulation, printed and published in the City of Indianapolis.

### PAWN-BROKERS.

AN ORDINANCE to license and regulate pawn-brokers; defining and declaring who shall be deemed pawn-brokers; fixing the license fee therefor; providing for the keeping of lists and descriptions of articles pledged or deposited with pawn-brokers; for the inspection of such lists and articles; the registering of the names and residences of depositors, and prescribing penalties; also providing for the publication of said ordinance and the time when the same shall take effect.

[Approved November 27, 1893.]

**2002. License—Definition—Fee.** 1. *Be it ordained by the Common Council of the City of Indianapolis,* That it shall be unlawful for any person to engage in or continue in the business of a pawn-broker in said city, unless such person shall have first paid the license fee to the City Treasurer and procured the license as a pawn-broker as in this ordinance prescribed. Every person whose business it is to take or receive by way of pledge, pawn, or exchange, any goods, wares or merchandise, or any kind of personal property whatsoever, as a security for the repayment of money lent thereon, or who purchases personal property or choses in action, on the condition of selling the same back again at a stipulated price, is hereby defined and declared a pawn-broker, and shall pay to the City Treasurer an annual fee of one hundred dollars.

1. See also Second-Hand Dealers.

**2003. Issuing License—Date.** 2. It shall be the duty of the City Comptroller, upon the presentation of the treasury certificate showing the payment of said fee into the city treasury, to issue to the person entitled thereto the license applied for. Such license shall

**Add. 220**

# A DIGEST

OF THE

# ACTS OF ASSEMBLY

RELATING TO,

AND THE

# GENERAL ORDINANCES.

OF THE

# CITY OF PITTSBURGH

*From 1804 to Jan. 1, 1897,*

WITH REFERENCES TO DECISIONS THEREON.

SECOND EDITION.

PREPARED UNDER RESOLUTION OF COUNCILS

BY

W. W. THOMSON

OF THE PITTSBURGH BAR.

PITTSBURGH, PA.:
W. T. NICHOLSON SONS, PRINTERS AND BINDERS.
1897.

Digitized by Google

496      ORDINANCES—EXECUTIVE DEPARTMENTS.

## BUREAU OF PARKS.

July 31, 1893, § 1.
O. B. 9, 262.

Bureau of parks created.

Officers and employees.

1. There shall be and is hereby created a bureau to be known as the "bureau of parks," which bureau shall consist of one superintendent whose compensation shall be two hundred dollars per month, one superintendent, whose compensation shall be one hundred and fifty dollars per month, and one assistant superintendent whose compensation shall be one hundred and twenty-five dollars per month, one clerk whose compensation shall be eighty-three dollars and thirty-three cents per month, and such foremen and laborers as may be required from time to time, at the same pay as like labor in other departments of the city (*a*).

July 6, 1896.
O. B. 11, 139.

Preamble.

Preamble.

2. WHEREAS, The control, maintenance, supervision and preservation of the public parks is by law vested in the department of public works ; and

WHEREAS, It is essential to proper exercise of these powers that persons should be employed as watchmen in the public parks for the protection of the public property therein.

Ibid § 1.

Watchmen compensation.

3. *Be it ordained, &c.,* That the director of the department of public works shall, and he is hereby authorized to employ such watchmen as may be necessary for the properly caring for, maintaining and protecting the public property in the public parks of this city at the daily compensation of two dollars and fifty cents each.

Ibid. § 2.

4. The compensation of such watchmen shall be paid out of appropriation No. 36, public parks.

July 27, 1893. § 1.
O. B. 9, 260.

Rules adopted.

5. Upon the passage and approval of this ordinance the following rules and regulations shall be and are hereby established for the management and protection of the parks and public grounds of the city of Pittsburgh, to wit :

*First.* No person shall injure, deface or destroy any notices, rules or regulations for the government of the parks, posted or in any other manner permanently fixed by order of the chief of department of public works.

*Second.* No person shall be allowed to turn any chickens, ducks, geese or other fowls, or any cattle, goats, swine, horses or other animals loose within the parks or to bring led horses or a horse that is not harnessed and attached to a vehicle or mounted by an equestrian.

*Third.* No person shall be allowed to carry firearms, or to shoot or throw stones at or to set snares for birds, rabbits, squirrels or fish, within the limits of the parks or within one hundred yards thereof.

*Fourth.* No person shall cut, break, pluck or in anywise injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, structures or statuary, or place or throw anything whatever in any springs or streams within the parks, or fasten a horse to a tree, bush or shrub.

(*a*) As amended by ordinance of Nov. 23, 1893. O. B. 9, p. 320, and ordinance of March 31, 1896. O. B. 11, p. 40.

## Add. 222

Digitized by Google

## PUBLIC WORKS—PARKS.

497

*Fifth.* No military or other parade or procession, or funeral shall take place in or pass through the limits of the parks without permission from the chief of department of public works.

*Sixth.* No one shall ride or drive therein except on the avenues or roads, or at a rate of speed exceeding eight miles per hour.

*Seventh.* No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the parks without previous permission of the chief of the department of public works, nor shall any gathering or meeting for political purposes in the park be permitted under any circumstances.

*Eighth.* No wagon or vehicle of burden or traffic shall pass through the park, except on such road or avenue as shall be designated by the chief of the department of public works for burden transportation.

*Ninth.* No coach or vehicle used for hire, shall stand upon any part of the parks for the purpose of hire, nor except in waiting for persons taken by it into the park, unless at points designated by the chief of the department of public works.

*Tenth.* No profane, indecent, abusive or insulting language, gambling or drunkenness shall be allowed within the parks, nor shall any one be allowed to introduce any spirituous liquors within the limits of the same, either for his own use or for sale.

*Eleventh* No person shall climb any tree or attach any swing thereto, without the consent of the superintendent.

*Twelfth.* No picnic shall take place in the parks without a written permission for the purpose being obtained from the superintendent, in which shall be designated the spot where it shall be held, and parties holding picnics shall clean up the ground that has been occupied by them on quitting it, and not leave paper and other refuse on the ground.

*Thirteenth.* No person shall disturb any picnic in the parks, or intrude himself or herself on it without the consent of those composing it.

*Fourteenth.* No person shall stand, walk or sit on any fence, wall or embankment, or stand, slide, sit or roll upon any slope of the parks.

*Fifteenth.* No person shall set up any booth, table or stand for the sale of any article whatever, without the consent of the chief of the department of public works, previously obtained in writing.

*Sixteenth.* When carriages or equestrians meet, the parties respectively shall keep to the right as the law of the road.

*Seventeenth.* No person shall drive any vehicle displaying any placard or advertisement of any kind along any road or avenue in the parks, nor shall any person display any placards or advertisements of any kind, or post or fix any notice or bill or other writing or printing of any kind on any tree, lamp-post, hydrant, curbstone, coping, flagstone, fence, wall, building or other place within the parks.

*Eighteenth.* No benches or seats shall at any time be removed

**33**

**Add. 223**

Digitized by Google

498                    ORDINANCES—EXECUTIVE DEPARTMENTS.

July 27, 1893

or changed from their places in the parks, except by the order first obtained of the superintendent.

*Nineteenth.* Bicycles and tricycles shall be restricted to the use of the roadways, and be controlled by the same law which governs horses, vehicles and equestrians, and must pass to the right, when meeting the same or each other. When passing a carriage or equestrian from the rear to the front, it must be done to the left side and at a moderate rate of speed. Bicycles and tricycles must not travel more than two abreast.

*Twentieth.* All racing with horses, vehicles, tricycles and bicycles is prohibited at any time, and bicycles and tricycles must not be driven or propelled at greater speed than eight miles per hour.

Ibid. § 2.

Penalty.

6. Any violation of any of the foregoing rules shall subject the party so offending to a fine of twenty-five dollars, to be collected by summary process.

Ang. 28, 1871, § 1. O. B. 3, 122.

Improvement of part of Bluff street as a park authorized.

7. The citizens of the Sixth and Fourteenth wards of the city of Pittsburgh, residing in the vicinity of Bluff street, shall be and are hereby authorized to enclose with a good substantial fence a portion of Bluff street, from Gist to Magee street, as follows, viz: Commencing at Gist street thirty feet south of the northern curb line, and thence running by a line preserving the same width to Magee street, said fence to be constructed with openings at the street crossings, and at such other points as may be deemed proper openings for the convenient access of foot passengers. Said citizens shall be further authorized to lay off the grounds south of said fence to the line of said street with walks, and within said enclosure, and on the outside thereof, to plant trees and shrubbery, erect fountains and make other improvements thereon suitable for a public promenade: *Provided,* That no trees or other improvements shall be placed upon said street within a distance of twenty feet from the north curb line of said street.

Ibid. § 2.

City not liable for expense.

8. Said improvements shall be made and maintained at the expense of the parties making the same, and the city shall not be liable for any expense contracted for or on account of the same.

Ibid. § 3.

City may grade and pave.

9. Said city reserves the right to direct the grading and paving of said street at any time hereafter, without compensation for the improvement which may be made thereon as fully as if this ordinance had not been adopted.

Ibid. § 4.

10. Said improvements and the maintenance and care of the same shall be under the charge of such persons as may be selected by subscribers to the fund for making the same.

Ibid. § 5.

Penalty for injuring improvements.

11. It shall be unlawful for any person to injure or destroy any fence, trees, shrubbery or other improvement upon said ground; and if any person shall wilfully injure or destroy the same, or any part thereof, he or she shall forfeit and pay the sum of ten dollars, in addition to a sum sufficient to repair or replace the damage, to be recovered by action in the name of the city of Pittsburgh, or by summary conviction before the mayor

Digitized by Google

# A DIGEST

OF THE

# LAWS AND ORDINANCES

FOR THE GOVERNMENT OF THE MUNICIPAL CORPORATION OF THE

# CITY OF READING, PENNSYLVANIA,

IN FORCE APRIL 1, 1897.



[PUBLISHED BY AUTHORITY OF THE CITY COUNCILS.]

COMPILED BY LOUIS RICHARDS.

READING, PA.:
EAGLE BOOK PRINT, 542 PENN STREET.
1897.

**Add. 225**

law authorizing cities of this commonwealth to acquire by purchase, or otherwise, private property for public park purposes.[1]

<div style="float:right">2 April 1896.</div>

15. That the Mount Penn Gravity Railroad Company be and is hereby granted the right to occupy a portion of the northeast section of Penn's Common with their railroad and station appurtenances, and also the right to cross the Mineral Spring property of the city of Reading with their railroad track.

<div style="float:right">7 May 1889 § 1. J. 1889-90, App. 266.<br>Right of way granted to Mount Penn Gravity R. R. Company.</div>

16. That the right to occupy Penn's Common is granted subject to the control and management of the common commissioners, and the right to cross the Mineral Spring property is granted subject to the control and management of the water commissioners.

<div style="float:right">Id. § 2.<br>Conditions.</div>

17. That the rights herein are granted to the said railroad company for the purpose of constructing, maintaining and operating a gravity railroad, and shall continue during the corporate existence of the said company.

<div style="float:right">Id. § 3.<br>Purpose.</div>

18. The employees of the water and park departments shall and are hereby directed to be paid semi-monthly, by pay roll, to be approved by the proper departments or committees ; said pay roll to contain name of person, kind and time of service, rate per day, amount due, and a receipt to be signed by the person receiving the amount set opposite his name, and shall be prepared and certified by the superintendent of each of said departments to the city clerk and city controller.

<div style="float:right">5 Feb. 1894 § 2. J. 1893-94, App. 632.<br>Mode of payment of employees of park and water departments.<br>Pay rolls to be certified by superintendent.</div>

19. Upon presentation to the city clerk of pay rolls properly certified and approved as beforementioned, the city clerk shall and he is hereby directed to draw warrants as follows : * * * * * * For the park department, "to the order of the superintendent."

<div style="float:right">Id. § 3.<br>How warrants to be drawn and moneys disbursed.</div>

Said officials to dispose of the money in the manner indicated on the pay roll, and to be responsible for the proper disbursement of the same.[2]

## II. Park Rules and Regulations.

20. That the following rules and regulations be and are hereby established as the rules and regulations for the government and protection of Penn's Common, viz. :

<div style="float:right">30 Dec. 1887 § 1. J. 1887-88, App. 339.</div>

(1) No person shall drive or ride in Penn's Common at a rate exceeding seven miles an hour.

<div style="float:right">Limit of speed.</div>

(2) No one shall ride or drive therein, upon any part of the common, than upon the avenues and roads.

<div style="float:right">Driving confined to roads.</div>

(3) No vehicle of burden or traffic shall pass through the common.

<div style="float:right">Vehicles of burden.</div>

(4) No person shall enter or leave the common except by such gates or avenues as may be for such purposes arranged.

<div style="float:right">Entrance and exit.</div>

(5) No coach or vehicle used for hire shall stand upon any part of the common for the purposes of hire.

<div style="float:right">Coaches for hire.</div>

(6) No person shall indulge in any threatening, abusive, insulting or indecent language in the common.

<div style="float:right">Threatening language, etc.</div>

---

[1] See the ordinance of October 1, 1889 (Jour. 1889-90, App. 294), forever exempting from being paved a triangular piece of ground at the intersection of Centre Avenue, Third and Windsor Streets, 108 feet on Third and 51 feet on Windsor Street, deeded by the owners to citizens of the vicinity for conversion into a park : "*Provided,* That it be sodded and laid out with walks of proper width, and that it be improved and beautified and kept as a park."

[2] By the resolution of May 14, 1889, the common commissioners were requested to see that all persons employed at the park are residents and taxpayers of the city, and to give such as are willing to earn off their taxes preference when they apply for work. Jour. 1889-90, App. 333.

Digitized by Google

240                            CITY PARK.

30 Dec. 1887.
Gaming and
obscenity.
(7) No person shall engage in any gaming, nor commit any obscene or indecent act in the common.

Firearms, etc.
(8) No person shall carry firearms, or shoot in the common, or within fifty yards thereof, or throw stones or other missiles therein.

Disturbance of fish, birds or animals.
(9) No person shall disturb the fish or water fowl in the pool or pond, or birds in any part of the common, or annoy, strike, injure, maim or kill any animal kept by direction of the commissioners, either running at large or confined in a close, nor discharge any fireworks, nor affix any bills or notices therein.

Fireworks.
Placards.

Injury to trees, shrubbery, statuary, etc.
(10) No person shall cut, break, or in any wise injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges, structures or statuary, or foul any fountains or springs within the common.

Dead animals, etc.
(11) No person shall throw any dead animal or offensive matter or substance of any kind within the boundaries of Penn's Common.

Animals at large.
(12) No person shall turn cattle, goats, swine, horses, dogs or other animals loose into the common. Nor shall they be permitted in or around the common, unless accompanied by the owner ; and whether accompanied by the owner or not, if any of said animals are found running at large in and about the said common, it shall be lawful for, and the park watchman or any of his assistants shall have full power and authority to impound them, or any of them, and if the said animals or any of them are not called for by their respective owners within forty-eight hours after the impounding of the same, it shall be lawful for the city authorities to sell and dispose of the said animals or kill the same.[1]

Impounding and disposition of estrays.

Tearing down notices.
(13) No person shall injure, deface or destroy any notices, rules or regulations for the government of the common, posted or in any other manner permanently fixed by order or permission of the commissioners of Penn's Common, within the limits of the same.

Leading of horses.
(14) No person shall be permitted to bring or lead horses within the limits of Penn's Common, or a horse that is not harnessed and attached to a vehicle, or mounted by an equestrian.

Fakirs.
(15) No person shall expose any article for sale within the common, without the previous license of the commissioners.

Musical entertainments, etc.
Parades or funeral processions.
(16) No person shall have any musical, theatrical or other entertainment therein, nor shall any military or other parade or procession, or funeral, take place in or pass through the limits of the common, without the license of the common commissioners.

Public meetings.
(17) No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the common without the previous permission of the commissioners.

Games of sport.
(18) No person shall engage in any play at base ball, cricket, shinney, foot ball, croquet, or at any other games with ball and bat, nor shall [any] foot race or horse race be permitted within the limits of the common, except on such grounds only as shall be specially designated for such purpose.

[1] This rule amended as above by ordinance of June 26, 1895, Jour. 1895-96, App. 549.

Add. 227

Digitized by Google

21.  Any person who shall violate any of said rules and regulations shall be guilty of a misdemeanor, and for each and every such offence shall pay the sum of five dollars, to be recovered before any alderman of the city of Reading, with costs, together with judgment of imprisonment not exceeding thirty days, if the amount of said judgment and costs shall not be paid, which fines shall be paid into the city treasury for common purposes.[1]

*30 Dec. 1887 § 2.*
*Penalty.*

[1] These rules are supplemented by a series of additional regulations adopted by the board of park commissioners, June 14, 1895, prescribing the duties of the superintendent, gardener and park police.

# Clerks of Councils.

1. Election of clerk of select council.
2. Term.
3. Duties.
4. Salary.
5. Repeal.
6. Duties of clerk of common council.

1.  That the office of clerk of select council be and the same is hereby established.   Said clerk of select council to be elected on the day fixed for the organization of council, or as soon thereafter as practicable ; a majority of the votes cast shall be necessary for an election.

*9 Mar. 1891 § 1.*
*J. 1890-91, App.*
*352.*
*Election of clerk of select council.*

2.  The term of office of the said clerk shall be one year, or until his successor shall have been duly elected and qualified.

*Id. § 2.*
*Term.*

3.  That it shall be the duty of the said clerk to keep a regular and accurate journal of the acts and proceedings of the said branch and prepare the same for printing, together with a calendar of unfinished business at each stated meeting ; he shall also act as clerk of councils in joint convention.

*Id. § 3.*
*Duties.*

4.  That the salary of the clerk of select council shall be three hundred dollars per annum, payable as the salaries of other city officials are payable.[1]

*Id. § 4.*
*Salary.*

5.  That the ordinance, entitled "An ordinance defining the duties and fixing the bond and salary of the clerk of select council," approved by the mayor December 24th, 1875, and any other ordinance or ordinances, or part of ordinance or ordinances conflicting with the provisions of this ordinance, be and the same are hereby repealed so far as the same affects this ordinance.

*Id. § 5.*
*Repeal.*

6.  It shall be the duty of the clerk of the common council to keep a regular and accurate journal of the proceedings of said branch and prepare the same for printing, together with a calendar of unfinished business at each stated meeting.[2]

*31 Dec. 1875 § 1.*
*J. 1875-76, App.*
*247.*
*Duties of clerk of common council.*

[1] By Section 4 of the act of March 21, 1865, creating the Reading Water Board (*ante*, p. 186), the clerk of select council is *ex-officio* secretary of that body.  His annual salary in that capacity is three hundred and sixty dollars.

[2] The annual salary of the clerk of common council remains at two hundred and fifty dollars, as fixed by the salary ordinance of February 17, 1877. (Jour. 1876-77, App. 183), those of all other officers therein named having been changed by subsequent legislation.

Digitized by Google



# Park   Commissioners'   Report,

## Springfield, Massachusetts.

## 1897.

OHIO STATE
UNIVERSITY

Digitized by Google

PRESS OF
SPRINGFIELD PRINTING AND BINDING CO.
SPRINGFIELD, MASS.

Digitized by Google

# PARK ORDINANCES.

SPRINGFIELD, MASS., May 2, 1891

The Board of Park Commissioners of the City of Springfield, by virtue of its authority to make Rules for the use and government of the Public Parks of said city, and for breaches of such rules to affix penalties, hereby ordains that within the Public Parks, except with prior consent of the Board, it is forbidden:—

1. To cut, break, injure, deface, defile, or ill-use any building, fence, or other construction, or any tree, bush, plant, or turf, or any other thing or property of said city, or to have possession of any freshly plucked tree, bush, or plant, or part thereof.

2. To allow animals of any kind to pass over or stray upon the Park lands, provided this shall not apply to dogs when closely led by a cord or chain not more than six feet long.

3. To throw stones, balls, or other missiles; to discharge or carry firearms, fire-crackers, torpedoes, or fireworks; to make fires; to play musical instruments; to have any intoxicating beverages; to sell, offer, or expose for sale any goods or wares; to post or display signs, placards, flags or advertising devices; to solicit subscriptions or contributions; to play games of chance, or to have possession of instruments of gambling; to make orations, harangues, or loud outcries; to enter into political canvassing of any kind; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy other visitors.

4. To take birds, fish, or any live animal or birds' nest, or in any way interfere with cages, boxes, places, or inclosures for their protection.

5. To play ball or any other games in any Public Park except such portions thereof as may be set apart for that purpose.

6. To drive any carriage, cycle, cart, wheelbarrow, hand cart or horse, upon any Park except upon regular carriage roads, and no heavy teaming will be allowed whatsoever.

7. To drive or ride a horse or horses at a rate faster than eight miles an hour.

8. To drive or ride any horse or animal not well broken and under perfect control of the driver.

9. To ride a cycle at a rate faster than eight miles an hour.

10. To refuse to obey the orders or requests of either of the Commissioners, or of the Park Police or other agents of the Commissioners, and to refuse to assist them when required. Any person willfully doing either of the things above forbidden, shall be punished by fine not exceeding twenty dollars.

*Compliance with foregoing regulations is a condition of the use of these premises.*

DANIEL J. MARSH, *President,*
ORICK H. GREENLEAF,
JOHN E. TAYLOR,           } *Park Commissioners.*
EVERETT H. BARNEY,
WILLIAM F. CALLENDER, *Secretary.*

Digitized by Google

**Add. 231**

Report of the

...BOARD OF...

# PARK COMMISSIONERS,

OF

WILMINGTON, DEL.

FOR THE

Year ending December 31st, 1897.

WILMINGTON, DEL.
THE JOHN M. ROGERS PRESS,
1898.

Digitized by Google

# PARK REGULATIONS.

No person shall ride or drive upon any part of the Park except upon the roads intended for such purposes.

No person shall bring led horses within the limits of the Park nor turn any horses, cattle, goats, swine, dogs or other animals loose in the Park.

No person shall indulge in any threating, abusive, insulting or indecent language, or commit any obscene or indecent act in the Park.

No person shall carry firearms, shoot birds, or other animals, nor throw stones or other missiles, or in any way disturb or annoy the birds or animals within the boundaries of the Park.

No person shall throw any dead animals or other offensive matter into the Park, nor foul any spring, brook or other water within the boundaries of the Park.

No person shall cut, break or otherwise injure or deface any trees, shrubs, plants, turf, rock or any building, fence, bridge or other structure within the Park.

No person shall erect, paint, paste or otherwise affix or distribute any signs, advertisements or circulars within the Park.

No person shall injure, deface, destroy, or remove any notices or regulations for the government of the Park.

Penalties, $5.00 to $10.00

Digitized by Google

# CHARTER

AND

# REVISED ORDINANCES

OF

# KANSAS CITY

1898.

TO WHICH ARE PREFIXED A TABLE OF THE CASES CITED; AN HISTORICAL
SKETCH OF THE CITY; AND, ALSO, THE CONSTITUTIONAL PROVISIONS AND
ENABLING ACT IN PURSUANCE OF WHICH SAID CHARTER WAS FRAMED
BY A BOARD OF THIRTEEN FREEHOLDERS AND SUBMITTED TO, AND
RATIFIED BY, THE QUALIFIED VOTERS OF THE CITY AT A SPECIAL
ELECTION APRIL 8, 1889, AND SUPERSEDED THE OLD CHARTER
MAY 8, 1889.   THE AMENDMENTS TO THE CITY CHARTER
ADOPTED SINCE THE LAST DATE ABOVE, HAVE BEEN
ARRANGED IN THEIR PROPER PLACES, WITH FOOT-
NOTES SHOWING THE DATES OF THEIR ADOPTION.

———

THE ANNOTATIONS EMBRACE THE DECISIONS IN THE SUPREME COURT
REPORTS, VOLUMES 1-137, INCLUSIVE, AND APPEAL REPORTS,
VOLUMES 1-70, INCLUSIVE, BEARING UPON MUNICIPAL
RIGHTS AND LIABILITIES, AND THE CON-
STRUCTION OF THE CHARTER
AND ORDINANCES.

———

COMPILED, ARRANGED, ANNOTATED, AND INDEXED BY

FRANK F. ROZZELLE AND GEORGE R. THOMPSON,

OF THE KANSAS CITY BAR, ASSISTED BY

R. B. MIDDLEBROOK, CITY COUNSELOR, AND H. C. McDOUGAL, FORMER CITY COUNSELOR
AND AN ADVISORY COMMITTEE CONSISTING OF L. E. WYNE, P. S. BROWN, JR.
AND GEORGE EYSSELL, OF THE UPPER HOUSE, AND JAMES G.
SMITH, A. D. BURROWS AND JAMES PENDERGAST, OF
THE LOWER HOUSE OF THE COMMON COUNCIL.

———

PRINTED AND PUBLISHED BY
AUTHORITY OF THE CITY OF KANSAS CITY, MISSOURI.

———

KANSAS CITY:
LAWTON & BURNAP, PRINTERS AND STATIONERS.
1898.

Digitized by Google

Add. 234

## ORDINANCE No. 9637.

AN ORDINANCE PROVIDING FOR THE REGULATION AND
ORDERLY GOVERNMENT OF PARKS, BOULEVARDS, PARK-
WAYS, PARK ROADS AND OTHER PUBLIC GROUNDS UNDER
THE CONTROL AND MANAGEMENT OF THE BOARD OF PARK
COMMISSIONERS.    •

*Be it ordained by the Common Council of Kansas City:*

SECTION 1.    That all omnibuses and all wagons, drays, trucks
and other vehicles, for carrying goods, merchandise, manure,
garbage, or other articles, entering upon any boulevard or park-
way of this city, shall have width of tire as follows:

All vehicles of the kind above mentioned drawn by one horse
shall have width of tire of not less than three (3) inches.    All
such vehicles drawn by two or more horses shall have width of
tire not less than four (4) inches; *provided*, however, that all
wagons, omnibuses and other vehicles of less width of tire than
above specified, carrying goods, merchandise or other articles to
or from any house or premises abutting upon any boulevard or
parkway, shall be permitted to enter thereon at the cross street
nearest said house or premises in the direction in which the same
are moving, and deliver and receive such merchandise or other
articles, but shall not proceed on such boulevard or parkway
further than the nearest cross street thereafter.    That this pro-
vision shall take effect and be in force six (6) months after the
approval of said ordinance.

SEC. 2.    No vehicle, nor horse, nor mule, shall be permitted
to stand upon any portion of any boulevard, parkway or park
road of said city, unless the driver thereof is in charge of and
accompanies the same; nor shall any horse, mule or vehicle be per-
mitted to stand upon any boulevard, parkway or park road to the
obstruction of the same or to the inconvenience of travel.

SEC. 3.    No person shall engage in any racing, speeding or
fast and reckless riding or driving on any boulevard, parkway or
park road of said city, except on such part or portion of any
boulevard, parkway or park road as may be set apart by the board
of park commissioners for that purpose, and then only under such
regulations as the board of park commissioners may prescribe.



656                    APPENDIX.

SEC. 4.   No velocipede, bicycle, tricycle, wheelbarrow, hand-cart, nor other vehicle, nor any horse, mule, cattle nor swine shall be placed by the owner or any other person in charge or control thereof, or be permitted by the same upon the sidewalks, walks, curbstones, grass plots, or planting spaces of any park, boulevard, or parkway, nor to cross the same.   Nor shall such vehicle or animal be taken upon any part thereof except upon the carriage drives and crossings provided therefor.   Nor shall any horses, mules, cattle, sheep or swine be driven loose, singly or in herds on any boulevard or parkway, or park road of said city.   Nor shall any dog be taken or permitted in or upon any park, except the same be led and secured at all times by cord or chain of not greater length than ten (10) feet.

SEC. 5.   No person shall hitch any horse or other animal to any lamp post, tree or fire hydrant on any boulevard or parkway, or ride or drive over the curbstone, sidewalks or grass plots thereon. Nor shall any person permit any horse, mule or other animal to stand so near to any tree on any boulevard or parkway or in any park that such animal can damage the same by biting or otherwise. Nor shall any person permit any horse or other animal unattended to stand upon any boulevard or parkway of said city unless the same shall be securely hitched and checked.

SEC. 6.   No owner, occupant or agent of any land abutting upon any boulevard or parkway of said city shall allow the earth or any rubbish from said land to fall or wash upon any part of said boulevard or parkway.   Nor shall any person throw or cause to be thrown any dirt or rubbish of any kind upon any such park, boulevard, parkway or park road.

SEC. 7.   No person shall place or deposit or allow to be placed or deposited on any boulevard, parkway or park road of said city, any building material whatsoever or any other articles or things which would obstruct or hinder the travel thereon, without a written permit from the board of park commissioners, which said permit shall state how great a space will be allotted on which the same may be placed or deposited, and the length of time during which said permit shall be in force; but no obstruction nor deposit of any kind shall be placed upon the parking or sidewalk on any boulevard or parkway nor shall any coal or wood or merchandise be dumped or thrown upon any boulevard or parkway.

SEC. 8.   Every person having the use of any portion of any boulevard, parkway or park road of said city, for the purpose of erecting or repairing any building or for any other purpose shall



Add. 236

cause two (2) red lights to be placed in a conspicuous place, one at each end of such obstruction from dusk until sunrise in the morning of each day during the time such obstruction shall remain, and shall also construct and maintain proper safeguards and a good and safe plank sidewalk around such obstruction, which sidewalk shall be at least two (2) feet wide.

SEC. 9.   No person shall play any game whatsoever in or upon any of the parks, boulevards, parkways or driveways under the control of the board of park commissioners; *provided*, however, that ball, cricket, lawn tennis and other games of recreation may be played upon such portions of said parks as may be designated from time to time by the board of park commissioners, and under such rules and regulations as may be prescribed by said board. The grass plots or lawns of public parks and parkways shall not be used by any person as thoroughfares in crossing from one roadway, walk or street to another roadway, walk or street. But this section shall not be construed to interfere with the use of public parks or parkways as pleasure grounds by the people for the purpose of recreation under such reasonable rules and regulations as may be prescribed by the board of park commissioners.

SEC. 10.   No person shall engage in any sport upon any boulevard, parkway, park road or driveway under the control or supervision of the board of park commissioners which will be likely to frighten horses, injure passsengers or embarrass the passage of vehicles thereon.

SEC. 11.   No person shall fire or discharge any gun or pistol, or carry fire-arms, or throw stones or other missiles, or fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks, or things containing any substance of an explosive character, within any park, boulevard, parkway or driveway of this city under the control or supervision of the board of park commissioners, except upon a permit first duly obtained or authority previously granted by said board and subject to such rules and regulations as said board may establish.

SEC. 12.   No person shall expose any article or thing for sale, or do any hawking or peddling, or distributing hand-bills, or erect any sign-board, or paste or affix any notice or bill or other writing or printing on any tree, lamp post, hydrant, curbstone, sidewalk, coping, flagstone, fence, wall, building or other place in any park, boulevard, parkway, park road, driveway or other public grounds under the control or supervision of the board of park commissioners of said city.   Nor shall any person drive

——42

Digitized by Google

any animal or vehicle displaying any placard or advertisement of any kind; nor shall any person display any placard or advertisement of any kind upon or along any boulevard, parkway, park road or in any park or other public grounds under the control and management of the board of park commissioners of said city.

Sec. 13.   No person shall cut, break or in any way injure or deface any of the trees, shrubs, plants, turf, grass, lamp posts, fences, bridges, buildings or other constructions of property in or upon any park, boulevards, parkways, park roads or other public grounds of said city under the control or supervision of the board of park commissioners.

Sec. 14.   All persons riding bicycles, tricycles and velocipedes in parks, or upon parkways, boulevards or park roads, shall be required to keep upon the paths specially provided for the same, or upon the roadway, and in no case shall be permitted to ride upon the foot-paths or upon the parking or grass.

Sec. 15.   That no vehicles, other than those used for pleasure driving, or other than such carts or other vehicles as may be employed by the board of park commissioners in the construction of, or caring for said parks, shall be permitted to enter said parks.

Sec. 16.   No person shall be guilty of disorderly, bawdy or lewd conduct, or of habitual loafing, or of sleeping on the ground or benches, or make, aid or assist in making any disorderly noise or riot or breach of the peace within the limits of any park, boulevard, parkway or other public grounds of the city.

Sec. 17.   Any person who shall violate any of the foregoing provisions, rules and regulations, shall be deemed guilty of a misdemeanor and upon conviction thereof shall be punished by a fine of not less than five dollars ($5.00) nor more than one hundred dollars ($100) for each and every offense. and in addition to the members of the regular police force of Kansas City who may be specially detailed by the board of police commissioners for the enforcement of the foregoing rules and regulations and for service under the direction of the board of park commissioners, said board of park commissioners may employ and appoint additional persons to act as special guards in parks, boulevards and parkways, as it may find it expedient and deem necessary for the protection of the same and for the enforcement of the rules and regulations of said board and the ordinances of the city relating to the regulation and orderly government of parks and public grounds under the control and

Digitized by Google

Add. 238

management of the board of park commissioners, and all such special park guards shall be sworn into service of the city as special policemen, and shall be paid out of the general funds appropriated by the common council for the general expenses of the board of park commissioners and for other park purposes; but the number of such special policemen so appointed shall not exceed fifteen (15) per cent of the regular police force of said city without the consent or approval of the common council of said city.

SEC. 18.  The common council finds and declares that the action of the common council herein has been recommended by the board of park commissioners of Kansas City, Missouri, as provided by law and that said board has adopted said rules and regulations and has recommended to the common council the establishment and enforcement of the same by ordinance as herein provided.

SEC. 19.  All ordinances or parts of ordinances in conflict with this ordinance, insomuch as they conflict herewith, are hereby repealed.

Passed April 14, 1898.        Passed April 18, 1898.

JAMES G. SMITH,              GEO. S. GRAHAM,
Speaker, Lower House of       President, Upper House of
the Common Council.          the Common Council.

[SEAL]  Attest:      Approved April 18, 1898, 11:50 A. M.

C. S. CURRY,                 JAMES M. JONES,
City Clerk.                    Mayor.
BY E. A. NORRIS, Deputy.

Digitized by Google

Add. 239

28

# PARK REGULATIONS.

No person shall ride or drive upon any part of the Park except upon the roads intended for such purposes.

No person shall bring led horses within the limits of the Park nor turn any horses, cattle, goats, swine, dogs or other animals loose in the Park.

No person shall indulge in any threatening, abusive, insulting or indecent language, or commit any obscene or indecent act in the Park.

No person shall carry firearms, shoot birds, or other animals, nor throw stones or other missiles, or in any way disturb or annoy the birds or animals within the boundaries of the Park.

No person shall throw any dead animals or other offensive matter into the Park, nor foul any spring, brook or other water within the boundaries of the Park.

No person shall cut, break or otherwise injure or deface any trees, shrubs, plants, turf, rock or any building, fence, bridge or other structure within the Park.

No person shall erect, paint, paste or otherwise affix or distribute any signs, advertisements or circulars within the Park.

No person shall injure, deface, destroy, or remove any notices or regulations for the government of the Park.

Penalties, $5.00 to $10.00

Digitized by Google

USCA4 Appeal: 23-1775   Doc: 41   Filed: 09/16/2023   Pg: 252 of 439

# REVISED

# ORDINANCES

— OF THE —

# CITY OF BOULDER

---

Published by Authority of the City.

---

OSCAR F. A. GREENE,

COMPILER.

---

1899:
Printed by Ricketts & Kerr, at The News Office,
BOULDER, COLORADO.

Add. 241

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 253 of 439

MAR 11 1909

thirty-two in township one north of range seventy west, is hereby named and shall hereafter be known as VALVER-DAN PARK.

### 510. Washington Park.

SEC. 5. That the city property in the west half of the south-west quarter of section twenty-five in township one north of range seventy-one west, shall be named and here-after known as WASHINGTON PARK.

## PARKS.

An Ordinance for the Protection of the Several Parks Belonging to the City and of the Buildings and Reservoirs and Trees and Other Improvements at and Within Said Parks, and to Pro-vide Penalties for Injuring the Same.

Passed October 4, 1898.

(With amendment as noted.)

### 511. No firearms or shooting in.

SECTION 1. Any person other than the police officers of the city who shall take or carry or cause to be taken or carried into any of the parks belonging to the City of Boulder, any gun, pistol, revolver, or other firearm, or who shall shoot any firearm at or towards or over or into or upon any of said parks, shall be deemed guilty of a misdemeanor. (As amended August 2, 1899.)

### 512. No powder or explosives in.

SEC. 2. Any person who shall take or carry or cause to be taken or carried into any of said parks, any powder of any quality or kind or any explosive or dangerous or inflammable or combustible substance, shall be deemed guilty of a misdemeanor.

### 513. No fires or explosives.

SEC. 3. Any person who shall start any fire or cause or permit to be started any fire in any of said parks, not

being thereunto first authorized by the Mayor, or who shall in any of said parks fire or explode any fire-crackers, torpedoes, or any other substance or thing containing powder or other explosive substance, shall be deemed guilty of a misdemeanor.

### 514. Injury to property.

SEC. 4. Any person who shall deface, tear down, destroy or injure in any manner whatsoever any fence, building, furniture, seat, structure, excavation, post, bracket, lamp, awning, fire plug, hydrant, water pipe, tree, shrub, plant, flower, railing, bridge, culvert, or any other property whatsoever belonging to the city or to any private corporation or persons in, at or upon any of said parks, shall be deemed guilty of a misdemeanor.

### 515. Injury continued.

SEC. 5. Any person who shall injure or damage in any manner whatsoever any property of the city at, in or upon any of said parks by cutting, hacking, bending, breaking, burning, daubing with paint or other substances, hitching of horses or other animals, or by means of fire, or by effecting such acts in any other manner, shall be deemed guilty of a misdemeanor.

### 516. Violation—Misdemeanor Penalty.

SEC. 6. Any person upon conviction of any misdemeanor specified in any of the five preceding sections herein shall be fined not less than five and not more than three hundred dollars.

## PARKS.

An Ordinance in Relation to Cottages in Texado Park.
Passed April 17th, 1899.

WHEREAS, a contract was made on, to-wit, the 19th day of March, A. D. 1898, at Boulder, Colorado, by and

BY AUTHORITY OF THE LEGISLATIVE
ASSEMBLY.

————

# THE

# REVISED STATUTES

OF

# ARIZONA TERRITORY

CONTAINING ALSO

THE LAWS PASSED BY THE TWENTY-FIRST LEGISLATIVE
ASSEMBLY, THE CONSTITUTION OF THE UNITED
STATES, THE ORGANIC LAW OF ARIZONA
AND THE AMENDMENTS OF CON-
GRESS RELATING THERETO.

————

# 1901

————

COLUMBIA, MISSOURI
PRESS OF E. W. STEPHENS
1901

Add. 245

CRIMES AND PUNISHMENTS. [PART 1

saddlebags, any pistol, dirk, dagger, slung-shot, sword-cane, spear, brass knuckles, bowie-knife, or any other kind of knife manufactured or sold for purposes of offense or defense, he shall be punished by a fine of not less than twenty-five nor more than one hundred dollars; and, in addition thereto, shall forfeit to the county in which he is convicted the weapon or weapons so carried.

**Peace officers and militiamen may carry.**    386.    The preceding section shall not apply to a person in actual service as a militiaman, nor as a peace officer or policeman, or person summoned to his aid, nor to a revenue or other civil officer engaged in the discharge of official duty, nor to the carrying of arms on one's own premises or place of business, nor to persons traveling, nor to one who has reasonable ground for fearing an unlawful attack upon his person, and the danger is so imminent and threatening as not to admit of the arrest of the party about to make such attack upon legal process.

**Carrying certain weapons to church.**    387.    If any person shall go into church or religious assembly, any school room, or other place where persons are assembled for amusement or for educational or scientific purposes, or into any circus, show or public exhibition of any kind, or into a ball room, social party or social gathering, or to any election precinct, on the day or days of any election, where any portion of the people of this territory are collected to vote at any election, or to any other place where people may be assembled to minister or to perform any other public duty, or to any other public assembly, and shall have or carry about his person a pistol or other firearm, dirk, dagger, slung-shot, sword-cane, spear, brass knuckles, bowie knife or any other kind of a knife manufactured and sold for the purposes of offense or defense, he shall be punished by a fine not less than fifty nor more than five hundred dollars, and shall forfeit to the county the weapon or weapons so found on his person.

**Peace officers not included.**    388.    The preceding section shall not apply to peace officers or other persons authorized or permitted by law to carry arms at the places therein designated.

**Violators may be arrested, how.**    389.    Any person violating any of the provisions of sections 382 and 385 may be arrested without warrant by any peace officer and carried before the nearest justice of the peace for trial; and any peace officer who shall fail or refuse to arrest such person on his own knowledge, or upon information from some credible person, shall be punished by a fine not exceeding three hundred dollars.

**Travelers may carry arms, when.**    390.    Persons traveling may be permitted to carry arms within settlements or towns of the territory, for one-half hour after arriving in such settlements or towns, and while going out of such towns or

# MUNICIPAL REGISTER *of the*

## City of Hartford

CONTAINING a List of the Officers of the City Government and its Various Departments; also, Message of the Mayor and the Annual Reports of the Several Departments for the Year 1906-07; Ordinances of the City, etc.



# 1907

Printed by THE SMITH-LINSLEY CO., Hartford, Conn.

0179

COMPILED AND ARRANGED

BY

# HENRY F. SMITH,

## City Clerk.

IN ACCORDANCE WITH A RESOLUTION PASSED BY THE COURT OF COMMON
COUNCIL, AND ISSUED UNDER THE DIRECTION OF THE
JOINT STANDING COMMITTEE ON PRINTING.

NOV 17 1908

0180

# APPENDIX A.

### RULES AND REGULATIONS.

The Board of Park Commissioners, by virtue of the authority vested in them, hereby make and ordain the following rules and regulations for the management of the parks owned by or under control of the city of Hartford. Any person who shall violate any of the following rules and regulations, "shall forfeit and pay for the use of the city treasury a fine not exceeding thirty-five dollars ($35.00)."

*It is forbidden:*—1st.    To enter or leave any Park, except by the regular approaches thereto; to walk upon any grass border of any flower garden, walk, or driveway; to walk among or through shrubs, flowers, or other plantings, or to cross any lawn in any Park whenever a notice shall be conspicuously posted forbidding such crossing.

2nd.    To climb, or get upon any tree, statue, fountain, fence, gate, gateway, or railing in any park, or to use any structure therein in any way other than that for which it was intended.

3rd.    To remove, cut, break, or otherwise injure, any tree or shrub, or any part thereof; to cut, pluck, or otherwise remove, any blossom or other part of any plant or flower in any Park.

4th.    To cut, write upon, deface, defile, or otherwise injure any building, bridge, fence, statue, fountain, seat, gate, gateway, or other structure, upon any Park.

5th.    To permit any dog to pass over or to stray upon any Park where sheep are pastured or kept, unless led by a cord or chain, not exceeding six (6) feet in length, or to permit any other animal to pass

over or stray upon any Park area, but this provision shall not apply to horses when ridden or driven in harness, along the Park roadways.

6th.   To throw any stick, stone, or other missle on any portion of any Park.

7th.   To scatter or leave upon any Park any paper, rag, garbage or other litter.

8th.   To void any urine, dung or other excrement, within the limits of any Park, excepting in such place or apartment as is, or shall be, specially provided for such purpose; and in the latter case, it is forbidden to use or enter any apartment established for persons of the opposite sex exclusively.

9th.   To discharge or carry firearms, firecrackers, torpedoes, or fireworks, but this prohibition shall not apply to the display of fireworks under municipal authority; to make any fire; to have any intoxicating beverage; to sell, offer, or expose for sale any goods or wares, except under a written license from the Board of Park Commissioners; to post or display any sign, placard, flag, or advertising device without such license; to solicit any subscription or contribution; to play any game of chance, or to have possession of any instrument of gambling; to make any oration, harangue, or loud outcry; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy any other visitor.

10th.   To drive or propel any bicycle, tricycle, automobile, or other vehicle, wheelbarrow, or handcart, on any Park, excepting on regular carriage roads; to skate or slide upon or across any walk upon any Park; or to slide or coast on any driveway.

11th.   To ride or drive any horse, bicycle, automobile or other vehicle, or team, at a rate faster than six (6) miles an hour; to drive or lead any heavy team,

business wagon, or cart upon any **Park** driveway or carriageway, excepting upon Park business.

12th. To take or molest any bird, fish, frog, or any live animal, or bird's eggs, or in any way interfere with any bird's nest, or with any cage, box, place or enclosure for the protection of any bird, fish, or any live animal.

13th. To sleep upon, lie upon, or overturn, any seat upon any park.

14th. For any men to occupy any seat designated as reserved for women and children.

15th. To play ball or any other games in any public Park except upon such portions thereof as may be set apart for that purpose.

16th. To deface or injure any notice placed by the Park Commissioners upon any Park.

The foregoing are in addition to such prohibitions and penalties as are provided by the laws of this state and the ordinances of this city.

<div align="center">Board of Park Commissioners,</div>

GEORGE A. FAIRFIELD, *President.*

Attest, FRANKLIN G. WHITMORE, *Secretary.*

Hartford, January 6, 1902.

Adopted by Board of Common Council, February 10, 1902.

Approved by Mayor, February 11, 1902.

ALEXANDER HARBISON, *Mayor.*

Attest, HENRY F. SMITH, *City Clerk.*



Ninth Annual Report
OF THE
Department
OF
Parks
OF THE
City OF New Bedford.
Mass.
1902.

Generated on 2023-02-09 21:45 GMT / https://hdl.handle.net/2027/hvd.ti3dmc
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

**Add. 252**

## Park Ordinances.

—————

OFFICE OF PARK COMMISSION,
NEW BEDFORD, MASS.,
September 1, 1902.

The Board of Park Commissioners of the City of New Bedford, by virtue of its authority to make rules for the use and government of the public parks of said city, and for breaches of such rules to affix penalties, hereby ordain that within the public parks and commons of the city, except with prior consent of the Commissioners, all persons are hereby forbidden:

1. To cut, break, injure, deface, defile or ill-use any building, fence or other construction, or any tree, bush, plant, turf or any property whatsoever of said city, or to have possession of any shrub, plant or tree, or any part thereof.

2. To take birds, fish or any live animals, or birds' nests, or in any way interfere with cages, boxes or enclosures for their protection.

3. To throw stones. balls or other missiles; to discharge or carry firearms, firecrackers, torpedoes or fireworks; to make fires, to play musical instruments; to have for sale or otherwise any intoxicating liquors or beverages; to sell or offer for sale any goods or

74

Digitized by Google

**Add. 253**

Original from
HARVARD UNIVERSITY

wares; to post or display signs, placards, flags or any advertising devices whatsoever; to play games of chance or to have possession of instruments of gambling; to utter profane, threatening, abusive or indecent language; to make orations or loud outcries; to in any manner annoy other visitors.

4. To play ball or any other games in any park, except such portions thereof as may be set apart for that purpose.

5. To drive any carriage, cycle, cart, wheelbarrow, hand cart or horse upon any park except upon regular carriage roads, and then at a rate not faster than five miles an hour.

6. To drive or ride any horse or animal not well broken and under perfect control of the driver.

7. To refuse to obey the orders of the Commissioners, of the Superintendent of Parks, of the Park Police, or of any authorized agent of said Commissioners.

8. Any person wilfully doing either of the above forbidden acts shall be punished by a fine not exceeding $20.00 for each offence.

Compliance with the foregoing regulations is a condition of the use of these premises.

> JAMES E. MOORE, Chairman,
> SAMUEL P. RICHMOND,
> OBED C. NYE,       Board of Park
> CHARLES T. SMITH,    Commissioners.
> ERNEST A. WHEATON, Secretary.

THOMAS W. COOK,
    General Superintendent.

75

**Add. 254**

# PROCEEDINGS

OF THE

# BOARD OF ALDERMEN

OF

## THE CITY OF NEW YORK

FROM

OCTOBER 6 TO DECEMBER 28, 1903.

VOLUME IV.



PUBLISHED BY AUTHORITY OF THE BOARD OF ALDERMEN.

1903.

Generated on 2023-02-09 21:52 GMT / https://hdl.handle.net/2027/uiug.30112105499195
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

[NOVEMBER 24, 1903.

## REPORT:

That, having examined the subject, they believe the proposed ordinance to be necessary.

They therefore recommend that the said ordinance be adopted.

ARMITAGE MATHEWS, NOAH TEBBETTS, JAMES COWDEN MEYERS, FRANK L. DOWLING, JOHN H. BEHRMANN, Committee on Laws and Legislation.

AN ORDINANCE to regulate the government of parks and other public pleasure grounds of The City of New York, and to protect them and the frequenters thereof from ill usage.

Be it Ordained by the Board of Aldermen of The City of New York, as follows:

All persons are forbidden—

I. To cut, break or in any way injure or deface the trees, shrubs, plants, grass, posts, railings, chains, lamps, lampposts, benches, tree-guards, buildings, structures or other property in or upon any of the public parks, parkways, squares or places of or within The City of New York, under the jurisdiction of the Department of Parks, or to dig into or upon the soil within the boundaries of any such parks, parkways, squares or places, or of any roads or roadways upon or across the same.

II. To go on foot or otherwise upon the grass, except when and where permitted, or to throw or leave any paper, refuse or rubbish on any of the lawns or walks of the said parks, parkways, squares or places.

III. To expose any article for sale or exhibition, unless previously licensed by the Department of Parks therefor, on any part of such public parks, parkways, squares or places.

IV. To post any bill, placard, notice or other paper upon any structure within such public parks, parkways, squares or places, or upon any street or avenue adjacent thereto under the jurisdiction of the Department of Parks, unless previously licensed so to do by the Commissioner having jurisdiction, and in accordance with the provisions of section XVI. hereof.

V. To play upon any musical instrument within such public parks, parkways, squares or places, or take into, carry or display any flag, banner, target, or transparency without the permission of the Commissioner having jurisdiction.

VI. To erect any structure, stand or platform, or hold any meetings in such parks, parkways, squares or places, without previous permission therefor from the Commissioner having jurisdiction.

Generated on 2023-02-09 21:52 GMT / https://hdl.handle.net/2027/uiug.30112105499195
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

**Add. 256**

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

No earth, sand or broken stone is to be carted over any of the parkways, except on traffic roads, unless special permit for the same is obtained from the Commissioner having jurisdiction.

XXII.  It shall not be lawful to modify, alter, or in any manner interfere with the lines or grades of any of the aforesaid parkways, concourses, circles, squares, avenues, roads, streets, entrances or approaches under the jurisdiction of the said Department of Parks, nor to take up, move or disturb any of the curb and gutterstones, flagging, trees, tree-boxes, railing, fences, sod, soil or gravel, or to go upon or across said parks, parkways, concourses, circles, squares, roads, streets or avenues, except by the means and in the manner provided therefor; nor shall it be lawful to open or otherwise expose or interfere with any of the water, gas and sewer pipes, or any of the hydrants, stop-cocks, basins, or other constructions within or upon said places, nor to take any water or gas therefrom, nor to make any connection therewith, except by special written consent of the Commissioner having jurisdiction, and where such consent is given a deposit of money may be required to insure the restoration of the said curbs, gutters, flagging, etc.

XXIII.  No person in bathing costume will be permitted to walk or ride upon any parks, parkways or beaches, except Pelham Bay Park, under the jurisdiction of the Department of Parks.  No boat or vessel shall be placed upon any of the waters of the said parks, except by special permission from the Commissioner having jurisdiction.  No skating or sledding will be allowed on the lakes unless the ice is declared by the Commissioner having jurisdiction to the in a suitable condition for that purpose.

XXIV.  No one shall fire or carry any firearm, fire cracker, torpedo or fireworks, nor make a fire, nor make any oration, nor conduct any religious or other meeting or ceremony within any of the parks, parkways, squares or places in The City of New York under the jurisdiction of the Department of Parks without special permission from the Commissioner having jurisdiction.

XXV.  No one shall enter or leave the parks except at the established entranceways; nor shall any one enter or remain therein after 12 o'clock at night, except as, on special occasions, general use thereof may be authorized beyond the regular hours.

XXVI.  The drives shall be used only by persons in pleasure carriages, on bicycles, or on horseback; the bridle paths only by persons on horseback.  Animals to be used on either shall be well broken, and constantly held in such control that they may be easily and quickly turned or stopped; they shall not be allowed to move at a rate of speed on the drives or bridle paths of more than eight miles an hour; and when it shall be deemed necessary to safety, good order, or the general convenience that the speed of an animal or an automobile should be checked, or that it should be stopped, or its course altered, and the officers on duty shall so direct, by gesture

**Add. 257**

Generated on 2023-09-09 21:50 GMT  /  https://hdl.handle.net/2027/uiug.30112105499195
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

USCA4 Appeal: 23-1719　　Doc: 41　　Filed: 09/19/2023　　Pg: 269 of 439

or otherwise, such direction shall be obeyed; and no horse or other beast of burden or draft nor automobile shall be driven or suffered to stand anywhere except on the drive or bridle path.

XXVII. No hackney coach or other vehicle for hire shall stand within the public parks, parkways, squares or places under the jurisdiction of the Department of Parks for the purpose of taking up passengers, other than those whom it has brought in, excepting with the permission of the Commissioner having jurisdiction. No public omnibus or express wagon, and no wagon, cart or other vehicle carrying or ordinarily used to carry merchandise goods, tools or rubbish shall enter such public parks, parkways, squares or places without permission of the Commissioner having jurisdiction, excepting upon traffic roads provided for the purpose. No fire engine or other apparatus on wheels for extinguishing fire shall enter or be allowed upon any part of the park excepting the Transverse and Traffic roads.

XXVIII. No military or target company and no civic, funeral or other procession, or a detachment of a procession, and no hearse or other vehicle, or person carrying the body of a dead person shall enter or be allowed on any part of the public parks, except by the permission of the Commissioner having jurisdiction.

XXIX. No person shall bring into or carry within the Central Park any tree, shrub, plant or flower, nor any newly plucked branch or portion theeof without a permit from the Commissioner having jurisdiction.

XXX. No camping shall be allowed in any of the public parks, parkways, plazas, squares or public places, under the jurisdiction of the Department of Parks, except to the National Guard of the State of New York at the parade grounds situated in Van Cortlandt Park.

XXXI. No person shall solicit passengers for any coach or other vehicle for hire within or upon any of the parks, parkways, squares or places within the jurisdiction of the Department of Parks. All drivers or attendants of vehicles for hire standing upon or within any such parks, parkways, squares or places shall remain in close proximity to their vehicles while so standing, and shall not follow, solicit or importune any person entering or leaving the said parks, parkways, squares or places.

Ordinances relating to the use of vehicles in the public parks, parkways and streets under the jurisdiction and control of the Commissioners of Parks of The City of New York.

1. All vehicles must carry a lighted lamp, showing a white light ahead, from thirty minutes after sunset until thirty minutes before sunrise.

Generated on 2023-02-09 21:50 GMT / https://hdl.handle.net/2027/uiug.30112205499195
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

**Add. 258**

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

# First Annual Report

OF THE BOARD

OF

# Park Commissioners

OF THE

## CITY OF LOWELL

FOR THE

### Year ending December 31, 1903



LOWELL, MASS.:
BUTTERFIELD PRINTING COMPANY.
1904.

**Add. 259**

Digitized by Google

Original from
HARVARD UNIVERSITY

Generated on 2023-02-09 21:48 GMT / https://hdl.handle.net/2027/hvd.t1366x
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

# Rules and Regulations

### GOVERNING THE PUBLIC PARKS WITHIN THE
### CITY OF LOWELL.

The Board of Park Commissioners of the City of Lowell, by virtue of its authority to make rules and regulations for the use and government of the Public Parks and Commons of said City, and to fix penalties for breaches of rules and regulations, hereby ordains that, within such Public Parks and Commons, except by and with the consent of the Board :—

1. It is forbidden to cut, break, injure, deface, defile or ill-use any building, fence or other construction, or any tree, bush, plant or turf, or any other property of said city which may be in the care of the Board, or to have possession of any freshly plucked tree, bush or plant, or any part thereof.

2. It is forbidden to disturb or injure any bird, bird's nest or bird's eggs, or any squirrel or other animal, within any of said Parks or Commons.

3. It is forbidden to throw stones, balls or other missiles ; to discharge or carry firearms, fire crackers, torpedoes or fireworks ; to make fires ; to have any intoxicating beverages ; to sell, offer or expose for sale any goods or wares ; to post or display signs, placards, flags or advertising devices ; to solicit subscriptions or contributions, to play games of chance, or to have possession of instruments of gambling ; to utter profane, threatening, abusive or indecent language, or to commit any obscene or indecent act ; to solicit the acquaintance of, or to follow, or in any way annoy visitors to said Parks and Commons.

58

Generated on 2023-02-09 21:46 GMT / https://hdl.handle.net/2027/hvd.li346k
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

4. It is forbidden to play ball or any other games in any public Park or Common, except in such portions thereof as may be set apart for that purpose.

5. It is forbidden to drive any carriage, automobile, bicycle, cart, wheelbarrow, hand-cart or horse in any Park or Common, except upon the regular carriage roads. No heavy teaming whatever will be allowed within said Parks or Commons.

6. Visitors to said Parks or Commons must comply with the orders or requests of any member of the Board of Park Commissioners, or of the Park Police, or other agents of the Board, and assist them when required so to do.

Any person convicted of committing any of the acts above forbidden shall be punished by a fine of not exceeding twenty dollars.

Compliance with the foregoing rules and regulations is a condition of the use of these premises.

JOHN J. PICKMAN,
JOHN E. DRURY,
PERCY PARKER,          } *Park Commissioners.*
THALLES P. HALL,
HARVEY B. GREENE.

59

Generated on 2023-02-09 21:46 GMT / https://hdl.handle.net/2027/hvd.li3dbk
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by  Google

**Add. 261**

Original from
HARVARD UNIVERSITY

# Municipal Ordinances

### OF THE

# CITY OF TROY

––––––

## RULES AND REGULATIONS

### OF THE

## HEALTH DEPARTMENT

––––––

## RULES AND REGULATIONS

### WITH REFERENCE TO THE

## WATER WORKS

––––––

### 1905

––––––

COMPILED UNDER THE DIRECTION OF

### JOHN T. NORTON,

CORPORATION COUNSEL.

**Add. 262**

TROY TIMES ART PRESS,
TROY, N. Y.

NOV 24 1908

Any person who shall offend against this ordinance shall, upon conviction thereof, by or before the police magistrate of said City of Troy, be punished by such fine or imprisonment or both, as said police magistrate or police court of the City of Troy, is now by law, empowered to impose for violations of the city ordinances of said city.

§ 2. This ordinance shall take effect immediately upon its ratification and approval by the common council of the City of Troy.

---

An Ordinance in Relation to the Public Parks of the City of Troy and the Maintenance of Good Order Therein.

Passed June 4, 1903.

Section 1. The parks shall be open daily to the public from five (5) o'clock in the morning until twelve (12) o'clock at night during the year, and no person not an employee of the parks shall enter or remain in the parks at any other time.

§ 2. Portions of the park located on Warren Hill are set apart for ball, croquet or other games. No games will be permitted on any other parts of the grounds. No games shall be played in the parks on Sunday.

---

## ALL PERSONS ARE FORBIDDEN.

To enter or leave the parks except by walks, paths or drives.

To lead or allow to be loose any animals upon park premises (except that dogs may be led or carried, but not allowed loose.)

To carry or discharge firearms, or to set off any fireworks or similar thing in the parks.

To cut, mark, break or climb upon or in any way injure or deface the trees shrubs, plants, turf or any of the buildings, fences or other structure or property within or upon the park premises.

To bring upon the park premises any tree, shrub or plant or any newly plucked branch or portion of a tree, shrub or plant.

To use threatening, abusive, insulting, indecent, obscene or profane language or conduct in or upon any portion of the parks.

To drink any intoxicating, malt or vinous liquors in the parks or to enter the parks while intoxicated.

To lie or sleep on the benches or to lie in indecent positions in said parks.

To tell fortunes or play at any games of chance in the parks.

To bathe or fish in, or to go or ride or to send any animal into, or to throw or place any article or thing in any of the waters of the parks, or to take any birds' egg or birds' nests, or to disturb any of the fish, water fowl or other birds, or any animal belonging to or preserved in the parks.

To light, make or use any fire therein.

To go, on foot or otherwise, upon the grass, lawn or turf of the parks, wherever the sign "Keep Off the Grass" is shown.

§ 3. Any person or persons who shall violate any or either of the foregoing provisions of this ordinance, or any section or clause, or any provision of any section thereof or who shall neglect or fail to comply with any or either of the requirements, thereof, shall, upon conviction, pay a fine of not less than five dollars or more than one hundred and fifty dollars for each offense, and in default of payment be imprisoned in Rensselaer County jail one day for each dollar.

§ 4.  This ordinance shall take effect immediately upon its ratification and approval by the common council of the City of Troy.

---

## DUTIES OF CITY HALL JANITOR.

### Prescribed by Common Council, November 16, 1876, Upon Report of Special Committee.

He shall have charge and superintendence of all the rooms in the city hall, but shall not have the hiring or discharging of any helps which may be employed; that is to be left to the heads of the departments.

He shall sweep and clean all the passageways and halls in the building, at least once a day, the said work to be done before nine o'clock in the morning.

He shall have charge and shall sweep, when necessary, the large public hall whenever used.

He shall also keep clean all the water closets in the building.

He shall sweep the sidewalks around the city hall during the summer at least three times per week.

He shall remove or cause to be removed, all the snow or ice off the sidewalk during the winter, and also in the area ways around the said building.

He shall have charge of the public fountains in front of city hall, and also sprinkle the grass plots of the city hall.

He shall also ring the city hall bell (if one is placed in the building) at twelve o'clock noon and at six o'clock P. M.





~~CHARTER~~

*Not in wil*

AND

# REVISED CODE OF ORDINANCES

OF THE

# CITY OF HOUSTON

HARRIS COUNTY, TEXAS,

TO OCTOBER 31, 1904.

———

PUBLISHED "BY AUTHORITY OF THE CITY COUNCIL OF
THE CITY OF HOUSTON,"

———

CODIFIED BY
**ROBERTS & CRAWFORD,**
OF THE HOUSTON BAR
1904.

———

W. H. COYLE & CO., STATIONERS, PRINTERS.
HOUSTON, TEXAS.

Add. 267

tank for selling or delivering kerosene, refined or crude oil within the limits of the City of Houston, without having attached thereto a bucket or other receptacle in such position that it catches all the drippings of oil from said tanks, or who shall negligently spill any oil on the streets of Houston that are or may be paved with asphalt, shall be fined not less than five dollars and not more than twenty dollars.

## CHAPTER XXXIX.

### CITY PARKS.

**Art. 914. Mayor to Employ Keeper and Gardener**—There shall be employed by the Mayor, some person or persons as gardener and keeper of the park, who shall hold his or their position at the pleasure of the Mayor, and who shall receive a salary of not more than seventy dollars per month. Such gardener shall have, under the Mayor and Committee on Parks, superintendence and control of the park property, and shall perform such duties and work therein as may be directed by the Mayor and Committee on Park Property, and shall see that such property and grounds are protected from depredations or misuse; and should the Mayor employ workmen for said park, such gardener or keeper shall, under the Mayor and Park Committee, have superintendence and direction of such workmen.

**Art. 915. Keeper to Live in Park**—The keeper of the park, herein provided for, shall be required to live in the house on the property, which house he shall have free of rent.

**Art. 916. Appropriation of Receipts of Sam Houston Park**—All moneys derived by the City of Houston from the sale of privileges in the Sam Houston Park of said city is hereby appropriated to the Houston Improvement League, to be applied by said Houston Improvement League to the free music fund, a fund to be used for the purpose of providing free concerts on certain days and nights during the summer months.

358                    *Revised Code of Ordinances*

**Art. 917.  Funds, How Disbursed**—That the proper officers of the City of Houston, under its charter and ordinances, shall pay said moneys, as collected, over to the treasurer of said Houston Improvement League, upon the written order of its president, duly attested by its secretary, who shall execute a receipt therefor, showing the purpose for which the same is received.

**Art. 918.  Rules and Offenses**—It shall be unlawful for any person or persons within the public park and commons of this city to do any of the following acts, viz:

First. To cut, break, injure, deface, defile or ill-use any building, fence, bench or other construction, or any tree, bush, plant, turf, or any property whatsoever of said city, or to have possession of any shrub, plant or tree, or any part thereof.

Second. To take birds, fish or any live animals or bird's nests; to annoy or feed caged animals, or in any way to interfere with cages, boxes or enclosures for their protection.

Third. To throw stones, balls or other missiles; to discharge or carry firearms, firecrackers, torpedoes or fireworks; to make fires; to have, for sale or otherwise, any intoxicating liquors or beverages.

Fourth. To sell or offer for sale any goods or wares, or to play musical instruments, without permission from Superintendent of Parks, or by contract with the Mayor and Park Committee.

Fifth. To post or display signs, placards, flags or any advertising device whatsoever, except program of entertainment at park; to play game of chance, or to have possession of instruments of gambling.

Sixth. To utter profane, threatening, abusive or indecent language; to make orations or loud outcries; to in any manner annoy other visitors.

Seventh. To play ball or any other game in any park, except on such portions thereof as may be set apart for that purpose; or to walk over any lawn or grass plots not marked "Commons."

Eighth. To drive any carriage, cycle, cart, automobile,

handcart or horse upon any park, except upon regular carriage roads, and then at a rate not faster than five miles an hour.

Ninth. To drive or ride any horse or animal not well broken and under perfect control of the driver.

Tenth. To allow dogs, horses or any other animal liable to cause destruction of park property, to go loose or untied.

**Art. 919. Park Officers Have Police Power**—Compliance with the foregoing rules and regulations is a condition of the use of these premises, and the Superintendent of Parks, or any agent or agents of said Superintendent, or any person charged with the keeping and care of any public park or commons, as also police officers, shall have authority to enforce provisions of Article 918 by expulsion from park grounds, or arrest.

**Art. 920. Penalty**—Any person wilfully doing any of the above forbidden acts shall, upon conviction, be punished by a fine not exceeding twenty dollars nor less than one dollar for each offense.

**Art. 921. Foregoing Rules Do not Apply to Necessary Acts of Employes**—This chapter shall not be construed as to apply to workmen in the legitimate discharge of their respective duties.

---

## CHAPTER XL.

### Pawnbrokers, Second-Hand and Junk Dealers and Junk.

**Art. 922. Mayor Shall Purchase Books for Use of**—It shall be the duty of the Mayor to purchase a suitable number of books for the use of pawnbrokers and all second-hand dealers hereinafter specified, at a cost not to exceed two hundred dollars. It shall be the duty of such persons engaged in the business of pawnbroking, or as a pawnbroker or second-hand dealer, or who may hereafter engage in the business of pawnbroking or as a second-hand dealer in the City of Houston, to procure of the City Secretary and keep on hand one of said books, and make or cause to be made therein a record of the subjects

175 lbs.

c

# THE

# ORDINANCES

————— OF THE —————

# City of Neligh

## NEBRASKA

———

COMPRISING

ALL ORDINANCES OF A GENERAL NATURE PASSED
JUNE 16, 1906, OR PRIOR THERETO

———

PUBLISHED UNDER AUTHORITY OF THE MAYOR
AND COUNCIL OF THE CITY OF NELIGH, NEBR.

# 1906



**Add. 271**

priated by the city or donated to the city for park purposes, to inform against and prosecute all persons violating any of the by-laws or rules of the city for the protection and preservation of city parks. Provided, that the expenditures of such park commission shall not exceed the appropriation and donations for park purposes.

Section 6. Any vacancy occurring in the board of park commissioners may be filled by appointment and confirmation at any regular or special meeting of the city council, and any person appointed to fill such vacancy shall hold office during the unexpired term for which he is appointed.

Section 7. No member of the park commission hereby created shall receive any fee or compensation for his services as a member of such commission.

Section 8. This ordinance shall be in force after its passage, approval and publication according to law.

Passed and approved August 3rd, 1903.

Attest: R. WILSON,                    M. B. HUFFMAN,
[SEAL]    City Clerk.                    Mayor.

# PARK PROTECTION

## ORDINANCE NO. 59

An ordinance to protect the trees, shrubs and plants, in any public park belonging to the city of Neligh, and to provide for the punishment of persons found guilty of the violation thereof.

Be it ordained by the mayor and council of the city of Neligh, in Antelope county, Nebraska:—

Section 1. Any person who shall knowlingly injure or destroy any tree, shrub, or flowering plant in any public park belonging to the city of Neligh, (except under super-

vision of the park board of said city), shall on conviction thereof, be fined in any sum not exceeding $50.

Section 2.   Any person who shall tie any horse or horses to any tree or shrub in any public park belonging to the city of Neligh, or who shall tie any horse or horses in such manner as to enable such horse or horses to injure any tree or shrub in any such public park, shall on conviction thereof, be fined in any sum not exceeding $50.

Section 3.   This ordinance shall be in full force and effect on and after its publication in the Neligh Leader.

Passed and approved June 4th, 1904.

Attest:  R. WILSON,                M. B. HUFFMAN,
[SEAL]      City Clerk.                        Mayor.

# PARK ANIMALS

## ORDINANCE NO. 60

An ordinance to protect the animals and birds in the public parks of the city of Neligh, and to provide for the punishment of persons guilty of the violation thereof.

Be it ordained by the mayor and council of the city of Neligh, in Antelope county, Nebraska:—

Section 1.   If any person shall injure or kill any animal or bird in any public park belonging to the city of Neligh, such person shall on conviction thereof, be fined in the sum of $15.

Section 2.   This ordinance shall be in full force and effect after its publication in the Neligh Leader.

Passed and approved June 4th, 1904.

Attest:  R. WILSON,                M. B. HUFFMAN,
[SEAL]      City Clerk.                        Mayor.

USCA4 Appeal: 23-1719     Doc: 41     Filed: 09/19/2023     Pg: 285 of 439

# FIREARMS IN THE PARK

## ORDINANCE NO. 61

An ordinance to prevent the carrying or discharging of firearms or gun of any description in any public park belonging to the city of Neligh and to provide for the punishment of persons found guilty of the violation thereof.

Be it ordained by the mayor and council of the city of Neligh, in Antelope county, Nebraska:—

Section 1.   That if any person shall carry or discharge any firearm or gun of any description in any public park belonging to the city of Neligh, such person shall on conviction thereof, be fined in any sum not exceeding $25.

Section 2.   This ordinance shall be in full force and effect on and after its publication in the Neligh Leader.

Passed and approved June 4th, 1904.

Attest:          R. Wilson,          M. B. Huffman,
[SEAL]          City Clerk.          Mayor.

# GRADES OF STREETS

## ORDINANCE NO. 63

An ordinance adopting and approving the grade of city streets in the city of Neligh, Antelope county, Nebraska, as surveyed, platted and established by the City Engineer.

Be it ordained by the mayor and city council of the city of Neligh, Antelope county, Nebraska:—

Section 1.   That the grade as surveyed, platted and established and returned by the City Engineer of the following streets, to-wit:  Walnut, Ash, Box-Elder, Locust, Mulberry, Cottonwood, Elm, Chestnut, Linn, Main, Boyd, Fletcher,

38           CITY ORDINANCES

Hopkins, Putney, Coe and Mill streets, be and the same hereby is adopted and approved, and the return of such survey, platting and establishing of such grade, together with the field notes, plat and certificate shall be and the same are, hereby directed to be filed in the office of the City Clerk as a part of the records in his office.

Section 2. This ordinance shall be in full force and effect on and after its publication in the Neligh Leader.

Passed and approved this 1st day of October, 1904.

Attest: R. WILSON,           M. B. HUFFMAN,
[SEAL]     City Clerk.                 Mayor.

# PARK ADDITION

## ORDINANCE NO. 64

An ordinance accepting and receiving the title to certain real estate for park purposes.

Be it ordained by the mayor and city council of the city of Neligh, Antelope county, Nebraska:—

Section 1. That the city of Neligh accept and receive title to the following described real estate to-wit: Commencing at a point one-half chain west of the northeast corner of the southwest quarter of the southwest quarter of section 21, township 25, north of range 6, west of the 6th principal meridian, in Antelope county, Nebraska. Thence bears south 49 degrees and 60 minutes west, eleven and twenty-five hundredth chains. Thence west variation 10 degrees and 50 minutes east, one chain. Thence north 68 degrees and 40 minutes west, two and seventy-five hundredth chains. Thence north 62 degrees west, three and fifty hundredth chains. Thence north 42 degrees and 20 minutes west, three and sixty-three hundredths chains. Thence east on quarter

**Add. 275**

# ORDINANCES

OF THE

# CITY OF PUEBLO

COMPRISING

ALL THE ORDINANCES OF A GENERAL AND
PERMANENT NATURE IN FORCE
TO APRIL 1st, 1908

AND

DOWN TO AND INCLUDING ORDINANCE No. 769

TOGETHER WITH

THE ARTICLES OF CONSOLIDATION
OF THE PUEBLOS

———————

Compiled by
D. A. HIGHBERGER AND JOHN A. MARTIN
of the Pueblo Bar

———————

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL
OF PUEBLO, COLORADO

**Add. 276**

# PARKS AND PARK PROPERTY

## CHAPTER XXVII.

**654.  Damage in Public Parks Unlawful.**

Section 1.   That it shall be unlawful for any person to break down, mutilate, destroy or carry away any fence or fences around or belonging to any public parks in this city, or to walk over, upon or across the grass, or to cut, break or mutilate any tree or trees, or cut, break, deface or destroy any fountain or monument or other property belonging to the City of Pueblo, situate within any of said public parks.

(Ordinance No. 432.   Passed and approved Jan. 8th, 1894.)

**655.  Penalty.**

Section 2.   Any person convicted of a violation of the foregoing section shall be fined in the sum of not less than Five (5) Dollars nor more than One Hundred (100) Dollars for each and every offense.

(Ordinance No. 432.   Passed and approved Jan. 8th, 1894.)

**656.  Rules and Regulations—Parks and Park Property.**

Ord. 678.  That for the purpose of governing and reg-

384

ulating the use of the parks and of park property within the city of Pueblo, the following rules and regulations and the penalties for the violation of such rules and regulations are hereby prescribed and adopted:

## RULES, REGULATIONS AND ORDINANCES GOVERNING PARKS AND PARK PROPERTY.

1. From May 1 to November 1 the parks shall be open for visitors from 6 a. m. to 11 p. m.; from November 1 to May 1 from 8 a. m. to 7 p. m., unless specially ordered by the board.

2. No swine, goat, cattle, or other animal, excepting horses shall be permitted on the roadways, and no dogs permitted at large on any park.

3. No horse or other animal or second horse and vehicle shall be led on the roadways.

4. No second vehicle shall be drawn on the roadways by any beast of burden or other motive power.

5. No fast driving or speeding permitted.

6. No funeral procession, nor any hearse or other vehicle carrying the body of a deceased person for burial, shall be allowed in or upon any part of the parks.

7. No vehicle displaying any placard advertisement or advertisement of any kind shall be driven on the roadways for advertising purposes.

8. No placard, notice or advertisement of any kind

385

or nature shall be distributed, posted, or attached to anything movable or immovable on park or boulevard property, unless by consent of the board.

9. No velocipede, bicycle, tricycle, wheelbarrow, handcart, or other vehicle, or any horse or other animal, shall be permitted on the foot walks, sidewalks, grassplats or planting places.

10. No hackney coach, carriage, or other vehicle for hire shall stand upon any part of the parks for the purpose of soliciting or taking in any other passenger or person than those carried to the parks by said coach, carriage or vehicle, except at stands specially designated by the board.

11. Hitching horses or other animals to any tree, shrub, fence, railing, or other structure, except such as are provided for such purpose, or allowing horses or other animals to stand unhitched while the driver or attendant is beyond reach of such horse is prohibited.

12. No sport or exercise shall be indulged in that is liable to frighten horses, injure travelers, or embarrass the passage of vehicles, except at such places as may be designated for such purpose.

13. No gambling shall be permitted.

14. Picnics may be held in such parts of the parks as shall be designated for that purpose, and portions of the parks may be set apart for ball, croquet, and other games subject to such regulations as may be made by the board,

386

and no person shall join any such picnic or games without the consent of the persons of whom they are composed, or shall in any manner disturb or interfere with the same.

15. No booth, tent, stall, or other structure shall be erected for any purpose, and no hawking or peddling shall be done, or article or thing exposed for sale, unless by permit from the board.

16. No indecent exposure of person, disorderly conduct, noise, riot or breach of the peace; nor the use of obscene, threatening, abusive or insulting language shall be permitted.

17. No person shall enter any building, inclosure or place upon which the words "no admittance" or similar sign is posted, or violate the injunction of such sign.

18. No person shall stand, walk, ride or lie upon any place laid out and appropriated for shrubbery or grass when there shall have been placed thereon a sign forbidding the same.

19. No person shall play upon any musical instrument, carry, or display any flag, target, or transparency, nor shall any military or private company, band or procession, parade, march, drill or perform any evolution movement or ceremony, and no person shall do or perform any act tending to congregate persons except by permission of the board.

20. No person shall fire or discharge any gun or pistol; carry firearms, kindle, or build fires or throw stones or other missiles.

**Add. 280**

387

21. No person shall, without permit from the board, fire, discharge or set off any rocket, cracker, torpedo, squib, or other fireworks or things containing any substance of an explosive character.

22. No carcass, ordure, filth, dirt, stone, wood, ashes, garbage, matter, substance or rubbish of any kind shall be placed or deposited thereon.

23. No basin, pool, lake or fountain shall be fouled by stone, wood or any other substance.

24. No fish, fowl or other animals shall be killed or caught, molested or disturbed in any manner, unless by order of the board.

25. No animal shall be tied to any tree, shrub, electric light tower, lamp post, fire hydrant, building or other park fixture, except as provided.

26. No tree, shrub, plant or flower (wild or cultivated) shall be plucked, broken, trampled or climbed upon, peeled, cut, defaced, removed, destroyed or injured in any manner.

27. No electric light tower, lamp post, fence, bridge, building, fountain or other structure or property of any kind shall be defaced, cut, written upon, removed or in any manner injured or destroyed.

28. No person shall dig, remove or carry away any sward, sand, earth or material of any kind.

29. No person shall take into or upon any park any intoxicating liquors, either for sale to others or for his own

388

use, or for the use of others; nor shall any person sell, give away or dispose of any intoxicating liquors in or upon any park.

30. No intoxicated person will be allowed to enter or remain within any of the parks.

31. All persons are prohibited from going onto the ice on any of the lakes, ponds or streams in the parks, except such as are designated as skating fields, and thereon only when the safety signal is displayed.

32. It shall be the duty of every person claiming to have a permit from the board or any of its officers, to product and exhibit such permit upon the request of any authorized person who shall desire to inspect the same.

33. All permits issued by the board or its chairman or secretary shall be subject to the park rules and regulations and city ordinances, and the persons to whom such permits shall be issued shall be bound by said rules, regulations and ordinances as fully as though the same were inserted in such permits; and any person or persons to whom such permits shall be issued shall be liable for any loss, damage or injury sustained by any person whatever by reason of the negligence of the person or persons to whom such permits shall be issued, as well as for any breach of such rules, regulations and ordinances to the person or persons to whom such permits shall be issued, as well as for any breach of such rules, regulations and ordinances to the person or persons so suffering damages or injury, and to the

395

shall be deemed guilty of a misdemeanor, and shall, upon conviction before the judge of the city court of Pueblo, be punished by a fine not exceeding fifty dollars or by imprisonment not exceeding thirty days or by both such fine and imprisonment at the discretion of the court.

49.    These ordinances take effect from and after their passage.

(No. 678.  Passed and approved August 22, 1904.)

Note: For ordinances relating to particular parks and park districts, their creation, improvement, etc., see Addenda.

Chicago School of Civics
and Philanthropy.

AMENDMENTS TO

# "The Revised Municipal Code of Chicago of 1905"

**(PASSED MARCH 20, 1905)**

AND

# New General Ordinances

Passed by the City Council of the City of Chicago
Between March 20, 1905, and
December 31, 1906

————

**Compiled and Arranged by**
**EDWARD J. PADDEN**
Chief Clerk

————

## PRINTED BY ORDER OF THE CITY COUNCIL

————

**ADRIAN C. ANSON**
City Clerk
Chicago, Illinois

————

**DECEMBER, 1906**

**Add. 284**

Generated on 2022-12-29 16:35 GMT / https://hdl.handle.net/2027/mdp.39015006990090
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

SECTIONS 1554 *to* 1569 *inclusive.*  (*As amended April 7*, 1906, *pages* 3454 *to* 3456, *Council Proceedings.*)

## ARTICLE I.  (CHAPTER XLV.)

### PARKS, PUBLIC PLAY GROUNDS AND BATHING BEACHES.

**1554. Bureau Established**].—There is hereby established a bureau of the Municipal Government to be known as the Bureau of Parks, Public Play Grounds and Bathing Beaches, which shall embrace the Superintendent of City Parks, Superintendent of Public Play Grounds and Bathing Beaches, the Secretary, and such other employees as the City Council may by ordinance provide. Such Bureau shall be under the sole supervision and control of the Special Park Commission as constituted by a resolution of the City Council passed November 6, 1899, and amended November 27, 1899.

**1555. Superintendent of City Parks—Duties**].—There is hereby created the office of Superintendent of City Parks. He shall be under the immediate jurisdiction and control of the Special Park Commission, and shall have the management and control of all City Parks, Public Squares, and other open spaces at street intersections, subject to the supervision of said Commission, and he shall also perform such other duties as the said Commission shall direct. He shall have full power, direction and control over all such employees as may be provided for by the City Council in connection with the improvement, maintenance and management of such Parks, Squares and other open spaces.

**1556. Superintendent of Public Play Grounds and Bathing Beaches—Duties**].—There is also hereby created the office of Superintendent of Public Play Grounds and Bathing Beaches. He shall be under the immediate jurisdiction and control of the Special Park Commission and shall have the management and control of all Public Play Grounds and Bathing Beaches, and of all matters pertaining to the administration, improvement, conduct and regulation thereof, subject to the supervision of said Commission; and shall also perform such other duties as the said Commission shall direct. He shall have full power, direction and control over all such employees as may be provided for by the City Council in connection with the improvement, maintenance and management of such Public Play Grounds and Bathing Beaches.

**1557. Secretary—Duties**].—There is also hereby created the office of Secretary of the Bureau of Parks, Public Play Grounds and

**Add. 285**

Digitized by Google          Original from UNIVERSITY OF MICHIGAN

Ground or Bathing Beach of the City is enclosed, no person shall enter or leave the same except by the gateways. No person shall climb or walk upon the walls or fences thereof. Any of the entrances to such Parks, Public Play Grounds or Bathing Beaches of the city may be closed at any time by the direction of the officer or employee in charge of same.

**1561. Animals Prohibited].**—No person shall turn or lead any cattle, horses, goat, swine or other animals into any of such Parks, Public Play Grounds or Bathing Beaches.

**1562. Firearms—Missiles].**—All persons are forbidden to carry firearms or to throw stones or other missiles within any of the Parks, Public Play Grounds or Bathing Beaches of the City, and all persons are forbidden to cut, break or in any way injure or deface trees, shrubs, plants, turf or any of the buildings, fences, bridges or other construction or property contained therein.

**1563. Peddling and Hawking Prohibited].**—No person shall expose any article or thing for sale within any such Parks, Public Play Grounds or Bathing Beaches, nor shall any hawking or peddling be allowed therein.

**1564. Indecent Words—Fortune Telling].**—No threatening, abusive, insulting or indecent language shall be allowed in any part of such Parks, Public Play Grounds or Bathing Beaches; nor shall any conduct be permitted whereby a breach of the peace may be occasioned; nor shall any person tell fortunes or play any game of chance at or with any table or instrument of gaming, nor shall any person commit any obscene or indecent act therein.

**1565. Bill Posting Prohibited].**—No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within any such Park, Public Play Ground or Bathing Beach belonging to the city, nor upon any of the gates or inclosures thereof.

**1566. Prohibited Uses].**—No person shall play upon any musical instrument, nor shall any person take into, or carry or display in any Park, Public Play Ground or Bathing Beach, any flag, banner, target or transparency, nor shall any military company parade, drill, or perform therein, any military or other evolutions or movements, without a special permit from the Special Park Commission.

**1567. Bonfires].**—No person shall light, make or use any bonfire in any such Park, Public Play Ground or Bathing Beach.

**1568. Grass].**—No person shall go upon the grass, lawn or turf

Generated on 2022-12-29 16:33 GMT / https://hdl.handle.net/2027/mdp.39015006990090
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

of any of the City Parks, except when and where the word "common" is posted, indicating that persons are at liberty at that time and place to go on the grass.

**1569. Penalty**].—Any person who shall violate any of the provisions in this article shall be fined not less than five dollars nor more than one hundred dollars for each offense.

---

Section 1592. (*As amended May* 21, 1906, *page* 415, *Council Proceedings.*)

**1592. Peddlers from Wagons—General Peddlers—Fish Peddlers —Oil Peddlers—Wood Peddlers—License Fee**].—The fee to be charged for a license to peddle from a wagon or other vehicle drawn or propelled by animal power other than that supplied by a human being or drawn or propelled by mechanical power shall be fifty dollars per annum. Such license shall entitle the licensee to use one such wagon or similar vehicle in and about his business. For each additional wagon or other similar vehicle used by him in and about his business he shall pay an annual license fee of fifty dollars. Provided, however, that persons desiring a license to peddle fish, solely, from a wagon or other similar vehicle on Thursdays and Fridays of each week only, may be licensed for such purpose and shall be required to pay for such license the sum of fifteen dollars per annum for each and every wagon used by such licensee for that purpose.

Provided, also, that the licenses issued to persons who pay $15.00 per annum only therefor, shall be plainly stamped or marked so as to indicate that the licensee is authorized to peddle fish on Thursdays and Fridays of each week only, and that all tags issued to such licensees who pay such sum of $15.00 per annum shall be of a different design from tags issued to peddlers who pay $50.00 per annum as license fees.

---

Sections 1594 *and* 1595. (*See* "Peddling, Free Permits for, Etc.," *page* 129 *post.*)

---

Sections 1616, 1620, 1621, 1631, 1633, 1635, 1639, 1644, 1646, 1647, 1653, 1656, 1658, 1664, 1667, 1680 and 1705. (*As amended June* 18, 1906, *pages* 912 *to* 914, *Council Proceedings.*)

**1616. Stop Cocks**].—Every service pipe shall be provided with

# ANNUAL REPORT

OF THE

# PARK COMMISSIONERS

OF THE

# CITY OF HAVERHILL

MASSACHUSETTS

For the Year Ending December 31, 1905.



THE WELCH PRESS
HAVERHILL. MASSACHUSETTS
1906

Digitized by Google

**Add. 288**

USCA4 Appeal: 23-1719     Doc: 41     Filed: 09/19/2023     Pg: 300 of 439

FEB 6 - 1922

# APPENDIX A.

## RULES AND REGULATIONS GOVERNING THE PUBLIC PARKS WITHIN THE CITY OF HAVERHILL.

### Adopted 1905.

IT IS FORBIDDEN :

1. To drive any carriage, cart or horse, or to pass with any cycle, wheelbarrow or handcart upon any part of any public park except the regular carriage roads : to enter or drive within the parks in any automobile ; to do any teaming over the roadways of any park.

2. To drive, ride or cycle within the limits of the parks at a rate faster than eight miles an hour.

3. To allow animals of any kind to pass over or stay upon the park lands, providing that this shall not apply to dogs when closely led by a leash or chain along the regular roads or paths.

4. To hitch a horse or any other animal to any tree, shrub or fence, or to leave a horse untied or, tied within reach of any tree or shrub.

5. To cut, break, deface, defile, ill-use or remove any building, fence or other construction, or any tree, shrub, plant, turf or flower, whether cultivated or wild, or to have possession of any freshly-plucked tree, shrub, flower, or plant, or any plant thereof.

6. To catch, or to endeavor to catch any birds or animals, or to disturb their nests or habitations.

7. To drop or deposit any remnant of food, any paper or waste of any sort upon the walks or grounds of any public park, or in any fountain or waters thereof, or in any manner to defile or polute the same.



**Add. 289**

12                           RULES AND REGULATIONS

8.   To engage in any game or athletic sport except upon grounds that may be provided therefor.

9.   To throw stones, balls or other missiles ; to discharge or carry firearms, torpedoes, firecrackers or fireworks ; to sell, offer or expose for sale any goods or wares ; to post or display in any manner within any park or upon the gates, fences or inclosures thereof. any advertisement, posters or written or printed notice of any description ; to play games of chance : to utter profane, indecent or threatening language ; to bathe or fish : to commit any nuisance or to annoy wilfully any visitor within the parks.

10.  To light any fire for any purpose within any public park.

11.  To refuse to obey such orders or requests of either of the park commissioners or of the superintendent or other agents of the commissioners, as shall have for their object the preservation of the parks and their contents or the maintenance of order and decorum within the limits of the park.

It is also forbidden without the prior consent of the board of park commissioners, granted in writing and signed by the chairman or secretary of said board :

12.  To open any trench for any purpose within the limits of any public park or to stretch any wire, rope or chain across any part of such park.

13.  To hold any public meeting or gathering for political or other purposes, or to make any oration or harangue, or to discharge any fireworks upon any public park.

Whoever violates any of the provisions of the foregoing rules and regulations shall be punished therefor by a fine not exceeding $20.00.

Digitized by Google

Add. 290

# CHARTER

OF THE

# CITY OF SAGINAW

## MICHIGAN. 

WITH AMENDMENTS THERETO,

AND THE

## ACTS OF THE LEGISLATURE

RELATING TO OR AFFECTING
THE
CITY OF SAGINAW.



PRINTED BY AUTHORITY OF THE COMMON COUNCIL.

SAGINAW.
WM. K. MCINTYRE, PRINTER.
1905.

Add. 291

USCA4 Appeal: 23-1719     Doc: 41     Filed: 09/19/2023     Pg: 303 of 439

# TITLE XX.

## *Park and Cemetery Commissioners.*

**Park and cemetery commissioners.**

**When and how appointed.**

Section 1. At the first regular meeting of the common council of the city of Saginaw, after this act takes effect, there shall be created and constituted a new board of park and cemetery commissioners in and for said city, composed of five members, who shall be appointed by the mayor of the city of Saginaw and confirmed by the common council of said city, and who shall be electors of said city, no more than three of whom shall reside in any one taxing district or belong to the same political party, and who shall hold their office until the first regular meeting of the common council of said city in January, nineteen hundred six, and until their successors have been appointed and confirmed.

**Term.**

Sec. 2. At the first regular meting of the common council in January, nineteen hundred six, their successors in office shall likewise be appointed by the mayor of the city of Saginaw and confirmed by the common council of the city of Saginaw, one for the term of one year, one for the term of two years, one for the term of three years, one for the term of four years and one for the term of five years, and annually thereafter the mayor of the city of Saginaw shall appoint one member of the board of park and cemetery commissioners, and the common council shall confirm such appointment, for the term of five years, and said electors shall constitute the board of park and cemetery commissioners of the city of Saginaw. The members elected under this act shall,

**When to meet and organize.**

within ten days after their election, or such further time as the common council may fix, meet and organize such board of park and cemetery commissioners by the election of one of its members president, who shall hold his office one year.

Sec. 3. Such board of park and cemetery commissioners shall hold regular meetings once a month,

to the corporation with such sureties as the board shall approve. that he will perform the work or furnish the material and supplies in accordance with his contract, and such board shall be the final judges as to who are responsible bidders, and on the failure of such bidder, within a reasonable time, to be fixed by the board. to enter into bond with such surety as before provided, the contract may be made with the next highest responsible bidder, and so on until the contract is effected by the contractor giving bond as aforesaid: Provided, That the board may reject any and all bids, and that no member of the said board shall be in any manner, either directly or indirectly, interested in any contract. *Board shall enter into contract with lowest responsible bidder.* *Bidder to furnish sureties.* *Proviso.*

Sec. 12. The title of all property now or hereafter acquired for park purposes, park entrances. park driveways and park boulevards, with all improvements and equipments, shall be held free from all taxes and assessments by State, county or municipality. *Parks, etc., to be free from all taxes.*

Sec. 13. Such board of park and cemetery commissioners shall annually, on the first Monday in April, make a report to the council of their proceedings in respect to parks, with a detailed statement of their receipts and expenditures during the year; and they shall also at the same time submit to the council a detailed estimate of the amount of money necessary to maintain and improve such park or parks for the ensuing year. *Annual report.*

Sec. 14. The common council with the consent of the board of estimates, may cause to be placed upon the general tax roll and raised by tax, the same as other taxes, such sum as they may think proper to be raised for each of the several objects of expenditures estimated as aforesaid for the maintenance and improvements of said parks, public grounds or baths, or for the payment of any other expenses which said commissioners are, by this act, authorized to incur. For the purpose of either establishing bathing beaches, or erecting suitable buildings in connection *Common council and board of estimates may raise funds for maintenance of parks, etc. by taxation.* *Public baths.*

Fixing or marking dock lines.

therewith, establishing, fixing or marking dock lines, purchasing city property adjacent to the waters of the Saginaw river or its tributaries, or improving the same by filling or otherwise, or any or all combined. the common council shall have the power, with the approval of the board of estimates, to borrow upon the faith and credit of the city, upon the best terms they can make, and for such a time as they

May borrow sum not exceeding ten thousand dollars.

may deem expedient, a sum of money not exceeding ten thousand dollars, and shall have the authority to issue bonds pledging the faith and credit of said city for the payment of the prinicpal and interest of said bonds, which bonds shall be denominated "Park improvement bonds of the city of Saginaw," and

Park improvement bonds.

shall bear interest at a rate not exceeding four per cent per annum and shall mature in not more than

Council to provide for advertising and sale of bonds.

thirty years from date of issue.  The common council shall have full authority to provide, by resolution, for the advertising and sale of said bonds, and the mannare thereof shall conform as near as practicable to the regulations prescribed by law for the

Money to be paid into the city treasury and credited to park fund.

issuance of sewer bonds.  The moneys so raised, as well as any other moneys received from any source, shall be paid into the city treasury and credited to a fund to be styled the "Park fund," and shall be expended and paid out only for the purposes approved by the common council and the board of estimates.

All bills to be audited by commissioners.

Sec. 15.    All bills. accounts and claims of every character against the said department, shall, after having been duly audited by said commissioners and certified by them and the clerk, be transmitted to the city controller, who shall submit the same to the common council with his approval or disapproval.

Allowed by council.

When said bills, accounts and claims shall have been allowed by the common council the controller shall draw his warrant or warrants on the city treasurer

Proviso.

in payment therefor:  Provided, however, That no bill, account or claim against said department shall be audited by the commissioners, unless it shall be accompanied by an affidavit of the person rendering it that he verily believes that the services or property

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 306 of 439

therein charged have been actually performed or delivered to the city, and that the sums charged therefor are reasonable and just, and that to the best of his knowledge and belief no offset exists or payment has been made on account thereof, except such as are included or referred to in such bill, account or claim. All pay rolls shall be certified by said commissioners and clerk, and shall be delivered to the city controller, who shall draw his warrant for the payment thereof, and deliver the same to the city treasurer, together with said pay roll, and said city treasurer shall pay the amounts mentioned in said pay roll, to the persons entitled thereto. No debt or liability of any kind shall be created by said commissioners during any one fiscal year in excess of the moneys then in said fund, or which may have been authorized to be raised by the common council for said year. The commissioners may receive donations or bequests of money or property, which shall be used for the maintenance and improvement of the grounds under their charge as contemplated by such donations and bequests, which said money shall be paid into the city treasury by them, and warrants drawn against the same, as in case of other expenses of such department, for the purposes for which said donation or bequest shall have been made. *Pay rolls.* *No debt to be created in excess of money then in fund.* *Commissioners may receive donations, etc.* *To be paid into city treasury and warrants drawn as in case of other expenses.*

Sec. 16. It shall be unlawful for any person to cut, injure or deface any tree, building, fence or other erection in any of the said parks, park drives, park entrances or park boulevards, or to turn domestic animals or poultry of any description upon the same or permit them to wander thereon; to carry firearms within or to frighten, hurt or kill animals or birds belonging to the same, to hinder or to interfere with men employed upon the same. Such board of park and cemetery commissioners and their officers and employes shall have power to make arrests for misdemeanors committed within the precincts of any park, park entrance, park driveway or park boulevard under their management and control, whether within or without the limits of the city, or for the *It shall be unlawful for any person to injure any tree, building, etc.* *Commissioners and their officers shall have power to make arrests.*

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 307 of 439

May seize and im-pound cat-tle, etc., found at large in parks.

violation of any ordinances of said city. Such board of park and cemetery commissioners shall have power to seize and impound any cattle, horses, mules, donkeys, goats, swine, sheep or other animals, or any poultry of any description found running at large upon parks, park entrances, park driveways or park boulevards.

Rate of speed for vehicles.

Sec. 17.    No person shall ride or drive in parks or boulevards at a rate of speed exceeding eight miles per hour, excepting that horses may be speeded on such parts of said boulevard or parks as may be set apart by said commissioners for that purpose, and then only under such regulations as the commissioners may prescribe.

Riding on footpath.

Sec. 18.    No person shall ride, drive or draw any velocipede, bicycle, tricycle, wheelbarrow, hand cart, or any other vehicle or any horse or other animal on the foot-walks or sidewalks, grass plots or planted places of parks or boulevards or upon any other part or portion thereof excepting upon the carriage drives; and no person shall permit any vehicle or animal to stand upon such roadways or carriage drives to the obstruction of the way or inconvenience of travel, and no person shall solicit passengers for hire on either carts or boulevards, excepting by direction or permission of said commissioners.

Tying to trees.

Sec. 19.    No person shall tie any animal to any tree or shrub, electric light tower, lamp post, fire hydrant or dock or building in said parks or boulevards, nor pluck, break, trample upon or interfere with any grass, flower, plant or shrub in any of such parks or boulevards, or climb, peel, cut, deface, remove injure or destroy any tree or shrub in any public park or boulevard or pasture any animal on the grass in any of said parks or boulevards, and no person shall stand, walk or lie upon any part of any public park or boulevard laid out or appropriated for shrubbery or for grass when there shall have been placed thereon a sign having the words ''keep off the grass'' or other similar words thereon.

USCA4 Appeal: 23-1719     Doc: 41     Filed: 09/19/2023     Pg: 308 of 439

Sec. 20.  No person shall cut, break, or in any *Injury to lamp post, etc.* way injure any electric light tower, lamp post, fence, bridge, dock, building, fountain or other structure or property in or upon any of said parks or boulevards, and no person shall post or fix any notice or bill or other writing or printing on any tree, tower, lamp post, hydrant, curbstone, coping, flagstone, fence, dock, bridge, wall, buliding or other place under the charge or control of said commissioners.

Sec. 21.  No person shall engage in any sport or *Frightening horses, etc.* exercise upon boulevards or parks as shall be liable to frighten horses, injure travelers or embarrass the passage of vehicles thereon.

Sec. 22.  No person shall fire or discharge any *Noise.* gun or pistol, or carry firearms, or throw stones or other missiles within park boulevards, nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks, or things contain- *Fire arms and explosives.* ing any substance of any explosive character on said park or boulevard without the consent of said commissioners, and then only under such regulations as they shall prescribe.

Sec. 23.  No person shall gamble, nor make any *Gambling.* indecent exposure of himself or herself nor use any obscene language, or be guilty of disorderly conduct, or make, aid, countenance or assist in making any disorderly noise, riot, or breach of the peace, within the limits of parks or boulevards; and no person shall sell or dispose of any intoxicating liquors in *Sale of liquors.* or upon any public park without the consent of the said commissioners.

Sec. 24.  Any violation of the provisions of this *Punishment.* act shall be punished in the police or justice's court, by a fine not to exceed one hundred dollars and costs, and in the imposition of any fine and costs, the court may make a further sentence that the offender may be imprisoned in the Saginaw county jail until the payment of such fine, for any period of time not exceeding ninety days.

**Police to maintain order.**

Sec. 25.  The police commissioners of the city of Saginaw. upon the request of said park and cemetery commissioners, shall detail for service in any of the grounds or property under the charge of said park and cemetery commissioners, so many of the police force as may be necessary to maintain order and protect the property thereon, and any policeman on duty on said grounds may remove therefrom any person who may violate any of the rules and regulations of said commissioners, or of any of the ordinances of said city, adopted as aforesaid, relating to said parks. public grounds or boulevards.

**Filth, etc., not to be deposited on boulevard or parks.**

Sec. 26.  No person shall place or deposit any dead carcass, ordure, filth or garbage of any kind on any public parks; and no person shall send or ride any animal into same, nor shall any person kill, molest or disturb any fish, fowl or animals kept thereon; and no person shall wade into or throw any wood, sand. stone. or other substance into any basin, pool,

**Fishing.**

lake or fountain in any public park, or bathe or fish

**Bathing .**

in any of the waters thereon, except in Saginaw river, where persons may bathe and swim, but only under such restrictions and conditions as may be prescribed by the police commissioners or board of park and cemetery commissioners.

**Playing games.**

Sec. 27.  No person shall play at any game whatever in any of the said parks under the charge of said commissioners:  Provided, however, That ball, golf, croquet, cricket, lawn tennis and other like games or recreation may be played upon such portions of said parks as may be designated from time to time by the commissioners, and under such rules and regulations as may be prescribed by them.

**Hawking and peddling.**

Sec. 28.  No person shall expose any article or thing for sale, or do any hawking or peddling, in or upon said parks, without the consent of said commissioners, nor play upon any musical instrument or carry or display any flag, banner, target or

**Music.**

transparency; nor shall any military or target com-

**Marching and drilling.**

pany, or band or procession arrayed, march, drill or perform any evolutions, movements or ceremony

Add. 298

598        GENERAL LAWS.        [Chap.

H. F. No. 794.

## CHAPTER 344.

Game and fish.

*An act for the preservation, propagation, protection, taking, use and transportation of game and fish, and certain harmless birds and animals.*

### GENERAL PROVISIONS.

Be it enacted by the Legislature of the State of Minnesota:

SECTION 1. Game and Fish Commission—Appointment—Terms—A state game and fish commission is hereby created, consisting of five (5) members to be appointed by the governor for a term of four (4) years each. Those heretofore appointed pursuant to chapter three hundred thirty-six (336) of the laws of 1903 shall continue in office until the expiration of their respective terms. Vacancies arising from any cause shall be filled by the governor. Members shall serve without compensation except for necessary expenses to be paid upon an itemized statement thereof duly audited by said commission.

Term of present com.

SEC. 2. Office—Said commission shall have an office in the capitol and be supplied with suitable stationery, a seal and blanks and postage for the transaction of its business.

SEC. 3. General Powers—Duties—Said commission shall enforce the laws of this state involving the protection and propagation of all game animals, game birds, fish and harmless birds and animals.

Said commission shall have general charge of—

Propagation and protection.

1. The propagation and preservation of such varieties of game and fish as it shall deem to be of public value.

Statistics.

2. The collection and diffusion of such statistics and information as shall be germane to the purpose of this act.

Fish hatcheries.

3. The construction, control and management of all state fish hatcheries, including the control of grounds owned or leased for such purposes.

Spawn or fry from U. S. com. of fisheries and others.

4. The receiving from the United States commissioner of fisheries or other person, and the gathering, purchase and distribution to the waters of this state, of all fish spawn or fry.

Stocking of waters.

5. The taking of fish from the public waters of the state for the propagation and stocking of other waters therein.

**Add. 299**

620          GENERAL LAWS          [Chap.

in shipping fish, either within or without this state, shall be plainly marked with the name and address of the consignor and consignee, and with the contents of the package.

**In counties of 150,000 and over.** SEC. 51. Sale of Fish Prohibited, When—No person shall sell, have in possession with intent to sell, or offer for sale any fish caught in any lake situated partly or wholly within a county in this state that has a population of one hundred and fifty thousand, or over.

## MISCELLANEOUS PROVISIONS.

SEC. 52. Game and Fish Taken in One Day.—No person shall wantonly waste or destroy any of the birds, animals or fish of the kinds mentioned in this chapter.
**Fifteen birds in one day.** The catching, taking or killing of more than fifteen birds by any one person in any one day, or the catching, tak-
**Twenty-five fish.** ing or killing of more than twenty-five fish by any one
**Exception.** person in any one day, except fish caught, taken or killed in the Mississippi river or international waters with nets or seines, as by this chapter permitted, shall be deemed a wanton waste, and destruction of all such birds or fish caught, taken or killed in excess of such number.

**Hunting, etc., prohibited.** SEC. 53. State Parks.—No person shall pursue, hunt, take, catch, or kill any wild bird or animal of any kind within the limits of any territory set apart, designated, used or maintained as a state public park, or within one-half mile of the outer limits thereof or have any such bird or animal or any part thereof in his possession or under his control within said park or within one-half mile of said outer limits.

**As to fire arms.** No person shall have in his possession within any such park or within one-half mile of the outer limits thereof, any gun, revolver, or other firearm unless the same is unloaded, and except after the same has been sealed by the park commissioner or a deputy appointed by him, and except also such gun or other firearm at all times during which it may be lawfully had in such park remains so sealed and unloaded. Upon application to the park commissioner or any deputy appointed by him, it is hereby made his duty to securely seal any gun or firearm in such a manner that it cannot be loaded or discharged without breaking such seal. The provisions of this section shall apply to all persons including Indians.

**To residents.** SEC. 54. Sale of Game by Commission—The game and fish commission is hereby authorized to sell to resi-

**Add. 300**

# The Municipal Code

OF

## The City and County of Denver

Approved April 12, 1906

CONTAINING ALSO

## Article XX of the Constitution of Colorado
## The Charter Adopted March 29, 1904
## Liquor Ordinances of Annexed
## Towns and Cities

COMPILED BY

### CHARLES W. VARNUM
### AND J. FRANK ADAMS
OF THE DENVER BAR

Published by Authority of the Council of the City
and County of Denver

DENVER, COLORADO
THE SMITH-BROOKS COMPANY
1906

**Add. 301**

# CHAPTER XXXIV.

## Parks, Boulevards and Bicycle Paths.

**Section 1364. Hours and Months Open.** The parks shall be open daily to the public from five o'clock in the morning until 11 o'clock at night during June, July, August and September, and from 7 o'clock in the morning until 10 o'clock at night during the balance of the year, and no person not an employe of the parks shall enter or remain in them at any other time.

**Sec. 1365. When Closed.** In case of emergency or wet weather, or where, in the judgment of the superintendent, the public interest demands it, the driveways or other portions of any parks may be closed to the public.

**Sec. 1366. Funerals.** No funeral procession or hearse or any vehicle carrying a corpse will be allowed upon any part of the parks without previous written consent of the park commissioners.

**Sec. 1367. Prohibited Acts.** All persons are forbidden to enter or leave the parks except by the walks, paths or drives; to lead or allow to be loose any animal upon park premises (except that dogs may be led or carried, but not allowed loose); to throw stones or other missiles by hand or otherwise, to carry or discharge firearms, or to set off any fireworks or similar things in the parks; to cut, mark, break or climb upon, or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges or other structure or property within or upon park premises; to bring upon park premises any tree, shrub or plant, any newly plucked branch or portion of a tree, shrub or plant; to race with horses or bicycles, or to ride or drive faster than six miles per hour on any of the park drives or boulevards (except the speedways); to drive any animal or vehicles anywhere in the parks, except in the drives, or to allow them to stand unattended, except at the hitching places especially provided for such purposes; to obstruct the drives or paths; to solicit patronage for any vehicle for hire upon any park premises without special permission in writing from the park commissioners; to drive or take any job or freight wagon in or upon any of the parks except those in park employ, private wagons conveying families, or upon special written permission from the park commissioners; to trail vehicles; to use threatening, abusive, insulting, indecent, obscene or profane language, or to be guilty of

**Add. 302**

drunkenness or indecency in or upon any of the parks; to lie or sleep on the benches or to lie in indecent positions; to tell fortunes or to play games of chance; to offer any article or thing for sale except by written permission of the park commissioners; to distribute or expose any kind of circulars or advertisements, or post, stencil or otherwise affix any notice, or bills or other paper upon any structure or thing in or about the park premises; to bathe or fish in, or to go or ride upon, or to send any animal into or to throw or place any article or thing in any of the waters of the parks, or to disturb any of the fish, water fowl or other birds, or any animal belonging to or preserved in the parks; or to take, carry or display any flag, banner, target or transparency, or to fly any kite within or upon any park, or to parade, drill or perform therein any military or other evolutions or movements as a military or target company, civic or otherwise, without the written consent of the park commissioners; to light, make or use any fire therein unless an employe of the parks duly authorized; to go on foot or otherwise upon the grass, lawn or turf of the parks wherever the sign "Keep Off the Grass" is shown. No shrubs, plants or flowers shall be taken or given away from any of the parks without written permission from the park commissioners, except for the decoration of soldiers' graves, to be cut under the direction of the superintendent of the parks, for use May 30 of each year.

Sec. 1368. **Pavements, Sidewalks, Roadways, Grass Plats, Etc.** No person shall dig, injure or tear up any pavement, sidewalk, cross-walk, grass plat or roadway, or any part thereof, or of any boulevard or pleasureway, without first having obtained the written permission of the park commissioners.

Sec. 1369. **Water Pipes and Sewers.** No person shall dig down to, expose or tear up, disconnect or connect with any of the water pipes or sewers in or under any pleasureway or boulevard without first having obtained the written permission of the park commissioners.

Sec. 1370. **Moving Buildings.** No person shall move any building along, across or upon any park, pleasureway or boulevard without first having obtained the written permission of the park commissioners.

Sec. 1371. **Meetings.** No gathering or meeting of any kind, nor public speaking, shall be permitted in the parks without the written permission of the park commissioners.

Sec. 1372. **Political Meetings.** No gathering or meeting for political purposes in the parks shall be permitted under any circumstances.

**Add. 303**

**Sec. 1373. Intoxicating Liquors.** No intoxicating liquor shall be alowed to be sold or given away within said parks.

**Sec. 1374. Straw, Dirt, Ashes, Rubbish, Etc.** No person shall place any waste paper, straw, dirt, chips, shells, ashes, swill or other rubbish, though not offensive to health, in or upon any park or pleasureway or any part thereof.

**Sec. 1375. Unmanageable Horses.** No unbroken or unmanageable horses will be permitted in the parks nor will the training of horses therein, or other animals, be allowed.

**Sec. 1376. Tents, Booths, Etc.** No person shall be permitted to build or place any tent, building, booth, stand or other structure in any of said parks without first obtaining the written permission of the park commissioners.

**Sec. 1377. No Bicycles on Speedway.** No bicycle or tricycle shall be permitted upon any speedway in any park.

**Sec. 1378. Bicycle Privileges and Requirements.** Bicycles or tricycles shall possess all the rights and privileges now accorded to carriages drawn by horses (except upon the speedways), and shall strictly comply with all the rules of the road, and in addition thereto will be subject to the following rules and regulations:

a. Machines must not be stacked within twenty feet of the driveways, although wheelmen may rest them at proper times and places.

b. Not more than two machines may be ridden abreast.

c. Riding crosswise and curving to and fro are strictly prohibited.

d. Children riding small machines and invalid wheel chairs may use the footwalks.

e. Coasting is prohibited except on safety machines provided with brakes.

The feet must not be elevated above three-quarters of the radius of the front wheel above the axle thereof, and the riders must not take hands off the handles.

Wheelmen must follow the ordinary rules of the road. In meeting an opposing vehicle they must pass on the right-hand side. In passing a vehicle moving in the same direction, they must pass on the left-hand side. The rule restricting speed to six miles an hour must be observed.

In any place where a bicyclist meets or overtakes any horse which may become restive, such bicyclist will take every precaution, by dismounting or otherwise, to avoid danger.

**Sec. 1379. Automobiles—Rules for.** The following orders of the park commission are hereby declared to be in full force and

17

effect, and it shall be unlawful for any person or persons to violate said orders, or any of them, viz.:

1. No person shall ride or drive any automobile, motorcycle, locomobile, steam or gasoline wagon or any other vehicle or conveyance, for the carriage of passengers or commodities, other than conveyances drawn by horses or other animals, within the limits of City park, or in any of the other public parks, at a rate of speed greater than eight (8) miles an hour.

2. After seven o'clock p. m., between the 1st day of May and the 1st day of November, and after six o'clock p. m., between the 1st day of November and the 1st day of May, in each year, no person shall ride or drive any automobile, motor-cycle, locomobile, steam or gasoline wagon, or other vehicle or conveyance for the carriage of passengers or commodities other than vehicles drawn by horses or other animals, within the limits of City park, without displaying on each side of such automobile, locomobile, steam or gasoline wagon, or upon the front of such motor-cycle, and in a conspicuous place, a lighted lamp.

**Sec. 1380. Rules of Speedway.** Rule I. This speedway is intended for the pleasure of speeding horses in light road wagons or buggies.

Rule II. All drivers must turn to the right on entering the gates and follow the same direction while on the speedway.

Rule III. No two-wheeled vehicles will be permitted on the speedway from 12 m. to 10 p. m.

Rule IV. All carriages, hacks, phaetons and two or more seated vehicles are also excluded from driving on the speedway.

Rule V. Women drivers are not accorded the privileges of the speedway.

Rule VI. Bicycles are strictly prohibited.

Rule VII. When jogging or resting horses, drivers must keep to the outer edge of the speedway.

Rule VIII. Reckless driving or any abuse of horses will not be allowed.

Rule IX. No unbroken or unmanageable horses will be permitted on the speedway.

**Sec. 1381. Duties of Park Police.** It shall be the duty of the park police, appointed to duty in the parks, without warrant, forthwith to arrest any offender against the preceding rules and regulations whom they may detect in the commission of such offense, and to take the person or persons so arrested forthwith before a magistrate having competent jurisdiction.

**Sec. 1382. Written Reports.** It shall be the duty of the park police appointed to duty in parks, at the termination of

*Grand Rapids, Mich. Ordinances, etc.*

# COMPILED ORDINANCES

### OF THE

# City of Grand Rapids

Containing all Ordinances passed by the
Common Council, of the City of Grand Rapids,
in force September 1, 1906

———————

Compiled and Indexed
Under Authority of the Common Council
By
COLIN P. CAMPBELL. LL. M.

———————

PUBLISHED BY AUTHORITY OF THE
COMMON COUNCIL

*1907?*

*The Public Lib Jan 27 1912*

**Add. 306**

dollars and costs of prosecution, or by imprisonment at hard labor in the common jail of the County of Kent, or in any penitentiary, jail, work-house, house of correction, or alms-house of said city, in the discretion of the court or magistrate before whom the conviction may be had, for a period of not less than five days, nor more than ninety days; and in case such court or magistrate shall only impose a fine and costs, the offender may be sentenced to be imprisoned at hard labor in the common jail of the County of Kent, or in any penitentiary, jail, work-house, house of correction, or alms-house of said city, until the payment of such fine and costs, for a period of not less than five days nor more than ninety days.

### Repealing Clause.

Sec. 429 (14). The following ordinances are hereby repealed, to-wit: An ordinance entitled "An Ordinance Relative to Public Lamps and Lamp Posts in the City of Grand Rapids," passed March 1, 1873;

Also an ordinance entitled, "An ordinance Relative to Public Parks and Places in the City of Grand Rapids," passed March 8, 1873;

Also an ordinance entitled, "An Ordinance Relative to the Protection, Preservation and Use of Bridges Across Grand River in the City of Grand Rapids, belong to said city," passed June 21, 1873;

Also an ordinance entitled, "An Ordinance Relative to the Preservation of Public Property of the City of Grand Rapids," passed March 1, 1873;

Also all other ordinances and parts of ordinances in anywise contravening the provisions of this ordinance.

**An Ordinance to Regulate the Use of the Public Parks of the City of Grand Rapids, and to Provide for the Preservation of Public Property Therein. Passed May 4, 1891. Amended June 20, 1892, and October 11, 1897.**

The Common Council of the City of Grand Rapids do ordain as follows:

### Parks—Injury to Trees, Etc.—Animals, Etc.—Handbills.

Sec. 430 (1). No person shall break, cut, mutilate, injure,

---

SEC. 429. Record A of Ordinances, p. 143.      SECS. 430-432. Record B of Ordinances, p. 130.
SECS. 430-435. Charter, Section 73.

**Add. 307**

overturn, remove or carry away any tree, shrub, plant, flower, stone, or stone-work, bench, chair, seat, bower, stand, house, arbor, structure, fence or property, or anything whatsoever in, upon or belonging to any park, square or open space, in the City of Grand Rapids, or in any street, avenue, or highway in, adjoining to or around the same; nor shall any person climb up, or upon, any building, house, fence, table, seat or other structure in said park, place or square; nor shall any person kill, disturb, or molest any bird or bird's nest, or any fish or animal within, belonging to or being therein; nor shall any person paste or affix or inscribe any hand-bill, sign, poster, card, device or inscription to, upon or against any fence, tree, structure, or property of or on such park, place, square or highway, in or adjoining the same; nor shall any person disfigure or injure any sward, gravel, sand, turf or earth, or any tree, fence or structure therein, or adjoining thereto; nor shall any person fasten or hitch any animal to any tree, fence or structure in, or upon, the same, unless the same shall be designated and set apart for such purpose; nor shall any person ride or drive any animal or vehicle therein except upon the proper roadways, avenues and drives, and shall not drive therein at a speed exceeding eight miles per hour.

### Parks—Speeches in.

Sec. 431 (2). No person shall deliver any oration, address, speech, sermon or lecture therein unless he shall have first received permission from the Common Council of the City of Grand Rapids, or the Mayor or other lawful authority so to do; nor shall any public meeting be held therein unless leave is first obtained.

### Parks—Dogs in—Fire Arms.

Sec. 432 (3). No person shall allow or permit any domestic animal to go, be, or run at large within any such park, place or square; nor shall any person carry any rifle, gun, or other fire arm of any kind within any park of the City of Grand Rapids, and no dog shall be allowed therein except when fastened or led by a cord or string not exceeding six feet in length.

### Parks—Disorderly Language—Games—Handbills—Peddlers—Picnics in.

Sec. 433 (4). (As amended October 11, 1897.) No person shall

---

Sec 433. Record B of Ordinances, p. 448.

PUBLIC PROPERTY

use any threatening, obscene, profane or indecent language in any such park, open place or square, or be guilty of any disorderly or indecent conduct; nor shall any person indulge in any games, acts or demeanor calculating or tending to mar or disturb the feelings or enjoyment of the visitors attending such parks, places or squares; nor shall any person or persons deposit any rubbish or refuse in or upon such park, place or square, except the same be deposited in waste baskets to be provided by the Committee on Parks; nor shall any person post, exhibit or distribute any advertisement, circular or hand bill therein; nor shall any peddler or petty dealer sell, or in any manner dispose of any article in or immediately adjoining any public park, place or square in said city, unless he shall first obtain express permission so to do from the Common Council of the City of Grand Rapids. Picnics and social parties may be allowed in such portions of said parks as shall be designated and set apart by the Park Committee of the Common Council of the City oif Grand Rapids from time to time.

### Hours When Parks Open to Public.

Sec. 434 (5). (As amended June 20, 1892.) The three public parks belonging to said city and respectively named and known as the "John Ball Park," "Lincoln Park" and "Highland Park," shall be open to the public only between the hours of sunrise and 9 p. m. of each and every day, and it shall not be lawful for any person or persons, except the person and employes in charge of any such park, to enter therein before the hour above named for the opening of said park, or to remain therein after the hour above fixed for the closing thereof; Provided, however, That the Committee on Parks of the Common Council or Mayor of said city shall have the power, in their discretion, whenever special occasion may require it, to specially provide for all or any of said parks above named being opened at an earlier hour or closed at a later hour than the hours above designated.

Any person who shall violate any of the provisions or requirements of this section shall be liable to the punishment prescribed in Section 6 of this ordinance.

### Penalty.

Sec. 435 (6). (As re-numbered June 20, 1892, and amended

SEC. 434. Record B of Ordinances, p 240.  |  SEC. 435. Record B of Ordinances, p. 240-448

October 11, 1897.) Any person or persons who shall violate any of the provisions or requirements of this ordinance, on conviction thereof, shall be punished by a fine of not less than two dollars nor more than one hundred dollars and costs of prosecution, or by imprisonment at hard labor in the common jail of the County of Kent, or in any penitentiary, jail, workhouse or house or correction of said city, in the discretion of the court or magistrate before whom the conviction may be had, for a period of not less than two days nor more than ninety days; and in case such court or magistrate shall only impose a fine and costs, the offender may be sentenced to be imprisoned at hard labor in the common jail of the County of Kent, or in any penitentiary, jail, workhouse or house of correction of said city, until the payment of such fine and costs, for a period of not less than two days nor more than ninety days.

**An Ordinance Relative to Cemeteries and the Protection Thereof and the Burial of the Dead in the City of Grand Rapids. Passed January 13, 1896.**

The Common Council of the City of Grand Rapids do ordain as follows:

### Public Cemeteries—What Are.

Sec. 436 (1). All cemeteries now owned or which may hereafter be acquired by the City of Grand Rapids, wherever situated, and all cemeteries now within the limits of said city, whether owned by said city or not, are hereby declared to be public burial grounds, and no person or persons, corporation, society or congregation shall establish or locate any other cemetery within the limits of said city.

### No Interments Except in Cemeteries.

Sec. 437 (2). No interment of the body of any person shall be made in any other place than within a cemetery devoted to that purpose.

### Cemeteries—Property in Not to be Injured.

Sec. 438 (3). No person or persons shall injure, cut or remove any trees, shrubbery, gate, fence, post or steps, standing, growing or being in and upon any cemetery or cemetery grounds belonging to said city.

SECS. 436-454. Charter, Section 73. Record B of Ordinances, p. 378.

USCA4 Appeal: 23-1719     Doc: 41          Filed:

# ORDINANCES, RULES AND REGULATIONS

### OF THE

# DEPARTMENT *of* PARKS

### OF THE

## CITY OF NEW YORK (city)

**Add. 311**

Digitized by
INTERNET ARCHIVE

Original from
LIBRARY OF CONGRESS

Generated on 2022-12-29 17:07 GMT / https://hdl.handle.net/2027/loc.ark:/13960/t1pg26264
Public Domain / http://www.hathitrust.org/access_use#pd

USCA4 Appeal: 23-1719    Doc: 41    Filed:

# ORDINANCES, RULES AND REGULATIONS

## OF THE

# DEPARTMENT OF PARKS

## *of the* CITY OF NEW YORK

———

The Park Board under Chapter 610 of the Charter (3d Edition, 1906) ordains as follows:

## CHAPTER 17.

## PARKS, PARKWAYS AND PARK-STREETS.

### (REGULATIONS OF THE PARK BOARD.)

Article 1. General provisions.
2. Traffic regulations.
3. Building and other projections.
4. Miscellaneous.

## ARTICLE 1.

Section 1. Definitions.
2. Interfering with lands or improvements thereon.
3. Sub-surface disturbances.
4. Over-head wires.
5. Destruction of or injury to park property.

1

**Add. 312**

Digitized by
INTERNET ARCHIVE

Original from
LIBRARY OF CONGRESS

other highway under the jurisdiction of the park
department, or on any recreation pier, without a
permit therefor issued by the commissioner or
his supervisor of recreation nor otherwise than
in accordance with the terms of such permit.

§16.   Animals at large.   No horse or other ani-
mal shall be allowed to go at large in any park or
upon any park-street, except dogs that are re-
strained by a chain or leash not exceeding 6 feet
in length.

§17.   Disorderly conduct.   No person shall, in
any park,

1.   Use threatening, abusive or insulting lan-
guage;

2.   Do any obscene or indecent act;

3.   Throw stones or other missiles;

4.   Beg or publicly solicit subscriptions or con-
tributions;

5.   Tell fortunes;

6.   Play games of chance, or use or operate any
gaming table or instrument;

7.   Climb upon any wall, fence, shelter, seat,
statute or other erection;

8.   Fire or carry any firearm, firecracker, tor-
pedo or fireworks;

9.   Make a fire;

10.   Enter or leave except at the established en-
trance-ways;

11.   Enter any park for the purpose of loiter-
ing and remaining therein after 12 o'clock at
night, except as, on special occasions, the occupa-
tion and use thereof may be authorized beyond
the regular hours;

7

**Add. 313**

Digitized by
INTERNET ARCHIVE

Original from
LIBRARY OF CONGRESS

Generated on 2022-12-29 17:07 GMT / https://hdl.handle.net/2027/loc.ark:/13960/t1pg26264
Public Domain / http://www.hathitrust.org/access_use#pd

12.  Do any act tending to a breach of the public peace.

13.  Bring into any park a beverage containing alcohol, except for delivery to a restaurant therein, duly licensed by the State Excise Department, with the permission of the commissioner of parks having jurisdiction, or consume publicly, except within the premises of a restaurant, duly licensed as aforesaid, any beverage containing alcohol.

All persons doing any act injurious to a park shall be removed therefrom by the park keepers or by the police. When necessary to the protection of life or property, the officers and keepers of the park may remove all persons from any designated part thereof.

§18.  No parent, guardian or custodian of a minor shall permit or allow such minor to do any act prohibited by any provision of this chapter.

## ARTICLE 2.

### Traffic Regulations.

Section 30.  Use of drives and bridle paths.
        31.  Vehicles obstructing assemblies.
        32.  Towing vehicles.
        33.  Restrictions on certain vehicles.
        34.  Public hacks, cabs and automobiles.
        35.  Carriers of offensive refuse or heavy materials.
        36.  Smoky motor vehicles.
        37.  Park-streets.

8

**Add. 314**

Generated on 2022-12-29 17:07 GMT / https://hdl.handle.net/2027/loc.ark:/13960/t1pg26z64
Public Domain / http://www.hathitrust.org/access_use#pd

Digitized by
INTERNET ARCHIVE

Original from
LIBRARY OF CONGRESS

# PENAL
# ORDINANCES

OF THE

## CITY OF LOS ANGELES

Containing all Penal Ordinances in force on June 14, 1921,
ending with Ordinance No. 42,021 (New Series)

Compiled by
JESS E. STEPHENS,
City Attorney

and

E. H. DELOREY
Deputy City Attorney

Indexed by
PARKER & STONE CO., Law Publishers



Published under direction of the City Council
by
PARKER & STONE CO., Law Publishers
232 New High Street

## BRICKYARDS DISTRICT.
ORDINANCE No. 13,077 (New Series).
Approved July 14 ,1906.

An Ordinance regulating the location of brick yards in the City of Los Angeles.

Section 1.  It shall be unlawful for any person, firm or corporation to establish, conduct or maintain, or to assist in establishing, conducting or maintaining, any brick yard or any establishment, factory or place for the manufacture of brick within that certain district in the City of Los Angeles bounded and described as follows, to-wit:

Beginning at the intersection of the center line of Alameda Street with the center line of Alpine Street; thence northwesterly along said center line of Alpine Street to the center line of Buena Vista Street; thence northeasterly along said center line of Buena Vista Street to the center line of Bernardo Street; thence northwesterly along said center line of Bernardo Street to the center line of Adobe Street; thence southwesterly along said center line of Adobe Street 800 feet to a point; thence northwesterly in a direct line to the intersection of the center line of Innes Avenue with the center line of Sunset Boulevard; thence northwesterly along said center line of Sunset Boulevard to the center line of Alvarado Street; thence northeasterly along said center line of Alvarado Street to the center line of Effie Street; thence northwesterly along said center line of Effie Street to the northerly boundary line of the City of Los Angeles; thence westerly along said boundary line to the westerly boundary line of said City of Los Angeles; thence southerly along the old west patent boundary line of the City of Los Angeles to the center line of Seventh Street; thence southeasterly along said center line of Seventh Street to the center line of Alameda Street; thence northerly along said center line of Alameda Street to the point of beginning.

Provided, however, that this Ordinance shall not apply to any person, firm or corporation conducting or maintaining any brick yard, or any establishment, factory or place for the manufacture of brick within the hereinbefore described district, on the 22d day of January, 1906, who shall, within ten days after the taking effect of this Ordinance execute and deliver a good and sufficient bond to the City of Los Angeles in the sum of $1000.00, with two or more sureties, to be approved by the said City Council, conditioned for the removal of such brick yard, establishment or factory from said district within two years from the 22d day of January, 1906.

Sec. 2.  Any person violating any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor and shall be punished by a fine of not more than $200, or by imprisonment in the City Jail for a period of not more than fifty days, or by both such fine or imprisonment, and every day during which any violation of this Ordinance continues shall be deemed a separate offense and shall be punished as in this section provided.

---

## REGULATIONS FOR PUBLIC PARKS.
ORDINANCE No. 13,182 (New Series).
Approved August 13, 1906.

An Ordinance prescribing the rules and regulations for the government of the public parks of the City of Los Angeles and regulating the use of public streets in and about such public parks, and prescribing the penalty for violation of the same.

Section 1.  That the rules and regulations hereinafter prescribed shall govern the public parks of the City of Los Angeles.

Sec. 2.  That within the limits of any of said parks, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit:

1.  To lead, or let loose any cattle, horse, mule, gote, sheep, swine,

0261

dog or fowl of any kind, provided that this shall not apply to dogs when led by a cord or chain, not more than six feet long.

2. To carry or discharge any fire arms, firecrackers, rockets, torpedoes, or any other fireworks, or air gun or slungshot.

3. To cut, break, injure, deface, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant or flower; or to mark or write upon any building monument, fence, bench, or other structure.

4. To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

5. To distribute any hand-bills or circulars, or to post, place or erect any bills, notice, paper, or advertising device or matter of any kind.

6. To swim, bathe, wade in, or pollute the water of any fountain, pond, lake or stream.

7. To make or kindle a fire for any purpose.

8. To camp or lodge therein.

9. To ride or drive any horse, or other animal, or to propel any vehicle, cycle, or automobile elsewhere than on the roads or drives provided for such purpose.

10. To indulge in riotous, boisterous, threatening, or indecent conduct, or abusive, threatening, profane or indecent language.

11. To sell, or offer for sale, any merchandise, article or thing, whatsoever, without the written consent of the Board of Park Commissioners.

12. To hitch, or fasten any horse, or other animal, except at a place especially designated and provided for such purpose.

13. To ride or drive at a rate of speed exceeding fifteen miles per hour, except upon the road or roads specially provided and set apart by the Board of Park Commissioners for faster driving.

14. To ride or drive any horse or animal not well broken and under perfect control of the driver.

15. To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, or other device, for money, chips, shells, credit, or any other representative of value, or to maintain or exhibit any gambling table or other instrument of gambling or gaming.

16. To practice, carry on, conduct, or solicit for any trade, occupation, business, or profession, without the permission of the Board of Park Commissioners.

17. To row, or sail on any pond, lake or waters in any boat, excepting one provided for that purpose by the Board of Park Commissioners, or holder of boating privileges, without first obtaining the permission of the Board of Park Commissioners.

18. To drive, or have any dray, truck, wagon, cart, or other traffic vehicle (carrying goods or regularly used or employed in carrying goods, merchandise, lumber, machinery, oil, manure, dirt, sand or soil or any article of trade or commerce or any offensive article or material whatsoever) upon any road or drive, except such as may be especially provided or designated for such use.

18-a. It shall be unlawful for any person to drive any truck, dray, wagon, cart or other traffic vehicle of more than one ton capacity carrying or regularly used or employed in carrying goods, wares, merchandise, lumber, machinery, oil, manure, dirt, sand, soil or any article of trade or commerce along or upon any road or drive in Griffith or Elysian Parks without first securing a permit so to do from the Board of Park Commissioners. (Section added by Ord. No. 39,604 (N. S.), approved December 8, 1919.)

19. To play, or engage in any game, excepting at such place as shall be especially set apart for that purpose.

20. To remain, stay or loiter, in any public park between the hours of 10:30 o'clock p. m. and 5 o'clock a. m. of the following day.

CITY OF LOS ANGELES                    43

[As amended by Ordinance No. 31,868 (New Series), approved February 25, 1915.]

Sec. 3.  No company, society, or organization of more than twenty-five persons shall hold or conduct any picnic, celebration, parade, service, or exercise in any public park, without first obtaining permission from the Board of Park Commissioners, and it shall be unlawful for any person to take part in any picnic, celebration, parade, service, or exercise held or conducted contrary to the provisions hereof.

Sec. 4.  It shall be unlawful for any person having the control or care of any dog to suffer or permit such dog to enter or remain in a public park unless it be led by a leash of suitable strength not more than six feet in length.

Sec. 5.  It shall be unlawful for any male person over eight years of age to enter or use any water-closet for women in a public park.

Sec. 6.  It shall be unlawful for any person to fish in any public park without first obtaining from the Board of Park Commissioners a written permit so to do, designating the manner, time and place in which such person may fish.

Sec. 7.  It shall be unlawful for any persons to assemble, collect or gather together in any walk, driveway, passage way or pathway in any park or in any other place set apart for the travel of persons or vehicles in or through any park or to occupy the same so that the free passage or use thereof by persons or vehicles passing along the same shall be obstructed in any manner.

Sec. 8.  It shall be unlawful for any person or persons to sell, expose for sale or offer to sell, in or along any public street, lane or thoroughfare, adjoining or approaching any public park, in the City of Los Angeles, within 200 feet of any entrance to said park, any goods, wares or merchandise of any kind whatsoever.

Sec. 9.  It shall be unlawful for any person or persons to stand, keep or expose for hire, any wagon, carriage or other vehicle, in or along any public street, lane or thoroughfare, adjoining or approaching any public park in said city, within 200 feet of any entrance to such park.

Sec. 10.  It shall be unlawful for any male person over the age of eight years to occupy any bench or seat, or to stay, loiter or remain in any pavilion, or other structure in any park which shall be reserved and designated by the Board of Park Commissioners for the use of women and children only.

Sec. 11.  It shall be unlawful for any person to hold, conduct or address any public assemblage, meeting or gathering, or to make or deliver any public speech, lecture, or discourse, or to conduct, or take part in any public debate, or discussion, in any public park within the City of Los Angeles, without first having obtained a permit in writing from the Board of Park Commissioners of said city.

Sec. 11-b.  It shall be unlawful for any parent or guardian, or any person having the custody of any child under the age of eight years, to cause, permit or allow such such child to enter or visit any public park having a lake within the boundaries of such park, in the City of Los Angeles, unless such child be accompanied by a person of not less than sixteen years of age.

[New section added by Ordinance No. 31,363 (New Series), approved December 4, 1914.]

Sec. 12.—All foremen and employes in public parks are hereby given the power and authority of special policemen for the purpose of making arrests for any violation of the provisions of this Ordinance.

Sec. 13.  Any person who shall violate any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor; and upon conviction thereof shall be punishable by a fine of not less than five dollars, nor more than two hundred dollars, or by imprisonment in the City Jail

**Add. 318**

44           PENAL ORDINANCES OF THE

for not less than five days nor more than six months, or by both such fine and imprisonment.

Sec. 14. That all Ordinances and parts of Ordinances in conflict herewith are hereby repealed.

---

### TAKING WATER FROM WATER MAINS.
#### ORDINANCE No. 13,281 (New Series).
Approved Aug. 29, 1906.

An Ordinance of the City of Los Angeles, making it unlawful to take water from, or in any way to break, tap or injure any water main, pipe, conduit, hydrant, reservoir, or ditch, of said City, without permission to do so from the Board of Water Commissioners, thereof.

Section 1. It shall be unlawful for any person to draw or take or cause to be drawn or taken, any water from any water main, pipe, conduit, hydrant, reservoir or ditch of said City of Los Angeles, without permission to do so from the Board of Water Commissioners of said City.

Sec. 2. It shall be unlawful for any person to break, tap or in any way injure, any water main, pipe, conduit, hydrant, reservoir or ditch of the City of Los Angeles, without permission to do so from the Board of Water Commissioners of the said City of Los Angeles.

Sec. 3. Any person violating any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall be punished by a fine of not more than $100.00 or by imprisonment in the City Jail for a period of not exceeding 50 days, or both such fine and imprisonment.

---

### EMPLOYMENT AGENCIES.
#### ORDINANCE No. 13,348 (New Series).
Approved September 18, 1906.

An Ordinance regulating Employment or Intelligence agencies or offices in the City of Los Angeles.

Section 1. That no license to conduct, manage or carry on any employment or intelligence agency or office, or any office, agency or place where employment is procured or provided for, or furnished to or for any person, shall be issued to any person, except upon a permit in writing previously granted by the Board of Police Commissioners of the City of Los Angeles and filed with the City Clerk, authorizing the issue of such license to such person, firm or corporation, and specifying the location of such employment agency. That no such permit shall be granted except upon the written application of the person, firm or corporation, desiring the same, which application shall be filed with said Board, signed by the applicant, and shall specify the place where such employment or intelligence agency or office is to be located or carried on.

Sec. 1½. Before filing said application the applicant shall deposit with the City Tax and License Collector a sum sufficient to cover the license for the quarter immediately succeeding the issuance of said license. Said City Tax and License Collector shall issue a receipt for the amount so deposited, and said applicant shall exhibit said receipt to the Secretary of the Board of Police Commissioners, who shall thereupon file said application if the same is in due form; no application shall be filed except upon the production of said receipt. If said application be granted, said deposit shall be retained by said City Tax and License Collector in payment for the license for the quarter next succeeding the issuance of said license. If said application be denied, said City Tax and License Collector, upon notification in writing from the secretary of said Board to the effect that said application has been denied, and upon the surrender of said receipt, shall return said deposit to said applicant.—[New sec. added by Ord. No. 15,291 (N. S.), approved August 27, 1907.]

Sec. 2. That the Board of Police Commissioners is hereby empowered to revoke the permit of any person, firm or corporation when-

**Add. 319**

0264

Phoenixville, Pa. -- Ordinances, etc.

# A DIGEST

## OF THE

# ORDINANCES

## OF

## TOWN COUNCIL

### OF THE

## BOROUGH OF PHOENIXVILLE

TOGETHER WITH THE ACTS OF ASSEMBLY AND
DECREES OF COURT ESPECIALLY
RELATING TO PHOENIXVILLE

———

*Originally compiled by P. G. Carey, Esq.,*
*Revised by H. P. Waitneight, Esq., 1896, and*
*by Samuel A. Whitaker, Esq., 1906.*

———

PHOENIXVILLE, PA.
"THE DAILY REPUBLICAN" PRINT.
1906

Digitized by Google

shall give a bond annually, to be approved by the court.

13. The Collector of Taxes shall have all the power for the collection of said taxes, during his term of office, heretofore vested in collectors of county taxes under existing laws, and be subject to the same liabilities and penalties for neglect or violation of the duties of his office.

*Act 25 June, 1885. § 5*

*Powers*

14. The accounts of Collectors of Taxes shall be settled by Township or Borough Auditors of the proper Township or Borough, and he shall state a separate account for each different tax collected by him; but collectors of county and State taxes shall settle with the County Commissioners, as heretofore.

*Ibid § 11*

*Accounts*

15. If any vacancy shall take place in the office of Tax Collector * * * the Court of Quarter Sessions * * * upon petition of Town Council or any citizen who is a resident of said Borough, Township, ward, setting forth the fact that a vacancy does exist, shall appoint a suitable person to fill said vacancy for the full or unexpired term.

*Act 2 July, 1895*

*Vacancy*

## ORDINANCES.

(See CHARTER § 7, I; 8, IV; 10, I; 11, III; 13; BURGESS § 7, 10.)

1. The secretary shall * * * transcribe the by-laws, rules, regulations and ordinances adopted into a book kept for that purpose, and when signed by the presiding officer shall attest the same, preserve the records and documents of the corporation, certify copies of any book, paper, record, by-law, rule, regulation, ordinance or proceeding of the corporation under the seal thereof, which copies so certified shall be good evidence of the act or thing certified, and shall attest the execution of all instruments under the same record, the publication of all enactments, and attest the same by his signature thereto, and shall file of record the proof of service of all notices as required by this act or of supplements hereto, his ceretificate whereof shall be good evidence of such notice. Every ordinance and resolution which shall be passed by said Council shall be presented to the Chief Burgess of such Borough. If he approve he shall sign it, but if he shall not approve he shall return it with his objections to said Council at the next regular meeting thereof, when said objections shall be en-

*Act 3 April, 1851. § 8*

*Secretary to transcribe*

*To certify copies*

*certified copies to be evidence*

*Act 28 May, 1893*

tered at large in the minute book, and said Council shall proceed to a reconsideration of such ordinance or resolution. If after such reconsideration two-thirds of all the members elected to said Council shall vote to pass such **To be pre-** ordinance or resolution it shall become and be of as full **sented to chief** force and effect as if said Chief Burgess had signed it; **burgess** but in such cases the votes of the members of Council shall be determined by the yeas and nays, and the names of the members voting shall be entered on the minutes of said Council: *Provided,* That when the number of Councilmen is less than nine, a majority of Council and one vote **Veto and pas-** more shall be required to pass an ordinance over the veto. **sage over** If such ordinance or resolution shall not be returned by the Chief Burgess at the next regular meeting of said Council after the same shall have been presented to him, the same shall likewise become and be in as full force and effect as if he had signed it: *Provided,* That before any ordinance shall come into force and effect as aforesaid the same shall be recorded in the Borough ordinance book with the certificate of the secretary and be advertised as heretofore required by law.

## PARADISE STREET.

**Ord. 25 Feb. 1875**
1. The width of * * * Paradise street from Nutts avenue to the Borough line * * * shall be * * * forty feet.

**Ord. 26 Feb. 1877. § 4**
2. Ordained * * * that Paradise street begin at a limestone in Nutts avenue, a corner of lands of Benjamin Moyer and Joseph Rapp, thence south thirty-two and one-half degrees west 508 feet six inches to an iron monument planted to indicate the centre of Pennsylvania avenue, thence the same course 250 feet to the centre of Chester avenue, thence the same course continued 250 feet to the centre of Columbia avenue, thence the same course continued 980 feet six inches to a spike at the Borough line.

## PARK ALLEY.

**Ord. 28 Sept. 1874**
1. Ordained, etc., that an alley twenty feet wide 150 feet east of Main street, dedicated by the Phoenix Iron **Dedicated and accepted** Company to the use of the public, running in a parallel line with Main street from Washington avenue to Second ave-

nue, be and the same is hereby accepted and ordered to be marked on the Borough plot.

2. Park alley be and is hereby continued from Third avenue south to Fifth avenue, the centre line of said alley to be 190 feet east of the centre line of Main street, said alley to be twenty feet wide, or ten feet on each side of above described centre line. *Ord. 5 Aug., 1895* *Continued*

3. The owners of lots or lands bounding on and opposite the sidewalks along * * * both sides of Park alley from Washington avenue to Second avenue * * * are hereby required to put up curbstones at the edge of the sidewalks and to pave and gutter the said sidewalks under the direction of the Borough Surveyor and the Street Committee. * * * *Ord. 3 Aug., 1886* *Curb, pave and gutter*

[If neglected after thirty days' notice Street Committee to have work done and file lien therefor. See Quick street § 4.]

## PARKS.

1. The following rules and regulations shall be adopted for the government and protection of Reeves Park, in the Borough of Phoenixville: *Ord. 2 July, 1878*

### SECTION I, PENAL.

1. No person shall enter or leave the park except by such gates or avenues as may be for such purposes arranged. *Rules of Reeves' Park*

2. No person shall indulge in any threatening, abusive, insulting or indecent language in the park.

3. No person shall engage in gaming or commit any obscene or indecent act in the park.

4. No person shall carry fire-arms or shoot birds or throw stones or other missiles therein.

5. No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, turf or any of the buildings, seats, fences, lamps or statuary in the park.

6. No person shall turn cattle, goats, swine, horses, dogs or other animals loose into the park.

7. No person shall injure, deface or destroy any notices, rules or regulations posted, or in any other manner permanently fixed for the government of the park.

8. No person shall engage in any play at baseball,

Digitized by Google

cricket, shinny, football or any other games with ball and bat, except croquet, within the limits of the park.

Any person who shall violate any of said rules and regulations shall be guilty of a misdemeanor, and for each and every such offence shall pay the sum of five dollars, to be recovered before the Burgess or either of the Justices of the Peace of the Borough of Phoenixville, which fines shall be paid into the Borough treasury for park purposes.

### SECTION 2, LICENSES.

1. No person shall expose any article for sale within the park without permission from the Town Council or its representative.

2. No person or persons shall have any musical, theatrical or other entertainments therein, nor shall any military or other parade or procession take place in the park without permission from the Town Council or its representative.

3. No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the park without permission from Council or its legal representative.

### SECTION 3, PROHIBITIONS.

1. No gathering or meeting for political purposes, nor spirituous or malt liquors shall be allowed within the park under any circumstances.

N. B.—And we do hereby earnestly appeal to all peaceable, law-abiding citizens, entreating that in the exercise of their proprietary rights they will diligently co-operate in the enforcement of all lawful measures for the care and preservation of all things pertaining to Reeves Park. It is *your own property;* won't you take care of it?

## PARTY WALLS.

(See CHARTER § 7, VII.; BUILDINGS § 1 TO 4.)

## PAVEMENTS.

(See CHARTER § 7; BUILDINGS § 4, 5; FINES AND PENALTIES § 5, 6, 7, 19, 20.)

Act 20 April, 1905

1. All Boroughs are hereby authorized and empowered to direct and require the grading, paving, repaving and repairing of all sidewalks on the streets of the Borough,

Digitized by Google

# ORDINANCES, etc.

## OF THE

# CITY OF OLEAN, N.Y.

## AS AMENDED TO
## SEPTEMBER 1922



ARRANGED AND INDEXED UNDER AUTHORITY OF THE
COMMON COUNCIL
BY
RICHMOND C. HILL
CITY HISTORIAN
OLEAN N. Y.

OCTOBER 1922

**Add. 325**

## OLEAN CITY ORDINANCE

Section 19.   Any person violating any of the provisions of the Ordinance shall be guilty of a misdemeanor and subject to the respective fines imposed by the respective violations as hereinbefore provided and in default of payment of such fine shall be liable to imprisonment of one day for each dollar of such fine.

SECTION TWO.   This Ordinance shall be published once in the Olean Evening Times and once in the Olean Evening Herald and shall take effect immediately.

## AMENDMENT

The foregoing was amended by vote of the Common Council at its regular meeting on Tuesday evening, August 22, 1922, by adding the following provision:

### Amendment.

"That the restrictions prohibiting hucksters or other dealers from selling goods on the North Street Public Market in competition with producers, be removed and the market made an open one."

## PARKS

Passed November 6, 1907.

The Board of Park Commissioners of the City of Olean hereby make, publish and enact the following ordinances: These ordinances apply to and comprehend,

24

**Add. 326**

## OLEAN CITY ORDINANCE

1. City Hall Park lying between North and South Streets and Union and Barry Streets.

2. Oak Hill Park lying between Fourth, Sixth and Washington Streets and the south bounds of said Park.

3. Adams Park lying in the triangle formed by the junction of Sullivan, Buffalo and Eighth Streets.

4. Ansel Park consisting of the triangle formed by the junction of Fulton Street, Pennsylvania Railroad and the south line of lands of William Cobb.

The words "Parks and public grounds" wherever mentioned in these ordinances, shall be understood to include all the adjacent land to the curb line of adjoining streets as fixed by the Common Council of the City of Olean.

Section 1. No person or corporation shall enter upon any parks or public grounds and dig or remove any dirt, tree, shrub, or bush which may be in, upon, or a part of any of said parks or public grounds, except under the direction of said Board of Park Commissioners.

Section 2. No person shall cut down, or bruise, or cut into, or in any way injure any tree, shrub, growing bush or flowers that are at present, or may hereafter be growing upon any of the parks or public grounds.

Section 3. No person shall erect any sign or signboard, cut or mark any name or device, or write upon any tree, paling, bench, building or structure situated or located upon said parks.

25

## OLEAN CITY ORDINANCE

Section 4.   No person shall fire or discharge any gun or pistol or other firearms, or any rocket, torpedo or other fireworks of any description, or throw stones or missles, within the several parks or public grounds, nor carry any firearms in any park.

Section 5.  No person shall climb any tree or pluck any flowers or fruit, whether wild or cultivated, or break cut down, trample upon or remove, or in any manner injure or deface any statue, flower-bed, turf or any of the buildings, fences, bridges or other constructions within the several parks or public grounds; nor shall any person write on any building, structure, statue, fence, bench, rock or stone within such parks or public grounds.

Section 6.   No person shall ride any bicycle, tricycle or any similar vehicle in any park or  on  any  public grounds.

Section 7.   No quadrupeds or other animals, except those placed in the parks by the authority of said Board shall be conducted into or driven in the parks or public grounds, or be allowed to remain therein. Dogs found running at large within any park may be shot by any policeman or other officer on duty connected with the parks.

Section 8.   The parks shall be closed every night between eleven o'clock P. M. and sunrise and no person shall lounge, loaf or loiter therein between such hours.

Section 9.   All persons using the playgrounds or parks do so at their own risk. Neither the City or the Park Commissioners shall be liable for any injury to any person incurred in the use of the playgrounds or parks

26

## OLEAN CITY ORDINANCE

Section 10. Boisterous conduct, and the use of vulgar or profane language on the playgrounds, or in the parks or public grounds is absolutely forbidden.

Section 11. No person shall commit any of the following acts within said parks:

1. Commit any disorderly or immoral acts.

2. Be intoxicated.

3. Throw stones or missles.

4. Utter loud or indecent language.

5. Tell fortunes.

6. Play any game of cards or chance.

7. Beg.

8. Publicly solicit subscriptions.

Section 12. The Superintendent shall be responsible for the maintenance of order and decorum, and for the exercise of discretion and civility in all use to be made of the playgrounds and parks. His authority corresponds with his responsibility. No one is to enter the playgrounds when forbidden by him; no one is to remain therein when requested by him to leave. Report may be made to the Park Commissioners whenever the Superintendent is

27

## OLEAN CITY ORDINANCE

thought to have used his authority unjustly, but his authority is not to be resisted or questioned by visitors on the grounds; and he may forcibly eject any person violating any ordinances relating to such parks.

Section 13. Any violation of these ordinances shall be deemed a misdemeanor and shall be punishable by a fine of not more than twenty-five dollars; or in default of payment of such fine, by imprisonment not exceeding twenty-five days.

These ordinances shall be published once in the Olean Morning Times and once in the Olean Daily Herald and shall take effect immediately.

## SEALER OF WEIGHTS AND MEASURES

February 17, 1903.

The Common Council of the City of Olean does hereby enact, ordain, establish, publish and declare the following ordinance:

Section 1. It shall be the duty of the sealer of weights and measures to inspect all instruments or device the limits of the city, to ascertain the weight or quantity of any article of merchandise on sale within the city and generally to perform the duties prescribed by statute.

28

**Add. 330**

# THE

# Charter of the City of Seattle

Adopted at the General Election March 3, 1896
as Amended in 1900, 1902, 1904, 1906 and 1908

### AND THE

# Ordinances of the City of Seattle

From December 1, 1869, to November 1, 1907

———

ARRANGED, ANNOTATED AND INDEXED
By
## CHARLES S. GLEASON
Of the Seattle Bar

———

PUBLISHED BY AUTHORITY OF THE CITY OF SEATTLE

———

SEATTLE
LOWMAN & HANFORD STATIONERY AND PRINTING COMPANY
1908

**Add. 331**

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 343 of 439

## PREFACE TO REVISED EDITION

This revised edition contains the amendments to the
City Charter adopted March 3, 1908, together with a new
index to the charter as amended.

SCOTT CALHOUN
Corporation Counsel.

APR 17 1917

## ORDINANCE NO. 16066.

**AN ORDINANCE** directing the issuance of triplicate bills for labor or materials furnished by the City of Seattle to various persons and prescribing the manner of issuance, correction and payment of said bills. Approved May, 27, 1907.

Be it ordained by the City of Seattle as follows:

Sec. 1. **All Bills of the City to be Made in Triplicate:**—That when any department of the City of Seattle shall furnish any labor or material to any person, said department shall render a bill for said labor or material as follows:

Bills of each department to be issued in triplicate and to bear consecutive numbers.

The original of said bill to be forwarded to the person receiving said labor or material.

The duplicate of said bill to be forwarded, forthwith to the City Treasurer.

The triplicate of said bill to be retained by the department issuing the same.

Sec. 2. **Correcting Bills:**—That the head of the department issuing any of said bills be and hereby is authorized to correct said bills at any time prior to their payment by the issuance of credit vouchers directed to the City Treasurer.

Sec. 3. **Treasurer to Preserve and Account for Bills:**—That the City Treasurer be and hereby is directed to preserve said duplicate bills and render proper accounting therefor and to notify each of the various departments as to the payment of said bills upon request of said department.

Sec. 4. **Credit Vouchers:**—That, when any credit voucher shall have been issued correcting any of said bills, the City Treasurer be and hereby is directed to deduct the amount of said credit voucher from the face of said bill and accept the remaining amount thereof as full payment.

## ORDINANCE NO. 16081.

**AN ORDINANCE** regulating the use and occupation of and the conduct of persons in or upon streets, avenues, ways, boulevards, drives, places, alleys, sidewalks, parking strips, squares, triangles, comfort stations, school grounds, play grounds, recreation grounds, parks, park ways, park boulevards, park drives, park paths, and public places and wharves, station grounds and rights of way open to the use of the public, and the space above or beneath the surface of the same, and providing for the control of the same, and for the safety, comfort and convenience of the public in the use of the same and providing penalties for violations thereof. Approved May 31, 1907.

Be it ordained by the City of Seattle as follows:

Sec. 1.. **Words and Phrases Defined:**—The words "public place" wherever used in this ordinance shall, when necessary, be held and construed to mean and include streets, avenues, ways, boulevards, drives, places, alleys, sidewalks and parking strips, squares, triangles and public play grounds, comfort stations, school grounds, recreation grounds, parks, park ways, park

16081, REGULATING PUBLIC PLACES　　　197

boulevards, park drives, park paths and wharves, station grounds and rights of way open to the use of the public, and the space above or beneath the surface of the same; the word "street" shall, when necessary, be held and construed to mean and include streets, avenues, ways, boulevards, drives, places, alleys, sidewalks and parking strips; the word "park" shall, when necessary, be held and construed to mean and include parks, squares, triangles, comfort stations, school grounds, play grounds, recreation grounds, park drives, park boulevards, park paths and park ways; the word "person" shall, when necessary, be held and construed to mean and include natural persons of either sex, associations, co-partnerships and corporations, whether acting by themselves or by a servant, agent or employee; the singular number shall, when necessary, be held and construed to include the plural and the masculine pronoun to include the feminine; the word "vehicle" shall be held and construed to mean and include wagons, carts, carriages, trucks, automobiles and all vehicles drawn by animals or propelled by steam, electricity, gas or other motive power.

Sec. 2. **Awnings, Permit for, Required:**—It shall be unlawful for any person to construct or maintain, in or over any public place, any awning, without complying with all the provisions of this ordinance in relation thereto, and obtaining and having a permit from the Board of Public Works so to do.

Sec. 3. **Awning Permit, How Obtained:**—In order to obtain the permit provided for in the preceding section, the owner of any premises abutting upon any public place, desiring such permit, shall file with the Board of Public Works an application in writing therefor, which application shall contain an accurate description of the portion or portions of the public place desired to be occupied and the nature and character of the awning which it is desired to construct or maintain therein, and the Board of Public Works, if they shall find that such awning can be constructed or maintained without unduly interfering with or obstructing the use of such public place, may, in their reasonable discretion, grant a permit to construct or maintain such awning in accordance with the provisions of the next succeeding section.

Sec. 4. **Awnings, How Constructed and Maintained:**—All awnings to be constructed or maintained under the provisions of this ordinance, shall be constructed either of a metal frame with canvas covering or of wire glass and other fire proof materials. The lowest point of any awning shall not be less than eight (8) feet above the sidewalk, and no cloth, drapery, sign or other thing shall be attached to or suspended from such awning. The frames and supports of all awnings shall be securely attached to the walls of the building from which they project, by wrought iron or steel brackets or steel chains, but shall not receive their support from beneath by the use of posts or other similar devices, except as herein provided. All awnings, other than canvas covered awnings, shall be provided with metal conductors for water, draining back to the property line and connected with the sewer in the manner provided by the plumbing ordinances of the City, and shall be constructed of wire glass and other fire proof materials, reasonably uniform in appearance and ornamental in design and shall project as nearly horizontal from the building to which they are attached as is practicable, and shall be well lighted by electricity, according to the directions of the Board of Public Works, and shall project from the property line not more than nine (9) feet; provided, that such awnings erected over the entrances of assembly halls, theatres, hotels or railway stations may project to the curb line. The roofs of all such awnings shall be of wire glass, and in case

**Add. 334**

USCA4 Appeal: 23-1719     Doc: 41     Filed: 09/19/2023     Pg: 346 of 439

Sec. 80.  **Booths, etc., in Public Places:**—It shall be unlawful for any person to place, set up, keep or maintain any booth, stand, table, box, board, shelf, vehicle or other object for the purpose of selling, giving away or distributing therefrom any article or thing, or exhibiting any animal, bird, curiosity, device or thing, or advertising anything whatsoever, in any public place.

Sec. 81.  **Advertising in Public Places:**—It shall be unlawful for any person to have, drive or stand in any public place, any vehicle used exclusively for advertising, or any show board, placard, banner, sign, advertisement, picture or other device, or to lead, drive, ride or stand any animal or animals on which is placed or carried, or to which is attached any banner, sign, advertisement, picture or other device, for advertising any business, calling, occupation, firm, dealer, place of amusement, exhibition, show, event or amusement.

Sec. 82.  **Barbed Wire Fences Along or Exposed to Public Places:**—It shall be unlawful for any person to place, build, construct or maintain, or cause, permit or allow to be placed, built, constructed or maintained, any barbed-wire fence along and abutting upon the marginal line of any public place, or upon any premises abutting upon any public place, unless said premises are enclosed and separated from such public place in such a manner as to prevent persons or animals using or occupying such public place from coming in contact with such barbed-wire fence.

Sec. 83.  **Obstruction Upon Sidewalks From Abutting Property:**—It shall be unlawful for any person, owning or occupying any property abutting upon or contiguous to any public place, to allow or permit any earth, rock, stones, trees, logs, stumps or other substances to cave, fall, crumble, slide, accumulate or be otherwise deposited from any such premises upon any public place, or having been so deposited, to be or remain thereon.

Sec. 84.  **Use of Sidewalks by Merchants:**—It shall be unlawful for any person to place, or cause or suffer to be placed, by any person in his employ or under his control, any merchandise or wares of any nature on any sidewalk in front of or alongside of his place of business for the purpose of display or for any other purpose, except while in the actual course of receipt or delivery, or to use any portion of any sidewalk for the purpose of measuring, packing or weighing goods for sale.

Sec. 85.  **Burning Materials Containing Metallic Substances in Public Places:**—It shall be unlawful for any person to burn any lumber, rubbish or other materials containing nails, wire or other metallic substances, in any public place.

Sec. 86.  **Storing Fire Wood, etc., in Public Places:**—It shall be unlawful for any person to place or permit any fire-wood, coal, chattles or merchandise in any public place, except while removing the same into or out of the premises adjoining such public place, or to keep any bunker or box for the storage of wood, coal, chattles or merchandise, in any public place.

Sec. 87.  **Playing Ball or Throwing Stones in Public Places:**—It shall be unlawful for any person to play ball or throw any ball to and fro on any paved street, or throw stones or other missiles in any public place.

Sec. 88.  **Throwing Articles Liable to Produce Injury, Into Public Places:**—It shall be unlawful for any person to throw or deposit, in any public place, any broken glass, crockery, nails or any substance whatever whereby the feet of horses or other animals, or the tires of automobiles or other vehicles may be injured.

**Add. 335**

Sec. 89. **Throwing Refuse Matter Into Public Places:**—It shall be unlawful for any person to throw or deposit, or cause to be thrown or deposited, on any public place, any coal, hair, shreds, rags, manure, shells, ashes, garbage, paper or other refuse matter, or any solids or liquids, animal or vegetable matter or any substance whatever.

Sec. 90. **Throwing or Permitting Liquids to Flow Upon Public Places:**—It shall be unlawful for any person to throw or flow, or allow or permit to be thrown or to flow, upon any public place, any water or other liquids which cause a noxious effluvia or any filthy water, or to permit any flow of water from premises under his control, on or over any public place.

Sec. 91. **Sprinkling Paved Streets in the Day Time:**—It shall be unlawful for any person to throw, spatter or sprinkle any water upon any planked or paved street between the hours of nine (9) o'clock before noon and five (5) o'clock after noon.

Sec. 92. **Obstruction of Sidewalks and Public Places by Waste Material:**—It shall be unlawful for any person to throw on any sidewalk any vegetable or fruit or other substance liable to cause any person injury, or to throw upon or into any public place, or in any gutter, any kitchen refuse, paper, sweepings or other substance liable to close up or choke any gutter, or to permit any accumulation of snow or ice upon any planked or paved sidewalk in front of any premises owned or occupied by him.

Sec. 93. **Obstructing Public Places by Structures or Chattles:**—It shall be unlawful for any person to build, construct, place, maintain, occupy, throw, leave, cast, tie or put, or cause to be built, constructed, placed, maintained, occupied, thrown, left, cast, tied or put, except under and in accordance with the provisions of this ordinance, in any public place, any structure, fence, post, rope, chain, rail, wire, box, barrel, keg, fire-wood, coal, chattles, merchandise, vehicle, animal or any object or thing which is an obstruction to the free use of such public place or which may be an inconvenience to the use thereof, or which may encroach thereon.

Sec. 94. **Driving in Parks Except on Park Ways; Certain Vehicles Excluded From Parks:**—It shall be unlawful for any person to drive or propel any vehicle, or ride or drive any horse or other animal in, over or through any park, except along and upon park drives, park ways and park boulevards, or to drive or propel along or over any park drive, park way or park boulevard any heavily laden vehicle or any vehicle carrying or ordinarily used in carrying merchandise, goods, tools, material or rubbish or any market wagon, milk wagon, dirt cart, moving van, dray or truck, or any hearse, or any vehicle carrying the body of a deceased person, or any carriage or other vehicle being a part of a funeral procession going to or returning from any cemetery.

Sec. 95. **Speed Limit on Park Ways:**—It shall be unlawful for any person to drive or propel over or along any park drive, park way or park boulevard any vehicle, or to ride or drive any horse or other animal, or any bicycle, tricycle or autocycle at a greater rate of speed than twelve (12) miles per hour along any tangent or any curve of a less degree of curvature than twelve (12) degrees, or having a radius of more than four hundred and seventy-eight (478) feet, or at a greater rate of speed than six (6) miles per hour along any curve of a greater degree of curvature than twelve (12) degrees, or having a radius of less than four hundred and seventy-eight (478) feet.

Sec. 96. **Structures and Advertising in Parks:**—It shall be unlawful for any person to place or erect any structure, sign, bulletin board, post, pole or

advertising device of any kind whatever in any park, or to attach any notice, bill, poster, sign, wire, rod or cord to any tree, shrub, fence, railing, post or structure within any park; provided, that the Board of Park Commissioners may permit the erection of temporary decorations on occasions of public celebration or holidays.

Sec. 97.  **Destruction or Mutilation of Park Property:**—It shall be unlawful for any person to remove, destroy, mutilate or deface any structure, monument, statue, vase, fountain, wall, fence, railing, vehicle, bench, tree, shrub, fern, plant, flower or other property in any park.

Sec. 98.  **Occupying Borders, etc., in Parks:**—It shall be unlawful for any person to walk, stand or sit on any borden, flower bed, monument, vase, fountain, railing or fence in any park.

Sec. 99.  **Dogs in Parks:**—It shall be unlawful for any person to allow or permit any dog or other animal to run at large in any park, or enter any of the lakes, ponds, fountains or streams therein.

Sec. 100.  **Fire Arms and Explosives in Parks:**—It shall be unlawful for any person to shoot, fire or explode any fire-arm, fire works, fire crackers, torpedoes or explosives of any kind or to carry any fire-arm in any park.

Sec. 101.  **Molesting Animals in Parks:**—It shall be unlawful for any person to in any manner tease, annoy, disturb, molest, catch, injure or kill, or to throw any stone or missile of any kind at, or strike with any stick or weapon any animal, bird, fowl or fish in any park.

Sec. 102.  **Peddlers, etc., Excluded From Parks:**—It shall be unlawful for any person to be or act as or ply the vocation of a solicitor, agent, vagrant, peddler, fakir, mendicant, beggar, strolling musician, organ grinder, exhortor, showman or boot black in any park.

Sec. 103.  **Public Meetings in Parks:**—It shall be unlawful for any person to hold any public meeting or gathering, or to make any public speech in any park, except upon written permission from the Board of Park Commissioners.

Sec. 104.  **Horses in Parks; Hitching and Leaving Unguarded:**—It shall be unlawful for any person to hitch any horse or other animal to any tree, shrub, fence, railing or other structure, except such as are provided for that purpose, or to allow any horse or other animal to remain unhitched beyond the reach of the driver or attendant, in any park.

Sec. 105.  **Games of Chance in Parks:**—It shall be unlawful for any person to conduct or carry on any game of chance in any park.

Sec. 106.  **Disorderly Conduct in Parks:**—It shall be unlawful for any person to use loud, profane, obscene, boisterous or insulting language, or to be guilty of any disorderly, lewd or lascivious conduct of any kind in any park.

Sec. 107.  **Intoxicated Persons in Parks:**—It shall be unlawful for any intoxicated person to enter or remain within any park.

Sec. 108.  **Use of Lakes in Parks:**—It shall be unlawful for any person to place any boat, float, raft or other water craft in or upon any lake, pond or stream in any park, or to land at any point or place upon the shores of the lakes or ponds in or bordering upon any park, except at places designed or designated as landing places, or to occupy in any manner the slopes between the water line and the foot paths.

Sec. 109.  **Picnics in Parks:**—It shall be unlawful for any person to picnic or lunch in any park, except at those places set apart and allotted as picnic grounds.

Sec. 110. **Bicycles in Parks:**—It shall be unlawful for any person to ride any bicycle, tricycle or autocycle over or through any park, except along and upon the park drives, park ways, park boulevards and upon paths set apart and designated as "Bicycle Paths."

Sec. 111. **Athletic Games in Parks:**—It shall be unlawful for any person to play at any game of base ball, foot ball, golf, cricket, LaCrosse, polo, hockey or other game of like character in any park, except at the place or places set apart and designated as grounds for such games and athletic sports, and then only upon securing a permit from the Board of Park Commissioners.

Sec. 112. **Swinging Scaffolds Over Public Places:**—It shall be unlawful for any person to hang, maintain, use or operate any swinging scaffold over any public place, without the same shall be provided with a guard rail on each side thereof, not less than three (3) inches high, to prevent tools, material or other things from sliding and falling therefrom, or without obtaining and having a permit so to do from the Superintendent of Streets.

Sec. 113. **Hoisting Safes, etc., in Public Places:**—It shall be unlawful for any person to hoist any safe or other article in any public place for the purpose of conveying the same into any building, between the hours of eight (8) o'clock a. m. and eight (8) o'clock p. m., or at any time without roping off a space, not less than twenty (20) feet square, immediately beneath where such article is being hoisted and maintaining a watchman on each side thereof to prevent persons from passing or going within such space, or without obtaining and having a permit so to do from the Superintendent of Streets.

Sec. 114. **Penalties:**—Any person who shall violate or fail to comply with any of the provisions of this ordinance, shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine in any sum not exceeding one hundred (100) dollars, or by imprisonment in the city jail for a term not exceeding thirty (30) days, or by both such fine and imprisonment, and each day any such person shall continue to violate or fail to comply with any of the provisions of this ordinance, shall be deemed and considered a separate offense, and in addition to the penalty hereinabove provided for violations of this ordinance, any failure, neglect or refusal to comply with any of the terms of this ordinance shall be deemed a nuisance, any may be abated in the manner provided by the ordinances of the City of Seattle for the abatement of nuisances.

Ordinance No. 8576 prescribes a condition which must be contained in all permits issued by the Board of Public Works.

Charter, IV., Sec. 18. Subs. 7, 31 and 36; XIII., Sec. 3.

## ORDINANCE NO. 16084.

**AN ORDINANCE** providing for the licensing of engineers of steam engines and boilers, fixing the amount of the license fee, providing penalties for violations of this ordinance. Approved May 31, 1907.

Be it ordained by the City of Seattle as follows:

Sec. 1. **Operating Steam Boilers, License for, Required:**—No person shall have charge of or operate a steam engine or steam boiler in the City of Seattle without first obtaining a license therefor from the City Comptroller, which license shall be effective for the period of one year. Said license shall be renewed on or before the date of the expiration thereof upon the payment of a license fee of two (2) dollars.

*Phoenixville, Pa.--Ordinances, etc.*

# A DIGEST

OF THE

# ORDINANCES

OF

## TOWN COUNCIL

OF THE

## BOROUGH OF PHOENIXVILLE

TOGETHER WITH THE ACTS OF ASSEMBLY AND
DECREES OF COURT ESPECIALLY
RELATING TO PHOENIXVILLE

———

*Originally compiled by P. G. Carey, Esq.,
Revised by H. P. Waitneight, Esq., 1896, and
by Samuel A. Whitaker, Esq., 1906.*

———

PHOENIXVILLE, PA.
"THE DAILY REPUBLICAN" PRINT.
1906

Digitized by Google

**Add. 339**

tered at large in the minute book, and said Council shall proceed to a reconsideration of such ordinance or resolution. If after such reconsideration two-thirds of all the members elected to said Council shall vote to pass such ordinance or resolution it shall become and be of as full force and effect as if said Chief Burgess had signed it; but in such cases the votes of the members of Council shall be determined by the yeas and nays, and the names of the members voting shall be entered on the minutes of said Council: *Provided,* That when the number of Councilmen is less than nine, a majority of Council and one vote more shall be required to pass an ordinance over the veto. If such ordinance or resolution shall not be returned by the Chief Burgess at the next regular meeting of said Council after the same shall have been presented to him, the same shall likewise become and be in as full force and effect as if he had signed it: *Provided,* That before any ordinance shall come into force and effect as aforesaid the same shall be recorded in the Borough ordinance book with the certificate of the secretary and be advertised as heretofore required by law.

*To be presented to chief burgess*

*Veto and passage over*

## PARADISE STREET.

*Ord. 25 Feb. 1875*

1. The width of * * * Paradise street from Nutts avenue to the Borough line * * * shall be * * * forty feet.

*Ord. 26 Feb. 1877. § 4*

2. Ordained * * * that Paradise street begin at a limestone in Nutts avenue, a corner of lands of Benjamin Moyer and Joseph Rapp, thence south thirty-two and one-half degrees west 508 feet six inches to an iron monument planted to indicate the centre of Pennsylvania avenue, thence the same course 250 feet to the centre of Chester avenue, thence the same course continued 250 feet to the centre of Columbia avenue, thence the same course continued 980 feet six inches to a spike at the Borough line.

## PARK ALLEY.

*Ord. 23 Sept. 1874*

1. Ordained, etc., that an alley twenty feet wide 150 feet east of Main street, dedicated by the Phoenix Iron Company to the use of the public, running in a parallel line with Main street from Washington avenue to Second ave-

*Dedicated and accepted*

Digitized by Google

nue, be and the same is hereby accepted and ordered to be marked on the Borough plot.

2. Park alley be and is hereby continued from Third avenue south to Fifth avenue, the centre line of said alley to be 190 feet east of the centre line of Main street, said alley to be twenty feet wide, or ten feet on each side of above described centre line. <sub>Ord. 5 Aug., 1895</sub> <sub>Continued</sub>

3. The owners of lots or lands bounding on and opposite the sidewalks along * * * both sides of Park alley from Washington avenue to Second avenue * * * are hereby required to put up curbstones at the edge of the sidewalks and to pave and gutter the said sidewalks under the direction of the Borough Surveyor and the Street Committee. * * * <sub>Ord. 3 Aug., 1886</sub> <sub>Curb, pave and gutter</sub>

[If neglected after thirty days' notice Street Committee to have work done and file lien therefor. See Quick street § 4.]

## PARKS.

1. The following rules and regulations shall be adopted for the government and protection of Reeves Park, in the Borough of Phoenixville: <sub>Ord. 2 July, 1878</sub>

### SECTION I, PENAL.

1. No person shall enter or leave the park except by such gates or avenues as may be for such purposes arranged. <sub>Rules of Reeves' Park</sub>

2. No person shall indulge in any threatening, abusive, insulting or indecent language in the park.

3. No person shall engage in gaming or commit any obscene or indecent act in the park.

4. No person shall carry fire-arms or shoot birds or throw stones or other missiles therein.

5. No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, turf or any of the buildings, seats, fences, lamps or statuary in the park.

6. No person shall turn cattle, goats, swine, horses, dogs or other animals loose into the park.

7. No person shall injure, deface or destroy any notices, rules or regulations posted, or in any other manner permanently fixed for the government of the park.

8. No person shall engage in any play at baseball,



cricket, shinny, football or any other games with ball and bat, except croquet, within the limits of the park.

Any person who shall violate any of said rules and regulations shall be guilty of a misdemeanor, and for each and every such offence shall pay the sum of five dollars, to be recovered before the Burgess or either of the Justices of the Peace of the Borough of Phoenixville, which fines shall be paid into the Borough treasury for park purposes.

### SECTION 2, LICENSES.

1. No person shall expose any article for sale within the park without permission from the Town Council or its representative.

2. No person or persons shall have any musical, theatrical or other entertainments therein, nor shall any military or other parade or procession take place in the park without permission from the Town Council or its representative.

3. No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the park without permission from Council or its legal representative.

### SECTION 3, PROHIBITIONS.

1. No gathering or meeting for political purposes, nor spirituous or malt liquors shall be allowed within the park under any circumstances.

N. B.—And we do hereby earnestly appeal to all peaceable, law-abiding citizens, entreating that in the exercise of their proprietary rights they will diligently co-operate in the enforcement of all lawful measures for the care and preservation of all things pertaining to Reeves Park. It is *your own property;* won't you take care of it?

## PARTY WALLS.

(See CHARTER § 7, VII.; BUILDINGS § 1 TO 4.)

## PAVEMENTS.

(See CHARTER § 7; BUILDINGS § 4, 5; FINES AND PENALTIES § 5, 6, 7, 19, 20.)

Act 20 April, 1905

1. All Boroughs are hereby authorized and empowered to direct and require the grading, paving, repaving and repairing of all sidewalks on the streets of the Borough,

Digitized by Google

# A DIGEST

OF THE

# LAWS, ORDINANCES, etc.

AND

# CONTRACTS

OF THE

# CITY OF MEMPHIS, Tenn.

CONTAINING ALL LAWS, ORDINANCES AND
CONTRACTS PASSED AND ENTERED INTO
UP TO AND INCLUDING JUNE 30TH, 1909.

---

COMPILED BY

### H. DOUGLASS HUGHEY

Pursuant to the following resolution adopted by the Board of Fire
and Police Commissioners of the City of Memphis, July 31, 1907.

---

"WHEREAS, It is provided in the City Charter that a Digest of
the local laws shall be prepared at least once in five years, and
oftener if deemed necessary by the Board of Fire and Police Com-
missioners; and,

"WHEREAS, The last Digest was issued in 1902, and a new Digest
is now needed; therefore,

"*Resolved*, That the City Attorney be directed to prepare a new
City Digest modeled on the plan of Walker's Digest of 1898, the
work to be done as soon as practicable.

"In preparing the Digest, the Attorney is directed not to in-
corporate therein the city contracts now embraced in Watkins'
Digest of 1902, beginning at page 533 of said Digest; but city
contracts of general and lasting character, and especially those
modifying or changing the above contracts now appearing in
Watkins' Digest, will be incorporated in the new Digest.

"The matter under the head of 'Decisions of State and Federal
Courts Relating to the City of Memphis,' commencing at page
105 of Watkins' Digest, and ending with page 160, will also be
omitted.

"A careful index of the contents of the Digest will also be pre-
pared."—(Minute Book "B," Fire and Police Commission, p. 132.)



**Add. 343**

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 355 of 439

CC
Memphis
3
1909

PRESS OF

S. C. TOOF & COMPANY

MEMPHIS, TENNESSEE

1909

Add. 344

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 356 of 439

PARK COMMISSION—PARKWAYS

Sec. 1127. The Board of Fire and Police Commissioners, and any park commission hereafter established, shall, as soon as practicable, commence the improvements of said tract of land, and take such steps as are practicable to render said land suitable for a public park.

*Improvement.*

## ARTICLE 67.

### PARKWAYS.

Sec. 1128. That the Park Commission be and is hereby authorized to obtain, establish and construct a system of parkways or boulevards in and around the City of Memphis, and said Commission to have full and complete control over said parkways and boulevards.

*Park Commission to establish parkways.*

Sec. 1129. Said Commission shall have the power to purchase, by private negotiation, or acquire by condemnation, the necessary lands and property for the establishment and construction of said parkways and boulevards, and is hereby authorized to institute and prosecute, in the name of the city, such condemnation suits as may be necessary.

*Condemnation of right-of-way.*

Sec. 1130. Said Park Commission shall have the same authority and control of said parkways and boulevards as has heretofore been given them over the several parks of the city.[1]

*Control of parkways.*

## ARTICLE 68.

### (Passed March 4, 1909.)

AN ORDINANCE To regulate and control the use of parks and parkways in the City of Memphis and to declare certain acts therein to be misdemeanors.

Sec. 1131. *Be it ordained by the Legislative Council of the City of Memphis*, That it shall be a misdemeanor for any person or persons to commit the following acts, to-wit:

---

1 Sections 1128 to 1130, inclusive, passed November 5, 1903.

**Add. 345**

USCA4 Appeal: 23-1719      Doc: 41      Filed: 09/19/2023      Pg: 357 of 439

RULES FOR PARKS AND PARKWAYS.

**To injure trees, plants, etc.**

1.  To cut, break or in any way injure or deface any tree, plants or grass; pick any flowers, leaves, nuts, wild or cultivated, or carry flowers through the parks.

**Paper and refuse.**

2.  To throw or leave any paper, refuse or rubbish on any of the lawns or walks.

**Peddling in parks.**

3.  To expose any article for sale or exhibition, unless previously licensed by the department of parks therefor.

**Post bills, erect platforms, etc.**

4.  To post any bill, placard, notice or other paper upon any structure.  To erect any structure, stand or platform, or hold any meetings without previous permission therefor from the Commissioners.

**Insulting language, etc.**

5.  To use threatening, abusive or insulting language, or commit any obscene or indecent act thereon, or any act tending to a breach of the public peace.

**Vehicle for hire, etc.**

6.  To stand any coach, carriage, wagon, cart or other vehicle for hire without previous license, and then only at such place as shall be indicated and allowed by the Commissioners.

**Stock in parks.**

7.  To allow to go at large any horse or other animal, except that dogs may be allowed therein when led by a chain or proper dog-string not exceding six feet in length.

**Pond or lakes.**

8.  To bathe or fish in any of the waters or fountains, or cast any substance therein, or disturb or interfere in any way with the fish, birds or animals within such public parks, parkways, squares or places.

**Miscellaneous.**

9.  To throw stones or other missiles, or beg or publicly solicit subscriptions or contributions, or tell fortunes, or play games of chance, or make any harangue, or climb upon any wall, fence, shelter, seat, statue or other erection.

Add. 346

USCA4 Appeal: 23-1719   Doc: 41   Filed: 09/19/2023   Pg: 358 of 439

RULES FOR PARKS AND PARKWAYS.

10.  To drive any automobile, horseless or other vehicle upon *Speed limit.* or over the drives at a greater rate of speed than eight miles an hour.

11.  To stop any automobile or other vehicle near any of the *Automobiles.* music stands or other places, in or about any of the parks, parkways, plazas, concourses, circles or squares, where any number of persons are accustomed to congregate, or where such vehicles would be a source of danger to life and limb, except at such places as are designated by the Commissioners.

12.  To carry garbage, ashes, manure, coal, stone and other *Garbage carts.* material over any of the parkways or through such parks, circles, squares or concourses, except when such is to be removed from or delivered to residences fronting on any of the above parkways, etc., the vehicle collecting or delivering such material must leave the parkway as soon as such work is accomplished.

13.  To fire or carry any firearms, firecrackers, torpedo or *Fire arms, etc. Public gatherings.* fireworks, or make a fire, or make any oration, or conduct any religious or other meeting or ceremony within any of the parks, parkways, squares or places without special permission from the Commissioners.

14.  To enter or leave the parks except at the established *Entrances to parks, etc.* entranceways; or enter or remain therein after 12 o'clock at night, except as, on special occasions, use thereof may be authorized beyond the regular hours.

15.  To use the drives except by persons in pleasure vehicles, *Drives— rate of speed.* on bicycles or on horseback; the bridle paths only by persons on horseback.  Animals to be used on either shall be well broken, and constantly held in such control that they may be easily and quickly turned or stopped; they shall not be allowed to move at a rate of speed on the drives or bridle paths of more than eight miles an hour; and when it shall be deemed necessary to

**Add. 347**

USCA4 Appeal: 23-1719   Doc: 41   Filed: 09/19/2023   Pg: 359 of 439

safety, good order, or the general convenience that the speed of an animal or vehicle should be checked, or that it should be stopped, or its course altered, and the officer on duty shall so direct, by gesture or otherwise, such direction shall be obeyed; and no horse or other beast of burden or automobile shall be driven or suffered to stand anywhere except on the drive.

**Rules—use of parks and parkways.**

Sec. 1132.  The following rules shall obtain in the use of the parks and parkways in the City of Memphis, or belonging to the City of Memphis, by persons on horseback or in vehicles:

**Vehicles to carry lamp.**

1.  All vehicles must carry a lighted lamp, showing a white light ahead, from thirty minutes after sunset until thirty minutes before sunrise.

**Vehicle passing others.**

2.  All vehicles and horsemen when passing another vehicle or horseman going in the same direction, must keep to the left and leave the vehicle or horseman they are passing on the right hand.

**Going slow.**

3.  All vehicles or horsemen going at a walk or slow trot must keep near the curbstone or gutter on the right-hand side of the road; those going more rapidly must keep nearer the middle of the road.

**Stopping**

4.  No vehicle shall stop for any purpose without drawing up to the curbstone or gutter, and always on the right-hand side of the road.

**Side of drives.**

5.  On all drives and parkways where grass plots divide the drive, all vehicles and horsemen must keep on the right-hand side drive or bridle path.

**Cyclists.**

6.  Cyclists must not coast in the parks, nor on the parkways, or bicycle paths, and must keep their feet on the pedals and their hands on the handle bars; must not mount nor dismount, except on the extreme right of the roads or bicycle paths.

**Add. 348**

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 360 of 439

RULES FOR PARKS AND PARKWAYS.

7.  Riding more than two abreast is prohibted.

8.  Instruction in operating automobiles, bicycles, tricycles, Automobiles, etc.
velocipedes or other such vehicles of propulsion, and all trick
or fancy riding on the same, is prohibited in the parks and park-
ways at all times.

Sec. 1133.  It shall be unlawful for any person, persons, firm Telephone poles, etc.
or corporation to erect or have erected any telephone, telegraph,
electric or other poles and wires in any of the parks or park-
ways in the City of Memphis, except with a written permit from
the Park Commission, given at a regular meeting, which permit
shall only be given to continue during the will and pleasure of
the said Park Commission, or its successors.

Sec. 1134.  That any person, persons, firm or corporation
erecting or causing to be erected any poles or wires contrary to
the provisions of Section 1133 of this ordinance, shall be guilty of
a misdemeanor, and, upon conviction, shall be fined not less than
$1 nor more than $50.

Sec. 1135.  The following rules shall obtain in the use of the Speedway— use of restricted.
Speedway between Evergreen and Trezevant avenues:

1.  The use of the Speedway is restricted to light vehicles of
the classes known as buggies, runabouts, surreys and other like
vehicles adapted to the speeding of light harness horses, seating
not more than four persons and drawn by one or two horses,
except by permission of the Commissioners.

2.  Speeding on Sundays and holidays, and after 3 o'clock p.m. Speeding.
on other days, will be permitted in one direction—from west to
east only.  Turning is forbidden except at the ends of the
Speedway.

3.  When not speeding, drivers must keep closely to the right-
hand side of the road and keep moving. **Add. 349**

SUBDIVISIONS.

Loud shouting.    4.  Loud shouting to make horses break or to urge them on is strictly forbidden.

Hobbles forbidden.    5.  The use of hobbles, or similar other device or apparatus, to fetter or connect the legs of horses, for the purpose of restricting or hampering their motion or gait, is forbidden.

Sec. 1136.  *Be it further ordained,* That any person or persons failing or refusing to observe the rules and regulations set out in Sections 1131 to 1136, inclusive, of this ordinance shall be guilty of a misdemeanor and upon conviction shall be fined not less than $1 nor more than $50.[1]

## ARTICLE 69.

### SUBDIVISION ORDINANCE.

Submit plan of subdivisions to Council.    Sec. 1137.  Hereafter when the owner of any land situated within the limits of the city shall determine to subdivide the same into lots and dedicate streets and alleys to the public use, it shall be the duty of such owner to submit a full and complete plan and map of such subdivision to the Legislative Council for its approval.    If the Legislative Council shall approve such plan, the same shall be put of record and the Council may by resolution accept the dedication of such streets and alleys, and establish the same as public highways.    If the Council disapproves the plan of such subdivision, the owner shall be notified thereof, and he shall be advised of the changes which the Council directs to be made.    If the owner refuses to make such changes and records in the plat as prepared by him, the Council may by ordinance or resolution close up the streets and alleys as laid out by such owner; and if it is desirable to open streets and alleys through such land, the Council may order the City Attorney to institute condemnation proceedings for the opening of streets and alleys in accordance with the plan chosen by the Council.

---

1 Sections 1131 to 1136, inclusive, passed March 4, 1909.

**Add. 350**

# GENERAL

# Municipal Ordinances

—OF THE—

## City of Oakland, Cal.

IN EFFECT NOVEMBER 1st, 1909

COMPILED AND ANNOTATED
BY AUTHORITY OF THE CITY COUNCIL.

**Add. 351**

Digitized by Google

Original from
HARVARD UNIVERSITY

Generated on 2022-12-29 16:58 GMT / https://hdl.handle.net/2027/hvd.32044020036240
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

USCA4 Appeal: 23-1719      Doc: 41      Filed: 09/19/2023      Pg: 363

SEC. 4. No military or other parade or procession or funeral shall take place, or pass through the limits of the parks under the control of the Park Commission, without the order or permission of the Park Commissioners.

SEC. 5. No person shall engage in any play, at baseball, cricket, shinney, football, croquet, or at any other game, with ball and bat, within the limits of the parks under the control of this Commission, except on such grounds only as shall be specially designated for such purpose.

SEC. 6. No person shall be permitted to use the shores of Lake Merritt as a landing place for boats, or keep thereat boats for hire, or floating boathouses with pleasure boats for hire, except by special order or permission of the Park Commissioners, and only at places designated by and under restrictions determined upon by said Commissioners.

SEC. 7. No regatta or boat race by clubs shall take place upon Lake Merritt without special permission granted by the Park Commission.

SEC. 8. No person shall turn loose into the parks controlled by this Commission any cattle, goats, swine, horses, or other animals.

SEC. 9. No person shall carry firearms, or shoot birds or throw stones or other missles within the boundaries of the parks controlled by the Park Commission.

SEC. 10. No person shall cut, break, or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, structures, or statuary or foul any fountains or springs within the parks controlled by the Park Commission.

SEC. 11. No person shall drive or ride within the boundaries of the parks controlled by the Park Commission at a rate exceeding seven miles an hour.

SEC. 12. No person shall ride or drive within the limits of the parks controlled by the Park Commission upon any other than the avenues and roads therefor.

SEC. 13. No coach or vehicle used for hire shall stand upon any part of the parks controlled by the Park Commission for the purpose of hire, nor except in waiting for persons taken by it into the parks, unless in either case at points designated by the Park Commission.

SEC. 14. No wagon or vehicle of burden or traffic shall pass through the parks, except upon such road or avenue as shall be designated by the Park Commissioners for burden transportations.

SEC. 15. No person shall expose or display any article for sale within the parks without the order or permission of the Park Commission.

Generated on 2022-12-29 17:02 GMT / https://hdl.handle.net/2027/hvd.32044020036240
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google          Original from
HARVARD UNIVERSITY

STONE & WEBSTER.
*3111.031
1910
61
c7

# Constitution, Charter
# and Revision of the Ordinances and
# Municipal Laws

OF THE

# CITY OF PADUCAH

## KENTUCKY

## Under the Charter Act of March 19, 1894

AND AMENDMENTS THERETO

BY E. H. PURYEAR
JUNE, 1910

By Order of the General Council



BILLINGS PRINTING CO.
PADUCAH, KY.

**Add. 353**

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/18/2023    Pg: 365 of 439

APR **3** 1931

Stone & Webster

**Add. 354**

USCA11 Appeal: 23-1719   Doc: 41   Filed: 08/19/2023   Pg: 366 of 439

known as Riverside Hospital of the City of Paducah, and said board is empowered to adopt such rules and regulations in the management of said hospital as may be deemed proper by said board, and it shall have the power to employ and discharge at will all of the employees of the said Riverside Hospital and fix the salaries thereof.

Sec. 3. The Mayor, the President of the Board of Aldermen and the President of the Board of Councilmen shall be ex-officio members of said Hospital Board, together with two practicing physicians of the City of Paducah, who shall be elected in the month of June, 1908, by the General Council of the City of Paducah, in joint session, and said two physicians shall hold their offices respectively until the month of December, 1909, and thereafter such two members of said Hospital Board shall be selected by vote in joint session of the General Council, and shall hold their offices respectively for the term of one year thereafter or until their successors are elected and duly qualified, and the election of said two members of the Hospital Board shall be held annually thereafter in the month of December.

Sec. 4. No compensation shall be paid to any of the members of said Hospital Board by the City of Paducah.

Sec. 5. This ordinance shall take effect and be in force from and after its passage, approval and publication.

Approved June 8, 1908.

## PARKS, BOULEVARDS AND PARKWAYS.

An ordinance providing for the regulations and orderly government of parks, boulevards, parkways, park roads, streets, avenues and other public grounds under the control and management of the Board of Park Commissioners.

Be it ordained by the General Council of the City of Paducah, Kentucky:

Section 1. No omnibus, wagon, cart, dray, truck or other vehicle for carrying goods, merchandise, manure or any other article, except such as are engaged in repairing or constructing said parks, boulevards, streets, avenues, or driveways shall be allowed to enter upon any boulevard, parkway, street, avenue or park road under the control and management of the Board of Park Commissioners of Paducah, Kentucky; provided, however, that wagons or other vehicles carrying goods, merchandise or other articles to or from any house or premises abutting upon any of such boulevards or parkways shall be permitted to enter thereon at the cross street nearest to said house or premises in the direction in which the same are moving, and deliver or receive such goods, merchandise or other articles, but shall not proceed thereon further than the nearest cross street thereafter; and said boulevard, parkways,

USCA4 Appeal: 23-1719   Doc: 41   Filed: 09/19/2023   Pg: 367 of 439

avenues, streets or park roads shall not be used by business vehicles for traffic purposes, except as hereinbefore provided.

Sec. 2. All carriages, cabs and other vehicles usually carrying lamps must keep the same lighted from sunset until sunrise; and all automobiles and other motor vehicles must display a white light ahead and red light behind from sunset until sunrise.

Sec. 3. All motor cycles and bicycles must carry a lighted lamp, showing a white light ahead and red lights to the sides from sunset until sunrise, and said motor cycles and bicycles must strictly comply with the rules of the road as provided for all other vehicles, and must not congregate nor run more than two abreast of each other.

Sec. 4. All vehicles and horsemen, when passing another vehicle or horseman going in the same direction, must keep to the left and leave the vehicle or horseman they are passing on the right; and when passing each other from opposite directions each must keep well to the right.

Sec. 5. All vehicles or horsemen going at a walk or slow trot must keep near the curbstone or gutter on the right-hand side of the road in the direction in which they are going; those going more rapidly must keep nearer the middle of the road.

Sec. 6. Red street lights located in the center of driveways at intersections and turns indicate this rule of the road: "Slow down and keep to the right;" and this rule of the road must be complied with on all intersections and turns of the boulevards and parkways, whether lights are so located or not.

Sec. 7. No vehicle shall stop for any purpose without first drawing up to the curbstone or gutter, and always on the right-hand side of the road in the direction in which they are going.

Sec. 8. Automobiles or any other vehicles must not exceed a speed limit of fifteen (15) miles per hour on any of the boulevards, avenues, streets or parkways and must not exceed a speed limit of fifteen (15) miles per hour on any of the park roads within any park.

Sec. 9. No person shall be permitted to move any house along or upon any boulevard or parkway without first obtaining a special permit from the Board of Park Commissioners, and then only within such stated time as may be established by said board, and such permit shall contain the necessary conditions guarding against damage to property under the control of said Board of Park Commissioners, as provided in section 10 of this ordinance.

Sec. 10. Every person obtaining a permit for the use of a portion of any boulevard, parkway, avenue, street, park road or sidewalk space, shall be required to deposit with the Secretary of the Board of Park Commissioners a sum in cash or its equivalent, estimated by the Board of Park Commissioners to be sufficient to pay for the cost of any damage to said boulevard, parkway, avenue,

**Add. 356**

USCA4 Appeal: 23-1719   Doc: 41   Filed: 09/19/2023   Pg: 368 of 439

street, park road or sidewalk space, caused by any work being done under the authority of said permit; and if repairs and restoration are made under the supervision and to the satisfaction of the Board of Park Commissioners at the expiration of such permit, and no damages have occurred to said boulevard, parkway, avenue, street, park, road or sidewalk space, except such as have been so repaired, then the deposit will be returned in full; but upon failure of the person obtaining such a permit to repair and restore conditions as above provided, within five (5) days of the expiration of such permit, the Board of Park Commissioners may proceed to make such repairs and deduct the cost of same from such deposit; the balance, if any, to be returned to the person obtaining said permit.

Sec. 11. No horse nor mule, nor any animal attached to a vehicle shall be permitted to stand upon any portion of any boulevard, parkway, avenue or park road of said city, unless the driver thereof is in charge of and accompanies the same; or unless such animal be securely hitched to a hitching post, erected with the approval of the Board of Park Commissioners; nor shall any vehicle, horse, mule or animal be permitted to stand upon any boulevard, parkway, avenue, street or park road to the obstruction of the same, or to the inconvenience of travel.

Sec. 12. No person shall engage in any racing, speeding or fast driving on any boulevard, parkway, avenue, street, or park road of said city, except on such part or portion of any boulevard, parkway, avenue, street or park road as may be set apart by the Board of Park Commissioners for that purpose, and then only under such regulations as the Board of Park Commissioners may prescribe.

Sec. 13. No velocipede, bicycle, tricycle, wheel-barrow, hand-cart nor other vehicle, nor any horse, mule, cattle, chickens, ducks, geese nor swine shall be placed by the owner or any other person in charge or control thereof, or be permitted by the same upon the sidewalks, curbstones, grass plots or planting places of any park, boulevard, parkway, avenue, street or park road, nor to cross the same. Nor shall any such vehicle, fowl or animal be taken upon any part thereof, except upon the carriage drives and crossings provided therefor. Nor shall any horses, mules, cattle, sheep, fowls or swine be driven loose, singly or in herds, on any boulevard, parkway, avenue, street or park road of said city. Nor shall any dog be taken or permitted in or upon any park, except the same be led and secured at all times by cord or chain of not greater length than ten (10) feet. Roller skating on the sidewalks of any boulevard, street or parkway is prohibited.

Sec. 14. No person shall hitch any horse or other animal to any lamp post, tree or fire hydrant on any boulevard or parkway, or ride or drive over the curbstone, sidewalks or grass plots thereon, nor shall any person permit any horse, mule or other animal to stand so near to any tree on any boulevard or parkway or in

USCA4 Appeal: 23-1719 Doc: 41 Filed: 09/19/2023 Pg: 369 of 439

any park, that such animal can damage the same by biting or otherwise.

Sec. 15. No owner, occupant or agent of any land abutting upon any boulevard, avenue, street or parkway of said city shall allow the earth or any rubbish from said land to fall or wash upon any part of said boulevard, avenue, street or parkway. Nor shall any person throw any dirt or cause to be thrown any dirt or rubbish of any kind upon any such park, boulevard, parkway, avenue, street or park road.

Sec. 16. No person shall place or deposit or allow to be placed or deposited on any boulevard, avenue, street, parkway or park road of said city, any building material whatsoever or any other articles or things which shall obstruct or hinder the travel thereon, without a written permit from the Board of Park Commissioners, which said permit shall state how great a space will be allotted on which the same may be placed or deposited, the amount of cash deposit or its equivalent, as provided in section 10 of this ordinance, and the length of time during which said permit shall be in force; but no obstruction nor deposit of any kind shall be placed upon the sidewalk of any boulevard or parkway.

Sec. 17. Every person having the use of any portion of any buílevard, parkway, avenue, street or park road of said city, for the purpose of erecting or repairing any building or for any other purpose, shall cause two (2) red lights to be placed in a conspicuous place, one at each end of such obstruction, from dusk until sunrise in the morning of each day, during the time such obstruction shall remain, and shall also construct and maintain proper safeguards and a good and safe plank sidewalk around such obstruction, which sidewalk shall be at least two (2) feet wide.

Sec. 18. No person shall play any game whatsover in or upon any of the parks, boulevards, avenues, streets, parkways or park roads under the control of the Board of Park Commissioners; provided, however, that ball, cricket, lawn tennis and other games of recreation may be played upon such portions of said parks as may be designated from time to time by the Board of Park Commissioners, and under such rules and regulations as may be prescribed by said board. The grass plots or lawns of public parks and parkways shall not be used by any person as thoroughfares in crossing from one roadway, walk or street to another roadway, walk or street. But this section shall not be construed to interfere with the use of public parks or parkways as pleasure grounds by the people for the purpose of recreation under such reasonable rules and regulations as may be prescribed by the Board of Park Commissioners.

Sec. 19. No person shall engage in any sport upon any boulevard, avenue, street, parkway, park road or driveway under the control or supervision of the Board of Park Commissioners, which

**Add. 358**

USCA4 Appeal 23-1719   Doc 41   Filed 09/19/2023   Pg 370 of 439

will be likely to frighten horses, injure passengers, or embarrass the passage of vehicles thereon.

Sec. 20. No person shall fire or discharge any gun or pistol, or carry fire-arms, or throw stone or other missles, or fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of an explosive character, within any park, boulevard, avenue, street, parkway or driveway of this city under the control or supervision of the Board of Park Commissioners, except upon a permit first duly obtained or authority previously granted by said board, and subject to such rules and regulations as said board may establish.

Sec. 21. No person shall expose any article or thing for sale, or do any hawking or peddling or distributing hand bills or erect any sign board or posts, or affix any notice or bill or other writing or printing on any tree, lamp post, hydrant, curbstone, sidewalk, coping, flag, stone fence, wall, building or other place in any park, boulevard, avenue, street, parkway, park road, driveway or other public grounds under the control or supervision of the Board of Park Commissioners of said city. Nor shall any person drive any animal or vehicle displaying an advertising placard of any kind; nor shall any person display any placard or advertisement of any kind upon or along any boulevard, avenue, street, parkway, park road or in any park or other public grounds under the control and management of the Board of Park Commissioners of said city.

Sec. 22. No person shall cut, break or in any way injure or deface any of the trees, shrubs, plants, turf, grass, lamp posts, fences, bridges, buildings or other constructions of property in or upon any park, boulevard, avenue, streets, parkways, park roads or other public grounds of said city under the control or supervision of the Board of Park Commissioners.

Sec. 23. All persons riding bicycles, tricycles or velocipedes in parks or upon parkways, boulevards or park roads shall be required to keep upon the paths specially provided for the same or upon the roadway, and in no case shall be permitted to rids upon the sidewalks, foot-paths or upon the park or grass.

Sec. 24. No vehicles other than those used for pleasure driving or other than such carts or other vehicles as may be employed by the Board of Park Commissioners in the construction of or caring for said parks, shall be permitted to enter said parks.

Sec. 25. No person shall be guilty of disorderly, unchaste, or lewd conduct or of habitual loafing or sleeping on the ground or benches, or make, aid or assist in making any disorderly noise, or riot or breach of the peace, within the limits of any park, boulevard, avenue, street, parkway or other public grounds of the city.

Sec. 26. All sidewalks hereafter constructed on boulevards, avenues, streets, and parkways under the control of the Board of Park Commissioners, shall be of artificial stone or other durable

**Add. 359**

USCA4 Appeal: 23-1719   Doc: 41   Filed: 09/19/2023   Pg: 371 of 439

material, selected by the Board of Park Commissioners, and shall be of such width as the Board of Park Commissioners may establish in each case, and they shall be uniform in character and appearance throughout each boulevard and parkway and they shall be otheriwse constructed and laid strictly in accordance with the plans and specifications, and under the supervision of the Board of Park Commissioners.

Sec. 27. All that part or portion of driveways connecting private property with the roadway, and lying between the lot line and the roadway on all boulevards and parkways, and other avenues under the control of the Board of Park Commi sioners, shall be constructed by the Board of Park Commissioners, or under its supervision, at the expense of the property owner and of such width as the Board of Park Commissioners may determine in each case; provided, however, that the maximum width required by said Board shall not exceed nine (9) feet; provided, further, that at the request of the property owner a special permit may be granted by said Board of Park Commi sioners for a greater width, and such driveways shall be constructed in accordance with the plans and specifications furnished by and under the provision of the Board of Park Commissioners, and their location shall be with the consent of said Board of Park Commissioners.

Sec. 28. On all boulevards, avenues, streets, and parkways under the control of the Board of Park Commissioners, there shall be constructed at the expense of the property owner, foot-ways, connecting private property with the public walk, and also with the curb line where necessary. There shall be not more than one foot-way for each residence, except by special permit of the Board of Park Commissioners. Such foot-ways shall be located at such points as the Board of Park Commissioners may direct or designate. The width of such foot-ways shall in all cases be established by the Board of Park Commissioners, and be constructed of the same materials and in accordance with the plans and specifications governing the construction of public walks with which said foot-ways connect. The rise of all such foot-ways from top of curb to the property line shall be at the rate of one-fourth (1-4) of an inch to each foot; provided, however, that this rate of slope may be increased or diminished by permission of the Board of Park Commissioners when in their judgment such change will not be detrimental but will improve the appearance of said boulevard, avenue, or parkway.

Sec. 29. No person shall be permitted to build or place any fence or other barrier around any grass plots or planting spaces on any boulevard or parkway.

Sec. 30. Any person who shall violate any of the foregoing provisions, rules, and reulations shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine of not less than five dollars ($5.00) nor more than one hundred dol-

lars ($100.00) for each and every offense, and in addition to the members of the regular police force of Paducah, who may be specially detailed by the Board of Police and Fire Commissioners for the enforcement of the foregoing rules and regulations, and for service under the direction of the Board of Park Commissioners, said Board of Park Commissioners may employ and appoint additional persons to act as special guards and watchmen in parks, boulevards and parkways, as it may find it expedient and deem necessary for the protection of the same, and for the enforcement of the rules and regulations of said Board and the ordinances of the city relating to the regulation and orderly government of parks and public grounds under the control and management of the Board of Park Commissioners, and said special guards and watchmen shall be paid out of the general funds appropriated by the General Council for the general expenses of the Board of Park Commissioners and for other park purposes; but the number of such special guards and watchmen so appointed, shall not exceed fifteen (15) per cent of the regular police force of said city without the consent or approval of the General Council of said city.

Sec. 31. The General Council finds and declares that the action of the General Council herein has been recommended by the Board of Park Commissioners of Paducah, Kentucky, as provided by law, and that said Board has adopted said rules and regulations, and has recommended to the General Council the establishment and enforcement of the same by ordinance as herein provided.

Sec. 32 This ordinance shall only apply to such Parks, Boulevards, Parkways, Roads, Streets, Avenues, and other ground, property, or ways as are in law under the control and supervision of the Board of Park Commissioners of the City of Paducah, Kentucky.

Sec. 33. All ordinances, or parts of ordinances in conflict with this ordinance in so much as they conflict herewith are hereby repealed, and this ordinance shall take effect from its passage, approval and publication.

Approved September 2, 1909.

## STEAM FERRY FRANCHISE.

An ordinance creating and providing for the sale of a franchise or privilege to establish, maintain and operate a steam ferry between the City of Paducah and the State of Illinois.

Be it ordained by the General Council of the City of Paducah, Kentucky:

Section 1. That there is hereby established and created a Ferry Franchise for a period of twenty years, granting the privilege or right to construct, establish, maintain and operate a steam or other motor power as good as steam Ferry between the City of Paducah, Kentucky, and the town of Brookport, Illinois, and Owens' Landing,

Staunton, Va. Charters

# THE CODE

OF THE

# CITY OF STAUNTON, VIRGINIA

CONTAINING

## THE CHARTER AND GENERAL LAWS

## AND ORDINANCES

1910
SHULTZ PRINTING CO.
Staunton, Va.

M Sml

Staunton, Va.
Ordinance

**Add. 362**

Generated on 2022-12-29 17:06 GMT / https://hdl.handle.net/2027/nyp.33433015092210
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 374

## CHAPTER II.

OF THE PUBLIC PARKS AND THE GOVERNMENT THEREOF.

**Sec. 134.    Park Policeman.**

There shall be selected by the council a park policeman whose duty it shall be to have carried out the rules and regulations for the government of the park.

**Sec. 135.    Acts prohibited in Park.**

All persons are forbidden to enter or leave the park except by the gateways; to climb or walk upon any of the walls or fence, to turn cattle, horses, goats or swine into the park; to carry firearms, or to throw stones or other missiles within it; to cut, break, or in any way injure or deface the trees, benches, shrubs, plants, turf, or any of the buildings, fences, bridges, or other constructions upon the park; or to converse with, or in any way hinder those engaged in its construction.

**Sec. 136.    Fast driving, etc., prohibited.**

No animal or wheeled vehicle shall travel on any part of the park, except upon the driveway, nor at a rate exceeding seven miles per hour.    Persons on horseback shall not travel at a rate exceeding seven miles per hour.

**Sec. 137.    "Standing" or "hitching" places.**

No animal or vehicle shall be permitted to stand upon any driveway or carriage road of the park, or any part thereof, and no animal or vehicle shall be permitted to be hitched or allowed to stand at any place within the park enclosure, except such places as may be provided and designated as "standing" or "hitching" places.    Nor shall any person upon the park solicit or invite passengers.

**Sec. 138.    Vehicles for hire in park.**

No hackney coach, carriage or other vehicle for hire, shall stand upon any part of the park for the purpose of taking in any

Generated on 2022-12-29 17:05 GMT / https://hdl.handle.net/2027/nyp.33433015092210
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 375 of 439

Compliments of the City of Colorado Springs
to Harvard University.
----o----

# THE CODE

## OF COLORADO SPRINGS
### 1922

Comprising Article XX of the Constitution
of the State of Colorado

The Charter as Amended, and the General Ordinances of the City, Excepting Ordinances Fixing Salaries, Concerning the Dedication and Vacation of Streets and Alleys, Concerning the Annexation of Colorado City, and Ordinances Granting Franchises

*Revised and Prepared for Publication by*
F. L. SHERWIN, W. B. PRICE *and* J. L. BENNETT

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL
COLORADO SPRINGS, COLO.

**Add. 364**

OUT WEST PRTG. & STATY. CO., COLO. SPRINGS.



## § 1068.   Park Rules and Regulations.   Whereas,

By resolution of the park commission of the city of Colorado Springs, adopted on the 6th day of June, A. D. 1911, certain rules, regulations and orders were adopted, which rules, regulations and orders are as follows, to-wit:

PROHIBITED ACTS.   All persons are forbidden to enter or leave the parks except by the walks, paths or drives; to lead or allow to be loose any animal upon park premises (except that dogs may be led or carried, but not allowed loose); to throw stones or other missiles by hand or otherwise, to carry or discharge firearms, or to set off any fireworks or similar things in the parks; to cut, mark, break or climb upon, or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges, signs, placards or notices, or any structures or property within or upon park premises; to bring upon park premises any tree, shrub or plant, any newly plucked branch or portion of a tree, shrub or plant; to race with horses, automobiles, motorcycles or bicycles; or to ride or drive faster than twelve miles an hour within Palmer park or faster than twenty-three miles an hour on any of the other park drives, roads or boulevards; to drive any animal or vehicles anywhere in the parks, except in the drives, or to allow them to stand unattended, except at the hitching places especially provided for such purposes; to obstruct the drives or paths; to stand or keep in or upon any park premises, without special permission in writing from the park commission, any horse, burro or other animal, or any hack, carriage, automobile or other vehicle, for the purpose of hire or solicitation of patronage; to solicit patronage for any vehicle for hire upon any park premises without special permission in writing from the park commission; to drive or take any job or freight wagon in or upon any of the park premises, except those in park employ, private wagons conveying families, or upon special written permission from the park commission; to trail vehicles, to use threatening, abusive, insulting, indecent, obscene or profane language, or to be guilty of drunkenness, fighting or quarreling, or indecency in or upon any of the

450

·

**Add. 365**

USCA4 Appeal: 23-1718   Doc: #1   Filed: 09/19/2023   Pg: 377 of 439

parks; to lie, lounge or sleep on the benches or to lie in indecent positions on the benches or the ground; to tell fortunes or to play games of chance, to offer any article or thing for sale, except by written permission of the park commission; to distribute or expose any kind of circulars or advertisements, or post, stencil or otherwise affix any notice or bills or other paper upon any structure, fence, tree or thing in or about the park premises, park drives, roads or boulevards; to bathe or fish in or to send any animal into or throw or place any article or thing in any of the waters of the parks; to fish for or to disturb any of the fish in any of the ponds or streams in the parks; to shoot at, catch or disturb any water fowl or other birds belonging to, preserved in, or being in or about the parks; to touch, molest or destroy the nest or nests of any birds, or the eggs therein, within any of the parks; or to take, carry or display any flag, banner, target or transparency, or to fly any kite within or upon any park or to parade, drill or perform therein any military or other evolution or movements as a military, target company, civic or otherwise, without the written consent of the park commission; to light, make or use any fire therein at any place or places, except such as may be designated by the park commission for that purpose; to go on foot or otherwise upon the grass, lawn or turf of the parks wherever the sign "Keep Off the Grass" is shown.

No shrubs, plants or flowers shall be taken, or given away from any of the parks, without written permission from the park commission, except for the decoration of soldiers' graves, to be cut under direction of the superintendent of parks for use May 30th, of each year.

No gathering or meeting of any kind, nor public speaking, shall be permitted in the parks without the written permission of the park commission.

No intoxicating liquors, as intoxicating liquors are defined in the ordinances of the city of Colorado Springs, shall be allowed to be sold or given away, or to be brought into, used, or drunk within any of the parks of the city, or upon any of its boulevards, driveways or roads under the control of the park commission.

451

Add. 366

No person shall drop, throw or place any waste paper, straw, dirt, weeds, ashes, refuse or waste, swill or other rubbish, though not offensive to health, in or upon any park or property, boulevard, driveway or road under the control of the park commission, or any part thereof.

No person shall be permitted to build or place any tents, buildings, booths, stands or other structures in any of said parks, boulevards, driveways or roads under the control of the park commission, without first obtaining the written permission of the park commission.

Tearing Up Pavements, Sidewalks, Etc. No person shall dig, injure or tear up any pavement, sidewalk, crosswalk, grass plot or roadway, or any part thereof, or of any parking, boulevard, driveway or road, or dig down to, expose or tear up, disconnect or connect with any of the water pipes or sewers in or under any parking, boulevard, driveway or road under the control of the park commission without first having obtained the written permission of the park commission.

Moving Buildings. No person shall move any building along, across, or upon any park, boulevard, driveway or road under the control of the park commission without first having obtained the permission of the park commission.

Funerals. No funeral procession or hearse or any vehicle carrying a corpse will be allowed upon any part of the parks under the control of the park commission, without previous written consent of the park commission.

Heavy Teaming. Loads over two thousand pounds prohibited. It shall be unlawful for any person or persons to haul, or cause to be hauled, in any vehicle, in or upon any part of the parks, boulevards, driveways or roads under the control of the park commission, any coal, stone, brick, dirt, or other article or articles, weighing together with the vehicle two thousand pounds or more; provided that this prohibition shall not be applied to omnibuses, hacks or carriages.

Wagon Boxes to be Tight. It shall be unlawful for

452

Add. 367

any person to engage in driving within or upon any parks, boulevards, driveways or roads under the control of the park commission, crushed stone, sand, gravel, sawdust, ashes, cinders, lime, tan bark, shavings, waste paper, ice, mortar, earth, coal, bricks, stone, rubbish, manure or other loose material likely to sift, fall or be blown upon such parks or streets, except in tight wagon boxes, or on wagons securely covered with canvas, and filled only to water level, and in case the same fall or be scattered within or upon any parks, boulevards, driveways or roads under the control of the park commission, such person shall cause it to be forthwith removed.

WAGON BOXES OVERLOADED. It shall be unlawful for any person to cause any cart, wagon or other vehicle to be loaded and heaped up so that the contents, or any part thereof, shall be scattered within or upon any parks, boulevards, driveways or roads under the control of the park commission.

LOOSE CATTLE. Loose cattle or horses shall not be allowed to be driven in or upon, along or through, any part of the parks, boulevards, parkways, avenues, driveways or roads under the control of the park commission, without the written permission of the park commission.

AUTOMOBILES, ETC., NOT TO ENTER CANONS OR HIGH DRIVE. No automobile or motorcycle shall be permitted to enter or be driven in what is known as Monument Valley park, South or North Cheyenne canons, or upon the high drive, without the permission of the park commission.

DUTIES OF PARK POLICE. It shall be the duty of the park police appointed to duty in the parks, without warrant, forthwith to arrest any offender against any of the rules, regulations and orders of the park commission, whom they may detect in the commission of such offense, and to take the person or persons so arrested forthwith before a magistrate having competent jurisdiction.

And whereas, by section 6781 Revised Statutes of Colorado, 1908, the city council is authorized to provide for

453

the enforcement of the rules, regulations and orders of the park commission; therefore, Be It Ordained by the city council of the city of Colorado Springs:

PENALTY. (Sec. 1) Any person or persons who shall violate any or either of the provisions of the above and foregoing rules and regulations of the park commission, or any provision of any paragraph thereof, or who shall neglect or fail to comply with any or either of the requirements thereof, shall, upon conviction, pay a fine of not less than one dollar nor more than two hundred dollars for each offense, and a further penalty not exceeding fifty dollars for every twenty-four hours that such violation shall continue after notice given by any officer or agent of the park commission to remove, discontinue or abate the same. [Ord. No. 934, passed Dec. 24, 1913.]

## ARTICLE 8.

### MUNICIPAL GOLF COURSE.

Whereas, William Kennon Jewett has delivered a deed to the city of Colorado Springs conveying 225 acres, more or less, of land with buildings, golf course and other improvements thereon and the water right appurtenant thereto, as a grateful and loving memorial in perpetuity to Patty Stuart Jewett, one whose life was devoted quietly and unostentatiously to good works, such property to be used by the city for the purposes set forth in said deed, which is dated June 14, 1919, and is of record in Book 571, page 567 of the records of El Paso County, Colorado; and

Whereas, this splendid gift will contribute to the material advancement of this city and to the comfort and pleasure of the citizens thereof and the visitors thereto;

Be it ordained by the city council of the city of Colorado Springs:

§ **1069. Acceptance.** (Sec. 1) That the lands and property given to the city of Colorado Springs by William Kennon Jewett for the purposes and under the conditions as

454

USCA4 Appeal: 23-1719   Doc: 41   Filed: 09/19/2023   Pg: 381 of 439

# NEW
# CODE OF ORDINANCES ~~etc.~~

OF

## THE CITY OF NEW YORK ~~City~~

INCLUDING

## THE SANITARY CODE, THE BUILDING CODE AND PARK REGULATIONS

### ADOPTED JUNE 20, 1916

### WITH ALL AMENDMENTS TO JANUARY 1, 1926 AND COMPLETE INDEX TO WHOLE

COMPILED AND ANNOTATED

BY

## ARTHUR F. COSBY

FORMERLY ASSISTANT CORPORATION COUNSEL

YALE LAW LIBRARY.

## THE BANKS LAW PUBLISHING CO.
### NEW YORK
### 1926

**Add. 370**

USCA Appeal: 23-1718    Doc: 41    Filed: 09/19/2023    Pg: 382 of 439

CC
New York.
1926

COPYRIGHT, 1907, 1908, 1909, 1910, 1911, 1912, 1913, 1914,
1915, 1916, 1917, 1918, 1919, 1920, 1921, 1922, 1923, 1924, 1925, 1926
BY
THE BANKS LAW PUBLISHING COMPANY.

USCA4 Appeal: 23-1719   Doc: 41   Filed: 09/19/2023   Pg: 383 of 439

# CHAPTER 17

## Parks, Parkways and Park-Streets

Article 1.  General provisions.
     2.  Traffic regulations.
     3.  Building and other projections.
     4.  Miscellaneous.

The power of the Board of Aldermen to pass Park Ordinances is prescribed in the Greater New York Charter (L. 1897, ch. 378, sec. 47), and the Revised Charter (L. 1901, ch. 466, sec. 43).

By Laws 1904, chapter 678, section 1, amending section 610, Laws 1901, chapter 466, the Park Rules in force May 1, 1904, were made a chapter in the City Ordinances and amendments when adopted by the Park Board became effective when copies were filed with the City Clerk.

The following is taken from the Park Ordinances, adopted March 18, 1912.

## ARTICLE 1

### GENERAL PROVISIONS

Sec.  1.  Definitions.
 §  2.  Interfering with lands or improvements thereon.
 §  3.  Sub-surface disturbances.
 §  4.  Over-head wires.
 §  5.  Destruction of or injury to park property.
 §  6.  Preservation of lawns and grass plots.
 §  7.  Bringing trees, plants and flowers into parks.
 §  8.  Use of roller skates.
 §  9.  Rubbish and refuse matter.
 §  10.  Processions; drills; music.
 §  11.  Public meetings.
 §  12.  Sales or exhibitions.
 §  13.  Posting bills or placards.
 §  14.  Bathing, fishing, boating and skating.
 §  14a.  Camping.
 §  15.  Protection of animals, birds and reptiles.
 §  15a.  Baseball and other games.
 §  16.  Animals at large.
 §  17.  Disorderly conduct.
 §  18.  Custodian of minors.

Sec. 1. *Definitions.*—Unless otherwise expressly stated, whenever used in this chapter, the following terms shall respectively be deemed to mean:

1. *Commissioner,* or *the commissioner,* the park commissioner having jurisdiction of a particular park, or park-street, as hereinafter defined;

2. *Park,* any park, parkway, square, circle, or concourse, or part thereof, under the jurisdiction of the park department;

3. *Park-street,* a street, avenue, boulevard or other highway, under the jurisdiction of the park department;

4. *Permit,* a written authorization for the exercise of a specified park privilege, issued by the park commissioner having jurisdiction.

§ 2. *Interfering with lands or improvements thereon.*—No person

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 384 of 439

shall modify, alter or in any manner interfere with the line or grades of any park or park-street, nor take up, move or disturb any curb, gutter stone, flagging, tree, tree-box, railing, fence, sod, soil or gravel thereof, except by direction of the commissioner or under his permit.

§ 3. *Sub-surface disturbances.*—No person shall open, expose or interfere with any water or gas pipe, hydrant, stopcock, sewer, basin or other construction, within or upon any park or park-street, nor make any connection therewith, except under the authority of a permit, and upon the deposit of such sum of money as may be required by the commissioner to insure the restoration of the soil, plants, shrubs, trees, sidewalk, pavement, curb, gutter and flagging disturbed in the making of such connection.

§ 4. *Overhead wires.*—No person shall attach or string any electric or other wire, or adjust or carry the same into or over any park or park-street, except under a permit.

§ 5. *Destruction of or injury to park property.*—No person shall cut, break or in any way injure or deface any tree, shrub, plant, grass, post, railing, chain, lamp, lamppost, bench, tree-guard, building, structure or other property in or upon any park or park-street, nor shall any fallen branches be cut or removed without a permit. It shall be unlawful also to bring into any park any tool or instrument, such as a hatchet, axe or saw intended to be used for the cutting of branches of trees, or trees or other property.

§ 6. *Preservation of lawns and grass plots.*—No person unless he shall hold a special permit therefor or unless a special permit therefor shall have been issued to a group of which he is a member shall go upon any lawn or grassplot in any park or parkway except when permission therefor shall have been given to the public by the commissioner.

§ 7. *Bringing trees, plants, and flowers into parks.*—No person shall bring into or carry within a park any tree, shrub, plant or flower, or newly plucked part thereof, without a permit.

§ 8. *Roller skates.*—No person shall use roller skates, push mobiles or any similar device upon any sidewalk, foot-path bridle path or driveway, nor in any building or place of public assembly, except upon such walks and during such hours as may be designated by the commissioner.

§ 9. *Rubbish and refuse matter.*—No person shall throw, cast or lay, or direct, suffer or permit any servant, agent, employee or person in his or her charge, to throw, cast or lay, any ashes, offal, vegetables, garbage, dross, cinders, shells, straw, shavings, paper, dirt, filth or rubbish of any kind whatsoever in any park, or in any lake, lawn, path, walk, road or drive thereof, or in any park-street; procided that in the morning before 8 o'clock, or before the first sweeping of the roadway of any park-street by the street cleaners, dust from the sidewalk may be swept into the gutter, if there piled, but not otherwise.

§ 10. *Processions; drills; music.*—No parade, drill or manœuver of any kind shall be conducted, nor shall any person play upon a musical instrument or display any flag, banner, target, sign, placard or transparency in any park, nor shall any civic or other procession form or move therein, without a permit; but no such permit shall be necessary for the use of the parade ground adjacent to Prospect

Park, Borough of Brooklyn, by organizations of the National Guard of the State of New York.

§ 11. *Public meetings.*—No person shall erect any structure, stand or platform, or hold any meeting, or perform any ceremony or make a speech, address or harangue in any park without a permit from the commissioner having jurisdiction.

§ 12. *Permits for sales, exhibitions, etc.*—No person shall exhibit, sell, or offer for sale anything whatsoever, or take any photograph, or perform any personal service or hire in any park or parkway, or in any street, square, or public place under the jurisdiction of the department of parks except under a permit from the commissioner of parks of the borough in which such park or parkway, street, square, or public place is situated or otherwise than in accordance with the terms of such permit, provided, however, that the provisions of this section shall not apply to public hack stands maintained in streets adjacent to public parks, pursuant to section 99, article 8, chapter 14 of the Code of Ordinances.

§ 13. *Posting bills or placards; distributing cards, circulars or pamphlets.*—No person shall post any bill, placard, notice or other paper upon any structure, tree, rock, article or thing within any park or upon any park-street, nor paint or affix thereon, in any other way, any advertisement, notice or exhortation, except, under a permit and in strict conformity therewith. No person shall distribute, hand out or cast about any card, circular, pamphlet or other printed matter within any park or upon any park-street. The placing, or using for any other purpose than reading, of newspapers, or other papers, on the lawns or benches of public parks, is forbidden.

As to posting placards on private property, see People v. Green, 85 App. Div. 400.

§ 14. *Bathing, fishing, boating and skating.*—No person shall bathe in, nor disturb in any way the fish in, the waters or fountains of any park, nor cast any substance therein; except, that in the waters adjacent to Pelham Bay Park bathing and fishing shall be permitted, subject to the rules and regulations prescribed by the commissioner. Fishing may also be allowed in the lakes of Prospect Park and Kissena Park, under permits. No person shall be permitted to appear in bathing costume or in any other than customary street attire in any park or parkway, except on the beaches in Pelham Bay, Seaside, Dreamland, Jacob Riis and Rockaway Parks. No boat or vessel shall be placed upon any of the waters of any park, except by special permit. No skating or sledding shall be allowed on any park lakes, unless and until the ice is declared to be in a suitable condition by the commissioner.

§ 14a. *Camping.*—No person shall tent or camp or erect a tent or camp in a public park, or public place under the jurisdiction of a Park Commissioner, without a permit.

§ 15. *Protection of animals, birds and reptiles.*—No person shall hunt, chase, shoot, trap, discharge or throw missiles at, or molest or disturb in any way, any animal, bird, or reptile in any park.

§ 15a. *Baseball and other games.*—No person shall throw, cast, catch, kick or strike with any implement whatever, any baseball, golf ball, foot-ball, basket ball, bean bag, or other object in or upon any park or parkway, or any square, circle, concourse, playground,

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 386 of 439

street, avenue, boulevard or other highway under the jurisdiction of the park department, or on any recreation pier, without a permit therefor issued by the commissioner or his supervisor of recreation nor otherwise than in accordance with the terms of such permit.

§ 15b. *Golf.*—Caddies shall not be brought by players upon any of the golf courses under the jurisdiction of any commissioner, without permission of the commissioner or his representative in charge.

§ 16. *Animals at large.*—No horse or other animal shall be allowed to go at large in any park or upon any park-street, except dogs that are restrained by a chain or leash not exceeding 6 feet in length.

§ 17. *Disorderly conduct.*—No person shall, in any park:

1. Use threatening, abusive or insulting language;
2. Do any obscene or indecent act;
3. Throw stones or other missiles;
4. Beg or publicly solicit subscriptions or contributions;
5. Tell fortunes:
6. Play cards or other games of chance, or use or operate any gaming table or instrument;
7. Climb upon any wall, fence, shelter, seat, statue or other erection;
8. Fire or carry any firearm, firecracker, torpedo or fireworks;
9. Make a fire;
10. Enter or leave except at the established entrance-ways;
11. Loiter at night where there is no light, in automobile, or other vehicle, or otherwise. It shall be unlawful after 12 o'clock midnight to loiter in any park, under any circumstances, unless general or special permission shall be given by the Park Commissioner.
12. Do any act tending to a breach of the public peace;
13. Bring into any park or consume publicly, any beverage containing alcohol;
14. Bring, land or cause to descend or alight any æroplane, airship, flying machine, balloon, parachute or other instrumentality for aviation in, on or upon any park or parkway, without a permit;
15. The Commissioner of Parks, Borough of The Bronx, may, in his discretion, fix the hours for entering or leaving Hunter Island and Twin Island, Pelham Bay Park, and when so fixed, suitable signs may be placed at points deemed appropriate by the said commissioner.

All persons doing any act injurious to a park shall be removed therefrom by the park keepers or by the police. When necessary to the protection of life or property, the officers and keepers of the park may remove all persons from any designated part thereof.

§ 18. No parent, guardian or custodian of a minor shall permit or allow such minor to do any act prohibited by any provision of this chapter.

Park ordinances must be reasonable. Matter of Wright, 29 Hun 357; Baldwin v. Park Comm., N. Y. Daily Register, April 8, 1891.

**Add. 375**

USCA4 Appeal: 23-1719　Doc: 41　Filed: 09/19/2023　Pg: 387 of 439

# CHARTER

AND

# ORDINANCES

OF THE

# CITY OF NEW HAVEN, CONN.

Ordinances, etc.



AND

# SPECIAL ACTS

Revised to January, 1914

NEW HAVEN, CONN.

PRESS OF SAMUEL Z. FIELD

1914.

**Add. 376**

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 388 of 439

CC
New Haven
3
1914

Gift of
New Haven City Government

**Add. 377**

## Rules and Regulations of the New Haven Commission of Public Parks.

1. No domestic animal, except dogs, shall be permitted to enter or to go at large in any of said parks, either with or without a keeper. Dogs must be held in leash by the owners, otherwise they may be killed by any park-keeper, special constable or policeman.

2. No person shall pick any flowers, foliage or fruit, or cut, break, dig up, or in any manner mutilate or injure any tree, shrub, plant, grass, turf, railing, seat, fence, structure, or other thing in any of said parks, or cut, carve, paint, mark or paste on any tree, stone, fence, wall, building, monument, or other object therein, any bill, advertisement or inscription whatsoever.

3. No person shall carry or have any firearms on any of said parks, and no firearms shall be discharged from, or into any of the same. No stone or other missile shall be thrown or rolled from, into, within or upon any of said parks, except in such place as the commission may designate as a ball-field, in playing games in which a ball is used.

4. No person shall ride or drive on any road within any of said parks at a faster gait than eight miles per hour, and this shall apply to the use of cycles.

5. No threatening, abusive, boisterous, insulting or indecent language, or gesture shall be used on any of said parks, nor shall any oration, harangue, or other public demonstration be made, unless by special authority of said commission.

6. No person shall expose any article or thing for sale on any of said parks, unless licensed therefor by said commission.

7. No person shall bathe naked or otherwise in any waters in, or adjacent to any of said parks, or be naked within any of said parks, except in such places and subject to such regulations, as the commission may, from time to time, specially designate by a public notice set up for that purpose within the park.

8. No person, unless by authority of said commission, shall light, kindle, or use any fire on any of said parks.

**Add. 378**

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 390 of 439

9.  No person shall ride or drive upon the grass, lawns, or foot-paths of any of said parks.

10.  No person shall disturb or injure any bird, bird's nest or eggs, or any squirrel or other animal within any of said parks.

11.  No person shall discharge or set off, on or within any of said parks, any fire crackers, torpedoes, rockets or other fireworks, except by license from said commission.

12.  No person shall dig up or remove any dirt, stones, rock, or other thing, whatsoever, make any excavation, quarry any stone, or lay or set off any blast, or cause or assist in doing any of said things, within any of said parks, without the special order or license of said commission.

13.  No bottles, broken glass, ashes, waste paper, or other rubbish, shall be left in any of said parks, except at such place or places as may be specially designated by the commission or by a sign marked public dump.

14.  No cart, wagon, dray, truck or other vehicle, carrying lumber, stone, brick or any other goods, merchandise, or articles of freight, or which is commonly used for the carriage thereof, shall, except in service of the commission, enter any part of any of any of said parks, except such public highways as may have been duly established.

15.  No horse shall be hitched to any shrub or tree in any of said parks.

16.  No automobile or other motor vehicle shall be taken into or driven upon either East Rock Park, West Rock Park, or Fort Wooster Park.

17.  Any person violating either the first, second, fourth, fifth, sixth, seventh, ninth, eleventh, twelfth, thirteenth or fifteenth of the foregoing rules and regulations shall forfeit and pay to the commission, for each offence, a penalty of ten dollars. Any person violating any other of said rules and regulations shall forfeit and pay to the commission, for each offence, a penalty of twenty dollars. Said penalties shall be enforceable by process of arrest against the body of the delinquent, and may be sued for on complaint made by the city attorney to the city court of the city of New Haven.

**Add. 379**

USCA4 Appeal: 23-1719     Doc: 41     Filed: 09/19/2023     Pg: 3

Birmingham, Ala.— Ordinances

# THE CODE

of

# CITY OF BIRMINGHAM

## ALABAMA

UNIVERSITY OF ILLINOIS LIBRARY

PREPARED BY

HENRY L. ANDERTON

JUL 8   1919

BY AUTHORITY OF THE COMMISSION
OF THE CITY OF BIRMINGHAM



## 1917

**Add. 380**

Digitized by Google

## CHAPTER XLIV

———

# Parks and Public Places

Sec. 1542. **All Parks Dedicated to Public Use.** All the parks heretofore marked out and dedicated to the city, and all public parks hereafter acquired by the city shall be and remain set apart and dedicated to the use of the public as parks and public grounds, and the same shall be regulated and governed in such manner as the Commission may from time to time ordain.

Sec. 1543. **For the Protection of Parks.** Any person who wilfully or maliciously breaks, cuts, disfigures, injures or destroys any tree, shrub, plant or flower within the enclosure of any of the public parks of the city, or any railing, structure or monument therein, or who shall hitch any horse or animal to any tree or shrub therein, shall, on conviction, be fined not less than one nor more than one hundred dollars.

Sec. 1544. **Conduct in Parks.** No person shall enter or leave any of the public parks of the City of Birmingham except by the gateways; no person shall climb or walk upon the walls or fences thereof; no person shall turn or lead any cattle, horses, goat, swine or other animals into any of such parks; no person shall carry firearms or throw stones or other missiles within any of such public parks; no person shall expose any article or thing for sale within any of such parks, nor shall any hawking or peddling be allowed therein; no threatening, abusive, insulting or indecent language shall be allowed in any part of any of such parks calculated to provoke a breach of the peace, nor shall any person tell fortunes or play at any game of chance at or with any table or instrument of gaming nor commit any obscene or indecent act there-

in; no person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within any such park nor upon any gate or enclosure thereof; no person shall play upon any musical instrument, nor shall any person take into, carry or display in any such public park any flag, banner, target or transparency; no military company shall parade, drill or perform therein any military or other movements; no person shall light, make or use any fire in any such public park; no person shall go upon the grass, lawn or turf of the parks, except when and where the word "common" is posted, indicating that persons are at that time and place at liberty to go on the grass.

Sec. 1545. **Commission May Close Entrances.** The Commission may direct that any of the entrances to the public parks be closed at any time, and when so closed in obedience to such directions no person shall enter at any such place.

Sec. 1546. **Obstructions on Plats Along Public Streets.** It shall be unlawful for any person in possession of any lot or parcel of ground abutting on any public highway in the City of Birmingham to erect, maintain or permit any other person to erect or maintain or to continue or fail to remove within a reasonable time after notice or knowledge of the presence thereof of any wire, chain, rope or other obstruction or guard on any grass plat or parkway on any public highway in the City of Birmingham, unless such guard or obstruction shall conform to the following specifications, to-wit: The upright posts or stakes shall be made of dressed lumber four inches square and shall extend above the ground not less than three feet and shall be painted white. The cross bar shall consist of some rigid material and may be made either of iron pipe, an iron bar or a wooden bar which shall be placed at a height of not less than three feet above the surface of the ground and such bar or pipe shall also be painted white and shall be securely fastened to the said stakes or posts, which stakes shall be firmly placed in the ground and not more than eight feet apart.

# THE JOPLIN CODE
## OF 1917

Containing All the General Ordinances of the City, Except Ordinances
Numbered 4487 and 5941 (Specifying in Detail the Regulations
Relating to Street Improvements and Street Excavations, Re-
spectively), Including Public Utility Franchise Ordinances in
Force January 30, 1917; Also the Charter Act of 1913, Applying
to Cities of the Second Class in Missouri in Force on Said Date;
Also Certain Material Provisions of the Constitution and Statutes
of the State of Missouri Applicable to Cities of the Second Class;
Also a Brief Historical Sketch of the Municipal Incorporation of
Joplin; Also a Directory of the Officers of the City from the Date
of Its Early Incorporation in 1873 to the Present Time; Also
Information in Relation to the Ownership of Real Estate by the
City of Joplin.

Printed and Published by

AUTHORITY OF THE COUNCIL OF JOPLIN, MISSOURI,

IN BOOK FORM, JANUARY, 1917.

Revised and Codified by

HUGH McINDOE,

Mayor.

Assisted by

E. F. CAMERON,

City Attorney.

Add. 383

1917
THE JOPLIN PRINTING CO.
JOPLIN, MISSOURI

*Aug 11-1924*

AUG 1 1 1924

USCA4 Appeal 23-1719  Doc 41  Filed 09/19/2023  Pg 396 of 439

porch or any other projection from any house or other building
in the city, any flower-pot, wooden box, bowl, pitcher or other
article or thing whatever, unless the same is securely and firmly
fastened or protected so as to render it impossible for any such
pot, box, bowl, pitcher or other article to fall into the street, shall
be deemed guilty of a misdemeanor.

Sec. 1210. **Women; Mashing, Etc.** It shall be unlawful for
any person in said city to use any suggestive, leering or immoral
word or act toward, or in the presence of another person, of the
same or opposite sex, for the purpose of attracting the attention
of or annoying such person, or to go, or stand, or loiter upon, or
near, any thoroughfare, and by word, or act, attempt to annoy
or attract the attention of any person of the opposite sex, by any
leering or suggestive act or word, ordinarily known as "mashing";
or to solicit the company or acquaintance of another person for
any immoral or unlawful purpose. Any person violating the pro-
visions of this section shall be deemed guilty of a misdemeanor.

Sec. 1211. **Thoroughfare Defined.** The term "thoroughfare"
when used in this article, shall include all streets, alleys, avenues,
parks, parkings, drives, highways and other public places used by
vehicles and private ways when a public use is permitted thereof.

Sec. 1213. **Misdemeanor.** Any person violating any of the
provisions of this article, or who does anything prohibited herein,
or who fails to do anything herein required to be done, shall be
deemed guilty of a misdemeanor, and upon conviction, shall, for
each offense, be punished by a fine of not exceeding three hundred
dollars or by imprisonment not exceeding sixty days, or by both
such fine and imprisonment.

## ARTICLE 68.

## PARKS.

Sec. 1214. **Conduct in Parks.** All persons are forbidden to
enter or leave the parks except by the walks, paths or drives; to
lead or allow to be loose any animal upon park premises except
that dogs may be led or carried, but not allowed loose; to throw
stones or other missiles by hand or otherwise, to carry or dis-
charge firearms, or to set off any fireworks or similar things in
the parks; to cut, mark, break or climb upon, or in any way injure
or deface the trees, shrubs, plants, turf or any of the buildings,
fences, bridges, signs, placards or notices, or any structures or
property within or upon park premises; to bring upon any park
premises any tree, shrub or plant, any newly plucked branch or
portion of a tree, shrub or plant; to race with horses, automobiles,
motorcycles or bicycles; or to ride or drive faster than twelve
miles an hour within any of the parks of the city of Joplin; to
drive any animal or vehicles anywhere in the parks, except in the
drives, or to allow them to stand unattended, except at the hitch-

USCA4 Appeal 23-1718   Doc 41   Filed 06/16/2023   Pg 397 of 439

ing places especially provided for such purposes; to obstruct the drives or paths; to stand or keep in or upon any park premises, without special permission in writing from the board of directors of the park board, any horse, burro or other animal, or any hack, carriage, automobile or other vehicle, for the purpose of hire or solicitation of patronage; to solicit patronage for any vehicle for hire upon any park premises without special permission in writing from the board of directors of the park board; to drive or take any job or freight wagon in or upon any of the park premises, except those in park employ, private wagons conveying families or upon special written permission; to trail vehicles, to use threatening, abusive, insulting, indecent, obscene or profane language, or to be guilty of drunkenness, fighting or quarreling or indecency in or upon any of the parks; to lie, lounge or sleep on the benches or to lie in indecent positions on the benches or the ground; to tell fortunes or to play games of chance, to offer any article or thing for sale, except by written permission; to distribute or expose any kind of circulars or advertisements, or post, stencil or otherwise affix any notice or bills or other paper upon any structure, fence, tree or thing in or about the park premises, park drives, roads or boulevards; to bathe or fish in or to send any animal into or throw or place any article or thing in any of the waters of the park; to fish for or disturb any of the fish in any of the ponds or streams in the parks; to shoot at, catch or disturb any water fowl or other birds belonging to, preserved in or being in or about the parks; or to touch, molest or destroy the nest or nests of any birds, or the eggs therein, within any of the parks; or to take, carry or display any flag, banner, target or transparency, or to fly any kite within or upon any park, or to parade, drill or perform therein any military or other evolution or movements as a military, target company, civic or otherwise, without written permission; to light, make or use any fire therein at any place or places except such as may be designated by the board of directors of the park board for that purpose; to go on foot or otherwise upon the grass, lawn or turf of the parks wherever the sign "Keep Off the Grass" is shown.

Sec. 1215.  **Flowers, Shrubs, Etc.**  No shrubs, plants or flowers shall be taken, or given away from any of the parks, without written permission, except for the decoration of soldiers' graves, to be cut under direction of the superintendent of parks for use May 30th of each year.

Sec. 1216.  **Public Gatherings.**  No gathering or meeting of any kind, nor public speaking, shall be permitted in the parks without written permission.

Sec. 1217.  **Intoxicating Liquors in Parks.**  No intoxicating liquors, as intoxicating liquors are defined in the ordinances of the city of Joplin, shall be allowed to be sold or given away, or to be brought into, used or drunk within any of the parks of the city,

USCA4 Appeal 23-1719   Doc: 41   Filed: 09/10/2023   Pg: 398 of 439

or upon any of its boulevards, driveways or roads under the control of the park board.

**Sec. 1218. Rubbish Not to Be Thrown in Parks.** No person shall drop, throw or place any waste paper, straw, dirt, weeds, ashes, refuse or waste, swill or other rubbish, though not offensive to health, in or upon any park or property, boulevard, driveway or road under the control of the park board, or any part thereof.

**Sec. 1219. Placing of Buildings, Tents, Booths, Etc.** No person shall be permitted to build or place any tents, buildings, booths, stands or other structures in any of said parks, boulevards, driveways or roads under the control of the park board, without first obtaining the written permission of the board of directors of said board.

**Sec. 1220. Injuring Park Property.** No person shall dig, injure or tear up any pavement, sidewalk, crosswalk, grass plot or roadway, or any part thereof, or of any parking, boulevard, driveway or road, or dig down into, expose or tear up, disconnect or connect with any of the water pipes or sewers in or under any parking, boulevard, driveway or road under the control of the park board, without first having obtained written permission.

**Sec. 1221. Housemoving Through Parks Prohibited.** No person shall move any building along, across, or upon any park, boulevard, driveway or road under the control of the park board, without first having obtained permission.

**Sec. 1222. Funeral Processions.** No funeral procession or hearse or any vehicle carrying a corpse will be allowed upon any part of the parks under the control of the park board, without previous written consent.

**Sec. 1223. Hauling Heavy Loads.** It shall be unlawful for any person or persons to haul, or cause to be hauled, in any vehicle, in or upon any part of the parks, boulevards, driveways or roads under the control of the park board, any coal, stone, brick, dirt, or other article or articles weighing together with the vehicle two thousand pounds or more; provided that this prohibition shall not be applied to omnibuses, hacks or carriages.

**Sec. 1224. Hauling Gravel, Cinders or Other Loose Material.** It shall be unlawful for any person to engage in driving within or upon any parks, boulevards, driveways or roads under the control of the park board, crushed stone, sand, gravel, sawdust, ashes, cinders, lime, tan bark, shavings, waste paper, ice, mortar, earth, coal, bricks, stone, rubbish, manure or other loose material likely to sift, fall or be blown upon such parks or streets, except in tight wagon boxes, or on wagons securely covered with canvas, and filled only to water level, and in case the same fall or be scattered within or upon any parks, boulevards, driveways or roads under the control of the park board, such person shall cause it to be forthwith removed.                    **Add. 387**

Sec. 1225. **Scattering Contents of Loaded Wagon Upon Park.** It shall be unlawful for any person to cause any cart, wagon or other vehicle to be loaded and heaped up so that the contents, or any part thereof, shall be scattered within or upon any parks, boulevards, driveways or roads under the control of the park board.

Sec. 1226. **Stock in Parks.** Loose cattle or horses shall not be allowed to be driven in or upon, along or through any part of the parks, boulevards, parkways, avenues, driveways or roads under the control of the park board, without written permission.

Sec. 1227. **Ordinances Shall Apply to Parks Outside City Limits.** All ordinances of the city of Joplin where applicable shall apply and be in force in all the parks of the city of Joplin, whether within the city limits or without the city limits, and the police department is authorized and empowered to enforce all ordinances of the city of Joplin, as well as all of the rules and regulations of the board of directors of the park board, violated within the public parks, playgrounds, or other grounds belonging to the city, located within the city limits or without the city limits, in the same manner and to the same effect as if located in the corporate limits of the city of Joplin.

Sec. 1228. **Definition of Word "Parks."** Wherever the word "parks" appears in this article, it shall be deemed to mean both public parks and public playgrounds.

Sec. 1229. **"Written Permission" Defined.** Wherever it is provided in this article that written permission or consent shall be had, it shall mean written permission or consent of the board of directors of the park board.

Sec. 1230. **Misdemeanor.** Any person who shall violate any of the provisions of this article or any of the rules and regulations made by the board of directors of the park board, shall be deemed guilty of a misdemeanor.

## ARTICLE 69.

### PAWNBROKERS, SECOND-HAND DEALERS, JUNK DEALERS.

Sec. 1231. **Pawnbroker Defined.** Every person or corporation engaged in the business of receiving property in pledges, or as security for money or other thing advanced to the pawner or pledger, or who purchases personal property and agrees to sell it back, or who makes a display at his place of business of the sign of three balls, or who publicly exhibits any sign offering money to loan on personal property, except negotiable instruments, shall be held and is hereby defined to be a pawnbroker.

Sec. 1232. **Second-Hand Dealer Defined.** Any person who

Add. 388

No. 666, A.]                    [Published July 16, 1917.

# CHAPTER 668

AN ACT to repeal sections 62.04 to 62.58, inclusive, and sections 4562d, 4567b, and 4567c; to create a new chapter to be numbered 29, and sixty-four new sections thereof, to be numbered 29.01 to 29.63, inclusive; to amend sections 4567d and 4567f; and to create sections 4562d and 172—41, relating to wild animals, and the regulation of the enjoyment, disposition and conservation thereof, prescribing penalties, and creating a conservation fund.

*The people of the State of Wisconsin, represented in Senate and Assembly, do enact as follows:*

SECTION 1.  Sections 62.04 to 62.58, inclusive, and sections 4562d, 4567b, and 4567c of the statutes are repealed.

SECTION 2.  A new chapter is added to the statutes, to be numbered and entitled as follows: "CHAPTER 29. WILD ANIMALS, AND THE REGULATION OF THE ENJOYMENT, DISPOSITION AND CONSERVATION THEREOF."

SECTION 3.  Sixty-four new sections are added to the statutes, to be inserted in chapter 29, and to be numbered and to read:

## TABLE OF CONTENTS

### CHAPTER 29

### WILD ANIMALS, AND THE REGULATION OF THE ENJOYMENT, DISPOSITION AND CONSERVATION THEREOF; GENERAL CONTROL AND REGULATION

29.01   General definitions:
        (1) Wild animal.
        (2) Carcass.
        (3) Game; game fish; rough fish.
        (4) Waters classified.
        (5) Hunting.
29.02   Title to wild animals.
29.03   Public nuisances.
29.04   Abandoned dams.
29.05   Police powers; searches; seizures.
        (1) Arrests.
        (2) Investigations.
        (3) Search warrants.

**Add. 389**

LAWS OF WISCONSIN—Ch. 668.    1243

of any person, grant a permit to such person to take and transport wild animals for propagation within the state, under the supervision of the commission or its deputies

29.56  FOREST COUNTY GAME REFUGE.  Townships thirty-eight north, of range twelve and thirteen east, Forest county, shall be known as the Forest County Refuge. No person shall at any time or in any manner, hunt any game within said refuge.

29.57  WILD LIFE REFUGES.  (1) Establishment.  The owner or owners of any tract, or contiguous tracts, of land comprising in the aggregate not less than one hundred and sixty acres located outside the limits of any city or village, may apply to the state conservation commission for the establishment of said lands as a wild life refuge.  The commission may thereupon employ such means as it may deem wise to inform itself regarding the premises; and if, upon inspection, investigation, hearing, or otherwise, it shall appear to the satisfaction of the commission that the establishment of said lands as a wild life refuge will promote the conservation of one or more useful species or varieties not native within this state, it may by order designate and establish the said lands as a wild life refuge.

(2) Enclosure.  Within thirty days after the date of such order the owner or owners of the said lands shall enclose the same, wherever the same are not already enclosed by a fence, with a single substantial wire, and shall post and maintain along the said wire or fence, at each interval of twenty rods, signs or notices, furnished by the state conservation commission, proclaiming the establishment of said refuge.

(3) Publication.  No such order shall be effective until at least thirty days after the date of its issue; nor unless the commission shall have caused notice thereof to be given by its publication, once in each week for three successive weeks next preceding the date of its effect, in at least one newspaper published in the county embracing the said lands.  Thereupon the said lands shall be a wild life refuge, and shall so remain for a period of not less than five years, from and after the date of effect stated in said order.

(4) Absolute Protection.  No owner of lands embraced within any such wild life refuge, and no other person whatever, shall hunt or trap within the boundaries of any wild life refuge, state park, or state fish hatchery lands; nor have in his possession or under his control therein any gun or rifle, unless the same is unloaded and knocked down or enclosed within its carry-

**Add. 390**

ing case; but nothing herein shall prohibit, prevent, or interfere with the state conservation commission, or its deputies, agents or employes, in the destruction of injurious animals.

(5) Animals procured by commission. The state conservation commission may place within any such wild life refuge, for the purpose of propagation, wild animals of any species or variety.

## DESTRUCTION OF INJURIOUS ANIMALS

29.58 MUSKRATS INJURING DAMS. The owner or lessee of any dam may in any manner capture or kill muskrats at any time when said muskrats are injuring or destroying such dams or the levees connected therewith; but shall not sell, barter, or give to any other person the skin of any muskrat captured or killed during the close season therefor.

29.59 BEAVER CAUSING DAMAGE. (1) Complaint. Upon complaint in writing, by the owner or lessee of any lands, to the state conservation commission, that beaver are causing damage thereto the commission shall employ such means as it may deem wise to inquire into the matter; and if, upon inspection, investigation, hearing, or otherwise, it shall appear to the satisfaction of the commission that the facts stated in such complaint are true, it may, by written permit, authorize the said owner or lessee to capture and remove such beaver, as hereinafter prescribed.

(2) Supervision. No beaver shall be captured or killed under such permit except only during such period of time, from and after the first day of January in each year, as may be limited by the commission, and then only under the direct supervision of a deputy conservation warden.

(3) Disposition of animals. The owner or lessee shall capture, alive and without avoidable injury, such number of beaver as may be designated by the commission, for delivery to zoological parks or collections or for transplantation to other localities within the state; all others shall be killed and skinned with care to conserve the value of the skins, which shall be shipped without delay to Madison, consigned to the state conservation commission.

(4) Sale and disposition of proceeds. All such skins shall be sold by the commission, in the manner of a sale of confiscated game, and the proceeds paid into the conservation fund.

(5) In Price, Rusk, and Sawyer counties. Licenses for the taking, catching or killing of beaver in Price, Rusk, and Sawyer

# CITY OF OAKLAND, Calif.

# General Municipal Ordinances etc.

## In effect January 1, 1918

———••••◆••••———

NOTE.— This publication contains all ordinances which are general in their application. Ordinances concerning street work, appropriations, salaries and other details of city government have not been included. Ordinances relating to street work are on file in the office of the Superintendent of Streets. Ordinances covering certain fields of activity, such as Building Laws, Jitneys, Plumbing, Liquor, etc., are printed in pamphlet form and can be obtained by application at the office of the City Clerk.

———••••◆••••———

Classified, Compiled and Published by the
Mayor of the City of Oakland and by
Authority of the City Council


JOHN L. DAVIE, *Mayor of Oakland*

**Add. 392**

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 404 of 439

CC
Oakland
3
1918

SEC. 4. The Directors immediately upon appointment shall organize by electing one of their number President; the person elected President shall hold his office for one year and until his successor is elected.

SEC. 5. The Board of Directors shall have the complete and exclusive control, management and direction of the aforesaid Public Woodyard. Said Directors may employ and appoint a Superintendent of Oakland Public Woodyard and provide necessary quarters for maintenance of such woodyard.

SEC. 6. [Amended by Ordinance No. 985, N. S.] The salary of said Superintendent of Oakland Public Woodyard is hereby fixed at not less than $1500.00 and not more than $1800.00 per year, payable in equal monthly installments.

SEC. 7. This ordinance shall take effect immediately.

[In effect January 8, 1912.]

## ORDINANCE NO. 121, N. S.

**An Ordinance Prohibiting the Cutting Down or Removal of Trees in Any of the Public Streets or Squares of the City of Oakland and Providing Penalty for Violation Thereof.**

*Be it Ordained by the Council of the City of Oakland, as follows:*

SECTION 1. It shall be unlawful for any person, firm or corporation to cut down, remove or mutilate any tree or trees growing upon any of the streets or public squares of the City of Oakland, except by permission from the Board of Park Directors.

SEC. 2. Any person, firm or corporation violating this ordinance shall be deemed guilty of a misdemeanor and, upon conviction thereof, shall be punished by a fine not less than five dollars ($5.00), nor more than one hundred dollars ($100.00), and in case such fine is not paid, by imprisonment at the rate of one day for every two dollars ($2.00) of the fine so imposed.

SEC. 3. This ordinance shall take effect immediately.

[In effect January 22, 1912.]

[See Ordinance No. 129, N. S.]

## ORDINANCE NO. 129, N. S.

**An Ordinance Regulating the Use of the Parks, Streets and Places Under the Control of the Board of Park Directors of the City of Oakland and Providing a Penalty for the Violation Thereof.**

*Be it Ordained by the Council of the City of Oakland, as follows:*

SECTION 1. No person shall throw any dead animal or offensive matter or substance of any kind upon the grounds of any of the parks under the control of the Board of Park Directors.

SEC. 2. No person shall injure, deface or destroy any notices, rules or regulations for the government of the parks, posted or in any other manner permanently fixed by order or permission of the Board of Park Directors.

SEC. 3. No person shall be permitted to bring led horses within the limits of the parks under the control of the Board of Park Directors, or a horse that is not harnessed and attached to a vehicle, or mounted by an equestrian.

SEC. 4. No military or other parade or procession or funeral shall take place, or pass through the limits of the parks under the control of

**Add. 394**

USCA4 Appeal: 23-1719   Doc: 41      Filed: 09/19/2023   Pg: 406 of 439

the Board of Park Directors, without the order or permission of the Board of Park Directors.

SEC. 5.  No person shall engage in any game of baseball, cricket, shinney, football, croquet, or any other game, with ball and bat, within the limits of the parks under the control of the Board of Park Directors, except on such grounds as shall be specially designated for such purpose.

SEC. 6.  No person shall be permitted to use the shores of Lake Merritt as a landing place for boats, or keep thereat boats for hire, or floating boathouses with pleasure boats for hire, or keep boats of any kind in Lake Merritt except by special order or permission of the Board of Park Directors, and only at places designated by and under restrictions determined upon by said Board.

SEC. 7.  No regatta or boat race by clubs shall take place upon Lake Merritt without special permission granted by the Board of Park Directors.

SEC. 8.  No person shall turn loose into the parks controlled by the Board of Park Directors any dogs, cattle, goats, swine, horses or other animals.

SEC. 9.  No person shall carry firearms, or shoot birds or throw stones or other missiles within the boundaries of the parks controlled by the Board of Park Directors.

SEC. 10.  No person shall cut, break, or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, structures, benches or statuary, or foul any fountains or springs within the parks controlled by the Board of Park Directors.

SEC. 11.  No person shall drive or ride within the boundaries of the parks controlled by the Board of Park Directors at a rate exceeding seven miles per hour.

SEC. 12.  No person shall ride or drive within the limits of the parks controlled by the Board of Park Directors upon any other than the avenues and roads therefor.

SEC. 13.  No coach or vehicle used for hire shall stand upon any part of the parks controlled by the Board of Park Directors for the purpose of hire, except in waiting for persons taken by it into the parks, unless in either case at points designated by the Board of Park Directors.

SEC. 14.  No wagon or vehicle of burden or traffic shall pass through the parks, except upon such road or avenue as shall be designated by the Board of Park Directors for burden transportation.

SEC. 15.  No person shall expose or display any article for sale within the parks without the order or permission of the Board of Park Directors.

SEC. 16.  No gaming shall be allowed in the parks, nor any obscene or indecent act therein.

SEC. 17.  No person shall disturb the water fowl in Lake Merritt, or in any pond, or birds in any part of the parks, nor discharge any firearms therein, nor affix any bills or notices therein.

SEC. 18.  No person shall fish in Lake Merritt without written permission from the Board of Park Directors so to do.

# Add. 395

USCA4 Appeal: 23-1719   Doc: 41   Filed: 09/19/2023   Pg: 407 of 439

SEC. 19.  No person shall be allowed to catch more than two bass in one day of twenty-four hours in Lake Merritt.

SEC. 20.  No person shall have or hold any musical, theatrical or other entertainment in the parks without the order or permission of the Board of Park Directors.

SEC. 21.  No person shall enter or leave the parks except by such gates, roads, paths or avenues as may be for such purposes provided and arranged.

SEC. 22.  No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the parks controlled by the Board of Park Directors without the previous permission of the Board; nor shall any gathering or meeting for political purposes in the parks be permitted under any circumstances.

SEC. 23.  No person shall be permitted to make or kindle a fire of any kind within the parks controlled by the Board of Park Directors.

SEC. 24.  No tree shall be planted in any street or public highway of the City of Oakland at a distance of less than twenty-five feet from any other tree standing in the same street, except by written permit of the Board of Park Directors, or at a distance of less than two feet from the established curb line of said street.

SEC. 25.  No person, firm or corporation shall, without the written permission of the Board of Park Directors, remove, destroy, break, or in any way injure any tree, plant or shrub that is now or may hereafter be growing in any street or public highway of the City of Oakland.

SEC. 26.  No person shall hitch or fasten any horse or other animal to any tree or shrub now or hereafter growing in any street or public highway of the City of Oakland, nor shall any person cause or permit any horse or other animal to stand or be near enough to any tree, plant or shrub to bite or rub against, or in any manner injure or deface the same; nor shall any person place a post for the hitching of horses within five feet of any tree, plant or shrub now or hereafter growing in any of the streets or public highways of the City of Oakland; nor shall any person attach or place any rope, wire, sign, poster, handbill or other thing on any tree or shrub now or hereafter growing in any street or public highway of the City of Oakland, or on any guard or protection of the same.

SEC. 27.  No person shall remove, injure or misuse any guard or device placed or intended to protect any tree, plant or shrub now or hereafter growing in any street or public highway of the City of Oakland.

SEC. 28.  No person or corporation shall, without the written permit of the Board of Park Directors, attach any electric wire, insulator or any other device for holding electric wire to any tree now or hereafter growing in any street or public highway in the City of Oakland.

SEC. 29.  Every permit granted by the Board of Park Directors shall specifically prescribe the work to be done under it and shall expire sixty days from its date.  A charge of fifty cents shall be made for each permit to trim trees in front of property not owned by the applicant thereof, when, in the judgment of the Board of Park Directors, expert supervision is required.

Add. 396

Sec. 30. Any permit granted hereunder may be revoked at any time by said Board of Park Directors upon satisfactory proof to said board that the privilege thereunder is being abused or that the same was granted under a misapprehension of the facts.

Sec. 31. Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor and, upon conviction thereof, shall be punished by a fine of not more than $200.00, and in case said fine be not paid, then by imprisonment at the rate of one day for each $2.00 of said fine so imposed and unpaid.

Sec. 32. All ordinances or parts of ordinances in conflict herewith are hereby repealed.

Sec. 33. This ordinance shall take effect immediately.

[In effect February 13, 1912.]

## ORDINANCE NO. 140, N. S.

**An Ordinance Prohibiting Placing Advertising Matter in Private Letter Boxes and Providing a Penalty Therefor.**

*Be it Ordained by the Council of the City of Oakland, as follows:*

Section 1. It shall be unlawful for any person, firm or corporation to place in any private letter box in the City of Oakland upon which the following language appears: "For use of United States Mail," any advertising circular or matter of any kind.

Sec. 2. Any person, firm or corporation violating the provisions of this ordinance shall be deemed guilty of a misdemeanor and, upon conviction thereof, shall be punished by a fine not less than five ($5.00) dollars and not more than fifty ($50) dollars, and in case said fine be not paid, then by imprisonment at the rate of one day for each two ($2.00) dollars of said fine so imposed and unpaid.

Sec. 3. This ordinance shall take effect immediately.

[In effect March 11, 1912.]

## ORDINANCE NO. 160, N. S.

**An Ordinance Regulating the Construction, Erection and Maintenance of Signs, Transparencies, Advertisements, Bulletin Boards, Marquees and Clocks on, or About Buildings or Over Public Streets and Thoroughfares, Providing for the Inspection of the Same.**

*Be it Ordained by the Council of the City of Oakland, as follows:*

Section 1. No sign, transparency, advertising sign, device or marquee included in the classes set forth in Sections 5 and 6 of this ordinance shall hereafter be constructed, placed, reconstructed or allowed on or about the exterior of any building or structure, or on or over any sidewalk or public thoroughfare without first obtaining a permit from the Bureau of Permits and Licenses.

Sec. 2. The person, firm, association or corporation applying for such permit shall file with the Bureau of Permits and Licenses, plans drawn to scale, specifications and such other information as said Bureau of Permits and Licenses may require. Said plans and specifications shall be referred to the Building Inspector, and if to be wired for electricity, to the Electrical Department. Said Building Inspector and Electrical Department shall examine into the matter and report on same to the Bureau of Permits and Licenses, which shall, providing

USCA4 Appeal: 23-1719   Doc: 41   Filed: 09/19/2023   Pg: 408 of 439

**Add. 397**

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 409 of 439

# REVISED ORDINANCES

OF

# SALT LAKE CITY, UTAH

## 1920

REVISED, COMPILED AND ARRANGED

BY

W. H. GREGORY *of the* UTAH BAR

UNDER THE DIRECTION OF

WILLIAM H. FOLLAND, CITY ATTORNEY, AND
HORACE H. SMITH, ASSISTANT CITY ATTORNEY

PUBLISHED BY AUTHORITY OF THE
BOARD OF COMMISSIONERS
OF SALT LAKE CITY,
UTAH, 1920

Amendments of 1921.



*Printing and Binding by*
ARROW PRESS
Salt Lake City
BRANCH OF
NEW YORK PUBLIC LIBRARY
**Add. 398**
MUNICIPAL BUILDING

CC
SaltLakeCity
3
1921

Gift of
N.Y. Public Library

**Add. 399**

USCA4 Appeal: 23-1719   Doc: 41   Filed: 09/19/2023   Pg: 411 of 439

## CHAPTER XLII.

## PARKS AND PUBLIC PROPERTY.

**Section 1482. Superintendent of parks. Custodian of joint building.** There is hereby created the office of superintendent of parks and public property and the office of custodian of that part of the joint city and county building in Salt Lake City owned and controlled by said city, both of which officers and their departments and all employees therein shall be under the general supervision of the commissioner of parks and public property.

**Sec. 1483. Superintendent of parks, salary. Residence.** The board of commissioners may appoint a competent and experienced landscape gardener superintendent of parks and public property, at a salary not to exceed $2,200 per annum, payable monthly.

The superintendent of parks and public property may reside in the dwelling at Liberty Park rent free.

Section 601, C. L. U., 1917.

**Sec. 1484. Same, bond.** The superintendent of parks and public property, before he enters upon the duties of his office shall take and subscribe the constitutional oath of office, and execute a bond with good and sufficient sureties, to be approved by the board of commissioners, payable to Salt Lake City, in the penal sum of two thousand dollars, conditioned for the faithful performance of the duties of his office, and the payment of all moneys received by him as such officer, according to law and the ordinances of the city.

Sections 603 and 605, C. L. U., 1917.

**Sec. 1485. Assistant superintendent of parks. Supervisor of playgrounds. Other employees.** The board of commissioners may employ in the department of parks and public property one assistant superintendent of parks and public

USCA4 Appeal: 23-1719    Doc: 43    Filed: 08/19/2023    Pg: 412 of 439

property and one chief clerk at salaries not to exceed $1,620 per annum, such supervisors of playgrounds and other employees as may be necessary for the proper care, maintenance, improvement and beautification of the parks and public property of the city, at such salaries and for such periods of time as the board of commissioners may determine.

**Sec. 1486. Assistant superintendent of parks and public property. Duties.** It shall be the duty of the assistant superintendent of parks and public property to assist the superintendent of parks and public property in the supervision of the work, care, maintenance, improvement and beautification of the parks of Salt Lake City, not under the control, care, and supervision of some other officer, to act as florist at Liberty Park, and to do and perfom such other services as shall be required of him by the commissioner of parks and public property.

**Sec. 1487. Superintendent of parks, etc. Duties.** It shall be the duty of the superintendent of parks and public property to supervise the work of the care, maintenance, improvement and beautifying of all parks and public property in Salt Lake City, not under the control, care and supervision of some other department of the city.

**Sec. 1488. Assistant superintendent of parks. Duties. Employees.** The board of commissioners may employ the following officers, clerks and employees in the department of parks and public property, at salaries not to exceed the following, to wit:

One assistant superintendent of parks and public property, at a slary of not to exceed $1,800 per annum.

It shall be the duty of the assistant superintendent of parks and public property to assist the superintendent of parks and public property in the supervision of the work, care, maintenance, improvement and beautifying of the parks in Salt Lake City not under the control, care and supervision

USCA4 Appeal: 23-1719 Doc: 41 Filed: 09/19/2023 Pg: 413 of 439

of some other officer; to act as florist at Liberty park; and to do and perform such other services as shall be required of him by the commissioner of parks and public property.

One chief clerk at not to exceed $1,620 per annum.

Such supervisors of play grounds and at such salaries and for such terms as the board of commissioners may determine.

Such other employees and laborers as may be necessary; and to furnish and provide such equipment as may be necessary for the proper care, maintenance, improvement and beautification of the parks and public property of the city.

Section 601, C. L. U., 1917.

**Sec. 1489. Custodian of joint building. Salary.** The board of commissioners may appoint a competent and suitable person custodian of that part of the joint city and county building owned and controlled by said city at a salary of not to exceed $1,800 per annum, to be paid monthly.

The custodian of that part of the joint city and county building owned and controlled by Salt Lake City, shall, before he enters upon the duties of his office, take and subscribe the constitutional oath of office, and execute a bond with good and sufficient sureties, to be approved by the board of commissioners, payable to Salt Lake City, in the penal sum of $1,000, conditioned for the faithful performance of the duties of his office, and the payment of all moneys received by him as such officer, according to law and the ordinances of the city.

Sections 603 and 605, C. L. U., 1917.

**Sec. 1490. Duty of custodian.** It shall be the duty of the custodian of said building to supervise the work of the care and maintenance of that part of the joint city and county building in Salt Lake City owned and controlled by said city, and of the offices, apartments and rooms thereof.

Said custodian shall also act as custodian and supervise the work of the care and maintenance of the public safety building.

Section 601, C. L. U., 1917.

# Add. 402

USCA4 Appeal: 23-1719   Doc: 41   Filed: 09/19/2023   Pg: 414 of 439

**Sec. 1491. Joint building. Janitors. Other employees.**
The board of commissioners may employ such janitors and
other employees in that part of the joint city and county
building owned and controlled by Salt Lake City as may be
necessary to the proper care and maintenance of said build-
ing; said employees to receive such wages as may be fixed
by the board of commissioners; and in connection with Salt
Lake county, employ one night watchman for the inside of
said building, one night watchman for the outside of said
building and grounds surrounding the same, one engineer, one
assistant engineer, and such firemen as said board and said
county may determine, and pay said employees such wages as
may be fixed by said board and said Salt Lake county.

Section 601, C. L. U., 1917.

**Sec. 1492. Public safety building. Engineers. Janitors,
etc.** The board of commissioners of Salt Lake City may
employ such engineers, firemen, stokers, janitors, and other
employees as may in the judgment of the board be necessary
for the proper care of the public safety building, at such
wages as may be fixed by said board.

Section 601, C. L. U., 1917.

**Sec. 1493. Warm Springs. Custodian. Other employees.**
The board of commissioners may employ the following
employees at the compensation named, to perform duties at
what is known as the Warm Springs sanitarium building,
owned by Salt Lake City, situated on the corner of Second
West and Seventh North streets, to wit:

One custodian at a compensation not to exceed $2,220 per
annum, payable monthly.

One assistant custodian, at a compensation not to exceed
$1,800 per annum, payable monthly.

One fireman and such other employees as in the judg-
ment of the board may be necessary for the proper care,
maintenance and conduct of said property and the building
thereon, at such wages as may be fixed by said board.

**Add. 403**

USCA4 Appeal: 23-1719    Doc: 41    Filed: 09/19/2023    Pg: 415 of 439

That the persons named as custodians and assistant custodian shall, before entering upon the discharge of their duties, take the constitutional oath of office, and execute to Salt Lake City a bond, with good and sufficient sureties, to be approved by the board of commissioners, payable to Salt Lake City, in the sum of $1,000, the conditions of said bond being that they will faithfully perform the duties of their office as prescribed by the board of commissioners and the commissioner of parks and public property, and observe and obey all laws and ordinances of the city, and pay to the city treasurer all moneys received by them as such custodian and assistant custodian, according to law and the ordinances of the city.

Sec. 601, C. L. U., 1917.

**Sec. 1494.  Offenses in parks and play grounds.**  It shall be unlawful for any person to do or suffer or permit to be done any of the acts hereinafter specified in any public park or play ground in Salt Lake City, or in any place now, or which may hereafter be set aside or used as a public park or play ground, to wit:

1. To lead or let loose any cattle, horse, mule, goat, sheep, swine, dogs or fowl of any kind.

2. To carry or discharge any firearms, firecrackers, rockets, torpedoes, powder, or any other fireworks or explosive.

3. To cut, break, injure, deface or disturb any trees, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant, flower, or to mark, or write upon any building, monument, fence, bench or other structure.

4. To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

**Add. 404**

USCA4 Appeal 23-1719    Doc: 41    Filed: 08/18/2023    Pg: 416 of 439

5.  To distribute any hand-bills, or circulars, or to post, place or erect any bills, notice, paper, or advertising device or matter of any kind.

6.  To swim, bathe or wade in the waters of any fountain, pond, lake or stream not set aside for the purpose of swimming, bathing, or wading, or pollute the waters of any fountain, pond, lake or stream.

7.  To make or kindle a fire for any purpose.

8.  To camp or lodge therein.

9.  To ride, or drive any horse, or other animals, or to propel any vehicle, cycle, or automobile elsewhere than on the roads or drives provided for such purposes, and never on the footpaths.

10.  To engage in fighting or indulge in rioutous, boisterous, threatening, or indecent conduct, or to use any abusive, threatening, profane or indecent language.

11.  To sell or offer for sale, any merchandise, article or thing whatsoever, without the written consent of the commissioner of parks and public property, within any park or play ground or within a distance of 60 feet from the boundary line of any public park or play ground.

12.  To hitch or fasten any horse or other animal to any tree or any other place or structure not specially designated and provided for such purpose.

13.  To ride or drive any animal or vehicle at a rate of speed exceeding fifteen miles per hour.

14.  To ride or drive any horse or animal not well broken and under perfect control of the driver.

15.  To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, slot machine, wheels or other device, for money, chips, credit, cigars, candy, merchandise, or any other thing representative of value, or to maintain or exhibit any cards, dice, table,

**Add. 405**

USCA4 Appeal: 23-1719     Doc: 41     Filed: 09/19/2023     Pg: 417 of 439

wheel, machine or other instrument or device for betting, gambling or gaming.

16. To practice, carry on, conduct or solicit for any trade, occupation, business or profession, without the written permission of the commissioner of parks and public property.

17. To play or engage in any game, excepting at such place as shall be specially set apart for that purpose.

18. To drive or have any dray, truck, wagon, cart, perambulator or other traffic vehicle, carrying or regularly used or employed in carrying goods, merchandise, lumber, machinery, oil, manure, dirt, sand, or soil, or any article of trade or commerce, or any offensive article or material whatsoever upon any road or drive, except such as may be specially provided or designated for such use.

19. To throw or deposit any bottles, tin or tin cans, broken glass, nails, tacks, crockery, wire, paper, clothes, scrap or sheet iron, boxes, boards, lumber or stone, or any rubbish or garbage.

20. To conduct or carry on any celebration, parade, service, speech-making or exercise, without first obtaining permission from the commissioner of parks and public property; or to take part in any celebration, parade, speech-making or exercise held or conducted contrary to the provisions hereof.

21. To suffer or permit any dog to enter or remain in a public park or play ground, unless it be led by a leash of suitable strength, not more than six feet in length.

22. For any male person over eight years of age to enter or use any water closet designated for women in a public park or play ground.

23. To hunt or fish at any park or public grounds.

24. To annoy, injure, release from confinement, or in any manner interfere with any swan, duck, goose, bird or animal, the property of the city.

**Add. 406**

USCA4 Appeal: 23-1719   Doc: 41   Filed: 09/19/2023   Pg: 418 of 439

# REVISED

# ORDINANCES

## OF 1921

———

# CITY OF BURLINGTON

# VERMONT

———

BURLINGTON
FREE PRESS PRINTING COMPANY
1921

**Add. 407**

CC
Burlington V
3
1921

**Add. 408**

Gift of
city clerk

# RULES AND REGULATIONS FOR THE USE OF PARKS AND CEMETERIES

## PARKS.

1. No domestic animals, except dogs, shall be permitted to enter or go at large in any of said parks, either with or without a keeper. Dogs must be held in lease by their owners, otherwise they may be killed by any park-keeper, special constable or policeman.

2. No person shall pick any flowers, fruit or foliage, or cut, break, dig up, or in any way mutilate or injure any tree, shrub, plant, grass, turf, railing, seat, fence, structure, or anything in any of said parks, or cut, carve, point, mark or paste on any tree, stone, fence, wall, building, monument or other object therein, any bill, advertisement or inscription whatsoever.

3. No person shall carry or have any firearms on any of said parks, and no firearms shall be discharged from or into the same. No stone or other missile shall be thrown or rolled from, into, within, or upon any of said parks, except in such places as the commission may designate as a ball-field, in playing games in which a ball is used.

4. No person shall ride or drive on any road within any of said parks at a faster gait than fifteen miles per hour, and this shall apply to the use of cycles.

5. No threatening, abusive, boisterous, insulting or indecent language or gesture shall be used on any of said parks. Nor shall any oration, harangue, or any other public demonstration be made, unless by special authority of said commission.

6. No person shall expose any article or thing for sale on any of said parks, unless licensed therefor by said commission.

7. No person shall bath naked, or otherwise, in any waters, in or adjacent to any of said parks, or be naked within any of said parks, except in such places and subject to such regulations as the commission may, from time to time, especially designate by a public notice set up for that purpose within the park.

8. No person, except by authority of said commission, shall light, kindle or use any fire on any of said parks.

9. No person shall ride or drive upon the grass, turf or lawns of said parks.

10. No person shall disturb or injure any bird, bird's nest, or eggs, or any squirrel or other animal within any of said parks.

11. No person shall discharge or set off, on or within any of said parks any firecrackers, torpedoes, rockets, or other fireworks, except by license from the commission.

**Add. 409**

2                           ORDINANCES.

12.  No person shall dig up or remove any dirt, stones, rock, or other thing whatever, make any excavation, quarry any stone or lay or set off any blast, or cause or assist in doing any of such things, within any of said parks, without the special order or license of said commission.

13.  No bottles, broken glass, ashes, waste-paper, or other rubbish shall be left in any of said parks, except at such place or places as may be specially designated by the commission.

14.  No horse shall be hitched to any shrub or tree in any of said parks.

15.  No automobile or other motor vehicle shall be taken into or driven upon any public park except upon such drives and subject to such regulations as the commission may from time to time especially designate by public notice set up for that purpose within the park.

16.  No person or corporation shall trim, break, dig up or in any way mutilate a street tree without the permission and under the supervision of the commission.

17.  No person shall plant or cause to be planted or assist in planting in any of the city streets any variety of poplar, cottonwood or willow tree.

18.  Any person violating either the first, second, fourth, fifth, sixth, seventh, ninth, eleventh, twelfth, thirteenth, fourteenth or seventeenth of the foregoing rules and regulations, shall forfeit and pay to the commission, for each offense, a penalty of ten dollars.  Any person violating any other of said rules and regulations shall forfeit and pay to the commission, for each offense, a penalty of twenty dollars.  Said penalties shall be enforceable by process of arrest against the body of the delinquent and may be sued for on complaint made by the city attorney to the Burlington city court.

-------

## CEMETERIES.

### GENERAL PROVISIONS.

1.  Lake View Cemetery will be open from 7.00 o'clock a. m., until sunset, and Green Mount and Elmwood Cemeteries from 7.00 a. m., until sunset during the season.  All persons must leave the grounds before the gates are closed.

2.  No trucks or heavy wagons will be allowed inside the grounds except by special permission from the superintendent, unless bringing material for work to be done in the cemetery.

3.  No fast driving will be allowed in the grounds.

4.  Bicycles, motor cycles or automobiles are allowed within the grounds only by permission from the superintendent.

**Add. 410**

*First.* To supplement the funds in those counties specified in section two of this act, in order to provide a six months school term in each of said counties; <span style="float:right">Supplements to county funds.</span>

*Second.* After the provisions of section two have been complied with, then the State Board of Education shall apportion the residue of the funds provided in this section in order to pay the salaries of the county superintendents and assistant superintendents for six months, and all city superintendents, all supervisors not otherwise provided for, all principals of elementary schools having ten or more teachers, and principals of standard high schools, for three months. <span style="float:right">Apportionment of residue.</span> <span style="float:right">County superintendents and assistants. City superintendents. Supervisors. Principals of elementary and high schools.</span>

SEC. 5. That section five thousand four hundred and eighty-eight of the Consolidated Statutes, as amended, be and the same is hereby further amended by adding at the end thereof the following: "*Provided*, that no action in the nature of a writ of mandamus shall be brought against the board of county commissioners to compel said board to levy a rate of taxation greater than the rate authorized by the General Assembly." <span style="float:right">Proviso: mandamus for increase of tax rate not to lie.</span>

SEC. 6. All laws and clauses of laws in conflict with the provisions of this act are hereby repealed. <span style="float:right">Repealing clause.</span>

SEC. 7. This act shall be in full force and effect on and after the date of its ratification.

Ratified this the 20th day of December, A.D. 1921.

---

### CHAPTER 6

### AN ACT TO PROTECT ANIMALS AND GAME IN PARKS AND GAME RESERVATIONS IN EITHER PRIVATE OR PUBLIC PARKS OR PLACES.

*The General Assembly of North Carolina do enact:*

SECTION 1. That it shall be unlawful for any person or persons to hunt, trap, capture, willfully disturb, or kill any animal or bird of any kind whatever, or take the eggs of any bird within the limits of any park or reservation for the protection, breeding, or keeping of any animals, game, or other birds, including buffalo, elk, deer, and such other animals or birds as may be kept in the aforesaid park or reservation, by any person or persons either in connection with the Government of the United States, or any department thereof, or held or owned by any private person or corporation. <span style="float:right">Protection of game in parks or reservations.</span>

SEC. 2. That any person or persons who shall hunt, trap, capture, willfully disturb, or kill any animal or bird, or take the eggs of any bird of any kind or description in any park or reservation <span style="float:right">Misdemeanor.</span>

**Punishment.**

as described in section one of this act, at any time during the year, shall be guilty of a misdemeanor, and shall be fined or imprisoned in the discretion of the court for each and every offense.

**Carrying weapons in parks or reservations.**
**Misdemeanor.**

Sec. 3. That any person who shall carry a pistol, revolver, or gun in any park or reservation such as is described in section one of this act, without having first obtained the written permission of the owner or manager of said park or reservation, shall be guilty of a misdemeanor, or shall be fined or imprisoned, in the discretion of the court, for each and every offense.

**Punishment.**

**Application of act.**

Sec. 4. That the provisions of this act shall apply only to that part of the State of North Carolina situated west of the main line of the Southern Railway running from Danville, Virginia, by Greensboro, Salisbury, Charlotte, and Atlanta, Georgia.

**Repealing clause.**

Sec. 5. All laws and clauses of laws in conflict with this act are hereby repealed.

Sec. 6. That this act shall be in force from and after its ratification.

Ratified this the 15th day of December, A.D. 1921.

---

## CHAPTER 7

### AN ACT TO CHANGE THE MONTH DURING WHICH ACCOUNTS OF STATE OFFICERS ARE EXAMINED BY COMMISSIONERS OF THE LEGISLATURE.

*The General Assembly of North Carolina do enact:*

**Date changed.**

Section 1. That section seven thousand six hundred and ninety-two of the Consolidated Statutes be and the same is hereby amended by striking out the word "December" in line six of said section and inserting in lieu thereof the word "July."

Sec. 2. That this act shall be in force from and after its ratification.

Ratified this the 10th day of December, A.D. 1921.

---

## CHAPTER 8

### AN ACT TO AUTHORIZE THE TREASURER TO BORROW NOT EXCEEDING $710,000 FOR THE STATE PUBLIC SCHOOL FUND.

**Preamble: tax at special session.**

**Purpose.**

Whereas the special session of the General Assembly of one thousand nine hundred and twenty, chapter ninety-one, section one, Public Laws, provided a State tax of thirteen cents for the purpose of paying "one-half the annual salary of the county superintendents and three months salary of all teachers of all sorts

USCA4 Appeal 23-1718   Doc. 41   Filed 08/18/2023   Pg: 424 of 439

# DIGEST OF THE

# CHARTER AND ORDINANCES

OF THE

# CITY OF CHATTANOOGA

IN FORCE ON JANUARY 1st, 1922.

---

ALSO CONTAINING STATE LAWS INCORPORATING AND
RELATING TO SAID CITY, FRANCHISES GRANTED
BY SAID CITY AND A DIGEST OF THE BONDED
INDEBTEDNESS THEREOF.

---

COMPILED BY

FRANK S. CARDEN, City Attorney,

and

RUTH DURANT EVANS, Member of the Chattanooga Bar.

1922

LONG-JOHNSON PRINTING COMPANY
Jackson, Tennessee

Add. 413

MAY 28 1923

**Add. 414**

USCA4 Appeal: 23-1718   Doc: 41   Filed: 09/18/2023   Pg: 426 of 439

## CHAPTER 2.

## PUBLIC GROUNDS.

Article    I.    General Regulations for Public Parks.
   II.    Citizens' Cemetery Park.
   III.    Trees on Streets of City.

---

## ARTICLE I.

## GENERAL REGULATIONS OF PUBLIC PARKS.

**Section 509. Unlawful to drive any animal or vehicle in parks except along driveways, &c. Unlawful to drive certain vehicles along driveways.**—It shall be unlawful for any person to drive or propel any vehicle, or drive any horse or other animal in, or over or through any park, except along and upon park drives, parkways and park boulevards, or to drive or propel along or over any park drive, parkway or park boulevard, any heavily laden vehicle or any vehicle carrying or ordinarily used in carrying merchandise, goods, tools, material or rubbish, or any market wagon, farm wagon, milk wagon, dirt cart, moving van, dray or truck, or any hearse, or any vehicle carrying the body of a deceased person, or any carriage or other vehicle being a part of a funeral procession, going to or returning from a cemetery. (Ordinance No. 1377, Sec. 1, Book A-1, Page 54).

**Section 510. Speed of vehicles on driveway.**—It shall be unlawful for any person to drive or propel over or along any park drive, parkway or park or playground, any vehicle, or to ride or drive any horse or other animals, or any bicycle, tricycle or automobile, at a careless, indifferent or reckless speed. (Ordinance No. 1377, Sec. 2, Book A-1, Page 54).

**Section 511. Unlawful to drive stock through park or allow trespass of stock.**—It shall be unlawful to lead a horse or other animal, or drive stock of any kind through or upon park property or to permit stock of any kind to trespass upon or damage park property or grounds, and the owners of such stock thus trespassing are hereby made amenable to the penalties under this ordinance. (Ordinance No. 1377, Sec. 3, Book A-1, Page 54).

**Section 512. Unlawful to erect billboards, &c.**—It shall be unlawful for any person to place or erect any structure, sign, bulletin board, or advertising device of any kind whatever in any park, or to attach any notice, bill, poster, sign, wire, rod or cord to any tree, shrub, fence, railing, post or structure belonging to any park; PROVIDED, that the Park Commissioner may permit the erection of temporary decorations on occasions of public celebrations or holidays. (Ordinance No. 1377, Sec. 4, Book A-1, Page 54).

**Section 513. Unlawful to injure &c. any tree &c.**—It shall be unlawful for any person to remove, destroy, mutilate or deface any structure, monument, statue, vase, fountain, wall, fence, vehicle, bench, tree, shrub, fern, plant, flower or other property in any park. (Ordinance No. 1377, Sec. 5, Book A-1, Page 54).

**Section 514. Unlawful to stand, &c. on any flower-bed, monument, fence, &c.**—It shall be unlawful for any person to walk, stand or sit on any border, flower bed, monument, vase, fountain, railing or fence in any park, or enter or leave a park by climbing over or forcing a way through any fence or gates in any park. (Ordinance No. 1377, Sec. 6, Book A-1, Page 54).

**Section 515. Unlawful to allow dog or other animal to run at large.**—It shall be unlawful for any person to allow or permit any dog or other animal to run at large in any park, or enter any of the lakes, ponds, fountains, or streams therein. (Ordinance No. 1377, Sec. 7, Book A-1, Page 54).

**Section 516. Offenses against public safety, good morals and the public peace, unlawful. Unlawful to sell or advertise any article, &c.**—It shall be unlawful to discharge or carry firearms, firecrackers, torpedoes, or fireworks, but this prohibition shall not apply to the display of fireworks under municipal authority, to make any fire, to have any intoxicating beverage; to sell, offer, or expose for sale any goods, or wares, except under a written license from the Park Commissioner; to post or display any sign, placard, flag, or advertising device without such license; to solicit any subscription or contribution; to play any game of chance, or to have possession of any instrument of gambling; to make any oration, harangue, or loud outcry; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy any other visitor. (Ordinance No. 1377, Sec. 8, Book A-1, Page 54).

**Section 517. Unlawful to hold public meetings, &c. without consent of the Department of Public Utilities, Grounds and Buildings.**—It shall be unlawful for any person to hold any public meeting or gathering, or make any public speech in any park, except upon arrangements being made therefor with the Department of Public Utilities, Grounds and Buildings. (Ordinance No. 1377, Sec. 9, Book A-1, Page 54).

**Section 518. Unlawful to hitch horse to tree &c. or allow horse unhitched.**—It shall be unlawful for any person to hitch any horse or other animal to any trees, shrubs, fence, railing or other structure, except such as are provided for that purpose, or to allow any horse or other animal to remain unhitched beyond the reach of the driver or attendant, in any park. (Ordinance No. 1377, Sec. 10, Book A-1, Page 54).

**Section 519. Intoxicated person not to enter parks.**—It shall be unlawful for any intoxicated person to enter or remain within any park. (Ordinance No. 1377, Sec. 11, Book A-1, Page 54).

**Section 520. Unlawful to ride bicycles &c. except along driveways &c.**—It shall be unlawful for any person to ride any bicycle, tricycle or autocycle through any park, except along and upon the park drives, parkways, park boulevards and upon paths set apart and designated as "Bicycle paths." (Ordinance No. 1377, Sec. 12, Book A-1, Page 54).

**Section 521. Unlawful to play baseball, &c. except at places designated.**—It shall be unlawful for any person to play at any game of baseball, football, golf, cricket, lacrosse, polo, hockey, or other game of like character in any park, except at the place or places set apart and designated as grounds for such games and athletic sports, and then only upon such terms as the Commissioner of Public Utilities, Grounds and Buildings may designate. (Ordinance No. 1377, Sec. 13, Book A-1, Page 54).

USCA4 Appeal: 23-1719   Doc: 41   Filed: 09/19/2023   Pg: 428 of 439

**Section 522. Unlawful to void excrement or urine except at places provided.**—It shall be unlawful to void excrement or urine within the limits of any park or playground excepting in such place or apartment as is or shall be specially provided for such purpose; or to use or enter any apartment established for persons of opposite sex exclusively. (Ordinance No. 1377, Sec. 14, Book A-1, Page 54).

**Section 523. Unlawful to sleep or lie upon any seat, &c.**—It shall be unlawful to sleep upon, or lie upon or overturn any seat or swing or other appliance of any park or playground. (Ordinance No. 1377, Sec. 15, Book A-1, Page 54).

**Section 524. Unlawful to molest any bird, &c.**—It shall be unlawful to take or molest any bird, fish or frog or any live animal or bird egg, or in any way interfere with bird nests, or with any cage, box, place, or enclosure for the protection of any bird, fish or any live animal. (Ordinance No. 1377, Sec. 16, Book A-1, Page 55).

**Section 525. Unlawful for men to occupy any location set apart for women and children.**—It shall be unlawful for men to occupy any seat or location designated or set apart for women or children. (Ordinance No. 1377, Sec. 17, Book A-1, Page 55).

**Section 526. Unlawful to destroy, &c. Notices &c. of the Commissioner of Public Utilities, Grounds and Buildings.**—It shall be unlawful to deface, or tear down any rules, regulations or notices established by the Commissioner of Public Utilities, Grounds and Buildings. (Ordinance No. 1377, Sec. 18, Book A-1, Page 55).

**Section 527. Misdemeanor to violate foregoing sections.**—Any person who shall violate or fail to comply with any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof before the City Judge shall be punished by a fine of not less than two nor more than fifty dollars. (Ordinance No. 1377, Sec. 19, Book A-1, Page 55).

**Section 528. Jurisdiction of Commissioner of Public Utilities, Grounds and Buildings over parks, &c.**—The Commissioner of Public Utilities, Grounds and Buildings shall have charge and general supervision over all squares, parks and zoological exhibits belonging to the City of Chattanooga. (Ordinance No. 1103, Sec. 5, Book E, Page 403).

# ARTICLE II.
## CITIZENS' CEMETERY PARK.

**Section 529. Making Citizens' Cemetery a public park under name of "Citizens' Cemetery Park."**—The plot of ground within the corporate limits of the city, now known as the Citizens' Cemetery, is hereby given the status of a public park under the name of Citizens' Cemetery Park, and placed under the Department of Public Utilities, Grounds and Buildings. (Ordinance No. 1422, Sec. 1, Book A-1, Page 130).

**Section 530. Commissioner of Public Utilities, Grounds and Buildings to govern same.**—The Commissioner of said Department is authorized to make all proper rules and regulations governing the care and use of said park. And he is authorized, through his subordinates or otherwise, to see that all such

PARKS, PLAYGROUNDS, BEACHES, STREET TREE PLANTING  809

| Name. | Location. |
| --- | --- |
| Rocky Ledge beach | Lake Michigan, foot of 79th st. |
| Rogers Park beach | Lake Michigan and Kenilworth ave. |

### SWIMMING POOLS.

| | |
| --- | --- |
| Beilfuss natatorium | 1725 N. Springfield ave. |
| Griffith natatorium | 104th st. and Harvard ave. |
| Jackson natatorium | 3506 W. Fillmore st. |
| Washington Heights pool | 104th st. and Vincennes ave. |

**2867.  Police powers of officers of bureau.]**  Such employes of the bureau of parks, playgrounds and bathing beaches as the commissioner of public works or the secretary of said bureau may designate shall have full police powers, and for that purpose shall be sworn in as special policemen by the superintendent of police, and furnished with suitable badges of authority, and shall also have full power to eject from any public park, playground or bathing beach any person who acts in a disorderly manner, or in a manner calculated to injure the property of the city within such public park, playground or bathing beach, or in a manner calculated to interfere with the full enjoyment of same by the public.

### ARTICLE II.

#### REGULATIONS.

**2868.  Entrance and egress.]**  Wherever any park, public playground or bathing beach of the city is enclosed, no person shall enter or leave the same except by the gateways.  No person shall climb or walk upon the walls or fences thereof.  Any of the entrances to such parks, playgrounds or bathing beaches of the city may be closed at any time by the direction of the officer or employe in charge of same.

**2869.  Animals prohibited.]**  No person shall bring or lead any dog in any parkway or public playground unless it is held by a suitable cord or chain, not more than six feet long and is muzzled, and no person shall bring or lead any dog or other animal onto the premises of any bathing beach.

**2870.  Firearms—missiles.]**  All persons are forbidden to carry firearms or to throw stones or other missiles within any of the parks, public playgrounds or bathing beaches of the city, and all persons are forbidden to cut, break or in any way injure or deface trees, shrubs, plants, turf or any of the buildings, fences, bridges or other construction or property contained therein.

**2871.  Peddling and hawking prohibited.]**  No person shall expose any article or thing for sale within any such public park, playground or bathing beach, nor shall any hawking or peddling be allowed therein without permission so to do in writing from the commissioner of public works.

**2872.  Indecent words—fortune telling.]**  No threatening, abusive, insulting or indecent language shall be allowed in any part of such parks, public playgrounds or bathing beaches; nor shall any conduct be permitted whereby a breach of the peace may be occasioned; nor shall any person tell fortunes or play any game of chance at or with any table or instrument of gaming, nor shall any person commit any obscene or indecent act therein.

Add. 418

810                    GENERAL ORDINANCES

**2873. Bill posting prohibited.]** No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within any such park, public playground or bathing beach belonging to the city, nor upon any of the gates or inclosures thereof.

**2874. Prohibited uses.]** No person shall play upon any musical instrument, nor shall any person take into, or carry or display in any park, public playground or bathing beach, any flag, banner, target or transparency, nor shall any military company parade, drill, or perform therein any military or other evolutions or movements, without a special permit from the commissioner of public works.

**2875. Bonfires.]** No person shall light, make or use any bonfire in any such park, public playground or bathing beach.

**2876. Grass.]** No person or persons shall be allowed to play ball or other games likely to injure the grass, lawn, turf or shrubbery in any of the city parks, except in such places as may be provided for that purpose.

**2877. Penalty.]** Any person who shall violate any of the provisions of this article shall be fined not less than five dollars nor more than one hundred dollars for each offense.

### ARTICLE III.

#### WARD PLAY GROUNDS.

**2878. Aldermen may provide.]** Each alderman, for and in the ward which he represents, may, without charge to the city, provide such playgrounds, parks, breathing spaces and places of amusement as he in his own judgment shall deem fit, and may fence them in, and provide all paraphernalia necessary; such playgrounds, parks, breathing spaces and places of amusement to be under the sole care and control of the alderman providing the same.

No entrance or admission fee shall be charged to such places so provided.

**2879. Skating rinks—free water.]** During the winter months the alderman providing such playgrounds or places of amusement may so change them as to make rinks for skating and kindred purposes, and to do so may use water taken from the city hydrants without charge.

**2880. Free electric lights.]** Whenever any public playground, park, breathing space or place of amusement shall be established in the city, in accordance with this article, the commissioner of gas and electricity is hereby authorized and directed to conduct electric light wires to such play ground, park, breathing space or place of amusement, and to erect and equip a sufficient number of lamps to light such grounds, and to supply enough electric current to keep such lights burning from sundown to eleven o'clock at night, or during such time as the alderman in charge thereof shall determine.

### ARTICLE IV.

#### TREES, PLANTS AND SHRUBS IN PUBLIC HIGHWAYS—CITY FORESTER.

**2881. Powers of the bureau of parks, play grounds and bathing beaches—duties of city forester.]** The bureau of parks, playgrounds and bathing beaches, under the direction of the commissioner of public works shall have full power and authority over all trees, plants and

USCA4 Appeal: 23-1719     Doc: 41     Filed: 09/19/2023     Pg: 431 of 439

# Maryland Register

**WEDNESDAY, APRIL 30, 1975**
**ANNAPOLIS, MD.**

Volume 2     NUMBER 9

Pages 649-718



## IN THIS ISSUE

The Governor
The Courts
  Court of Appeals of Maryland
  Administrative Office of the Courts
Department of Agriculture
  Animal Industries
  Animal Health Section
  Board of Veterinary Medical Examiners
Department of Education
  Maryland State Board of Education
Department of Employment and Social Services
  Social Services Administration
Department of General Services
  General Professional Services Selection Board
  Office of the Secretary
Department of Health and Mental Hygiene
  Bureau of Air Quality and Noise Control
  Division of Health Facilities Development
  Division of Hearings and Regulations
  Medical Care Programs Administration
  Mental Health and Mental Retardation Centers
  Mental Hygiene Administration
Department of Law
  Division of Consumer Protection
Department of Licensing and Regulation
  Board of Registration for Professional Engineers and
    Professional Land Surveyors
  Division of Building, Savings and Loan Associations
  Division of Labor and Industry
  Maryland State Board of Censors
Department of Natural Resources
  Bureau of Programs Administration
  Park Service
  Water Resources Administration
Department of Personnel
  State Retirement Systems
Department of Transportation
  Maryland Port Administration
  State Highway Administration
Governor's Commission to Study Implementation of the
  Equal Rights Amendment
Governor's Commission to Study Child Labor Laws
Maryland Commission on Aging

**This issue contains documents officially
filed through Noon, April 23, 1975**

**Add. 420**

**HOW TO CITE:** Cite all material in the Maryland Register by Volume number and page number. Example: Volume 1, *Maryland Register,* page 801 (short form: 1 Md. R. 801).

## PUBLIC INSPECTION OF DOCUMENTS

A certified copy of each document filed with the Administrator, Division of State Documents, is available for public inspection during normal business hours. The office of the Division of State Documents is located in the Jeffrey Building, 16 Francis Street, Annapolis, Maryland 21401. Office hours are 9 a.m. to 5 p.m., Monday through Friday. Telephone inquiries may be made by calling 301/267-1486. Copies of documents may be made at a cost of 10 cents per page.

Pursuant to Art. 41, § 256-I(d), *Annotated Code of Maryland,* copies of every document are kept on file by the Division for one year after publication. Thereafter, all documents, except executive orders and court rules, are delivered by the Division to the Hall of Records Commission.

ROBERT J. COLBORN, JR.,
*Administrator,*
*Division of State Documents*

## REPUBLICATION OF OFFICIAL DOCUMENTS

All documents appearing in the *Maryland Register* are prepared and printed at public expense. There are no restrictions on the republication of official documents appearing in the *Maryland Register.* All media services are especially encouraged to give wide publicity to all documents printed in the *Maryland Register.*

## BACK ISSUES

Back issues of the Maryland Register can be ordered from the Division of State Documents for $1.00 per issue plus $1.00 for postage and handling. Orders should be mailed to:

Circulation Desk
MARYLAND REGISTER
Division of State Documents
P. O. Box 802
Annapolis, Maryland 21404

Back issues presently available are:

| Vol. 1, | No. 1 (October 17, 1974) | Vol. 2, | No. 1 (January 8, 1975) |
|---|---|---|---|
| | No. 2 (October 30, 1974) | | No. 2 (January 22, 1975) |
| | No. 3 (November 13, 1974) | | No. 3 (February 5, 1975) |
| | No. 4 (November 27, 1974) | | No. 4 (February 19, 1975) |
| | No. 5 (December 11, 1974) | | No. 5 (March 5, 1975) |
| | No. 6 (December 25, 1974) | | No. 6 (March 19, 1975) |
| | | | No. 7 (April 2, 1975) |
| | | | No. 8 (April 16, 1975) |
| | | | No. 9 (April 30, 1975) |

---

**MARYLAND**  **REGISTER**

published bi-weekly (except for additional issue in January, April, July and October), by State of Maryland, Division of State Documents, P. O. Box 802, Annapolis, Md. 21404, pursuant to Art. 41, §§ 256B-256S, Annotated Code of Maryland (1974 Supp.). Subscription rate $25.00 per year, postpaid to points in the United States. Second-class postage paid at Annapolis, Maryland, and at additional mailing offices.

Changes of address notices, subscription orders, and undelivered copies should be sent to:

MARYLAND REGISTER,
Division of State Documents,
P. O. Box 802,
Annapolis, Maryland 21404

The *Maryland Register* is an official publication of the State of Maryland. It contains adopted, emergency and proposed administrative rules, as well as other documents filed with the Division of State Documents pursuant to Art. 41, §§ 256B-256S, Annotated Code of Maryland (1974 Supp.), and supplements the Code of Maryland Regulations (COMAR). The text of documents appearing in the *Maryland Register* is the only official, valid and enforceable text of such documents.

Marvin Mandel,
*Governor*
Fred L. Wineland,
*Secretary of State*
Robert J. Colborn, Jr.,
*Administrator*
*Division of State Documents*

Stephen M. Schenning,
*Issue Editor*
Karin A. Quimby,
Christiana D. White,
*Associate Editors*
Susan Zaruba,
*Secretary*

**Add. 421**

# Contents

## THE GOVERNOR

**EXECUTIVE ORDERS:**

Creation and functions of Governor's Commission on Law Enforcement and the Administration of Justice .............. 654
Interagency Committee on Specialized Transportation ...... 654

## THE COURTS

**COURT OF APPEALS OF MARYLAND**

Appellate Judicial Nominating Commission, appointment to the ....................... 656
Schedule ..................... 656
Trial Court Judicial Nominating Commissions, appointments to the ....................... 656

**ADMINISTRATIVE OFFICE OF THE COURTS**

Administrative Memorandum No. 75-10 ..................... 657
Administrative Memorandum No. 75-11 ..................... 658

## EXECUTIVE AGENCIES

**ANIMAL HEALTH SECTION**

**Adopted Rules and Regulations**

Equine infectious anemia ...... 678
Feeding garbage to swine ...... 678

**ANIMAL INDUSTRIES**

**Proposed Rules and Regulations**

Health regulations for livestock exhibited in Maryland ....... 701
Meat inspection regulations (2 documents) ........... 697, 700

**BOARD OF REGISTRATION FOR PROFESSIONAL ENGINEERS AND PROFESSIONAL LAND SURVEYORS**

**Proposed Rules and Regulations**

Code of ethics for the practice of engineering and land surveying ....................... 694

**BOARD OF VETERINARY MEDICAL EXAMINERS**

**Adopted Rules and Regulations**

Regulations to provide for the issuance of permits for the use of sodium pentobarbital ...... 678

**BUREAU OF AIR QUALITY AND NOISE CONTROL**

**Notice**

Air pollution regulation exception ..................... 705

**BUREAU OF MINES**

**Notice**

Notice of meeting ............ 707

**CAPITAL PROGRAMS ADMINISTRATION**

**Notice**

Notice to contractors, invitation to bid ..................... 707

**DEPARTMENT OF AGRICULTURE**

*See* Animal Industries
    Animal Health Section
    Board of Veterinary Medical Examiners

**DEPARTMENT OF EDUCATION**

*See* Maryland State Board of Education

**DEPARTMENT OF EMPLOYMENT AND SOCIAL SERVICES**

*See* Social Services Administration

**DEPARTMENT OF GENERAL SERVICES**

*See also* General Professional Services Selection Board
    Office of the Secretary

**Notice**

Bid requests for State construction projects .............. 703

**DEPARTMENT OF HEALTH AND MENTAL HYGIENE**

*See* Bureau of Air Quality and Noise Control
    Division of Health Facilities Development
    Division of Hearings and Regulations
    Medical Care Programs Administration
    Mental Health and Mental Retardation Centers
    Mental Hygiene Administration

**DEPARTMENT OF LAW**

*See* Division of Consumer Protection

**DEPARTMENT OF LICENSING AND REGULATION**

*See* Board of Registration for Professional Engineers and Professional Land Surveyors
    Division of Building, Savings and Loan Associations

Division of Labor and Industry
Maryland State Board of Censors

**DEPARTMENT OF NATURAL RESOURCES**

*See* Bureau of Mines
    Capital Programs Administration
    Park Service
    Water Resources Administration

**DEPARTMENT OF PERSONNEL**

*See* State Retirement Systems

**DEPARTMENT OF TRANSPORTATION**

*See* Maryland Port Administration
    State Highway Administration

**DIVISION OF BUILDING, SAVINGS AND LOAN ASSOCIATIONS**

**Notices**

Monthly meeting of Board of Building, Savings and Loan Association Commissioners, notice of ..................... 705
Applications to establish and maintain a branch office:
    Baltimore County Savings and Loan Association ......... 706
    Maryland Capital Savings and Loan Association ......... 706

**DIVISION OF CONSUMER PROTECTION**

**Notice**

Public hearing, notice of ...... 705

**DIVISION OF HEALTH FACILITIES DEVELOPMENT**

**Adopted Rules and Regulations**

Regulations governing group day care centers ............... 677

**DIVISION OF HEARINGS AND REGULATIONS**

**Notice**

Notice of public hearing (MCHPA Registration No. 74-15-0276) (Hearing Office No. 1122-1-GCH) ................. 705

**DIVISION OF LABOR AND INDUSTRY**

*See also* Governor's Commission to Study Child Labor Laws

**Adopted Rules and Regulations**

Contracts for public works ...... 677
ERRATA ..................... 718

**GASOLINE TAX DIVISION**

**Proposed Rules and Regulations**

Regulations governing motor fuel carriers .................. 679
Regulations governing motor fuel inspection ................. 680

(Continued on next page)



**PROPOSED RULES AND REGULATIONS**                                    **689**

F. CLIENT RESPONSIBILITY. IT IS THE CONTINU-ING RESPONSIBILITY OF THE RECIPIENTS OF ASSIS-TANCE IN THIS CATEGORY TO REPORT ANY CHANGE IN ASSISTANCE UNIT SIZE OR CIRCUMSTANCES TO THE LOCAL DEPARTMENT MAKING THE PAYMENT.

## SCHEDULE H
### MARYLAND CONSOLIDATED STANDARDS OF NEED FOR AFDC AND ALLOWABLE AMOUNTS TO BE PAID BASED ON AVAILABLE FUNDS

| I<br>NUMBER OF PERSONS IN ASSISTANCE UNIT (INCLUDE AN UNBORN CHILD AS A PERSON) | II<br>ALLOWABLE MONTHLY AMOUNT TO BE PAID BASED ON AVAILABLE FUNDS | III<br>MARYLAND STANDARDS OF NEED FOR AFDC |
|---|---|---|
| 1 | $ 89.00 | $115.18 |
| 2 | 156.00 | 202.93 |
| 3 | 200.00 | 259.15 |
| 4 | 242.00 | 314.13 |
| 5 | 280.00 | 363.40 |
| 6 | 308.00 | 400.39 |
| 7 | 347.00 | 450.97 |
| 8 | 380.00 | 493.25 |
| 9 | 412.00 | 534.72 |
| 10 | 444.00 | 576.18 |
| 11 | 476.00 | 617.64 |
| 12 | 508.00 | 659.11 |
| 13 | 540.00 | 700.57 |
| 14 | 572.00 | 742.04 |
| 15 | 604.00 | 783.50 |
| 16 | 636.00 | 824.96 |
| EACH ADDITIONAL PERSON OVER 16 PERSONS | ADD   32.00 | ADD   41.46 |



### PUBLIC COMMENT

Notice is given that the Secretary, Department of Employment and Social Services, is proposing to amend COMAR 07.02.09.05 and .11 and to adopt a new .20. The proposal establishes a consolidated standard known as a "flat grant" for public assistance. The proposal also provides for state and local fund supplementation for AFDC under a new category of assistance entitled Public Assistance to Families with Dependent Children (PAFDC). The new category is in response to Art. 88A, § 17b, *Annotated Code of Maryland*, which prohibits a decrease in the monetary amount of assistance solely as a result of the implementation of a system of flat grant payments.

Comments, suggestions, or objections should be submitted in writing to the Assistant Secretary for Administration, 1100 North Eutaw Street (Sixth Floor), Baltimore, Maryland 21201, to arrive no later than May 24, 1975. Any member of the public who wishes to express his views with respect to the intended action may do so on Tuesday, May 27, 1975, at 2:30 p.m. in Conference Rooms A and B at the above address.

RICHARD A. BATTERTON,
*Secretary,*
*Department of Employment and*
*Social Services*

[Md. R. Doc. 75-266. Filed April 21, 1975.]

# Title 08—DEPARTMENT OF NATURAL RESOURCES

## PARK SERVICE

### 08.08.00 Regulations Governing the Use of State Parks

Pursuant to the provisions of Nat. Res. Art. § 5-209, *Annotated Code of Maryland* (1974 Volume), the following regulations governing the use of state parks are proposed for adoption by the Secretary of Natural Resources.

[.01 **General.** The state parks of Maryland are for the use and enjoyment of the public. They are administered in such a manner as to promote the designated uses of the parks for the benefit of all persons and to conserve these areas. In order to maintain state parks in a useful condition and protect them from fire and other damage resulting from improper use, each individual must conform to both the letter and spirit of the regulations governing the use of state parks. In order to conserve these state parks in the interest of the public, these regulations will be strictly enforced.]

[.02 **Authorization for Regulations on the Use of State Parks.** Rules and regulations governing the use of state parks are authorized by Article 66C, Section 375, of the Annotated Code of Maryland (1970 Replacement Volume),



---

**SYMBOLOGY:** Capitals indicate new matter. [Brackets] indicate matter stricken from existing rule. [ [Double brackets] ] indicate matter stricken from proposed rule-making. Underlining indicates amendments to proposed rule-making.

692

## PROPOSED RULES AND REGULATIONS

[.04] **.03 Hunting.** [Hunting is permitted only in designated areas of certain state parks. Hunting on such areas shall be by written permit and only during specific seasons.

Sections of the following state parks shall be open to hunting: Calvert Cliffs, Chapel Point, Cunningham Falls, Deep Creek Lake, Janes Island, Patuxent, Rocky Gap, Seneca, and Tuckahoe. These areas are shown on maps on file in the Office of the Secretary of Natural Resources and are marked by signs on the ground.

The permits are issued by the Secretary of Natural Resources or his designees. Violation of any provision or restrictions concomitant to said permit constitutes a violation of this regulation.

All other sections of the state parks are closed to hunting.

Effective October 1, 1973

Amended September 1, 1974]

**A.** PERMIT REQUIRED. A PERSON MAY NOT HUNT IN A STATE PARK, UNLESS HE FIRST OBTAINS A PERMIT FROM THE MARYLAND PARK SERVICE.

**B.** DESIGNATED AREAS.

(1) A PERSON MAY HUNT ONLY IN THE DESIGNATED AREAS OF THE FOLLOWING UNITS OF THE STATE PARK SYSTEM:

  A. CALVERT CLIFFS STATE PARK

  B. CEDARVILLE NATURAL RESOURCE MANAGEMENT AREA

  C. CHAPEL POINT STATE PARK

  D. CUNNINGHAM FALLS STATE PARK

  E. DEEP CREEK LAKE STATE PARK

  F. JANES ISLAND STATE PARK

  G. PATUXENT RIVER STATE PARK

  H. ROCKY GAP STATE PARK

  I. SENECA CREEK STATE PARK

  J. TUCKAHOE STATE PARK

(2) THE DESIGNATED AREAS ARE SHOWN ON MAPS FILED WITH THE DEPARTMENT OF NATURAL RESOURCES AND ARE MARKED ON THE GROUNDS WITH SIGNS.

[.05] **.04 Weapons.**

**A.** DURING HUNTING SEASON, A LICENSED HUNTER MAY CARRY FIREARMS AND BOWS AND ARROWS [firearms may be carried] across [closed] sections of state parks CLOSED TO HUNTING [by licensed hunters during regular hunting seasons] in order to get to sections open to hunting or to other state or private property which is open to hunting. [Such] THE firearms [must be] SHALL BE CARRIED unloaded and cased, or carried unloaded with breech open or broken. BOWS SHALL BE CARRIED UNSTRUNG.

**B.** [No firearms will be permitted on any state park during closed seasons. An exception will be granted for exhibitions approved by the Park Service. Possession or use of all other weapons, including, but not limited to, bows and arrows, handguns and air guns, other than by duly authorized peace officers, is prohibited in state parks at all times.] A PERSON, OTHER THAN A LAW ENFORCEMENT OFFICER, MAY NOT POSSESS A FIREARM OR BOW AND ARROW IN A STATE PARK DURING THE SEASON CLOSED TO HUNTING. THE PARK SERVICE MAY APPROVE AN EXCEPTION FOR AN ARCHERY RANGE OR AN EXHIBITION.

[.06] **.05 Fishing.** [Fishing is permitted in state parks, except in posted areas, provided it is done in conformity with state law.] A PERSON MAY FISH IN THE WATERS OF A STATE PARK, EXCEPT IN A POSTED AREA, IF HE COMPLIES WITH STATE FISHING LAWS.

[.07] **.06 Closing Against Entry.** [No person or vehicle other than a police officer or an employee of the Park Service on official business may] A PERSON MAY NOT enter [go upon,] or remain [upon] ON lands or waters owned or managed by the Park Service after the posted hours for closing to public use. [or during such periods when such lands are] A PERSON MAY NOT ENTER OR REMAIN ON AN AREA closed to public entry by proclamation of the Secretary of Natural Resources. This regulation does not apply to employees of the Department on official business.

[.08] **.07 Swimming.**

**A.** [No] A person [shall] MAY NOT bathe, wade, or swim in any waters of A state [parks] PARK, except at [such] THE times and [in] places designated [by the ranger in charge] .

**B.** [No person shall] A PERSON MAY NOT bathe, wade, or swim IN A STATE PARK, unless clothed in proper apparel to prevent indecent exposure of the person.

**C.** [Dressing or undressing] A PERSON MAY NOT UNDRESS IN A STATE PARK except in bathhouses, tents, campers, camper trailers, or vacation cabins [is prohibited] .

[.09] **.08 Camping.** [Provided that a permit is secured from the Park Service, camps may be established and cabins occupied in state parks. Such use] A PERSON MAY ESTABLISH A CAMP OR OCCUPY A CABIN IN A STATE PARK IF HE FIRST OBTAINS A PERMIT FROM THE PARK SERVICE. THE USE OF THE CAMP OR CABIN is limited to the place and [during] the period specified in the permit.

[.10] **.09 Private Watercraft.** [Except as herein specified, private watercraft, such as rowboats, canoes, or sailboats, except with a written permit issued by the Park Service, may not be launched or used on lakes, ponds, or other impoundments in state parks during the period from May 15-September 15 of each year. Permits may be granted by the Park Service during the period from September 15-May 15 of each year. Gasoline motors of all kinds are prohibited on all lakes, ponds, or other impoundments on state parks at all times. The sole exception to the use of gasoline motors is their use by park personnel or a designated concessionaire for the safety and protection of the public.]

**A.** PERMIT REQUIRED. FROM MAY 15 TO SEPTEMBER 15, BOTH DAYS INCLUSIVE, A PERSON MAY NOT LAUNCH OR USE A ROWBOAT, CANOE, SAILBOAT, OR OTHER PRIVATELY OWNED VESSEL ON A LAKE, POND OR OTHER IMPOUNDMENT OF WATER IN A STATE PARK, UNLESS HE FIRST OBTAINS A PERMIT FROM THE PARK SERVICE. THE PARK SERVICE MAY ISSUE PERMITS FROM SEPTEMBER 16 TO MAY 14. BOTH DAYS INCLUSIVE.

**B.** GASOLINE ENGINES. WITH THE EXCEPTION OF PARK PERSONNEL IN THE PERFORMANCE OF THEIR DUTIES, A PERSON MAY NOT OPERATE A VESSEL WITH A GASOLINE ENGINE ON ANY LAKE, POND, OR OTHER IMPOUNDMENT OF WATER IN A STATE PARK.

**C.** USE OF ROCKY GAP LAKE. Private watercraft are allowed on Rocky Gap Lake under the following conditions:

[A.](1) [Persons] BEFORE using private watercraft on the lake, [must] A PERSON SHALL register at the park office or other designated place.

[B.](2) [Electric motors] A PERSON MAY USE AN ELECTRIC MOTOR up to one horsepower [are permitted. Gasoline operated motors are prohibited except as herein specified] .

[C.](3) THERE IS no special fee for boaters [is made.] , HOWEVER boaters are subject to the standard service fee at the park. [during those periods that the fee is levied] .

Add. 424



# THE CODE

OF THE

# STATE OF GEORGIA.

PREPARED BY

R. H. CLARK, T. R. R. COBB AND D. IRWIN.

REVISED AND CORRECTED BY

DAVID IRWIN.

## SECOND EDITION

REVISED, CORRECTED AND ANNOTATED BY

DAVID IRWIN, GEO. N. LESTER AND W. B. HILL.

## FOURTH EDITION.

PREPARED BY

GEO. N. LESTER, C. ROWELL AND W. B. HILL.

ATLANTA, GEORGIA:

JAS. P. HARRISON & CO., PRINTERS AND PUBLISHERS.

1882.

**Add. 425**

Offenses against the public peace and tranquility.

## NINTH DIVISION.

### OFFENSES AGAINST THE PUBLIC PEACE AND TRANQUILITY.

*Mob violence; i. e*
*Lynching / 93. 128*

| SECTION. | | SECTION. | |
|---|---|---|---|
| 4513. | Unlawful assemblies. | 4522. | Printer, witness. |
| 4514. | Riot. | 4523. | Truth proved. |
| 4515. | Affrays. | 4524. | Forcible entry. |
| 4516. | Dueling, challenging. | 4525. | Forcible detainer. |
| 4517. | Seconds. | 4526. | Punishment. |
| 4518. | Dueling, fighting. | 4527. | Carrying deadly weapons. |
| 4519. | Officers not preventing. | 4528. | Prohibited at public places. |
| 4520. | Charging the " coward." | 4528. (a.) | Pointing weapon at another. |
| 4521. | Libel. | 4529. | Other offenses. |

§4513. (4440.) (4399.) *Unlawful assemblies.* If two or more persons assemble for the purpose of disturbing the public peace, or committing any unlawful act, and do not disperse on being commanded to do so by a Judge, Justice, Sheriff, constable, coroner, or other peace officer, such person so offending shall be guilty of a misdemeanor, and, on conviction, shall be punished as prescribed in section 4310 of this Code.

§4514. (4441.) (4400.) *Riot.* If any two or more persons, either with or without a common cause of quarrel, do an unlawful act of violence, or any other act in a violent and tumultuous manner, such persons so offending shall be guilty of a riot, and, on conviction, shall be punished [as prescribed in section 4310 of this Code.] (a.) (a) Acts of 1865-6, p. 233.

Demand for trial by one of those engaged in a riot, the others continuing their case: 17 Ga., 618. Construction of this law: 20 Ga., 839. No new trial where the charge of the Court was correct, and there was some evidence to support the verdict: 28 Ga., 192. There was no riot where two men fall to fighting each other: 22 Ga., 488. It cannot be committed unless as many as two act in the commission of a common intent: 30 Ga., 27. Where severance on trial of persons charged with a riot is within the Court's discretion: 34 Ga., 10. Sufficient evidence of identity and misnomer in name of one appearing on trial of the other separately, did not vitiate: 38 Ga., 184. Motion in arrest of judgment refused, the facts set up by defendant not appearing from the Court's records: 42 Ga., 203-205. May be tried separately, and the acquittal of one did not operate as an acquittal of the other: 51 Ga., 375. Severance and conviction of all, joint motion for a new trial unobjected to; costs: 52 Ga., 664-7. A weak case, but the verdict not disturbed, no written defense or plea being filed: 60 Ga., 127-8. Two of three convicted under sufficient evidence: 64 Ga., 361.

2 Whart. Cr. Law, §2475; 2 Bish. *Ib.*, §1096; 2 Bish. Cr. Proc., §992; 3 Gr. Ev., §216; 2 Arch. Cr. Pr. and Pl., 1697. "Horning serenade" is: 35 Am. R., 210.

§4515. (4442.) (4401.) *Affrays.* An affray is the fighting of two or more persons in some public place, to the terror of the citizens and disturbance of the public tranquility. Persons so offending shall be indicted, and, on conviction, shall be punished [as prescribed in section 4310 of this Code]; (a.) and it shall be considered a great aggravation of this offense if any contempt or disobedience of the magistrate, or other peace officer commanding the peace, shall be proved. (a) Acts of 1865-6, p. 233.

Two indicted, both must be convicted or neither; words alone will not constitute, but words with acts will; one aiding, assisting and abetting guilty as principal: 13 Ga., 322.

2 Whart. Cr. Law, §2494; 2 Bishop *Ib.*, §32-37; 2 Bish. Cr. Proc., §16; 2 Arch. Cr. Pr. and Pl., 1709; 30 Am. R., 86.

§4516. (4443.) (4402.) *Dueling.* If any person shall deliberately challenge, by word or writing, the person of another, to fight with sword, pistol, or other deadly weapon, or if any person so challenged shall accept the said challenge, in either case, such person so giving, or sending, or accepting any such challenge, shall, on conviction, be punished by a fine not less than five hundred dollars, and be imprisoned in the common jail of the county for any time not exceeding six months. Or, if the jury should so recommend, such person shall, in addition to the fine herein imposed, be punished by imprisonment and labor in

Offenses against the public peace and tranquility.

and considered the author himself, and be indicted and punished as such; and may, moreover, be punished for a contempt of the Court, as any other witness refusing to testify.

§4523. (4450.) (4409.) *The truth is evidence.* In all cases of indict- §2979. ment for a libel, or for slander, the person prosecuted shall be allowed to give the truth in evidence.

§4524. (4451.) (4410.) *Forcible entry.* Forcible entry is the violently §4085 *et seq.* taking possession of lands and tenements with menaces, force and arms, and without authority of law.

The prosecutor dispossessed, or from whom possession detained, a competent witness: 24 Ga., 191. The force must be private, not public, and when the entry under legal process by landlord was not within the terms of this section: 61 Ga., 496.

2 Whart. Cr. Law, §2013; 2 Bish. *Ib.,* §463; 2 Arch. Cr. Pr. and Pl., 1128.

§4525. (4452.) (4411.) *Forcible detainer.* Forcible detainer is the vio- §4085 *et seq.* lently keeping possession of lands and tenements with menaces, force and arms, and without authority of law.

Section cited: 43 Ga., 433.

§4526. (4453.) (4412.) *Punishment for forcible entry or detainer.* Any person who shall be guilty of a forcible entry, or a forcible detainer, or both, may be indicted, and, on conviction, shall be punished by fine or imprisonment in the common jail of the county, or both, at the discretion of the Court; and the Court before whom the conviction takes place shall cause restitution of possession of the premises to be made to the party aggrieved: *Provided, always,* that if the party forcibly detaining lands and tenements, or those under whom he claims, shall have been in peaceable possession of the same for the space of three years or more, immediately preceding the filing of the complaint, such person or party shall not be subject to the penalties of this section, nor shall restitution of possession be made: *and provided, also,* that the only questions to be submitted to and determined by the jury in trials for forcibly entry, or forcible detainer, shall be the possession and the force, without regard to the merits of the title on either side.

§4527. (4454.) (4413.) *Carrying concealed weapons.* Any person hav- Act of 1837, *and.* ing or carrying about his person, unless in an open manner and fully C. p. 848. */F2-5, 4F* exposed to view, any pistol (except horseman's pistol), dirk, sword in a -2, p. 269. cane, spear, bowie knife, or any other kind of knives manufactured (a) Acts of 1865 6, p. and sold for the purpose of offense and defense, shall be guilty of a 233. misdemeanor, and, on conviction, shall be punished as prescribed in section 4310 of this Code.

Constitutionality of the Act of 1837: 1 Ga., 243 251. .Act of 1851-2 did not repeal section 4570: 12 Ga., 1. If weapons carried so that others could see and know it was a pistol or weapon, it was no violation of the Act of 1851-2, although some part of it concealed from view: 32 Ga., 225. Otherwise if so far concealed, although partially exposed to view, so that it could not be readily seen and recognized as a pistol: 32 Ga., 292. Carrying concealed weapons is not always in law evidence of malice: 33 Ga., 303. When cannot prove defendant's custom to carry weapons exposed to view, on a charge of having concealed weapons at a certain time and place: 36 Ga., 242. As to the strict enforcement of this part of the criminal law: 31 Ga., 420-421. Army repeaters and horseman's pistols on the same footing, but not when carried concealed: 44 Ga., 221-2. When no evidence of motive in putting pistol in defendant's pocket: 46 Ga., 294. The Court should not express an opinion on the facts; counsel can present their view of the law and the facts to the jury: 10 Ga., 213; 56/503. Sufficient evidence to sustain the verdict of guilty: 52 Ga., 40. Continuance, evidence: 61 Ga., 481. When mainspring of the weapon disabled so as to prevent its discharge, was no excuse: 61 Ga., 417. Where no legal jeopardy, and newly discovered evidence not a ground for new trial: 60 Ga., 601.

2 Bisb. Cr. Law, §120; 2 Whart. *Ib.,* §2496; 25 Am. R., 561–3, n. Pistols, one unloaded and one without tube, not weapons: 36 Am. R., 15.

§4528. *Deadly weapons not to be carried to public places.* No person in (a) Acts of this State is permitted or allowed to carry about his or her person, any 1870, p. 421. dirk, bowie knife, pistol or revolver, or any kind of deadly weapon to -9, p. 64. any Court of justice, or any election ground or precinct, or any place of

Offenses against the public peace and tranquility.

public worship, or any other public gathering in this State, except militia muster-grounds ; and if any person or persons shall violate any portion of this section, he, she or they shall be guilty of a misdemeanor, and, upon conviction, shall be punished by a fine of not less than twenty nor more than fifty dollars for each and every such offense, or imprisonment in the common jail of the county not less than ten nor more than twenty days, or both, at the discretion of the Court : *Provided*, that this section shall not apply to any Sheriff, deputy Sheriff, coroner, constable, marshal, policeman, or other arresting officer or officers in this State or their posses, acting in the discharge of their official duties.

Indictment sufficient, and this law not unconstitutional: 53 Ga., 472. What is a deadly weapon : 30 Ga., 138 ; 41/155 ; 15/223.

§4528. (a.) *Pointing weapon at another.* Any person who shall intentionally point or aim a gun or pistol, whether loaded or unloaded, at another, not in a sham battle by the military, and not in self-defense, or in defense of habitation, property or person, or other instances standing upon like footing of reason and justice, shall be guilty of a misdemeanor, and, upon conviction thereof, shall be punished as prescribed in section 4310 of this Code.

Acts of 1880 -1, p. 151.

§4529. (4455.) (4414.) *Other offenses against public peace.* All other offenses against the public peace, not provided for in this Code, shall be prosecuted and indicted as heretofore, and the punishment in every such case, shall be [as prescribed in section 4310 of this Code.] (a.)

(a) Acts of 1865-6, p. 233.

Section cited : 53 Ga., 127.

*Rocking cars or shooting at, a misdemeanor-/92-108.*