# EXHIBIT LIST

**Defendant-Appellee's Response to Plaintiff-Appellants' Renewal Motion for An Injunction Pending Appeal**


| Description | Exhibit Number |
|---|---|
| Complaint (without attachments) | 1 |
| First Amended Complaint (without attachments) | 2 |
| Second Amended Complaint (without attachments) | 3 |
| 1886 Md. Laws 315, ch. 189, § 1 | 4 |
| John Prentiss Poe, Maryland Code: Public Local Laws, Adopted by the General Assembly of Maryland, March 14, 1888, at 604 § 71 (1888) | 5 |
| 1874 Md. Laws 366, ch. 250, § 1 | 6 |
| 1870 La. Acts 159-160, no. 100, § 73 | 7 |
| 1837 Md. Acts Ch. 100, An Act for the Preservation of Wild Fowl in the Waters of Smith's Island and its Vicinity, in Somerset County, §§ 1-2 | 8 |
| Pa. General Assembly, P.L. 1083, No. 1020, A Supplement to An Act appropriating ground for public purposes in the city of Philadelphia § 21.2 (1868) | 9 |
| Acts of Assembly Relating to Fairmount Park (Philadelphia, PA) § 21(II) (1870) | 10 |
| Annual Reports of the City Officers and City Boards of the City of Saint Paul, for the Fiscal Year Ending December 31, 1888, at 689 | 11 |

**Description** **Exhibit Number**

A Digest of the Acts of Assembly Relating to and the General Ordinances of the City of Pittsburgh, from 1804 to Jan. 1, 1897, Ordinances – Executive Departments, Bureau of Parks at 496, § 5, Item Third (1893) ....................12

A Digest of the Laws and Ordinances for the Government of the Municipal Corporation of the City of Reading, Pa., Park Rules and Regulations, at 240 (1897) ....................13

City of Trenton, N.J., Charter and Ordinances at 390, An Ordinance Providing for the Government and Protection of Public Parks and Squares of the City of Trenton § 8 (1903) ....................14

1887 N.M. Laws at 56, An Act to Prohibit the Unlawful Carrying and Use of Deadly Weapons, Ch. 30, § 4 ....................15

R. H. Thompson, *The Annotated Code of the General Statute Laws of the State of Mississippi* at 327, § 1030 (1892) ....................16

1859 Conn. Acts at 62, An Act in Addition to and in Alteration of "An Act for Forming And Conducting The Military Force," Chap. 82, § 5 ....................17

1870 Ga. Laws at 421, Title XVI, No. 285, § 1 ....................18

R. H. Clark, *The Code of the State of Georgia* (1882) at 1181-82, Part IV, Title I, Division IX, § 4528 ....................19

1870 Tex. Gen. Laws at 63, Ch. 46, § 1 ....................20

1879 Rev. Statutes of Tex. at 43, Title IX, Ch. 4, Art. 320 ....................21

1875 Mo. Laws at 50-51, § 1 ....................22

John A. Hockaday et al., *Revised Statutes of the State of Missouri 1879*, at 224, §§ 1274, 1275 ....................23

| **Description** | **Exhibit Number** |
|---|---|
| 1883 Mo. Laws at 76, An Act to Amend Section 1274, Article 2, Chapter 24 of the Revised Statutes of Missouri, Entitled "Of Crimes and Criminal Procedure," § 1 | 24 |
| 1877 Va. Acts at 305, Ch. 7, § 21 | 25 |
| 1889 Ariz. Sess. Laws at 17, No. 13 §§ 3, 4 | 26 |
| General Ordinances of the Town of Columbia, in Boone County, Mo., (Lewis M. Switzler ed.) (1890) at 35, Chapter XVII § 163 | 27 |
| 1890 Okla. Laws at 496, Art. 47 § 7 | 28 |
| W. A. McCartney et al., *Statutes of Oklahoma, 1893 Being a Compilation of All the Laws Now in Force in the Territory of Oklahoma* (1893) at 504, Art. 45, § 7 | 29 |
| The Revised Ordinances of the City of Huntsville, Missouri of 1894, at 58-59, An Ordinance in Relation to Carrying Deadly Weapons, §§ 1, 2 | 30 |