HENRY LLOYD, Esquire, Governor.    315

G. L. Copeland; and also to issue his warrant upon the Treasurer for the sum of sixty dollars, payable to the order of Abram Zarks; and also to issue his warrant upon the Treasurer for the sum of sixty dollars, payable to the order of C. E. Gordon; the said sums of money having been paid for State license erroneously issued to said persons by the Clerk of the Circuit Court of Anne Arundel county.

Sec. 2. *And be it enacted*, That this act shall take effect from the date of its passage.

*Effective.*

Approved April 7, 1886.

---

CHAPTER 189.

AN ACT to prevent the carrying of guns, pistols, dirk-knives, razors, billies or bludgeons by any person in Calvert county, on the days of election in said county, within one mile of the polls.

Section 1. *Be it enacted by the General Assembly of Maryland*, That from and after the passage of this act, it shall not be lawful for any person in Calvert county to carry, on the days of election and primary election, within three hundred yards of the polls, secretly, or otherwise, any gun, pistol, dirk, dirk-knife, razor, billy or bludgeon, and any person violating the provisions of this act, shall be deemed guilty of a misdemeanor, and on conviction thereof by the Circuit Court of Calvert county having criminal jurisdiction thereof, or before any Justice of the Peace in said county, shall be fined not less than ten nor more than fifty dollars for each offence, and on refusal or failure to pay said fine, shall be committed to the Jail of the county until the same is paid.

*Unlawful to carry weapons to the polls.*

Sec. 2. *And be it enacted*, That the fines collected under this act shall be paid by the offi-

EXHIBIT
4

316                   LAWS OF MARYLAND.

Fines go to
schools.

cer collecting the same, to the School Com-
missioners of the county in which the offence
was committed, for School purposes.

Misdemeanor.

Penalty.

SEC. 3. *And be it enacted*, That any Constable
of said county, or the Sheriff thereof, who shall
refuse to arrest any person violating any pro-
vision of this act, upon information of such
offence, shall be deemed guilty of a misde-
meanor, and on conviction thereof before the
Circuit Court for Calvert county, as the case
may be, shall be fined not less than fifty nor
more than one hundred dollars, and shall, in
the discretion of the Court, be discharged
from office.

Effective.

SEC. 4. *And be it enacted*, That this act shall
take effect from the date of its passage.

Approved April 7, 1886.

_____

CHAPTER 190.

AN ACT to repeal section three of the acts of
eighteen hundred and eighty-four, chapter
sixteen, entitled an act for the protection of
birds in Prince George's and Anne Arundel
counties, and to re-enact the same with amend-
ments, and to add new sections thereto.

Repealed and
re-enacted.

SECTION 1. *Be it enacted by the General As-
sembly of Maryland*, That section three of
chapter sixteen of the acts of eighteen hundred
and eighty-four, entitled an act for the protec-
tion of birds in Prince George's and Anne
Arundel counties, be and the same is hereby
repealed and re-enacted so as to read as fol-
lows, and that new sections be added thereto.

SEC. 3. *And be it enacted*, That it shall not be
lawful for any person or persons in said coun-
ties to shoot, kill or catch or in any way to