# SESSION LAWS

OF THE

## FIFTEENTH

# LEGISLATIVE ASSEMBLY

OF THE

## TERRITORY OF ARIZONA.

---

SESSION BEGUN ON THE TWENTY-FIRST DAY
OF JANUARY, A. D. 1889.



EXHIBIT
**26**

16                    LAWS OF ARIZONA.

SEC. 3.   This Act shall take effect from and after its passage.

Approved March 18, 1889.

_____

No. 12.                    AN ACT

Concerning the Transaction of Judicial Business on Legal Holidays.

*Be it enacted by the Legislative Assembly of the Territory of Arizona:*

SECTION 1.   No Court of Justice shall be open, nor shall any Judicial business be transacted on any Legal Holiday, except for the following purposes:

1.   To give, upon their request, instructions to a Jury when deliberating on their verdict.

2.   To receive a verdict or discharge a Jury.

3.   For the exercise of the powers of a magistrate in a criminal action, or in a proceeding of a criminal nature; provided, that the Supreme Court shall always be open for the transaction of business; and provided further, that injunctions, attachments, claim and delivery and writs of prohibition may be issued and served on any day.

SEC. 2.   All Acts and parts of Acts in conflict with this Act are hereby repealed.

SEC. 3.   This Act shall be in force and effect from and after its passage.

Approved March 18, 1889.

_____

No. 13.                    AN ACT

Defining and Punishing Certain Offenses Against the Public Peace.

*Be it Enacted by the Legislative Assembly of the Territory of Arizona:*

SECTION 1.   If any person within any settlement, town, village or city within this Territory shall carry on or about his person, saddle, or in his saddlebags, any pistol, dirk, dagger, slung shot, sword cane, spear, brass knuckles, bowie knife, or any other kind of knife manufactured or sold for purposes of offense or defense, he shall be punished by a fine of not less than twenty-five nor more than one hundred dollars; and in addition thereto, shall forfeit to the County in which he is convicted, the weapon or weapons so carried.

SEC. 2.   The preceding article shall not apply to a person in actual service as a militiaman, nor as a peace officer

or policeman, or person summoned to his aid, nor to a rev-
enue or other civil officer engaged in the discharge of offi-
cial duty, nor to the carrying of arms on one's own prem-
ises or place of business, nor to persons traveling, nor to
one who has reasonable ground for fearing an unlawful at-
tack upon his person, and the danger is so imminent and
threatening as not to admit of the arrest of the party
about to make such attack upon legal process.

SEC. 3.   If any person shall go into any church or relig-
ious assembly, any school room, or other place where per-
sons are assembled for amusement or for educational or
scientific purposes, or into any circus, show or public ex-
hibition of any kind, or into a ball room, social party or
social gathering, or to any election precinct on the day or
days of any election, where any portion of the people of
this Territory are collected to vote at any election, or to
any other place where people may be assembled to minister
or to perform any other public duty, or to any other public
assembly, and shall have or carry about his person a pistol
or other firearm, dirk, dagger, slung shot, sword cane,
spear, brass knuckles, bowie knife, or any other kind of a
knife manufactured and sold for the purposes of offense or
defense, he shall be punished by a fine not less than fifty
nor more than five hundred dollars, and shall forfeit to the
County the weapon or weapons so found on his person.

SEC. 4.   The preceding article shall not apply to peace
officers, or other persons authorized or permitted by law to
carry arms at the places therein designated.

SEC. 5.   Any person violating any of the provisions of
Articles 1 and 3, may be arrested without warrant by any
peace officer and carried before the nearest Justice of the
Peace for trial; and any peace officer who shall fail or refuse to
arrest such person on his own knowledge, or upon information
from some credible person, shall be punished by a fine not ex-
ceeding three hundred dollars.

SEC. 6.   Persons traveling may be permitted to carry arms
within settlements or towns of the Territory for one-half hour
after arriving in such settlements or town, and while going
out of such towns or settlements; and Sheriffs and Constables
of the various Counties of this Territory and their lawfully ap-
pointed deputies may carry weapons in the legal discharge of
the duties of their respective offices.

SEC. 7.   It shall be the duty of the keeper of each and
every hotel, boarding house and drinking saloon, to keep
posted up in a conspicuous place in his bar room, or reception
room if there be no bar in the house, a plain notice to travel-
ers to divest themselves of their weapons in accordance with
Section 9 of this Act, and the Sheriffs of the various Counties

**18**                    LAWS OF ARIZONA.

shall notify the keepers of hotels, boarding houses and drinking saloons in their respective Counties of their duties under this law, and if after such notification any keeper of a hotel, boarding house or drinking saloon, shall fail to keep notices posted as required by this Act, he shall, on conviction thereof before a Justice of the Peace, be fined in the sum of five dollars to go to the County Treasury.

SEC. 8.   All Acts or parts of Acts in conflict with this Act are hereby repealed.

SEC. 9.   This Act shall take effect upon the first day of Apr 1, 1889.

Approved March 18, 1889.

---

No. 14.                    AN ACT

To Amend Paragraph 492, Revised Statutes.

*Be it Enacted by the Legislative Assembly of the Terrritory of Arizona:*

SECTION 1.   That Paragraph 492, Chapter 5, Title 13, of the R vised Statutes, be amended so as to read as follows: "If he fail to attend in person or by deputy any term of the District Court, the Court may designate some other person to perform the duties of District Attorney during his absence from Court, who shall receive a reasonable compensation to be certified by the Court, and paid out of the County Treasury, which the Court shall by order direct to be deducted from the salary of the District Attorney, if the absence of such Attorney is not excused by such Court."

SEC. 2.   That all Acts and parts of Acts in conflict with this Act be, and the same are, hereby repealed.

SEC. 3.   That this Act shall take effect and be in force from and after its passage.

Approved March 19, 1889.

---

No. 15.                    AN ACT

To Provide for the Payment of Boards of Supervisors of the Counties within the Territory of Arizona.

*Be it Enacted by the Legislative Assembly of the Territory of Arizona:*

SECTION 1.   Each member of the Board of Supervisors within this Territory shall be allowed as compensation for their services Five Dollars per day for each day's actual attendance at the sitting of said Board, at which sitting any County business is transacted; and twenty cents per mile actually traveled