# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 21, 2023

_____

RESPONSE REQUESTED

_____

No. 23-1719,     Maryland Shall Issue, Inc. v. Montgomery County, Maryland
8:21-cv-01736-TDC

TO: Brandon Ferrell
     Carlos Rabanales
     Eliyahu Shemony
     Maryland Shall Issue, Inc.
     Nancy David
     Joshua Edgar
     Engage Armament LLC
     Ronald David
     Andrew Raymond
     I.C.E. Firearms & Defensive Training, LLC
     Deryck Weaver

RESPONSE DUE: 10/02/2023

Response is required to the motion to strike on or before 10/02/2023.

Jeffrey S. Neal, Deputy Clerk
804-916-2702