# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. __23-1719__    Caption: __Maryland Shall Issue, Inc., et al, v. Anne Arundel Co, MD__

Argument Session For Which You Are Scheduled: __1/23/2024 - 1/26/2024__

Dates You Are Available To Argue in the Session (if any):

__1/23, 1/25, 1/26, but not 1/24__

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

__None__

Other Relevant Information:

__For 01/24, I have direct conflict with a previously scheduled Status Conference in related State Court proceedings__

Party(ies) You Represent:

__Plaintiffs-Appellants, Maryland Shall Issue, Inc., et al.__

| | |
|---|---|
| __11/05/2023__ | __/s/ Mark W. Pennak__ |
| Date | Counsel Signature |

11/29/2021  SCC