# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC.,
ENGAGE ARMAMENT, LLC,
ANDREW RAYMOND,
CARLOS RABANALES,
BRANDON FERRELL,
DERYCK WEAVER,
JOSHUA EDGAR,
I.C.E. FIREARMS & DEFENSIVE
TRAINING, LLC,
RONALD DAVID,
NANCY DAVID and
ELIYAHU SHEMONY,

    Plaintiffs,

v.

MONTGOMERY COUNTY, MARYLAND,

    Defendant.

Civil Action No. TDC-21-1736

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Plaintiffs' Motion for a Temporary Restraining Order and a Preliminary Injunction, ECF No. 54, is DENIED.

Date: July 6, 2023



THEODORE D. CHUANG
United States District Judge



EXHIBIT E