E-SERVED Montgomery Circuit Court 12/15/2023 12:18 PM System System Envelope:14826178
USCA4 Appeal: 23-1719   Doc: 72-10   Filed: 12/18/2023   Pg: 1 of 1
E-FILED; Montgomery Circuit Court
Docket: 12/15/2023 1:48 PM; Submission: 12/15/2023 1:48 PM
Docket: 12/12/2023 1:54 PM; Submission: 12/12/2023 1:54 PM
Envelope: 14826886

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

**MARYLAND SHALL ISSUE, INC.**, *et al.*,

   *Plaintiffs,*

vs.

**MONTGOMERY COUNTY, MARYLAND**,

   *Defendant.*

Case No.: 485899V

### ORDER GRANTING CERTIFICATION OF FINAL JUDGMENT UNDER MD RULE 2-602

The Court has granted plaintiffs' motion for summary judgment on Counts I, II, and III of the Second Amended Complaint and, by separate orders, has awarded declaratory and permanent injunctive relief to plaintiffs. At the request of the parties, the Court has severed and withheld adjudication of the amount of "just compensation" available to plaintiffs under the "takings" claim set forth in Count III of the Second Amended Complaint. Pursuant to MD Rule 2-602, the Court hereby finds that there is no just reason for delay in entering a final judgment and hereby directs the entry of final judgment on Counts I, II, and III of the Second Amended Complaint.

12/12/2023 1:54:30 PM

DATED: 12/12/2023

_____
JUDGE, Circuit Court for
Montgomery County, Maryland

*Ronald B. Rubin*

cc:   All parties of record

Entered: Clerk, Circuit Court for Montgomery County, MD
December 15, 2023


EXHIBIT 1