# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 18, 2023

_____

RESPONSE REQUESTED

_____

No.    23-1719,    <u>Maryland Shall Issue, Inc. v. Montgomery County, Maryland</u>
                   8:21-cv-01736-TDC

TO:    Brandon Ferrell
       Carlos Rabanales
       Eliyahu Shemony
       Maryland Shall Issue, Inc.
       Nancy David
       Joshua Edgar
       Engage Armament LLC
       Ronald David
       Andrew Raymond
       I.C.E. Firearms & Defensive Training, LLC
       Deryck Weaver

RESPONSE DUE: 12/28/2023

Response is required to the motion to place case in abeyance on or before 12/28/2023.

Jeffrey S. Neal, Deputy Clerk
804-916-2702