# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| Maryland Shall Issue, Inc., *et al.*, <br><br> *Plaintiffs-Appellants,* <br><br> v. <br><br> Montgomery County, Maryland <br><br> *Appellee* | No. 23-1719 |

## MONTGOMERY COUNTY, MARYLAND'S
## STATUS REPORT

Pursuant to Federal Rule of Appellate Procedure 12 and Local Rule 12(d), Defendant-Appellee Montgomery County, Maryland ("County") respectfully provides to this Court the following status report:

1. This case involves an interlocutory appeal from the District Court's denial of Plaintiffs' motion for a preliminary injunction. On February 22, 2024, this Court held in abeyance the interlocutory appeal pending resolution by the Maryland appellate courts of the County's appeal of the Circuit Court for Montgomery County, Maryland's Memorandum Decision and Order, Declaratory Judgment Order, and Order Granting Injunctive Relief. *See* Exhibit 1, Order Granting Abeyance.

2. On February 7, 2024, the Appellate Court of Maryland docketed the County's appeal and assigned a case number. *See* Exhibit 2, Case Assignment. On February 20, 2024, pursuant to Maryland Rule 8-206(c), the Court ordered the

appeal to proceed without a Prehearing Conference or Alternative Dispute Resolution. *See* Exhibit 3, Order to Proceed.

3. Currently, the parties await the briefing schedule from the Appellate Court of Maryland.

Respectfully submitted,

JOHN P. MARKOVS
COUNTY ATTORNEY

/s/ *Edward B. Lattner*
Edward B. Lattner
Deputy County Attorney

/s/ *Erin J. Ashbarry*
Erin J. Ashbarry
Chief, Government Operations Division

/s/ *Matthew H. Johnson*
Matthew H. Johnson
Assistant County Attorney

/s/ *Kristen J. Nunley*
Kristen J. Nunley
Assistant County Attorney

Executive Office Building
101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700
(240) 777-6705 fax
Attorneys for Defendant-Appellee
Montgomery County, Maryland

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 22, 2024, a copy of the foregoing and all exhibits was filed to be transmitted via this Court's CM/ECF Electronic Document Filing System to:

    Mark W. Pennak
    Maryland Shall Issue, Inc.
    9613 Harford Rd., Ste C #1015
    Baltimore, Maryland 21234-21502
    mpennak@marylandshallissue.org
    *Attorney for All Plaintiffs-Appellants*

    David H. Thompson
    Peter A. Patterson
    Cooper & Kirk, PLLC
    1523 New Hampshire Avenue, N.W.
    Washington, D.C. 20036
    dthompson@cooperkirk.com
    ppatterson@cooperkirk.com
    *Attorneys for Plaintiff-Appellant MSI*

    Matthew Larosiere
    Law Office of Matthew Larosiere
    6464 Houlton Circle
    Lake Worth, Florida 33467
    larosieremm@gmail.com
    *Counsel for all Plaintiffs-Appellants*

                          /s/ *Erin J. Ashbarry*
                              Erin J. Ashbarry

FILED: February 22, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1719
(8:21-cv-01736-TDC)

_____

MARYLAND SHALL ISSUE, INC.; ENGAGE ARMAMENT LLC; ANDREW RAYMOND; CARLOS RABANALES; BRANDON FERRELL; DERYCK WEAVER; JOSHUA EDGAR; I.C.E. FIREARMS & DEFENSIVE TRAINING, LLC; RONALD DAVID; NANCY DAVID; ELIYAHU SHEMONY

        Plaintiffs - Appellants

v.

MONTGOMERY COUNTY, MARYLAND

        Defendant - Appellee

------------------------------------------------

STATE OF MONTANA; STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF IOWA; STATE OF KANSAS; STATE OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF MISSOURI; STATE OF NEBRASKA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TEXAS; STATE OF WEST VIRGINIA; STATE OF WYOMING; SECOND AMENDMENT LAW CENTER; CALIFORNIA RIFLE AND PISTOL ASSOCIATION; CITIZENS' COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; SECOND AMENDMENT DEFENSE AND EDUCATION COALITION; GUNS SAVE LIFE; FEDERAL FIREARMS LICENSEES OF ILLINOIS; GUN OWNERS OF AMERICA; GUN OWNERS OF CALIFORNIA; GUN OWNERS

**Exhibit 1**

FOUNDATION

            Amici Supporting Appellants

DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF MAINE; STATE OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF OREGON; STATE OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE; BRADY CENTER TO PREVENT GUN VIOLENCE; MARCH FOR OUR LIVES; EVERYTOWN FOR GUN SAFETY

            Amici Supporting Appellee

---

O R D E R

---

Upon consideration of submissions relative to appellee's motion for abeyance, the court grants the motion and places this case in abeyance pending resolution by the Maryland appellate courts of the County's appeal of the Circuit Court for Montgomery County, Maryland's Memorandum Decision and Order, Declaratory Judgment Order, and Order Granting Injunctive Relief.

The parties are directed to file a status report 30 days from the date of this order and every 30 days thereafter and to immediately notify this Court upon a decision by the Maryland appellate courts.

                                For the Court

                                <u>/s/ Nwamaka Anowi, Clerk</u>



# Appellate Court of Maryland

Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard
Annapolis, Maryland 21401-1699
(410)260-1450

Rachel Dombrowski
Clerk

Colin Casler
Chief Deputy Clerk

**MONTGOMERY COUNTY MARYLAND v. ENGAGE ARMAMENT LLC, et al**

Case Number: ACM-REG-2319-2023
Circuit Court Number: 485899V
Date: 2/7/2024

Dear Counsel and Parties:

The above-captioned case has been appealed to the Appellate Court of Maryland and has been assigned case number ACM-REG-2319-2023 in this Court. This is an MDEC case and counsel are reminded that **they are required to e-file all papers with this Court**. Md. Rule 20-102(b). *E-filing is not mandatory if you do not have a lawyer.*

You will receive a briefing notice after the record has been transmitted by the Circuit Court or Orphan's Court.

*Rachel Dombrowski*

Rachel Dombrowski, Clerk

**Exhibit 2**

IN THE APPELLATE COURT OF MARYLAND

| | | |
|---|---|---|
| MONTGOMERY COUNTY MARYLAND, | * | |
|     Appellant | * | No. 2319, September Term 2023 |
| v. | * | ACM-REG-2319-2023 |
| | * | Circuit Court No. 485899V |
| ENGAGE ARMAMENT LLC, et al, | * | |
|     Appellee | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

It is this the 20th day of February, 2024, by the Appellate Court of Maryland,

ORDERED that pursuant to Maryland Rule 8-206(c), the above-captioned appeal shall proceed without a Prehearing Conference or Alternative Dispute Resolution.

By direction of the Chief Judge

*Rachel Dombrowski*

Rachel Dombrowski, Clerk

To the Appellant: The date of this Order commences the 10-day period in which you must order any transcripts necessary for this appeal and make agreement for payment to assure its preparation.

To the Clerk: The date of this Order commences the 60 days within which the record must be transmitted to the Appellate Court of Maryland.

**Exhibit 3**