# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| Maryland Shall Issue, Inc., *et al.*, | |
| *Plaintiffs-Appellants,* | No. 23-1719 |
| v. | |
| Montgomery County, Maryland | |
| *Appellee* | |

## MONTGOMERY COUNTY, MARYLAND'S
## STATUS REPORT

Pursuant to Federal Rule of Appellate Procedure 12 and Local Rule 12(d), Defendant-Appellee Montgomery County, Maryland ("County") respectfully provides to this Court the following status report:

On April 19, 2024, the Appellate Court of Maryland issued a briefing order in the County's appeal of the permanent injunction entered by the Circuit Court for Montgomery County, Maryland. *See* Exhibit 1. The County's brief is due May 29, 2024; appellees' brief is due thirty days thereafter.

Respectfully submitted,

JOHN P. MARKOVS
COUNTY ATTORNEY

　　　　/s/ *Edward B. Lattner*
Edward B. Lattner

        Deputy County Attorney

        _____/s/ *Erin J. Ashbarry*_____
        Erin J. Ashbarry
        Chief, Government Operations Division

        _____/s/ *Matthew H. Johnson*_____
        Matthew H. Johnson
        Assistant County Attorney

        _____/s/ *Kristen J. Nunley*_____
        Kristen J. Nunley
        Assistant County Attorney

        Executive Office Building
        101 Monroe Street, Third Floor
        Rockville, Maryland 20850
        (240) 777-6700
        (240) 777-6705 fax
        Attorneys for Defendant-Appellee
        Montgomery County, Maryland

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on April 22, 2024, a copy of the foregoing and all exhibits was filed to be transmitted via this Court's CM/ECF Electronic Document Filing System to:

  Mark W. Pennak
  Maryland Shall Issue, Inc.
  9613 Harford Rd., Ste C #1015
  Baltimore, Maryland 21234-21502
  mpennak@marylandshallissue.org
  *Attorney for All Plaintiffs-Appellants*

  David H. Thompson
  Peter A. Patterson

Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
*Attorneys for Plaintiff-Appellant MSI*

Matthew Larosiere
Law Office of Matthew Larosiere
6464 Houlton Circle
Lake Worth, Florida 33467
larosieremm@gmail.com
*Counsel for all Plaintiffs-Appellants*

           /s/ *Erin J. Ashbarry*
            Erin J. Ashbarry

3

IN THE APPELLATE COURT OF MARYLAND

| | | |
|---|---|---|
| Montgomery County Maryland, | * | |
|     Appellant | * | No. 2319, September Term 2023 |
| v. | * | ACM-REG-2319-2023 |
| Engage Armament LLC, et al, | * | Circuit Court No. 485899V |
|     Appellee | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **SCHEDULING ORDER**

    The Record in the captioned appeal was received on **April 17, 2024**. Pursuant to Maryland Rule 8-521(a)(2) (amended effective August 1, 2020), this appeal will be assigned to a monthly session once the record is complete and the appellee's brief has been filed (or the time for filing the appellee's brief has expired).

    A party requesting oral argument must make that request in its opening brief. Md. Rule 8-504(a)(8). A request for oral argument does not guarantee that a case will be set in for oral argument. Ordinarily the Court schedules oral arguments in the first eight business days of the month. If this case is designated for oral argument, the Clerk will send a notice of the month in which it is set. You will then have five business days to notify the Clerk of any date conflicts.

    Except in extraordinary circumstances, once a date is selected for argument it will not be changed (see Rule 8-523(a) regarding submission on brief after a case is scheduled for oral argument). For the policy on resolving conflicting case assignments see Md. Rule 16-804. If not scheduled for oral argument, the Clerk will send notice that the appeal will be submitted on the briefs.

    Briefs and record extracts must comply with the requirements of Rules 8-112, 8-501, 8-502, 8-503, and 8-504. Rule 20-404 modifies the number of paper briefs that must be filed along with the electronically filed brief. **Note: As of July 1, 2020, all appeals are governed by the MDEC Rules (Rules 20-101 through 20-504).**

    It is this 19th day of April, 2024, by the Appellate Court of Maryland,

    ORDERED that Appellant's brief and record extract, if a record extract is required by Rule 8-501(a), shall be filed on or before **May 29, 2024**; and it is further

    ORDERED that Appellee's brief shall be filed on or before the 30th day after the filing of Appellant's brief.

                                                           By direction of the Chief Judge

                                                           */s/ Rachel Dombrowski*

                                                           Rachel Dombrowski, Clerk

**EXHIBIT 1**

 

List of Fonts Approved for Printed or Computer-Generated Filings
in the Appellate Courts

Pursuant to Rule 8-112(c) and the Supreme Court's September 27, 2023 Administrative Order, the following fonts are approved for printed or computer-generated filings before the Supreme Court of Maryland and the Appellate Court of Maryland:[1]

Arial Nova

Bookman Old Style

Century Schoolbook

Georgia

Georgia Pro

Helvetica

Lexend

Times New Roman

4/19/2024

/S/
Gregory Hilton
Clerk, Supreme Court of Maryland

/S/
Rachel Dombrowski
Clerk, Appellate Court of Maryland

---

[1] Pursuant to the Administrative Order, the previously approved fonts may also be used through December 31, 2023. After January 1, 2024, only the fonts listed in this notice may be used.