# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| Maryland Shall Issue, Inc., *et al.*, | |
|    *Plaintiffs-Appellants,* | No. 23-1719 |
| v. | |
| Montgomery County, Maryland, | |
|    *Appellee* | |

## MONTGOMERY COUNTY, MARYLAND'S
## STATUS REPORT

Pursuant to Federal Rule of Appellate Procedure 12 and Local Rule 12(d), Defendant-Appellee Montgomery County, Maryland ("County") respectfully provides to this Court the following status report:

The County's brief in the Appellate Court of Maryland is due May 29, 2024; appellees' brief is due thirty days thereafter.

Respectfully submitted,

JOHN P. MARKOVS
COUNTY ATTORNEY

    /s/ *Edward B. Lattner*
Edward B. Lattner
Deputy County Attorney

    /s/ *Erin J. Ashbarry*
Erin J. Ashbarry
Chief, Government Operations Division

        /s/ *Matthew H. Johnson*
Matthew H. Johnson
Assistant County Attorney

        /s/ *Kristen J. Nunley*
Kristen J. Nunley
Assistant County Attorney

Executive Office Building
101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700
(240) 777-6705 fax
Attorneys for Defendant-Appellee
Montgomery County, Maryland

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 22, 2024, a copy of the foregoing and all exhibits was filed to be transmitted via this Court's CM/ECF Electronic Document Filing System to:

Mark W. Pennak
Maryland Shall Issue, Inc.
9613 Harford Rd., Ste C #1015
Baltimore, Maryland 21234-21502
mpennak@marylandshallissue.org
*Attorney for All Plaintiffs-Appellants*

David H. Thompson
Peter A. Patterson
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
*Attorneys for Plaintiff-Appellant MSI*

Matthew Larosiere
Law Office of Matthew Larosiere
6464 Houlton Circle
Lake Worth, Florida 33467
[larosieremm@gmail.com](mailto:larosieremm@gmail.com)
*Counsel for all Plaintiffs-Appellants*

                               /s/ *Erin J. Ashbarry*
                               Erin J. Ashbarry