## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | |
|---|---|
| Maryland Shall Issue, Inc., *et al.*, | |
| *Plaintiffs-Appellants,* | No. 23-1719 |
| v. | |
| Montgomery County, Maryland, | |
| *Appellee* | |

## MONTGOMERY COUNTY, MARYLAND'S
## STATUS REPORT

Pursuant to Federal Rule of Appellate Procedure 12 and Local Rule 12(d), Defendant-Appellee Montgomery County, Maryland ("County") respectfully provides to this Court the following status report:

The brief of Appellees in the Appellate Court of Maryland is due June 28, 2024; the County's reply brief is due twenty days thereafter.

Respectfully submitted,

JOHN P. MARKOVS
COUNTY ATTORNEY


_____/s/ *Edward B. Lattner*_____
Edward B. Lattner
Deputy County Attorney


_____/s/ *Erin J. Ashbarry*_____
Erin J. Ashbarry
Chief, Government Operations Division

_____/s/ *Matthew H. Johnson*_____
Matthew H. Johnson
Assistant County Attorney

_____/s/ *Kristen J. Nunley*_____
Kristen J. Nunley
Assistant County Attorney

Executive Office Building
101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700
(240) 777-6705 fax
Attorneys for Defendant-Appellee
Montgomery County, Maryland

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 24, 2024, a copy of the foregoing and all

exhibits was filed to be transmitted via this Court's CM/ECF Electronic Document

Filing System to:

Mark W. Pennak
Maryland Shall Issue, Inc.
9613 Harford Rd., Ste C #1015
Baltimore, Maryland 21234-21502
mpennak@marylandshallissue.org
*Attorney for All Plaintiffs-Appellants*

David H. Thompson
Peter A. Patterson
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
*Attorneys for Plaintiff-Appellant MSI*

2

Matthew Larosiere
Law Office of Matthew Larosiere
6464 Houlton Circle
Lake Worth, Florida 33467
larosieremm@gmail.com
*Counsel for all Plaintiffs-Appellants*

/s/ *Erin J. Ashbarry*
Erin J. Ashbarry