No. 23-1719

(No. 8:21-cv-01736-TDC)

# In The United States Court of Appeals For the Fourth Circuit

MARYLAND SHALL ISSUE, INC.; ENGAGE ARMAMENT LLC; ANDREW RAYMOND; CARLOS RABANALES; BRANDON FERRELL; DERYCK WEAVER; JOSHUA EDGAR; I.C.E. FIREARMS & DEFENSIVE TRAINING, LLC; RONALD DAVID; NANCY DAVID; ELIYAHU SHEMONY,

*Plaintiffs-Appellants*,

v.

MONTGOMERY COUNTY, MARYLAND,

*Defendant-Appellee*.

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF-APPELLANT

Kate Hardiman
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
Phone: (202) 220-9600
Fax: (202) 220-9601
khrhodes@cooperkirk.com

*Counsel for Plaintiffs-Appellants*

## MOTION TO WITHDRAW AS COUNSEL FOR
## PLAINTIFFS-APPELLANTS

Pursuant to Local Rule 46(c), Attorney Kate Hardiman respectfully requests this Court's leave to withdraw from representing the Plaintiff-Appellant Maryland Shall Issue, Inc. in this appeal because she left the firm of Cooper & Kirk, PLLC, on July 12, 2024. Attorneys David H. Thompson, Peter A. Patterson, Mark W. Pennak, Kristen J. Nunley, John P. Markovs, and Matthew M. Larosiere, who are listed on the docket in this appeal, remain counsel of record for the Plaintiff-Appellant.

In accordance with Local Rule 27(a), counsel for Defendant-Appellee has been informed of the intended filing of this motion, to which there was no objection.

Dated: July 19, 2024

Respectfully submitted,

/s/Kate Hardiman
Kate Hardiman
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
Phone: (202) 220-9600
Fax: (202) 220-9601
khrhodes@cooperkirk.com

*Counsel for Plaintiff-Appellant*
*Maryland Shall Issue, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit using the Appellate Electronic Filing system.

I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished to all participants by and through the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 19, 2024                                  /s/Kate Hardiman
                                                     Kate Hardiman