FILED: July 19, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1719
(8:21-cv-01736-TDC)

_____

MARYLAND SHALL ISSUE, INC.; ENGAGE ARMAMENT LLC; ANDREW RAYMOND; CARLOS RABANALES; BRANDON FERRELL; DERYCK WEAVER; JOSHUA EDGAR; I.C.E. FIREARMS & DEFENSIVE TRAINING, LLC; RONALD DAVID; NANCY DAVID; ELIYAHU SHEMONY

       Plaintiffs - Appellants

v.

MONTGOMERY COUNTY, MARYLAND

       Defendant - Appellee

---------------------------------------------

STATE OF MONTANA; STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF IOWA; STATE OF KANSAS; STATE OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF MISSOURI; STATE OF NEBRASKA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TEXAS; STATE OF WEST VIRGINIA; STATE OF WYOMING; SECOND AMENDMENT LAW CENTER; CALIFORNIA RIFLE AND PISTOL ASSOCIATION; CITIZENS' COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; SECOND AMENDMENT DEFENSE AND EDUCATION COALITION; GUNS SAVE LIFE; FEDERAL FIREARMS LICENSEES OF ILLINOIS; GUN OWNERS OF AMERICA; GUN OWNERS OF CALIFORNIA; GUN OWNERS FOUNDATION

       Amici Supporting Appellants

DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF MAINE; STATE OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF OREGON; STATE OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE; BRADY CENTER TO PREVENT GUN VIOLENCE; MARCH FOR OUR LIVES; EVERYTOWN FOR GUN SAFETY

        Amici Supporting Appellee

_____

O R D E R

_____

        The court grants the motion to withdraw from further representation on appeal.

        For the Court--By Direction

        /s/ Nwamaka Anowi, Clerk