

August 21, 2024

VIA ECF

Nwamaka Anowi, Clerk of the Court
United States Court of Appeals
 for the Fourth Circuit
Lewis F. Powell Jr. Courthouse & Annex
1100 East Main Street, Suite 501
Richmond, VA 23219

Re:     Status Report in *Maryland Shall Issue, Inc., et al. v. Montgomery County, Maryland,* Case No. 23-1719 (4th Cir.).

Dear Ms Anowi:

  By order entered February 22, 2024, this Court held the above-captioned appeal in abeyance "pending resolution by the Maryland appellate courts of the County's appeal of the Circuit Court for Montgomery County, Maryland's Memorandum Decision and Order, Declaratory Judgment Order, and Order Granting Injunctive Relief." This Court further directed the parties to file a Status Report concerning the County's appeal by March 25, 2024, and every 30 days thereafter. This correspondence is intended to comply with that directive.

  The status of these state law claims in the appellate courts of Maryland is unchanged from July. The County's appeal was docketed in the Appellate Court of Maryland on February 7, 2024, and assigned a case number of ACM-REG-2319-2023. The County's appeal is now fully briefed. Both the County and plaintiffs have requested oral argument, but those requests have not yet been acted on by the Appellate Court.

Respectfully submitted,

/s Mark W. Pennak

Mark W. Pennak, Counsel for Plaintiffs-Appellants

cc: All Counsel via ECF.