**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

Maryland Shall Issue, Inc., *et al.*,

    *Plaintiffs-Appellants,*

v.

Montgomery County, Maryland,

    *Appellee*

No. 23-1719

**MONTGOMERY COUNTY, MARYLAND'S**
**STATUS REPORT**

Pursuant to Federal Rule of Appellate Procedure 12 and Local Rule 12(d), Defendant-Appellee Montgomery County, Maryland ("County") respectfully provides to this Court the following status report:

The Appellate Court of Maryland heard oral argument on the County's appeal of the Circuit Court's declaratory judgment and permanent injunction on December 5, 2024 (ACM-REG-2319-2023). The parties await a decision from that Court.

Respectfully submitted,

JOHN P. MARKOVS
COUNTY ATTORNEY


       /s/ *Edward B. Lattner*
Edward B. Lattner
Deputy County Attorney

/s/ *Erin J. Ashbarry*
Erin J. Ashbarry
Chief, Government Operations Division

/s/ *Matthew H. Johnson*
Matthew H. Johnson
Assistant County Attorney

/s/ *Kristen J. Nunley*
Kristen J. Nunley
Assistant County Attorney

Executive Office Building
101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700
(240) 777-6705 fax
Attorneys for Defendant-Appellee
Montgomery County, Maryland

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 22, 2025, a copy of the foregoing was

filed to be transmitted via this Court's CM/ECF Electronic Document Filing

System to:

Mark W. Pennak
Maryland Shall Issue, Inc.
9613 Harford Rd., Ste C #1015
Baltimore, Maryland 21234-21502
mpennak@marylandshallissue.org
*Attorney for All Plaintiffs-Appellants*

David H. Thompson
Peter A. Patterson
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
*Attorneys for Plaintiff-Appellant MSI*

Matthew Larosiere
Law Office of Matthew Larosiere
6464 Houlton Circle
Lake Worth, Florida 33467
larosieremm@gmail.com
*Counsel for all Plaintiffs-Appellants*

/s/ *Erin J. Ashbarry*
Erin J. Ashbarry

3