## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | |
|---|---|
| Maryland Shall Issue, Inc., *et al.*, <br><br> *Plaintiffs-Appellants,* <br><br> v. <br><br> Montgomery County, Maryland, <br><br> *Appellee* | No. 23-1719 |

### MONTGOMERY COUNTY, MARYLAND'S
### STATUS REPORT

Pursuant to Federal Rule of Appellate Procedure 12 and Local Rule 12(d), Defendant-Appellee Montgomery County, Maryland ("County") respectfully provides to this Court the following status report:

On January 31, 2025, the County filed a cross-motion to ask the Appellate Court of Maryland (ACM) to reconsider its an unreported opinion of January 24, 2025.

On February 3, 2025, Plaintiffs filed a petition for writ of certiorari with the Supreme Court of Maryland (SCM).

On February 5, 2025, the ACM denied both parties' motions to reconsider and issued its mandate on February 5, 2025.

On February 6, 2025, Plaintiffs moved the SCM stay the ACM's mandate. The County did not oppose Plaintiffs' request to stay the mandate. The SCM entered an order staying the ACM's mandate on February 22, 2025.

On February 18, 2025, the County filed a cross-petition for writ of certiorari and answer to Plaintiffs' petition for writ of certiorari. Plaintiffs' answer to the County's writ petition is due March 5, 2025.

Respectfully submitted,

JOHN P. MARKOVS
COUNTY ATTORNEY

/s/ *Edward B. Lattner*
Edward B. Lattner
Deputy County Attorney

/s/ *Erin J. Ashbarry*
Erin J. Ashbarry
Chief, Government Operations Division

/s/ *Matthew H. Johnson*
Matthew H. Johnson
Assistant County Attorney

/s/ *Kristen J. Nunley*
Kristen J. Nunley
Assistant County Attorney

Executive Office Building
101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700

2

                                                                (240) 777-6705 fax
                                                                Attorneys for Defendant-Appellee
                                                                Montgomery County, Maryland

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on February 24, 2025, a copy of the foregoing was filed to be transmitted via this Court's CM/ECF Electronic Document Filing System to:

      Mark W. Pennak
      Maryland Shall Issue, Inc.
      9613 Harford Rd., Ste C #1015
      Baltimore, Maryland 21234-21502
      mpennak@marylandshallissue.org
      *Attorney for All Plaintiffs-Appellants*

      David H. Thompson
      Peter A. Patterson
      Cooper & Kirk, PLLC
      1523 New Hampshire Avenue, N.W.
      Washington, D.C. 20036
      dthompson@cooperkirk.com
      ppatterson@cooperkirk.com
      *Attorneys for Plaintiff-Appellant MSI*

      Matthew Larosiere
      Law Office of Matthew Larosiere
      6464 Houlton Circle
      Lake Worth, Florida 33467
      larosieremm@gmail.com
      *Counsel for all Plaintiffs-Appellants*

                                             /s/ *Erin J. Ashbarry*
                                               Erin J. Ashbarry