

March 21, 2025

VIA ECF

Nwamaka Anowi, Clerk of the Court
United States Court of Appeals
 for the Fourth Circuit
Lewis F. Powell Jr. Courthouse & Annex
1100 East Main Street, Suite 501
Richmond, VA 23219

Re:   Status Report in *Maryland Shall Issue, Inc., et al. v. Montgomery County, Maryland,* Case No. 23-1719 (4th Cir.).

Dear Ms Anowi:

By order entered February 22, 2024, this Court held the above-captioned appeal in abeyance "pending resolution by the Maryland appellate courts of the County's appeal of the Circuit Court for Montgomery County, Maryland's Memorandum Decision and Order, Declaratory Judgment Order, and Order Granting Injunctive Relief." This Court further directed the parties to file a Status Report concerning the County's appeal by March 25, 2024, and every 30 days thereafter. This correspondence is intended to comply with that directive.

The County's appeal was docketed in the Appellate Court of Maryland on February 7, 2024, and assigned a case number of ACM-REG-2319-2023. The Appellate Court heard oral argument on December 5, 2024, and issued a decision on January 24, 2025. That decision reversed the Circuit Court in part and remanded the case for "factual findings," but the decision did not decide the merits of whether the County ordinance at issue in this appeal was preempted by State law or was an invalid "general" law or constituted a Taking under the Maryland Constitution. The Appellate Court's decision also left in place the Circuit Court's injunction that barred enforcement of the County's ordinance. The Appellate Court expressly retained jurisdiction over the case pending the remand.

On February 3, 2025, plaintiffs filed a timely petition for certiorari with the Maryland Supreme Court, requesting that the Court exercise plenary review over the case under MD Code, Courts and Judicial Proceedings, § 12-201 ("The petition may be filed either before or after the Appellate Court of Maryland has rendered a decision"). That petition is docketed as *Engage Armament LLC, et al. v. Montgomery County, MD*, No. SCM-PET-0472-2024. On February 18, 2025, the County filed a cross-petition for certiorari with the Maryland Supreme Court. On February 22, 2025, the Maryland Supreme Court granted plaintiffs' motion to stay enforcement or execution of the Appellate Court's mandate. Plaintiffs' response to the County's cross-petition for certiorari is due March 5, 2025.

On March 31, 2025, the Maryland Supreme Court granted plaintiffs' petition for certiorari in full. The Court also granted the County's cross-petition for certiorari in part, limiting that grant to one question (of five) presented by the County. The Court's order established a briefing schedule and provided that "[a]rguments in the September session will be scheduled on September 4, 5, 8 and 9, 2025." A copy of the Court's order is attached.

Respectfully submitted,

/s Mark W. Pennak

Mark W. Pennak
Counsel for Plaintiffs-Appellants

cc: All Counsel via ECF.

|  |  |  |
|---|---|---|
| | * | IN THE |
| ENGAGE ARMAMENT LLC, et al. | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | Petition No. 472<br>September Term, 2024 |
| | * | |
| MONTGOMERY COUNTY, MARYLAND | | (No. 2319, Sept. Term, 2023<br>Appellate Court of Maryland) |
| | * | |
| | * | (Cir. Ct. No. 485899V) |

O R D E R

Upon consideration of the petition for a writ of certiorari to the Appellate Court of Maryland, the respondent's answer to the petition, the cross-petition for writ of certiorari, and the answer to the cross-petition, it is this 21st day of March 2025, by the Supreme Court of Maryland,

ORDERED that the petition is granted; and it is further

ORDERED that the cross-petition for writ of certiorari is granted as to the cross-petitioner's fifth question only;[1] and it is further

ORDERED that a writ of certiorari shall issue to the Appellate Court of Maryland; and it is further

ORDERED that this case is transferred to the regular docket as No. 9, September

---

[1] As stated by the cross-petitioner, the fifth question reads:

> Did the Circuit Court err in invalidating and prohibiting enforcement of portions of the County Code that were not referenced in the operative complaint and that Plaintiffs placed at issue for the first time in their motion for summary judgment?

Term, 2025 (SCM-REG-0009-2025); and it is further

  ORDERED that the petitioner's brief(s) and record extract shall be filed on or before April 30, 2025. The respondent/cross-petitioner's brief shall be filed on or before May 30, 2025. The cross-respondents' brief(s) shall be filed on or before June 30, 2025. The parties' briefs and the record extract shall be filed through the MDEC system in accordance with Maryland Rules 8-501, 8-502, 20-403, 20-404, and 20-406[2]; and it is further

  ORDERED that this case is scheduled for argument during the September 2025 session of the Court. Arguments in the September session will be scheduled on September 4, 5, 8 and 9, 2025. Counsel should immediately notify the Clerk's Office if they have conflicts on any of these dates.



      /s/ Matthew J. Fader
        Chief Justice

---

[2] Pursuant to Rule 20-406, on the first business day following the electronic filing, the required eight paper copies of the briefs and record extract must be either delivered to the Court or be placed in the U.S. Mail or with a third-party commercial carrier for delivery to the Court.

|  |  |  |
|---|---|---|
| ENGAGE ARMAMENT LLC, et al. | * | IN THE |
|  | * | SUPREME COURT |
|  | * | OF MARYLAND |
| v. | * | Petition No. 472<br>September Term, 2024 |
|  | * |  |
| MONTGOMERY COUNTY, MARYLAND | * | (No. 2319, Sept. Term, 2023<br>Appellate Court of Maryland) |
|  | * | (Cir. Ct. No. 485899V) |

## WRIT OF CERTIORARI

STATE OF MARYLAND, to wit:

TO THE HONORABLE JUDGES OF THE APPELLATE COURT OF MARYLAND:

WHEREAS, *Montgomery County, Maryland v. Engage Armament LLC, et al.*, No. 2319, September Term, 2023, was pending before your Court and the Supreme Court is willing that the record and proceedings therein be certified to it.

You are hereby commanded to have the record transmitted to the Supreme Court of Maryland on or before April 4, 2025, together with this writ, for this Court to proceed thereon as justice may require.

WITNESS the Chief Justice of the Supreme Court of Maryland this 21st day of March 2025.

/s/ Gregory Hilton
Clerk
Supreme Court of Maryland