# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

Maryland Shall Issue, Inc., *et al.*,

    *Plaintiffs-Appellants,*

v.

Montgomery County, Maryland,

    *Appellee*

No. 23-1719

## MONTGOMERY COUNTY, MARYLAND'S
## STATUS REPORT

Pursuant to Federal Rule of Appellate Procedure 12 and Local Rule 12(d), Defendant-Appellee Montgomery County, Maryland ("County") respectfully provides to this Court the following status report:

On March 21, 2025, the Supreme Court of Maryland granted Plaintiffs' petition for writ of certiorari and granted the County's cross-petition for writ of certiorari as to its last petitioned question. *See* Exhibit A. After briefing by the parties, the matter will be argued between September 4-8, 2025.

Specifically, the Supreme Court of Maryland granted certiorari to consider the following questions:

> 1. Whether the Circuit Court correctly held that Maryland's comprehensive system of firearms regulation, including six express preemption provisions, preempts Montgomery County's ("the County") attempt to regulate, in Chapter 57 of the County Code, the possession, transport, sale and transfer of all firearms, including privately made firearms ("PMFs") and components of firearms and access to firearm by minors, where the County's regulations are in direct conflict and inconsistent with that system and with multiple State laws.
>
> 2. Whether the Circuit Court correctly held that the County's law, Chapter 57 of the County Code, is not a "local law" within the meaning of the Maryland Constitution, Article XI-A, § 3.
>
> 3. Whether the Circuit Court correctly held that the County's law, Chapter 57 of the County Code, affected a Taking of "major components" of firearms and PMFs within the meaning of Article III, § 40 of the Maryland Constitution and Article 24 of the Maryland Declaration of Rights.
>
> 4. Did the Circuit Court err in invalidating and prohibiting enforcement of portions of the County Code that were not referenced in the operative complaint and that Plaintiffs placed at issue for the first time in their motion for summary judgment?

Respectfully submitted,

JOHN P. MARKOVS
COUNTY ATTORNEY

　　　/s/ *Edward B. Lattner*
Edward B. Lattner
Deputy County Attorney

　　　/s/ *Erin J. Ashbarry*
Erin J. Ashbarry
Chief, Government Operations Division

　　　/s/ *Matthew H. Johnson*
Matthew H. Johnson
Assistant County Attorney

　　　/s/ *Kristen J. Nunley*
Kristen J. Nunley
Assistant County Attorney

Executive Office Building
101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700
(240) 777-6705 fax
Attorneys for Defendant-Appellee
Montgomery County, Maryland

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 24, 2025, a copy of the foregoing was filed to be transmitted via this Court's CM/ECF Electronic Document Filing System to:

>Mark W. Pennak
>Maryland Shall Issue, Inc.
>9613 Harford Rd., Ste C #1015
>Baltimore, Maryland 21234-21502
>mpennak@marylandshallissue.org
>*Attorney for All Plaintiffs-Appellants*

>David H. Thompson
>Peter A. Patterson
>Cooper & Kirk, PLLC
>1523 New Hampshire Avenue, N.W.
>Washington, D.C. 20036
>dthompson@cooperkirk.com
>ppatterson@cooperkirk.com
>*Attorneys for Plaintiff-Appellant MSI*

>Matthew Larosiere
>Law Office of Matthew Larosiere
>6464 Houlton Circle
>Lake Worth, Florida 33467
>larosieremm@gmail.com
>*Counsel for all Plaintiffs-Appellants*

                                         /s/ *Erin J. Ashbarry*
                                              Erin J. Ashbarry

USCA4 Appeal: 23-1719   Doc: 108   Filed: 03/24/2025   Pg: 5 of 7

E-FILED
Gregory Hilton, Clerk,
Supreme Court of Maryland
3/21/2025 3:29 PM

|  |  |  |
|---|---|---|
| ENGAGE ARMAMENT LLC, et al. | * | IN THE |
|  | * | SUPREME COURT |
|  | * | OF MARYLAND |
| v. | * | Petition No. 472<br>September Term, 2024 |
|  | * |  |
| MONTGOMERY COUNTY, MARYLAND | * | (No. 2319, Sept. Term, 2023<br>Appellate Court of Maryland) |
|  | * | (Cir. Ct. No. 485899V) |

O R D E R

Upon consideration of the petition for a writ of certiorari to the Appellate Court of Maryland, the respondent's answer to the petition, the cross-petition for writ of certiorari, and the answer to the cross-petition, it is this 21st day of March 2025, by the Supreme Court of Maryland,

ORDERED that the petition is granted; and it is further

ORDERED that the cross-petition for writ of certiorari is granted as to the cross-petitioner's fifth question only;[1] and it is further

ORDERED that a writ of certiorari shall issue to the Appellate Court of Maryland; and it is further

ORDERED that this case is transferred to the regular docket as No. 9, September

---

[1] As stated by the cross-petitioner, the fifth question reads:

> Did the Circuit Court err in invalidating and prohibiting enforcement of portions of the County Code that were not referenced in the operative complaint and that Plaintiffs placed at issue for the first time in their motion for summary judgment?

EXHIBIT A

Term, 2025 (SCM-REG-0009-2025); and it is further

ORDERED that the petitioner's brief(s) and record extract shall be filed on or before April 30, 2025. The respondent/cross-petitioner's brief shall be filed on or before May 30, 2025. The cross-respondents' brief(s) shall be filed on or before June 30, 2025. The parties' briefs and the record extract shall be filed through the MDEC system in accordance with Maryland Rules 8-501, 8-502, 20-403, 20-404, and 20-406[2]; and it is further

ORDERED that this case is scheduled for argument during the September 2025 session of the Court. Arguments in the September session will be scheduled on September 4, 5, 8 and 9, 2025. Counsel should immediately notify the Clerk's Office if they have conflicts on any of these dates.



/s/ Matthew J. Fader
Chief Justice

---

[2] Pursuant to Rule 20-406, on the first business day following the electronic filing, the required eight paper copies of the briefs and record extract must be either delivered to the Court or be placed in the U.S. Mail or with a third-party commercial carrier for delivery to the Court.

|  |  |  |
|---|---|---|
| ENGAGE ARMAMENT LLC, et al. | * | IN THE |
|  | * | SUPREME COURT |
|  | * | OF MARYLAND |
| v. | * | Petition No. 472<br>September Term, 2024 |
|  | * |  |
| MONTGOMERY COUNTY, MARYLAND | * | (No. 2319, Sept. Term, 2023<br>Appellate Court of Maryland) |
|  | * | (Cir. Ct. No. 485899V) |

## WRIT OF CERTIORARI

STATE OF MARYLAND, to wit:

TO THE HONORABLE JUDGES OF THE APPELLATE COURT OF MARYLAND:

WHEREAS, *Montgomery County, Maryland v. Engage Armament LLC, et al.*, No. 2319, September Term, 2023, was pending before your Court and the Supreme Court is willing that the record and proceedings therein be certified to it.

You are hereby commanded to have the record transmitted to the Supreme Court of Maryland on or before April 4, 2025, together with this writ, for this Court to proceed thereon as justice may require.

WITNESS the Chief Justice of the Supreme Court of Maryland this 21st day of March 2025.



/s/ Gregory Hilton
Clerk
Supreme Court of Maryland