## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

Maryland Shall Issue, Inc., *et al.*,

    *Plaintiffs-Appellants,*

v.

Montgomery County, Maryland,

    *Appellee.*

No. 23-1719

## MONTGOMERY COUNTY, MARYLAND'S
## STATUS REPORT

Pursuant to Federal Rule of Appellate Procedure 12 and Local Rule 12(d), Defendant-Appellee Montgomery County, Maryland ("County") respectfully provides to this Court the following status report:

The appeal before the Maryland Supreme Court is now fully briefed. The Maryland Supreme Court will hear oral argument on September 8, 2025.

    Respectfully submitted,

    JOHN P. MARKOVS
    COUNTY ATTORNEY


    _____/s/ *Edward B. Lattner*_____
    Edward B. Lattner
    Deputy County Attorney

    _____/s/ *Erin J. Ashbarry*_____
    Erin J. Ashbarry
    Chief, Government Operations Division

/s/ *Matthew H. Johnson*

Matthew H. Johnson
Assistant County Attorney

/s/ *Kristen J. Nunley*

Kristen J. Nunley
Assistant County Attorney

Executive Office Building
101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700
(240) 777-6705 fax
Attorneys for Defendant-Appellee
Montgomery County, Maryland

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 22, 2025, a copy of the foregoing was filed to be transmitted via this Court's CM/ECF Electronic Document Filing System to:

> Mark W. Pennak
> Maryland Shall Issue, Inc.
> 9613 Harford Rd., Ste C #1015
> Baltimore, Maryland 21234-21502
> mpennak@marylandshallissue.org
> *Attorney for All Plaintiffs-Appellants*

> David H. Thompson
> Peter A. Patterson
> Cooper & Kirk, PLLC
> 1523 New Hampshire Avenue, N.W.
> Washington, D.C. 20036
> dthompson@cooperkirk.com
> ppatterson@cooperkirk.com
> *Attorneys for Plaintiff-Appellant MSI*

> Matthew Larosiere
> Law Office of Matthew Larosiere
> 6464 Houlton Circle
> Lake Worth, Florida 33467
> larosieremm@gmail.com
> *Counsel for all Plaintiffs-Appellants*

>> _/s/ *Kristen J. Nunley*_
>> Kristen J. Nunley
>> Assistant County Attorney