


August 22, 2025

VIA ECF

Nwamaka Anowi, Clerk of the Court
United States Court of Appeals
for the Fourth Circuit
Lewis F. Powell Jr. Courthouse & Annex
1100 East Main Street, Suite 501
Richmond, VA 23219

Re: Status Report in *Maryland Shall Issue, Inc., et al. v. Montgomery County, Maryland,* Case No. 23-1719 (4th Cir.).

Dear Ms Anowi:

By order entered February 22, 2024, this Court held the above-captioned appeal in abeyance "pending resolution by the Maryland appellate courts of the County's appeal of the Circuit Court for Montgomery County, Maryland's Memorandum Decision and Order, Declaratory Judgment Order, and Order Granting Injunctive Relief." This Court further directed the parties to file a Status Report concerning the County's appeal by March 25, 2024, and every 30 days thereafter. This correspondence is intended to comply with that directive.

The County's appeal was docketed in the Appellate Court of Maryland on February 7, 2024, and assigned a case number of ACM-REG-2319-2023. The Appellate Court heard oral argument on December 5, 2024, and issued a decision on January 24, 2025. That decision reversed the Circuit Court in part and remanded the case for "factual findings," but the decision did not decide the merits of whether the County ordinance at issue in this appeal was preempted by State law or was an invalid "general" law or constituted a Taking under the Maryland Constitution. The Appellate Court's decision also left in place the Circuit Court's injunction that barred enforcement of the County's ordinance. The Appellate Court expressly retained jurisdiction over the case pending the remand.

On February 3, 2025, plaintiffs filed a timely petition for certiorari with the Maryland Supreme Court, requesting that the Court exercise plenary review over the case under MD Code, Courts and Judicial Proceedings, § 12-201 ("The petition may be filed either before or after the Appellate Court of Maryland has rendered a decision"). That petition was docketed as *Engage Armament LLC, et al. v. Montgomery County, MD*, No. SCM-PET-0472-2024. On February 18, 2025, the County filed a cross-petition for certiorari with the Maryland Supreme Court. On February 22, 2025, the Maryland Supreme Court granted plaintiffs' motion to stay enforcement or execution of the Appellate Court's mandate.

On March 21, 2025, the Maryland Supreme Court granted plaintiffs' petition for certiorari in full. The Court also granted the County's cross-petition for certiorari in part, limiting that grant to one question (of five) presented by the County. With the issuance of the writ, the case is now docketed in the Supreme Court of Maryland as No. SCM-REG-0009-2025. The Court's order established a briefing schedule and provided that "[a]rguments in the September session will be scheduled on September 4, 5, 8 and 9, 2025." In accordance with that order, the opening Brief of Petitioners/Cross Respondents (plaintiffs) was filed April 30, 2025, and the Brief of Respondents/Cross Petitioners (the County) was filed May 30, 2025. The Reply and Response Brief of Petitioners/Cross-Respondents was filed June 30, 2025, and the Reply of the County was filed July 21, 2025. Oral argument was held by the Maryland Supreme Court on September 8, 2025.

Respectfully submitted,

*/s Mark W. Pennak*

Mark W. Pennak
Counsel for Plaintiffs-Appellants

cc: All Counsel via ECF.