IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| Maryland Shall Issue, Inc., *et al.*, <br><br> *Plaintiffs-Appellants,* <br><br> v. <br><br> Montgomery County, Maryland, <br><br> *Appellee.* | No. 23-1719 |

## MONTGOMERY COUNTY, MARYLAND'S
## STATUS REPORT

Pursuant to Federal Rule of Appellate Procedure 12 and Local Rule 12(d), Defendant-Appellee Montgomery County, Maryland ("County") respectfully provides to this Court the following status report:

The Maryland Supreme Court heard oral argument on September 8, 2025. The County awaits the disposition of the appeal and mandate of the Supreme Court.

            Respectfully submitted,

            JOHN P. MARKOVS
            COUNTY ATTORNEY

              /s/ *Edward B. Lattner*
            Edward B. Lattner
            Deputy County Attorney

              /s/ *Erin J. Ashbarry*
            Erin J. Ashbarry
            Chief, Government Operations Division

/s/ *Kristen J. Nunley*
Kristen J. Nunley
Assistant County Attorney

Executive Office Building
101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700
(240) 777-6705 fax
Attorneys for Defendant-Appellee
Montgomery County, Maryland

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 23, 2026, a copy of the foregoing was filed to be transmitted via this Court's CM/ECF Electronic Document Filing System to:

>Mark W. Pennak
>Maryland Shall Issue, Inc.
>9613 Harford Rd., Ste C #1015
>Baltimore, Maryland 21234-21502
>mpennak@marylandshallissue.org
>*Attorney for All Plaintiffs-Appellants*
>
>David H. Thompson
>Peter A. Patterson
>Cooper & Kirk, PLLC
>1523 New Hampshire Avenue, N.W.
>Washington, D.C. 20036
>dthompson@cooperkirk.com
>ppatterson@cooperkirk.com
>*Attorneys for Plaintiff-Appellant MSI*
>
>Matthew Larosiere
>Law Office of Matthew Larosiere
>6464 Houlton Circle
>Lake Worth, Florida 33467
>larosieremm@gmail.com
>*Counsel for all Plaintiffs-Appellants*

>>/s/ *Kristen J. Nunley*
>>Kristen J. Nunley