# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

Maryland Shall Issue, Inc., *et al.*,

    *Plaintiffs-Appellants,*

    v.

Montgomery County, Maryland,

    *Appellee.*

No. 23-1719

## MONTGOMERY COUNTY, MARYLAND'S
## STATUS REPORT

Pursuant to Federal Rule of Appellate Procedure 12 and Local Rule 12(d), Defendant-Appellee Montgomery County, Maryland ("County") respectfully provides to this Court the following status report:

The Maryland Supreme Court heard oral argument on September 8, 2025. The County awaits the disposition of the appeal and mandate of the Supreme Court.

Respectfully submitted,

JOHN P. MARKOVS
COUNTY ATTORNEY

    /s/ *Edward B. Lattner*
Edward B. Lattner
Deputy County Attorney

/s/ *Erin J. Ashbarry*

Erin J. Ashbarry
Chief, Government Operations Division

/s/ *Kristen J. Nunley*

Kristen J. Nunley
Assistant County Attorney

Executive Office Building
101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700
(240) 777-6705 fax
Attorneys for Defendant-Appellee
Montgomery County, Maryland

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 22, 2026, a copy of the foregoing was filed to be transmitted via this Court's CM/ECF Electronic Document Filing System to:

Mark W. Pennak
Maryland Shall Issue, Inc.
9613 Harford Rd., Ste C #1015
Baltimore, Maryland 21234-21502
mpennak@marylandshallissue.org
*Attorney for All Plaintiffs-Appellants*

David H. Thompson
Peter A. Patterson
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
*Attorneys for Plaintiff-Appellant MSI*

Matthew Larosiere
Law Office of Matthew Larosiere
6464 Houlton Circle
Lake Worth, Florida 33467
larosieremm@gmail.com
*Counsel for all Plaintiffs-Appellants*

/s/ *Kristen J. Nunley*
Kristen J. Nunley

3