**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 11, 2026

_____

RESPONSE REQUESTED

_____

No.    23-1719,    <u>Maryland Shall Issue, Inc. v. Montgomery County, Maryland</u>
8:21-cv-01736-TDC

TO:    Montgomery County, Maryland

RESPONSE DUE: 05/21/2026

Response is required to the motion to place case in abeyance on or before 05/21/2026.

J. Neal, Deputy Clerk
804-916-2702