# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| | * | |
| Plaintiffs-Appellants, | * | |
| | * | No. 23-1719 |
| v. | * | |
| | * | |
| MONTGOMERY COUNTY, | * | |
| MARYLAND, | * | |
| | * | |
| Defendant-Appellee | * | |

## DEFENDANT-APPELLEE'S RESPONSE TO PLAINTIFFS-APPELLANTS MOTION TO HOLD APPEAL IN ABEYANCE

Defendant-Appellee Montgomery County, Maryland, ("the County") by and through its undersigned counsel, files this response to Plaintiff's Motion to Hold Appeal in Abeyance.

The County agrees that this Court should hold this appeal in abeyance pending the outcome of the United States Supreme Court's decision in *Wolford v. Lopez*, No. 24-1046 (U.S. Apr. 1, 2025), the petition for writ of certiorari filed by the State of Maryland after this Court's decision in *Kipke v. Moore*, 165 F.4th 194 (4th Cir. 2026); No. 25-1206 (U.S. Apr. 20, 2026), and any other petition for writ of certiorari arising from the *Kipke* decision.

Respectfully submitted,


JOHN P. MARKOVS
COUNTY ATTORNEY


_____/s/_____

Edward B. Lattner,
Deputy County Attorney
edward.lattner@montgomerycountymd.gov
Bar No. 03871


_____/s/_____

Erin J. Ashbarry
Chief, Division of Government Operations
erin.ashbarry@montgomerycountymd.gov
Bar No. 26298


_____/s/_____

Matthew H. Johnson
Assistant County Attorney
matthew.johnson3@montgomerycountymd.gov
Bar No. 17678

Attorneys for Defendant-Appellee
Montgomery County, Maryland
101 Monroe Street, Third Floor
Rockville, Maryland 20850-2540
(240) 777-6700
(240) 777-6705 Fax

2

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Rule 27(a), Rule 27(d) and Rule 32(g)(1) of the Federal Rules of Appellate Procedure, the undersigned counsel here certifies that the foregoing Response contains 100 words, not counting those items which may be excluded under Rule 32(f), and uses a 14 point, Times New Roman proportional font.

/s/
Erin J. Ashbarry

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 20, 2026, a copy of the foregoing was filed to be transmitted via this Court's CM/ECF Electronic Document Filing System to:

Mark W. Pennak
Maryland Shall Issue, Inc.
9613 Harford Rd., Ste C #1015
Baltimore, Maryland 21234-21502
mpennak@marylandshallissue.org

Matthew Larosiere
The Law Office of Matthew Larosiere 6964 Houlton Cir
Lake Worth, Florida 33467
larosieremm@gmail.com

/s/
Erin J. Ashbarry
Counsel for Appellee
Montgomery County, Maryland

3