FILED: May 22, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1719
(8:21-cv-01736-TDC)
_____

MARYLAND SHALL ISSUE, INC.; ENGAGE ARMAMENT LLC; ANDREW
RAYMOND; CARLOS RABANALES; BRANDON FERRELL; DERYCK
WEAVER; JOSHUA EDGAR; I.C.E. FIREARMS & DEFENSIVE TRAINING,
LLC; RONALD DAVID; NANCY DAVID; ELIYAHU SHEMONY

              Plaintiffs - Appellants

v.

MONTGOMERY COUNTY, MARYLAND

              Defendant - Appellee

---------------------------------------------

STATE OF MONTANA; STATE OF ALABAMA; STATE OF ALASKA;
STATE OF ARKANSAS; STATE OF GEORGIA; STATE OF IDAHO; STATE
OF INDIANA; STATE OF IOWA; STATE OF KANSAS; STATE OF
KENTUCKY; STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF
MISSOURI; STATE OF NEBRASKA; STATE OF SOUTH CAROLINA;
STATE OF SOUTH DAKOTA; STATE OF TEXAS; STATE OF WEST
VIRGINIA; STATE OF WYOMING; SECOND AMENDMENT LAW
CENTER; CALIFORNIA RIFLE AND PISTOL ASSOCIATION; CITIZENS'
COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; SECOND
AMENDMENT DEFENSE AND EDUCATION COALITION; GUNS SAVE
LIFE; FEDERAL FIREARMS LICENSEES OF ILLINOIS; GUN OWNERS OF
AMERICA; GUN OWNERS OF CALIFORNIA; GUN OWNERS
FOUNDATION

              Amici Supporting Appellants

DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF MAINE; STATE OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF OREGON; STATE OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE; BRADY CENTER TO PREVENT GUN VIOLENCE; MARCH FOR OUR LIVES; EVERYTOWN FOR GUN SAFETY

   Amici Supporting Appellee

_____

## O R D E R

_____

Upon consideration of submissions relative to appellants' motion for abeyance, the court grants the motion and places this appeal in abeyance pending disposition of the petition for writ of certiorari in *Moore v. Kipke*, S.Ct. No. 25-1206 and pending a decision by the Supreme Court in *Wolford v. Lopez*, S.Ct. No. 24-1046.

The parties shall notify this court when proceedings in the Supreme Court have concluded.

   For the Court

   /s/ Nwamaka Anowi, Clerk