**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| Maryland Shall Issue, Inc., *et al.*,<br><br>*Plaintiffs-Appellants,*<br><br>v.<br><br>Montgomery County, Maryland,<br><br>*Appellee.* | No. 23-1719 |

**NOTICE**

Please be advised that Edward B. Lattner, Deputy County Attorney, is retiring from the Office of the County Attorney. Please remove his appearance from the above-captioned case. Appellee, Montgomery County, Maryland, continues to be represented by other counsel.

Respectfully submitted,

JOHN P. MARKOVS
COUNTY ATTORNEY

/s/ *Edward B. Lattner*
Edward B. Lattner
Deputy County Attorney

/s/ *Erin J. Ashbarry*
Erin J. Ashbarry
Chief, Government Operations Division

/s/ *Kristen J. Nunley*
Kristen J. Nunley
Assistant County Attorney

101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700
(240) 777-6705 fax
Attorneys for Defendant-Appellee
Montgomery County, Maryland

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 11, 2026, a copy of the foregoing was filed to be transmitted via this Court's CM/ECF Electronic Document Filing System to:

Mark W. Pennak
Maryland Shall Issue, Inc.
9613 Harford Rd., Ste C #1015
Baltimore, Maryland 21234-21502
mpennak@marylandshallissue.org
*Attorney for All Plaintiffs-Appellants*

David H. Thompson
Peter A. Patterson
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
*Attorneys for Plaintiff-Appellant MSI*

Matthew Larosiere
Law Office of Matthew Larosiere
6464 Houlton Circle
Lake Worth, Florida 33467
larosieremm@gmail.com
*Counsel for all Plaintiffs-Appellants*

/s/ *Edward B. Lattner*
Edward B. Lattner
Deputy County Attorney