**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| Maryland Shall Issue, Inc., *et al.*,<br><br>*Plaintiffs-Appellants,*<br><br>v.<br><br>Montgomery County, Maryland,<br><br>*Appellee.* | No. 23-1719 |

**NOTICE**

Please be advised that Patricia Lisehora Kane has retired from the Office of the County Attorney. Please also be advised that Matthew H. Johnson is no longer in the Litigation Department of the Office of the County Attorney. Accordingly, please remove the appearance of Patricia Lisehora Kane and Matthew H. Johnson from the above-captioned case. Appellee, Montgomery County, Maryland, continues to be represented by other counsel.

Respectfully submitted,

JOHN P. MARKOVS
COUNTY ATTORNEY

/s/ *Erin J. Ashbarry*
Erin J. Ashbarry
Chief, Government Operations Division

/s/ *Kristen J. Nunley*
Kristen J. Nunley
Assistant County Attorney

101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700
(240) 777-6705 fax
Attorneys for Defendant-Appellee
Montgomery County, Maryland

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 17, 2026, a copy of the foregoing was filed to be transmitted via this Court's CM/ECF Electronic Document Filing System to:

Mark W. Pennak
Maryland Shall Issue, Inc.
9613 Harford Rd., Ste C #1015
Baltimore, Maryland 21234-21502
mpennak@marylandshallissue.org
*Attorney for All Plaintiffs-Appellants*

David H. Thompson
Peter A. Patterson
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
*Attorneys for Plaintiff-Appellant MSI*

Matthew Larosiere
Law Office of Matthew Larosiere
6464 Houlton Circle
Lake Worth, Florida 33467
larosieremm@gmail.com
*Counsel for all Plaintiffs-Appellants*

/s/ *Edward B. Lattner*
Edward B. Lattner
Deputy County Attorney