**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

November 17, 2026

---

NOTICE

---

No. 23-1719, Maryland Shall Issue, Inc. v. Montgomery County, Maryland
8:21-cv-01736-TDC

TO: Counsel

The parties are directed to file, within 14 days, any appropriate motion or statement regarding their position on further proceedings in this case.

J. Neal, Deputy Clerk
804-916-2702